# EXHIBIT 1

US007532808B2

(12) **United States Patent** (10) **Patent No.:** **US 7,532,808 B2**
Lainema (45) **Date of Patent:** **May 12, 2009**

(54) **METHOD FOR CODING MOTION IN A VIDEO SEQUENCE**

(75) Inventor: **Jani Lainema**, Irving, TX (US)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1003 days.

(21) Appl. No.: **10/390,549**

(22) Filed: **Mar. 14, 2003**

(65) **Prior Publication Data**

US 2003/0202594 A1    Oct. 30, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/365,072, filed on Mar. 15, 2002.

(51) **Int. Cl.**
**H04N 5/91** (2006.01)

(52) **U.S. Cl.** ...................................... **386/111**; 386/112

(58) **Field of Classification Search** .................. 386/68, 386/111, 112, 95; 348/466, 699; 375/240.15
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,148,272 | A | 9/1992 | Acampora et al. | .......... 358/133 |
| 5,191,436 | A | 3/1993 | Yonemitsu | .................. 358/335 |
| 5,442,400 | A | 8/1995 | Sun et al. | ................... 348/402 |
| 5,701,164 | A | 12/1997 | Kato | ........................... 348/699 |
| 6,683,987 | B1 * | 1/2004 | Sugahara | ................... 382/235 |
| 7,200,275 | B2 * | 4/2007 | Srinivasan et al. | .......... 382/239 |

OTHER PUBLICATIONS

"Global Motion Vector Coding (GMVC)"; Shijun Sun et al.; ITU—Telecommunications Standardization Sector, Video Coding Experts Group (VCEG); Meeting: Pattaya, Thailand, Dec. 4-7, 2001; pp. 1-6.
"Joint Model Number 1 (JM-1)"; Doc. JVT-A003; Joint Video Team of ISO/IEC and ITU-T VCEG; Jan. 2002; pp. 1-79.
Acta of Zhongshan University, vol. 40, No. 2; L. Hongmei et al.; "An Improved Multiresolution Motion Estimation Algorithm"; pp. 34-37; Mar. 2001.
ITU Telecommunications Standardization Sector, Doc. VCEG-N77; S. Sun et al; "Motion Vector Coding with Global Motion Parameters"; pp. 1-11; Fourteenth Meeting: Santa Barbara, CA, USA, Sep. 24-28, 2001.

(Continued)

*Primary Examiner*—Huy T Nguyen
(74) *Attorney, Agent, or Firm*—Ware, Fressola, Van Der Sluys & Adolphson, LLP

(57) **ABSTRACT**

A method of motion-compensated video encoding that enables a video sequence with a global motion component to be encoded in an efficient manner. A video encoder is arranged to assign macroblocks to be coded to specific coding modes including a skip mode, which is used to indicate one of two possible types of macroblock motion: a) zero motion, or b) global or regional motion. As each macroblock is encoded, a previously encoded region surrounding the macroblock is examined and the characteristics of motion in that region determined. With the skip mode, the macroblock to be coded and a motion vector describing the global motion or regional motion is associated with the macroblock if the motion in the region is characteristic of global motion or regional motion. If the region exhibits an insignificant level of motion, a zero valued motion vector is associated with the macroblock.

**65 Claims, 10 Drawing Sheets**



**US 7,532,808 B2**

Page 2

## OTHER PUBLICATIONS

ITU Telecommunications Standardization Sector, Doc. VCEG-N16; S. Sun et al; "Core Experiment description: Motion Vector Coding with Global Motion Parameters"; pp. 1-6; Fourteenth Meeting: Santa Barbara, CA, USA, Sep. 24-28, 2001.

Joint Photography Expert Group Conference, Crowborough JPEG Forum Ltd, GB, Specialists Group on Coding for Visual Telephony Joint Photographic Expert Group; "Description of Ref. Model 8 (RM8)"; pp. 1-72; Jun. 9, 1989.

* cited by examiner



Fig. 1
(PRIOR ART)



Fig. 2
(PRIOR ART)



Figure 3
(PRIOR ART)



8 × 8



16 × 8



4 × 4



8 × 16



8 × 4



16 × 16



4 × 8

FIG. 4



FIG. 5



FIG. 6



Fig. 7



FIG. 8



FIG. 9



Fig. 10

US 7,532,808 B2

1

## METHOD FOR CODING MOTION IN A VIDEO SEQUENCE

This application claims the benefit of U.S. Provisional Application No. 60/365,072 filed Mar. 15, 2002.

### FIELD OF THE INVENTION

The invention relates generally to communication systems and more particularly to motion compensation in video coding.

### BACKGROUND OF THE INVENTION

A digital video sequence, like an ordinary motion picture recorded on film, comprises a sequence of still images, the illusion of motion being created by displaying consecutive images of the sequence one after the other at a relatively fast rate, typically 15 to 30 frames per second. Because of the relatively fast frame display rate, images in consecutive frames tend to be quite similar and thus contain a considerable amount of redundant information. For example, a typical scene may comprise some stationary elements, such as background scenery, and some moving areas, which may take many different forms, for example the face of a newsreader, moving traffic and so on. Alternatively, or additionally, so-called "global motion" may be present in the video sequence, for example due to translation, panning or zooming of the camera recording the scene. However, in many cases, the overall change between one video frame and the next is rather small.

Each frame of an uncompressed digital video sequence comprises an array of image pixels. For example, in a commonly used digital video format, known as the Quarter Common Interchange Format (QCIF), a frame comprises an array of 176×144 pixels, in which case each frame has 25,344 pixels. In turn, each pixel is represented by a certain number of bits, which carry information about the luminance and/or color content of the region of the image corresponding to the pixel. Commonly, a so-called YUV color model is used to represent the luminance and chrominance content of the image. The luminance, or Y, component represents the intensity (brightness) of the image, while the color content of the image is represented by two chrominance or color difference components, labelled U and V.

Color models based on a luminance/chrominance representation of image content provide certain advantages compared with color models that are based on a representation involving primary colors (that is Red, Green and Blue, RGB). The human visual system is more sensitive to intensity variations than it is to color variations and YUV color models exploit this property by using a lower spatial resolution for the chrominance components (U, V) than for the luminance component (Y). In this way, the amount of information needed to code the color information in an image can be reduced with an acceptable reduction in image quality.

The lower spatial resolution of the chrominance components is usually attained by spatial sub-sampling. Typically, each frame of a video sequence is divided into so-called "macroblocks", which comprise luminance (Y) information and associated (spatially sub-sampled) chrominance (U, V) information. FIG. 3 illustrates one way in which macroblocks can be formed. FIG. 3a shows a frame of a video sequence represented using a YUV color model, each component having the same spatial resolution. Macroblocks are formed by representing a region of 16×16 image pixels in the original image (FIG. 3b) as four blocks of luminance information,

2

each luminance block comprising an 8×8 array of luminance (Y) values and two spatially corresponding chrominance components (U and V) which are sub-sampled by a factor of two in the horizontal and vertical directions to yield corresponding arrays of 8×8 chrominance (U, V) values (see FIG. 3c).

A QCIF image comprises 11×9 macroblocks. If the luminance blocks and chrominance blocks are represented with 8 bit resolution (that is by numbers in the range 0 to 255), the total number of bits required per macroblock is (16×16×8)+2×(8×8×8)=3072 bits. The number of bits needed to represent a video frame in QCIF format is thus 99×3072=304,128 bits. This means that the amount of data required to transmit/record/display an uncompressed video sequence in QCIF format, represented using a YUV color model, at a rate of 30 frames per second, is more than 9 Mbps (million bits per second). This is an extremely high data rate and is impractical for use in video recording, transmission and display applications because of the very large storage capacity, transmission channel capacity and hardware performance required.

If video data is to be transmitted in real-time over a fixed line network such as an ISDN (Integrated Services Digital Network) or a conventional PSTN (Public Switched Telephone Network), the available data transmission bandwidth is typically of the order of 64 kbits/s. In mobile videotelephony, where transmission takes place at least in part over a radio communications link, the available bandwidth can be as low as 20 kbits/s. This means that a significant reduction in the amount of information used to represent video data must be achieved in order to enable transmission of digital video sequences over low bandwidth communication networks. For this reason, video compression techniques have been developed which reduce the amount of information transmitted while retaining an acceptable image quality.

Video compression methods are based on reducing the redundant and perceptually irrelevant parts of video sequences. The redundancy in video sequences can be categorised into spatial, temporal and spectral redundancy. "Spatial redundancy" is the term used to describe the correlation (similarity) between neighbouring pixels within a frame. The term "temporal redundancy" expresses the fact that objects appearing in one frame of a sequence are likely to appear in subsequent frames, while "spectral redundancy" refers to the correlation between different color components of the same image.

Sufficiently efficient compression cannot usually be achieved by simply reducing the various forms of redundancy in a given sequence of images. Thus, most current video encoders also reduce the quality of those parts of the video sequence which are subjectively the least important. In addition, the redundancy of the compressed video bit-stream itself is reduced by means of efficient loss-less encoding. Generally, this is achieved using a technique known as entropy coding.

There is often a significant amount of spatial redundancy between the pixels that make up each frame of a digital video sequence. In other words, the value of any pixel within a frame of the sequence is substantially the same as the value of other pixels in its immediate vicinity. Typically, video coding systems reduce spatial redundancy using a technique known as "block-based transform coding", in which a mathematical transformation, such as a two-dimensional Discrete Cosine Transform (DCT), is applied to blocks of image pixels. This transforms the image data from a representation comprising pixel values to a form comprising a set of coefficient values representative of spatial frequency components significantly

US 7,532,808 B2

3

reducing spatial redundancy and thereby producing a more compact representation of the image data.

Frames of a video sequence which are compressed using block-based transform coding, without reference to any other frame within the sequence, are referred to as INTRA-coded or I-frames. Additionally, and where possible, blocks of INTRA-coded frames are predicted from previously coded blocks within the same frame. This technique, known as INTRA-prediction, has the effect of further reducing the amount of data required to represent an INTRA-coded frame.

Generally, video coding systems not only reduce the spatial redundancy within individual frames of a video sequence, but also make use of a technique known as "motion-compensated prediction", to reduce the temporal redundancy in the sequence. Using motion-compensated prediction, the image content of some (often many) frames in a digital video sequence is "predicted" from one or more other frames in the sequence, known as "reference" frames. Prediction of image content is achieved by tracking the motion of objects or regions of an image between a frame to be coded (compressed) and the reference frame(s) using "motion vectors". In general, the reference frame(s) may precede the frame to be coded or may follow it in the video sequence. As in the case of INTRA-coding, motion compensated prediction of a video frame is typically performed macroblock-by-macroblock.

Frames of a video sequence which are compressed using motion-compensated prediction are generally referred to as INTER-coded or P-frames. Motion-compensated prediction alone rarely provides a sufficiently precise representation of the image content of a video frame and therefore it is typically necessary to provide a so-called "prediction error" (PE) frame with each INTER-coded frame. The prediction error frame represents the difference between a decoded version of the INTER-coded frame and the image content of the frame to be coded. More specifically, the prediction error frame comprises values that represent the difference between pixel values in the frame to be coded and corresponding reconstructed pixel values formed on the basis of a predicted version of the frame in question. Consequently, the prediction error frame has characteristics similar to a still image and block-based transform coding can be applied in order to reduce its spatial redundancy and hence the amount of data (number of bits) required to represent it.

In order to illustrate the operation of a generic video coding system in greater detail, reference will now be made to the exemplary video encoder and video decoder illustrated in FIGS. 1 and 2 of the accompanying drawings. The video encoder 100 of FIG. 1 employs a combination of INTRA- and INTER-coding to produce a compressed (encoded) video bit-stream and decoder 200 of FIG. 2 is arranged to receive and decode the video bit-stream produced by encoder 100 in order to produce a reconstructed video sequence. Throughout the following description it will be assumed that the luminance component of a macroblock comprises 16×16 pixels arranged as an array of 4, 8×8 blocks, and that the associated chrominance components are spatially sub-sampled by a factor of two in the horizontal and vertical directions to form 8×8 blocks, as depicted in FIG. 3. Extension of the description to other block sizes and other sub-sampling schemes will be apparent to those of ordinary skill in the art.

The video encoder 100 comprises an input 101 for receiving a digital video signal from a camera or other video source (not shown). It also comprises a transformation unit 104 which is arranged to perform a block-based discrete cosine transform (DCT), a quantizer 106, an inverse quantizer 108, an inverse transformation unit 110, arranged to perform an inverse block-based discrete cosine transform (IDCT), com-

4

biners 112 and 116, and a frame store 120. The encoder further comprises a motion estimator 130, a motion field coder 140 and a motion compensated predictor 150. Switches 102 and 114 are operated co-operatively by control manager 160 to switch the encoder between an INTRA-mode of video encoding and an INTER-mode of video encoding. The encoder 100 also comprises a video multiplex coder 170 which forms a single bit-stream from the various types of information produced by the encoder 100 for further transmission to a remote receiving terminal or, for example, for storage on a mass storage medium, such as a computer hard drive (not shown).

Encoder 100 operates as follows. Each frame of uncompressed video provided from the video source to input 101 is received and processed macroblock by macroblock, preferably in raster-scan order. When the encoding of a new video sequence starts, the first frame to be encoded is encoded as an INTRA-coded frame. Subsequently, the encoder is programmed to code each frame in INTER-coded format, unless one of the following conditions is met: 1) it is judged that the current macroblock of the frame being coded is so dissimilar from the pixel values in the reference frame used in its prediction that excessive prediction error information is produced, in which case the current macroblock is coded in INTRA-coded format; 2) a predefined INTRA frame repetition interval has expired; or 3) feedback is received from a receiving terminal indicating a request for a frame to be provided in INTRA-coded format.

The occurrence of condition 1) is detected by monitoring the output of the combiner 116. The combiner 116 forms a difference between the current macroblock of the frame being coded and its prediction, produced in the motion compensated prediction block 150. If a measure of this difference (for example a sum of absolute differences of pixel values) exceeds a predetermined threshold, the combiner 116 informs the control manager 160 via a control line 119 and the control manager 160 operates the switches 102 and 114 via control line 113 so as to switch the encoder 100 into INTRA-coding mode. In this way, a frame which is otherwise encoded in INTER-coded format may comprise INTRA-coded macroblocks. Occurrence of condition 2) is monitored by means of a timer or frame counter implemented in the control manager 160, in such a way that if the timer expires, or the frame counter reaches a predetermined number of frames, the control manager 160 operates the switches 102 and 114 via control line 113 to switch the encoder into INTRA-coding mode. Condition 3) is triggered if the control manager 160 receives a feedback signal from, for example, a receiving terminal, via control line 121 indicating that an INTRA frame refresh is required by the receiving terminal. Such a condition may arise, for example, if a previously transmitted frame is badly corrupted by interference during its transmission, rendering it impossible to decode at the receiver. In this situation, the receiving decoder issues a request for the next frame to be encoded in INTRA-coded format, thus re-initialising the coding sequence.

Operation of the encoder 100 in INTRA-coding mode will now be described. In INTRA-coding mode, the control manager 160 operates the switch 102 to accept video input from input line 118. The video signal input is received macroblock by macroblock from input 101 via the input line 118. As they are received, the blocks of luminance and chrominance values which make up the macroblock are passed to the DCT transformation block 104, which performs a 2-dimensional discrete cosine transform on each block of values, producing a 2-dimensional array of DCT coefficients for each block. DCT transformation block 104 produces an array of coefficient

US 7,532,808 B2

5

values for each block, the number of coefficient values corresponding to the dimensions of the blocks which make up the macroblock (in this case 8×8). The DCT coefficients for each block are passed to the quantizer **106**, where they are quantized using a quantization parameter QP. Selection of the quantization parameter QP is controlled by the control manager **160** via control line **115**.

The array of quantized DCT coefficients for each block is then passed from the quantizer **106** to the video multiplex coder **170**, as indicated by line **125** in FIG. **1**. The video multiplex coder **170** orders the quantized transform coefficients for each block using a zigzag scanning procedure, thereby converting the two-dimensional array of quantized transform coefficients into a one-dimensional array. Each non-zero valued quantized coefficient in the one dimensional array is then represented as a pair of values, referred to as level and run, where level is the value of the quantized coefficient and run is the number of consecutive zero-valued coefficients preceding the coefficient in question. The run and level values are further compressed in the video multiplex coder **170** using entropy coding, for example, variable length coding (VLC), or arithmetic coding.

Once the run and level values have been entropy coded using an appropriate method, the video multiplex coder **170** further combines them with control information, also entropy coded using a method appropriate for the kind of information in question, to form a single compressed bit-stream of coded image information **135**. It should be noted that while entropy coding has been described in connection with operation performed by the video multiplex coder **170**, in alternative implementations a separate entropy coding unit may be provided.

A locally decoded version of the macroblock is also formed in the encoder **100**. This is done by passing the quantized transform coefficients for each block, output by quantizer **106**, through inverse quantizer **108** and applying an inverse DCT transform in inverse transformation block **110**. In this way a reconstructed array of pixel values is constructed for each block of the macroblock. The resulting decoded image data is input to combiner **112**. In INTRA-coding mode, switch **114** is set so that the input to the combiner **112** via switch **114** is zero. In this way, the operation performed by combiner **112** is equivalent to passing the decoded image data unaltered.

As subsequent macroblocks of the current frame are received and undergo the previously described encoding and local decoding steps in blocks **104**, **106**, **108**, **110** and **112**, a decoded version of the INTRA-coded frame is built up in frame store **120**. When the last macroblock of the current frame has been INTRA-coded and subsequently decoded, the frame store **120** contains a completely decoded frame, available for use as a motion prediction reference frame in coding a subsequently received video frame in INTER-coded format.

Operation of the encoder **100** in INTER-coding mode will now be described. In INTER-coding mode, the control manager **160** operates switch **102** to receive its input from line **117**, which comprises the output of combiner **116**. The combiner **116** receives the video input signal macroblock by macroblock from input **101**. As combiner **116** receives the blocks of luminance and chrominance values which make up the macroblock, it forms corresponding blocks of prediction error information. The prediction error information represents the difference between the block in question and its prediction, produced in motion compensated prediction block **150**. More specifically, the prediction error information for each block of the macroblock comprises a two-dimensional array of values, each of which represents the difference

6

between a pixel value in the block of luminance or chrominance information being coded and a decoded pixel value obtained by forming a motion-compensated prediction for the block, according to the procedure to be described below. Thus, in the exemplary video coding system considered here where each macroblock comprises, for example, an assembly of 8×8 blocks comprising luminance and chrominance values, the prediction error information for each block of the macroblock similarly comprises an 8×8 array of prediction error values.

The prediction error information for each block of the macroblock is passed to DCT transformation block **104**, which performs a two-dimensional discrete cosine transform on each block of prediction error values to produce a two-dimensional array of DCT transform coefficients for each block. DCT transformation block **104** produces an array of coefficient values for each prediction error block, the number of coefficient values corresponding to the dimensions of the blocks which make up the macroblock (in this case 8×8). The transform coefficients derived from each prediction error block are passed to quantizer **106** where they are quantized using a quantization parameter QP, in a manner analogous to that described above in connection with operation of the encoder in INTRA-coding mode. As before, selection of the quantization parameter QP is controlled by the control manager **160** via control line **115**.

The quantized DCT coefficients representing the prediction error information for each block of the macroblock are passed from quantizer **106** to video multiplex coder **170**, as indicated by line **125** in FIG. **1**. As in INTRA-coding mode, the video multiplex coder **170** orders the transform coefficients for each prediction error block using a certain zigzag scanning procedure and then represents each non-zero valued quantized coefficient as a run-level pair. It further compresses the run-level pairs using entropy coding, in a manner analogous to that described above in connection with INTRA-coding mode. Video multiplex coder **170** also receives motion vector information (described in the following) from motion field data block **140** via line **126** and control information from control manager **160**. It entropy codes the motion vector information and control information and forms a single bit-stream of coded image information, **135** comprising the entropy coded motion vector, prediction error and control information.

The quantized DCT coefficients representing the prediction error information for each block of the macroblock are also passed from quantizer **106** to inverse quantizer **108**. Here they are inverse quantized and the resulting blocks of inverse quantized DCT coefficients are applied to inverse DCT transform block **110**, where they undergo inverse DCT transformation to produce locally decoded blocks of prediction error values. The locally decoded blocks of prediction error values are then input to combiner **112**. In INTER-coding mode, switch **114** is set so that the combiner **112** also receives predicted pixel values for each block of the macroblock, generated by motion-compensated prediction block **150**. The combiner **112** combines each of the locally decoded blocks of prediction error values with a corresponding block of predicted pixel values to produce reconstructed image blocks and stores them in frame store **120**.

As subsequent macroblocks of the video signal are received from the video source and undergo the previously described encoding and decoding steps in blocks **104**, **106**, **108**, **110**, **112**, a decoded version of the frame is built up in frame store **120**. When the last macroblock of the frame has been processed, the frame store **120** contains a completely decoded frame, available for use as a motion prediction ref-

US 7,532,808 B2

7

erence frame in encoding a subsequently received video frame in INTER-coded format.

The details of the motion-compensated prediction performed by video encoder **100** will now be considered.

Any frame encoded in INTER-coded format requires a reference frame for motion-compensated prediction. This means, necessarily, that when encoding a video sequence, the first frame to be encoded, whether it is the first frame in the sequence, or some other frame, must be encoded in INTRA-coded format. In turn, means that when the video encoder **100** is switched into INTER-coding mode by control manager **160**, a complete reference frame, formed by locally decoding a previously encoded frame, is already available in the frame store **120** of the encoder. In general, the reference frame is formed by locally decoding either an INTRA-coded frame or an INTER-coded frame.

In the following description it will be assumed that the encoder performs motion compensated prediction on a macroblock basis, i.e. a macroblock is the smallest element of a video frame that can be associated with motion information. It will further be assumed that a prediction for a given macroblock is formed by identifying a region of 16×16 values in the luminance component of the reference frame that shows best correspondence with the 16×16 luminance values of the macroblock in question. Motion-compensated prediction in a video coding system where motion information may be associated with elements smaller than a macroblock will be considered later in the text.

The first step in forming a prediction for a macroblock of the current frame is performed by motion estimation block **130**. The motion estimation block **130** receives the blocks of luminance and chrominance values which make up the current macroblock of the frame to be coded via line **128**. It then performs a block matching operation in order to identify a region in the reference frame that corresponds best with the current macroblock. In order to perform the block matching operation, motion estimation block **130** accesses reference frame data stored in frame store **120** via line **127**. More specifically, motion estimation block **130** performs block-matching by calculating difference values (e.g. sums of absolute differences) representing the difference in pixel values between the macroblock under examination and candidate best-matching regions of pixels from a reference frame stored in the frame store **120**. A difference value is produced for a candidate regions at all possible offsets within a predefined search region of the reference frame and motion estimation block **130** determines the smallest calculated difference value. The candidate region that yields the smallest difference value is selected as the best-matching region. The offset between the current macroblock and the best-matching region identified in the reference frame defines a "motion vector" for the macroblock in question. The motion vector typically comprises a pair of numbers, one describing the horizontal ($\Delta x$) between the current macroblock and the best-matching region of the reference frame, the other representing the vertical displacement ($\Delta y$).

Once the motion estimation block **130** has produced a motion vector for the macroblock, it outputs the motion vector to the motion field coding block **140**. The motion field coding block **140** approximates the motion vector received from motion estimation block **130** using a motion model comprising a set of basis functions and motion coefficients. More specifically, the motion field coding block **140** represents the motion vector as a set of motion coefficient values which, when multiplied by the basis functions, form an approximation of the motion vector. Typically, a translational

8

motion model having only two motion coefficients and basis functions is used, but motion models of greater complexity may also be used.

The motion coefficients are passed from motion field coding block **140** to motion compensated prediction block **150**. Motion compensated prediction block **150** also receives the best-matching region of pixel values identified by motion estimation block **130** from frame store **120**. Using the approximate representation of the motion vector generated by motion field coding block **140** and the pixel values of the best-matching region of pixels from the reference frame, motion compensated prediction block **150** generates an array of predicted pixel values for each block of the current macroblock. Each block of predicted pixel values is passed to combiner **116** where the predicted pixel values are subtracted from the actual (input) pixel values in the corresponding block of the current macroblock. In this way a set of prediction error blocks for the macroblock is obtained.

Operation of the video decoder **200**, shown in FIG. **2** will now be described. The decoder **200** comprises a video multiplex decoder **270**, which receives an encoded video bitstream **135** from the encoder **100** and demultiplexes it into its constituent parts, an inverse quantizer **210**, an inverse DCT transformer **220**, a motion compensated prediction block **240**, a frame store **250**, a combiner **230**, a control manager **260**, and an output **280**.

The control manager **260** controls the operation of the decoder **200** in response to whether an INTRA- or an INTER-coded frame is being decoded. An INTRA/INTER trigger control signal, which causes the decoder to switch between decoding modes is derived, for example, from picture type information associated with each compressed video frame received from the encoder. The INTRA/INTER trigger control signal is extracted from the encoded video bit-stream by the video multiplex decoder **270** and is passed to control manager **260** via control line **215**.

Decoding of an INTRA-coded frame is performed on a macroblock-by-macroblock basis, each macroblock being decoded substantially as soon as encoded information relating to it is received in the video bit-stream **135**. The video multiplex decoder **270** separates the encoded information for the blocks of the macroblock from possible control information relating to the macroblock in question. The encoded information for each block of an INTRA-coded macroblock comprises variable length codewords representing the entropy coded level and run values for the non-zero quantized DCT coefficients of the block. The video multiplex decoder **270** decodes the variable length codewords using a variable length decoding method corresponding to the encoding method used in the encoder **100** and thereby recovers the level and run values. It then reconstructs the array of quantized transform coefficient values for each block of the macroblock and passes them to inverse quantizer **210**. Any control information relating to the macroblock is also decoded in the video multiplex decoder **270** using an appropriate decoding method and is passed to control manager **260**. In particular, information relating to the level of quantization applied to the transform coefficients is extracted from the encoded bit-stream by video multiplex decoder **270** and provided to control manager **260** via control line **217**. The control manager, in turn, conveys this information to inverse quantizer **210** via control line **218**. Inverse quantizer **210** inverse quantizes the quantized DCT coefficients for each block of the macroblock according to the control information and provides the now inverse quantized DCT coefficients to inverse DCT transformer **220**.

Inverse DCT transformer **220** performs an inverse DCT transform on the inverse quantized DCT coefficients for each

US 7,532,808 B2

**9**

block of the macroblock to form a decoded block of image information comprising reconstructed pixel values. The reconstructed pixel values for each block of the macroblock are passed via combiner **230** to the video output **280** of the decoder where, for example, they can be provided to a display device (not shown). The reconstructed pixel values for each block are also stored in frame store **250**. Because motion-compensated prediction is not used in the encoding/decoding of INTRA coded macroblocks control manager **260** controls combiner **230** to pass each block of pixel values as such to the video output **280** and frame store **250**. As subsequent macroblocks of the INTRA-coded frame are decoded and stored, a decoded frame is progressively assembled in the frame store **250** and thus becomes available for use as a reference frame for motion compensated prediction in connection with the decoding of subsequently received INTER-coded frames.

INTER-coded frames are also decoded macroblock by macroblock, each INTER-coded macroblock being decoded substantially as soon as encoded information relating to it is received in the bit-stream **135**. The video multiplex decoder **270** separates the encoded prediction error information for each block of an INTER-coded macroblock from encoded motion vector information and possible control information relating to the macroblock in question. As explained in the foregoing, the encoded prediction error information for each block of the macroblock comprises variable length codewords representing the entropy coded level and run values for the non-zero quantized transform coefficients of the prediction error block in question. The video multiplex decoder **270** decodes the variable length codewords using a variable length decoding method corresponding to the encoding method used in the encoder **100** and thereby recovers the level and run values. It then reconstructs an array of quantized transform coefficient values for each prediction error block and passes them to inverse quantizer **210**. Control information relating to the INTER-coded macroblock is also decoded in the video multiplex decoder **270** using an appropriate decoding method and is passed to control manager **260**. Information relating to the level of quantization applied to the transform coefficients of the prediction error blocks is extracted from the encoded bit-stream and provided to control manager **260** via control line **217**. The control manager, in turn, conveys this information to inverse quantizer **210** via control line **218**. Inverse quantizer **210** inverse quantizes the quantized DCT coefficients representing the prediction error information for each block of the macroblock according to the control information and provides the now inverse quantized DCT coefficients to inverse DCT transformer **220**. The inverse quantized DCT coefficients representing the prediction error information for each block are then inverse transformed in the inverse DCT transformer **220** to yield an array of reconstructed prediction error values for each block of the macroblock.

The encoded motion vector information associated with the macroblock is extracted from the encoded video bit-stream **135** by video multiplex decoder **270** and is decoded. The decoded motion vector information thus obtained is passed via control line **225** to motion compensated prediction block **240**, which reconstructs a motion vector for the macroblock using the same motion model as that used to encode the INTER-coded macroblock in encoder **100**. The reconstructed motion vector approximates the motion vector originally determined by motion estimation block **130** of the encoder. The motion compensated prediction block **240** of the decoder uses the reconstructed motion vector to identify the location of a region of reconstructed pixels in a prediction reference frame stored in frame store **250**. The reference frame may be, for example, a previously decoded INTRA-

**10**

coded frame, or a previously decoded INTER-coded frame. In either case, the region of pixels indicated by the reconstructed motion vector is used to form a prediction for the macroblock in question. More specifically, the motion compensated prediction block **240** forms an array of pixel values for each block of the macroblock by copying corresponding pixel values from the region of pixels identified by the motion vector. The prediction, that is the blocks of pixel values derived from the reference frame, are passed from motion compensated prediction block **240** to combiner **230** where they are combined with the decoded prediction error information. In practice, the pixel values of each predicted block are added to corresponding reconstructed prediction error values output by inverse DCT transformer **220**. In this way an array of reconstructed pixel values for each block of the macroblock is obtained. The reconstructed pixel values are passed to the video output **280** of the decoder and are also stored in frame store **250**. As subsequent macroblocks of the INTER-coded frame are decoded and stored, a decoded frame is progressively assembled in the frame store **250** and thus becomes available for use as a reference frame for motion-compensated prediction of other INTER-coded frames.

As explained above, in a typical video coding system, motion compensated prediction is performed on a macroblock basis, such that a macroblock is the smallest element of a video frame that can be associated with motion information. However, the video coding recommendation currently being developed by the Joint Video Team (JVT) of ISO/IEC MPEG (Motion Pictures Expert Group) and ITU-T VCEG (Video Coding Experts Group), allows motion information to be associated with elements smaller than a macroblock. In the following description, and throughout the remainder of the text, reference will be made to the version of this video coding standard described in the document by T. Weigland: "Joint Model Number 1", Doc. JVT-A003, Joint Video Team of ISO/IEC MPEG and ITU-T VCEG, January 2002, said document being included herein in its entirety. For simplicity, this version of the recommendation will be referred to as "JM1 of the JVT codec".

According to JM1 of the JVT codec, video pictures are divided into macroblocks of 16×16 pixels and are coded on a macroblock-by-macroblock basis. The coding performed follows the basic principles described above in connection with the generic video encoder and decoder of FIGS. **1** and **2**. However, according to JM1, motion compensated prediction of INTER coded macroblocks is performed in manner that differs from that previously described. More specifically, each of the macroblocks is assigned a "coding mode" depending on the characteristics of the macroblock and the motion in the video sequence. Seven of the coding modes are based on dividing a macroblock to be INTER coded into a number of sub-blocks, each comprising N×M pixels, and associating motion information with each of the N×M sub-blocks, not just with the macroblock as a whole. Each of the possible schemes for dividing a macroblock into N×M sub-blocks, provided by JM1 of the JVT video codec, is illustrated in FIG. **4** of the accompanying drawings. As can be seen from the figure, the possible divisions are: 16×16, 8×16, 16×8, 8×8, 4×8, 8×4 and 4×4. Thus, if the coding mode assigned to a particular macroblock is, for example, the 16×8 mode, the macroblock is divided into two sub-blocks of size 16×8 pixels each and both sub-blocks is provided with its own motion information. In addition, an eighth coding mode, known as SKIP (or skip) mode, is provided. If this mode is assigned to a macroblock, this indicates that the macroblock is to be copied from the reference video frame without using motion compensated prediction.

US 7,532,808 B2

11

12

The decision relating to the choice of coding mode for a given macroblock is typically made as part of the motion estimation process. More specifically, in a video encoder such as that illustrated in FIG. 1, but implemented to allow the use of different coding modes according to JM1 of the JVT codec, the motion estimation process performed by motion estimation block 130 is repeated for each possible division of the macroblock into N×M sub-blocks and for the skip mode. The motion estimation for the skip mode is a very simple one, since no motion search is needed, but a constant zero valued vector is assigned for this mode. For the rest of the INTER modes the motion is typically estimated by performing a block matching operation for each motion block inside the macroblock. After these operations, the mode that minimizes a certain cost function is selected for the macroblock. The cost function typically combines the prediction error with number of estimated bits needed to code the macroblock and thus measures the relative efficiency of each coding mode.

Because a video encoder operating in accordance with JM1 of the JVT codec assigns a particular coding mode to each macroblock that is INTER coded, it is necessary for a corresponding video decoder to be aware of that coding mode in order for it to correctly decode received information relating to the macroblock in question. Therefore, an indication of the coding mode assigned to each macroblock is provided in the video bit-stream transmitted from the video encoder to the video decoder. In order to minimise the amount of data required to indicate the coding modes, the coding mode for each macroblock is indicated using variable length coding. The codewords indicating the coding modes are assigned in such a way that the shortest codeword is used to represent the coding mode that is statistically most likely to occur. JM1 of the JVT codec uses a single set of so-called "Universal Variable Length Codes" (UVLC) to represent all syntax (data) elements in the video bit-stream and therefore this set of codewords is also used to represent the coding mode information for INTER coded macroblocks. The UVLC codewords used in JM1 may be written in the following compressed form, shown in Table 1 below, where the $x_n$ terms take either the value 0 or 1:

TABLE 1

| | | | | | | 1 | | |
| | | | | 0 | $x_0$ | 1 | | |
| | | 0 | $x_1$ | 0 | $x_0$ | 1 | | |
| | 0 | $x_2$ | 0 | $x_1$ | 0 | $x_0$ | 1 | |
| 0 | $x_3$ | 0 | $x_2$ | 0 | $x_1$ | 0 | $x_0$ | 1 |

Scheme for Generation of UVLC Codewords According to JM1 of the JVT Codec

Table 2 presents the first 16 UVLC codewords, generated according to the scheme presented in Table 1.

TABLE 2

| Codeword Index | UVLC Codeword |
|---|---|
| 0 | 1 |
| 1 | 001 |
| 2 | 011 |

TABLE 2

| | |
|---|---|
| 3 | 00001 |
| 4 | 00011 |
| 5 | 01001 |

TABLE 2-continued

| | |
|---|---|
| 6 | 01011 |
| 7 | 0000001 |
| 8 | 0000011 |
| 9 | 0001001 |
| 10 | 0001011 |
| 11 | 0100001 |
| 12 | 0100011 |
| 13 | 0101001 |
| 14 | 0101011 |
| 15 | 000000001 |
| . . . | . . . |

The First 16 UVLC Codewords of JM1 Generated According to the Scheme Presented in Table 1

JM1 of the JVT codec assumes that the skip mode is statistically the most likely coding mode for a macroblock. The number of skip mode macroblocks before the next macroblock with non-SKIP mode is indicated by a single UVLC codeword using Table 2 above. The remaining coding modes are represented by UVLC codewords as shown in Table 3 below:

TABLE 3

| Macroblock Coding Modes of JM1 | | |
|---|---|---|
| Codeword Index | Mode | UVLC Codeword |
| — | SKIP | Run-Length Coded |
| 0 | 16 × 16 | 1 |
| 1 | 16 × 8 | 001 |
| 2 | 8 × 16 | 011 |
| 3 | 8 × 8 | 00001 |
| 4 | 8 × 4 | 00011 |
| 5 | 4 × 8 | 01001 |
| 6 | 4 × 4 | 01011 |

As previously described, the N×M modes in the table above indicate the size of the motion blocks.

A problem with the approach adopted in JM1 of the JVT codec is that the assumption that skip mode is always the most probable is not valid. If the video sequence contains global motion (panning, zooming, etc.), skip mode is actually never used. In these cases compression efficiency is seriously degraded, especially at lower bit-rates, since the codec is forced to use high overhead Mmacroblock coding modes.

Two prior art solutions for improving the coding efficiency of motion compensated prediction in the presence of global motion are known. The first of these is known as "global motion compensation" and is used, for example, in the ISO MPEG-4 and ITU-T H.263+ video coding standards. The second method is described in the document entitled "Global Motion Vector Coding" by Shijun Sun and Shawmin Lei, Doc. VCEG-20, ITU-T Video Coding Experts Group (VCEG) Meeting, Pattaya, Thailand 4-7 Dec. 2001, included herein by reference. The basic concepts of these two methods will now be briefly described.

As described in Annex P "Reference Picture Resampling" of International Telecommunications Union ITU-T Recommendation H.263 "Video Coding for Low Bit-Rate Communication", February 1998, the idea behind global motion compensation is to generate a reference frame for motion compensation that cancels the effects of global motion. In order to do this, complex operations are needed in the decoder to warp the reference frame into a more usable form. Furthermore, additional information has to be sent to the decoder to

US 7,532,808 B2

13

guide the building of new reference frames for global motion compensation. More specifically, the global motion compensation scheme employed in the H.263 video coding standard uses a resampling process to generate a warped version of the reference frame for use in motion-compensated prediction of the current picture. This warped version of the reference frame may include alterations in the shape, size, and location with respect to the current picture. The resampling process is defined in terms of a mapping between the four corners of the current picture and the corresponding four corners of the reference frame. Assuming that the luminance component of the current picture has a horizontal size H and vertical size V, the mapping is performed by defining four conceptual motion vectors $v^{00}$, $v^{H0}$, $v^{0V}$, and $v^{HV}$, each conceptual motion vector describing how to move one of the four corners of the current picture in such a way as to map it onto the corresponding corner of the reference frame. This operation is illustrated in FIG. **5**. Motion compensated prediction for a macroblock of the current picture is then performed using block-matching with respect to the warped reference frame. This complicates the block matching process, as the value of each pixel of the warped reference frame used in the block matching process must be generated by mapping pixel values in the original (non-warped) reference frame into the co-ordinates of the warped reference frame. This is done using bilinear interpolation, which is a computationally intensive operation. The reader is referred to Annex P of the H.263 video coding standard for further details of the bilinear interpolation process used to generate the pixel values of the warped reference frame.

Global motion vector coding, as described in document VCEG-O20, referred to above, is a simplified version of global motion compensation. The reference frame is used as it is, but additional information is transmitted to describe the global motion and additional macroblock modes are used to indicate when global motion vectors are used. This approach is less complex than the global motion compensation technique just described, but there is additional encoder complexity associated with it. Namely, the encoder must perform extra motion estimation operations to find the global motion parameters and it also needs to evaluate more macroblock modes to find the optimal one. Moreover, the amount of extra global motion information that needs to be transmitted becomes large for small resolution video.

In view of the preceding discussion, it should be appreciated that there exists a significant unresolved technical problem relating to the coding of a digital video sequence in the presence of global motion, such as translation, panning or zooming of the camera. In particular, each of the three previously described prior art video coding solutions has some form of technical shortcoming. JM1 of the JVT codec, for example, has no special provision for taking account of global motion in video sequences. Therefore, when such motion is present it causes the video encoder to select macroblock coding modes that explicitly model the motion. This leads to a significant degradation in coding efficiency, as the global motion component is encoded in every INTER coded macroblock (or sub-block). The technique of global motion compensation (as provided by Annex P of the H.263 video coding standard) takes global motion into account by warping reference frames used in motion compensated prediction and therefore provides improved coding efficiency compared with a system in which no special measures are taken to code global motion. However, the warping process is computationally complex and additional information must be transmitted in the encoded video bit-stream to enable correct decoding of the video sequence. Although the related technique of global

14

motion vector coding is computationally less demanding than global motion compensation, it does involve a certain increase in encoder complexity and additional information must be still transmitted in the video bit-stream to enable correct decoding of the video data.

It is therefore one purpose of the present invention to combine the simplicity of local motion compensation with the coding efficiency of global motion compensation to yield a video coding system with significantly improved compression performance and a negligible increase in complexity.

SUMMARY OF THE INVENTION

In order to overcome, or at least mitigate to a large extent the problems associated with the coding of global motion in prior art video coding systems, the present invention is based on a redefinition of the skip mode concept used in JM1 of the JVT codec. The method according to the invention not only provides an improvement in coding efficiency in the presence of global motion (i.e. motion affecting the entire area of video frame), but also enables regional motion to be represented in an efficient manner.

According to the invention, the skip mode concept is redefined in such a way that a macroblock assigned to skip mode is either associated with a zero (non-active) motion vector, in which case it is treated in the same way as a conventional skip mode macroblock and copied directly from the reference frame, or it is associated with a non-zero (active) motion vector. The decision as to whether a macroblock should be associated with a zero or non-zero motion vector is made by analysing the motion of other macroblocks or sub-blocks in a region surrounding the macroblock to be coded. If it is found that the surrounding region exhibits a certain type of motion, a non-zero motion vector representative of that motion is generated and associated with the current macroblock. In particular, the continuity, velocity or deviation of motion in the surrounding macroblocks or sub-blocks can be analyzed. For example, if the motion in the surrounding region exhibits a certain level of continuity, a certain common velocity, or a particular form of divergence, a motion vector representative of that motion can be assigned to the current macroblock to be coded. On the other hand, if the region surrounding the current macroblock does not exhibit such continuity, common velocity or divergence and has an insignificant level of motion, the macroblock to be coded is assigned a zero motion vector, causing it to be copied directly from the reference frame, just as if it were a conventional SKIP mode macroblock. In this way, according to the invention, SKIP mode macroblocks can adapt to the motion in the region surrounding them, enabling global or regional motion to taken account of in an efficient manner.

In an advantageous embodiment of the invention, the surrounding macroblocks or sub-blocks whose motion is analysed are previously encoded macroblocks neighboring the macroblock to be coded. This ensures that motion information relating to the region the surrounding a macroblock is available in the encoder (decoder) when a current macroblock is being encoded (decoded) and can be used directly to determine the motion vector to be assigned to the current macroblock. This approach enables the motion analysis of the surrounding region performed in the encoder to be duplicated exactly in the decoder. This, in turn, means that according to the invention, no additional information must be sent to the decoder in order to model global or regional motion.

As will become apparent from the detailed description of the invention presented below, redefinition of the skip mode concept as proposed by the present invention has significant

US 7,532,808 B2

15

technical advantages compared with the previously described prior art video coding methods. In particular, the method according to the invention enables global and regional motion within a video sequence to be taken account of in an efficient manner without the need for complex warping of the reference frame or any other computationally demanding operations. Furthermore, in contrast to both the global motion compensation and global motion vector coding methods previously described, no additional information must be transmitted in the video bit-stream to enable correct decoding of the video data. Additionally, a minimal amount of modification is required to incorporate the method according to the invention into existing video coding systems that employ the concept of skip mode macroblocks.

These and other features, aspects, and advantages of embodiments of the present invention will become apparent with reference to the following detailed description in conjunction with the accompanying drawings. It is to be understood, however, that the drawings are designed solely for the purposes of illustration and not as a definition of the limits of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic block diagram of a generic video encoder according to prior art.

FIG. **2** is a schematic block diagram of a generic video decoder according to prior art and corresponding to the encoder shown in FIG. **1**.

FIG. **3** illustrates the formation of a macroblock according to prior art.

FIG. **4** shows the 7 possible divisions of macroblocks into blocks according to JM1 of the JVT video codec.

FIG. **5** illustrates the generation of conceptual motion vectors for mapping the corners of a current picture to those of a reference picture in the global motion compensation scheme according to H.263 Annex P.

FIG. **6** is a schematic block diagram of a video encoder according to an embodiment of the invention.

FIG. **7** is a schematic block diagram of a video decoder according to an embodiment of the invention and corresponding to the encoder shown in FIG. **6**.

FIG. **8** illustrates encoding and decoding blocks for skip mode macroblocks in an encoder or decoder according to an embodiment of the invention.

FIG. **9** shows an example of macroblock partitioning, motion in macroblocks surrounding a macroblock to be coded or decoded, and the generated skip mode motion vector for the macroblock (the darkened macroblock in the figure) according to an embodiment of the invention.

FIG. **10** is a schematic block diagram of a multimedia communications terminal in which the method according to the invention may be implemented.

BEST MODE FOR CARRYING OUT THE INVENTION

Exemplary embodiments of the invention will now be described in detail with particular reference to FIGS. **6** to **10**.

According to the invention, skip (or SKIP) mode macroblocks in a video coding system adapt to the motion of surrounding image segments. If active motion is detected around a macroblock to be coded/decoded, motion parameters conforming to the motion are generated and the macroblock is motion compensated. In this way, no additional information needs to be transmitted from the encoder to the decoder.

16

FIG. **6** is a schematic block diagram of a video encoder **600** implemented according to an embodiment of the invention. When encoding frames of a digital video sequence, encoder **600** operates in a manner similar to that previously described in connection with the prior art video encoder of FIG. **1** to generate INTRA-coded and INTER-coded compressed video frames. The structure of the video encoder shown in FIG. **6** is substantially identical to that of the prior art video encoder shown in FIG. **1**, with appropriate modifications to the motion estimation part necessary to implement the video encoding method according to the invention. All parts of the video encoder which implement functions and operate in a manner identical to the previously described prior art video encoder are identified with identical reference numbers.

As the present invention relates to the encoding of video frames in INTER-coded format and more particularly to details of the motion-compensated prediction performed as part of the INTER coding process, description of encoder **600** in INTRA-coding mode will be omitted and the following sections will concentrate on the operations performed by the encoder in INTER-coding mode.

In INTER-coding mode, the video encoder's control manager **160** operates switch **102** to receive its input from line **117**, which comprises the output of combiner **116**. The combiner **116** receives the video input signal macroblock by macroblock from input **101**. As combiner **116** receives the blocks of luminance and chrominance values which make up the macroblock, it forms corresponding blocks of prediction error information, representing the difference between the block in question and its prediction, produced in motion compensated prediction block **650**.

The prediction error information for each block of the macroblock is passed to DCT transformation block **104**, which performs a two-dimensional discrete cosine transform on each block of prediction error values to produce a two-dimensional array of DCT transform coefficients for each block. These are passed to quantizer **106** where they are quantized using a quantization parameter QP. Selection of the quantization parameter QP is controlled by the control manager **160** via control line **115**.

The quantized DCT coefficients representing the prediction error information for each block of the macroblock are then passed from quantizer **106** to video multiplex coder **170**, via line **125**. The video multiplex coder **170** orders the transform coefficients for each block of prediction error using a zig-zag scanning procedure, represents each non-zero valued quantized coefficient as a run-level pair and compresses the run-level pairs using entropy coding. Video multiplex coder **170** also receives motion vector information from motion field coding block **640** via line **126** and control information from control manager **160**. It entropy codes the motion vector information and control information and forms a single bit-stream of coded image information, **135** comprising the entropy coded motion vector, prediction error and control information.

The quantized DCT coefficients representing the prediction error information for each block of the macroblock are also passed from quantizer **106** to inverse quantizer **108**. Here they are inverse quantized and the resulting blocks of inverse quantized DCT coefficients are applied to inverse DCT transform block **110**, where they undergo inverse DCT transformation to produce locally decoded blocks of prediction error values. The locally decoded blocks of prediction error values are then input to combiner **112**. In INTER-coding mode, switch **114** is set so that the combiner **112** also receives predicted pixel values for each block of the macroblock, generated by motion-compensated prediction block **650**. The

US 7,532,808 B2

17

combiner **112** combines each of the locally decoded blocks of prediction error values with a corresponding block of predicted pixel values to produce reconstructed image blocks and stores them in frame store **120**.

As subsequent macroblocks of the video signal are received from the video source and undergo the previously described encoding and decoding steps in blocks **104**, **106**, **108**, **110**, **112**, a decoded version of the frame is built up in frame store **120**. When the last macroblock of the frame has been processed, the frame store **120** contains a completely decoded frame, available for use as a motion prediction reference frame in encoding a subsequently received video frame in INTER-coded format.

The details of the motion-compensated prediction performed by video encoder **600** will now be described in detail.

Encoder **600** performs motion-compensated prediction in a manner similar to the previously described JVT codec. In other words, it is adapted to assign a coding mode to each INTER-coded macroblock depending on the characteristics of the macroblock and the motion in the video sequence being coded. When examining which coding mode to assign to particular macroblock, motion estimation block **630** performs a motion estimation operation for each coding mode in turn. Motion estimation block **630** receives the blocks of luminance and chrominance values which make up the macroblock to be coded for use in motion estimation via line **128** (see FIG. **6**). It then selects each of the possible coding modes one after the other, in turn, and performs motion estimation in order to identify a best match for the macroblock in the reference frame, on the basis of the selected coding mode and the pixel values of the macroblock to be coded. (The best match will comprise one or more best-matching regions of pixel values, depending on the coding mode). Each best-match is associated with an overall cost value, for example, a linear combination of the sum of absolute differences between the pixel values in the macroblock under examination and the best matching region in the reference frame, and an estimated number of bits required to code the mode and represent motion vectors. Once a best match has been obtained for each coding mode, motion estimation block **630** selects that coding mode which yields the smallest overall cost value as the coding mode for the current macroblock.

According to the invention, the coding modes used by encoder **600** correspond to those provided by JM1 of the JVT codec (shown in Table 3), with the exception that the SKIP mode is redefined to allow representation of global and regional motion. More specifically, the SKIP mode is modified in such a way that a zero (non-active) motion vector or a non-zero (active) motion vector is associated with each skip mode macroblock, depending on the characteristics of the motion in image segments surrounding the macroblock in question. In the following this type of motion vector will be referred to as a "skip mode motion vector".

When examining skip mode as part of the previously described motion estimation process performed in turn for each coding mode, the encoder first determines whether a zero or a non-zero skip mode motion vector should be used. To do this, the encoder is arranged to analyze the motion of image segments (e.g. macroblocks and/or sub-blocks) surrounding the macroblock to be coded. If it determines that the surrounding region exhibits a certain type of motion, for example it has characteristics indicative of global or regional motion, it generates a non-zero valued skip mode motion vector representative of the motion. On the other hand, if the encoder determines that the-region surrounding the current macroblock does not exhibit global or regional motion, but instead has an insignificant level of motion, it generates a zero

18

valued skip mode motion vector. In other words, if the encoder determines that the motion in the region surrounding the current macroblock has a global characteristic, skip mode coding is adapted to take account of this (by generating an associated non-zero valued skip mode motion vector representative of the motion). Alternatively if no such motion is present, a zero valued motion vector is generated causing the skip mode as modified by the invention to operate in a conventional manner i.e. a zero valued skip mode motion vector causes a macroblock to be copied directly from the reference frame.

Having performed motion estimation operations for each of the available coding modes, including skip mode as modified according to the invention, encoder **600** determines which coding mode yields the smallest overall cost value and selects that mode as the coding mode for the macroblock in question. An indication of the finally selected coding mode, for example a variable length codeword selected from the set of codewords presented in Table 3, is associated with the macroblock and included in the video bit-stream **635**. This enables a corresponding decoder to identify the coding mode for the macroblock and correctly reconstruct the macroblock using the correct form of motion-compensated prediction.

The analysis of motion in a region surrounding a macroblock to be coded to determine whether a zero valued or non-zero valued skip mode motion vector should be used will now be considered in further detail with reference to FIG. **8** of the accompanying drawings. FIG. **8** illustrates the functional elements of the motion estimation block **630** associated with generating skip mode motion vectors. These include motion information memory **801**, surrounding motion analysis block **802**, active motion parameter generation block **803** and zero motion parameter generation block **804**.

The decision whether to generate a zero valued skip mode motion vector or a non-zero valued skip mode motion vector is made by surrounding motion analysis block **802**. The decision is made by analysing and classifying the motion of macroblocks or sub-blocks in a predefined region surrounding the macroblock to be coded using a predetermined analysis scheme. In order to perform the analysis, surrounding motion analysis block **802** retrieves motion information relating to the macroblocks and/or sub-blocks in the surrounding region from motion information memory **801**. Depending on the specific details of the implementation, surrounding motion analysis block may be arranged to analyze the continuity, velocity or deviation of motion in the surrounding macroblocks or sub-blocks. For example, if the motion in the surrounding region exhibits a certain level of continuity, a certain common velocity (as depicted in FIG. **9**, for example), or a particular form of divergence, this may suggest that some form of global or regional motion is present. As a consequence surrounding motion analysis block concludes that "active motion" is present in the surrounding region and a non-zero valued skip mode motion vector should be used. On the other hand, if the region surrounding the current macroblock does not exhibit such continuity, common velocity or divergence and has a generally insignificant level of motion, the surrounding motion analysis block concludes that "non-active motion" is present in the surrounding region and consequently a zero valued skip mode motion vector should be used.

As shown in FIG. **8**, if the surrounding motion analysis block determines that "active motion" is present in the surrounding region, it sends an indication to that effect to active motion parameter generation block **803**, which forms a non-zero valued skip mode motion vector representative of the motion in the surrounding region. To do this active motion

US 7,532,808 B2

19

20

parameter generation block **803** retrieves motion information relating to the surrounding macroblocks and/or sub-blocks from motion information memory **801**. Alternatively, this information may be passed to the active motion parameter generation block by surrounding motion analysis block **802**. If surrounding motion analysis block determines that "non-active motion" is present in the surrounding region, it sends a corresponding indication to zero motion parameter generation block **804**, which forms a zero valued skip mode motion vector.

In a particularly advantageous embodiment of the invention, the surrounding region of macroblocks or sub-blocks analyzed by the surrounding motion analysis block comprises previously encoded macroblocks neighboring the macroblock to be coded (FIG. **9**). In this case, the analysis and classification of motion in the surrounding region performed in the encoder can be duplicated exactly in the decoder. This, in turn, means that according to the invention, no additional information must be sent to the decoder in order to model global or regional motion.

In an alternative embodiment of the invention the coding modes of already coded macroblocks are taken into account when deciding whether to use a zero valued or non-zero valued skip mode motion vector. For example, if the surrounding motion analysis block determines that there is one or more stationary neighboring macroblock, a zero valued skip mode motion vector is used.

In a first preferred embodiment of the invention surrounding motion analysis block **802** classifies the motion in the region surrounding the macroblock according to the following three step procedure. Firstly, surrounding motion analysis block retrieves motion information for the macroblocks or sub-blocks surrounding the macroblock to be coded (i.e. previously encoded macroblocks neighboring the macroblock to be coded, as shown in FIG. **9**) and generates a median motion vector prediction for the macroblock. The median motion vector prediction is formed, for example, in a manner analogous to that used in motion vector prediction according to JM1 of the JVT codec (see T. Weigland: "Joint Model Number 1", Doc. JVT-A003, Joint Video Team of ISO/IEC MPEG and ITU-T VCEG, January 2002). Next surrounding motion analysis block determines if any of the resulting motion vector components has an absolute value larger than a certain threshold value (for example half a pixel). If this condition is fulfilled, the motion is classified as "active motion", otherwise it is classified as "non-active motion". Finally, depending on the classification result, surrounding motion analysis block **802**, sends an indication to either the active motion parameter generation block **803** or the zero motion parameter generation block **804** to in order to generate the appropriate skip mode motion parameters.

Implementation of the surrounding motion analysis block according to the first preferred embodiment of the invention is particularly advantageous for two reasons. Firstly, in a typical video codec, such as the JVT codec, a median predictor is used to predict motion vectors of square image blocks. According to the first preferred embodiment, this same predictor is used in the surrounding motion analysis block and active motion parameter generation block to analyze motion in the region surrounding a macroblock to be coded and to generate motion parameters for SKIP mode macroblocks. In this way the invention can be implemented with minimal effect on the total implementation complexity of the video codec. Secondly, because the surrounding motion analysis block **802** classifies the motion in the surrounding region by generating and analyzing a median motion vector, active motion parameter generation block **803** can simply pass the

median motion parameters, already generated in the surrounding motion analysis block, to the motion compensation block. This also minimizes the implementation complexity, since there is no need to generate additional motion parameters.

In a second preferred embodiment of the invention the surrounding motion analysis block analyses the motion in vicinity of the macroblock to be coded and classifies it as either "active motion" or "non-active motion". In the case of "active motion" the active motion parameter generation block is activated and in the case of "non-active motion" the zero motion parameter generation block is activated. In this embodiment the classification to the "non-active motion" category takes place if either or both of the two conditions below are true, otherwise the motion is classified as "active motion":

Condition 1: The macroblock immediately above or the macroblock immediately to the left of the macroblock under consideration is not available (that is, is out of the picture or belongs to a different slice).

Condition 2: The macroblock or block immediately above, or the macroblock or block immediately to the left that are used in motion vector prediction for the 16×16 INTER mode has a zero motion vector and uses the latest picture as reference in motion compensation.

Operation of a video decoder **700** according to an embodiment of the invention will now be described with reference to FIG. **7**. The structure of the video decoder illustrated in FIG. **7** is substantially identical to that of the prior art video decoder shown in FIG. **2**, with appropriate modifications to those parts of the decoder that perform motion estimation operations. All parts of the video decoder which implement functions and operate in a manner identical to the previously described prior art video decoder are identified with identical reference numbers. It is further assumed that the video decoder of FIG. **7** corresponds to the encoder described in connection with FIG. **6** and is therefore capable of receiving and decoding the bit-stream **635** transmitted by encoder **600**. Furthermore, as the present invention affects the decoding of video frames in INTER-coded format, description of the operations performed by decoder **700** in connection with the decoding of INTRA-coded frames will be omitted.

INTER-coded frames are decoded macroblock by macroblock, each INTER-coded macroblock being decoded substantially as soon as encoded information relating to it is received in the bit-stream **635**. Depending on the coding mode, the compressed video data included in the bit-stream for an INTER-coded macroblock may comprise a combination of VLC encoded prediction error information for each block, motion vector information for the macroblock (or sub-blocks) and encoded control information including an indication of the coding mode used to encode the macroblock in question. If a macroblock is encoded in skip mode, no prediction error or motion vector information relating to the macroblock is included in the bit-stream.

Video multiplex decoder **270** receives the video bit-stream **635** and separates control information, including an indication of the coding mode of the macroblock from any encoded prediction error and/or motion vector information that may be present.

As explained earlier, prediction error information is encoded as variable length codewords representative of entropy coded level and run values. If prediction error information is provided for the current macroblock, the video multiplex decoder **270** recovers the level and run values by decoding the variable length codewords using a variable length decoding method corresponding to the encoding

US 7,532,808 B2

21

method used in encoder **600**. It then reconstructs an array of quantized DCT transform coefficient values for each prediction error block and passes them to inverse quantizer **210** where they are inverse quantized. The inverse quantized DCT coefficients are then inverse transformed in the inverse DCT transformer **220** to yield an array of reconstructed prediction error values for each block of the macroblock.

Both the coding mode indication and encoded motion vector information (if any) associated with the macroblock are decoded in the video multiplex decoder and are passed via control line **225** to motion compensated prediction block **740**. Motion compensated prediction block **740** uses the coding mode indication and motion vector information (if any) to form a prediction for the macroblock in question. More specifically, the motion compensated prediction block **740** forms an array of pixel values for each block of the macroblock by copying corresponding pixel values from a region (or regions) of pixels in a reference frame. The prediction, that is the blocks of pixel values derived from the reference frame, are passed from motion compensated prediction block **740** to combiner **230** where they are combined with the decoded prediction error information (if any). In this way an array of reconstructed pixel values for each block of the macroblock is obtained.

The reconstructed pixel values are passed to the video output **280** of the decoder and are also stored in frame store **250**. Consequently, as subsequent macroblocks of the INTER-coded frame are decoded and stored, a decoded frame is progressively assembled in the frame store **250** and thus becomes available for use as a reference frame for motion-compensated prediction of other INTER-coded frames.

According to the invention, the motion compensated prediction block **740** of decoder **700** comprises a motion information memory block **801**, a surrounding motion analysis block **802**, an active motion parameter generation block **803** and a zero motion parameter generation block **804** analogous to those provided in encoder **600**. These functional blocks are used to determine whether a macroblock encoded in skip mode should be associated with a zero valued or a non-zero valued skip mode motion vector. More specifically, when it is determined that a macroblock to be decoded was encoded in skip mode, surrounding motion analysis block **802** analyses and classifies the motion of previously decoded macroblocks and/or sub-blocks in a predefined region surrounding the macroblock to be decoded in a manner exactly corresponding to that used in encoder **600**. As a result of the analysis, the macroblock in question is either associated with a non-zero valued skip mode motion vector or a zero valued skip mode motion vector. This motion vector is then used to form a prediction for the macroblock. If the macroblock is associated with a zero valued skip mode motion vector, it is reconstructed by simply copying pixel values from a corresponding location in the reference frame. If, on the other hand, it is associated with a non-zero valued motion vector, a region of pixel values indicated by the non-zero motion vector is used to generate the pixel values for the macroblock.

It should be appreciated that by modifying the skip mode concept in the manner proposed by the invention and performing surrounding motion analysis in the decoder, it is possible to take account of global or region motion in a video sequence without requiring explicit information about such motion to be provided in video bit-stream.

A terminal device comprising video encoding and decoding equipment which may be adapted to operate in accordance with the present invention will now be described. FIG. **10** of the accompanying drawings illustrates a multimedia terminal **80** implemented according to ITU-T recommenda-

22

tion H.324. The terminal can be regarded as a multimedia transceiver device. It includes elements that capture, encode and multiplex multimedia data streams for transmission via a communications network, as well as elements that receive, de-multiplex, decode and display received multimedia content. ITU-T recommendation H.324 defines the overall operation of the terminal and refers to other recommendations that govern the operation of its various constituent parts. This kind of multimedia terminal can be used in real-time applications such as conversational videotelephony, or non real-time applications such as the retrieval and/or streaming of video clips, for example from a multimedia content server in the Internet.

In the context of the present invention, it should be appreciated that the H.324 terminal shown in FIG. **10** is only one of a number of alternative multimedia terminal implementations suited to application of the inventive method. It should also be noted that a number of alternatives exist relating to the location and implementation of the terminal equipment. As illustrated in FIG. **10**, the multimedia terminal may be located in communications equipment connected to a fixed line telephone network such as an analogue PSTN (Public Switched Telephone Network). In this case the multimedia terminal is equipped with a modem **91**, compliant with ITU-T recommendations V.8, V.34 and optionally V.8bis. Alternatively, the multimedia terminal may be connected to an external modem. The modem enables conversion of the multiplexed digital data and control signals produced by the multimedia terminal into an analogue form suitable for transmission over the PSTN. It further enables the multimedia terminal to receive data and control signals in analogue form from the PSTN and to convert them into a digital data stream that can be demultiplexed and processed in an appropriate manner by the terminal.

An H.324 multimedia terminal may also be implemented in such a way that it can be connected directly to a digital fixed line network, such as an ISDN (Integrated Services Digital Network). In this case the modem **91** is replaced with an ISDN user-network interface. In FIG. **10**, this ISDN user-network interface is represented by alternative block **92**.

H.324 multimedia terminals may also be adapted for use in mobile communication applications. If used with a wireless communication link, the modem **91** can be replaced with any appropriate wireless interface, as represented by alternative block **93** in FIG. **10**. For example, an H.324/M multimedia terminal can include a radio transceiver enabling connection to the current 2nd generation GSM mobile telephone network, or the proposed 3rd generation UMTS (Universal Mobile Telephone System).

It should be noted that in multimedia terminals designed for two-way communication, that is for transmission and reception of video data, it is advantageous to provide both a video encoder and video decoder implemented according to the present invention. Such an encoder and decoder pair is often implemented as a single combined functional unit, referred to as a "codec".

A typical H.324 multimedia terminal will now be described in further detail with reference to FIG. **10**.

The multimedia terminal **80** includes a variety of elements referred to as "terminal equipment". This includes video, audio and telematic devices, denoted generically by reference numbers **81**, **82** and **83**, respectively. The video equipment **81** may include, for example, a video camera for capturing video images, a monitor for displaying received video content and optional video processing equipment. The audio equipment **82** typically includes a microphone, for example for capturing spoken messages, and a loudspeaker for reproducing received

US 7,532,808 B2

23

audio content. The audio equipment may also include additional audio processing units. The telematic equipment **83**, may include a data terminal, keyboard, electronic whiteboard or a still image transceiver, such as a fax unit.

The video equipment **81** is coupled to a video codec **85**. The video codec **85** comprises a video encoder and a corresponding video decoder, both implemented according to the invention. Such an encoder and a decoder will be described in the following. The video codec **85** is responsible for encoding captured video data in an appropriate form for further transmission over a communications link and decoding compressed video content received from the communications network. In the example illustrated in FIG. **10**, the video codec is implemented according to JM1 of the JVT codec, with appropriate modifications to implement the modified SKIP mode concept according to the invention in both the encoder and the decoder of the video codec.

The terminal's audio equipment is coupled to an audio codec, denoted in FIG. **10** by reference number **86**. Like the video codec, the audio codec comprises an encoder/decoder pair. It converts audio data captured by the terminal's audio equipment into a form suitable for transmission over the communications link and transforms encoded audio data received from the network back into a form suitable for reproduction, for example on the terminal's loudspeaker. The output of the audio codec is passed to a delay block **87**. This compensates for the delays introduced by the video coding process and thus ensures synchronisation of audio and video content.

The system control block **84** of the multimedia terminal controls end-to-network signalling using an appropriate control protocol (signalling block **88**) to establish a common mode of operation between a transmitting and a receiving terminal. The signalling block **88** exchanges information about the encoding and decoding capabilities of the transmitting and receiving terminals and can be used to enable the various coding modes of the video encoder. The system control block **84** also controls the use of data encryption. Information regarding the type of encryption to be used in data transmission is passed from encryption block **89** to the multiplexer/demultiplexer (MUX/DMUX unit) **90**.

During data transmission from the multimedia terminal, the MUX/DMUX unit **90** combines encoded and synchronised video and audio streams with data input from the telematic equipment **83** and possible control data, to form a single bit-stream. Information concerning the type of data encryption (if any) to be applied to the bit-stream, provided by encryption block **89**, is used to select an encryption mode. Correspondingly, when a multiplexed and possibly encrypted multimedia bit-stream is being received, MUX/DMUX unit **90** is responsible for decrypting the bit-stream, dividing it into its constituent multimedia components and passing those components to the appropriate codec(s) and/or terminal equipment for decoding and reproduction.

If the multimedia terminal **80** is a mobile terminal, that is, if it is equipped with a radio transceiver **93**, it will be understood by those skilled in the art that it may also comprise additional elements. In one embodiment it comprises a user interface having a display and a keyboard, which enables operation of the multimedia terminal **80** by a user, a central processing unit, such as a microprocessor, which controls the blocks responsible for different functions of the multimedia terminal, a random access memory RAM, a read only memory ROM, and a digital camera. The microprocessor's operating instructions, that is program code corresponding to the basic functions of the multimedia terminal **80**, is stored in the read-only memory ROM and can be executed as required

24

by the microprocessor, for example under control of the user. In accordance with the program code, the microprocessor uses the radio transceiver **93** to form a connection with a mobile communication network, enabling the multimedia terminal **80** to transmit information to and receive information from the mobile communication network over a radio path.

The microprocessor monitors the state of the user interface and controls the digital camera. In response to a user command, the microprocessor instructs the camera to record digital images into the RAM. Once an image or digital video sequence is captured, or alternatively during the capturing process, the microprocessor segments the image into image segments (for example macroblocks) and uses the encoder to perform motion compensated encoding of the segments in order to generate a compressed image sequence, as explained in the foregoing description. A user may command the multimedia terminal **80** to display the captured images on its display or to send the compressed video sequence using the radio transceiver **93** to another multimedia terminal, a video telephone connected to a fixed line network (PSTN) or some other telecommunications device. In a preferred embodiment, transmission of image data is started as soon as the first segment is encoded so that the recipient can start a corresponding decoding process with a minimum delay.

Although described in the context of particular embodiments, it will be apparent to those skilled in the art that a number of modifications and various changes to these teachings may occur. Thus, while the invention has been particularly shown and described with respect to one or more preferred embodiments thereof, it will be understood by those skilled in the art that certain modifications or changes may be made therein without departing from the scope and spirit of the invention as set forth above.

In particular, according to an alternative embodiment of the invention, surrounding motion analysis block **802** is adapted to classify the motion of a surrounding region into more than two motion classes. For example, one meaningful classification involving three classes of motion would be "continuous motion", "active motion" and "non-active motion". In this way special motion parameters for the typical case of continuous motion can be generated.

In another alternative embodiment of the invention, the surrounding motion analysis block is removed and active motion parameter generation block is activated for all the skip mode macroblocks.

According to a further alternative embodiment Instead of using the surrounding motion analysis block to indicate the classification information, the indication is provided by other means (for example as side information in macroblock, slice, picture or sequence levels).

In yet another alternative embodiment, the surrounding motion analysis block may be temporarily disabled or enabled with such means.

In another alternative implementation, the macroblock mode table is rehashed depending on the output of the surrounding motion analysis block to give higher priority to more likely modes. In a related embodiment, the macroblock mode table is completely regenerated depending on the output of the surrounding motion analysis block, for example, by removing the skip.

It should also be appreciated that active motion parameters generation block **803** can be implemented in various ways. In particular embodiments of the invention it is adapted to generate the motion parameters, for example, based on the continuance, velocity or deviation of the surrounding motion. Additional side information can also be sent to guide the generation of motion parameters. In an alternative embodi-

US 7,532,808 B2

25

ment the active motion parameter generation block is adapted to output multiple motion vectors to be used in different parts of the macroblock.

The invention can also be used to generate motion compensated prediction for other Macroblock modes in addition to or instead of the SKIP mode. It is also not limited by the macroblock structure but can be used in any segmentation based video coding system.

What is claimed is:

**1**. A method of encoding a video sequence, the method comprising:

assigning a skip coding mode to a first segment of a first frame of the sequence;

assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment; and

forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one of the zero motion vector and the predicted non-zero motion vector; and

providing in an encoded bitstream an indication of the skip coding mode, wherein no further motion vector information for the first segment is coded in the encoded bitstream.

**2**. A method according to claim **1**, wherein the second segment is a previously encoded segment neighboring the first segment.

**3**. A method according to claim **1**, wherein if the motion in the second segment has an insignificant level of motion, the zero motion vector is assigned to the skip coding mode for the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**4**. A method according to claim **1**, wherein if the motion in the second segment has a motion characteristic of a global or a regional motion,

the method further comprising:

deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**5**. A method according to claim **1**, further comprising:

performing an analysis of motion of a region surrounding the first segment;

if it is determined that the region surrounding the first segment has at least one of the following types of motion: continuous motion, motion having a common velocity, and motion having a certain deviation,

the method further comprising deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector; and

otherwise, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for

26

the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**6**. A method according to claim **1**, wherein if the second segment has zero motion vector, the zero motion vector is assigned for skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**7**. A method of decoding an encoded video sequence, the method comprising:

receiving an indication of a skip coding mode for a first segment;

assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment; and

forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one of the zero motion vector and the predicted non-zero motion vector.

**8**. A method according to claim **7**, further comprising:

performing an analysis of motion of a region surrounding the first segment;

if it is determined that the region surrounding the first segment has at least one of the following types of motion: continuous motion, motion having a common velocity, and motion having a certain deviation,

the method further comprising deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned for the skip coding mode of the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector; and

otherwise, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**9**. A method according to claim **7**, wherein if a segment in a previously decoded region surrounding the first segment has zero motion vector, the zero-motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**10**. A video encoder for encoding a video sequence, the encoder comprises:

a coding controller for assigning a skip coding mode to a first segment;

a motion estimation block for

assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment; and

forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one of the zero motion vector and the predicted non-zero motion vector; and

US 7,532,808 B2

27

a multiplexer for providing in an encoded bitstream an indication of the skip coding mode, wherein no further motion vector information for the first segment is coded in the encoded bitstream.

**11.** An encoder according to claim **10**, wherein the second segment is a previously encoded segment neighboring the first segment.

**12.** An encoder according to claim **10**, wherein if the second segment has an insignificant level of motion, the motion estimation block is arranged to assign the zero motion vector for the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**13.** An encoder according to claim **10**, wherein if the second segment has a motion characteristic of a global or a regional motion,

the motion estimation block is arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**14.** An encoder according to claim **10**, wherein the motion estimation block is arranged to perform an analysis of motion of a region surrounding the first segment;

if it is determined that the region surrounding the first segment has at least one of the following types of motion: continuous motion, motion having a common velocity, and motion having a certain deviation

the motion estimation block is further arranged to derive a predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector; and

otherwise, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**15.** An encoder according to claim **10**, wherein if a segment in a region surrounding the first segment has zero motion vector, the encoder is arranged to assign the zero motion vector for the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**16.** A video decoder for decoding an encoded video sequence, the decoder comprising:

a demultiplexer for receiving an indication of a skip coding mode assigned to a first segment;

a motion compensated prediction block for

assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment; and

forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the

28

assigned motion vector is one of the zero motion vector and the predicted non-zero motion vector.

**17.** A decoder according to claim **16**, wherein if the second segment has an insignificant level of motion, the decoder is arranged to assign the zero-motion vector to the skip coding mode for the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**18.** A decoder according to claim **16**, wherein if the second segment has a motion characteristic of a global or a regional motion, the decoder is arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**19.** A decoder according to claim **16**, wherein the motion compensated prediction block is configured to perform an analysis of motion of a region surrounding the first segment; and

if it is determined that the region surrounding the first segment has at least one of the following types of motion: continuous motion, motion having a common velocity, motion having a certain deviation,

the motion compensated prediction block further configured to derive a predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector; and

otherwise, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**20.** A decoder according to claim **16**, wherein if a segment in a region surrounding the first segment has zero motion vector, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**21.** A multimedia terminal, comprising an encoder according to claim **10**.

**22.** A multimedia terminal comprising a decoder according to claim **16**.

**23.** A method according to claim **1**, wherein if the second segment has a non-zero motion vector,

the method further comprising deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned for the skip coding mode of the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**24.** A method according to claim **1**, wherein if the second segment has a zero motion vector and the second segment is predicted using motion-compensated prediction from the reference picture, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the

US 7,532,808 B2

**29**

first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**25**. A method according to claim **1**, wherein if the second segment has a zero motion vector and the second segment is predicted using motion-compensated prediction from a second reference picture immediately preceding the second segment belongs to, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**26**. A method according to claim **1**, further comprising:

performing an analysis of motion information of the second segment and motion information of a third segment neighboring the first segment; and

determining whether a region surrounding the first segment has a global or a regional motion in a video sequence based at least in part on a characteristic of the motion vector of the second segment and the motion vector of the third segment.

**27**. A method according to claim **26**, wherein if the region surrounding the first segment has a global or a regional motion in a video sequence,

the method further comprising deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment and the motion vector of the third segment; and

the predicted non-zero motion vector is assigned for the skip coding mode of the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**28**. A method according to claim **1**, further comprising:

deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment.

**29**. A method according to claim **1**, further comprising:

deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment and motion vector of a third segment neighboring the first segment.

**30**. A method according to claim **1**, wherein no residual information is provided for the first segment in the encoded bitstream.

**31**. A method according to claim **1**, further comprising:

deriving a predicted motion vector based at least in part on the motion vector of the second segment and motion vector of a third segment neighboring the first segment; and

if any component of the predicted motion vector has an absolute value larger than a certain threshold value, the predicted motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted motion vector; and

if none of components of the predicted motion vector has an absolute value larger than the certain threshold value, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**32**. A method according to claim **7**, wherein if the second segment has a zero motion vector, the zero motion vector is assigned to the skip coding mode of the first segment and the

**30**

prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**33**. A method according to claim **7**, wherein if the second segment has an insignificant level of motion, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**34**. A method according to claim **7**, wherein if the second segment has a non-zero motion vector,

the method further comprising deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned for the skip coding mode of the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**35**. A method according to claim **7**, characterized in that if the second segment has a motion characteristic of a global or a regional motion,

the method further comprising deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**36**. A method according to claim **7**, wherein if the second segment has a zero motion vector and the second segment is predicted using motion-compensated prediction from the reference picture, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**37**. A method according to claim **7**, further comprising:

performing an analysis of motion information of the second segment and motion information of a third segment neighboring the first segment;

determining whether a region surrounding the first segment has a global or a regional motion in a video sequence based at least in part on a characteristic of the motion vector of the second segment and the motion vector of the third segment.

**38**. A method according to claim **37**, wherein if the region surrounding the first segment has a global or a regional motion in a video sequence,

the method further comprising deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment and the motion vector of the third segment; and

the predicted non-zero motion vector is assigned for the skip coding mode of the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**39**. A method according to claim **7**, further comprising:

deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment.

**40**. A method according to claim **7**, further comprising:

deriving the predicted non-zero motion vector based at least in part on the motion vector of the second segment and motion vector of a third segment neighboring the first segment.

US 7,532,808 B2

31

**41**. A method according to claim **7**, wherein no residual information is provided for the first segment in the encoded bitstream.

**42**. A method according to claim **7**, further comprising:

deriving a predicted motion vector based at least in part on the motion vector of the second segment and motion vector of a third segment neighboring the first segment; and

if any component of the predicted motion vector has an absolute value larger than a certain threshold value, the predicted motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted motion vector; and

if none of components of the predicted motion vector has an absolute value larger than the certain threshold value, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**43**. A method according to claim **1**, wherein if the second segment has a zero motion vector and the second segment is predicted using motion-compensated prediction from a second reference picture immediately preceding the picture second segment belongs to, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**44**. An encoder according to claim **10**, wherein if the second segment has a non-zero motion vector,

the motion estimation block is further arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

the predicted non-zero motion vector is assigned for the skip coding mode for the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**45**. An encoder according to claim **10**, further wherein the motion estimation block is further arranged to:

perform an analysis of motion information of the second segment and motion information of a third segment neighboring the first segment;

determine whether a region surrounding the first segment has a global or a regional motion in a video sequence based at least in part on a characteristic of the motion vector of the second segment and the motion vector of the third segment.

**46**. An encoder according to claim **45**, wherein if the region surrounding the first segment has a global or a regional motion in a video sequence,

the motion estimation block further arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment and the motion vector of the third segment; and

the predicted non-zero motion vector is assigned for the skip coding mode for the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

32

**47**. An encoder according to claim **10**, wherein the motion estimation block further arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment.

**48**. An encoder according to claim **10**, wherein the motion estimation block further arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment and motion vector of a third segment neighboring the first segment.

**49**. An encoder according to claim **10**, wherein no residual information is provided for the first segment in the encoded bitstream.

**50**. An encoder according to claim **10**, wherein the motion estimation block further arranged to derive a predicted motion vector based at least in part on the motion vector of the second segment and motion vector of a third segment neighboring the first segment; and

if any component of the predicted motion vector has an absolute value larger than a certain threshold value, the predicted motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted motion vector; and

if none of components of the predicted motion vector has an absolute value larger than the certain threshold value, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**51**. An encoder according to claim **10**, wherein if the second segment has a zero motion vector, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**52**. An encoder according to claim **10**, wherein if the second segment has a zero motion vector and the second segment is predicted using motion-compensated prediction from the reference picture, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**53**. An encoder according to claim **10**, wherein if the second segment has a zero motion vector and the second segment is predicted using motion-compensated prediction from a second reference picture immediately preceding the picture second segment belongs to, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**54**. A decoder according to claim **16**, wherein if the second segment has a zero motion vector, the zero-motion vector is assigned to the skip coding mode for the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**55**. A decoder according to claim **16**, wherein if the second segment has a non-zero motion vector,

the motion compensated prediction block further arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment; and

US 7,532,808 B2

33

the predicted non-zero motion vector is assigned for the skip coding mode for the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**56**. A decoder according to claim **16**, wherein the motion estimation block further arranged to:

perform an analysis of motion information of the second segment and motion information of a third segment neighboring the first segment;

determine whether a region surrounding the first segment has a global or a regional motion in a video sequence based at least in part on a characterictic of the motion vector of the second segment and the motion vector of the third segment; and

**57**. A decoder according to claim **56**, wherein if the region surrounding the first segment has a global or a regional motion in a video sequence,

the motion estimation block further arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment and the motion vector of the third segment; and

the predicted non-zero motion vector is assigned for the skip coding mode for the first segment; and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted non-zero motion vector.

**58**. A decoder according to claim **16**, wherein the motion estimation block further arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment.

**59**. A decoder according to claim **16**, wherein the motion estimation block further arranged to derive the predicted non-zero motion vector based at least in part on the motion vector of the second segment and motion vector of a third segment neighboring the first segment.

**60**. A decoder according to claim **16**, wherein no residual information is provided for the first segment in an encoded bitstream.

**61**. A decoder according to claim **16**, wherein the motion estimation block further arranged to derive a predicted

34

motion vector based at least in part on the motion vector of the second segment and motion vector of a third segment neighboring the first segment; and

if any component of the predicted motion vector has an absolute value larger than a certain threshold value, the predicted motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed by a motion compensated prediction with respect to the reference frame based at least in part on the predicted motion vector; and

if none of components of the predicted motion vector has an absolute value larger than the certain threshold value, the zero motion vector is assigned for the skip coding mode of the first segment, and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**62**. A decoder according to claim **16**, wherein if the second segment has a zero motion vector and the second segment is predicted using motion-compensated prediction from the reference picture, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**63**. A decoder according to claim **16**, wherein if the second segment has a zero motion vector and the second segment is predicted using motion-compensated prediction from a second reference picture immediately preceding the picture second segment belongs to, the zero motion vector is assigned to the skip coding mode of the first segment and the prediction for the first segment is formed with respect to a corresponding segment of the reference frame associated with the zero motion vector.

**64**. A decoder according to claim **16**, wherein no further motion vector information for the first segment is retrieved from an encoded bitstream.

**65**. A method according to claim **7**, wherein no further motion vector information for the first segment is retrieved from the encoded bitstream.

* * * * *

# EXHIBIT 2

US006950469B2

(12) **United States Patent**    (10) Patent No.:    **US 6,950,469 B2**
Karczewicz et al.                (45) Date of Patent:       **Sep. 27, 2005**

(54) **METHOD FOR SUB-PIXEL VALUE INTERPOLATION**

(75) Inventors: **Marta Karczewicz**, Irving, TX (US); **Antti Olli Hallapuro**, Tampere (FI)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 688 days.

(21) Appl. No.: **09/954,608**

(22) Filed: **Sep. 17, 2001**

(65) **Prior Publication Data**

US 2003/0112864 A1 Jun. 19, 2003

(51) **Int. Cl.**$^7$ .............................................. **H04N 7/12**
(52) **U.S. Cl.** .................................................. **375/240.17**
(58) **Field of Search** ...................... 375/240.17, 240.16; 382/236

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,816,913 A | * | 3/1989 | Harney et al. | ......... 375/240.08 |
| 5,485,279 A | * | 1/1996 | Yonemitsu et al. | .... 375/240.14 |
| 5,521,642 A | | 5/1996 | Park | ............................ 348/409 |
| 5,568,597 A | | 10/1996 | Nakayama et al. | ......... 395/132 |
| 5,570,436 A | | 10/1996 | Fukushima et al. | ......... 382/300 |
| 5,594,813 A | * | 1/1997 | Fandrianto et al. | ......... 382/236 |
| 5,754,240 A | * | 5/1998 | Wilson | ................... 375/240.15 |
| 5,852,468 A | * | 12/1998 | Okada | ......................... 348/272 |
| 5,901,248 A | | 5/1999 | Fandrianto et al. | ......... 382/236 |
| 6,104,753 A | * | 8/2000 | Kim et al. | ............... 375/240.16 |
| 6,219,464 B1 | | 4/2001 | Greggain et al. | ............ 382/298 |
| 6,252,576 B1 | | 6/2001 | Nottingham | ................. 345/127 |
| 6,381,279 B1 | * | 4/2002 | Taubman | ............... 375/240.18 |
| 6,714,593 B1 | * | 3/2004 | Benzler et al. | ........ 375/240.16 |
| 2002/0064229 A1 | | 5/2002 | Nakaya | ................. 375/240.17 |

FOREIGN PATENT DOCUMENTS

EP    0573290 A2    12/1993

GB    2205707    12/1988

OTHER PUBLICATIONS

Lappalainen, Ville, Performance analysis of Intel MMX technology for an H.263 video H.263 video encoder, 1998, ACM Press, pp. 309–314.*

* cited by examiner

*Primary Examiner*—Chris Kelley
*Assistant Examiner*—Matthew Haney
(74) *Attorney, Agent, or Firm*—Perman & Green, LLP

(57) **ABSTRACT**

A method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the method comprising:

a) when values for sub-pixels at half unit horizontal and unit vertical locations, and unit horizontal and half unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) when values for sub-pixels at half unit horizontal and half unit vertical locations are required, interpolating such values directly using a weighted sum of values for sub-pixels residing at half unit horizontal and unit vertical locations calculated according to step (a); and

c) when values for sub-pixels at quarter unit horizontal and quarter unit vertical locations are required, interpolating such values directly by taking the average of at least one pair of a first pair of values of a sub-pixel located at a half unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and half unit vertical location and a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a half unit horizontal and half unit vertical location.

**51 Claims, 26 Drawing Sheets**





PRIOR ART

Fig. 1



PRIOR ART

Fig. 2



Fig. 3

CURRENT PICTURE



a)

REFERENCE PICTURE



b)          MOTION VECTOR

REFERENCE PICTURE



c)      [-p,p] SEARCH REGION

Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 11

A   d   b   d   A

e   e   e   e

c   d   c   d

e   e   e   f

A            A

Fig. 12(a)

Figure12(b)

$A_1$    $b_1$

$A_2$    $b_2$

$A_3$ d    $b_3$ d    A
e    e    e    e
c    d    c    d
e    e    e    f
$A_4$    $b_4$    A

$A_5$    $b_5$

$A_6$    $b_6$

Figure 12(c)

| **A** | d | b | d | **A** |
|---|---|---|---|---|
| e | g | e | g | |
| **c** | d | **c** | d | |
| e | g | e | f | |
| **A** | | | | **A** |

Fig. 13(a)

$A_1$    $A_2$    $A_3$    $A_4$    $A_5$    $A_6$

| | $A_3$ | | $A_4$ | | A |
|---|---|---|---|---|---|
| d | e | d | b | d | a |
| g | e | g | e | g | a |
| d | c | d | c | d | a |
| g | e | f | e | | A |

Figure13(b)

$A_1$        $b_1$

$A_2$        $b_2$

$A_3$ d   $b_3$  d   A
e   g     e   g
c   d     c   d
e   g     e   f
$A_4$        $b_4$        A

$A_5$        $b_5$

$A_6$        $b_6$

Figure 13(c)

**A**      d      **b**      d      **A**

e      h      f      h

b      g      **c**      g

e      h      f      i

**A**                              **A**

Fig. 14(a)

Figure14(b)

$A_1$

$A_2$

$A_3$ d  b  d  **A**

e  h  f  h

b  g  **c**  g

e  h  f  i

$A_4$          **A**

$A_5$

$A_6$

Figure 14(c)



Fig. 15



● Integer
  position pixels

◉ 1/2 pixels 'b'

○ 1/2 pixels 'c'

Fig. 16



(a)

(b)

● Integer position pixels

◉ 1/2 pixels 'b'

○ 1/2 pixels 'c'

Fig. 17



(b)



(a)

1/2 pixels 'b'

● Integer position pixels

Fig. 18

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 |

i

Fig. 19

Figure 20



(a)

(b)

● Integer position pixels    ● 1/2 and 1/4 pixels    ○ 1/8 pixels

Fig. 21

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 |
| 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
| 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 |
| 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 |
| 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 |

Fig. 22

US 6,950,469 B2

1

# METHOD FOR SUB-PIXEL VALUE INTERPOLATION

The present invention relates to a method for sub-pixel value interpolation in the encoding and decoding of data. It relates particularly, but not exclusively, to encoding and decoding of digital video.

## BACKGROUND OF THE INVENTION

Digital video sequences, like ordinary motion pictures recorded on film, comprise a sequence of still images, the illusion of motion being created by displaying the images one after the other at a relatively fast frame rate, typically 15 to 30 frames per second. Because of the relatively fast frame rate, images in consecutive frames tend to be quite similar and thus contain a considerable amount of redundant information. For example, a typical scene may comprise some stationary elements, such as background scenery, and some moving areas, which may take many different forms, for example the face of a newsreader, moving traffic and so on. Alternatively, the camera recording the scene may itself be moving, in which case all elements of the image have the same kind of motion. In many cases, this means that the overall change between one video frame and the next is rather small. Of course, this depends on the nature of the movement. For example, the faster the movement, the greater the change from one frame to the next. Similarly, if a scene contains a number of moving elements, the change from one frame to the next is likely to be greater than in a scene where only one element is moving.

It should be appreciated that each frame of a raw, that is uncompressed, digital video sequence comprises a very large amount of image information. Each frame of an uncompressed digital video sequence is formed from an array of image pixels. For example, in a commonly used digital video format, known as the Quarter Common Interchange Format (QCIF), a frame comprises an array of 176×144 pixels, in which case each frame has 25,344 pixels. In turn, each pixel is represented by a certain number of bits, which carry information about the luminance and/or colour content of the region of the image corresponding to the pixel. Commonly, a so-called YUV colour model is used to represent the luminance and chrominance content of the image. The luminance, or Y, component represents the intensity (brightness) of the image, while the colour content of the image is represented by two chrominance components, labelled U and V.

Colour models based on a luminance/chrominance representation of image content provide certain advantages compared with colour models that are based on a representation involving primary colours (that is Red, Green and Blue, RGB). The human visual system is more sensitive to intensity variations than it is to colour variations; YUV colour models exploit this property by using a lower spatial resolution for the chrominance components (U, V) than for the luminance component (Y). In this way the amount of information needed to code the colour information in an image can be reduced with an acceptable reduction in image quality.

The lower spatial resolution of the chrominance components is usually attained by sub-sampling. Typically, a block of 16×16 image pixels is represented by one block of 16×16 pixels comprising luminance information and the corresponding chrominance components are each represented by one block of 8×8 pixels representing an area of the image equivalent to that of the 16×16 pixels of the luminance

2

component. The chrominance components are thus spatially sub-sampled by a factor of 2 in the x and y directions. The resulting assembly of one 16×16 pixel luminance block and two 8×8 pixel chrominance blocks is commonly referred to as a YUV macroblock, or macroblock, for short.

A QCIF image comprises 11×9 macroblocks. If the luminance blocks and chrominance blocks are represented with 8 bit resolution (that is by numbers in the range 0 to 255), the total number of bits required per macroblock is (16×16× 8)+2×(8×8×8)=3072 bits. The number of bits needed to represent a video frame in QCIF format is thus 99×3072= 304,128 bits. This means that the amount of data required to transmit/record/display a video sequence in QCIF format, represented using a YUV colour model, at a rate of 30 frames per second, is more than 9 Mbps (million bits per second). This is an extremely high data rate and is impractical for use in video recording, transmission and display applications because of the very large storage capacity, transmission channel capacity and hardware performance required.

If video data is to be transmitted in real-time over a fixed line network such as an ISDN (Integrated Services Digital Network) or a conventional PSTN (Public Service Telephone Network), the available data transmission bandwidth is typically of the order of 64 kbits/s. In mobile videotelephony, where transmission takes place at least in part over a radio communications link, the available bandwidth can be as low as 20 kbits/s. This means that a significant reduction in the amount of information used to represent video data must be achieved in order to enable transmission of digital video sequences over low bandwidth communication networks. For this reason video compression techniques have been developed which reduce the amount of information transmitted while retaining an acceptable image quality.

Video compression methods are based on reducing the redundant and perceptually irrelevant parts of video sequences. The redundancy in video sequences can be categorised into spatial, temporal and spectral redundancy. 'Spatial redundancy' is the term used to describe the correlation between neighbouring pixels within a frame. The term 'temporal redundancy' expresses the fact that the objects appearing in one frame of a sequence are likely to appear in subsequent frames, while 'spectral redundancy' refers to the correlation between different colour components of the same image.

Sufficiently efficient compression cannot usually be achieved by simply reducing the various forms of redundancy in a given sequence of images. Thus, most current video encoders also reduce the quality of those parts of the video sequence which are subjectively the least important. In addition, the redundancy of the compressed video bitstream is itself reduced by means of efficient loss-less encoding. Typically, this is achieved using a technique known as 'variable length coding' (VLC).

Modern video compression standards, such as ITU-T recommendations H.261, H.263(+)(++), H.26L and the Motion Picture Experts Group recommendation MPEG-4 make use of 'motion compensated temporal prediction'. This is a form of temporal redundancy reduction in which the content of some (often many) frames in a video sequence is 'predicted' from other frames in the sequence by tracing the motion of objects or regions of an image between frames.

Compressed images which do not make use of temporal redundancy reduction are usually called INTRA-coded or

US 6,950,469 B2

**3**

I-frames, whereas temporally predicted images are called INTER-coded or P-frames. In the case of INTER frames, the predicted (motion-compensated) image is rarely precise enough to represent the image content with sufficient quality, and therefore a spatially compressed prediction error (PE) frame is also associated with each INTER frame. Many video compression schemes can also make use of bi-directionally predicted frames, which are commonly referred to as B-pictures or B-frames. B-pictures are inserted between reference or so-called 'anchor' picture pairs (I or P frames) and are predicted from either one or both of the anchor pictures. B-pictures are not themselves used as anchor pictures, that is no other frames are predicted from them, and therefore, they can be discarded from the video sequence without causing deterioration in the quality of future pictures.

The different types of frame that occur in a typical compressed video sequence are illustrated in FIG. 3 of the accompanying drawings. As can be seen from the figure, the sequence starts with an INTRA or I frame **30**. In FIG. **3**, arrows **33** denote the 'forward' prediction process by which P-frames (labelled **34**) are formed. The bidirectional prediction process by which B-frames (**36**) are formed is denoted by arrows **31**a and **31**b, respectively.

A schematic diagram of an example video coding system using motion compensated prediction is shown in FIGS. **1** and **2**. FIG. **1** illustrates an encoder **10** employing motion compensation and FIG. **2** illustrates a corresponding decoder **20**. The encoder **10** shown in FIG. **1** comprises a Motion Field Estimation block **11**, a Motion Field Coding block **12**, a Motion Compensated Prediction block **13**, a Prediction Error Coding block **14**, a Prediction Error Decoding block **15**, a Multiplexing block **16**, a Frame Memory **17**, and an adder **19**. The decoder **20** comprises a Motion Compensated Prediction block **21**, a Prediction Error Decoding block **22**, a Demultiplexing block **23** and a Frame Memory **24**.

The operating principle of video coders using motion compensation is to minimise the amount of information in a prediction error frame $E_n(x,y)$, which is the difference between a current frame $I_n(x,y)$ being coded and a prediction frame $P_n(x,y)$. The prediction error frame is thus:

$$E_n(x,y)=I_n(x,y)-P_n(x,y). \tag{1}$$

The prediction frame $P_n(x,y)$ is built using pixel values of a reference frame $R_n(x,y)$, which is generally one of the previously coded and transmitted frames, for example the frame immediately preceding the current frame and is available from the Frame Memory **17** of the encoder **10**. More specifically, the prediction frame $P_n(x,y)$ is constructed by finding so-called 'prediction pixels' in the reference frame $R_n(x,y)$ which correspond substantially with pixels in the current frame. Motion information, describing the relationship (e.g. relative location, rotation, scale etc.) between pixels in the current frame and their corresponding prediction pixels in the reference frame is derived and the prediction frame is constructed by moving the prediction pixels according to the motion information. In this way, the prediction frame is constructed as an approximate representation of the current frame, using pixel values in the reference frame. The prediction error frame referred to above therefore represents the difference between the approximate representation of the current frame provided by the prediction frame and the current frame itself. The basic advantage provided by video encoders that use motion compensated prediction arises from the fact that a comparatively compact description of the current frame can be obtained by representing it

**4**

in terms of the motion information required to form its prediction together with the associated prediction error information in the prediction error frame.

However, due to the very large number of pixels in a frame, it is generally not efficient to transmit separate motion information for each pixel to the decoder. Instead, in most video coding schemes, the current frame is divided into larger image segments $S_k$ and motion information relating to the segments is transmitted to the decoder. For example, motion information is typically provided for each macroblock of a frame and the same motion information is then used for all pixels within the macroblock. In some video coding standards, such as H.26L, a macroblock can be divided into smaller blocks, each smaller block being provided with its own motion information.

The motion information usually takes the form of motion vectors $[\Delta x(x,y),\Delta y(x,y)]$. The pair of numbers $\Delta x(x,y)$ and $\Delta y(x,y)$ represents the horizontal and vertical displacements of a pixel at location (x,y) in the current frame $I_n(x,y)$ with respect to a pixel in the reference frame $R_n(x,y)$. The motion vectors $[\Delta x(x,y),\Delta y(x,y)]$ are calculated in the Motion Field Estimation block **11** and the set of motion vectors of the current frame $[\Delta x(\cdot),\Delta y(\cdot)]$ is referred to as the motion vector field.

Typically, the location of a macroblock in a current video frame is specified by the (x,y) co-ordinate of its upper left-hand corner. Thus, in a video coding scheme in which motion information is associated with each macroblock of a frame, each motion vector describes the horizontal and vertical displacement $\Delta x(x,y)$ and $\Delta y(x,y)$ of a pixel representing the upper left-hand corner of a macroblock in the current frame $I_n(x,y)$ with respect to a pixel in the upper left-hand corner of a substantially corresponding block of prediction pixels in the reference frame $R_n(x,y)$ (as shown in FIG. **4**b).

Motion estimation is a computationally intensive task. Given a reference frame $R_n(x,y)$ and, for example, a square macroblock comprising N×N pixels in a current frame (as shown in FIG. **4**a), the objective of motion estimation is to find an N×N pixel block in the reference frame that matches the characteristics of the macroblock in the current picture according to some criterion. This criterion can be, for example, a sum of absolute differences (SAD) between the pixels of the macroblock in the current frame and the block of pixels in the reference frame with which it is compared. This process is known generally as 'block matching'. It should be noted that, in general, the geometry of the block to be matched and that in the reference frame do not have to be the same, as real-world objects can undergo scale changes, as well as rotation and warping. However, in current international video coding standards, only a translational motion model is used (see below) and thus fixed rectangular geometry is sufficient.

Ideally, in order to achieve the best chance of finding a match, the whole of the reference frame should be searched. However, this is impractical as it imposes too high a computational burden on the video encoder. Instead, the search region is restricted to region [−p,p] around the original location of the macroblock in the current frame, as shown in FIG. **4**c.

In order to reduce the amount of motion information to be transmitted from the encoder **10** to the decoder **20**, the motion vector field is coded in the Motion Field Coding block **12** of the encoder **10**, by representing it with a motion model. In this process, the motion vectors of image segments are re-expressed using certain predetermined functions or, in other words, the motion vector field is repre-

US 6,950,469 B2

5

sented with a model. Almost all currently used motion vector field models are additive motion models, complying with the following general formula:

$$\Delta x(x, y) = \sum_{i=0}^{N-1} a_i f_i(x, y) \qquad (2)$$

$$\Delta y(x, y) = \sum_{i=0}^{M-1} b_i g_i(x, y) \qquad (3)$$

where coefficients $a_i$ and $b_i$ are called motion coefficients. The motion coefficients are transmitted to the decoder **20** (information stream **2** in FIGS. **1** and **2**). Functions $f_i$ and $g_i$ are called motion field basis functions, and are known both to the encoder and decoder. An approximate motion vector field $(\Delta x(x,y), \Delta y(x,y))$ can be constructed using the coefficients and the basis functions. As the basis functions are known to (that is stored in) both the encoder **10** and the decoder **20**, only the motion coefficients need to be transmitted to the encoder, thus reducing the amount of information required to represent the motion information of the frame.

The simplest motion model is the translational motion model which requires only two coefficients to describe the motion vectors of each segment. The values of motion vectors are given by:

$$\Delta x(x,y) = a_0$$
$$\Delta y(x,y) = b_0 \qquad (4)$$

This model is widely used in various international standards (ISO MPEG-1, MPEG-2, MPEG-4, ITU-T Recommendations H.261 and H.263) to describe the motion of 16×16 and 8×8 pixel blocks. Systems which use a translational motion model typically perform motion estimation at full pixel resolution or some integer fraction of full pixel resolution, for example at half or one quarter pixel resolution.

The prediction frame $P_n(x,y)$ is constructed in the Motion Compensated Prediction block **13** in the encoder **10**, and is given by:

$$P_n(x,y) = R_n[x + \tilde{\Delta}x(x,y), y + \tilde{\Delta}y(x,y)] \qquad (5)$$

In the Prediction Error Coding block **14**, the prediction error frame $E_n(x,y)$ is typically compressed by representing it as a finite series (transform) of some 2-dimensional functions. For example, a 2-dimensional Discrete Cosine Transform (DCT) can be used. The transform coefficients are quantised and entropy (for example Huffman) coded before they are transmitted to the decoder (information stream **1** in FIGS. **1** and **2**). Because of the error introduced by quantisation, this operation usually produces some degradation (loss of information) in the prediction error frame $E_n(x,y)$. To compensate for this degradation, the encoder **10** also comprises a Prediction Error Decoding block **15**, where a decoded prediction error frame $\tilde{E}_n(x,y)$ is constructed using the transform coefficients. This locally decoded prediction error frame is added to the prediction frame $P_n(x,y)$ in the adder **19** and the resulting decoded current frame $\tilde{I}_n(x,y)$ is stored in the Frame Memory **17** for further use as the next reference frame $R_{n+1}(x,y)$.

The information stream **2** carrying information about the motion vectors is combined with information about the prediction error in multiplexer **16** and an information stream **3** containing typically at least those two types of information is sent to the decoder **20**.

6

The operation of a corresponding video decoder **20** will now be described.

The Frame Memory **24** of the decoder **20** stores a previously reconstructed reference frame $R_n(x,y)$. The prediction frame $P_n(x,y)$ is constructed in the Motion Compensated Prediction block **21** of the decoder **20** according to equation 5, using received motion coefficient information and pixel values of the previously reconstructed reference frame $R_n(x, y)$. The transmitted transform coefficients of the prediction error frame $E_n(x,y)$ are used in the Prediction Error Decoding block **22** to construct the decoded prediction error frame $\tilde{E}_n(x,y)$. The pixels of the decoded current frame $\tilde{I}_n(x,y)$ are then reconstructed by adding the prediction frame $P_n(x,y)$ and the decoded prediction error frame $\tilde{E}_n(x,y)$:

$$I_n(x,y) = P_n(x,y) + \tilde{E}_n(x,y) = R_n[x + \tilde{\Delta}x(x,y), y + \tilde{\Delta}y(x,y)] + \tilde{E}_n(x,y). \qquad (6)$$

This decoded current frame may be stored in the Frame Memory **24** as the next reference frame $R_{n+1}(x,y)$.

In the description of motion compensated encoding and decoding of digital video presented above, the motion vector $[\Delta x(x,y), \Delta y(x,y)]$ describing the motion of a macroblock in the current frame with respect to the reference frame $R_n(x,y)$ can point to any of the pixels in the reference frame. This means that motion between frames of a digital video sequence can only be represented at a resolution which is determined by the image pixels in the frame (so-called full pixel resolution). Real motion, however, has arbitrary precision, and thus the system described above can only provide approximate modelling of the motion between successive frames of a digital video sequence. Typically, modelling of motion between video frames with full pixel resolution is not sufficiently accurate to allow efficient minimisation of the prediction error (PE) information associated with each macroblock/frame. Therefore, to enable more accurate modelling of real motion and to help reduce the amount of PE information that must be transmitted from encoder to decoder, many video coding standards, such as H.263(+)(++) and H.26L, allow motion vectors to point 'in between' image pixels. In other words, the motion vectors can have 'sub-pixel' resolution. Allowing motion vectors to have sub-pixel resolution adds to the complexity of the encoding and decoding operations that must be performed, so it is still advantageous to limit the degree of spatial resolution a motion vector may have. Thus, video coding standards, such as those previously mentioned, typically only allow motion vectors to have full-, half- or quarter-pixel resolution.

Motion estimation with sub-pixel resolution is usually performed as a two-stage process, as illustrated in FIG. **5**, for a video coding scheme which allows motion vectors to have full- or half-pixel resolution. In the first step, a motion vector having full-pixel resolution is determined using any appropriate motion estimation scheme, such as the block-matching process described in the foregoing. The resulting motion vector, having full-pixel resolution is shown in FIG. **5**.

In the second stage, the motion vector determined in the first stage is refined to obtain the desired half-pixel resolution. In the example illustrated in FIG. **5**, this is done by forming eight new search blocks of 16×16 pixels, the location of the top-left corner of each block being marked with an X in FIG. **5**. These locations are denoted as $[\Delta x + m/2, \Delta y + n/2]$, where m and n can take the values −1, 0 and +1, but cannot be zero at the same time. As only the pixel values of original image pixels are known, the values (for example luminance and/or chrominance values) of the

US 6,950,469 B2

7

sub-pixels residing at half-pixel locations must be estimated for each of the eight new search blocks, using some form of interpolation scheme.

Having interpolated the values of the sub-pixels at half-pixel resolution, each of the eight search blocks is compared with the macroblock whose motion vector is being sought. As in the block matching process performed in order to determine the motion vector with full pixel resolution, the macroblock is compared with each of the eight search blocks according to some criterion, for example a SAD. As a result of the comparisons, a minimum SAD value will generally be obtained. Depending on the nature of the motion in the video sequence, this minimum value may correspond to the location specified by the original motion vector (having full-pixel resolution), or it may correspond to a location having a half-pixel resolution. Thus, it is possible to determine whether a motion vector should point to a full-pixel or sub-pixel location and if sub-pixel resolution is appropriate, to determine the correct sub-pixel resolution motion vector. It should also be appreciated that the scheme just described can be extended to other sub-pixel resolutions (for example, one-quarter-pixel resolution) in an entirely analogous fashion.

In practice, the estimation of a sub-pixel value in the reference frame is performed by interpolating the value of the sub-pixel from surrounding pixel values. In general, interpolation of a sub-pixel value F(x,y) situated at a non-integer location (x, y)=(n+Δx, m+Δy), can be formulated as a two-dimensional operation, represented mathematically as:

$$F(x, y) = \sum_{k=-K}^{K-1} \sum_{l=-L}^{L-1} f(k + K, l + L) F(n + k, m + l) \quad (7)$$

where f(k,l) are filter coefficients and n and m are obtained by truncating x and y, respectively, to integer values. Typically, the filter coefficients are dependent on the x and y values and the interpolation filters are usually so-called 'separable filters', in which case sub-pixel value F(x,y) can be calculated as follows:

$$F(x, y) = \sum_{k=-K}^{K-1} f(k + K) \sum_{l=-K}^{K-1} f(l + K) F(n + k, m + l) \quad (8)$$

The motion vectors are calculated in the encoder. Once the corresponding motion coefficients are transmitted to the decoder, it is a straightforward matter to interpolate the required sub-pixels using an interpolation method identical to that used in the encoder. In this way, a frame following a reference frame in the Frame Memory 24, can be reconstructed from the reference frame and the motion vectors.

The simplest way of applying sub-pixel value interpolation in a video coder is to interpolate each sub-pixel value every time it is needed. However, this is not an efficient solution in a video encoder, because it is likely that the same sub-pixel value will be required several times and thus calculations to interpolate the same sub-pixel value will be performed multiple times. This results in an unnecessary increase of computational complexity/burden in the encoder.

An alternative approach, which limits the complexity of the encoder, is to pre-calculate and store all sub-pixel values in a memory associated with the encoder. This solution is called interpolation 'before-hand' interpolation hereafter in this document. While limiting complexity, before-hand

8

interpolation has the disadvantage of increasing memory usage by a large margin. For example, if the motion vector accuracy is one quarter pixel in both horizontal and vertical dimensions, storing pre-calculated sub-pixel values for a complete image results in a memory usage that is 16 times that required to store the original, non-interpolated image. In addition, it involves the calculation of some sub-pixels which might not actually be required in calculating motion vectors in the encoder. Before-hand interpolation is also particularly inefficient in a video decoder, as the majority of pre-calculated sub-pixel values will never be required by the decoder. Thus, it is advantageous not to use pre-calculation in the decoder.

So-called 'on-demand' interpolation can be used to reduce memory requirements in the encoder. For example, if the desired pixel precision is quarter pixel resolution, only sub-pixels at one half unit resolution are interpolated before-hand for the whole frame and stored in the memory. Values of one-quarter pixel resolution sub-pixels are only calculated during the motion estimation/compensation process as and when it is required. In this case memory usage is only 4 times that required to store the original, non-interpolated image.

It should be noted that when before-hand interpolation is used, the interpolation process constitutes only a small fraction of the total encoder computational complexity/burden, since every pixel is interpolated just once. Therefore, in the encoder, the complexity of the interpolation process itself is not very critical when before-hand sub-pixel value interpolation is used. On the other hand, on-demand interpolation poses a much higher computational burden on the encoder, since sub-pixels may be interpolated many times. Hence the complexity of interpolation process, which may be considered in terms of the number of computational operations or operational cycles that must be performed in order to interpolate the sub-pixel values, becomes an important consideration.

In the decoder, the same sub-pixel values are used a few times at most and some are not needed at all. Therefore, in the decoder it is advantageous not to use before-hand interpolation at all, that is, it is advantageous not to pre-calculate any sub-pixel values.

Two interpolation schemes have been developed as part of the work ongoing in the ITU-Telecommunications Standardization Sector, Study Group 16, Video Coding Experts Group (VCEG), Questions 6 and 15. These approaches were proposed for incorporation into ITU-T recommendation H.26L and have been implemented in test models (TML) for the purposes of evaluation and further development. The test model corresponding to Question 15 is referred to as Test Model 5 (TML5), while that resulting from Question 6 is known as Test Model 6 (TML6). The interpolation schemes proposed in both TML5 and TML6 will now be described.

Throughout the description of the sub-pixel value interpolation scheme used in test model TML5, reference will be made to FIG. 12a, which defines a notation for describing pixel and sub-pixel locations specific to TML5. A separate notation, defined in FIG. 13a, will be used in the discussion of the sub-pixel value interpolation scheme used in TML6. A still further notation, illustrated in FIG. 14a, will be used later in the text in connection with the sub-pixel value interpolation method according to the invention. It should be appreciated that the three different notations used in the text are intended to assist in the understanding of each interpolation method and to help distinguish differences between them. However, in all three figures, the letter A is used to denote original image pixels (full pixel resolution). More

US 6,950,469 B2

**9**

specifically, the letter A represents the location of pixels in the image data representing a frame of a video sequence, the pixel values of pixels A being either received as current frame $I_n(x,y)$ from a video source, or reconstructed and stored as a reference frame $R_n(x,y)$ in the Frame Memory 17, 24 of the encoder 10 or the decoder 20. All other letters represent sub-pixel locations, the values of the sub-pixels situated at the sub-pixel locations being obtained by interpolation.

Certain other terms will also be used in a consistent manner throughout the text to identify particular pixel and sub-pixel locations. These are as follows:

The term 'unit horizontal location' is used to describe the location of any sub-pixel that is constructed in a column of the original image data. Sub-pixels c and e in FIGS. 12a and 13a, as well as sub-pixels b and e in FIG. 14a have unit horizontal locations.

The term 'unit vertical location' is used to describe any sub-pixel that is constructed in a row of the original image data. Sub-pixels b and d in FIGS. 12a and 13a as well as sub-pixels b and d in FIG. 14a have unit vertical locations.

By definition, pixels A have unit horizontal and unit vertical locations.

The term 'half horizontal location' is used to describe the location of any sub-pixel that is constructed in a column that lies at half pixel resolution. Sub-pixels b, c, and e shown in FIGS. 12a and 13a fall into this category, as do sub-pixels b, c and f in FIG. 14a. In a similar manner, the term 'half vertical location' is used to describe the location of any sub-pixel that is constructed in a row that lies at half-pixel resolution, such as sub-pixels c and d in FIGS. 12a and 13a, as well as sub-pixels b, c and g in FIG. 14a.

Furthermore, the term 'quarter horizontal location' refers to any sub-pixel that is constructed in a column which lies at quarter-pixel resolution, such as sub-pixels d and e in FIG. 12a, sub-pixels d and g in FIG. 13a and sub-pixels d, g and h in FIG. 14a. Analogously, the term 'quarter vertical location' refers to sub-pixels that are constructed in a row which lies at quarter-pixel resolution. In FIG. 12a, sub-pixels e and f fall into this category, as do sub-pixels e, f and g in FIG. 13a and sub-pixels e, f and h in FIG. 14a.

The definition of each of the terms described above is shown by 'envelopes' drawn on the corresponding figures.

It should further be noted that it is often convenient to denote a particular pixel with a two-dimensional reference. In this case, the appropriate two-dimensional reference can be obtained by examining the intersection of the envelopes in FIGS. 12a, 13a and 14a. Applying this principle, pixel d in FIG. 12a, for example, has a half horizontal and half vertical location and sub-pixel e has a unit horizontal and quarter vertical location. In addition, and for ease of reference, sub-pixels that reside at half unit horizontal and unit vertical locations, unit horizontal and half unit vertical locations as well as half unit horizontal and half unit vertical locations, will be referred to as ½ resolution sub-pixels. Sub-pixels which reside at any quarter unit horizontal and/or quarter unit vertical location will be referred to as ¼ resolution sub-pixels.

It should also be noted that in the descriptions of the two test models and in the detailed description of the invention itself, it will be assumed that pixels have a minimum value of 0 and a maximum value of $2^n-1$ where n is the number of bits reserved for a pixel value. The number of bits is typically 8. After a sub-pixel has been interpolated, if the value of that interpolated sub-pixel exceeds the value of $2^n-1$, it is restricted to the range of $[0, 2^n-1]$, i.e. values lower than the minimum allowed value will become the

**10**

minimum value (0) and values larger than the maximum will the become maximum value ($2^n-1$). This operation is called clipping.

The sub-pixel value interpolation scheme according to TML5 will now be described in detail with reference to FIGS. 12a, 12b and 12c.

1. The value for the sub-pixel at half unit horizontal and unit vertical location, that is ½ resolution sub-pixel b in FIG. 12a, is calculated using a 6-tap filter. The filter interpolates a value for ½ resolution sub-pixel b based upon the values of the 6 pixels ($A_1$ to $A_6$) situated in a row at unit horizontal locations and unit vertical locations symmetrically about b, as shown in FIG. 12b, according to the formula $b=(A_1-5A_2+20A_3+20A_4-5A_5+A_6+16)/32$. The operator / denotes division with truncation. The result is clipped to lie in the range $[0, 2^n-1]$.

2. Values for the ½ resolution sub-pixels labelled c are calculated using the same six tap filter as used in step 1 and the six nearest pixels or sub-pixels (A or b) in the vertical direction. Referring now to FIG. 12c, the filter interpolates a value for the ½ resolution sub-pixel c located at unit horizontal and half vertical location based upon the values of the 6 pixels ($A_1$ to $A_6$) situated in a column at unit horizontal locations and unit vertical locations symmetrically about c, according to the formula $c=(A_1-5A_2+20A_3+20A_4-5A_5+A_6+16)/32$. Similarly, a value for the ½ resolution sub-pixel c at half horizontal and half vertical location is calculated according to $c=(b_1-5b_2+20b_3+20b_4-5b_5+b_6+16)/32$. Again, the operator / denotes division with truncation. The values calculated for the c sub-pixels are further clipped to lie in the range $[0, 2^n-1]$.

At this point in the interpolation process the values of all ½ resolution sub-pixels have been calculated and the process proceeds to the calculation of ¼ resolution sub-pixel values.

3. Values for the ¼ resolution sub-pixels labelled d are calculated using linear interpolation and the values of the nearest pixels and/or ½ resolution sub-pixels in the horizontal direction. More specifically, values for ¼ resolution sub-pixels d located at quarter horizontal and unit vertical locations, are calculated by taking the average of the immediately neighbouring pixel at unit horizontal and unit vertical location (pixel A) and the immediately neighbouring ½ resolution sub-pixel at half horizontal and unit vertical location (sub-pixel b), i.e. according to d=(A+b)/ 2. Values for ¼ resolution sub-pixels d located at quarter horizontal and half vertical locations, are calculated by taking the average of the immediately neighbouring ½ resolution sub-pixels c which lie at unit horizontal and half vertical location and half horizontal and half vertical locations respectively, i.e. according to $d=(c_1+c_2)/2$. Again operator / indicates division with truncation.

4. Values for the ¼ resolution sub-pixels labelled e are calculated using linear interpolation and the values of the nearest pixels and/or ½ resolution sub-pixels in the vertical direction. In particular, ¼ resolution sub-pixels e at unit horizontal and quarter vertical locations are calculated by taking the average of the immediately neighbouring pixel at unit horizontal and unit vertical location (pixel A) and the immediately neighbouring sub-pixel at unit horizontal and half vertical location (sub-pixel c) according to c=(A+c)/2. ¼ resolution sub-pixels $e_3$ at half horizontal and quarter vertical locations are calculated by taking the average of the immediately neighbouring sub-pixel at half horizontal and unit vertical location (sub-pixel b) and the immediately neighbouring sub-pixel at half horizontal and half vertical location (sub-pixel c),

US 6,950,469 B2

**11**

according to e=(b+c)/2. Furthermore, ¼ resolution sub-pixels e at quarter horizontal and quarter vertical locations are calculated by taking the average of the immediately neighbouring sub-pixels at quarter horizontal and unit vertical location and the corresponding sub-pixel at quarter horizontal and half vertical location (sub-pixels d), according to e=$(d_1+d_2)$/2. Once more, operator / indicates division with truncation.

5. The value for ¼ resolution sub-pixel f is interpolated by averaging the values of the 4 closest pixels values at unit horizontal and vertical locations, according to f=$(A_1+A_2+A_3+A_4+2)$/4, where pixels $A_1$, $A_2$, $A_3$ and $A_4$ are the four nearest original pixels.

A disadvantage of TML5 is that the decoder is computationally complex. This results from the fact that TML5 uses an approach in which interpolation of ¼ resolution sub-pixel values depends upon the interpolation of ½ resolution sub-pixel values. This means that in order to interpolate the values of the ¼ resolution sub-pixels, the values of the ½ resolution sub-pixels from which they are determined must be calculated first. Furthermore, since the values of some of the ¼ resolution sub-pixels depend upon the interpolated values obtained for other ¼ resolution sub-pixels, truncation of the ¼ resolution sub-pixel values has a deleterious effect on the precision of some of the ¼ resolution sub-pixel values. Specifically, the ¼ resolution sub-pixel values are less precise than they would be if calculated from values that had not been truncated and clipped. Another disadvantage of TML5 is that it is necessary to store the values of the ½ resolution sub-pixels in order to interpolate the ¼ resolution sub-pixel values. Therefore, excess memory is required to store a result which is not ultimately required.

The sub-pixel value interpolation scheme according to TML6, referred to herein as direct interpolation, will now be described. In the encoder the interpolation method according to TML6 works like the previously described TML5 interpolation method, except that maximum precision is retained throughout. This is achieved by using intermediate values which are neither rounded nor clipped. A step-by-step description of interpolation method according to TML6 as applied in the encoder is given below with reference to FIGS. **13**a, **13**b and **13**c.

1. The value for the sub-pixel at half unit horizontal and unit vertical location, that is ½ resolution sub-pixel b in FIG. **13**a, is obtained by first calculating an intermediate value b using a six tap filter. The filter calculates b based upon the values of the 6 pixels ($A_1$ to A6) situated in a row at unit horizontal locations and unit vertical locations symmetrically about b, as shown in FIG. **13**b, according to the formula b=$(A_1-5A_2+20A_3+20A_4-5A_5+A_6)$. The final value of b is then calculated as b=(b+16)/32 and is clipped to lie in the range [0, 2ⁿ−1]. As before, the operator / denotes division with truncation.

2. Values for the ½ resolution sub-pixels labelled c are obtained by first calculating intermediate values c. Referring to FIG. **13**c, an intermediate value c for the ½ resolution sub-pixel c located at unit horizontal and half vertical location is calculated based upon the values of the 6 pixels ($A_1$ to $A_6$) situated in a column at unit horizontal locations and unit vertical locations symmetrically about c, according to the formula c=$(A_1-5A_2+20A_3+20A_4-5A_5+A_6)$. The final value for the ½ resolution sub-pixel c located at unit horizontal and half vertical location is then calculated according to c=(c+16)/32. Similarly, an intermediate value c for the ½ resolution sub-pixel c at half horizontal and half vertical location is then calculated according to c=$(b_1-5b_2+20b_3+20b_4-5b_5+b_6)$. A final value for

**12**

this ½ resolution sub-pixel is then calculated according to (c+512)/1024. Again, the operator / denotes division with truncation and the values calculated for ½ resolution sub-pixels c are further clipped to lie in the range [0, 2ⁿ−1].

3. Values for the ¼ resolution sub-pixels labelled d are calculated as follows. Values for ¼ resolution sub-pixels d located at quarter horizontal and unit vertical locations, are calculated from the value of the immediately neighbouring pixel at unit horizontal and unit vertical location (pixel A) and the intermediate value b calculated in step (1) for the immediately neighbouring ½ resolution sub-pixel at half horizontal and unit vertical location (½ resolution sub-pixel b), according to d=(32A+b+32)/64. Values for ¼ resolution sub-pixels d located at quarter horizontal and half vertical locations, are interpolated using the intermediate values c calculated for the immediately neighbouring ½ resolution sub-pixels c which lie at unit horizontal and half vertical location and half horizontal and half vertical locations respectively, according to d=$(32c_1+c_2+1024)$/2048. Again operator / indicates division with truncation and the finally obtained ¼ resolution sub-pixel values d are clipped to lie in the range [0, 2ⁿ−1].

4. Values for the ¼ resolution sub-pixels labelled e are calculated as follows. Values for ¼ resolution sub-pixels e located at unit horizontal and quarter vertical locations are calculated from the value of the immediately neighbouring pixel at unit horizontal and unit vertical location (pixel A) and the intermediate value c calculated in step (2) for the immediately neighbouring ½ resolution sub-pixel at unit horizontal and half vertical location, according to e=(32A+c+32)/64. Values for ¼ resolution sub-pixels e located at half horizontal and quarter vertical locations are calculated from the intermediate value b calculated in step (1) for the immediately neighbouring ½ resolution sub-pixel at half horizontal and unit vertical location and the intermediate value c calculated in step (2) for the immediately neighbouring ½ resolution sub-pixel at half horizontal and half vertical location, according to e=$(32b+c+1024)$/2048. Once more, operator / indicates division with truncation and the finally obtained ¼ resolution sub-pixel values e are clipped to lie in the range [0, 2ⁿ−1].

5. Values for ¼ resolution sub-pixels labelled g are computed using the value of the nearest original pixel A and the intermediate value of the three nearest neighbouring ½ resolution sub-pixels, according to g=$(1024A+32b+32c_1+c_2+2048)$/4096. As before, operator / indicates division with truncation and the finally obtained for ¼ resolution sub-pixel values g are clipped to lie in the range [0, 2ⁿ−1].

6. The value for ¼ resolution sub-pixel f is interpolated by averaging the values of the 4 closest pixels at unit horizontal and vertical locations, according to f=$(A_1+A_2+A_3+A_4+2)$/4, where the locations of pixels $A_1$, $A_2$, $A_3$ and $A_4$ are the four nearest original pixels.

In the decoder, sub-pixel values can be derived directly by applying 6-tap filters in horizontal and vertical directions. In the case of ¼ sub-pixel resolution, referring to FIG. **13**a, the filter coefficients applied to pixels and sub-pixels at unit vertical location are [0, 0, 64, 0, 0, 0] for a set of six pixels A, [1, −5, 52, 20, −5, 1] for a set of six sub-pixels d, [2, −10, 40, 40, −10, 2] for a set of six sub-pixels b, and [1, −5, 20, 52, −5, 1] for a set of six sub-pixels d. These filter coefficients are applied to respective sets of pixels or sub-pixels in the same row as the sub-pixel values being interpolated.

US 6,950,469 B2

13

After applying the filters in the horizontal and vertical directions, interpolated value c is normalized according to c=(c+2048)/4096 and clipped to lie in the range [0, $2^n-1$]. When a motion vector points to an integer pixel position in either the horizontal or vertical direction, many zero coefficients are used. In a practical implementation of TML6, different branches are used in the software which are optimised for the different sub-pixel cases so that there are no multiplications by zero coefficients.

It should be noted that in TML6, ¼ resolution sub-pixel values are obtained directly using the intermediate values referred to above and are not derived from rounded and clipped values for ½ resolution sub-pixels. Therefore, in obtaining the ¼ resolution sub-pixel values, it is not necessary to calculate final values for any of the ½ resolution sub-pixels. Specifically, it is not necessary to carry out the truncation and clipping operations associated with the calculation of final values for the ½ resolution sub-pixels. Neither is it necessary to have stored final values for ½ resolution sub-pixels for use in the calculation of the ¼ resolution sub-pixel values. Therefore TML6 is computationally less complex than TML5, as fewer truncating and clipping operations are required. However, a disadvantage of TML6 is that high precision arithmetic is required both in the encoder and in the decoder. High precision interpolation requires more silicon area in ASICs and requires more computations in some CPUs. Furthermore, implementation of direct interpolation as specified in TML6 in an on-demand fashion has a high memory requirement. This is an important factor, particularly in embedded devices.

In view of the previously presented discussion, it should be appreciated that due to the different requirements of the video encoder and decoder with regard to sub-pixel interpolation, there exists a significant problem in developing a method of sub-pixel value interpolation capable of providing satisfactory performance in both the encoder and decoder. Furthermore, neither of the current test models (TML5, TML6) described in the foregoing can provide a solution that is optimum for application in both encoder and decoder.

SUMMARY OF THE INVENTION

According to a first aspect of the invention there is provided method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to ½$^x$, where x is a positive integer having a maximum value N, the method comprising:

a) when values for sub-pixels at ½$^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and ½$^{N-1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) when values for sub-pixels at ½$^{N-1}$ unit horizontal and ½$^{N-1}$ unit vertical locations are required, interpolating such values directly using a choice of a first weighted sum of values for sub-pixels residing at ½$^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and ½$^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) when a value for a sub-pixel situated at a ½$^N$ unit horizontal and ½$^N$ unit vertical location is required, inter-

14

polating such a value by taking a weighted average of the value of a first sub-pixel or pixel situated at a ½$^{N-m}$ unit horizontal and ½$^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a ½$^{N-p}$ unit horizontal and ½$^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at ½$^N$ unit horizontal and ½$^N$ unit vertical location.

Preferably a first and a second weight are used in the weighted average referred to in (c), the relative magnitudes of the weights being inversely proportional to the (straight-line diagonal) proximity of the first and the second sub-pixel or pixel to the sub-pixel at ½$^N$ unit horizontal and ½$^N$ vertical location.

In a situation where the first and the second sub-pixel or pixel are symmetrically located with respect to (equidistant from) the sub-pixel at ½$^N$ unit horizontal and ½$^N$ vertical location, the first and second weights may have equal values.

The first weighted sum of values for sub-pixels residing at ½$^{N-1}$ unit horizontal and unit vertical locations in step b) may be used when a sub-pixel at ½$^{N-1}$ unit horizontal and ½$^N$ unit vertical location is required.

The second weighted sum of values for sub-pixels residing at unit horizontal and ½$^{N-1}$ unit vertical locations in step b) may be used when a sub-pixel at ½$^N$ unit horizontal and ½$^{N-1}$ unit vertical location is required.

In one embodiment, when values for sub-pixels at ½$^N$ unit horizontal and unit vertical locations, and ½$^N$ horizontal and ½$^{N-1}$ vertical locations are required, such values are interpolated by taking the average of the values of a first pixel or sub-pixel located at a vertical location corresponding to that of the sub-pixel being calculated and unit horizontal location and a second pixel or sub-pixel located at a vertical location corresponding to that of the sub-pixel being calculated and ½$^{N-1}$ unit horizontal location.

When values for sub-pixels at unit horizontal and ½$^N$ unit vertical locations, and ½$^{N-1}$ unit horizontal and ½$^N$ unit vertical locations are required, they may be interpolated by taking the average of the values of a first pixel or sub-pixel located at a horizontal location corresponding to that of the sub-pixel being calculated and unit vertical location and a second pixel or sub-pixel located at a horizontal location corresponding to that of the sub-pixel being calculated and ½$^{N-1}$ unit vertical location.

Values for sub-pixels at ½$^N$ unit horizontal and ½$^N$ unit vertical locations may be interpolated by taking the average of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a ½$^{N-1}$ unit horizontal and ½$^{N-1}$ unit vertical location.

Values for sub-pixels at ½$^N$ unit horizontal and ½$^N$ unit vertical locations may be interpolated by taking the average of values of a sub-pixel located at a ½$^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and ½$^{N-1}$ unit vertical location.

Values for half of the sub-pixels at ½$^N$ unit horizontal and ½$^N$ unit vertical locations may be interpolated by taking the average of a first pair of values of a sub-pixel located at a ½$^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and ½$^{N-1}$ unit vertical location and values for the other half of the sub-pixels at ½$^N$ unit horizontal and ½$^N$ unit vertical locations are interpolated by taking the average of a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a ½$^{N-1}$ unit horizontal and ½$^{N-1}$ unit vertical location.

US 6,950,469 B2

**15**

Values for sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are alternately interpolated for one such sub-pixel by taking the average of a first pair of values of a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location and values and for a neighbouring such sub-pixel by taking the average of a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

The sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations may be alternately interpolated in a horizontal direction.

The sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations may be alternately interpolated in a horizontal direction.

When values for some sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are required, such values may be interpolated by taking the average of a plurality of nearest neighbouring pixels.

At least one of step a) and step b) interpolating sub-pixel values directly using weighted sums may involve the calculation of an intermediate value for the sub-pixel values having a dynamic range greater than the specified dynamic range.

The intermediate value for a sub-pixel having $\frac{1}{2}^{N-1}$ sub-pixel resolution may be used the calculation of a sub-pixel value having $\frac{1}{2}^N$ sub-pixel resolution.

According to a second aspect of the invention, there is provided a method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the method comprising:

a) when values for sub-pixels at half unit horizontal and unit vertical locations, and unit horizontal and half unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) when values for sub-pixels at half unit horizontal and half unit vertical locations are required, interpolating such values directly using a weighted sum of values for sub-pixels residing at half unit horizontal and unit vertical locations calculated according to step a); and

c) when values for sub-pixels at quarter unit horizontal and quarter unit vertical locations are required, interpolating such values by taking the average of at least one pair of a first pair of values of a sub-pixel located at a half unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and half unit vertical location and a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a half unit horizontal and half unit vertical location.

According to a third aspect of the invention, there is provided a method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to

**16**

$\frac{1}{2}^x$ where x is a positive integer having a maximum value N, the method comprising:

a) when values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) when a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required, interpolating such a value directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

The sub-pixels used in the first weighted sum may be sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and the first weighted sum may be used to interpolate a value for a sub-pixel at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^N$ unit vertical location.

The sub-pixels used in the second weighted sum may be sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations and the second weighted sum may be used to interpolate a value for a sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

When values for sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are required, they may be interpolated by taking the average of at least one pair of a first pair of values of a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location and a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

In the foregoing, N may be equal an integer selected from a list consisting of the values 2, 3, and 4.

Sub-pixels at quarter unit horizontal location are to be interpreted as being sub-pixels having as their left-hand nearest neighbour a pixel at unit horizontal location and as their right-hand nearest neighbour a sub-pixel at half unit horizontal location as well as sub-pixels having as their left-hand nearest neighbour a sub-pixel at half unit horizontal location and as their right-hand nearest neighbour a pixel at unit horizontal location. Correspondingly, sub-pixels at quarter unit vertical location are to be interpreted as being sub-pixels having as their upper nearest neighbour a pixel at unit vertical location and as their lower nearest neighbour a sub-pixel at half unit vertical location as well as sub-pixels having as their upper nearest neighbour a sub-pixel at half unit vertical location and as their lower nearest neighbour a pixel at unit vertical location.

The term dynamic range, refers to the range of values which the sub-pixel values and the weighted sums can take.

Preferably changing the dynamic range, whether by extending it or reducing it, means changing the number of bits which are used to represent the dynamic range.

In an embodiment of the invention, the method is applied to an image that is sub-divided into a number of image blocks. Preferably each image block comprises four corners, each corner being defined by a pixel located at a unit horizontal and unit vertical location. Preferably the method is applied to each image block as the block becomes available for sub-pixel value interpolation. Alternatively, sub-pixel value interpolation according to the method of the invention is performed once all image blocks of an image have become available for sub-pixel value interpolation.

US 6,950,469 B2

**17**

Preferably the method is used in video encoding. Preferably the method is used in video decoding.

In one embodiment of the invention, when used in encoding, the method is carried out as before-hand interpolation, in which values for all sub-pixels at half unit locations and values for all sub-pixels at quarter unit locations are calculated and stored before being subsequently used in the determination of a prediction frame during motion predictive coding. In alternative embodiments, the method is carried out as a combination of before-hand and on-demand interpolation. In this case, a certain proportion or category of sub-pixel values is calculated and stored before being used in the determination of a prediction frame and certain other sub-pixel values are calculated only when required during motion predictive coding.

Preferably, when the method is used in decoding, sub-pixels are only interpolated when their need is indicated by a motion vector.

According to a fourth aspect of the invention, there is provided a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the video coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^x$, where x is a positive integer having a maximum value N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ vertical location.

The video coder may comprise a video encoder. It may comprise a video decoder. There may be a codec comprising both the video encoder and the video decoder.

According to a fifth aspect of the invention, there is provided a communications terminal comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the video coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to

**18**

$\frac{1}{2}^x$, where x is a positive integer having a maximum value N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ vertical location.

The communications terminal may comprise a video encoder. It may comprise a video decoder. Preferably, it comprises a video codec comprising a video encoder and a video decoder.

Preferably the communications terminal comprising a user interface, a processor and at least one of a transmitting block and a receiving block, and a video coder according to at least one of the third and fourth aspects of the invention. Preferably the processor controls the operation of the transmitting block and/or the receiving block and the video coder.

According to a sixth aspect of the invention, there is provided a telecommunications system comprising a communications terminal and a network, the telecommunications terminal and the communications terminal being connected by a communications link over which coded video can be transmitted, the communications terminal comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the video coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^x$, where x is a positive integer having a maximum value N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and

US 6,950,469 B2

19

the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ vertical location.

Preferably the telecommunications system is a mobile telecommunications system comprising a mobile communications terminal and a wireless network, the connection between the mobile communications terminal and the wireless network being formed by a radio link. Preferably the network enables the communications terminal to communicate with other communications terminals connected to the network over communications links between the other communications terminals and the network.

According to a seventh aspect of the invention, there is provided a telecommunications system comprising a communications terminal and a network, the telecommunications network and the communications terminal being connected by a communications link over which coded video can be transmitted, the network comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the video coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^x$, where x is a positive integer having a maximum value N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ vertical location.

According to an eighth aspect of the invention there is provided a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

20

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

The interpolator may be further adapted to form the first weighted sum using the values of sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and to use the first weighted sum to interpolate a value for a sub-pixel at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^N$ unit vertical location.

The interpolator may be further adapted to form the second weighted sum using the values of sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations and to use the second weighted sum to interpolate a value for a sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

The interpolator may be further adapted to interpolate values for sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations by taking the average of at least one pair of a first pair of values of a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location and a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

According to a ninth aspect of the invention there is provided a communications terminal comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

According to a tenth aspect of the invention there is provided a telecommunications system comprising a communications terminal and a network, the telecommunications network and the communications terminal being connected by a communications link over which coded video can be transmitted, the communications terminal comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

US 6,950,469 B2

21

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

According to an eleventh aspect of the invention there is provided a telecommunications system comprising a communications terminal and a network, the telecommunications network and the communications terminal being connected by a communications link over which coded video can be transmitted, the network comprising a video coder for coding for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

## BRIEF DESCRIPTION OF THE FIGURES

An embodiment of the invention will now be described by way of example only with reference to the accompanying drawings in which:

FIG. **1** shows a video encoder according to the prior art;

FIG. **2** shows a video decoder according to the prior art;

FIG. **3** shows the types of frames used in video encoding;

FIGS. **4**a, **4**b, and **4**c show steps in block-matching;

FIG. **5** illustrates the process of motion estimation to sub-pixel resolution;

FIG. **6** shows a terminal device comprising video encoding and decoding equipment in which the method of the invention may be implemented;

FIG. **7** shows a video encoder according an embodiment of the present invention;

FIG. **8** shows a video decoder according to an embodiment of the present invention;

FIG. **11** shows a schematic diagram of a mobile telecommunications network according to an embodiment of the present invention;

FIG. **12**a shows a notation for describing pixel and sub-pixel locations specific to TML5;

FIG. **12**b shows interpolation of a half resolution sub-pixels;

FIG. **12**c shows interpolation of a half resolution sub-pixels;

FIG. **13**a shows a notation for describing pixel and sub-pixel locations specific to TML6;

FIG. **13**b shows interpolation of a half resolution sub-pixels;

22

FIG. **13**c shows interpolation of a half resolution sub-pixels;

FIG. **14** shows a notation for describing pixel and sub-pixel locations specific to the invention;

FIG. **14**b shows interpolation of a half resolution sub-pixels according to the invention;

FIG. **14**c shows interpolation of a half resolution sub-pixels according to the invention;

FIG. **15** shows possible choices of diagonal interpolation for sub-pixels;

FIG. **16** shows the half resolution sub-pixel values required to calculate other half resolution sub-pixel values;

FIG. **17**a shows the half resolution sub-pixel values that must be calculated in order to interpolate values for quarter resolution sub-pixels in an image block using the interpolation method of TML5;

FIG. **17**b shows the half resolution sub-pixel values that must be calculated in order to interpolate values for quarter resolution sub-pixels in an image block using the interpolation method according to the invention;

FIG. **18**a shows the numbers of half resolution sub-pixels that must be calculated in order to obtain values for quarter resolution sub-pixels within an image block using the sub-pixel value interpolation method according to TML5;

FIG. **18**b shows the numbers of half resolution sub-pixels that must be calculated in order to obtain values for quarter resolution sub-pixels within an image block using the sub-pixel value interpolation method according to the invention;

FIG. **19** shows a numbering scheme for each of the 15 sub-pixel positions;

FIG. **20** shows nomenclature used to describe pixels, half resolution sub-pixels, quarter resolution sub-pixels and eighth resolution sub-pixels

FIG. **21**a shows the diagonal direction to be used in the interpolation of each eighth resolution sub-pixel in an embodiment of the invention;

FIG. **21**b shows the diagonal direction to be used in the interpolation of each eighth resolution sub-pixel in another embodiment of the invention; and

FIG. **22** shows nomenclature used to describe eighth resolution sub-pixels within an image.

## DETAILED DESCRIPTION

FIGS. 1 to 5, 12a, 12b, 12c, 13a, 13b, and 13c have been described in the foregoing.

FIG. **6** presents a terminal device comprising video encoding and decoding equipment which may be adapted to operate in accordance with the present invention. More precisely, the figure illustrates a multimedia terminal **60** implemented according to ITU-T recommendation H.324. The terminal can be regarded as a multimedia transceiver device. It includes elements that capture, encode and multiplex multimedia data streams for transmission via a communications network, as well as elements that receive, de-multiplex, decode and display received multimedia content. ITU-T recommendation H.324 defines the overall operation of the terminal and refers to other recommendations that govern the operation of its various constituent parts. This kind of multimedia terminal can be used in real-time applications such as conversational videotelephony, or non real-time applications such as the retrieval/streaming of video clips, for example from a multimedia content server in the Internet.

In the context of the present invention, it should be appreciated that the H.324 terminal shown in FIG. **6** is only

US 6,950,469 B2

**23**

one of a number of alternative multimedia terminal implementations suited to application of the inventive method. It should also be noted that a number of alternatives exist relating to the location and implementation of the terminal equipment. As illustrated in FIG. **6**, the multimedia terminal may be located in communications equipment connected to a fixed line telephone network such as an analogue PSTN (Public Switched Telephone Network). In this case the multimedia terminal is equipped with a modem **71**, compliant with ITU-T recommendations V.8, V.34 and optionally V.8bis. Alternatively, the multimedia terminal may be connected to an external modem. The modem enables conversion of the multiplexed digital data and control signals produced by the multimedia terminal into an analogue form suitable for transmission over the PSTN. It further enables the multimedia terminal to receive data and control signals in analogue form from the PSTN and to convert them into a digital data stream that can be demultiplexed and processed in an appropriate manner by the terminal.

An H.324 multimedia terminal may also be implemented in such a way that it can be connected directly to a digital fixed line network, such as an ISDN (Integrated Services Digital Network). In this case the modem **71** is replaced with an ISDN user-network interface. In FIG. **6**, this ISDN user-network interface is represented by alternative block **72**.

H.324 multimedia terminals may also be adapted for use in mobile communication applications. If used with a wireless communication link, the modem **71** can be replaced with any appropriate wireless interface, as represented by alternative block **73** in FIG. **6**. For example, an H.324/M multimedia terminal can include a radio transceiver enabling connection to the current 2nd generation GSM mobile telephone network, or the proposed 3rd generation UMTS (Universal Mobile Telephone System).

It should be noted that in multimedia terminals designed for two-way communication, that is for transmission and reception of video data, it is advantageous to provide both a video encoder and video decoder implemented according to the present invention. Such an encoder and decoder pair is often implemented as a single combined functional unit, referred to as a 'codec'.

Because a video encoder according to the invention performs motion compensated video encoding to sub-pixel resolution using a specific interpolation scheme and a particular combination of before-hand and on-demand sub-pixel value interpolation, it is generally necessary for a video decoder of a receiving terminal to be implemented in a manner compatible with the encoder of the transmitting terminal which formed the compressed video data stream. Failure to ensure this compatibility may have an adverse effect on the quality of the motion compensation and the accuracy of reconstructed video frames.

A typical H.324 multimedia terminal will now be described in further detail with reference to FIG. **6**.

The multimedia terminal **60** includes a variety of elements referred to as 'terminal equipment'. This includes video, audio and telematic devices, denoted generically by reference numbers **61**, **62** and **63**, respectively. The video equipment **61** may include, for example, a video camera for capturing video images, a monitor for displaying received video content and optional video processing equipment. The audio equipment **62** typically includes a microphone, for example for capturing spoken messages, and a loudspeaker for reproducing received audio content. The audio equipment may also include additional audio processing units.

**24**

The telematic equipment **63**, may include a data terminal, keyboard, electronic whiteboard or a still image transceiver, such as a fax unit.

The video equipment **61** is coupled to a video codec **65**. The video codec **65** comprises a video encoder and a corresponding video decoder both implemented according to the invention. Such an encoder and a decoder will be described in the following. The video codec **65** is responsible for encoding captured video data in an appropriate form for further transmission over a communications link and decoding compressed video content received from the communications network. In the example illustrated in FIG. **6**, the video codec is implemented according to ITU-T recommendation H.263, with appropriate modifications to implement the sub-pixel value interpolation method according to the invention in both the encoder and the decoder of the video codec.

Similarly, the terminal's audio equipment is coupled to an audio codec, denoted in FIG. **6** by reference number **66**. Like the video codec, the audio codec comprises an encoder/decoder pair. It converts audio data captured by the terminal's audio equipment into a form suitable for transmission over the communications link and transforms encoded audio data received from the network back into a form suitable for reproduction, for example on the terminal's loudspeaker. The output of the audio codec is passed to a delay block **67**. This compensates for the delays introduced by the video coding process and thus ensures synchronisation of audio and video content.

The system control block **64** of the multimedia terminal controls end-to-network signalling using an appropriate control protocol (signalling block **68**) to establish a common mode of operation between a transmitting and a receiving terminal. The signalling block **68** exchanges information about the encoding and decoding capabilities of the transmitting and receiving terminals and can be used to enable the various coding modes of the video encoder. The system control block **64** also controls the use of data encryption. Information regarding the type of encryption to be used in data transmission is passed from encryption block **69** to the multiplexer/de-multiplexer (MUX/DMUX unit) **70**.

During data transmission from the multimedia terminal, the MUX/DMUX unit **70** combines encoded and synchronised video and audio streams with data input from the telematic equipment **63** and possible control data, to form a single bit-stream. Information concerning the type of data encryption (if any) to be applied to the bit-stream, provided by encryption block **69**, is used to select an encryption mode. Correspondingly, when a multiplexed and possibly encrypted multimedia bit-stream is being received, MUX/DMUX unit **70** is responsible for decrypting the bit-stream, dividing it into its constituent multimedia components and passing those components to the appropriate codec(s) and/or terminal equipment for decoding and reproduction.

It should be noted that the functional elements of the multimedia terminal, video encoder, decoder and video codec according to the invention can be implemented as software or dedicated hardware, or a combination of the two. The video encoding and decoding methods according to the invention are particularly suited for implementation in the form of a computer program comprising machine-readable instructions for performing the functional steps of the invention. As such, the encoder and decoder according to the invention may be implemented as software code stored on a storage medium and executed in a computer, such as a personal desktop computer, in order to provide that computer with video encoding and/or decoding functionality.

US 6,950,469 B2

25

If the multimedia terminal **60** is a mobile terminal, that is if it is equipped with a radio transceiver **73**, it will be understood by those skilled in the art that it may also comprise additional elements. In one embodiment it comprises a user interface having a display and a keyboard, which enables operation of the multimedia terminal **60** by a user, together with necessary functional blocks including a central processing unit, such as a microprocessor, which controls the functions responsible for different functions of the multimedia terminal, a random access memory RAM, a read only memory ROM, and a digital camera. The microprocessor's operating instructions, that is program code corresponding to the basic functions of the multimedia terminal **60**, is stored in the read-only memory ROM and can be executed as required by the microprocessor, for example under control of the user. In accordance with the program code, the microprocessor uses the radio transceiver **73** to form a connection with a mobile communication network, enabling the multimedia terminal **60** to transmit information to and receive information from the mobile communication network over a radio path.

The microprocessor monitors the state of the user interface and controls the digital camera. In response to a user command, the microprocessor instructs the camera to record digital images into the RAM. Once an image is captured, or alternatively during the capturing process, the microprocessor segments the image into image segments (for example macroblocks) and uses the encoder to perform motion compensated encoding for the segments in order to generate a compressed image sequence as explained in the foregoing description. A user may command the multimedia terminal **60** to display the captured images on its display or to send the compressed image sequence using the radio transceiver **73** to another multimedia terminal, a video telephone connected to a fixed line network (PSTN) or some other telecommunications device. In a preferred embodiment, transmission of image data is started as soon as the first segment is encoded so that the recipient can start a corresponding decoding process with a minimum delay.

FIG. **11** is a schematic diagram of a mobile telecommunications network according to an embodiment of the invention. Multimedia terminals MS are in communication with base stations BTS by means of a radio link. The base stations BTS are further connected, through a so-called Abis interface, to a base station controller BSC, which controls and manages several base stations.

The entity formed by a number of base stations BTS (typically, by a few tens of base stations) and a single base station controller BSC, controlling the base stations, is called a base station subsystem BSS. Particularly, the base station controller BSC manages radio communication channels and handovers. The base station controller BSC is also connected, through a so-called A interface, to a mobile services switching centre MSC, which co-ordinates the formation of connections to and from mobile stations. A further connection is made, through the mobile service switching centre MSC, to outside the mobile communications network. Outside the mobile communications network there may further reside other network(s) connected to the mobile communications network by gateway(s) GTW, for example the Internet or a Public Switched Telephone Network (PSTN). In such an external network, or within the telecommunications network, there may be located video decoding or encoding stations, such as computers PC. In an embodiment of the invention, the mobile telecommunications network comprises a video server VSRVR to provide video data to a MS subscribing to such a service. The video

26

data is compressed using the motion compensated video compression method as described in the foregoing. The video server may function as a gateway to an online video source or it may comprise previously recorded video clips. Typical videotelephony applications may involve, for example, two mobile stations or one mobile station MS and a videotelephone connected to the PSTN, a PC connected to the Internet or a H.261 compatible terminal connected either to the Internet or to the PSTN.

FIG. **7** shows a video encoder **700** according to an embodiment the invention. FIG. **8** shows a video decoder **800** according to an embodiment the invention.

The encoder **700** comprises an input **701** for receiving a video signal from a camera or other video source (not shown). It further comprises a DCT transformer **705**, a quantiser **706**, an inverse quantiser **709**, an inverse DCT transformer **710**, combiners **712** and **716**, a before-hand sub-pixel interpolation block **730**, a frame store **740** and an on-demand sub-pixel interpolation block **750**, implemented in combination with motion estimation block **760**. The encoder also comprises a motion field coding block **770** and a motion compensated prediction block **780**. Switches **702** and **714** are operated co-operatively by a control manager **720** to switch the encoder between an INTRA-mode of video encoding and an INTER-mode of video encoding. The encoder **700** also comprises a multiplexer unit (MUX/DMUX) **790** to form a single bit-stream from the various types of information produced by the encoder **700** for further transmission to a remote receiving terminal, or for example for storage on a mass storage medium such as a computer hard drive (not shown).

It should be noted that the presence and implementations of before-hand sub-pixel interpolation block **730** and on-demand sub-pixel value interpolation block **750** in the encoder architecture depend on the way in which the sub-pixel interpolation method according to the invention is applied. In embodiments of the invention in which before-hand sub-pixel value interpolation is not performed, encoder **700** does not comprise before-hand sub-pixel value interpolation block **730**. In other embodiments of the invention, only before-hand sub-pixel interpolation is performed and thus the encoder does not include on-demand sub-pixel value interpolation block **750**. In embodiments in which both before-hand and on-demand sub-pixel value interpolation are performed, both blocks **730** and **750** are present in the encoder **700**.

Operation of the encoder **700** according to the invention will now be described in detail. In the description, it will be assumed that each frame of uncompressed video, received from the video source at the input **701**, is received and processed on a macroblock-by-macroblock basis, preferably in raster-scan order. It will further be assumed that when the encoding of a new video sequence starts, the first frame of the sequence is encoded in INTRA-mode. Subsequently, the encoder is programmed to code each frame in INTER-format, unless one of the following conditions is met: 1) it is judged that the current frame being coded is so dissimilar from the reference frame used in its prediction that excessive prediction error information is produced; 2) a predefined INTRA frame repetition interval has expired; or 3) feedback is received from a receiving terminal indicating a request for a frame to be coded in INTRA format.

The occurrence of condition 1) is detected by monitoring the output of the combiner **716**. The combiner **716** forms a difference between the current macroblock of the frame being coded and its prediction, produced in the motion

US 6,950,469 B2

27

compensated prediction block **780**. If a measure of this difference (for example a sum of absolute differences of pixel values) exceeds a predetermined threshold, the combiner **716** informs the control manager **720** via a control line **717** and the control manager **720** operates the switches **702** and **714** so as to switch the encoder **700** into INTRA coding mode. Occurrence of condition 2) is monitored by means of a timer or frame counter implemented in the control manager **720**, in such a way that if the timer expires, or the frame counter reaches a predetermined number of frames, the control manager **720** operates the switches **702** and **714** to switch the encoder into INTRA coding mode. Condition 3) is triggered if the control manager **720** receives a feedback signal from, for example, a receiving terminal, via control line **718** indicating that an INTRA frame refresh is required by the receiving terminal. Such a condition might arise, for example, if a previously transmitted frame were badly corrupted by interference during its transmission, rendering it impossible to decode at the receiver. In this situation, the receiver would issue a request for the next frame to be encoded in INTRA format, thus re-initialising the coding sequence.

It will further be assumed that the encoder and decoder are implemented in such a way as to allow the advantage of motion vectors with a spatial resolution of up to quarter-pixel resolution. As will be seen in the following, finer levels of resolution are also possible.

Operation of the encoder **700** in INTRA coding mode will now be described. In INTRA-mode, the control manager **720** operates the switch **702** to accept video input from input line **719**. The video signal input is received macroblock by macroblock from input **701** via the input line **719** and each macroblock of original image pixels is transformed into DCT coefficients by the DCT transformer **705**. The DCT coefficients are then passed to the quantiser **706**, where they are quantised using a quantisation parameter QP. Selection of the quantisation parameter QP is controlled by the control manager **720** via control line **722**. Each DCT transformed and quantised macroblock that makes up the INTRA coded image information **723** of the frame is passed from the quantiser **706** to the MUX/DMUX **790**. The MUX/DMUX **790** combines the INTRA coded image information with possible control information (for example header data, quantisation parameter information, error correction data etc.) to form a single bit-stream of coded image information **725**. Variable length coding (VLC) is used to reduce redundancy of the compressed video bit-stream, as is known to those skilled in the art.

A locally decoded picture is formed in the encoder **700** by passing the data output by the quantiser **706** through inverse quantiser **709** and applying an inverse DCT transform **710** to the inverse-quantised data. The resulting data is then input to the combiner **712**. In INTRA mode, switch **714** is set so that the input to the combiner **712** via the switch **714** is set to zero. In this way, the operation performed by the combiner **712** is equivalent to passing the decoded image data formed by the inverse quantiser **709** and the inverse DCT transform **710** unaltered.

In embodiments of the invention in which before-hand sub-pixel value interpolation is performed, the output from combiner **712** is applied to before-hand sub-pixel interpolation block **730**. The input to the before-hand sub-pixel value interpolation block **730** takes the form of decoded image blocks. In the before-hand sub-pixel value interpolation block **730**, each decoded macroblock is subjected to sub-pixel interpolation in such a way that a predetermined sub-set of sub-pixel resolution sub-pixel values is calculated

28

according to the interpolation method of the invention and is stored together with the decoded pixel values in frame store **740**.

In embodiments in which before-hand sub-pixel interpolation is not performed, before-hand sub-pixel interpolation block is not present in the encoder architecture and the output from combiner **712**, comprising decoded image blocks, is applied directly to frame store **740**.

As subsequent macroblocks of the current frame are received and undergo the previously described coding and decoding steps in blocks **705**, **706**, **709**, **710**, **712**, a decoded version of the INTRA frame is built up in the frame store **740**. When the last macroblock of the current frame has been INTRA coded and subsequently decoded, the frame store **740** contains a completely decoded frame, available for use as a prediction reference frame in coding a subsequently received video frame in INTER format. In embodiments of the invention in which before-hand sub-pixel value interpolation is performed, the reference frame held in frame store **740** is at least partially interpolated to sub-pixel resolution.

Operation of the encoder **700** in INTER coding mode will now be described. In INTER coding mode, the control manager **720** operates switch **702** to receive its input from line **721**, which comprises the output of the combiner **716**. The combiner **716** forms prediction error information representing the difference between the current macroblock of the frame being coded and its prediction, produced in the motion compensated prediction block **780**. The prediction error information is DCT transformed in block **705** and quantised in block **706** to form a macroblock of DCT transformed and quantised prediction error information. Each macroblock of DCT transformed and quantised prediction error information is passed from the quantiser **706** to the MUX/DMUX unit **790**. The MUX/DMUX unit **790** combines the prediction error information **723** with motion coefficients **724** (described in the following) and control information (for example header data, quantisation parameter information, error correction data etc.) to form a single bit-stream of coded image information, **725**.

Locally decoded prediction error information for the each macroblock of the INTER coded frame is then formed in the encoder **700** by passing the encoded prediction error information **723** output by the quantiser **706** through the inverse quantiser **709** and applying an inverse DCT transform in block **710**. The resulting locally decoded macroblock of prediction error information is then input to combiner **712**. In INTER-mode, switch **714** is set so that the combiner **712** also receives motion predicted macroblocks for the current INTER frame, produced in the motion compensated prediction block **780**. The combiner **712** combines these two pieces of information to produce reconstructed image blocks for the current INTER frame.

As described above when considering INTRA coded frames, in embodiments of the invention in which before-hand sub-pixel value interpolation is performed, the output from combiner **712** is applied to the before-hand sub-pixel interpolation block **730**. Thus, the input to the before-hand sub-pixel value interpolation block **730** in INTER coding mode also takes the form of decoded image blocks. In the before-hand sub-pixel value interpolation block **730**, each decoded macroblock is subjected to sub-pixel interpolation in such a way that a predetermined sub-set of sub-pixel values is calculated according to the interpolation method of the invention and is stored together with the decoded pixel values in frame store **740**. In embodiments in which before-hand sub-pixel interpolation is not performed, before-hand

US 6,950,469 B2

29

sub-pixel interpolation block is not present in the encoder architecture and the output from combiner 712, comprising decoded image blocks, is applied directly to frame store 740.

As subsequent macroblocks of the video signal are received from the video source and undergo the previously described coding and decoding steps in blocks 705, 706, 709, 710, 712, a decoded version of the INTER frame is built up in the frame store 740. When the last macroblock of the frame has been INTER coded and subsequently decoded, the frame store 740 contains a completely decoded frame, available for use as a prediction reference frame in encoding a subsequently received video frame in INTER format. In embodiments of the invention in which before-hand sub-pixel value interpolation is performed, the reference frame held in frame store 740 is at least partially interpolated to sub-pixel resolution.

Formation of a prediction for a macroblock of the current frame will now be described.

Any frame encoded in INTER format requires a reference frame for motion compensated prediction. This means, inter alia, that when encoding a video sequence, the first frame to be encoded, whether it is the first frame in the sequence, or some other frame, must be encoded in INTRA format. This, in turn, means that when the video encoder 700 is switched into INTER coding mode by control manager 720, a complete reference frame, formed by locally decoding a previously encoded frame, is already available in the frame store 740 of the encoder. In general, the reference frame is formed by locally decoding either an INTRA coded frame or an INTER coded frame.

The first step in forming a prediction for a macroblock of the current frame is performed by motion estimation block 760. The motion estimation block 760 receives the current macroblock of the frame being coded via line 727 and performs a block matching operation in order to identify a region in the reference frame which corresponds substantially with the current macroblock. According to the invention, the block-matching process is performed to sub-pixel resolution in a manner that depends on the implementation of the encoder 700 and the degree of before-hand sub-pixel interpolation performed. However, the basic principle behind the block-matching process is similar in all cases. Specifically, motion estimation block 760 performs block-matching by calculating difference values (e.g. sums of absolute differences) representing the difference in pixel values between the macroblock of the current frame under examination and candidate best-matching regions of pixels/sub-pixels in the reference frame. A difference value is produced for all possible offsets (e.g. quarter- or one eighth sub-pixel precision x, y displacements) between the macroblock of the current frame and candidate test region within a predefined search region of the reference frame and motion estimation block 760 determines the smallest calculated difference value. The offset between the macroblock in the current frame and the candidate test region of pixel values/sub-pixel values in the reference frame that yields the smallest difference value defines the motion vector for the macroblock in question. In certain embodiments of the invention, an initial estimate of the motion vector having unit pixel precision is first determined and then refined to a finer level of sub-pixel precision, as described in the foregoing.

In embodiments of the encoder in which before-hand sub-pixel value interpolation is not performed, all sub-pixel values required in the block matching process are calculated in on-demand sub-pixel value interpolation block 750.

30

Motion estimation block 760 controls on-demand sub-pixel value interpolation block 750 to calculate each sub-pixel value needed in the block-matching process in an on-demand fashion, as and when it is required. In this case, motion estimation block 760 may be implemented so as to perform block-matching as a one-step process, in which case a motion vector with the desired sub-pixel resolution is sought directly, or it may be implemented so as to perform block-matching as a two step process. If the two-step process is adopted, the first step may comprise a search for e.g. a full or half-pixel resolution motion vector and the second step is performed in order to refine the the motion vector to the desired sub-pixel resolution. As block matching is an exhaustive process, in which blocks of n×m pixels in the current frame are compared one-by-one with blocks of n×m pixels or sub-pixels in the interpolated reference frame, it should be appreciated that a sub-pixel calculated in an on-demand fashion by the on-demand pixel interpolation block 750 may need to be calculated multiple times as successive difference values are determined. In a video encoder, this approach is not the most efficient possible in terms of computational complexity/burden.

In embodiments of the encoder which use only before-hand sub-pixel value interpolation, block-matching may be performed as a one step process, as all sub-pixel values of the reference frame required to determine a motion vector with the desired sub-pixel resolution are calculated beforehand in block 730 and stored in frame store 740. Thus, they are directly available for use in the block-matching process and can be retrieved as required from frame store 740 by motion estimation block 760. However, even in the case where all sub-pixel values are available from frame store 740, it is still more computationally efficient to perform block-matching as a two-step process, as fewer difference calculations are required. It should be appreciated that while full before-hand sub-pixel value interpolation reduces computational complexity in the encoder, it is not the most efficient approach in terms of memory consumption.

In embodiments of the encoder in which both before-hand and on-demand sub-pixel value interpolation are used, motion estimation block 760 is implemented in such a way that it can retrieve sub-pixel values previously calculated in before-hand sub-pixel value interpolation block 730 and stored in frame store 740 and further control on-demand sub-pixel value interpolation block 750 to calculate any additional sub-pixel values that may be required. The block-matching process may be performed as a one-step or a two-step process. If a two-step implementation is used, before-hand calculated sub-pixel values retrieved from frame store 740 may be used in the first step of the process and the second step may be implemented so as to use sub-pixel values calculated by on-demand sub-pixel value interpolation block 750. In this case, certain sub-pixel values used in the second step of the block matching process may need to be calculated multiple times as successive comparisons are made, but the number of such duplicate calculations is significantly less than if before-hand sub-pixel value calculation is not used. Furthermore, memory consumption is reduced with respect to embodiments in which only before-hand sub-pixel value interpolation is used.

Once the motion estimation block 760 has produced a motion vector for the macroblock of the current frame under examination, it outputs the motion vector to the motion field coding block 770. Motion field coding block 770 then approximates the motion vector received from motion estimation block 760 using a motion model. The motion model generally comprises a set of basis functions. More

US 6,950,469 B2

31

specifically, the motion field coding block **770** represents the motion vector as a set of coefficient values (known as motion coefficients) which, when multiplied by the basis functions, form an approximation of the motion vector. The motion coefficients **724** are passed from motion field coding block **770** to motion compensated prediction block **780**. Motion compensated prediction block **780** also receives the pixel/sub-pixel values of the best-matching candidate test region of the reference frame identified by motion estimation block **760**. In FIG. 7, these values are shown to be passed via line **729** from on-demand sub-pixel interpolation block **750**. In alternative embodiments of the invention, the pixel values in question are provided from the motion estimation block **760** itself.

Using the approximate representation of the motion vector generated by motion field coding block **770** and the pixel/sub-pixel values of the best-matching candidate test region, motion compensated prediction block **780** produces a macroblock of predicted pixel values. The macroblock of predicted pixel values represents a prediction for the pixel values of the current macroblock generated from the interpolated reference frame. The macroblock of predicted pixel values is passed to the combiner **716** where it is subtracted from the new current frame in order to produce prediction error information **723** for the macroblock, as described in the foregoing.

The motion coefficients **724** formed by motion field coding block are also passed to the MUX/DMUX unit **790**, where they are combined with prediction error information **723** for the macroblock in question and possible control information from control manager **720** to form an encoded video stream **725** for transmission to a receiving terminal.

Operation of a video decoder **800** according to the invention will now be described. Referring to FIG. **8**, the decoder **800** comprises a demultiplexing unit (MUX/DMUX) **810**, which receives the encoded video stream **725** from the encoder **700** and demultiplexes it, an inverse quantiser **820**, an inverse DCT transformer **830**, a motion compensated prediction block **840**, a frame store **850**, a combiner **860**, a control manager **870**, an output **880**, before-hand sub-pixel value interpolation block **845** and on-demand sub-pixel interpolation block **890** associated with the motion compensated prediction block **840**. In practice the control manager **870** of the decoder **800** and the control manager **720** of the encoder **700** may be the same processor. This may be the case if the encoder **700** and decoder **800** are part of the same video codec.

FIG. 8 shows an embodiment in which a combination of before-hand and on-demand sub-pixel value interpolation is used in the decoder. In other embodiments, only before-hand sub-pixel value interpolation is used, in which case decoder **800** does not include on-demand sub-pixel value interpolation block **890**. In a preferred embodiment of the invention, no before-hand sub-pixel value interpolation is used in the decoder and therefore before-hand sub-pixel value interpolation block **845** is omitted from the decoder architecture. If both before-hand and on-demand sub-pixel value interpolation are performed, the decoder comprises both blocks **845** and **890**.

The control manager **870** controls the operation of the decoder **800** in response to whether an INTRA or an INTER frame is being decoded. An INTRA/INTER trigger control signal, which causes the decoder to switch between decoding modes is derived, for example, from picture type information provided in the header portion of each compressed video frame received from the encoder. The INTRA/INTER

32

trigger control signal is passed to control manager **870** via control line **815**, together with other video codec control signals demultiplexed from the encoded video stream **725** by the MUX/DMUX unit **810**.

When an INTRA frame is decoded, the encoded video stream **725** is demultiplexed into INTRA coded macroblocks and control information. No motion vectors are included in the encoded video stream **725** for an INTRA coded frame. The decoding process is performed macroblock-by-macroblock. When the encoded information **723** for a macroblock is extracted from video stream **725** by MUX/DMUX unit **810**, it is passed to inverse quantiser **820**. The control manager controls inverse quantiser **820** to apply a suitable level of inverse quantisation to the macroblock of encoded information, according to control information provided in video stream **725**. The inverse quantised macroblock is then inversely transformed in the inverse DCT transformer **830** to form a decoded block of image information. Control manager **870** controls combiner **860** to prevent any reference information being used in the decoding of the INTRA coded macroblock. The decoded block of image information is passed to the video output **880** of the decoder.

In embodiments of the decoder which employ before-hand sub-pixel value interpolation, the decoded block of image information (i.e. pixel values) produced as a result of the inverse quantisation and inverse transform operations performed in blocks **820** and **830** is passed to before-hand sub-pixel value interpolation block **845**. Here, sub-pixel value interpolation is performed according to the method of the invention, the degree of before-hand sub-pixel value interpolation applied being determined by the details of the decoder implementation. In embodiments of the invention in which on-demand sub-pixel value interpolation is not performed, before-hand sub-pixel value interpolation block **845** interpolates all sub-pixel values. In embodiments that use a combination of before-hand and on-demand sub-pixel value interpolation, before-hand sub-pixel value interpolation block **845** interpolates a certain sub-set of sub-pixel values. This may comprise, for example, all sub-pixels at half-pixel locations, or a combination of sub-pixels at half-pixel and one quarter-pixel locations. In any case, after before-hand sub-pixel value interpolation, the interpolated sub-pixel values are stored in frame store **850**, together with the original decoded pixel values. As subsequent macroblocks are decoded, before-hand interpolated and stored, a decoded frame, at least partially interpolated to sub-pixel resolution is progressively assembled in the frame store **850** and becomes available for use as a reference frame for motion compensated prediction.

In embodiments of the decoder which do not employ before-hand sub-pixel value interpolation, the decoded block of image information (i.e. pixel values) produced as a result of the inverse quantisation and inverse transform operations performed on the macroblock in blocks **820** and **830** is passed directly to frame store **850**. As subsequent macroblocks are decoded and stored, a decoded frame, having unit pixel resolution is progressively assembled in the frame store **850** and becomes available for use as a reference frame for motion compensated prediction.

When an INTER frame is decoded, the encoded video stream **725** is demultiplexed into encoded prediction error information **723** for each macroblock of the frame, associated motion coefficients **724** and control information. Again, the decoding process is performed macroblock-by-macroblock. When the encoded prediction error information **723** for a macroblock is extracted from the video stream **725** by MUX/DMUX unit **810**, it is passed to inverse quantiser

US 6,950,469 B2

33

**820**. Control manager **870** controls inverse quantiser **820** to apply a suitable level of inverse quantisation to the macroblock of encoded prediction error information, according to control information received in video stream **725**. The inverse quantised macroblock of prediction error information is then inversely transformed in the inverse DCT transformer **830** to yield decoded prediction error information for the macroblock.

The motion coefficients **724** associated with the macroblock in question are extracted from the video stream **725** by MUX/DMUX unit **810** and passed to motion compensated prediction block **840**, which reconstructs a motion vector for the macroblock using the same motion model as that used to encode the INTER-coded macroblock in encoder **700**. The reconstructed motion vector approximates the motion vector originally determined by motion estimation block **760** of the encoder. The motion compensated prediction block **840** of the decoder uses the reconstructed motion vector to identify the location of a block of pixel/sub-pixel values in a prediction reference frame stored in frame store **850**. The reference frame may be, for example, a previously decoded INTRA frame, or a previously decoded INTER frame. In either case, the block of pixel/sub-pixel values indicated by the reconstructed motion vector, represents the prediction of the macroblock in question.

The reconstructed motion vector may point to any pixel or sub-pixel. If the motion vector indicates that the prediction for the current macroblock is formed from pixel values (i.e. the values of pixels at unit pixel locations), these can simply be retrieved from frame store **850**, as the values in question are obtained directly during the decoding of each frame. If the motion vector indicates that the prediction for the current macroblock is formed from sub-pixel values, these must either be retrieved from frame store **850**, or calculated in on-demand sub-pixel interpolation block **890**. Whether sub-pixel values must be calculated, or can simply be retrieved from the frame store, depends on the degree of before-hand sub-pixel value interpolation used in the decoder.

In embodiments of the decoder that do not employ before-hand sub-pixel value interpolation, the required sub-pixel values are all calculated in on-demand sub-pixel value interpolation block **890**. On the other hand, in embodiments in which all sub-pixel values are interpolated before-hand, motion compensated prediction block **840** can retrieve the required sub-pixel values directly from the frame store **850**. In embodiments that use a combination before-hand and on-demand sub-pixel value interpolation, the action required in order to obtain the required sub-pixel values depends on which sub-pixel values are interpolated before-hand. Taking as an example an embodiment in which all sub-pixel values at half-pixel locations are calculated before-hand, it is evident that if a reconstructed motion vector for a macroblock points to a pixel at unit location or a sub-pixel at half-pixel location, all the pixel or sub-pixel values required to form the prediction for the macroblock are present in the frame store **850** and can be retrieved from there by motion compensated prediction block **840**. If, however, the motion vector indicates a sub-pixel at a quarter-pixel location, the sub-pixels required to form the prediction for the macroblock are not present in frame store **850** and are therefore calculated in on-demand sub-pixel value interpolation block **890**. In this case, on-demand sub-pixel value interpolation block **890** retrieves any pixel or sub-pixel required to perform the interpolation from frame store **850** and applies the interpolation method described below. Sub-pixel values calculated in on-demand sub-pixel value interpolation block **890** are passed to motion compensated prediction block **840**.

34

Once a prediction for a macroblock has been obtained, the prediction (that is, a macroblock of predicted pixel values) is passed from motion compensated prediction block **840** to combiner **860** where it combined with the decoded prediction error information for the macroblock to form a reconstructed image block which, in turn, is passed to the video output **880** of the decoder.

It should be appreciated that in practical implementations of encoder **700** and decoder **800**, the extent to which frames are before-hand sub-pixel interpolated, and thus the amount of on-demand sub-pixel value interpolation that is performed, can be chosen according to, or dictated by, the hardware implementation of the video encoder **700**, or the environment in which it is intended to be used. For example, if the memory available to the video encoder is limited, or memory must be reserved for other functions, it is appropriate to limit the amount of before-hand sub-pixel value interpolation that is performed. In other cases, where the microprocessor performing the video encoding operation has limited processing capacity, e.g. the number of operations per second that can be executed is comparatively low, it is more appropriate to restrict the amount of on-demand sub-pixel value interpolation that is performed. In a mobile communications environment, for example, when video encoding and decoding functionality is incorporated in a mobile telephone or similar wireless terminal for communication with a mobile telephone network, both memory and processing power may be limited. In this case a combination of before-hand and on-demand sub-pixel value interpolation may be the best choice to obtain an efficient implementation in the video encoder. In video decoder **800**, use of before-hand sub-pixel value is generally not preferred, as it typically results in the calculation of many sub-pixel values that are not actually used in the decoding process. However, it should be appreciated that although different amounts of before-hand and on-demand interpolation can be used in the encoder and decoder in order to optimise the operation of each, both encoder and decoder can be implemented so as to use the same division between before-hand and on-demand sub-pixel value interpolation.

Although the foregoing description does not describe the construction of bi-directionally predicted frames (B-frames) in the encoder **700** and the decoder **800**, it should be understood that in embodiments of the invention, such a capability may be provided. Provision of such capability is considered within the ability of one skilled in the art.

An encoder **700** or a decoder **800** according to the invention can be realised using hardware or software, or using a suitable combination of both. An encoder or decoder implemented in software may be, for example, a separate program or a software building block that can be used by various programs. In the above description and in the drawings, the functional blocks are represented as separate units, but the functionality of these blocks can be implemented, for example, in one software program unit.

The encoder **700** and decoder **800** can further be combined in order to form a video codec having both encoding and decoding functionality. In addition to being implemented in a multimedia terminal, such a codec may also be implemented in a network. A codes according to the invention may be a computer program or a computer program element, or it may be implemented at least partly using hardware.

The sub-pixel interpolation method used in the encoder **700** and decoder **800** according to the invention now be described in detail. The method will first be introduced at a

US 6,950,469 B2

35

general conceptual level and then two preferred embodiments will be described. In the first preferred embodiment, sub-pixel value interpolation is performed to ¼ pixel resolution and in the second the method is extended to ⅛ pixel resolution.

It should be noted that interpolation must produce identical values in the encoder and the decoder, but its implementation should be optimized for both entities separately. For example, in an encoder according to the first embodiment of the invention in which sub-pixel value interpolation is preformed to ¼ pixel resolution, it is most efficient to calculate ½ resolution pixels before-hand and to calculate values for ¼ resolution sub-pixels in an on-demand fashion, only when they are needed during motion estimation. This has the effect of limiting memory usage while keeping the computational complexity/burden at an acceptable level. In the decoder, on the other hand, it is advantageous not to pre-calculate any of the sub-pixels. Therefore, it should be appreciated that a preferred embodiment of the decoder does not include before-hand sub-pixel value interpolation block **845** and all sub-pixel value interpolation is performed in on-demand sub-pixel value interpolation block **890**.

In the description of the interpolation method provided below, references are made to the pixel positions depicted in FIG. **14***a*. In this figure pixels labelled A represent original pixels (that is, pixels residing at unit horizontal and vertical locations). Pixels labelled with other letters represent sub-pixels that are to be interpolated. The description that follows will adhere to the previously introduced conventions regarding the description of pixel and sub-pixel locations.

Next, the steps required to interpolate all sub-pixel positions are described:

Values for the ½ resolution sub-pixels labelled b are obtained by first calculating an intermediate value b using a Kth order filter, according to:

$$b = \sum_{i=1}^{K} x_i A_i \qquad (9)$$

where $x_i$ is a vector of filter coefficients, $A_i$ is a corresponding vector of original pixel values A situated at unit horizontal and unit vertical locations, and K is an integer which defines the order of the filter. Thus, equation 9 can be re-expressed as:

$$b = x_1 A_1 + x_2 A_2 + x_3 A_3 + \ldots + x_{K-1} A_{K-1} + x_K A_K \qquad (10)$$

The values of the filter coefficients $x_i$ and the order of the filter K may vary from embodiment to embodiment. Equally, different coefficient values may be used in the calculation of different sub-pixels within an embodiment. In other embodiments, the values of filter coefficients $x_i$ and the order of the filter may depend on which of the ½ resolution b sub-pixels is being interpolated. Pixels $A_i$ are disposed symmetrically with respect to the ½ resolution sub-pixel b being interpolated and are the closest neighbours of that sub-pixel. In the case of the ½ resolution sub-pixel b situated at half horizontal and unit vertical location, pixels $A_i$ are disposed horizontally with respect to b (as shown in FIG. **14***b*). If the ½ resolution sub-pixel b situated at unit horizontal and half vertical location is being interpolated, pixels $A_i$ are disposed vertically with respect to b (as shown in FIG. **14***c*).

A final value for ½ resolution sub-pixel b is calculated by dividing intermediate value b by a constant scale, truncating it to obtain an integer number and clipping the result to lie

36

in the range $[0, 2^n-1]$. In alternative embodiments of the invention rounding may be performed instead of truncation. Preferably, constant scale, is chosen to be equal to the sum of filter coefficients $x_i$.

A value for the ½ resolution sub-pixel labelled c is also obtained by first calculating an intermediate value c using an Mth order filter, according to:

$$c = \sum_{i=1}^{M} y_i b_i \qquad (11)$$

where $y_i$ is a vector of filter coefficients, $b_i$ is a corresponding vector of intermediate values $b_i$ in the horizontal or vertical direction. i.e.:

$$c = y_1 b_1 + y_2 b_2 + y_3 b_3 + \ldots + y_{M-1} b_{M-1} + y_M b_M \qquad (12)$$

The values of the filter coefficients $y_i$ and the order of the filter M may vary from embodiment to embodiment. Equally, different coefficient values may be used in the calculation of different sub-pixels within an embodiment. Preferably, the b values are intermediate values for ½ resolution sub-pixels b which are disposed symmetrically with respect to ½ resolution sub-pixel c and are the closest neighbours of sub-pixel c. In an embodiment of the invention, the ½ resolution sub-pixels b are disposed horizontally with respect to sub-pixel c, in an alternative embodiment they are disposed vertically with respect to sub-pixel c.

A final value of ½ resolution sub-pixel c is computed by dividing intermediate value c by a constant scale$_2$, truncating it to obtain an integer number and clipping the result to lie in the range $[0, 2^n-1]$. In alternative embodiments of the invention rounding may be performed instead of truncation. Preferably, constant scale$_2$ is equal to scale$_1$*scale$_1$.

It should be noted that the use of intermediate values b in the horizontal direction leads to the same result as using intermediate values b in the vertical direction.

There are two alternatives for interpolating values for the ¼ resolution sub-pixels labelled h. Both involve linear interpolation along a diagonal line linking ½ resolution sub-pixels neighbouring the ¼ resolution sub-pixel h being interpolated. In a first embodiment, a value for sub-pixel h is calculated by averaging the values of the two ½ resolution sub-pixels b closest to sub-pixel h. In a second embodiment, a value for sub-pixel h is calculated by averaging the values of the closest pixel A and the closest ½ resolution sub-pixel c. It should be appreciated that this provides the possibility of using different combinations of diagonal interpolations to determine the values for sub-pixels h within the confines of different groups of 4 image pixels A. However, it should also be realised that the same combination should be used in both the encoder and the decoder in order to produce identical interpolation results. FIG. **15** depicts 4 possible choices of diagonal interpolation for sub-pixels h in adjacent groups of 4 pixels within an image. Simulations in the TML environment have verified that both embodiments result in similar compression efficiency. The second embodiment has higher complexity, since calculation of sub-pixel c requires calculation of several intermediate values. Therefore the first embodiment is preferred.

Values for ¼ resolution sub-pixels labelled d and g are calculated from the values of their nearest horizontal neighbours using linear interpolation. In other words, a value for ¼ resolution sub-pixel d is obtained by averaging the values of its nearest horizontal neighbours, original image pixel A and ½ resolution sub-pixel b. Similarly, a value for ¼ resolution

US 6,950,469 B2

37

38

sub-pixel g is obtained by taking the average of its two nearest horizontal neighbours, ½ resolution sub-pixels b and c.

Values for ¼ resolution sub-pixels labelled e, f and i are calculated from the values of their nearest neighbours in the vertical direction using linear interpolation. More specifically, a value for ¼ resolution sub-pixel e is obtained by averaging the values of its two nearest vertical neighbours, original image pixel A and ½ resolution sub-pixel b. Similarly, a value for ¼ resolution sub-pixel f is obtained by taking the average of its two nearest vertical neighbours, ½ resolution sub-pixels b and c. In an embodiment of the invention, a value for ¼ resolution sub-pixel i is obtained in manner identical to that just described in connection with ¼ resolution sub-pixel f. However, in an alternative embodiment of the invention, and in common with the H.26 test models TML5 and TML6 previously described, ¼ resolution sub-pixel i is determined using the values of the four closest original image pixels, according to $(A_1+A_2+A_3+A_4+2)/4$.

It should also be noted that in all cases where an average involving pixel and/or sub-pixel values is determined, the average may be formed in any appropriate manner. For example, the value for ¼ resolution sub-pixel d can be defined as d=(A+b)/2 or as d=(A+b+1)/2. The addition of 1 to the sum of values for pixel A and ½ resolution sub-pixel b has the effect of causing any rounding or truncation operation subsequently applied to round or truncate the value for d to the next highest integer value. This is true for any sum of integer values and may be applied to any of the averaging operations performed according to the method of the invention in order to control rounding or truncation effects.

It should be noted that the sub-pixel value interpolation method according to the invention provides advantages over each of TML5 and TML6.

In contrast to TML5, in which the values of some of the ¼ resolution sub-pixels depend on previously interpolated values obtained for other ¼ resolution sub-pixels, in the method according to the invention, all ¼ resolution sub-pixels are calculated from original image pixels or ½ resolution sub-pixel positions using linear interpolation. Thus, the reduction in precision of those ¼ resolution sub-pixel values which occurs in TML5 due to the intermediate truncation and clipping of the other ¼ resolution sub-pixels from which they are calculated, does not take place in the method according to the invention. In particular, referring to FIG. 14a, ¼ resolution sub-pixels h (and sub-pixel i in one embodiment of the invention) are interpolated diagonally in order to reduce dependency on other ¼-pixels. Furthermore, in the method according to the invention, the number of calculations (and therefore the number of processor cycles) required to obtain a value for those ¼ resolution sub-pixels in the decoder is reduced compared with TML5. Additionally, the calculation of any ¼ resolution sub-pixel value requires a number of calculations which is substantially similar to the number of calculations required to determine any other ¼ resolution sub-pixel value. More specifically, in a situation where the required ½ resolution sub-pixel values are already available, e.g. they have been calculated before-hand, the number of calculations required to interpolate a ¼ resolution sub-pixel value from the pre-calculated ½ resolution sub-pixel values is the same as the number of calculations required to calculate any other ¼ resolution sub-pixel value from the available ½ resolution sub-pixel values.

In comparison with TML6, the method according to the invention does not require high precision arithmetic to be used in the calculation of all sub-pixels. Specifically, as all of the ¼ resolution sub-pixel values are calculated from original image pixels or ½ resolution sub-pixel values using linear interpolation, lower precision arithmetic can be used in their interpolation. Consequently, in hardware implementations of the inventive method, for example in an ASIC (Application Specific Integrated Circuit), the use of lower precision arithmetic reduces the number of components (e.g. gates) that must be devoted to the calculation of ¼ resolution sub-pixel values. This, in turn, reduces the overall area of silicon that must be dedicated to the interpolation function. As the majority of sub-pixels are, in fact, ¼ resolution sub-pixels (12 out of the 15 sub-pixels illustrated in FIG. 14a), the advantage provided by the invention in this respect is particularly significant. In software implementations, where sub-pixel interpolation is performed using the standard instruction set of a general purpose CPU (Central Processor Unit) or using a DSP (Digital Signal Processor), a reduction in the precision of the arithmetic required generally leads to an increase in the speed at which the calculations can be performed. This is particularly advantageous in 'low cost' implementations, in which it is desirable to use a general purpose CPU rather than any form of ASIC.

The method according to the invention provides still further advantages compared with TML5. As mentioned previously, in the decoder only 1 out of the 15 sub-pixel positions is required at any given time, namely that which is indicated by received motion vector information. Therefore, it is advantageous if the value of a sub-pixel in any sub-pixel location can be calculated with the minimum number of steps that result in a correctly interpolated value. The method according to the invention provides this capability. As mentioned in the detailed description provided above, ½ resolution sub-pixel c can be interpolated by filtering in either the vertical or the horizontal direction, the same value being obtained for c regardless of whether horizontal or vertical filtering is used. The decoder can therefore take advantage of this property when calculating values for ¼ resolution sub-pixels f and g in such a way as to minimise the number of operations required in order to obtain the required values. For example, if the decoder requires a value for ¼ resolution sub-pixel f, ½ resolution sub-pixel c should interpolated in the vertical direction. If a value is required for ¼ resolution sub-pixel g, it is advantageous to interpolate a value for c in the horizontal direction. Thus, in general, it can be said that the method according to the invention provides flexibility in the way in which values are derived for certain ¼ resolution sub-pixels. No such flexibility is provided in TML5.

Two specific embodiments will now be described in detail. The first represents a preferred embodiment for calculating sub-pixels with up to ¼ pixel resolution, while in the second, the method according to the invention is extended to the calculation of values for sub-pixels having up to ⅛ pixel resolution. For both embodiments a comparison is provided between the computational complexity/burden resulting from use of the method according to the invention and that which would result from use of the interpolation methods according to TML5 and TML6 in equivalent circumstances.

The preferred embodiment for interpolating sub-pixels at ¼ pixel resolution will be described with reference to FIGS. 14a, 14b and 14c. In the following, it will be assumed that all image pixels and final interpolated values for sub-pixels are represented with 8-bits.

US 6,950,469 B2

**39**

Calculation of ½ resolution sub-pixels at i) half unit horizontal and unit vertical locations and ii) unit horizontal and half unit vertical locations.

1. A value for the sub-pixel at half unit horizontal and unit vertical location, that is ½ resolution sub-pixel b in FIG. **14***a*, is obtained by first calculating intermediate value b=$(A_1-5A_2+20A_3+20A_4-5A_5+A_6)$ using the values of the six pixels ($A_1$ to $A_6$) which are situated at unit horizontal and unit vertical locations in either the row or the column of pixels containing b and which are disposed symmetrically about b, as shown in FIGS. **14***b* and **14***c*. A final value for ½ resolution sub-pixel b is calculated as (b+16)/32 where the operator / denotes division with truncation. The result is clipped to lie in the range [0, 255].

Calculation of ½ resolution sub-pixels at half unit horizontal and half unit vertical locations.

2. A value for the sub-pixel at half unit horizontal and half unit vertical location, that is ½ resolution sub-pixel c in FIG. **14***a*, is calculated as c=$(b_1-5b_2+20b_3+20b_4-5b_5+b_6+512)/1024$ using the intermediate values b for the six closest ½ resolution sub-pixels which are situated in either the row or the column of sub-pixels containing c and which are disposed symmetrically about c. Again, operator / denotes division with truncation and the result is clipped to lie in the range [0, 255]. As previously explained, using intermediate values b for ½ resolution sub-pixels b in the horizontal direction leads to the same result as using intermediate values b for ½ resolution sub-pixels b in the vertical direction. Thus, in an encoder according to the invention, the direction for interpolating ½ resolution sub-pixels b can be chosen according to a preferred mode of implementation. In a decoder according to the invention, the direction for interpolating sub-pixels b is chosen according to which, if any, ¼ resolution sub-pixels will be interpolated using the result obtained for ½ resolution sub-pixel c.

Calculation of ¼ resolution sub-pixels at i) quarter unit horizontal and unit vertical locations; ii) quarter unit horizontal and half unit vertical locations; iii) unit horizontal and quarter unit vertical locations; and iv) half unit horizontal and quarter unit vertical locations.

3. Values for ¼ resolution sub-pixels d, situated at quarter unit horizontal and unit vertical locations are calculated according to d=(A+b)/2 using the nearest original image pixel A and the closest ½ resolution sub-pixel b in the horizontal direction. Similarly, values for ¼ resolution sub-pixels g, situated at quarter unit horizontal and half unit vertical locations are calculated according to g=(b+c)/2 using the two nearest ½ resolution sub-pixels in the horizontal direction. In a similar manner, values for ¼ resolution sub-pixels e, situated at unit horizontal and quarter unit vertical locations, are calculated according to e=(A+b)/2 using the nearest original image pixel A and the closest ½ resolution sub-pixel b in the vertical direction. Values for ¼ resolution sub-pixels f, situated at half unit horizontal and quarter unit vertical locations, are determined from f=(b+c)/2 using the two nearest ½ resolution sub-pixel in the vertical direction. In all cases, operator / denotes division with truncation.

Calculation of ¼ resolution sub-pixels at quarter unit horizontal and quarter unit vertical locations.

4. Values for ¼ resolution sub-pixels h, situated at quarter unit horizontal and quarter unit vertical locations are calculated according to h=$(b_1+b_2)/2$, using the two nearest ½ resolution sub-pixels b in the diagonal direction. Again, operator / denotes division with truncation.

**40**

5. A value for the ¼ resolution sub-pixel labeled i is computed from i=$(A_1+A_2+A_3+A_4+2)/4$ using the four nearest original pixels A. Once more, operator / denotes division with truncation.

An analysis of the computational complexity of the first preferred embodiment of the invention will now be presented.

In the encoder, it is likely that the same sub-pixel values will be calculated multiple times. Therefore, and as previously explained, the complexity of the encoder can be reduced by pre-calculating all sub-pixel values and storing them in memory. However, this solution increases memory usage by a large margin. In the preferred embodiment of the invention, in which motion vector accuracy is ¼ pixel resolution in both the horizontal and vertical dimensions, storing pre-calculated sub-pixel values for the whole image requires 16 times the memory required to store the original, non-interpolated image. To reduce memory usage, all ½ resolution sub-pixels can be interpolated before-hand and ¼ resolution sub-pixels can be calculated on-demand, that is, only when they are needed. According to the method of the invention, on-demand interpolation of values for ¼ resolution sub-pixels only requires linear interpolation from ½ resolution sub-pixels. Four times the original picture memory is required to store the pre-calculated ½ resolution sub-pixels since only 8 bits are necessary to represent them.

However, if the same strategy of pre-calculating all ½ resolution sub-pixels using before-hand interpolation is used in conjunction with the direct interpolation scheme of TML6, the memory requirements increase to 9 times the memory required to store the original non-interpolated image. This results from the fact that a larger number of bits is required to store the high precision intermediate values associated with each ½ resolution sub-pixel in TML6. In addition, the complexity of sub-pixel interpolation during motion estimation is higher in TML6, since scaling and clipping has to be performed for every ½ and ¼ sub-pixel location.

In the following, the complexity of the sub-pixel value interpolation method according to the invention, when applied in a video decoder, is compared with that of the interpolation schemes used in TML5 and TML6. Throughout the analysis which follows, it is assumed that in each method the interpolation of any sub-pixel value is performed using only the minimum number of steps required to obtain a correctly interpolated value. It is further assumed that each method is implemented in a block based manner, that is, intermediate values common for all the sub-pixels to be interpolated in a particular N×M block are calculated only once. An illustrative example is provided in FIG. **16**. Referring to FIG. **16**, it can be seen that in order to calculate a 4×4 block of ½ resolution sub-pixels c, a 9×4 block of ½ resolution sub-pixels b is first calculated.

Compared with the sub-pixel value interpolation method used in TML5, the method according to the invention has a lower computational complexity for the following reasons:

1. Unlike the sub-pixel value interpolation scheme used in TML5, according to the method of the invention, a value for ½ resolution sub-pixel c can be obtained by filtering in either the vertical or the horizontal direction. Thus, in order to reduce the number of operations, ½ resolution sub-pixel c can be interpolated in the vertical direction if a value for ¼ resolution sub-pixel f is required and in the horizontal direction if a value for ¼ resolution sub-pixel g is required. As an example, FIG. **17** shows all the ½ resolution sub-pixel values that must be calculated in order to interpolate values for ¼ resolution sub-pixels g in

US 6,950,469 B2

41

an image block defined by 4×4 original image pixels using the interpolation method of TML5 (FIG. **17***a*) and using the method according to the invention (FIG. **17***b*). In this example, the sub-pixel value interpolation method according to TML5 requires a total of 88½ resolution sub-pixels to be interpolated, while the method according to the invention requires the calculation of 72½ resolution sub-pixels. As can be seen from FIG. **17***b*, according to the invention, ½ resolution sub-pixels c are interpolated in the horizontal direction in order to reduce the number of calculations required.

2. According to the method of the invention, ¼ resolution sub-pixel h is calculated by linear interpolation from its two closest neighbouring ½ resolution sub-pixels in the diagonal direction. The respective numbers of ½ resolution sub-pixels that must be calculated in order to obtain values for ¼ resolution sub-pixels h within a 4×4 block of original image pixels using the sub-pixel value interpolation method according to TML5 and the method according to the invention are shown in FIGS. **18**(*a*) and **18**(*b*), respectively. Using the method according to TML5 it is necessary to interpolate a total of 56½ resolution sub-pixels, while according to the method of the invention it is necessary to interpolate 40½ resolution sub-pixels.

Table 1 summarizes the decoder complexities of the three sub-pixel value interpolation methods considered here, that according to TML5, the direct interpolation method used in TML6 and the method according to the invention. Complexity is measured in terms of the number of 6-tap filtering and linear interpolation operations performed. It is assumed that interpolation of ¼ resolution sub-pixel i is calculated according to i=(A₁+A₂+A₃+A₄+2)/4 which is bilinear interpolation and effectively comprises two linear interpolation operations. The operations needed to interpolate sub-pixel values with one 4×4 block of original image pixels are listed for each of the 15 sub-pixel positions which, for convenience of reference, are numbered according to the scheme shown in FIG. **19**. Referring to FIG. **19**, location **1** is the location of an original image pixel A and locations **2** to **16** are sub-pixel locations. Location **16** is the location of ¼ resolution sub-pixel i. In order to compute the average number of operations it has been assumed that the probability of a motion vector pointing to each sub-pixel position is the same. The average complexity is therefore the average of the 15 sums calculated for each sub-pixel location and the single full-pixel location.

TABLE 1

Complexity of ¼ resolution sub-pixel interpolation in TML5, TML6 and the method according to the invention.

| | TML5 | | TML6 | | Inventive Method | |
|---|---|---|---|---|---|---|
| Location | linear. | 6-tap | linear. | 6-tap | linear. | 6-tap |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3, 9 | 0 | 16 | 0 | 16 | 0 | 16 |
| 2, 4, 5, 13 | 16 | 16 | 0 | 16 | 16 | 16 |
| 11 | 0 | 52 | 0 | 52 | 0 | 52 |
| 7, 15 | 16 | 52 | 0 | 52 | 16 | 52 |
| 10, 12 | 16 | 68 | 0 | 52 | 16 | 52 |
| 6, 8, 14 | 48 | 68 | 0 | 52 | 16 | 32 |
| 16 | 32 | 0 | 32 | 0 | 32 | 0 |
| Average | 19 | 37 | 2 | 32 | 13 | 28.25 |

It can be seen from Table 1 that the method according to the invention requires fewer 6-tap filter operations than the sub-pixel value interpolation method according to TML6 and only a few additional linear interpolation operations.

42

Since 6-tap filter operations are much more complex than linear interpolation operations the complexity of the two methods is similar. The sub-pixel value interpolation method according to TML5 has a considerably higher complexity.

The preferred embodiment for interpolating sub-pixels with up to ⅛ pixel resolution will now be described with reference to FIGS. **20**, **21** and **22**.

FIG. **20** presents the nomenclature used to describe pixels, ½ resolution sub-pixels, ¼ resolution sub-pixels and ⅛ resolution sub-pixels in this extended application of the method according to the invention.

1. Values for the ½ resolution and ¼ resolution sub-pixels labelled b¹, b² and b³ in FIG. **20** are obtained by first calculating intermediate values b¹=(−3A₁+12A₂−37A₃+229A₄+71A₅−21A₆+6A₇−A₈); b²=(−3A₁+12A₂−39A₃+158A₄+158A₅−39A₆+12A₇−3A₈); and b³=(−A₁+6A₂−21A₃+71A₄+229A₅−37A₆+13A₇−3A₈) using the values of the eight nearest image pixels (A₁ to A₈) situated at unit horizontal and unit vertical locations in either the row or the column containing b¹, b² and b³ and disposed symmetrically about ½ resolution sub-pixel b². The asymmetries in the filter coefficients used to obtain intermediate values b¹ and b³ account for the fact that pixels A₁ to A₈ are not symmetrically located with respect to ¼ resolution sub-pixels b¹ and b³. Final values for sub-pixels bⁱ, i=1, 2, 3 are calculated according to bⁱ=(bⁱ+128)/256 where the operator / denotes division with truncation. The result is clipped to lie in the range [0, 255].

2. Values for the ½ resolution and ¼ resolution sub-pixels labelled cⁱʲ, i, j=1, 2, 3, are calculated according to c¹ʲ=(−3b₁ʲ+12b₂ʲ−37b₃ʲ+229b₄ʲ+71b₅ʲ−21b₆ʲ+6b₇ʲ−b₈ʲ+32768)/65536, c²ʲ=(−3b₁ʲ+12b₂ʲ−39b₃ʲ+158b₄ʲ+158b₅ʲ−39b₆ʲ+12b₇ʲ−3b₈ʲ+32768)/65536 and c³ʲ=(−b₁ʲ+6b₂ʲ−21b₃ʲ+71b₄ʲ+229b₅ʲ−37b₆ʲ+13b₇ʲ−3b₈ʲ+32768)/65536 using the intermediate values b¹, b² and b³ calculated for the eight closest sub-pixels (b₁ʲ to b₈ʲ) in the vertical direction, sub-pixels bʲ being situated in the column comprising the ½ resolution and ¼ resolution sub-pixels cⁱʲ being interpolated and disposed symmetrically about the ½ resolution sub-pixel c²ʲ. The asymmetries in the filter coefficients used to obtain values for sub-pixels c¹ʲ and c³ʲ account for the fact that sub-pixels b₁ʲ to b₈ʲ are not symmetrically located with respect to ¼ resolution sub-pixels c¹ʲ and c³ʲ. Once more, operator / denotes division with truncation. Before the interpolated values for sub-pixels cⁱʲ are stored in the frame memory they are clipped to lie in the range [0, 255]. In an alternative embodiment of the invention, ½ resolution and ¼ resolution sub-pixels cⁱʲ are calculated using an analogous manner using intermediate values b¹, b² and b³ in the horizontal direction.

3. Values for ⅛ resolution sub-pixels labelled d are calculated using linear interpolation from the values of their closest neighbouring image pixel, ½ resolution or ¼ resolution sub-pixels in the horizontal or vertical direction. For example, upper leftmost ⅛ resolution sub-pixel d is calculated according to d=(A+b¹+1)/2. As before, operator / indicates division with truncation.

4. Values for ⅛ resolution sub-pixels labelled e and f are calculated using linear interpolation from the values of image pixels, ½ resolution or ¼ resolution sub-pixels in the diagonal direction. For example, referring to FIG. **20**, upper leftmost pixel ⅛ resolution sub-pixel e is calculated according to e=(b¹+b¹+1)/2. The diagonal direction to be used in the interpolation of each ⅛ resolution sub-pixel in a first preferred embodiment of the invention, hereinafter referred to as 'preferred method 1', is indicated in FIG.

US 6,950,469 B2

43

44

21($a$). Values for ⅛ resolution sub-pixels labelled g are calculated according to g=(A+3c$^{2}$+3)/4. As always, operator / denotes division with truncation. In an alternative embodiment of the invention, hereinafter referred to as 'preferred method 2', computational complexity is further reduced by interpolating ⅛ resolution sub-pixels f using linear interpolation from ½ resolution sub-pixels b$^{2}$, that is, according to the relationship f=(3b$^{2}$+b$^{2}$+2)/4. The b$^{2}$ sub-pixel which is closer to f is multiplied by 3. The diagonal interpolation scheme used in this alternative embodiment of the invention is depicted in FIG. 21($b$). In further alternative embodiments, different diagonal interpolation schemes can be envisaged.

It should be noted that in all cases where an average involving pixel and/or sub-pixel values is used in the determination of ⅛ resolution sub-pixels, the average may be formed in any appropriate manner. The addition of 1 to the sum of values used in calculating such an average has the effect of causing any rounding or truncation operation subsequently applied to round or truncate the average in question to the next highest integer value. In alternative embodiments of the invention, the addition of 1 is not used.

As in the case of sub-pixel value interpolation to ¼ pixel resolution previously described, memory requirements in the encoder can be reduced by pre-calculating only a part of the sub-pixel values to be interpolated. In the case of sub-pixel value interpolation to ⅛ pixel resolution, it is advantageous to calculate all ½ resolution and ¼ resolution

at up to ⅛ pixel resolution, is compared with that of the interpolation schemes used in TML5 and TML6. As in the equivalent analysis for ¼ pixel resolution sub-pixel value interpolation described above, it is assumed that in each method the interpolation of any sub-pixel value is performed using only the minimum number of steps required to obtain a correctly interpolated value. It is also assumed that each method is implemented in a block based manner, such that intermediate values common for all the sub-pixels to be interpolated in a particular N×M block are calculated only once.

Table 2 summarizes complexities of the three interpolation methods. Complexity is measured in terms of the number of 8-tap filter and linear interpolation operations performed in each method. The table presents the number of operations required to interpolate each of the 63⅛ resolution sub-pixels within one 4×4 block of original image pixels, each sub-pixel location being identified with a corresponding number, as illustrated in FIG. 22. In FIG. 22, location 1 is the location of an original image pixel and locations 2 to 64 are sub-pixel locations. When computing the average number of operations, it has been assumed that the probability of a motion vector pointing to each sub-pixel position is the same. The average complexity is thus the average of the 63 sums calculated for each sub-pixel location and the single full-pixel location.

TABLE 2

Complexity of ⅛ resolution sub-pixel interpolation in TML5, TML6 and the method according to the invention. (Results shown separately for Preferred Method 1 and Preferred Method 2).

| Location | TML5 | | TML6 | | Preferred Method 1 | | Preferred Method 2 | |
|---|---|---|---|---|---|---|---|---|
| | linear. | 8-tap | linear. | 8-tap | linera. | 8-tap | linear. | 8-tap |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3, 5, 7, 17, 33, 49 | 0 | 16 | 0 | 16 | 0 | 16 | 0 | 16 |
| 19, 21, 23, 35, 37, 39, 51, 53, 55 | 0 | 60 | 0 | 60 | 0 | 60 | 0 | 60 |
| 2, 8, 9, 57 | 16 | 16 | 0 | 16 | 16 | 16 | 16 | 16 |
| 4, 6, 25, 41 | 16 | 32 | 0 | 16 | 16 | 32 | 16 | 32 |
| 10, 16, 58, 64 | 32 | 76 | 0 | 60 | 16 | 32 | 16 | 32 |
| 11, 13, 15, 59, 61, 63 | 16 | 60 | 0 | 60 | 16 | 60 | 16 | 60 |
| 18, 24, 34, 40, 50, 56 | 16 | 76 | 0 | 60 | 16 | 60 | 16 | 60 |
| 12, 14, 60, 62 | 32 | 120 | 0 | 60 | 16 | 32 | 16 | 32 |
| 26, 32, 42, 48 | 32 | 108 | 0 | 60 | 16 | 32 | 16 | 32 |
| 20, 22, 36, 38, 52, 54 | 16 | 120 | 0 | 60 | 16 | 76 | 16 | 76 |
| 27, 29, 31, 43, 45, 47 | 16 | 76 | 0 | 60 | 16 | 76 | 16 | 76 |
| 28, 30, 44, 46 | 32 | 152 | 0 | 60 | 16 | 60 | 16 | 60 |
| Average | 64 | 290.25 | 0 | 197.75 | 48 | 214.75 | 48 | 192.75 |

sub-pixels before-hand and to compute values for ⅛ resolution sub-pixels in an on-demand fashion, only when they are required. When this approach is taken, both the interpolation method according to TML5 and that according to the invention require 16 times the original picture memory to store the ½ resolution and ¼ resolution sub-pixel values. However, if the direct interpolation method according to TML6 is used in the same way, intermediate values for the ½ resolution and ¼ pixel resolution sub-pixels must be stored. These intermediate values are represented with 32-bit precision and this results in a memory requirement 64 times that for the original, non-interpolated image.

In the following, the complexity of the sub-pixel value interpolation method according to the invention, when applied in a video decoder to calculate values for sub-pixels

As can be seen from Table 2, the number of 8-tap filtering operations performed according to preferred methods 1 and 2 are, respectively, 26% and 34% lower than the number of 8-tap filtering operation performed in the sub-pixel value interpolation method of TML5. The number of linear operations is 25% lower, in both preferred method 1 and preferred method 2, compared with TML5, but this improvement is of lesser importance compared to the reduction in 8-tap filtering operations. It can further be seen that the direct interpolation method used in TML6 has a complexity comparable that of both preferred methods 1 and 2 when used to interpolate values for ⅛ resolution sub-pixels.

In view of the foregoing description it will be evident to a person skilled in the art that various modifications may be made within the scope of the invention. While a number of

US 6,950,469 B2

45

46

preferred embodiments of the invention have been described in detail, it should be apparent that many modifications and variations thereto are possible, all of which fall within the true spirit and scope of the invention.

What is claimed is:

1. A method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^x$, where x is a positive integer having a maximum value N, the method comprising:

   a) when values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

   b) when values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations are required, interpolating such values directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

   c) when a value for a sub-pixel situated at a $\frac{1}{2}^N$ horizontal and $\frac{1}{2}^N$ unit vertical location is required, interpolating such a value by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ vertical location.

2. A method according to claim 1 wherein a first and a second weight are used in the weighted average referred to in (c), the relative magnitudes of the weights being inversely proportional to the (straight-line diagonal) proximity of the first and the second sub-pixel or pixel to the sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ vertical location.

3. A method according to claim 2, wherein in a situation where the first and the second sub-pixel or pixel are symmetrically located with respect to (equidistant from) the sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ vertical location, the first and second weights have equal values.

4. A method according to claim 1 in which the first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations in step b) is used when a sub-pixel at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^N$ unit vertical location is required.

5. A method according to claim 1 in which the second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations in step b) is used when a sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location is required.

6. A method according to claim 1 in which, when values for sub-pixels at $\frac{1}{2}^N$ unit horizontal and unit vertical locations, and $\frac{1}{2}^N$ horizontal and $\frac{1}{2}^{N-1}$ vertical locations are required, interpolating such values by taking the average of the values of a first pixel or sub-pixel located at a vertical location corresponding to that of the sub-pixel being calcu-

lated and unit horizontal location and a second pixel or sub-pixel located at a vertical location corresponding to that of the sub-pixel being calculated and $\frac{1}{2}^{N-1}$ unit horizontal location.

7. A method according to claim 1 in which, when values for sub-pixels at unit horizontal and $\frac{1}{2}^N$ unit vertical locations, and $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are required, interpolating such values by taking the average of the values of a first pixel or sub-pixel located at a horizontal location corresponding to that of the sub-pixel being calculated and unit vertical location and a second pixel or sub-pixel located at a horizontal location corresponding to that of the sub-pixel being calculated and $\frac{1}{2}^{N-1}$ unit vertical location.

8. A method according to claim 1 in which values for sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are interpolated by taking the average of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

9. A method according to claim 1 in which values for sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are interpolated by taking the average of values of a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

10. A method according to claim 1 in which values for half of the sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are interpolated by taking the average of a first pair of values of a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location and values for the other half of the sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are interpolated by taking the average of a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

11. A method according to claim 10 in which values for sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are alternately interpolated for one such sub-pixel by taking the average of a first pair of values of a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location and values and for a neighbouring such sub-pixel by taking the average of a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

12. A method according to claim 11 in which the sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are alternately interpolated in a horizontal direction.

13. A method according to claim 11 in which the sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are alternately interpolated in a horizontal direction.

14. A method according to claim 1 in which when values for some sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical locations are required, such values are interpolated by taking the average of a plurality of nearest neighbouring pixels.

15. A method according to claim 1 in which N equals an integer selected from a list consisting of the values 2, 3, and 4.

16. A method according to claim 1 in which in at least one of step a) and step b) interpolating sub-pixel values directly using weighted sums involves the calculation of an intermediate value for the sub-pixel values having a dynamic range greater than the specified dynamic range.

US 6,950,469 B2

**17**. A method according to claim **14** in which the intermediate value for a sub-pixel having $\frac{1}{2}^{N-1}$ sub-pixel resolution is used the calculation of a sub-pixel value having $\frac{1}{2}^N$ sub-pixel resolution.

**18**. A method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the method comprising:

a) when values for sub-pixels at half unit horizontal and unit vertical locations, and unit horizontal and half unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) when values for sub-pixels at half unit horizontal and half unit vertical locations are required, interpolating such values directly using a weighted sum of values for sub-pixels residing at half unit horizontal and unit vertical locations calculated according to step (a); and

c) when values for sub-pixels at quarter unit horizontal and quarter unit vertical locations are required, interpolating such values by taking the average of at least one pair of a first pair of values of a sub-pixel located at a half unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and half unit vertical location and a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a half unit horizontal and half unit vertical location.

**19**. A method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^x$ where x is a positive integer having a maximum value N, the method comprising:

a) when values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) when a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required, interpolating such a value directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

**20**. A method according to claim **1** in which the sub-pixels used in the first weighted sum are sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and the first weighted sum is used to interpolate a value for a sub-pixel at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^N$ unit vertical location.

**21**. A method according to claim **1** in which the sub-pixels used in the second weighted sum are sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations and the second weighted sum is used to interpolate a value for a sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

**22**. A method according to claim **1** in which when values for sub-pixels at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical

locations are required, they are interpolated by taking the average of at least one pair of a first pair of values of a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and unit vertical location and a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

**23**. A video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the video coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}x$, where x is a positive integer having a maximum value N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ vertical location.

**24**. A video coder according to claim **23**, comprising a video encoder.

**25**. A video encoder according to claim **23**, comprising a video decoder.

**26**. A codec comprising the video encoder of claim **24** or the video decoder of claim **25**.

**27**. A communications terminal comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the video coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^x$, where x is a positive integer having a maximum value N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice

US 6,950,469 B2

49

of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ vertical location.

**28**. A communications terminal according to claim **27** comprising a video encoder.

**29**. A communications terminal according to claim **27** comprising a video decoder.

**30**. A communications terminal according to claim **27** having a video codec comprising a video encoder and a video decoder.

**31**. A telecommunications system comprising a communications terminal and a network, the telecommunications network and the communications terminal being connected by a communications link over which coded video can be transmitted, the communications terminal comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the video coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^{x}$, where x is a positive integer having a maximum value N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ vertical location.

**32**. A telecommunications system according to claim **31** which is a mobile telecommunications system comprising a mobile communications terminal and a wireless network, the connection between the mobile communications terminal and the wireless network being formed by a radio link.

50

**33**. A telecommunications system according to claim **31** in which the network enables the communications terminal to communicate with other communications terminals connected to the network over communications links between the other communications terminals and the network.

**34**. A telecommunications system comprising a communications terminal and a network, the telecommunications network and the communications terminal being connected by a communications link over which coded video can be transmitted, the network comprising a video coder for coding for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the video coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^{x}$, where x is a positive integer having a maximum value N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ vertical location.

**35**. A video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

US 6,950,469 B2

51

**36.** A video coder according to claim **35** in which the interpolator is further adapted to form the first weighted sum using the values of sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and to use the first weighted sum to interpolate a value for a sub-pixel at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N}$ unit vertical location.

**37.** A video coder according to claim **35** in which the interpolator is further adapted to form the second weighted sum using the values of sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations and to use the second weighted sum to interpolate a value for a sub-pixel at $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

**38.** A video coder according to claim **35** in which the interpolator is further adapted to interpolate values for sub-pixels at $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ unit vertical locations by taking the average of at least one pair of a first pair of values of a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location, and a sub-pixel located at a unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location and a second pair of values of a pixel located at a unit horizontal and unit vertical location, and a sub-pixel located at a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location.

**39.** A video coder according to claim **35**, comprising a video encoder.

**40.** A video encoder according to claim **35**, comprising a video decoder.

**41.** A codec comprising the video encoder of claim **39** or the video decoder of claim **40**.

**42.** A communications terminal comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

**43.** A communications terminal according to claim **42** comprising a video encoder.

**44.** A communications terminal according to claim **42** comprising a video decoder.

**45.** A communications terminal according to claim **42** having a video codec comprising a video encoder and a video decoder.

**46.** A telecommunications system comprising a communications terminal and a network, the telecommunications network and the communications terminal being connected by a communications link over which coded video can be transmitted, the communications terminal comprising a video coder for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns

52

residing at unit vertical locations, the coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

**47.** A telecommunications system according to claim **46** which is a mobile telecommunications system comprising a mobile communications terminal and a wireless network, the connection between the mobile communications terminal and the wireless network being formed by a radio link.

**48.** A telecommunications system according to claim **46** in which the network enables the communications terminal to communicate with other communications terminals connected to the network over communications links between the other communications terminals and the network.

**49.** A telecommunications system comprising a communications terminal and a network, the telecommunications network and the communications terminal being connected by a communications link over which coded video can be transmitted, the network comprising a video coder for coding for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the coder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location is required directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

**50.** A codec for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the codec comprising a video encoder and a video decoder, each of the video encoder and the video decoder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $\frac{1}{2}^{x}$, where x is a positive integer having a maximum value N, the interpolator of the video encoder and the interpolator of the video decoder each being adapted to:

US 6,950,469 B2

53

54

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and

c) interpolate a value for a sub-pixel situated at a $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ unit vertical location by taking a weighted average of the value of a first sub-pixel or pixel situated at a $\frac{1}{2}^{N-m}$ unit horizontal and $\frac{1}{2}^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $\frac{1}{2}^{N-p}$ unit horizontal and $\frac{1}{2}^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $\frac{1}{2}^{N}$ unit horizontal and $\frac{1}{2}^{N}$ vertical location.

**51**. A codec for coding an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, the codec comprising a video encoder and a video decoder, each of the video encoder and the video decoder comprising an interpolator adapted to generate values for sub-pixels at fractional horizontal and vertical locations, the resolution of the sub-pixels being determined by a positive integer N, the interpolator of the video encoder and the interpolator of the video decoder each being adapted to:

a) interpolate values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations directly using weighted sums of pixels residing at unit horizontal and unit vertical locations;

b) interpolate a value for a sub-pixel at a sub-pixel horizontal and sub-pixel vertical location directly using a choice of a first weighted sum of values for sub-pixels located at a vertical location corresponding to that of the sub-pixel being calculated and a second weighted sum of values for sub-pixels located at a horizontal location corresponding to that of the sub-pixel being calculated.

* * * * *

# EXHIBIT 3

US008175148B2

## (12) United States Patent
### Lainema

(10) Patent No.: **US 8,175,148 B2**

(45) Date of Patent: ***May 8, 2012**

(54) **METHOD AND DEVICE FOR INDICATING QUANTIZER PARAMETERS IN A VIDEO CODING SYSTEM**

(75) Inventor: **Jani Lainema**, Irving, TX (US)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1320 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/881,367**

(22) Filed: **Jul. 26, 2007**

(65) **Prior Publication Data**

US 2007/0291849 A1    Dec. 20, 2007

**Related U.S. Application Data**

(62) Division of application No. 10/421,629, filed on Apr. 23, 2003, now Pat. No. 7,263,125.

(60) Provisional application No. 60/374,667, filed on Apr. 23, 2002.

(51) **Int. Cl.**
*H04N 7/12* (2006.01)

(52) **U.S. Cl.** .............................. **375/240.03**; 375/240.16

(58) **Field of Classification Search** ........... 375/240.04, 375/240.16; 341/107
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,054,103 A | 10/1991 | Yasuda et al. | .................... | 382/56 |
| 5,144,426 A | 9/1992 | Tanaka et al. | ................. | 358/133 |
| 5,231,484 A | 7/1993 | Gonzales et al. | ............. | 358/133 |
| 5,237,410 A | 8/1993 | Inoue | ............................. | 358/136 |
| 5,715,009 A | 2/1998 | Tahara et al. | ................. | 348/423 |
| 5,751,358 A | 5/1998 | Suzuki et al. | ................. | 348/405 |
| 5,835,030 A | 11/1998 | Tsutsui et al. | ................... | 341/51 |
| 5,907,362 A | 5/1999 | Yamamoto | .................... | 348/405 |
| 6,256,349 B1 | 7/2001 | Suzuki et al. | ........... | 375/240.18 |
| 6,263,022 B1 | 7/2001 | Chen et al. | .................. | 375/240 |
| 6,677,868 B2 * | 1/2004 | Kerofsky et al. | ............. | 341/107 |
| 6,879,632 B1 | 4/2005 | Yokoyama | .................. | 375/240 |
| 7,263,125 B2 * | 8/2007 | Lainema | ................. | 375/240.04 |
| 7,367,041 B2 | 4/2008 | Morishita et al. | .............. | 725/37 |
| 2003/0152146 A1 * | 8/2003 | Lin et al. | ............. | 375/240.16 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 06-121171 | 4/1994 |
| JP | 11-004449 | 1/1999 |
| WO | WO 00 21302 A1 | 4/2000 |
| WO | WO 01/26381 A1 | 4/2001 |

OTHER PUBLICATIONS

Single-pass constant-and-variable-bit-rate MPEG-2 video compression, N. Mohsenian, R. Rajagopalan, C.A. Gonzales, Jul. 4, 1999, XP-002216512.

(Continued)

*Primary Examiner* — Gims Philippe

(57) **ABSTRACT**

A method and device for coding of digital video sequence, wherein an indication of quantization parameter (QP) is provided in the encoded bit-stream for decoding purposes. The QP related information is indicated by introducing a sequence level quantization parameter value SQP. More specifically, instead of coding the absolute values of picture/slice QPs, an indication of the difference AQP between the sequence level quantization parameter SQP and the picture/slice QP is provided. This eliminates the need to transmit a full QP for every picture/slice, and enables a statistically smaller difference value to be transmitted, thus providing a reduction in transmission bit-rate. The difference value is subsequently used in a corresponding decoder to reconstruct the picture/slice QP.

**23 Claims, 8 Drawing Sheets**



**US 8,175,148 B2**

Page 2

OTHER PUBLICATIONS

A Video Compression Algorithm With Adaptive Bit Allocation and Quantization, Eric Viscito and Cesar Gonzales, Nov. 11, 1991, Visual Communications and Image Processing '91: Visual Communication, Boston—SPIE vol. 1605.

"Joint Model No. 1 (JM-1)", Doc. JVT-A003, Appendix B; Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG; Jan. 2002; pp. 1-79.

* cited by examiner



Figure 1

QCIF Image



9

11

Figure 2



Figure 3
(PRIOR ART)



Figure 4
(PRIOR ART)



Figure 5



Figure 6



Figure 7



# Figure 8

US 8,175,148 B2

1

## METHOD AND DEVICE FOR INDICATING QUANTIZER PARAMETERS IN A VIDEO CODING SYSTEM

This application is a divisional application of and claims priority to a U.S. patent application Ser. No. 10/421,629, filed Apr. 23, 2003, now U.S. Pat. No. 7,263,125 which is based on and claims priority to U.S. provisional application No. 60/374,667, filed Apr. 23, 2002.

### FIELD OF THE INVENTION

The invention relates to a method, an encoder, a decoder and a device for the coding of digital video. More specifically, the invention relates to the indication of quantization parameter (QP) values in a video coding system.

### BACKGROUND OF THE INVENTION

Digital video sequences, like ordinary motion pictures recorded on film, comprise a sequence of still images, the illusion of motion being created by displaying the images one after the other, typically at a rate between 15 and 30 frames per second.

Each frame of an uncompressed digital video sequence comprises an array of image pixels. In a commonly used digital video format, known as the Quarter Common Interchange Format (QCIF), a frame comprises an array of 176×144 pixels (i.e. 25,344 pixels). In turn, each pixel is represented by a certain number of bits, which carry information about the luminance and/or colour content of the region of the image corresponding to the pixel. Commonly, a so-called YUV colour model is used to represent the luminance and chrominance content of the image. The luminance, or Y, component represents the intensity (brightness) of the image, while the colour content of the image is represented by two chrominance or colour difference components, labelled U and V.

Colour models based on a luminance/chrominance representation of image content provide certain advantages compared with colour models that are based on a representation involving primary colours (that is Red, Green and Blue, RGB). The human visual system is more sensitive to intensity variations than it is to colour variations and YUV colour models exploit this property by using a lower spatial resolution for the chrominance components (U, V) than for the luminance component (Y). In this way, the amount of information needed to code the colour information in an image can be reduced with an acceptable reduction in image quality.

The lower spatial resolution of the chrominance components is usually attained by sub-sampling. Typically, each frame of a video sequence is divided into so-called "macroblocks", which comprise luminance (Y) information and associated chrominance (U, V) information, which is spatially sub-sampled. FIG. 1 illustrates one way in which macroblocks can be formed. As shown in FIG. 1, a frame of a video sequence represented using a YUV color model, each component having the same spatial resolution. Macroblocks are formed by representing a region of 16×16 image pixels in the original image as four blocks of luminance information, each luminance block comprising an 8×8 array of luminance (Y) values and two, spatially corresponding, chrominance components (U and V) which are sub-sampled by a factor of two in both the horizontal and vertical directions to yield corresponding arrays of 8×8 chrominance (U, V) values. According to certain video coding recommendations, such as International Telecommunications Union (ITU-T)

2

recommendation H.26L, the block size used within the macroblocks can be other than 8×8, for example 4×8 or 4×4 (see T. Wiegand, "Joint Model Number 1", Doc. JVT-A003, Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG, January 2002, Sections 2.2 and 2.3). ITU-T recommendation H.26L also allows macroblocks to be organized together to form so-called "slices". More specifically, each slice is formed from a number of consecutive macroblocks in coding order and is encoded in such a way that it can be decoded independently without making reference to any other slice of the same frame. This arrangement is advantageous, as it tends to limit the propagation of artefacts in the decoded video that may arise due to transmission errors. While there is no specific limitation on the way in which slices may be constructed, one straightforward scheme is to group all the macroblocks in a single row of a frame together as a slice. This arrangement, together with the division of a QCIF format image into 16×16 macroblocks is illustrated in FIG. 2.

As can be seen from FIG. 2, a QCIF image comprises 11×9 macroblocks (in this case grouped into 9 slices of 11 consecutive macroblocks each). If the luminance blocks and chrominance blocks are represented with 8 bit resolution (that is by numbers in the range 0 to 255), the total number of bits required per macroblock is (16×16×8)+2×(8×8×8)=3072 bits. The number of bits needed to represent a video frame in QCIF format is thus 99×3072=304,128 bits. This means that the amount of data required to transmit/record/display an uncompressed video sequence in QCIF format, represented using a YUV colour model, at a rate of 30 frames per second, is more than 9 Mbps (million bits per second). This is an extremely high data rate and is impractical for use in video recording, transmission and display applications because of the very large storage capacity, transmission channel capacity and hardware performance required.

If video data is to be transmitted in real-time over a fixed line network such as an ISDN (Integrated Services Digital Network) or a conventional PSTN (Public Switched Telephone Network), the available data transmission bandwidth is typically of the order of 64 kbits/s. In mobile videotelephony, where transmission takes place at least in part over a radio communications link, the available bandwidth can be as low as 20 kbits/s. This means that a significant reduction in the amount of information used to represent video data must be achieved in order to enable transmission of digital video sequences over low bandwidth communication networks. For this reason, video compression techniques have been developed which reduce the amount of information transmitted while retaining an acceptable image quality.

Video compression methods are based on reducing the redundant and perceptually irrelevant parts of video sequences. The redundancy in video sequences can be categorised into spatial, temporal and spectral redundancy. "Spatial redundancy" is the term used to describe the correlation (similarity) between neighbouring pixels within a frame. The term "temporal redundancy" expresses the fact that objects appearing in one frame of a sequence are likely to appear in subsequent frames, while "spectral redundancy" refers to the correlation between different colour components of the same image.

There is often a significant amount of spatial redundancy between the pixels that make up each frame of a digital video sequence. In other words, the value of any pixel within a frame of the sequence is substantially the same as the value of other pixels in its immediate vicinity. Typically, video coding systems reduce spatial redundancy using a technique known as "block-based transform coding", in which a mathematical transformation, such as a two-dimensional Discrete Cosine

US 8,175,148 B2

**3**

Transform (DCT), is applied to blocks of image pixels. This transforms the image data from a representation comprising pixel values to a form comprising a set of coefficient values representative of spatial frequency components. This alternative representation of the image data reduces spatial redundancy significantly and thereby produces a more compact representation of the image data.

Frames of a video sequence which are compressed using block-based transform coding, without reference to any other frame within the sequence, are referred to as INTRA-coded or I-frames.

Generally, video coding systems not only reduce the spatial redundancy within individual frames of a video sequence, but also make use of a technique known as "motion-compensated prediction", to reduce the temporal redundancy in the sequence. Using motion-compensated prediction, the image content of some (often many) of the frames in a digital video sequence is "predicted" from one or more other frames in the sequence, known as "reference" frames. Prediction of image content is achieved by tracking the motion of objects or regions of an image between a frame to be coded (compressed) and the reference frame(s) using "motion vectors". As in the case of INTRA-coding, motion compensated prediction of a video frame is typically performed macroblock-by-macroblock.

Frames of a video sequence, compressed using motion-compensated prediction, are generally referred to as INTER-coded or P-frames. Motion-compensated prediction alone rarely provides a sufficiently precise representation of the image content of a video frame and therefore it is typically necessary to provide a so-called "prediction error" (PE) frame with each INTER-coded frame. The prediction error frame represents the difference between a decoded version of the INTER-coded frame and the image content of the frame to be coded. More specifically, the prediction error frame comprises values that represent the difference between pixel values in the frame to be coded and corresponding reconstructed pixel values formed on the basis of a predicted version of the frame in question. Consequently, the prediction error frame has characteristics similar to a still image and block-based transform coding can be applied in order to reduce its spatial redundancy and hence the amount of data (number of bits) required to represent it.

In order to illustrate the operation of a video coding system in greater detail, reference will now be made to FIGS. **3** and **4**. FIG. **3** is a schematic diagram of a generic video encoder that employs a combination of INTRA- and INTER-coding to produce a compressed (encoded) video bit-stream. A corresponding decoder is illustrated in FIG. **4** and will be described later in the text.

The video encoder **100** comprises an input **101** for receiving a digital video signal from a camera or other video source (not shown). It also comprises a transformation unit **104** which is arranged to perform a block-based discrete cosine transform (DCT), a quantizer **106**, an inverse quantizer **108**, an inverse transformation unit **110**, arranged to perform an inverse block-based discrete cosine transform (IDCT), combiners **112** and **116**, and a frame store **120**. The encoder further comprises a motion estimator **130**, a motion field coder **140** and a motion compensated predictor **150**. Switches **102** and **114** are operated co-operatively by control manager **160** to switch the encoder between an INTRA-mode of video encoding and an INTER-mode of video encoding. The encoder **100** also comprises a video multiplex coder **170** which forms a single bit-stream from the various types of information produced by the encoder **100** for further trans-

**4**

mission to a remote receiving terminal or, for example, for storage on a mass storage medium, such as a computer hard drive (not shown).

Encoder **100** operates as follows. Each frame of uncompressed video provided from the video source to input **101** is received and processed macroblock by macroblock, preferably in raster-scan order. When the encoding of a new video sequence starts, the first frame to be encoded is encoded as an INTRA-coded frame. Subsequently, the encoder is programmed to code each frame in INTER-coded format, unless one of the following conditions is met: 1) it is judged that the current macroblock of the frame being coded is so dissimilar from the pixel values in the reference frame used in its prediction that excessive prediction error information is produced, in which case the current macroblock is coded in INTRA-coded format; 2) a predefined INTRA frame repetition interval has expired; or 3) feedback is received from a receiving terminal indicating a request for a frame to be provided in INTRA-coded format.

Operation of the encoder **100** in INTRA-coding mode will now be described. In INTRA-coding mode, the control manager **160** operates the switch **102** to accept video input from input line **118**. The video signal input is received macroblock by macroblock and the blocks of luminance and chrominance values which make up each macroblock are passed to the DCT transformation block **104**. Here a 2-dimensional discrete cosine transform is performed and a 2-dimensional array of DCT coefficients is formed for each block.

The DCT coefficients for each block are passed to the quantizer **106**, where they are quantized using a quantization parameter QP. Selection of the quantization parameter QP is controlled by the control manager **160** via control line **115**.

In more detail, quantization of the DCT coefficients is performed by dividing each coefficient value by the quantization parameter QP and rounding the result to the nearest integer. In this way the quantization process yields a set of quantized DCT coefficient values that have a reduced numerical precision compared with the coefficient values originally generated by DCT transformation block **104**. Thus, in general, each of the quantized DCT coefficients may be represented by a smaller number of data bits than required to represent the corresponding coefficient before quantization. Furthermore, certain DCT coefficients are reduced to zero by the quantization process, thus reducing the number of coefficients that must be coded. Both these effects result in a reduction in the amount of data (i.e. data bits) required to represent the DCT coefficients for an image block. Thus, quantization provides a further mechanism by which the amount of data required to represent each image of the video sequence can be reduced. It also introduces an irreversible loss of information, which leads to a corresponding reduction in image quality. While this reduction in image quality may not always be desirable, quantization of DCT coefficient values does provide the possibility to adjust the number of bits required to encode a video sequence to take into account e.g. the bandwidth available for transmission of the encoded sequence or the desired quality of the coded video. More specifically, by increasing the value of QP used to quantize the DCT coefficients, a lower quality, but more compact representation of the video sequence can be created. Conversely, by reducing the value of QP, a higher quality but less compressed encoded bit-stream can be formed.

The quantized DCT coefficients for each block are passed from the quantizer **106** to the video multiplex coder **170**, as indicated by line **125** in FIG. **1**. The video multiplex coder **170** orders the quantized transform coefficients for each block using a zigzag scanning procedure, thereby converting the

US 8,175,148 B2

**5**

two-dimensional array of quantized transform coefficient values into a one-dimensional array. Typically, the video multiplex coder **170** next represents each non-zero quantized coefficient in the one-dimensional array by a pair of values, referred to as level and run, level being the value of the quantized coefficient and run being the number of consecutive zero-valued coefficients preceding the coefficient in question. The run and level values are further compressed using entropy coding. For example, a method such as variable length coding (VLC) may be used to produce a set of variable length codewords representative of each (run, level) pair.

Once the (run, level) pairs have been entropy (e.g. variable length) coded, the video multiplex coder **170** further combines them with control information, also entropy coded, for example, using a variable length coding method appropriate for the kind of information in question, to form a single compressed bit-stream of coded image information **135**. It is this bit-stream, including the variable length codewords representative of the (run, level) pairs and control information relating, among other things, to the quantization parameter QP used for quantizing the DCT coefficients, which is transmitted from the encoder.

A locally decoded version of the macroblock is also formed in the encoder **100**. This is done by passing the quantized transform coefficients for each block, output by quantizer **106**, through inverse quantizer **108** and applying an inverse DCT transform in inverse transformation block **110**. Inverse quantization is performed by reversing the quantization operation performed in quantizer **106**. More specifically, inverse quantizer **108** attempts to recover the original DCT coefficient values for a given image block by multiplying each quantized DCT coefficient value by quantization parameter QP. Because of the rounding operation performed as part of the quantization process in quantizer **106**, it is generally not possible to recover the original DCT coefficient values exactly. This results in a discrepancy between the recovered DCT coefficient values and those originally produced by DCT transformation block **104** (hence the irreversible loss of information referred to above).

The operations performed by inverse quantizer **108** and inverse transformation block **110** yield a reconstructed array of pixel values for each block of the macroblock. The resulting decoded image data is input to combiner **112**. In INTRA-coding mode, switch **114** is set so that the input to the combiner **112** via switch **114** is zero. In this way, the operation performed by combiner **112** is equivalent to passing the decoded image data unaltered.

As subsequent macroblocks of the current frame are received and undergo the previously described encoding and local decoding steps in blocks **104**, **106**, **108**, **110** and **112**, a decoded version of the INTRA-coded frame is built up in frame store **120**. When the last macroblock of the current frame has been INTRA-coded and subsequently decoded, the frame store **120** contains a completely decoded frame, available for use as a prediction reference frame in coding a subsequently received video frame in INTER-coded format. The flag indicating INTRA or INTER-code format is provided in line **122**.

Operation of the encoder **100** in INTER-coding mode will now be described. In INTER-coding mode, the control manager **160** operates switch **102** to receive its input from line **117**, which comprises the output of combiner **116**. The combiner **116** receives the video input signal macroblock by macroblock from input **101**. As combiner **116** receives the blocks of luminance and chrominance values which make up the macroblock, it forms corresponding blocks of prediction error information. The prediction error information repre-

**6**

sents the difference between the block in question and its prediction, produced in motion compensated prediction block **150**. More specifically, the prediction error information for each block of the macroblock comprises a two-dimensional array of values, each of which represents the difference between a pixel value in the block of luminance or chrominance information being coded and a decoded pixel value obtained by forming a motion-compensated prediction for the block, according to the procedure described below.

The prediction error information for each block of the macroblock is passed to DCT transformation block **104**, which performs a two-dimensional discrete cosine transform on each block of prediction error values to produce a two-dimensional array of DCT transform coefficients for each block.

The transform coefficients for each prediction error block are passed to quantizer **106** where they are quantized using a quantization parameter QP, in a manner analogous to that described above in connection with operation of the encoder in INTRA-coding mode. Again, selection of the quantization parameter QP is controlled by the control manager **160** via control line **115**. The accuracy of prediction error coding can be adjusted depending on the available bandwidth and/or required quality of the coded video. In a typical Discrete Cosine Transform (DCT) based system this is done by varying the Quantizer Parameter (QP) used in quantizing the DCT coefficients the DCT coefficients to a specific accuracy.

The quantized DCT coefficients representing the prediction error information for each block of the macroblock are passed from quantizer **106** to video multiplex coder **170**, as indicated by line **125** in FIG. **1**. As in INTRA-coding mode, the video multiplex coder **170** orders the transform coefficients for each prediction error block using a zigzag scanning procedure and then represents each non-zero quantized coefficient as a (run, level) pair. It further compresses the (run, level) pairs using entropy coding, in a manner analogous to that described above in connection with INTRA-coding mode. Video multiplex coder **170** also receives motion vector information (described in the following) from motion field coding block **140** via line **126** and control information (e.g. including an indication of the quantization parameter QP) from control manager **160**. It entropy codes the motion vector information and control information and forms a single bit-stream of coded image information, **135** comprising the entropy coded motion vector, prediction error and control information. The indication, qz, of the quantization parameter QP is provided to multiplex xoswe **170** via line **124**.

The quantized DCT coefficients representing the prediction error information for each block of the macroblock are also passed from quantizer **106** to inverse quantizer **108**. Here they are inverse quantized, in a manner analogous to that previously described in connection with operation of the encoder in INTRA-coding mode. In INTER-coding mode, the quality of the encoded video bit-stream and the number of bits required to represent the video sequence can be adjusted by varying the degree of quantization applied to the DCT coefficients representing the prediction error information.

The resulting blocks of inverse quantized DCT coefficients are applied to inverse DCT transform block **110**, where they undergo inverse DCT transformation to produce locally decoded blocks of prediction error values. The locally decoded blocks of prediction error values are then input to combiner **112**. In INTER-coding mode, switch **114** is set so that the combiner **112** also receives predicted pixel values for each block of the macroblock, generated by motion-compensated prediction block **150**. The combiner **112** combines each of the locally decoded blocks of prediction error values with

US 8,175,148 B2

7

a corresponding block of predicted pixel values to produce reconstructed image blocks and stores them in frame store **120**.

As subsequent macroblocks of the video signal are received from the video source and undergo the previously described encoding and decoding steps in blocks **104**, **106**, **108**, **110**, **112**, a decoded version of the frame is built up in frame store **120**. When the last macroblock of the frame has been processed, the frame store **120** contains a completely decoded frame, available for use as a prediction reference frame in encoding a subsequently received video frame in INTER-coded format.

Formation of a prediction for a macroblock of the current frame will now be described. Any frame encoded in INTER-coded format requires a reference frame for motion-compensated prediction. This means, necessarily, that when encoding a video sequence, the first frame to be encoded, whether it is the first frame in the sequence, or some other frame, must be encoded in INTRA-coded format. This, in turn, means that when the video encoder **100** is switched into INTER-coding mode by control manager **160**, a complete reference frame, formed by locally decoding a previously encoded frame, is already available in the frame store **120** of the encoder. In general, the reference frame is formed by locally decoding either an INTRA-coded frame or an INTER-coded frame.

The first step in forming a prediction for a macroblock of the current frame is performed by motion estimation block **130**. The motion estimation block **130** receives the blocks of luminance and chrominance values which make up the current macroblock of the frame to be coded via line **128**. It then performs a block matching operation in order to identify a region in the reference frame which corresponds substantially with the current macroblock. In order to perform the block matching operation, motion estimation block accesses reference frame data stored in frame store **120** via line **127**. More specifically, motion estimation block **130** performs block-matching by calculating difference values (e.g. sums of absolute differences) representing the difference in pixel values between the macroblock under examination and candidate best-matching regions of pixels from a reference frame stored in the frame store **120**. A difference value is produced for candidate regions at all possible positions within a predefined search region of the reference frame and motion estimation block **130** determines the smallest calculated difference value. The offset between the macroblock in the current frame and the candidate block of pixel values in the reference frame that yields the smallest difference value defines the motion vector for the macroblock in question.

Once the motion estimation block **130** has produced a motion vector for the macroblock, it outputs the motion vector to the motion field coding block **140**. The motion field coding block **140** approximates the motion vector received from motion estimation block **130** using a motion model comprising a set of basis functions and motion coefficients. More specifically, the motion field coding block **140** represents the motion vector as a set of motion coefficient values which, when multiplied by the basis functions, form an approximation of the motion vector. Typically, a translational motion model having only two motion coefficients and basis functions is used, but motion models of greater complexity may also be used.

The motion coefficients are passed from motion field coding block **140** to motion compensated prediction block **150**. Motion compensated prediction block **150** also receives the best-matching candidate region of pixel values identified by motion estimation block **130** from frame store **120**. Using the approximate representation of the motion vector generated by

8

motion field coding block **140** and the pixel values of the best-matching candidate region from the reference frame, motion compensated prediction block **150** generates an array of predicted pixel values for each block of the macroblock. Each block of predicted pixel values is passed to combiner **116** where the predicted pixel values are subtracted from the actual (input) pixel values in the corresponding block of the current macroblock, thereby forming a set of prediction error blocks for the macroblock.

Operation of the video decoder **200**, shown in FIG. **2** will now be described. The decoder **200** comprises a video multiplex decoder **270**, which receives an encoded video bit-stream **135** from the encoder **100** and demultiplexes it into its constituent parts, an inverse quantizer **210**, an inverse DCT transformer **220**, a motion compensated prediction block **240**, a frame store **250**, a combiner **230**, a control manager **260**, and an output **280**.

The control manager **260** controls the operation of the decoder **200** in response to whether an INTRA- or an INTER-coded frame is being decoded. An INTRA/INTER trigger control signal, which causes the decoder to switch between decoding modes is derived, for example, from picture type information associated with each compressed video frame received from the encoder. The INTRA/INTER trigger control signal is extracted from the encoded video bit-stream by the video multiplex decoder **270** and is passed to control manager **260** via control line **215**.

Decoding of an INTRA-coded frame is performed macroblock-by-macroblock. The video multiplex decoder **270** separates the encoded information for the blocks of the macroblock from possible control information relating to the macroblock in question. The encoded information for each block of an INTRA-coded macroblock comprises variable length codewords representing the VLC coded level and run values for the non-zero quantized DCT coefficients of the block. The video multiplex decoder **270** decodes the variable length codewords using a variable length decoding method corresponding to the encoding method used in the encoder **100** and thereby recovers the (run, level) pairs. It then reconstructs the array of quantized transform coefficient values for each block of the macroblock and passes them to inverse quantizer **210**. Any control information relating to the macroblock is also decoded in the video multiplex decoder using an appropriate decoding method and is passed to control manager **260**. In particular, information relating to the level of quantization applied to the transform coefficients (i.e. quantization parameter QP) is extracted from the encoded bitstream by video multiplex decoder **270** and provided to control manager **260** via control line **217**. The control manager, in turn, conveys this information to inverse quantizer **210** via control line **218**. Inverse quantizer **210** inverse quantizes the quantized DCT coefficients for each block of the macroblock according to the control information relating to quantization parameter QP and provides the now inverse quantized DCT coefficients to inverse DCT transformer **220**. The inverse quantization operation performed by inverse quantizer **210** is identical to that performed by inverse quantizer **108** in the encoder.

Inverse DCT transformer **220** performs an inverse DCT transform on the inverse quantized DCT coefficients for each block of the macroblock to form a decoded block of image information comprising reconstructed pixel values. The reconstructed pixel values for each block of the macroblock are passed via combiner **230** to the video output **280** of the decoder where, for example, they can be provided to a display device (not shown). The reconstructed pixel values for each block of the macroblock are also stored in frame store **250**.

US 8,175,148 B2

**9**

Because motion-compensated prediction is not used in the encoding/decoding of INTRA coded macroblocks control manager **260** controls combiner **230** to pass each block of pixel values as such to the video output **280** and frame store **250**. As subsequent macroblocks of the INTRA-coded frame are decoded and stored, a decoded frame is progressively assembled in the frame store **250** and thus becomes available for use as a reference frame for motion compensated prediction in connection with the decoding of subsequently received INTER-coded frames.

INTER-coded frames are also decoded macroblock by macroblock. The video multiplex decoder **270** receives the encoded video bit-stream **135** and separates the encoded prediction error information for each block of an INTER-coded macroblock from encoded motion vector information and possible control information relating to the macroblock in question. As explained in the foregoing, the encoded prediction error information for each block of the macroblock typically comprises variable length codewords representing the level and run values for the non-zero quantized transform coefficients of the prediction error block in question. The video multiplex decoder **270** decodes the variable length codewords using a variable length decoding method corresponding to the encoding method used in the encoder **100** and thereby recovers the (run, level) pairs. It then reconstructs an array of quantized transform coefficient values for each prediction error block and passes them to inverse quantizer **210**. Control information relating to the INTER-coded macroblock is also decoded in the video multiplex decoder **270** using an appropriate decoding method and is passed to control manager **260**. Information relating to the level of quantization (QP) applied to the transform coefficients of the prediction error blocks is extracted from the encoded bit-stream and provided to control manager **260** via control line **217**. The control manager, in turn, conveys this information to inverse quantizer **210** via control line **218**. Inverse quantizer **210** inverse quantizes the quantized DCT coefficients representing the prediction error information for each block of the macroblock according to the control information relating to quantization parameter QP and provides the now inverse quantized DCT coefficients to inverse DCT transformer **220**. Again, the inverse quantization operation performed by inverse quantizer **210** is identical to that performed by inverse quantizer **108** in the encoder. The INTRA/INTER flag is provided in line **215**.

The inverse quantized DCT coefficients representing the prediction error information for each block are then inverse transformed in the inverse DCT transformer **220** to yield an array of reconstructed prediction error values for each block of the macroblock.

The encoded motion vector information associated with the macroblock is extracted from the encoded video bit-stream **135** by video multiplex decoder **270** and is decoded. The decoded motion vector information thus obtained is passed via control line **225** to motion compensated prediction block **240**, which reconstructs a motion vector for the macroblock using the same motion model as that used to encode the INTER-coded macroblock in encoder **100**. The reconstructed motion vector approximates the motion vector originally determined by motion estimation block **130** of the encoder. The motion compensated prediction block **240** of the decoder uses the reconstructed motion vector to identify the location of a region of reconstructed pixels in a prediction reference frame stored in frame store **250**. The region of pixels indicated by the reconstructed motion vector is used to form a prediction for the macroblock in question. More specifically, the motion compensated prediction block **240** forms

**10**

an array of pixel values for each block of the macroblock by copying corresponding pixel values from the region of pixels identified in the reference frame. These blocks of pixel values, derived from the reference frame, are passed from motion compensated prediction block **240** to combiner **230** where they are combined with the decoded prediction error information. In practice, the pixel values of each predicted block are added to corresponding reconstructed prediction error values output by inverse DCT transformer **220**. In this way, an array of reconstructed pixel values for each block of the macroblock is obtained. The reconstructed pixel values are passed to the video output **280** of the decoder and are also stored in frame store **250**.

As subsequent macroblocks of the INTER-coded frame are decoded and stored, a decoded frame is progressively assembled in the frame store **250** and thus becomes available for use as a reference frame for motion-compensated prediction of other INTER-coded frames.

As described above, typical video encoding and decoding systems (commonly referred to as video codecs) are based on motion compensated prediction and prediction error coding. Motion compensated prediction is obtained by analyzing and coding motion between video frames and reconstructing image segments using the motion information. Prediction error coding is used to code the difference between motion compensated image segments and corresponding segments of the original image. The accuracy of prediction error coding can be adjusted depending on the available bandwidth and required quality of the coded video. In a typical Discrete Cosine Transform (DCT) based system this is done by varying the quantization parameter (QP) used in quantizing the DCT coefficients to a specific accuracy.

It should be noted that, in order to stay in synchronization with the encoder, the decoder has to know the exact value of the QP used in the coded video sequence. Typically, the QP value is transmitted once per slice leading to increase in the number of bits needed to encode the image. (As previously explained, a slice contains part of the image and is coded independently from other slices in order to avoid propagation of possible transmission errors inside the picture). For example, if the coding of a single QP value takes 6 bits and 20 images, each divided into 10 slices, are transmitted every second, 1.2 kbps is spent for the QP information alone.

Prior art solutions (for example, the H.26L video coding recommendation presented in the document by T. Wiegand, "Joint Model Number 1", Doc. JVT-A003, Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG, January 2002) code the picture/slice QP parameters independently with a fixed or variable length code. This leads to increased transmission bit-rate as described above. More specifically, according to H.26L Joint Model Number 1, the quantization parameter value QP used in quantizing the DCT coefficient values is typically indicated in the encoded bit-stream at the beginning of each picture (see T. Wiegand, "Joint Model Number 1", Doc. JVT-A003, Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG, January 2002, Section 3.3.1). If the macroblocks within a frame are arranged into slices then the QP value is also indicated at the beginning of each slice of the frame (e.g. in an optional slice header portion of the encoded bit-stream). In both cases, the QP value is indicated as such or is coded using an appropriate variable length coding scheme. As stated above, it should be realized that this scheme is very costly in terms of the number of bits required to represent the quantization parameter information, particularly in situations where frames are divided into many slices and/or the available bandwidth available for transmission of the encoded video sequence is low. This is a particu-

**11**

larly significant problem in mobile video applications in which the encoded video bit-stream is transmitted over a radio communications link. In this situation, the bandwidth available for transmission of the encoded video bit-stream may be as low as 20 kbits/s and the QP information included in the bit-stream may represent a significant proportion of the overall available bandwidth.

Furthermore, according to H.26L, the value of QP may optionally be varied at the macroblock level by inserting a quantizer change parameter (Dquant) in the portion of the encoded bit-stream representative of the macroblock in question (see T. Wiegand, "Joint Model Number 1", Doc. JVT-A003, Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG, January 2002, Section 3.4.7). This leads to a further increase in the amount of information in the encoded bit-stream that is devoted to the indication of QP related information.

In view of the foregoing, it should be realised that there is a significant need for an improved mechanism for indicating information relating to quantization parameter values in video coding systems.

## SUMMARY OF THE INVENTION

The present invention improves prior art solutions for indicating QP related information by introducing a sequence level QP. This allows the encoder application to decide a video sequence dependent reference QP to be used in coding of the picture/slice QPs. Now, according to the invention, instead of coding the absolute values of picture/slice QPs, it is enough to code the difference between the reference sequence QP and the actually used picture/slice QP. In this way there is no need to transmit a full QP for every picture/slice, but a statistically smaller difference value is transmitted and used to reconstruct the picture/slice QP, thus leading to reduction in transmission bit-rate.

The bit-rate savings are most evident in the case of constant QP. In this case, it is sufficient to send just one bit per slice to indicate that the sequence QP is to be used when decoding the slice. For example, in the previously described example, the bit-rate for QP is reduced from 1.2 kbps to 0.2 kbps (now only one bit needs to be sent instead of six for each slice).

According to a first aspect of the invention, there is provided a method of encoding a digital video sequence, the method being applied in a video coding application to produce an encoded video bit-stream representative of the digital video sequence. The digital video sequence comprises a number of frames, each frame of the sequence comprising an array of pixels and is divided into a plurality of blocks, each block comprising a certain number of pixels. The method comprises encoding a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels, thereby producing corresponding blocks of prediction error values. A transform coding technique is applied to the blocks of prediction error values to produce sets of transform coefficient values representative of the blocks of prediction error values and a level of quantization is applied to the sets of transform coefficient values to yield sets of quantized transform coefficient values. According to the invention, the method further comprises defining a default level of quantization to be used throughout encoding of the digital video sequence to quantize the sets of transform coefficient values.

Advantageously, the method according to the first aspect of the invention is also used to indicate quantization parameter (QP) values used to quantize sets of transform coefficient values representative of blocks of pixel values produced for frames coded in INTRA-coding mode in a manner analogous

**12**

to that described above for indicating the quantization parameter values used to quantize sets of transform coefficient values representative of prediction error values produced for frames coded in INTER-coding mode.

Advantageously, the default level of quantization to be used throughout encoding of the digital video sequence is specific to the video sequence being encoded. Alternatively, the default level of quantization is specific to the video coding application.

Preferably, an indication of the default level of quantization to be used throughout encoding of the digital video sequence is provided. Even more preferably, an indication of the default level of quantization is provided in the encoded bit-stream representative of the digital video sequence, advantageously, the encoded bit-stream, including the indication of the default level of quantization to be used throughout encoding of the digital video sequence, is transmitted to a video decoding device.

Advantageously, the default level of quantization to be used throughout encoding of the digital video sequence to quantize the sets of transform coefficient values can be updated during encoding of the digital video sequence and a further indication indicative of the updated default level of quantization is provided.

The indication of the updated default level of quantization is preferably transmitted to a video decoding device, advantageously, in the encoded bit-stream representative of the digital video sequence.

Advantageously, the level of quantization applied to said sets of transform coefficient values can be adjusted such that the actual level of quantization applied to the sets of transform coefficient values is different from the default level of quantization to be used throughout encoding of the video sequence. Preferably, the actual level of quantization applied is represented as a difference with respect to the default level of quantization. Advantageously, an indication of the difference with respect to the default level of quantization is provided in the encoded bit-stream representative of the digital video sequence.

In an embodiment of the video encoding method according to the first aspect of the invention, the level of quantization applied to the sets of transform coefficient values can be adjusted from one frame of the digital video sequence to another such that an actual level of quantization applied to the sets of transform coefficients for a particular frame of the digital video sequence is different from the default level of quantization to be used throughout encoding of the digital video sequence. Advantageously, in this embodiment, the actual level of quantization to be used in the particular frame is represented as a difference with respect to the default level of quantization and an indication of the difference with respect to the default level of quantization is provided in the encoded bit-stream representative of the digital video sequence.

In an alternative embodiment of the video encoding method according to the first aspect of the invention, the plurality of blocks into which a frame of the digital video sequence is divided are grouped into one or more segments and the level of quantization applied to the sets of transform coefficient values can be adjusted from one segment of a frame to another such that an actual level of quantization applied to the sets of transform coefficients for a particular segment of a frame is different from the default level of quantization to be used throughout encoding of the digital video sequence. Advantageously, in this alternative embodiment, the actual level of quantization to be used in the particular segment is represented as a difference with respect to

US 8,175,148 B2

**13**

the default level of quantization and an indication of the difference with respect to the default level of quantization is provided in the encoded bit-stream representative of the digital video sequence.

Advantageously, if the default level of quantization is to be used to quantize all sets of transform coefficient values throughout the digital video sequence, an indication of the default level of quantization is provided together with an indication that said default level is to be used to quantize all sets of transform coefficient values throughout the digital video sequence.

According to a second aspect of the invention, there is provided a method of decoding an encoded digital video sequence, the method being applied in a video decoding application to produce a decoded digital video sequence. The digital video sequence comprises a number of frames, each frame of the sequence comprising an array of pixels and being divided into a plurality of blocks, each block comprising a certain number of pixels, frames of the digital video sequence having been encoded by applying motion compensated prediction to blocks of pixels to produce corresponding blocks of prediction error values and applying a transform coding technique to the blocks of prediction error values to produce sets of transform coefficient values representative of the blocks of prediction error values and applying a level of quantization to the sets of transform coefficient values to yield sets of quantized transform coefficient values representative of the blocks of prediction error values. According to the invention, the decoding method comprises defining a default level of inverse quantization to be used throughout decoding of the encoded digital video sequence to inverse quantize the sets of quantized transform coefficient values.

Advantageously, the default level of inverse quantization is identical to a default level of quantization used to quantize the sets of transform coefficient values during encoding of the video sequence.

Advantageously, the default level of inverse quantization defined to be used throughout decoding of the encoded digital video sequence is specific to the encoded video sequence being decoded. Alternatively, the default level of inverse quantization is specific to the video decoding application.

Advantageously, the decoding method comprises retrieving an indication of the default level of inverse quantization, preferably from a bit-stream representative of the encoded digital video sequence.

Advantageously, the default level of inverse quantization can be updated during decoding of the digital video sequence. Preferably, updating of the default level of inverse quantization is performed responsive to an indication of an updated default level of quantization used during encoding of the video sequence, retrieved from a bit-stream representative of the encoded digital video sequence. Alternatively, the default level of inverse quantization is updated responsive to an indication of an updated default level of quantization used during encoding of the video sequence, transmitted from a video encoding device.

Advantageously, the level of inverse quantization applied to the sets of quantized transform coefficient values can be adjusted such that an actual level of inverse quantization applied to the sets of quantized transform coefficient values is different from the default level of inverse quantization to be used throughout decoding of the encoded digital video sequence. In this case, the actual level of inverse quantization is determined by adding a difference value to the default level of inverse quantization, the difference value being representative of the difference between the default level of inverse quantization and the actual level of inverse quantization to be

**14**

applied. Preferably, an indication of the difference value is retrieved from a bit-stream representative of the encoded digital video sequence.

In an embodiment of the video decoding method according to the second aspect of the invention, the level of inverse quantization applied to the sets of quantized transform coefficient values is adjusted from one frame of the digital video sequence to another such that an actual level of inverse quantization applied to the sets of quantized transform coefficients for a particular frame of the digital video sequence is different from the default level of inverse quantization to be used throughout decoding of the encoded digital video sequence. Advantageously, in this embodiment, the actual level of inverse quantization to be used in the particular frame is determined by adding a frame-specific difference value to the default level of inverse quantization, the frame-specific difference value being representative of the difference between the default level of inverse quantization and the actual level of inverse quantization to be used in the particular frame. Preferably, an indication of said frame-specific difference value is retrieved from a bit-stream representative of the encoded digital video sequence.

In an alternative embodiment of the video decoding method according to the second aspect of the invention, the plurality of blocks into which a frame of said digital video sequence is divided are grouped into one or more segments and the level of inverse quantization applied to the sets of quantized transform coefficient values is adjusted from one segment of a frame to another such that an actual level of inverse quantization applied to the sets of quantized transform coefficients for a particular segment of a frame is different from the default level of inverse quantization to be used throughout decoding of the encoded digital video sequence. Advantageously, in this alternative embodiment, the actual level of inverse quantization to be used in the particular segment is determined by adding a segment-specific difference value to the default level of inverse quantization, the segment-specific difference value being representative of the difference between the default level of inverse quantization and the actual level of inverse quantization to be used in the particular segment. Preferably, an indication of the segment-specific difference value is retrieved from a bit-stream representative of the encoded digital video sequence.

According to a third aspect of the invention, there is provided an encoder for encoding a digital video sequence to produce an encoded video bit-stream representative of the digital video sequence, the digital video sequence comprising a number of frames, each frame of the sequence comprising an array of pixels and being divided into a plurality of blocks, each block comprising a certain number of pixels. The video encoder according to the third aspect of the invention is arranged to encode a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels, thereby producing corresponding blocks of prediction error values. It is further arranged to apply a transform coding technique to blocks of prediction error values to produce sets of transform coefficient values representative of said blocks of prediction error values and to apply a level of quantization to said sets of transform coefficient values to yield sets of quantized transform coefficient values. According to the invention, the video encoder is further arranged to define a default level of quantization to be used throughout encoding of the digital video sequence to quantize the sets of transform coefficient values.

Advantageously, the encoder according to the third aspect of the invention is also arranged to indicate quantization parameter (QP) values used to quantize sets of transform

US 8,175,148 B2

**15**

coefficient values representative of blocks of pixel values produced for frames coded in INTRA-coding mode in a manner analogous to that described above for indicating the quantization parameter values used to quantize sets of transform coefficient values representative of prediction error values produced for frames coded in INTER-coding mode.

Advantageously, the default level of quantization defined by the video encoder is specific to the video sequence being encoded.

Advantageously, the video encoder is further arranged to provide an indication of the default level of quantization in the encoded bit-stream representative of the digital video sequence. Even more advantageously, it is arranged to transmit the encoded bit-stream to a corresponding video decoder.

Advantageously the video encoder is further arranged to update the default level of quantization during encoding of the digital video sequence and to provide an indication of the updated default level of quantization. Preferably, the encoder is also arranged to transmit the indication of the updated default level of quantization to a corresponding video decoder. Advantageously, the encoder includes the indication of the updated default level of quantization in the encoded bit-stream representative of the digital video sequence.

Preferably, the video encoder is further arranged to adjust the level of quantization applied to the sets of transform coefficient values and thereby to apply an actual level of quantization that is different from the default level of quantization. Preferably, the video encoder is still further arranged to represent the actual level of quantization as a difference with respect to the default level of quantization and to provide an indication of the difference with respect to the default level of quantization in the encoded bit-stream representative of the digital video sequence.

In one embodiment, a video encoder according to the third aspect of the invention is arranged to adjust the level of quantization applied to the sets of transform coefficient values from one frame of the digital video sequence to another. In this way it is arranged to apply an actual level of quantization to the sets of transform coefficients for a particular frame that is different from the default level of quantization to be used throughout encoding of the digital video sequence. Advantageously, the video encoder according to this embodiment is further arranged to represent the actual level of quantization to be used in the particular frame as a difference with respect to the default level of quantization and to provide an indication of the difference with respect to the default level of quantization in the encoded bit-stream representative of the digital video sequence.

In an alternative embodiment, a video encoder according to the third aspect of the invention is further arranged to group the plurality of blocks into which a frame of the digital video sequence is divided into one or more segments and to adjust the level of quantization applied to the sets of transform coefficient values from one segment of a frame to another. In this way the video encoder is arranged to apply an actual level of quantization to the sets of transform coefficients for a particular segment of a frame that is different from the default level of quantization to be used throughout encoding of the digital video sequence. Advantageously, the video encoder according to this alternative embodiment is further arranged to represent the actual level of quantization to be used in the particular segment as a difference with respect to the default level of quantization and to provide an indication of the difference with respect to the default level of quantization in the encoded bit-stream representative of the digital video sequence.

**16**

In a particular embodiment, the video encoder is arranged to provide an indication of the default level of quantization and an indication that the default level is to be used to quantize all sets of transform coefficient values throughout the digital video sequence.

Advantageously, the video encoder according to the third aspect of the invention is provided in a multimedia terminal. Even more preferably, it is implemented in a radio telecommunications device.

According to a fourth aspect of the invention, there is provided a decoder for decoding an encoded digital video sequence to produce a decoded digital video sequence. The digital video sequence comprises a number of frames, each frame of the sequence comprising an array of pixels and being divided into a plurality of blocks, each block comprising a certain number of pixels, frames of the digital video sequence having been encoded by applying motion compensated prediction to blocks of pixels to produce corresponding blocks of prediction error values and applying a transform coding technique to the blocks of prediction error values to produce sets of transform coefficient values representative of said blocks of prediction error values and applying a level of quantization to the sets of transform coefficient values to yield sets of quantized transform coefficient values representative of the blocks of prediction error values. According to the invention, the video decoder is arranged to define a default level of inverse quantization to be used throughout decoding of the encoded digital video sequence to inverse quantize the sets of quantized transform coefficient values.

Preferably, the default level of inverse quantization is identical to a default level of quantization used to quantize the sets of transform coefficient values during encoding of the video sequence.

Advantageously, the default level of inverse quantization defined to be used throughout decoding of the encoded digital video sequence is specific to the encoded video sequence being decoded.

Advantageously, the video decoder is arranged to retrieve an indication of the default level of inverse quantization, preferably from a bit-stream representative of the encoded digital video sequence.

Advantageously, the video decoder is arranged to update the default level of inverse quantization during decoding of the digital video sequence, preferably by retrieving an indication of an updated default level of quantization from a bit-stream representative of the encoded digital video sequence. Alternatively, the video decoder is arranged to receive an indication of an updated default level of quantization transmitted from a video encoding device.

Preferably, the video decoder is arranged to adjust the level of inverse quantization applied to the sets of quantized transform coefficient values and to apply an actual level of inverse quantization to the sets of quantized transform coefficient values that is different from the default level of inverse quantization. Advantageously, the decoder is arranged to determine the actual level of inverse quantization by adding a difference value to the default level of inverse quantization, the difference value being representative of the difference between the default level of inverse quantization and the actual level of inverse quantization to be applied. Preferably, the video decoder is arranged to retrieve an indication of the difference value from a bit-stream representative of the encoded digital video sequence.

In one embodiment, a video decoder according to the fourth aspect of the invention is arranged to adjust the level of inverse quantization applied to the sets of quantized transform coefficient values from one frame of the digital video

17

sequence to another and to apply an actual level of inverse quantization to the sets of quantized transform coefficients for a particular frame of the digital video sequence that is different from the default level of inverse quantization to be used throughout decoding of the encoded digital video sequence. Advantageously, the decoder is arranged to determine the actual level of inverse quantization to be used in the particular frame by adding a frame-specific difference value to the default level of inverse quantization, the frame-specific difference value being representative of the difference between the default level of inverse quantization and the actual level of inverse quantization to be used in the particular frame. Preferably, the video decoder is arranged to retrieve an indication of the frame-specific difference value from a bit-stream representative of the encoded digital video sequence.

In an alternative embodiment, a video decoder according to the fourth aspect of the invention is arranged to decode an encoded video sequence in which the plurality of blocks into which a frame of said digital video sequence is divided are grouped into one or more segments and is further arranged to adjust the level of inverse quantization applied to the sets of quantized transform coefficient values from one segment of a frame to another and to apply an actual level of inverse quantization to the sets of quantized transform coefficients for a particular segment of a frame that is different from the default level of inverse quantization to be used throughout decoding of the encoded digital video sequence. Preferably, the decoder is arranged to determine the actual level of inverse quantization to be used in the particular segment by adding a segment-specific difference value to the default level of inverse quantization, the segment-specific difference value being representative of the difference between the default level of inverse quantization and the actual level of inverse quantization to be used in the particular segment. Preferably, the video decoder is arranged to retrieve an indication of the segment-specific difference value from a bit-stream representative of the encoded digital video sequence.

According to a fifth aspect of the invention, there is provided a multimedia terminal comprising an encoder according the third aspect of the invention.

According to a sixth aspect of the invention, there is provided a multimedia terminal comprising a decoder according to the fourth aspect of the invention.

Preferably, the multimedia terminal according to the fifth and/or sixth aspects of the invention is a mobile multimedia terminal arranged to communicate with a mobile telecommunications network by means of a radio connection.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates the formation of a 16×16 macroblock according to prior art.

FIG. 2 illustrates subdivision of a QCIF picture into 16×16 macroblocks and grouping of consecutive macroblocks into slices.

FIG. 3 is a schematic block diagram of a generic video encoder according to prior art.

FIG. 4 is a schematic block diagram of a generic video decoder according to prior art and corresponding to the encoder shown in FIG. 3.

FIG. 5 is a schematic block diagram of a video encoder according to an embodiment of the invention.

FIG. 6 is a schematic block diagram of a video decoder according to an embodiment of the invention and corresponding to the encoder shown in FIG. 5.

FIG. 7 illustrates a decoding process according to one possible embodiment of the invention. Quantization param-

18

eters (QP) for each slice are obtained by adding the Sequence QP (SQP) to slice specific difference QP values ($\Delta QP''$).

FIG. 8 is a schematic block diagram of a multimedia communications terminal in which the method according to the invention may be implemented.

DETAILED DESCRIPTION OF THE INVENTION

In a preferred embodiment of the invention a video sequence specific quantization parameter (QP) is transmitted and used as a reference when coding and decoding the actual picture/slice quantization parameters. In this way there is no need to transmit a full QP for every picture/slice, but a statistically smaller difference value is transmitted and used to reconstruct the picture/slice QP, thus leading to reduction in transmission bit-rate.

Embodiments of the invention will now be described with reference to FIGS. 5 through 8.

FIG. 5 is a schematic block diagram of a video encoder 600 implemented according to the preferred embodiment of the invention. The structure of the video encoder shown in FIG. 5 is substantially identical to that of the prior art video encoder illustrated in FIG. 3, with appropriate modifications to those parts of the encoder that perform operations relating to the quantization of DCT transform coefficients and the signalling of quantization parameter (QP) values used in the video encoding process. All parts of the video encoder that implement functions and operate in a manner identical to the previously described prior art video encoder are identified with identical reference numbers. As the invention is particularly relevant to the signalling of quantization parameter (QP) values at the slice or frame level, it will be assumed throughout the following description that video encoder 600 according to the preferred embodiment of the invention is specifically adapted to apply a video coding method in which the frames of a video sequence to be coded are divided into macroblocks and the macroblocks are further grouped into slices, an indication of the quantization parameter being provided at the beginning of each frame and at the beginning of each new slice within a frame. An example of such a video coding method is the previously cited ITU-T H.26L video coding recommendation, as described in T. Wiegand, "Joint Model Number 1", Doc. JVT-A003, Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG, January 2002. Alternatively, the method can be applied in a video coding system in which an indication of the quantization parameter is given only at the beginning of a frame. While the following detailed description is written specifically to illustrate application of the method according to the invention in the indication and signalling of slice level quantization parameters, it should be appreciated that the method can applied in an exactly analogous manner to the representation of frame (picture) level quantization parameters.

Operation of video encoder 600 will now be considered in detail. When encoding a digital video sequence, encoder 600 operates in a manner similar to that previously described in connection with FIG. 3 to generate INTRA-coded and INTER-coded compressed video frames. As explained earlier in the text, in INTRA-coding mode, a Discrete Cosine Transform (DCT) is applied to each block of image data (pixel values) in order to produce a corresponding two-dimensional array of transform coefficient values. The DCT operation is performed in transform block 104 and the coefficients thus produced are subsequently passed to quantizer 106, where they are quantized. In INTER-coding mode, the DCT transform performed in block 104 is applied to blocks of prediction

US 8,175,148 B2

**19**

error values. The transform coefficients produced as a result of this operation are also passed to quantizer **106** where they too are quantized.

According to the invention, when starting to encode a new video sequence, encoder **600** determines a default or reference level of quantization that is to be used throughout encoding of the video sequence to quantize the DCT coefficient values generated in quantizer **106**. Throughout the following description, this default or reference level of quantization will be termed a "sequence level quantization parameter", or SQP for short. The choice of an SQP for a given video sequence is controlled by control manager **660** and, for example, may be based on consideration of the properties of the sequence to be encoded and the bandwidth available for transmission of the encoded bit-stream produced by the encoder.

In the preferred embodiment of the invention, encoder **600** determines SQP as the default or reference level of quantization to be used when operating in INTER-coding mode, i.e. in situations when the DCT coefficients generated in transform block **104** are representative of prediction error values. It should be appreciated that the method according to the invention can also be applied to the quantization of DCT coefficient values produced in traditional INTRA-coding mode utilizing no spatial prediction. However, given the different origins of the transform coefficients in INTRA- and INTER-coding modes (the DCT coefficients produced in INTRA-coding mode are derived from pixel values, while those generated in INTER-coding mode are produced by applying a DCT transform to prediction error values) it is unlikely that a single SQP value can be determined that is optimum for quantization of DCT coefficients in both INTRA- and INTER-coding modes. Therefore, in an embodiment in which the method according to the invention is used in both INTRA- and INTER-coding mode, two SQP values are preferably used, one that provides the most efficient representation of QP value information in INTRA-coding mode and another that provides the most efficient representation of QP values used during INTER-coding. In all other respects, the method according to the invention may be applied in a directly analogous way in both INTRA-and INTER-coding modes. Of course, in an alternative embodiment, a single SQP value may be defined and used as the sequence level quantization parameter for both INTRA- and INTER-coded frames. This is a practical approach especially in modern video coding systems, such as the one described in T. Wiegand, "Joint Model Number 1", Doc. JVT-A003, Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG, January 2002, where spatial prediction is applied to the INTRA coded macroblocks before coding the INTRA rediction error with DCT.

It should further be noted that as the majority of frames in a typical video sequence are encoded as INTER frames, the greatest saving in bit-rate is achieved by applying the method according to the invention to the representation of QP values in INTER-coding mode. Thus, in the preferred embodiment of the invention, a single SQP value is used, this value being indicative of a default or reference value of quantization to be used in quantizing DCT coefficients representative of prediction error values in INTER-coding mode.

Having determined the SQP value to be used for the sequence, control manager **660** provides an indication of the selected SQP value via control line **122** to video multiplex coder **670** which, in turn, inserts an indication of the SQP value into the bit-stream **635** of coded image information representative of the video sequence. Preferably, this indication is provided in a sequence header portion of the encoded video bit-stream **635**.

**20**

Video encoder **600** then starts to encode the video sequence. As explained in connection with the description of prior art video encoder **100**, illustrated in FIG. **3**, the first frame of the sequence to be encoded is encoded in INTRA-format. As the SQP value defined according to the preferred embodiment of the invention is specific to the quantization of DCT coefficient values produced in INTER-coding mode, operation of encoder **600** in INTRA-coding mode is entirely analogous to that of prior art video encoder **100** and will not be considered in further detail here.

Once encoding of the first frame is complete, control manager **660** switches video encoder **600** into INTER-coding mode. In INTER-coding mode, switch **102** is operated to receive its input from line **117**, which comprises the output of combiner **116**. Combiner **116** receives the video input signal macroblock by macroblock from input **101** and forms a block of prediction error information for each block of the macroblock. The prediction error information for each block is passed to DCT transformer **104**, which performs a two-dimensional discrete cosine transform on each block of prediction error values to produce a two-dimensional array of DCT transform coefficients for the block in question. The transform coefficients for each prediction error block are then passed to quantizer **106** where they are quantized, as previously described, using a quantization parameter QP. The rest of the INTER-coding process continues as previously described in connection with prior art video encoder **100**.

As each macroblock is received, control manager **660** determines whether the macroblock currently being processed is the first macroblock of a slice. If it is, the control manager determines a quantization parameter value QP to be used in quantizing the DCT coefficient values generated in DCT transformer **104**. It should be noted that it is possible to make an estimation about the QP based on the bit-budget allowed for the frame, bits already spent in the previous slices or the same frame and possibly the bits spent for slices in the previous frame. Having done this, control manager **660** determines a difference (ΔQP) between the previously defined sequence level quantization parameter value SQP and the actual QP value to be used for the slice in question. It then passes an indication of this difference via control line **624** to video multiplex coder **670**, which further includes an indication of the difference value ΔQP in bit-stream **635**. Preferably, this indication is provided in a slice header portion of the encoded video bit-stream **635** containing control information specific to the slice in question. This process is repeated until all slices of the current frame have been encoded in INTER-coded format, at which point the video encoder starts to encode the next frame of the video sequence.

A video decoder **700** implemented according to a preferred embodiment of the invention will now be described with reference to FIG. **6**. The structure of the video decoder illustrated in FIG. **6** is substantially identical to that of the prior art video decoder shown in FIG. **4**, with appropriate modifications to those parts of the decoder that perform operations relating to the inverse quantization of DCT transform coefficients. All parts of the video decoder that implement functions and operate in a manner identical to the previously described prior art video decoder are identified with identical reference numbers.

Here it is assumed that the video decoder of FIG. **6** corresponds to the encoder described in connection with FIG. **5** and is therefore capable of receiving and decoding the bit-stream **635** transmitted by encoder **600**. As previously described, in the preferred embodiment of the invention, encoder **600** determines a sequence level quantization parameter SQP to be used in INTER-coding mode. Correspond-

US 8,175,148 B2

21

ingly, decoder **700** is adapted to receive an indication of this SQP value and to use the sequence level quantization parameter SQP in the determination of inverse quantization parameters to be applied to blocks of quantized transform coefficient values (representative of prediction error values) received in the encoded bit-stream for INTER-coded frames. In an alternative embodiment of the invention, the same process may also be applied to quantized transform coefficient values extracted from the bit-stream for INTRA-coded frames. As explained above, in this alternative embodiment, an indication of two SQP values may be provided, one for INTRA-coded frames of the sequence and one for INTER-coded frames. In a further alternative embodiment, a single sequence level quantization parameter may be indicated for frames coded in both INTRA- and INTER-coding modes.

Operation of a video decoder according to the preferred embodiment of the invention will now be described in detail. Decoder **700** receives bit-stream **635** and separates it into its constituent parts. This operation is performed by video multiplex decoder **770**.

When starting to decode a new sequence, video multiplex decoder **770** first extracts information and parameters relating to the sequence as a whole from the sequence header portion of the received bit-stream **635**. As explained above in connection with the description of encoder **600**, according to the preferred embodiment of the invention, the sequence header portion of the bit-stream is modified to contain an indication of the sequence level quantization parameter SQP used in quantization of DCT coefficient values produced in INTER-coding mode. Video multiplex decoder extracts the indication of the SQP value from the bit-stream and, if it was encoded, for example using variable length coding, applies appropriate decoding to recover the SQP value. It then passes the SQP value to the decoder's control manager **760**, which stores it in the decoder's memory.

Video decoder **700** then starts to decode the encoded frames of the video sequence, the decoding of each frame commencing as soon as the video decoder starts receiving information relating to the frame in video bit-stream **635**. Video multiplex decoder **770** extracts an INTRA/INTER trigger control signal from picture type information associated with each compressed video frame received in the encoded bit-stream **635** and passes it to control manager **760** via control line **215**. The control manager **760** controls the operation of the decoder responsive to the INTRA/INTER trigger control signal, so as to switch the decoder into the correct decoding mode.

In the preferred embodiment of the invention, the decoding of frames coded in INTRA-format is performed in a manner analogous to that previously described in connection with the operation of prior art video decoder **200**. The decoding of frames encoded in INTER-format, on the other hand, proceeds as described in the following.

When it receives an indication that the next frame to be decoded is an INTER-coded frame, extracted from the received bit-stream by video multiplex decoder **770**, control manager **760** switches decoder **700** into INTER-mode. As explained in connection with the description of encoder **600**, according to the preferred embodiment of the invention, in which the macroblocks of each frame are grouped into slices, encoded bit-stream **635** comprises certain slice-specific control information, which includes an indication of a slice-specific QP value, represented as a difference value ΔQP with respect to the sequence level quantization parameter SQP. Advantageously, the control information specifically related to each slice is provided in the bit-stream as a header portion specific to the slice in question. On receiving such a portion of

22

the bit-stream, video multiplex decoder extracts the slice-specific control information from the slice header portion of the bit-stream and passes the indication of ΔQP for the slice, retrieved from the bit-stream, to control manager **760** via control line **717**.

Next, control manager **760** determines a level of inverse quantization to be applied to the quantized DCT coefficients of the macroblocks in the slice. This is done by combining the ΔQP value for the slice with the sequence specific quantization parameter SQP, previously received and stored in the decoder's memory. As described earlier in the text, the inverse quantization operation performed in the decoder involves multiplying each quantized DCT coefficient by a value equal to the level of quantization originally applied, that is, by the QP value used in the corresponding encoder to quantize the DCT coefficients. Thus, according to the preferred embodiment of the invention, control manager **760** determines the level of inverse quantization for the macroblocks of the slice by adding the received ΔQP value for the slice to SQP. It then passes this value to inverse quantizer **210** via control line **218**.

As encoded information for each macroblock of the slice is received in the bit-stream **635**, video multiplex decoder **770** separates the encoded prediction error information for each block of the macroblock from encoded motion vector information. It reconstructs the quantized DCT transform coefficients representative of the prediction error values for each block and passes them to inverse quantizer **210**. Inverse quantizer **210** then inverse quantizes the quantized DCT coefficients according to the slice QP constructed from the ΔQP and SQP values by control manager **760**. It then provides the inverse quantized DCT coefficients to inverse DCT transformer **220**. The rest of the decoding process continues as previously described in connection with prior art video decoder **200**.

The steps of receiving a slice-specific ΔQP value, combining ΔQP with SQP and inverse quantizing the qauntized DCT coefficients for each block of the macroblocks within the slice is repeated for each slice of the frame until all slices of the current INTER-coded frame have been decoded. At this point video encoder **700** starts decoding the next frame of the encoded video sequence.

FIG. **7** illustrates the way in which slice-specific QP values are reconstructed according to the preferred embodiment of the invention. As can be seen from the figure, the process comprises the steps of:

1. retrieving a sequence level quantization parameter (SQP);

2. retrieving a picture or slice level difference quantization parameter (ΔQP);

3. adding the difference quantization parameters to the sequence level quantization parameter to obtain the quantization parameters for a picture or a slice;

4. constructing the received prediction error-coding coefficients by means of said picture or slice quantization parameter.

FIG. **8** presents a terminal device comprising video encoding and decoding equipment which may be adapted to operate in accordance with the present invention. More precisely, the figure illustrates a multimedia terminal **80** implemented according to ITU-T recommendation H.324. The terminal can be regarded as a multimedia transceiver device. It includes elements that capture, encode and multiplex multimedia data streams for transmission via a communications network, as well as elements that receive, de-multiplex, decode and display received multimedia content. ITU-T recommendation H.324 defines the overall operation of the terminal and refers to other recommendations that govern the

US 8,175,148 B2

23

operation of its various constituent parts. This kind of multimedia terminal can be used in real-time applications such as conversational videotelephony, or non real-time applications such as the retrieval and/or streaming of video clips, for example from a multimedia content server in the Internet.

In the context of the present invention, it should be appreciated that the H.324 terminal shown in FIG. **8** is only one of a number of alternative multimedia terminal implementations suited to application of the inventive method. It should also be noted that a number of alternatives exist relating to the location and implementation of the terminal equipment. As illustrated in FIG. **8**, the multimedia terminal may be located in communications equipment connected to a fixed line telephone network such as an analogue PSTN (Public Switched Telephone Network). In this case the multimedia terminal is equipped with a modem **91**, compliant with ITU-T recommendations V.8, V.34 and optionally V.8 bis. Alternatively, the multimedia terminal may be connected to an external modem. The modem enables conversion of the multiplexed digital data and control signals produced by the multimedia terminal into an analogue form suitable for transmission over the PSTN. It further enables the multimedia terminal to receive data and control signals in analogue form from the PSTN and to convert them into a digital data stream that can be demultiplexed and processed in an appropriate manner by the terminal.

An H.324 multimedia terminal may also be implemented in such a way that it can be connected directly to a digital fixed line network, such as an ISDN (Integrated Services Digital Network). In this case the modem **91** is replaced with an ISDN user-network interface. In FIG. **8**, this ISDN user-network interface is represented by alternative block **92**.

H.324 multimedia terminals may also be adapted for use in mobile communication applications. If used with a wireless communication link, the modem **91** can be replaced with any appropriate wireless interface, as represented by alternative block **93** in FIG. **8**. For example, an H.324/M multimedia terminal can include a radio transceiver enabling connection to the current 2nd generation GSM mobile telephone network, or the proposed 3rd generation UMTS (Universal Mobile Telephone System).

It should be noted that in multimedia terminals designed for two-way communication, that is for transmission and reception of video data, it is advantageous to provide both a video encoder and video decoder implemented according to the present invention. Such an encoder and decoder pair is often implemented as a single combined functional unit, referred to as a "codec".

A typical H.324 multimedia terminal will now be described in further detail with reference to FIG. **8**.

The multimedia terminal **80** includes a variety of elements referred to as "terminal equipment". This includes video, audio and telematic devices, denoted generically by reference numbers **81**, **82** and **83**, respectively. The video equipment **81** may include, for example, a video camera for capturing video images, a monitor for displaying received video content and optional video processing equipment. The audio equipment **82** typically includes a microphone, for example for capturing spoken messages, and a loudspeaker for reproducing received audio content. The audio equipment may also include additional audio processing units. The telematic equipment **83**, may include a data terminal, keyboard, electronic whiteboard or a still image transceiver, such as a fax unit.

The video equipment **81** is coupled to a video codec **85**. The video codec **85** comprises a video encoder **600** and a corresponding video decoder **700** both implemented according to the invention (see FIGS. **5** and **6**). The video codec **85**

24

is responsible for encoding captured video data in an appropriate form for further transmission over a communications link and decoding compressed video content received from the communications network. In the example illustrated in FIG. **8**, the video codec is implemented according to ITU-T recommendation H.26L, with appropriate modifications to implement the method according to the invention in both the encoder and the decoder of the video codec.

The terminal's audio equipment is coupled to an audio codec, denoted in FIG. **8** by reference number **86**. Like the video codec, the audio codec comprises an encoder/decoder pair. It converts audio data captured by the terminal's audio equipment into a form suitable for transmission over the communications link and transforms encoded audio data received from the network back into a form suitable for reproduction, for example on the terminal's loudspeaker. The output of the audio codec is passed to a delay block **87**. This compensates for the delays introduced by the video coding process and thus ensures synchronisation of audio and video content.

The system control block **84** of the multimedia terminal controls end-to-network signalling using an appropriate control protocol (signalling block **88**) to establish a common mode of operation between a transmitting and a receiving terminal. The signalling block **88** exchanges information about the encoding and decoding capabilities of the transmitting and receiving terminals and can be used to enable the various coding modes of the video encoder. The system control block **84** also controls the use of data encryption. Information regarding the type of encryption to be used in data transmission is passed from encryption block **89** to the multiplexer/de-multiplexer (MUX/DMUX unit) **90**.

During data transmission from the multimedia terminal, the MUX/DMUX unit **90** combines encoded and synchronised video and audio streams with data input from the telematic equipment **83** and possible control data, to form a single bit-stream. Information concerning the type of data encryption (if any) to be applied to the bit-stream, provided by encryption block **89**, is used to select an encryption mode. Correspondingly, when a multiplexed and possibly encrypted multimedia bit-stream is being received, MUX/DMUX unit **90** is responsible for decrypting the bit-stream, dividing it into its constituent multimedia components and passing those components to the appropriate codec(s) and/or terminal equipment for decoding and reproduction.

If the multimedia terminal **80** is a mobile terminal, that is, if it is equipped with a radio transceiver **93**, it will be understood by those skilled in the art that it may also comprise additional elements. In one embodiment it comprises a user interface having a display and a keyboard, which enables operation of the multimedia terminal **80** by a user, a central processing unit, such as a microprocessor, which controls the blocks responsible for different functions of the multimedia terminal, a random access memory RAM, a read only memory ROM, and a digital camera. The microprocessor's operating instructions, that is program code corresponding to the basic functions of the multimedia terminal **80**, is stored in the read-only memory ROM and can be executed as required by the microprocessor, for example under control of the user. In accordance with the program code, the microprocessor uses the radio transceiver **93** to form a connection with a mobile communication network, enabling the multimedia terminal **80** to transmit information to and receive information from the mobile communication network over a radio path.

The microprocessor monitors the state of the user interface and controls the digital camera. In response to a user command, the microprocessor instructs the camera to record digi-

US 8,175,148 B2

**25**

tal images into the RAM. Once an image is captured, or alternatively during the capturing process, the microprocessor segments the image into image segments (for example macroblocks) and uses the encoder to perform motion compensated encoding of the segments in order to generate a compressed image sequence, as explained in the foregoing description. A user may command the multimedia terminal **80** to display the captured images on its display or to send the compressed image sequence using the radio transceiver **93** to another multimedia terminal, a video telephone connected to a fixed line network (PSTN) or some other telecommunications device. In a preferred embodiment, transmission of image data is started as soon as the first segment is encoded so that the recipient can start a corresponding decoding process with a minimum delay.

Although described in the context of particular embodiments, it will apparent to those skilled in the art that a number of modifications and various changes to these teachings may be made. Thus, while the invention has been particularly shown and described with respect to one or more preferred embodiments thereof, it will be understood by those skilled in the art that certain modifications or changes may be made therein without departing from the scope and spirit of the invention as set forth above.

In particular, according to a second possible embodiment of the invention, a sequence QP is not transmitted but an application specific constant is used as sequence QP instead.

In a third possible embodiment of the invention the sequence QP can be updated depending on the changing characteristics of the video sequence if a reliable way of transmitting the new sequence QP is available. The updated SQP value can be either included in the encoded bit-stream representative of the video sequence or can be transmitted directly from encoder to decoder in an associated channel.

In a fourth possible embodiment of the invention, if QP is constant for the whole video sequence only the value of the sequence QP is transmitted together with the information that it should be used as the QP for all the pictures/slices.

What is claimed is:

**1**. A method of encoding a digital video sequence for use in a video coding application to produce an encoded video bit-stream representative of the digital video sequence, the digital video sequence comprising a number of frames, each frame of said sequence comprising an array of pixels divided into a plurality of blocks, each block comprising a certain number of said pixels, said method comprising:

encoding a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels for producing corresponding blocks of prediction error values;

applying a transform coding technique to said blocks of prediction error values to produce sets of transform coefficient values representative of said blocks of prediction error values;

defining a default level of quantization for use in encoding of the digital video sequence to quantize the sets of transform coefficient values; and

providing an indication of the default level of quantization to a decoding process.

**2**. An encoding method according to claim **1**, wherein said indication of the default level of quantization is provided in the encoded bit-stream representative of the digital video sequence.

**3**. An encoding method according to claim **2**, wherein the encoded bit-stream is transmitted from a video encoding device to a corresponding video decoding device.

**26**

**4**. An encoding method according to claim **1**, wherein the default level of quantization is updated during the encoding of the digital video sequence, said method further comprising providing an indication of the updated default level of quantization to a decoding process.

**5**. An encoding method according to claim **1**, wherein said sets of transform coefficient values are quantized to yield sets of quantized transform coefficient values representative of said blocks of prediction error values based on a level of quantization different from the default level of quantization.

**6**. An encoding method according to claim **5**, further comprising providing to a decoding process an indication of a difference between said level of quantization and the default level of quantization.

**7**. An encoding method according to claim **5**, wherein said level of quantization is adjusted from one frame of the digital video sequence to another such that an actual level of quantization applied to the sets of transform coefficients for a particular frame of the digital video sequence is different from the default level of quantization.

**8**. An encoding method according to claim **7**, wherein said actual level of quantization is representable as a difference with respect to the default level of quantization.

**9**. An encoding method according to claim **7**, further comprising providing to a decoding process an indication of a difference between said actual level of quantization and the default level of quantization.

**10**. An encoding method according to claim **5**, wherein the plurality of blocks of pixels, into which a frame of said digital video sequence is divided, are grouped into one or more segments and wherein the level of quantization applied to said sets of transform coefficient values is adjusted from one segment of a frame to another such that an actual level of quantization applied to the sets of transform coefficients for a particular segment of a frame is different from the default level of quantization.

**11**. An encoding method according to claim **10**, further comprising providing to a decoding process an indication of a difference between said level of quantization and the default level of quantization.

**12**. A video encoder for encoding a digital video sequence to produce an encoded video bit-stream representative of the digital video sequence, the digital video sequence comprising a number of frames, each frame of said sequence comprising an array of pixels divided into a plurality of blocks, each block comprising a certain number of said pixels, said video encoder comprising:

means for encoding a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels to provide corresponding blocks of prediction error values;

means for transforming said blocks of prediction error values for providing sets of transform coefficient values representative of said blocks of prediction error values;

means for selecting a default level of quantization for quantizing said sets of transform coefficient values; and

means for providing an indication of said default level of quantization in the encoded bit-stream representative of the digital video sequence.

**13**. A video encoder according to claim **12**, wherein said sets of transform coefficient values are quantized to yield sets of quantized transform coefficient values representative of said blocks of prediction error values based on a level of quantization different from the default level of quantization.

US 8,175,148 B2

27

**14**. A video encoder according to claim **13**, arranged to provide an indication of a difference between said level of quantization and the default level of quantization in the encoded bit-stream.

**15**. A video encoder according to claim **12**, wherein the default level of quantization can be updated and the video encoder is arranged to provide an indication of the updated default level of quantization in the encoded bit-stream.

**16**. A video encoder according to claim **15**, wherein said sets of transform coefficient values are quantized to yield sets of quantized transform coefficient values representative of said blocks of prediction error values based on a level of quantization different from the updated default level of quantization.

**17**. A video encoder according to claim **12**, provided in a multimedia terminal.

**18**. A video encoder according to claim **12**, provided in a radio telecommunications device.

**19**. A video encoder according to claim **13**, wherein said level of quantization applied to said sets of transform coefficient values can be adjusted from one frame of the digital video sequence to another so as to apply an actual level of quantization to the sets of transform coefficients for a particular frame of the digital video sequence and wherein said actual level of quantization is different from the default level of quantization.

**20**. A video encoder according to claim **19**, arranged to provide an indication of said difference with respect to the default level of quantization in the encoded bit-stream representative of the digital video sequence.

**21**. A video encoder according to claim **13**, arranged to group the plurality of blocks into which a frame of said digital video sequence is divided into one or more segments and to

28

adjust the level of quantization applied to said sets of transform coefficient values from one segment of a frame to another so as to apply an actual level of quantization to the sets of transform coefficients for a particular segment of a frame, wherein said actual level of quantization is different from the default level of quantization, said video encoder further arranged to represent the actual level of quantization for use in the particular segment as a difference with respect to the default level of quantization.

**22**. A video encoder according to claim **21**, further arranged to provide an indication of said difference with respect to the default level of quantization in the encoded bit-stream representative of the digital video sequence.

**23**. A video encoder for encoding a digital video sequence to produce an encoded video bit-stream representative of the digital video sequence, the digital video sequence comprising a number of frames, each frame of said sequence comprising an array of pixels divided into a plurality of blocks, each block comprising a certain number of said pixels, said video encoder comprising:

a module for encoding a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels to provide corresponding blocks of prediction error values;

a module for transforming said blocks of prediction error values for providing sets of transform coefficient values representative of said blocks of prediction error values; and

a module for selecting a default level of quantization for quantizing said sets of transform coefficient values, wherein the default level is specific to the video coding applications.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,175,148 B2                                    Page 1 of 4
APPLICATION NO.   : 11/881367
DATED                   : May 8, 2012
INVENTOR(S)         : Lainema

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Delete the title page and substitute therefore with the attached title page consisting of corrected illustrative figure.

Drawings,
Sheets 5 and 6 should be deleted to be substituted with the attached sheets 5 and 6, as shown on the attached pages.

Signed and Sealed this
Thirtieth Day of September, 2014

Michelle K. Lee

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**                                Page 2 of 4

(12) **United States Patent**                (10) **Patent No.:**      **US 8,175,148 B2**
　　　Lainema                                 (45) **Date of Patent:**      ***May 8, 2012**

(54) **METHOD AND DEVICE FOR INDICATING QUANTIZER PARAMETERS IN A VIDEO CODING SYSTEM**

(75) Inventor: **Jani Lainema**, Irving, TX (US)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1320 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/881,367**

(22) Filed: **Jul. 26, 2007**

(65) **Prior Publication Data**

US 2007/0291849 A1      Dec. 20, 2007

**Related U.S. Application Data**

(62) Division of application No. 10/421,629, filed on Apr. 23, 2003, now Pat. No. 7,263,125.

(60) Provisional application No. 60/374,667, filed on Apr. 23, 2002.

(51) **Int. Cl.**
　　 *H04N 7/12*　　　　(2006.01)
(52) **U.S. Cl.** ............................... **375/240.03**; 375/240.16
(58) **Field of Classification Search** ............ 375/240.04, 375/240.16; 341/107
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,054,103 A | 10/1991 | Yasuda et al. ................. 382/56 |
| 5,144,426 A | 9/1992 | Tanaka et al. ................. 358/133 |
| 5,231,484 A | 7/1993 | Gonzales et al. ............ 358/133 |
| 5,237,410 A | 8/1993 | Inoue ................. 358/136 |
| 5,715,009 A | 2/1998 | Tahara et al. ................. 348/423 |
| 5,751,358 A | 5/1998 | Suzuki et al. ................. 348/405 |
| 5,835,030 A | 11/1998 | Tsutsui et al. ................. 341/51 |
| 5,907,362 A | 5/1999 | Yamamoto ................. 348/405 |
| 6,256,349 B1 | 7/2001 | Suzuki et al. ............ 375/240.18 |
| 6,263,022 B1 | 7/2001 | Chen et al. ................. 375/240 |
| 6,677,868 B2 * | 1/2004 | Kerofsky et al. ............ 341/107 |
| 6,879,632 B1 | 4/2005 | Yokoyama ................. 375/240 |
| 7,263,125 B2 * | 8/2007 | Lainema ................. 375/240.04 |
| 7,367,041 B2 | 4/2008 | Morishita et al. ............ 725/37 |
| 2003/0152146 A1 * | 8/2003 | Lin et al. ................. 375/240.16 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 06-121171 | 4/1994 |
| JP | 11-004449 | 1/1999 |
| WO | WO 00 21302 A1 | 4/2000 |
| WO | WO 01/26381 A1 | 4/2001 |

OTHER PUBLICATIONS

Single-pass constant-and variable-bit-rate MPEG-2 video compression, N. Mohsenian, R. Rajagopalan, C.A. Gonzales, Jul. 4, 1999, XP-002216512.

(Continued)

*Primary Examiner* — Gims Phluppe

(57) **ABSTRACT**

A method and device for coding of digital video sequence, wherein an indication of quantization parameter (QP) is provided in the encoded bit-stream for decoding purposes. The QP related information is indicated by introducing a sequence level quantization parameter value SQP. More specifically, instead of coding the absolute values of picture/slice QPs, an indication of the difference ΔQP between the sequence level quantization parameter SQP and the picture/slice QP is provided. This eliminates the need to transmit a full QP for every picture/slice, and enables a statistically smaller difference value to be transmitted, thus providing a reduction in transmission bit-rate. The difference value is subsequently used in a corresponding decoder to reconstruct the picture/slice QP.

**23 Claims, 8 Drawing Sheets**





Figure 5



Figure 6

# EXHIBIT 4

US008050321B2

(12) **United States Patent**
Hannuksela

(10) Patent No.: **US 8,050,321 B2**
(45) Date of Patent: **Nov. 1, 2011**

(54) **GROUPING OF IMAGE FRAMES IN VIDEO CODING**

(75) Inventor: **Miska Hannuksela**, Tampere (FI)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1632 days.

(21) Appl. No.: **11/338,934**

(22) Filed: **Jan. 25, 2006**

(65) **Prior Publication Data**

US 2006/0120451 A1     Jun. 8, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/306,942, filed on Nov. 29, 2002, now Pat. No. 7,894,521.

(30) **Foreign Application Priority Data**

Jan. 23, 2002     (FI) ...................................... 20020127

(51) **Int. Cl.**
*H04N 7/12* (2006.01)

(52) **U.S. Cl.** .............................. 375/240.12; 375/240.25

(58) **Field of Classification Search** ............. 375/240.12, 375/240.25
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,390,966 A * | 6/1983 | Kawashima et al. ......... 712/229 |
| 5,122,875 A | 6/1992 | Raychaudhuri et al. |
| 5,144,426 A | 9/1992 | Tanaka et al. |
| 5,680,322 A * | 10/1997 | Shinoda ...................... 714/18 |
| 5,699,476 A | 12/1997 | Van Der Meer |
| 5,774,593 A | 6/1998 | Zick et al. |
| 5,786,858 A * | 7/1998 | Yagasaki et al. ......... 375/240.15 |

| | | | |
|---|---|---|---|
| 5,838,265 A | 11/1998 | Adolph |
| 5,852,630 A * | 12/1998 | Langberg et al. ............. 375/219 |
| 5,877,812 A | 3/1999 | Krause et al. |
| 6,072,831 A | 6/2000 | Chen |
| 6,094,456 A * | 7/2000 | Ueda ........................ 375/240.12 |
| 6,108,382 A | 8/2000 | Gringeri et al. |
| 6,266,158 B1 | 7/2001 | Hata et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

CN          1173783 A      2/1998

(Continued)

OTHER PUBLICATIONS

2010, English Translation of the Office Action of parallel Japanese application No. 2006-120296 dated Jan. 6, 2010.

(Continued)

*Primary Examiner* — Shuwang Liu
*Assistant Examiner* — Siu Lee
(74) *Attorney, Agent, or Firm* — Hollingsworth & Funk, LLC

(57) **ABSTRACT**

A method for encoding a video sequence comprising an independent sequence of image frames, wherein at least one reference image frame is predictable from at least one previous image frame that is earlier than the previous reference image frame in decoding order. An indication of at least one image frame is encoded into the video sequence, which indicated image frame is the first image frame, in decoding order, of the independent sequence, said at least one reference image frame being included in the sequence. In the decoding phase, the indication of at least one image frame is decoded from the video sequence, and the decoding of the video sequence is started from said first image frame of the independent sequence, whereby the video sequence is decoded without prediction from any image frame decoded prior to said first image frame.

**11 Claims, 4 Drawing Sheets**





## US 8,050,321 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,307,886 | B1 | 10/2001 | Westermann |
| 6,314,139 | B1 | 11/2001 | Koto et al. |
| 6,337,881 | B1 | 1/2002 | Chaddha |
| 6,363,208 | B2 | 3/2002 | Nitta et al. |
| 6,483,875 | B1 * | 11/2002 | Hasebe et al. ........... 375/240.15 |
| 6,496,980 | B1 | 12/2002 | Tillman et al. |
| 6,510,553 | B1 | 1/2003 | Hazra |
| 6,614,936 | B1 | 9/2003 | Wu et al. |
| 6,639,943 | B1 | 10/2003 | Radha et al. |
| 7,103,669 | B2 * | 9/2006 | Apostolopoulos ............ 709/231 |
| 2001/0024472 | A1 | 9/2001 | Sporer et al. |
| 2001/0040700 | A1 * | 11/2001 | Hannuksela et al. ...... 358/261.2 |
| 2002/0051621 | A1 * | 5/2002 | Cuccia ............................. 386/68 |
| 2003/0063806 | A1 * | 4/2003 | Kim et al. ..................... 382/236 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0798932 | 10/1997 |
| EP | 0898427 | 2/1999 |
| EP | 1 005 232 | 5/2000 |
| JP | 4348690 | 12/1992 |
| JP | 8265694 | 10/1996 |
| JP | 10-271511 | 10/1998 |
| JP | 11-177987 | 2/1999 |
| JP | 11275576 | 10/1999 |
| RU | 2 123 769 | 12/1998 |
| RU | 2137197 C1 | 9/1999 |
| WO | WO 00/67469 | 11/2000 |
| WO | WO 01/47283 | 6/2001 |
| WO | 01/84850 | 11/2001 |
| WO | WO 02/054776 | 7/2002 |

### OTHER PUBLICATIONS

Elloumi et al., "Issues in Multimedia Scaling: the MPEG Video Streams Case", Emerging Technologies and Applications in Communications, IEEE Computer Society, May 7, 1996.

Hannuksela, "Enhanced Concept of GOP", Joint Video Team of ISO-IES MPEG 7 itu-T VCEG, Feb. 1, 2002.

Soderquist et al., "Memory Traffic and Data Cache Behavior of an MPEG-2 Software Decoder", IEEE Computer Society, Oct. 12, 1997.

Office Action of related European application No. 06101013.8 dated Feb. 2, 2010.

Office Action of related European application No. 06101014.6 dated Feb. 2, 2010.

Office Action of parallel U.S. Appl. No. 10/306,942 dated Mar. 16, 2006, 4 pages.

Office Action of parallel U.S. Appl. No. 10/306,942 dated Aug. 10, 2006, 16 pages.

Office Action of parallel U.S. Appl. No. 10/306,942 dated Sep. 11, 2007, 4 pages.

Office Action of parallel U.S. Appl. No. 10/306,942 dated Mar. 13, 2007, 7 pages.

Notice of Allowance of parallel U.S. Appl. No. 10/306,942 dated Dec. 7, 2009, 8 pages.

May 6, 2006, Office Action Response of parallel U.S. Appl. No. 10/306,942 dated Aug. 6, 2006, 13 pages.

Office Action Response of parallel U.S. Appl. No. 10/306,942 dated Nov. 9, 2006, 16 pages.

Office Action Response of parallel U.S. Appl. No. 10/306,942 dated May 31, 2007, 12 pages.

Office Action Response of parallel U.S. Appl. No. 10/306,942 dated Jul. 9, 2009, 12 pages.

Allowance Notification with translation dated Feb. 4, 2010 from parallel Russian Application No. 2006110322, 17 pages.

Translated Office Action dated Feb. 25, 2010 from parallel Japanese Application No. 2006-120297, 5 pages.

Oct. 9-17, 2002, Joint Video Team of ISO/IEC MPEG and ITU-T VCEG, Editor's Proposed Draft Text Modification for Joint Video Specification (ITU-T Rec. 264 ISO/IEC 14496-10 AVC), Geneva modifications draft 37.

Jan. 15, 1998, ITU-Telecommunications Standardization Union, Draft Text of Recommendation H.263 Version 2 ("H.263+") for Decision.

Jul. 10, 2002, ITU-Telecommunications Standardization Union, H.26L Test Model Long Term No. 8 (TML-8) Draft0, Document VCEG-N10. pp. 1-46.

Nov. 2000, ITU-Telecommunications Standardization Union, Draft for "H.263++" Annexes U,V, and W to Recommendation H.263.

Nov. 12, 2002, David Singer and Toby Walker, Study Text of ISO/IEC 14496-15/FCD, pp. 1-25.

Nov. 12, 2002, David Singer and Toby Walker, Study Text of ISO/IEC 14496-15/FCD (Revised), 26 pages.

Sep. 2002, Hannuksela, M et al.; Sub-Picture: ROI Coding and Unequal Error Protection, IEEE 2002 Conference, Sep. 2002, USA (internet publication).

Sep. 2002, Hannuksela, M et al.; Sub-Picture: Video-Coding for Unequal Error Protection, XI European Signal Processing Conference, Sep. 2002, Toulouse, France (internet publication).

Jul. 12, 2001, Wang, Y.K. et al.; Core Experiment Description of Sub-Picture Coding, ITU 15. Meeting Dec. 3-7, 2001, Pattaya, Thailand (internet publication).

2001, B.A. Lokshin, "Digital Broadcasting: from Studio to Audience" Cyrus Systems, Moscow, 2001. (translation included).

Wenger, "Temporal Scalability Using P-pictures for Low-latency Applications", IEEE Workshop, Dec. 1998, pp. 559-564.

1997, Illgner et al., "Spatially Scalable Video Compression Employing Resolution Pyramids", IEEE Journal on Selected Areas in Communications, vol. 15, No. 9, Dec. 1, 2007, pp. 1688-1703.

Information Technology—Generic Coding of Moving Pictures and Associated Audio Information: Systems, ISO/IEC 13818-1, Second edition, Dec. 1, 2000, 174 pages.

Notice of Allowance dated May 5, 2010 from Russian Application No. 2006110321/09, 11 pages.

Office Action dated Jun. 17, 2010 from U.S. Appl. No. 11/338,996, 30 pages.

Office Action dated Jun. 23, 2010 from U.S. Appl. No. 10/306,942, 6 pages.

Office Action dated May 25, 2010 from U.S. Appl. No. 10/306,942, 6 pages.

Office Action dated Apr. 9, 2009 from U.S. Appl. No. 10/306,942, 4 pages.

Office Action Response dated May 8, 2006 from parallel U.S. Appl. No. 10/306,942, 11 pages.

Translated Office Action dated Aug. 17, 2010 from parallel Japanese Application No. 2006-120297, 4 pages.

Translated Office Action dated Aug. 24, 2010 from parallel Japanese Application No. 2006-120296, 5 pages.

Office Action Response dated Sep. 15, 2010 from U.S. Appl. No. 10/306,942, 12 pages.

Office Action Response dated Sep. 10, 2010 from U.S. Appl. No. 11/338,996, 10 pages.

Hannuksela, "Signaling of Enhanced GOPs", Joint Video Team (JVT) of ISO/IEC MPEG & ITU-T VCEG, 4th Meeting, Austria, Jul. 22-26, 2002.

File History for EP Application No. 03700321.7 as retrieved from the European Patent Office Electronic File System on Apr. 5, 2011, 222 pages.

Office Action dated Feb. 18, 2011 from U.S. Appl. No. 11/338,996, 18 pages.

Office Action Response dated May 17, 2011 from U.S. Appl. No. 11/338,996, 9 pages.

Notice of Allowance dated Aug. 2, 2011 from Japanese Application No. 2006-120296, 3 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3a



FIG. 3b



FIG. 7



FIG. 4a

FIG. 4b

FIG. 4c



FIG. 5a

FIG. 5b

FIG. 5c



FIG. 6a

FIG. 6b

FIG. 6c

US 8,050,321 B2

**1**

## GROUPING OF IMAGE FRAMES IN VIDEO CODING

### RELATED PATENT DOCUMENTS

This application is a continuation of U.S. patent application Ser. No. 10/306,942 filed on Nov. 29, 2002 now U.S. Pat. No. 7,894,521 which is incorporated herein by reference in its entirety.

### FIELD OF THE INVENTION

The invention relates to the grouping of multimedia files, particularly video files and particularly in connection with streaming.

### BACKGROUND OF THE INVENTION

The term 'streaming' refers to simultaneous sending and playback of data, typically multimedia data, such as audio and video files, in which the recipient may begin data playback already before all the data to be transmitted has been received. Multimedia data streaming systems comprise a streaming server and terminal devices that the recipients use for setting up a data connection, typically via a telecommunications network, to the streaming server. From the streaming server the recipients retrieve either stored or real-time multimedia data, and the playback of the multimedia data can then begin, most advantageously almost in real-time with the transmission of the data, by means of a streaming application included in the terminal.

From the point of view of the streaming server, the streaming may be carried out either as normal streaming or as progressive downloading to the terminal. In normal streaming the transmission of the multimedia data and/or the data contents are controlled either by making sure that the bit rate of the transmission substantially corresponds to the playback rate of the terminal device, or, if the telecommunications network used in the transmission causes a bottleneck in data transfer, by making sure that the bit rate of the transmission substantially corresponds to the bandwidth available in the telecommunications network. In progressive downloading the transmission of the multimedia data and/or the data contents do not necessarily have to be interfered with at all, but the multimedia files are transmitted as such to the recipient, typically by using transfer protocol flow control. The terminals then receive, store and reproduce an exact copy of the data transmitted from the server, which copy can then be later reproduced again on the terminal without needing to start a streaming again via the telecommunications network. The multimedia files stored in the terminal are, however, typically very large and their transfer to the terminal is time-consuming, and they require a significant amount of storage memory capacity, which is why a normal streaming is often preferred.

The video files in multimedia files comprise a great number of still image frames, which are displayed rapidly in succession (of typically 15 to 30 frames per s) to create an impression of a moving image. The image frames typically comprise a number of stationary background objects, determined by image information which remains substantially unchanged, and few moving objects, determined by image information that changes to some extent. The information comprised by consecutively displayed image frames is typically largely similar, i.e. successive image frames comprise a considerable amount of redundancy. The redundancy appearing in video files can be divided into spatial, temporal and spectral redundancy. Spatial redundancy refers to the mutual correlation of

**2**

adjacent image pixels, temporal redundancy refers to the changes taking place in specific image objects in subsequent frames, and spectral redundancy to the correlation of different colour components within an image frame.

To reduce the amount of data in video files, the image data can be compressed into a smaller form by reducing the amount of redundant information in the image frames. In addition, while encoding, most of the currently used video encoders downgrade image quality in image frame sections that are less important in the video information. Further, many video coding methods allow redundancy in a bit stream coded from image data to be reduced by efficient, lossless coding of compression parameters known as VLC (Variable Length Coding).

In addition, many video coding methods make use of the above-described temporal redundancy of successive image frames. In that case a method known as motion-compensated temporal prediction is used, i.e. the contents of some (typically most) of the image frames in a video sequence are predicted from other frames in the sequence by tracking changes in specific objects or areas in successive image frames. A video sequence always comprises some compressed image frames the image information of which has not been determined using motion-compensated temporal prediction. Such frames are called INTRA-frames, or I-frames. Correspondingly, motion-compensated video sequence image frames predicted from previous image frames, are called INTER-frames, or P-frames (Predicted). The image information of P-frames is determined using one I-frame and possibly one or more previously coded P-frames. If a frame is lost, frames dependent on it can no longer be correctly decoded.

An I-frame typically initiates a video sequence defined as a Group of Pictures (GOP), the P-frames of which can only be determined on the basis of the I-frame and the previous P-frames of the GOP in question. The next I-frame begins a new group of pictures GOP, the image information comprised by which cannot thus be determined on the basis of the frames of the previous GOP. In other words, groups of pictures are not temporally overlapping, and each group of picture can be decoded separately. In addition, many video compression methods employ bi-directionally predicted B-frames (Bi-directional), which are set between two anchor frames (I- and P-frames, or two P-frames) within a group of pictures GOP, the image information of a B-frame being predicted from both the previous anchor frame and the one succeeding the B-frame. B-frames therefore provide image information of higher quality than P-frames, but typically they are not used as anchor frames, and therefore their removal from the video sequence does not degrade the quality of subsequent images. However, nothing prevents B-frames from being used as anchor frames as well, only in that case they cannot be removed from the video sequence without deteriorating the quality of the frames dependent on them.

Each video frame may be divided into what are known as macroblocks that comprise the colour components (such as Y, U, V) of all pixels of a rectangular image area. More specifically, a macroblock consists of at least one block per colour component, the blocks each comprising colour values (such as Y, U or V) of one colour level in the image area concerned. The spatial resolution of the blocks may differ from that of the macroblocks, for example U- and V-components may be displayed using only half of the resolution of Y-component. Macroblocks can be further grouped into slices, for example, which are groups of macroblocks that are typically selected in the scanning order of the image. Temporal prediction is typi-

US 8,050,321 B2

**3**

cally carried out in video coding methods block- or macroblock-specifically, instead of image-frame-specifically.

To allow for flexible streaming of video files, many video coding systems employ scalable coding in which some elements or element groups of a video sequence can be removed without affecting the reconstruction of other parts of the video sequence. Scalability is typically implemented by grouping the image frames into a number of hierarchical layers. The image frames coded into the image frames of the base layer substantially comprise only the ones that are compulsory for the decoding of the video information at the receiving end. The base layer of each group of pictures GOP thus comprises one I-frame and a necessary number of P-frames. One or more enhancement layers can be determined below the base layer, each one of the layers improving the quality of the video coding in comparison with an upper layer. The enhancement layers thus comprise P- or B-frames predicted on the basis of motion-compensation from one or more upper layer images. The frames are typically numbered according to an arithmetical series.

In streaming, transmission bit rate must be controllable either on the basis of the bandwidth to be used or the maximum decoding or bit rate value of the recipient. Bit rate can be controlled either at the streaming server or in some element of the telecommunications network, such as an Internet router or a base station of a mobile communications network. The simplest means for the streaming server to control the bit rate is to leave out B-frames having a high information content from the transmission. Further, the streaming server may determine the number of scalability layers to be transmitted in a video stream, and thus the number of the scalability layers can be changed always when a new group of pictures GOP begins. It is also possible to use different video sequence coding methods. Correspondingly, B-frames, as well as other P-frames of the enhancement layers, can be removed from the bit stream in a telecommunications network element.

The above arrangement involves a number of drawbacks. Many coding methods, such as the coding according to the ITU-T (International Telecommunications Union, Telecommunications Standardization Sector) standard H.263, are familiar with a procedure called reference picture selection. In reference picture selection at least a part of a P-image has been predicted from at least one other image than the one immediately preceding the P-image in the time domain. The selected reference image is signalled in a coded bit stream or in bit stream header fields image-, image-segment- (such as a slice or a group of macroblocks), macroblock-, or block-specifically. The reference picture selection can be generalized such that the prediction can also be made from images temporally succeeding the image to be coded. Further, the reference picture selection can be generalized to cover all temporally predicted frame types, including B-frames. Since it is possible to also select at least one image preceding an I-image that begins a group of pictures GOP as the reference image, a group of pictures employing reference picture selection cannot necessarily be decoded independently. In addition, the adjusting of scalability or coding method in the streaming server or a network element becomes difficult, because the video sequence must be decoded, parsed and buffered for a long period of time to allow any dependencies between different image groups to be detected.

A further problem relates to detection of image frames from which a decoder can start the decoding process. The detection is useful for multiple purposes. For example, an end-user may wish to start browsing a video file from the middle of a video sequence. Another example relates to starting the reception of a broadcast or multicast video transmis-

**4**

sion from the middle of the video transmission. A third example relates to on-demand streaming from a server and occurs when an end-user wishes to start playback from a certain position of a stream.

BRIEF DESCRIPTION OF THE INVENTION

Now there is invented an improved method and equipment implementing the method, that enable detection of image frames from which a decoder can start the decoding process. Various aspects of the invention include methods, a video encoder, a video decoder, and computer programs that are characterized by what is stated in the independent claims. The preferred embodiments of the invention are disclosed in the dependent claims.

The invention is based on the idea of encoding a video sequence comprising an independent sequence of image frames, wherein at least one reference picture is predictable from at least one previous image frame that is earlier than the previous reference image frame in decoding order. An indication of at least one image frame is encoded into the video sequence, which indicated image frame is the first picture, in decoding order, of the independent sequence, said at least one reference image frame being included in the sequence. Respectively, in the decoding phase, the indication of at least one image frame is decoded from the video sequence, and the decoding of the video sequence is started from said first image frame of the independent sequence, whereby the video sequence is decoded without prediction from any image frame decoded prior to said first image frame.

Consequently, the idea of the present invention is to determine an initiation picture in an independently decodable group of pictures, whereby in the decoding phase any picture prior to said initiation picture is defined as unusable for reference. Accordingly, after decoding the initiation picture, all following pictures of the independently decodable sequence can be decoded without prediction from any picture decoded prior to said initiation picture.

According to an embodiment, the indication is encoded into the video sequence as a separate flag included in the header of a slice.

According to an embodiment, identifier values for pictures are encoded according to a numbering scheme, and the identifier value for the indicated first picture of an independent sequence is reset, preferably to zero.

According to an embodiment, an identifier value for the independent sequence is encoded into the video sequence.

An advantage of the procedure of the invention is that it enables to start browsing a video sequence from a random point, i.e. it provides the decoder with the information about the first picture of an independently decodable sequence. Thus, the decoder knows that by decoding this first picture, it is possible to continue the decoding process without any prediction from any prior picture. Accordingly, a further advantage is that the decoder may discard any picture decoded prior to said initiation picture from its buffer memory, since the prior pictures are no longer needed in the decoding process. A further advantage is that the procedure of the invention allows a separate video sequence to the easily inserted into another video sequence.

A further advantage is that enables identification of a picture boundary between two back-to-back initiation pictures by looking at the sub-sequence number of the initiation pictures. A yet further advantage relates to detection of losses of image frames that start an independently decodable sub-sequence. If such an image frame is lost e.g. during transmission, it is unlikely that any error concealment method would

US 8,050,321 B2

**5**

result into a subjectively satisfactory image quality. It is therefore an advantage that decoders are provided means to detect losses of image frames that start an independently decodable sub-sequence. Decoders may react to such a loss by requesting a retransmission or picture refresh, for example.

### BRIEF DESCRIPTION OF THE DRAWINGS

In the following, the invention will be described in connection with the preferred embodiments and with reference to the accompanying drawings, in which

FIG. **1** illustrates a common multimedia data streaming system in which the scalable coding hierarchy of the invention can be applied;

FIG. **2** illustrates a scalable coding hierarchy of a preferred embodiment of the invention;

FIGS. **3**a and **3**b illustrate embodiments of the invention for adjusting scalability;

FIGS. **4**a, **4**b and **4**c illustrate embodiments of the invention for adjusting image numbering;

FIGS. **5**a, **5**b and **5**c illustrate embodiments of the invention for using B-frames in a scalable coding hierarchy;

FIGS. **6**a, **6**b and **6**c illustrate scalable coding hierarchies of preferred embodiments of the invention in connection with reference picture selection; and

FIG. **7** illustrates an arrangement according to a preferred embodiment of the invention for coding scene transition.

### DETAILED DESCRIPTION OF THE INVENTION

In the following, a general-purpose multimedia data streaming system is disclosed, the basic principles of which can be applied in connection with any telecommunications system. Although the invention is described here with a particular reference to a streaming system, in which the multimedia data is transmitted most preferably through a telecommunications network employing a packet-switched data protocol, such as an IP network, the invention can equally well be implemented in circuit-switched networks, such as fixed telephone networks PSTN/ISDN (Public Switched Telephone Network/integrated Services Digital Network) or in mobile communications networks PLMN (Public Land Mobile Network). Further, the invention can be applied in the streaming of multimedia files in the form of both normal streaming and progressive downloading, and for implementing video calls, for example.

It is also to be noted that although the invention is described here with a particular reference to streaming systems and the invention can also be advantageously applied in them, the invention is not restricted to streaming systems alone, but can be applied in any video reproduction system, irrespective of how a video file that is to be decoded is downloaded and where it is downloaded from. The invention can therefore be applied for example in the playback of a video file to be downloaded from a DVD disc or from some other computer memory carrier, for example in connection with varying processing capacity available for video playback. In particular, the invention can be applied to different video codings of low bit rate that are typically used in telecommunications systems subject to bandwidth restrictions. One example is the system defined in the ITU-T standard H.263 and the one that is being defined in H.26L (possibly later to become H.264). In connection with these, the invention can be applied to mobile stations, for example, in which case the video playback can be made to adjust both to changing transfer capacity or channel

**6**

quality and to the processor power currently available, when the mobile station is used also for executing other applications than video playback.

It is further to be noted that, for the sake of clarity, the invention will be described below by giving an account of image frame coding and temporal predicting on image frame level. However, in practice coding and temporal predicting typically take place on block or macroblock level, as described above.

With reference to FIG. **1**, a typical multimedia streaming system will be described, which is a preferred system for applying the procedure of the invention.

A multimedia data streaming system typically comprises one or more multimedia sources **100**, such as a video camera and a microphone, or video image or computer graphic files stored in a memory carrier. Raw data obtained from the different multimedia sources **100** is combined into a multimedia file in an encoder **102**, which can also be referred to as an editing unit. The raw data arriving from the one or more multimedia sources **100** is first captured using capturing means **104** included in the encoder **102**, which capturing means can be typically implemented as different interface cards, driver software, or application software controlling the function of a card. For example, video data may be captured using a video capture card and the associated software. The output of the capturing means **104** is typically either an uncompressed or slightly compressed data flow, for example uncompressed video frames of the YUV 4:2:0 format or motion-JPEG image format, when a video capture card is concerned.

An editor **106** links different media flows together to synchronize video and audio flows to be reproduced simultaneously as desired. The editor **106** may also edit each media flow, such as a video flow, by halving the frame rate or by reducing spatial resolution, for example. The separate, although synchronized, media flows are compressed in a compressor **108**, where each media flow is separately compressed using a compressor suitable for the media flow. For example, video frames of the YUV 4:2:0 format may be compressed using the low bit rate video coding according to the ITU-T recommendation H.263 or H.26L. The separate, synchronized and compressed media flows are typically interleaved in a multiplexer **110**, the output obtained from the encoder **102** being a single, uniform bit flow that comprises data of a plural number of media flows and that may be referred to as a multimedia file. It is to be noted that the forming of a multimedia file does not necessarily require the multiplexing of a plural number of media flows into a single file, but the streaming server may interleave the media flows just before transmitting them.

The multimedia files are transferred to a streaming server **112**, which is thus capable of carrying out the streaming either as real-time streaming or in the form of progressive downloading. In progressive downloading the multimedia files are first stored in the memory of the server **112** from where they may be retrieved for transmission as need arises. In real-time streaming the editor **102** transmits a continuous media flow of multimedia files to the streaming server **112**, and the server **112** forwards the flow directly to a client **114**. As a further option, real-time streaming may also be carried out such that the multimedia files are stored in a storage that is accessible from the server **112**, from where real-time streaming can be driven and a continuous media flow of multimedia files is started as need arises. In such case, the editor **102** does not necessarily control the streaming by any means. The streaming server **112** carries out traffic shaping of the multimedia data as regards the bandwidth available or the maximum

US 8,050,321 B2

7

decoding and playback rate of the client **114**, the streaming server being able to adjust the bit rate of the media flow for example by leaving out B-frames from the transmission or by adjusting the number of the scalability layers. Further, the streaming server **112** may modify the header fields of a multiplexed media flow to reduce their size and encapsulate the multimedia data into data packets that are suitable for transmission in the telecommunications network employed. The client **114** may typically adjust, at least to some extent, the operation of the server **112** by using a suitable control protocol. The client **114** is capable of controlling the server **112** at least in such a way that a desired multimedia file can be selected for transmission to the client, in addition to which the client is typically capable of stopping and interrupting the transmission of a multimedia file.

When the client **114** is receiving a multimedia file, the file is first supplied to a demultiplexer **116**, which separates the media flows comprised by the multimedia file. The separate, compressed media flows are then supplied to a decompressor **118** where each separate media flow is decompressed by a decompressor suitable for each particular media flow. The decompressed and reconstructed media flows are supplied to a playback unit **120** where the media flows are rendered at a correct pace according to their synchronization data and supplied to presentation means **124**. The actual presentation means **124** may comprise for example a computer or mobile station display, and loudspeaker means. The client **114** also typically comprises a control unit **122** that the end user can typically control through a user interface and that controls both the operation of the server, through the above-described control protocol, and the operation of the playback unit **120**, on the basis of the instructions given by the end user.

It is to be noted that the transfer of multimedia files from the streaming server **112** to the client **114** takes place through a telecommunications network, the transfer path typically comprising a plural number of telecommunications network elements. It is therefore possible that there is at least some network element that can carry out traffic shaping of multimedia data with regard to the available bandwidth or the maximum decoding and playback rate of the client **114** at least partly in the same way as described above in connection with the streaming server.

Scalable coding will be described below with reference to a preferred embodiment of the invention and an example illustrated in FIG. **2**. FIG. **2** shows part of a compressed video sequence having a first frame **200**, which is an INTRA frame, or I-frame, and thus an independently determined video frame the image information of which is determined without using motion-compensated temporal prediction. The I-frame **200** is placed on a first scalability layer, which may be referred to as an INTRA layer. Each scalability layer is assigned a unique identifier, such as the layer number. The INTRA layer may therefore be given the number 0, for example, or some other alphanumeric identifier, for example a letter, or a combination of a letter and a number.

Correspondingly, sub-sequences consisting of groups of one or more video frames are determined for each scalability layer, at least one of the images in a group (typically the first or the last one) being temporally predicted at least from a video frame of another, sub-sequence of typically either a higher or the same scalability layer, the rest of the video frames being temporally predicted either from only the video frames of the same sub-sequence, or possibly also from one or more video frames of said second sub-sequence. A sub-sequence may be decoded independently, irrespective of other sub-sequences, except said second sub-sequence. The sub-sequences of each scalability layer are assigned a unique

8

identifier using for example consecutive numbering starting with number 0 given for the first sub-sequence of a scalability layer. Since the I-frame **200** is determined independently and can also be decoded independently upon reception, irrespective of other image frames, it also forms in a way a separate sub-sequence.

An essential aspect of the present invention is therefore to determine each sub-sequence in terms of those sub-sequences the sub-sequence is dependent on. In other words, a sub-sequence comprises information about all the sub-sequences that have been directly used for predicting the image frames of the sub-sequence in question. This information is signalled in a video sequence bit stream, preferably separate from the actual image information, and therefore the image data of the video sequence can be preferably adjusted because it is easy to determine video sequence portions that are to be independently decoded and can be removed without affecting the decoding of the rest of the image data.

Next, within each sub-sequence, the video frames of the sub-sequence are given image numbers, using for example consecutive numbering that starts with the number 0 given to the first video frame of the sub-sequence. Since the I-frame **200** also forms a separate sub-sequence, its image number is 0. In FIG. **2**, the I-frame **200** shows the type (I), sub-sequence identifier and image number (0.0) of the frame.

FIG. **2** further shows a next I-frame **202** of the INTRA layer, the frame thus being also an independently determined video frame that has been determined without using motion-compensated temporal prediction. The temporal transmission frequency of I-frames depends on many factors relating to video coding, image information contents and the bandwidth to be used, and, depending on the application or application environment, I-frames are transmitted in a video sequence at intervals of 0.5 to 10 seconds, for example. Since the I-frame **202** can be independently decoded, it also forms a separate sub-sequence. Since this is the second sub-sequence in the INTRA-layer, the consecutive numbering of the sub-sequence identifier of the I-frame **202** is 1. Further, since the I-frame **202** also forms a separate sub-sequence, i.e. it is the only video frame in the sub-sequence, its image number is 0. The I-frame **202** can thus be designated with identifier (I.1.0.) Correspondingly, the identifier of the next I-frame on the INTRA layer is (I.2.0.), etc. As a result, only independently determined I-frames in which the image information is not determined using motion-compensated temporal prediction are coded into the first scalability layer, i.e. the INTRA layer. The sub-sequences can also be determined using other kind of numbering or other identifiers, provided that the sub-sequences can be distinguished from one another.

The next scalability layer, which has a layer number 1, for example, and which may be referred to as the base layer, comprises coded, motion-compensated INTER or P-frames typically predicted only from previous image frames, i.e. in this case from the I-frames of an upper INTRA layer. The image information of the first P-frame **204** of the base layer shown in FIG. **2** is determined using the I-frame **200** of the INTRA layer. A P-frame **204** begins the first sub-sequence of the base layer, and therefore the sub-sequence identifier of the P-frame **204** is 0. Further, since the P-frame **204** is the first image frame of the first sub-sequence of the base layer, the image number of the P-frame **204** is 0. The P-frame **204** can thus be identified with (P.0.0).

The temporally succeeding P-frame **206** of the base layer is predicted from the previous P-frame **204**. The P-frames **204** and **206** thus belong to the same sub-sequence, whereby the P-frame **206** also receives the sub-sequence identifier **0**. Since the P-frame **206** is the second image frame in the sub-se-

US 8,050,321 B2

**9**

quence **0**, the image number of the P-frame **206** is 1, and the P-frame **206** can be identified with (P.0.1).

The scalability layer succeeding the base layer and having the layer number 2, is called enhancement layer **1**. This layer comprises coded, motion-compensated P-frames predicted only from previous image frames, in this case either from I-frames of the INTRA layer or P-frames of the base layer. FIG. **2** shows a first image frame **208** and a second image frame **210** of enhancement layer **1**, which are both predicted only from the first image frame **200** of the INTRA layer. The P-frame **208** begins the first sub-sequence of enhancement layer **1**, the sub-sequence identifier of the P-frame thus being 0. Further, since the P-frame **208** is the first and only image frame in said sub-sequence, the P-frame **208** receives the image number 0. The P-frame **208** can thus be identified with (P.0.0.).

Since the second image frame **210** is also predicted only from the first image frame **200** of the INTRA layer, the P-frame **210** begins the second sub-sequence of enhancement layer **1** and the sub-sequence identifier of the P-frame **210** is therefore 1. Since the P-frame **210** is the first image frame in the sub-sequence, the image number of the P-frame **210** is 0. The P-frame can thus be identified with (P.1.0.). The temporally succeeding P-frame **212** of enhancement layer **1** is predicted from the previous P-frame **210**. The P-frames **210** and **212** thus belong to the same sub-sequence, and therefore the P-frame also receives the sub-sequence identifier **1**. The P-frame **212** is the second image frame in the sub-sequence **1**, and therefore the P-frame receives the image number 1 and can be identified with (P.1.1).

The temporally fourth image frame **214** of enhancement layer **1** is predicted from the first image frame **204** of the base layer. The P-frame **214** thus begins a third sub-sequence of enhancement layer **1** and therefore the P-frame **214** receives the sub-sequence identifier **2**. Further, since the P-frame **214** is the first and only image frame in the sub-sequence, the image number of the P-frame **214** is 0. The P-frame **208** can therefore be identified with (P.2.0).

Also the temporally fifth image frame **216** of enhancement layer **1** is predicted only from the first image frame **204** of the base layer, the P-frame **216** thus beginning the fourth sub-sequence of enhancement layer **1**, and the sub-sequence identifier of the P-frame **216** is 3. In addition, since the P-frame **216** is the first one in the sub-sequence in question, the image number of the P-frame **216** is 0. The P-frame **216** can therefore be identified with (P.3.0). The temporally following P-frame **218** of enhancement layer **1** is predicted from the previous P-frame **216**. The P-frames **216** and **218** thus belong to the same sub-sequence, and the sub-sequence identifier of the P-frame **218** is also 3. Since the P-frame **218** is the second image frame in the sub-sequence, the image number of the P-frame **218** is 1 and the identifier of the P-frame **218** is (P.3.1).

For simplicity and clarity of illustration the above disclosure only relates to I- and P-frames. However, a person skilled in the art will find it apparent that the scalable video coding of the invention can also be implemented using other known image frame types, such as the above described B-frames and at least SI-frames, SP-frames and MH-frames. SI-frames correspond to I-frames, but together with an SP-frame they allow an identical image to be reconstructed. An SP-frame, in turn, is a P-frame subjected to a particular coding that allows an identical image to be reconstructed together with an SI-frame or another SP-frame. SP-frames are typically placed into a video sequence into points where an access point or a scanning point is desired, or where the changing of the coding parameters of the video stream should be possible. The

**10**

frames can also be used for error correction and for increasing error tolerance. SP-frames are otherwise similar to ordinary P-frames predicted from previous frames, except that they are defined so that they can be replaced by another video frame of the SP- or SI-type, the result of the decoding of the new frame being identical with the decoding result of the original SP-frame that was in the video stream. In other words, a new SP-frame that is used for replacing the one that was in the video stream is predicted from another sequence or video stream and yet the reconstructed frame has identical contents. SP-frames are described for example in the Applicant's earlier application PCT/FI02/00004.

Similarly as B-frames, macroblocks of MH (Multi Hypothesis) frames, based on motion-compensated prediction, are predicted from two other frames, which are not, however, necessarily located next to an MH-frame. More precisely, the predicted macroblocks are computed as an average of two macroblocks of two other frames. Instead of two frames, MH-frame macroblocks can naturally be also predicted from one other frame. Reference images may change according to macroblock, in other words, all macroblocks in one and the same image are not necessarily predicted using the same frames.

A sub-sequence thus covers a specific period of time in a video sequence. The sub-sequences of the same layer or of different layers may be partly or entirely overlapping. If there are temporally overlapping image frames on the same layer, the frames are interpreted as alternative presentations of the same image content and therefore any mode of image presentation can be used. On the other hand, if there are temporally overlapping image frames on different layers, they form different presentations of the same image content, and therefore presentations differ in image quality, i.e. the quality of image is better on a lower layer.

The above disclosure referring to FIG. **2** illustrates a scalable coding arrangement and a hierarchical structure and numbering of image frames according to a preferred embodiment of the invention. In this embodiment the INTRA-layer only comprises I-frames and the base layer can only be decoded using the information received from the INTRA-layer. Correspondingly, the decoding of enhancement layer **1** typically requires information from both the base layer and the INTRA-layer.

The number of the scalability layers is not restricted to three, as above, but any number of enhancement layers that is considered necessary for producing sufficient scalability may be used. Consequently, the layer number of enhancement layer **2** is four, that of enhancement layer **3** is five, etc. Since some of the image frames in the above example are given the same identifier (e.g. the identifier of both image frames **204** and **208** is (P.0.0)), by including the layer number in the identifier each image frame can be uniquely identified and, at the same time, the dependencies of each image frame on other image frames is preferably determined. Each image frame is thus uniquely identified, the identifier of image frame **204**, for example, being (P.1.0.0), or simply (1.0.0) and, correspondingly, that of image **208** being (P.2.0.0), or (2.0.0).

According to a preferred embodiment of the invention, the number of a reference image frame is determined according to a specific, pre-determined alpha-numeric series, for example as an integer between 0 and 255. When the parameter value achieves the maximum value N (e.g. 255) in the series concerned, the determining of the parameter value starts from the beginning, i.e. from the minimum value of the series (e.g. 0). An image frame is thus uniquely identified within a specific sub-sequence up to the point where the same image number is used again. The sub-sequence identifier can

US 8,050,321 B2

**11**

also be determined according to a specific, predetermined arithmetic series. When the value of the sub-sequence identifier achieves the maximum value N of the series, the determining of the identifier starts again from the beginning of the series. However, a sub-sequence cannot be assigned an identifier that is still in use (within the same layer). The series in use may also be determined in another way than arithmetically. One alternative is to assign random sub-sequence identifiers, taking into account that an assigned identifier is not be used again.

A problem in the numbering of image frames arises when the user wishes to start browsing a video file in the middle of a video sequence. Such situations occur for example when the user wishes to browse a locally stored video file backward or forward or to browse a streaming file at a particular point; when the user initiates the playback of a streaming file from a random point; or when a video file that is to be reproduced is detected to contain an error that interrupts the playback or requires the playback to be resumed from a point following the error. When the browsing of a video file is resumed from a random point after previous browsing, discontinuity typically occurs in the image numbering. The decoder typically interprets this as unintentional loss of image frames and unnecessarily tries to reconstruct the image frames suspected as lost.

According to a preferred embodiment of the invention, this can be avoided in the decoder by defining an initiation image in an independently decodable Group of Pictures GOP that is activated the random point of the video file, and the number of the initiation image is set at zero. This independently decodable image group can thus be a sub-sequence of an INTRA-layer, for example, in which case an I-frame is used as the initiation image, or, if scaling originating from the base layer is employed, the independently decodable image group is a sub-sequence of the base layer, in which case the first image frame of the sub-sequence, typically an I-frame, is usually used as the initiation image. Consequently, when activated at a random point, the decoder preferably sets the identifier of the first image frame, preferably an I-frame, of the independently decodable sub-sequence at zero. Since the sub-sequence to be decoded may also comprise other image frames whose identifier is zero (for example when the above described alpha-numeric series starts from the beginning), the beginning of the sub-sequence, i.e. its first image frame, can be indicated to the decoder for example by a separate flag added to the header field of a slice of the image frame. This allows the decoder to interpret the image numbers correctly and to find the correct image frame that initiates the sub-sequence from the video sequence image frames.

The above numbering system provides only one example of how the unique image frame identification of the invention can be carried out so that interdependencies between the image frames are indicated at the same time. However, video coding methods in which the method of the invention can be applied, such as video coding methods according to the ITU-T standards H.263 and H.26L, employ code tables, which in turn use variable length codes. When variable length codes are used for coding layer numbers, for example, a lower code word index, i.e. a smaller layer number, signifies a shorter code word. In practice the scalable coding of the invention will be used in most cases in such a way that the base layer will consist significantly more image frames than the INTRA-layer. This justifies the use of a lower index, i.e. a smaller layer number, on the base layer than on the INTRA-layer, because the amount of coded video data is thereby advantageously reduced. Consequently, the INTRA-layer is preferably assigned layer number 1 and the base layer is given

**12**

layer number 0. Alternatively, the code can be formed by using fewer bits for coding the base layer number than the INTRA-layer number, in which case the actual layer number value is not relevant in view of the length of the code created.

Further, according to a second preferred embodiment of the invention, when the number of the scalability layers is to be kept low, the first scalability layer in particular can be coded to comprise both the INTRA-layer and the base layer. From the point of view of coding hierarchy, the simplest way to conceive this is to leave out the INTRA-layer altogether, and to provide the base layer with coded frames consisting of both independently defined I-frames, the image information of which has not been determined using motion-compensated temporal prediction, and image frames predicted from previous frames, which image frames in this case are motion-compensated P-frames predicted from the I-frames of the same layer. The layer number 0 can thus still be used for the base layer and, if enhancement layers are coded into the video sequence, enhancement layer **1** is assigned layer number 1. This is illustrated in the following, with reference to FIGS. 3*a* and 3*b*.

FIG. 3*a* shows a non-scalable video sequence structure, in which all image frames are placed on the same scalability layer, i.e. the base layer. The video sequence comprises a first image frame **300** which is an I-frame (I.0.0) and which thus initiates a first sub-sequence. The image frame **300** is used for predicting a second image frame **302** of the sub-sequence, i.e. a P-frame (P.0.1), which is then used for predicting a third image frame **304** of the sub-sequence, i.e. a P-frame (P.0.2), which is in turn used for predicting the next image frame **306**, i.e. a P-frame (P.0.3). The video sequence is then provided with an I-frame (I.1.0) coded therein, i.e. an I-frame **308**, which thus initiates a second sub-sequence in the video sequence. This kind of non-scalable coding can be used for example when the application employed does not allow scalable coding to be used, or there is no need for it. In a circuit-switched videophone application, for example, channel bandwidth remains constant and the video sequence is coded in real-time, and therefore there is typically no need for scalable coding.

FIG. 3*b*, in turn, illustrates an example of how scalability can be added, when necessary, to a combined INTRA- and base layer. Here, too, the video sequence base layer comprises a first image frame **310** which is an I-frame (I.0.0) and which initiates a first sub-sequence of the base layer. The image frame **310** is used for predicting a second image frame **312** of the sub-sequence, i.e. a P-frame (P.0.1), which is then used for predicting a third image frame **314** of the sub-sequence, i.e. a P-frame (P.0.2). Enhancement layer **1**, however, is also coded into this video sequence and it comprises a first sub-sequence, the first and only image frame **316** of which is a P-frame (P.0.0), which is predicted from the first image frame **310** of the base layer. The first image frame **318** of a second sub-sequence of the enhancement layer is, in turn, predicted from the second image frame **312** of the base layer, and therefore the identifier of this P-frame is (P.1.0). The next image frame **320** of the enhancement layer is again predicted from the previous image frame **318** of the same layer and, therefore, it belongs to the same sub-sequence, its identifier thus being (P.1.1).

In this embodiment of the invention the sub-sequences of the base layer can be decoded independently, although a base layer sub-sequence may be dependent on another base layer sub-sequence. The decoding of the base layer sub-sequences requires information from the base layer and/or from the second sub-sequence of enhancement layer **1**, the decoding of the sub-sequences of enhancement layer **2** requires informa-

US 8,050,321 B2

13

tion from enhancement layer **1** and/or from the second sub-sequence of enhancement layer **2**, etc. According to an embodiment, I-frames are not restricted to the base layer alone, but lower enhancement layers may also comprise I-frames.

The basic idea behind the above embodiments is that a sub-sequence comprises information about all the sub-sequences it is dependent on, i.e. about all sub-sequences that have been used for predicting at least one of the image frames of the sub-sequence in question. However, according to an embodiment it is also possible that a sub-sequence comprises information about all sub-sequences that are dependent on the sub-sequence in question, in other words, about all the sub-sequences in which at least one image frame has been predicted using at least one image frame of the sub-sequence in question. Since in the latter case the dependencies are typically determined temporally forward, image frame buffers can be advantageously utilized in the coding in a manner to be described later.

In all the above embodiments the numbering of the image frames is sub-sequence-specific, i.e. a new sub-sequence always starts the numbering from the beginning. The identification of an individual image frame thus requires the layer number, sub-sequence identifier and image frame number to be determined. According to a preferred embodiment of the invention, the image frames can be independently numbered using consecutive numbering in which successive reference image frames in the coding order are indicated with numbers incremented by one. As regards layer numbers and sub-sequence identifiers, the above-described numbering procedure can be used. This allows each image frame to be uniquely identified, when necessary, without using the layer number and sub-sequence identifier.

This is illustrated with the example shown in FIG. **4***a* in which the base layer comprises a temporally first I-frame **400** (I.0.0). This frame is used for predicting a first image frame **402** of enhancement layer **1**, i.e. (P.0.1), which is then used for predicting a second image frame **404** belonging to the same sub-sequence (with sub-sequence identifier **0**), i.e. (P.0.2), which is used for predicting a third image frame **406** of the same sub-sequence, i.e. (P.0.3), which is used for predicting a fourth image frame **408** (P.0.4) and, finally, the fourth frame for predicting a fifth image frame **410** (P.0.5). The temporally next video sequence image frame **412** is located on the base layer, where it is in the same sub-sequence as the I-frame **400**, although temporally it is only the seventh coded image frame, and therefore its identifier is (P.0.6). The seventh frame is then used for predicting a first image frame **414** of the second sub-sequence of enhancement layer **1**, i.e. (P.1.7), which is then used for predicting a second image frame **416** belonging to the same sub-sequence (with sub-sequence identifier **1**), i.e. (P.1.8), which in turn used for predicting a third image frame **418** (P.1.9), the third for predicting a fourth image frame **420** (P.1.10) and, finally, the fourth for predicting a fifth image frame **422** (P.1.11) of the same sub-sequence. Again, the temporally next video sequence image frame **424** is located on the base layer, where it is in the same sub-sequence as the I-frame **400** and the P-frame **412**, although temporally it is only the thirteenth coded image frame and therefore its identifier is (P.0.12). For clarity of illustration, the above description of the embodiment does not comprise layer identifiers, but it is apparent that in order to implement scalability, also the layer identifier must be signalled together with the video sequence, typically as part of the image frame identifiers.

FIGS. **4***b* and **4***c* show alternative embodiments for grouping the image frames of the video sequence shown in FIG. **4***a*.

14

The image frames in FIG. **4***b* are numbered according to sub-sequence, i.e. a new sub-sequence always starts the numbering from the beginning (from zero). FIG. **4***c*, in turn, employs image frame numbering which corresponds otherwise to that used in FIG. **4***a*, except that the P-frames of the base layer are replaced by SP-frame pairs to allow for identical reconstruction of image information.

As stated above, the procedure of the invention can also be implemented using B-frames. One example of this is illustrated in FIGS. **5***a*, **5***b* and **5***c*. FIG. **5***a* shows a video sequence in the time domain, the sequence comprising P-frames P1, P4 and P7, with B-frames placed between them, the interdependencies of the B-frames with regard to temporal predicting being shown with arrows. FIG. **5***b* shows a preferred grouping of video sequence image frames in which the interdependencies shown in FIG. **5***a* are indicated. FIG. **5***b* illustrates subsequence-specific image frame numbering in which a new sub-sequence always starts the numbering of the image frames from zero. FIG. **5***c*, in turn, illustrates image frame numbering, which is consecutive in the order of temporal prediction, wherein the following reference frame always receives the next image number as the previously encoded reference frame. The image frame (B1.8) (and (B2.10)) does not serve as a reference prediction frame to any other frame, therefore it does not affect the image frame numbering.

The above examples illustrate different alternatives of how scalability of video sequence coding can be adjusted by using the method of the invention. From the point of view of the terminal device reproducing the video sequence, the more scalability layers are available, or the more scalability layers it is capable of decoding, the better the image quality. In other words, increase in the amount of image information and in the bit rate used for transferring the information improves the temporal or spatial resolution, or the spatial quality of the image data. Correspondingly, a higher number of scalability layers also sets considerably higher demands on the processing capacity of the terminal device performing decoding.

In addition, the above examples illustrate the advantage gained by using sub-sequences. With image frame identifiers, the dependencies of each image frame from other image frames in the sub-sequence are indicated in an unambiguous manner. A sub-sequence thus forms an independent whole that can be left out of a video sequence, when necessary, without affecting the decoding of subsequent image frames of the video sequence. In that case, only the image frames of the sub-sequence in question and of those sub-sequences on the same and/or lower scalability layers dependent on it are not decoded.

The image frame identifier data transmitted together with the video sequence are preferably included in the video sequence header fields or in the header fields of the transfer protocol to be used for transferring the video sequence. In other words, the identifier data of predicted image frames are not included in the image data of the coded video sequence, but always into the header fields, whereby the dependencies of the image frames can be detected without decoding the images of the actual video sequence. The identifier data of the image frames can be stored for example in the buffer memory of the streaming server as the video sequence is being coded for transmission. In addition, the sub-sequences can be independently decoded on each scalability layer, because the image frames of a sub-sequence are not dependent on other sub-sequences of the same scalability layer.

According to an embodiment of the invention, the image frames comprised by a sub-sequence may thus depend also on other sub-sequences of the same scalability layer. This dependency must then be signalled for example to the streaming

US 8,050,321 B2

15

server carrying out traffic shaping, because interdependent sub-sequences located on the same layer cannot be separately removed from a video sequence to be transmitted. A preferred way to carry out the signalling is to include it in the image frame identifiers to be transmitted, for example by listing the layer-sub-sequence pairs the sub-sequence in question depends on. This also provides a preferred way of indicating dependency from another sub-sequence of the same scalability layer.

The above examples illustrate a situation where image frames are temporally predicted from previous image frames. In some coding methods, however, the reference picture selection has been further extended to also include the predicting of the image information of image frames from temporally succeeding image frames. Reference picture selection offers most diversified means for creating different temporally scalable image frame structures and allows the error sensitivity of the video sequence to be reduced. One of the coding techniques based on reference picture selection is INTRA-frame postponement. The INTRA-frame is not placed into its temporally "correct" position in the video sequence, but its position is temporally postponed. The video sequence image frames that are between the "correct" position of the INTRA-frame and its actual position are predicted temporally backward from the INTRA-frame in question. This naturally requires that uncoded image frames be buffered for a sufficiently long period of time so that all image frames that are to be displayed can be coded and arranged into their order of presentation. INTRA-frame transfer and the associated determining of sub-sequences in accordance with the invention are illustrated in the following with reference to FIG. 6.

FIG. 6a shows a video sequence part in which the INTRA-frame comprises a single I-frame 600, which is temporally transferred to the position shown in FIG. 6, although the "correct" position of the I-frame in the video sequence would have been at the first image frame. The video sequence image frames between the "correct" position and the real position 600 are thus temporally predicted backward from the I-frame 600. This is illustrated by a sub-sequence coded into enhancement layer 1 and having a first temporally backward predicted image frame 602, which is a P-frame (P.0.0). This frame is used for temporally predicting a previous image frame 604, i.e. a P-frame (P.0.1), which is used in turn for predicting an image frame 606, i.e. a P-frame (P.0.2), and, finally, the image 606 for predicting an image frame 608, i.e. a P-frame (P.0.3), which is at the position that would have been the "correct" position of the I-frame 600 in the video sequence. Correspondingly, the I-frame 600 on the base layer is used for temporally forward prediction of a sub-sequence comprising four P-frames 610, 612, 614 and 616, i.e. P-frames (P.0.0), (P.0.1), (P.0.2) and (P.0.3).

The fact that in this example backward predicted image frames are placed on a lower layer than forward predicted image layers indicates that for purposes of illustration, backward predicted image frames are in this coding example considered subjectively less valuable than forward predicted image frames. Naturally the sub-sequences could both be placed on the same layer, in which case they would be considered equal, or a backward predicted sub-sequence could be on the upper layer, in which case it would be considered subjectively more valuable.

FIGS. 6b and 6c show some alternatives for coding a video sequence according to FIG. 6a. In FIG. 6b both forward and backward predicted sub-sequences are placed on the base layer, the I-frame being only located on the INTRA-layer. The forward predicted sub-sequence on this layer is thus the

16

second sub-sequence and its sub-sequence identifier is 1. In FIG. 6c, in turn, an I-frame and a forward predicted sub-sequence based on it are located on the base layer, while a backward predicted sub-sequence is located on enhancement layer 1.

Moreover, according to a preferred embodiment of the invention, the above-described scalability can be utilized for coding what is known as a scene transition into a video sequence. Video material, such as news reports, music videos and movie trailers, often comprise rapid cuts between separate image material scenes. Sometimes the cuts are abrupt, but often a procedure known as scene transition is used in which transfer from one scene to another takes place by dimming, wiping, mosaic dissolving or scrolling the image frames of a previous scene, and, correspondingly, by presenting those of a later scene. From the point of view of coding efficiency, the video coding of a scene transition is often most problematic, because the image frames appearing during the scene transition comprise information on the image frames of both the terminating and the initiating scene.

A typical scene transition, fading, is carried out by gradually reducing the intensity or luminance of the image frames of a first scene to zero, while gradually increasing the intensity of the image frames of a second scene to its maximum value. This scene transition is referred to as cross-faded scene transition.

Generally speaking, a computer-made image can be thought of as consisting of layers, or image objects. Each object can be defined with reference to at least three information types: the structure of the image object, its shape and transparency, and the layering order (depth) in relation to the background of the image and to other image objects. Shape and transparency are often determined using what is known as an alpha plane, which measures opacity and the value of which is usually determined separately for each image object, possibly excluding the background, which is usually determined as non-transparent. The alpha plane value of a non-transparent image object, such as the background, can thus be set at 1.0, whereas the alpha plane value of a fully transparent image object is 0.0. The values in between define the intensity of the visibility of a specific image object in a picture in proportion to the background and to other, at least partly overlapping, image objects that have a higher depth value than the image object in question.

The superimposition of image objects in layers according to their shape, transparency and depth position is referred to as scene composition. In practice the procedure is based on the use of weighted averages. First, the image object that is closest to the background, i.e. deepest according to its depth position, is placed onto the background and a combined image is formed of the two. The pixel values of the combined image are formed as an average weighted by the alpha plane values of the background image and the image object in question. The alpha plane value of the combined image is then set at 1.0, after which it serves as a background image for the next image object. The process continues until all image objects are attached to the image.

In the following, a procedure according to a preferred embodiment of the invention will be described in which video sequence scalability layers are combined with the above described image objects of image frames and their information types to provide a scene transition with scalable video coding that also has good compression efficiency.

This embodiment of the invention is illustrated in the following by way of example and in a simplified manner by using cross-faded scene transition, on one hand, and abrupt scene transition, on the other hand, as examples. The image

US 8,050,321 B2

**17**

frames to be displayed during a scene transition are typically formed of two superimposed image frames, a first image frame comprising a first image scene and a second image frame a second scene. One of the image frames serves as the background image and other, which is referred to as a foreground image, is placed on top of the background image. The opacity of the background image, i.e. its non-transparency value, is constant. In other words, its pixel-specific alpha plane values are not adjusted.

In this embodiment of the invention, the background and foreground images are both defined according to scalability layer. This is illustrated in FIG. **7**, which shows an example of how image frames of two different scenes can be placed on scalability layers during a scene transition of the invention. FIG. **7** shows a first image frame **700** of a first (terminating) scene positioned on the base layer. The image frame **700** may be either an I-frame containing image information that has not been determined using motion-compensated temporal predicting, or it may be a P-frame that is a motion-compensated image predicted from previous image frames. The coding of a second (initiating) scene starts during the temporally following image frame and, according to the invention, the image frames of the scene are also placed on the base layer. Remaining image frames **702, 704** of the second (terminating) scene are then placed on enhancement layer **1**. These image frames are typically P-frames.

In this embodiment, the image frames of the second (initiating) scene are thus placed on the base layer, at least for the duration of the scene transition. The first image frame **706** of the scene is typically an I-frame, and it is used for temporally predicting the succeeding image frames of the scene. Consequently, the succeeding image frames of the second scene are temporally predicted frames, typically P-frames, such as frames **708** and **710** shown in FIG. **7**.

According to a preferred embodiment of the invention, this placing of image frames on scalability layers can be used for implementing a cross-faded scene transition by determining the image layer that is on the base layer always as a background image of maximum opacity (100%), or non-transparency value. During a scene transition, image frames located on enhancement layers are placed onto the background image and their opacity is adjusted for example by means of suitable filters such that the frames gradually change from non-transparent to transparent.

In the video sequence of FIG. **7**, there are no image frames on the lower scalability layers during the first base layer image frame **700**. For this time instant, the first image frame **700** is only coded into the video sequence.

The next image frame **706** of the base layer initiates a new (second) scene, during which the image frame **706** is provided with depth positioning that places it as the background image, and its opacity value is set to the maximum. Temporally simultaneously with the image frame **706** of the base layer, there is an image frame **702** of a terminating (first) scene on enhancement layer **1**. To allow a cross-faded scene transition to be produced, the transparency of the frame **702** must be increased. The example of FIG. **7** assumes that the opacity of the image frame **702** is set at 67% and, in addition, the image frame **702** is provided with depth positioning that determines it as a foreground image. For this time instant, an image combining the image frames **706** and **702** is coded into the video sequence, image **706** being visible as a weaker image on the background and image **702** as a stronger image at the front, because its opacity value is essentially high (67%).

During the temporally following image frame, there is a second image frame **708** of the second scene on the base layer,

**18**

the frame **708** being thus correspondingly provided with depth positioning determining it as a background image, and its opacity value is set to the maximum. Enhancement layer **1** further comprises the last image frame **704** of a temporally simultaneously terminating (first) scene, the opacity value of the frame being set at 33% and, in addition, the image frame **704** being provided with depth positioning that determines it as a foreground image as well. Consequently, for this time instant, an image combined of the image frames **708** and **704** is coded into the video sequence, the image **708** being displayed as a stronger image on the background and the image **704** as a weaker image on the foreground, because the opacity value of the image **704** is no longer more than 33%.

During the temporally following image frame, the base layer comprises a third image frame **710** of the second scene. Since the first scene has terminated, only the image frame **710** is coded into the video sequence, and the displaying of the second scene continues from the frame **710**.

The above disclosure describes, by way of example, the positioning of image frames according to the invention on scalability layers to implement cross-faded scene transition in a manner that is advantageous from the point of view of coding efficiency. However, it is possible that when a video sequence is being transmitted or decoded, a situation arises in which the bit rate of the video sequence must be adjusted according to the maximum value of the bandwidth and/or terminal device decoding rate available for data transfer. This kind of bit rate control causes problems when the scene transition is to be implemented using prior art video coding methods.

A preferred embodiment of the present invention now allows one or more scalability layers, or independently decodable sub-sequences included in them, to be removed from a video sequence, whereby the bit rate of the video sequence can be decreased and yet, at the same time, the video sequence can be decoded without reducing image frequency. In the image frame positioning according to FIG. **7**, this can be implemented by removing enhancement layer **1** from the video sequence. The video sequence is thus only used for displaying the image frames **700, 706, 708** and **710** of the base layer. In other words, a direct transition from the first (terminating) scene to the second (initiating) scene takes place in the form of an abrupt scene transition, i.e. directly from the image frame **700** of the first scene into the I-image frame **706** that initiates the second scene. The transition is thus not a cross-faded scene transition but an abrupt scene transition. Nevertheless, the scene transition can be carried out in an advantageous manner without affecting the quality of the video sequence image, and the viewer usually does not experience an abrupt scene transition carried out instead of a cross-faded scene transition in any way disturbing or faulty. On the contrary, since the prior art implementation does not allow scalability layers to be removed, scene transition would often require image frequency to be reduced, which the viewer would find jerky and disturbing.

The invention thus provides a preferred means for carrying out multimedia data traffic shaping in a streaming server comprising information about the different sub-sequences of a video sequence: their average bit rate, location in relation to the entire video sequence, duration and their interdependencies regarding the layers. The streaming server also determines the maximum value of the bandwidth available for the data transfer and/or the decoding rate of the terminal device. On the basis of this information, the streaming server decides how many scalability layers and which sub-sequences are transmitted in the video sequence. Bit rate control can thus be carried out, when necessary, by making first a rough adjust-

US 8,050,321 B2

**19**

ment of the number of the scalability layers, after which finer sub-sequence-specific adjustment can be easily carried out. At its simplest, bit rate control means making sub-sequence-specific decisions on whether a particular sub-sequence will be added to a video sequence or removed from it. In case of removal it is advisable to remove entire sub-sequences from a video sequence, because the removal of separate images may cause errors in other images of the same sub-sequence. For the same reason, all sub-sequences of a lower enhancement layer should be left out if they are dependent on the removed sub-sequence of a higher layer. If there are interdependent sub-sequences on one and the same scalability layer, sub-sequences dependent on an earlier sub-sequence must be removed if the earlier sub-sequence is removed.

If the image frame identifier data are added to a video sequence that is to be transmitted, traffic shaping can also be carried out in a telecommunications network element to be used for the transfer of the video sequence, for example in an Internet router, in different gateways, or at a base station or base station controller of a mobile communications network. For the network element to be able to maintain and process the sub-sequence information, it must have extra memory and processing capacity. For this reason traffic shaping that is to be carried out in the network is perhaps most probably executed using simple processing methods, such as the Diff-Serv, i.e. differentiated services, procedure that is supported by some IP-based networks. In the DiffServ method, each IP data packet is assigned a priority, whereby data packets of a higher priority are relayed faster and more reliably to the recipient than packets of a lower priority. This is advantageously applied to the scalability of the invention by determining not only scalability-layer-specific, but also sub-sequence-specific priorities, which enables a highly advanced priorisation.

There are many alternatives for adding image frame identifier data to a video sequence that is to be transmitted. In addition, it is also possible not to include any identifier data into the video sequence, in which case traffic shaping is only carried out at the streaming server. The identifier data can be included in the header fields of a video sequence, or in the header fields of the transfer protocol to be used, such as RTP (Real Time Protocol). According to a preferred embodiment, the identifier data can be transferred using a Supplemental Enhancement Information (SEI) mechanism. SEI provides a data delivery mechanism that is transferred synchronously with the video data content, thus assisting in the decoding and displaying of the video sequence. The SEI mechanism, particularly when used for transferring layer and sub-sequence information, is disclosed more in detail in the ITU-T standard document ITU-T Rec. H.264 (ISO/IEC 14496-10:2002), Annex D. In the cases, wherein a separate transfer protocol or mechanism is used for identifier data transfer, traffic shaping can be carried out also at one of the network elements of the transfer path. In addition, the receiving terminal device can control the decoding.

If the encoder or decoder supports reference picture selection, video sequence coding requires that decoded image frames be buffered before the coding so as to allow the relationships between different image frames to be temporally predicted from one or more other image frames. Image frame buffering can be arranged at least in two different ways, either as sliding windowing or as adaptive buffer memory control. In sliding windowing, M image frames that were coded last are used as a buffer. The frames in the buffer memory are in a decoded and reconstructed form, which allows them to be used as reference images in the coding. As the coding proceeds, the image frame buffering functions on the basis of the

**20**

FIFO principle (First-In-First-Out). Images that are not used as reference images, such as conventional B-images, do not need to be stored in the buffer. Alternatively, the buffering can be also be implemented as adaptive buffer memory control, in which case the image buffering is not restricted to the FIFO principle, but image frames that are not needed can be removed from the buffer in the middle of the process, or, correspondingly, some image frames can be stored in the buffer for a longer period of time, if they are needed as reference images for later image frames. A known reference picture selection is implemented by indexing image frames that are in the buffer memory into a specific order, the image indices being then used to refer to an image in connection with motion-compensation, for example. This indexing method generally provides better compression efficiency compared to using image numbers, for example, for referring to a specific image when motion-compensation reference images are to be signalled.

The above reference image indexing method is sensitive to transfer errors, because the buffers of the sender's encoder and the recipient's decoder must contain mutually corresponding reconstructed images in identical order to ensure that the encoder and decoder both form the same indexing order. If the image frames are indexed in different order in the buffers of the encoder and the decoder, an incorrect reference image may be used in the decoder. To prevent this, it is essential that the decoder can be controlled to take into account image frames and sub-sequences that the encoder has intentionally removed from the video sequence. In that case the image frame numbering may comprise gaps, which the decoder typically interprets as errors and tries to reconstruct the image frames interpreted as lost. For this reason, it is essential that the encoder is capable to inform the decoder that the discontinuities in the image numbering of the transmitted image frames are intentional.

In response to this, and provided that sliding windowing is used for buffering the image frames, the decoder enters into the buffer memory a number of image frames, the contents of which may be fully random, corresponding to the missing image numbers. These random image frames are then designated by an identifier "invalid" to indicate that the frames in question do not belong to the actual video sequence, but are only filler frames entered for purposes of buffer memory management. A filler frame can naturally be implemented using only memory indicators, i.e. no data is preferably entered into the buffer memory, but memory management is used merely to store a reference to a generic "invalid" frame. The entering of the image frames of the actual video sequence continues from the correct image frame number after the number of filler frames indicated by the missing image numbers has been entered into the buffer, which allows the buffer memories of the encoder and the decoder to be kept preferably in synchronism. If during decoding a reference to an image number is detected which is then found to indicate a filler frame located in the buffer, error correction actions are initiated in the decoder to reconstruct the actual reference image, for example by asking the encoder to re-transmit the reference image in question.

Further, the procedure of the invention allows separate buffer memories to be used on the different scalability layers, or, correspondingly, sub-sequence-specifically. Each scalability layer may thus have a separate buffer memory that is conceptually separate and functions on the basis of the sliding window principle. Similarly, each sub-sequence may also be provided with a conceptually separate buffer memory that also functions on the basis of the sliding window principle. This means that the buffer memory is always emptied when a

US 8,050,321 B2

**21**

sub-sequence terminates. Separate buffer memories can be used in a preferred manner for reducing the need for signalling in certain situations in which ordinary sliding window buffering would be inadequate and actively adaptive buffer memory management would need to be used instead.

The H.26L standard defines a picture order count as a picture position in output order. The decoding process specified in the H.26L standard uses picture order counts to determine default index orderings for reference pictures in B slices, to represent picture order differences between frames and fields for vector scaling in motion vector prediction and for implicit mode weighted prediction in B slices, and to determine when successive slices in decoding order belong to different pictures. The picture order count is coded and transmitted for each picture.

In one embodiment of the invention, the decoder uses the picture order count to conclude that pictures are temporally overlapping, i.e., pictures that have an equal picture order count are temporally overlapping. Preferably, the decoder outputs only the picture on the highest received layer. In the absence of layer information, the decoder concludes that the latest temporally overlapping picture in decoding order resides on highest received layer.

The above disclosure describes a procedure for coding video frames for the purpose of producing a scalable, compressed video sequence. The actual procedure is carried out in a video encoder, such as the compressor **108** of FIG. **1**, which may be any known video encoder. For example a video encoder according to the ITU-T recommendation H.263 or H.26L may be used, the video encoder being arranged to form, in accordance with the invention, a first sub-sequence into a video sequence, at least part of the sub-sequence being formed by coding I-frames; to form at least a second sub-sequence into the video sequence, at least part of the sub-sequence being formed by coding at least P- or B-frames, and at least one video frame of the second sub-sequence being predicted from at least one video frame of the first sub-sequence; and to determine into the video sequence the identification data of at least the video frames of the second sub-sequence.

According to the procedure of the invention, each sub-sequence of a particular scalability layer is preferably independently decodable, naturally taking into account dependencies from higher scalability layers and possibly other sub-sequences of the same scalability layer. A scalably compressed video sequence such as the one described above can thus be decoded by decoding a first sub-sequence of a video sequence, at least part of the sub-sequence having been formed by coding at least I-frames, and by decoding at least a second sub-sequence of the video sequence, at least part of the second sub-sequence having been formed by coding at least P- or B-frames, and at least one video frame of the second sub-sequence having been predicted from at least one video frame of the first sub-sequence, and by determining the identification and dependency data of at least the video frames comprised by the second sub-sequence of the video sequence, and by reconstructing at least part of the video sequence on the basis of the sub-sequence dependencies.

The actual decoding takes places in the video decoder, such as the decompressor **118** of FIG. **1**, which may be any known video decoder. For example, a low bit rate video decoder according to the ITU-T recommendation H.263 or H.26L may be used, which in this invention is arranged to decode a first sub-sequence of a video sequence, at least part of the sub-sequence having been formed by coding I-frames; to decode at least a second sub-sequence of the video sequence, at least part of the second sub-sequence having been formed

**22**

by coding at least P- or B-frames and at least one video frame of the second sub-sequence having been predicted from at least one video frame of the first sub-sequence. The video decoder is arranged to determine the identification and dependency data of at least the video frames comprised by the second sub-sequence of the video sequence and to reconstruct at least part of the video sequence on the basis of the dependencies of the sub-sequences.

An essential aspect in the operation of the streaming system of the invention is that the encoder and decoder are positioned at least so that the encoder is operationally connected to the streaming server and the decoder is operationally connected to the receiving terminal device. However, the different elements of the streaming system, terminal devices in particular, may include functionalities that allow two-way transfer of multimedia files, i.e. transmission and reception. The encoder and decoder can thus be implemented in the form of what it known as a video codec integrating both encoder and decoder functionalities.

It is to be noted that according to the invention the functional elements of the above described streaming system and its elements, such as the streaming server, video encoder, video decoder and terminal are preferably implemented by hardware solutions or as a combination of hardware and software. The coding and decoding methods of the invention are particularly suitable for implementation as computer software comprising computer-readable commands for executing the process steps of the invention. A preferred way of implementing the encoder and the decoder is to store them in a storage means as a program code that can be executed by a computer-like device, for example a personal computer (PC) or a mobile station, to provide coding/decoding functionalities on the device in question.

Another alternative is to implement the invention as a video signal comprising a scalably compressed video sequence which in turn comprises video frames coded according to at least a first and a second frame format, the video frames according to the first frame format being independent of other video frames, and the video frames of the second frame format being predicted from at least one of the other video frames. According to the invention, the video signal in question comprises at least a first sub-sequence, at least part of which has been formed by coding at least video frames of the first frame format; at least a second sub-sequence, at least part of which has been formed by coding at least video frames of the second frame format; and at least one video frame of the second sub-sequence having been predicted from at least one video frame of the first sub-sequence; and at least one data field that determines video frames belonging to the second sub-sequence.

It is apparent to a person skilled in the art that as technology advances the basic idea of the invention can be implemented in various ways. The invention and its embodiments are therefore not restricted to the above examples, but they may vary within the scope of the claims.

The invention claimed is:

**1**. A method for encoding a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence, the method comprising:

    encoding into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence;

    encoding identifier values for the image frames according to a numbering scheme; and

US 8,050,321 B2

23

resetting the identifier value for the indicated first image frame of the independent sequence.

**2**. A method according to claim **1**, further comprising:

encoding the indication into the video sequence as a separate flag included in the header of a slice.

**3**. A method according to claim **1**, further comprising:

encoding into the video sequence an identifier value for the independent sequence.

**4**. A video encoder comprising at least one processor and at least one memory including computer program code, the at least one memory and the computer program code configured to, with the at least one processor, cause the video encoder to encode a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence by causing the video encoder to at least:

encode into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence;

encode identifier values for the image frames according to a numbering scheme; and

reset the identifier value for the indicated first image frame of the independent sequence.

**5**. A video encoder according to claim **4**, wherein the video encoder is configured to

encode the indication into the video sequence as a separate flag included in the header of a slice.

**6**. A video encoder according to claim **4**, wherein the video encoder is configured to

encode into the video sequence an identifier value for the independent sequence.

**7**. A computer program product, stored on a non-transitory computer readable medium and executable in a data processing device, for encoding a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence, the computer program product comprising:

a computer program code for encoding into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence;

a computer code for encoding identifier values for the image frames according to a numbering scheme; and

a computer code for resetting the identifier value for the indicated first image frame of the independent sequence.

**8**. A method for decoding a compressed video sequence, the method comprising:

decoding from the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of an independent sequence, wherein all motion-compensated temporal prediction references of

24

the independent sequence refer only to image frames within said independent sequence;

starting the decoding of the video sequence from said first image frame of the independent sequence, whereby the video sequence is decoded without prediction from any image frame decoded prior to said first image frame;

decoding identifier values for image frames according to a numbering scheme; and

resetting the identifier value for the indicated first image frame of the independent sequence.

**9**. A method according to claim **8**, wherein the indication is a separate flag included in the header of a slice.

**10**. A video decoder comprising at least one processor and at least one memory including computer program code, the at least one memory and the computer program code configured to, with the at least one processor, cause the video decoder to decode a compressed video sequence, by causing the video decoder to at least:

decode from the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of an independent sequence, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence;

start the decoding of the video sequence from said first image frame of the independent sequence, whereby the video sequence is decoded without prediction from any image frame decoded prior to said first image frame; and

decode identifier values for image frames according to a numbering scheme; and

reset the identifier value for the indicated first image frame of the independent sequence.

**11**. A computer program product, stored on a non-transitory computer readable medium and executable in a data processing device, for decoding a compressed video sequence, the computer program product comprising:

a computer program code for decoding from the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of an independent sequence, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence;

a computer program code for starting the decoding of the video sequence from said first image frame of the independent sequence, whereby the video sequence is decoded without prediction from any image frame decoded prior to said first image frame;

a computer program code for decoding identifier values for image frames according to a numbering scheme; and

a computer program code for resetting the identifier value for the indicated first image frame of the independent sequence.

*     *     *     *     *

# EXHIBIT 5

US007289674B2

(12) **United States Patent**
Karczewicz

(10) Patent No.: **US 7,289,674 B2**
(45) Date of Patent: **Oct. 30, 2007**

(54) **SPATIAL PREDICTION BASED INTRA CODING**

(75) Inventor: **Marta Karczewicz**, Irving, TX (US)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 742 days.

(21) Appl. No.: **10/459,126**

(22) Filed: **Jun. 10, 2003**

(65) **Prior Publication Data**

US 2004/0008771 A1    Jan. 15, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/395,178, filed on Jul. 9, 2002, provisional application No. 60/391,112, filed on Jun. 21, 2002, provisional application No. 60/388, 061, filed on Jun. 11, 2002.

(51) **Int. Cl.**
*G06K 9/36* (2006.01)
*G06K 9/46* (2006.01)

(52) **U.S. Cl.** .................................... **382/238**

(58) **Field of Classification Search** ............... 382/232, 382/233, 238, 244, 245, 246; 375/240.03, 375/240.12, 240.15, 240.16, 240.24
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2001/0048719 A1* | 12/2001 | Takeuchi et al. | ....... | 375/240.15 |
| 2004/0146109 A1* | 7/2004 | Kondo et al. | .......... | 375/240.16 |
| 2006/0072662 A1* | 4/2006 | Tourapis et al. | ....... | 375/240.12 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 01/54414 | 7/2001 |
| WO | WO 01/54416 | 7/2001 |

OTHER PUBLICATIONS

ITU-Telecommunications Standardization Sector, Video Coding Experts Group (VCEG); Greg Conklin; "New Intra Prediction Modes", Document VCEG-N54; pp. 1-10; Sep. 2001; Seattle, WA.
Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG, JVT-DO15 draft 2; "Working Draft No. 2, Revision 4 (WD-2 rev 4)"; pp. 1-107; Apr. 2002.
Joint Video Team (JVT) of ISO/IEC MPEG and ITU-T VCEG, JVT-B118rd; "Editor's Proposed Modifications to Joint Committee Draft (CD) of Joint Video Specification (ITU-T Rec. H.264 | ISO/IEC 14496-10 AVC)"; pp. 1-134; Jun. 2002.

* cited by examiner

*Primary Examiner*—Amir Alavi

(57) **ABSTRACT**

A method and device for coding a digital image using intra-mode block prediction, wherein a list of prediction modes for each combination of prediction modes of the neighboring blocks is obtained. The modes assigned to each combination of prediction modes may be divided into two groups. The first group includes n (where n is smaller than the overall number of available modes) most probable prediction modes and the second group includes the remaining modes. The modes in the first group are ordered according to their probability. This order may be specified as a list of modes ordered from most probable to the least probable mode. The modes belonging to the second group may be ordered in some predetermined manner, which may be specified depending on the information already available to the decoder.

**31 Claims, 6 Drawing Sheets**





7

2

8

4

6       1       5       3

# FIG. 1

**Q A B C D E F G H**

**I**  a b c d
**J**  e f g h
**K**  i j k l
**L**  m n o p
**M**
**N**
**O**
**P**

# FIG. 2



# FIG. 3



(a)                    (b)

"flip" line            "flip" line

# FIG. 4



(a)



(b)

# FIG. 5



# FIG. 6



FIG. 7



FIG. 8

US 7,289,674 B2

1

# SPATIAL PREDICTION BASED INTRA CODING

This application is a Continuation-In-Part and claims the benefit of a copending U.S. patent application Ser. No. 10/171,467, filed Jun. 12, 2002, assigned to the assignee of the instant application. This application is also based on and claims priority under 35 U.S.C. § 119(e) to U.S. provisional patent applications Ser. No. 60/388,061, filed Jun. 11, 2002, Ser. No. 60/391,112, filed Jun. 21, 2002, and Ser. No. 60/395,178, filed Jul. 9, 2002.

## FIELD OF THE INVENTION

The present invention relates generally to image coding and, more particularly, to coding blocks of video frames.

## BACKGROUND OF THE INVENTION

A digital image, such as a video image, a TV image, a still image or an image generated by a video recorder or a computer, consists of pixels arranged in horizontal and vertical lines. The number of pixels in a single image is typically in the tens of thousands. Each pixel typically contains luminance and chrominance information. Without compression, the quantity of information to be conveyed from an image encoder to an image decoder is so enormous that it renders real-time image transmission impossible. To reduce the amount of information to be transmitted, a number of different compression methods, such as JPEG, MPEG and H.263 standards, have been developed. In a typical video encoder, the frame of the original video sequence is partitioned into rectangular regions or blocks, which are encoded in Intra-mode (I-mode) or Inter-mode (P-mode). The blocks are coded independently using some kind of transform coding, such as DCT coding. However, pure block-based coding only reduces the inter-pixel correlation within a particular block, without considering the inter-block correlation of pixels, and it still produces high bit-rates for transmission. Current digital image coding standards also exploit certain methods that reduce the correlation of pixel values between blocks. to pixel B, etc. Similarly, if Mode 2 is selected, pixels a, b, c and d are predicted by setting them equal to pixel I, and pixels e, f, g and h are predicted by setting them equal to pixel J, etc. Thus, Mode 1 is a predictor in the vertical direction; and Mode 2 is a predictor in the horizontal direction. These modes are described in document VCEG-N54, published by ITU—Telecommunication Standardization Sector of Video Coding Expert Group (VCEG) in September 2001, and in document JVT-B118r2, published by the Joint Video Team of ISO/IEC MPEG and ITU-T VCEG in March, 2002.

Mode 0: DC Prediction

Generally all samples are predicted by $(A+B+C+D+I+J+K+L+4)>>3$. If four of the samples are outside the picture, the average of the remaining four is used for prediction. If all eight samples are outside the picture the prediction for all samples in the block is 128. A block may therefore always be predicted in this mode

Mode 1: Vertical Prediction

If A, B, C, D are inside the picture, then

a, e. i, m are predicted by A,

b, f, j, n are predicted by B,

c, g, k, o are predicted by C,

d, h. 1, p are predicted by D.

2

Mode 2: Horizontal Prediction

If E, F, G, H are inside the picture, then

a, b, c, d are predicted by E,

e, f, g, h are predicted by F,

i, j, k, l are predicted by G,

m, n, o, p are predicted by H.

Mode 3: Diagonal Down/Right Prediction

This mode is used only if all A, B, C, D, I, J, K, L, Q are inside the picture. This is a "diagonal" prediction.

In general, blocks encoded in P-mode are predicted from one of the previously coded and transmitted frames. The prediction information of a block is represented by a two-dimensional (2D) motion vector. For the blocks encoded in I-mode, the predicted block is formed using spatial prediction from already encoded neighboring blocks within the same frame. The prediction error, i.e., the difference between the block being encoded and the predicted block is represented as a set of weighted basis functions of some discrete transform. The transform is typically performed on an 8×8 or 4×4 block basis. The weights—transform coefficients—are subsequently quantized. Quantization introduces loss of information and, therefore, quantized coefficients have lower precision than the originals.

Quantized transform coefficients, together with motion vectors and some control information, form a complete coded sequence representation and are referred to as syntax elements. Prior to transmission from the encoder to the decoder, all syntax elements are entropy coded so as to further reduce the number of bits needed for their representation.

In the decoder, the block in the current frame is obtained by first constructing its prediction in the same manner as in the encoder and by adding to the prediction the compressed prediction error. The compressed prediction error is found by weighting the transform basis functions using the quantized coefficients. The difference between the reconstructed frame and the original frame is called reconstruction error.

The compression ratio, i.e., the ratio of the number of bits used to represent the original and compressed sequences, both in case of I- and P-blocks, is controlled by adjusting the value of the quantization parameter that is used to quantize transform coefficients. The compression ratio also depends on the employed method of entropy coding.

An example of spatial prediction used in a Working Draft Number 2 (WD2) of the JVT coder is described as follows. In order to perform the spatial prediction, the JVT coder offers 9 modes for prediction of 4×4 blocks, including DC prediction (Mode 0) and 8 directional modes, labeled 1 through 7, as shown in FIG. 1. The prediction process is illustrated in FIG. 2. As shown in FIG. 2, the pixels from a to p are to be encoded, and pixels A to Q from neighboring blocks that have already been encoded are used for prediction. If, for example, Mode 1 is selected, then pixels a, e, i and m are predicted by setting them equal to pixel A, and pixels b, f, j and n are predicted by setting them equal

| | |
|---|---|
| m is predicted by | $(J + 2K + L + 2)>>2$ |
| i, n are predicted by | $(I + 2J + K + 2)>>2$ |
| e, j, o are predicted by | $(Q + 2I + J + 2)>>2$ |
| a, f, k, p are predicted by | $(A + 2Q + I + 2)>>2$ |
| b, g, l are predicted by | $(Q + 2A + B + 2)>>2$ |
| c, h are predicted by | $(A + 2B + C + 2)>>2$ |
| d is predicted by | $(B + 2C + D + 2)>>2$ |

US 7,289,674 B2

**3**

Mode **4**: Diagonal Down/Left Prediction

This mode is used only if all A, B, C, D, I, J, K, L, Q are inside the picture. This is a "diagonal" prediction.

| | |
|---|---|
| a is predicted by | (A + 2B + C + I + 2J + K + 4)>>3 |
| b, e are predicted by | (B + 2C + D + J + 2K + L + 4)>>3 |
| c, f, i are predicted by | (C + 2D + E + K + 2L + M + 4)>>3 |
| d, g, j, m are predicted by | (D + 2E + F + L + 2M + N + 4)>>3 |
| h, k, n are predicted | (E + 2F + G + M + 2N + O + 4)>>3 |
| l, o are predicted by | (F + 2G + H + N + 2O + P + 4)>>3 |
| p is predicted by | (G + H + O + P + 2)>>3 |

Mode **5**: Vertical-Left Prediction

This mode is used only if all A, B, C, D, I, J, K, L, Q are inside the picture. This is a "diagonal" prediction.

| | |
|---|---|
| a, j are predicted by | (Q + A + 1)>>1 |
| b, k are predicted by | (A + B + 1)>>1 |
| c, l are predicted by | (B + C + 1)>>1 |
| d is predicted by | (C + D + 1)>>1 |
| e, n are predicted by | (I + 2Q + A + 2)>>2 |
| f, o are predicted by | (Q + 2A + B + 2)>>2 |
| g, p are predicted by | (A + 2B + C + 2)>>2 |
| h is predicted by | (B + 2C + D + 2)>>2 |
| i is predicted by | (Q + 2I + J + 2)>>2 |
| m is predicted by | (I + 2J + K + 2)>>2 |

Mode **6**: Vertical-Right Prediction

This mode is used only if all A, B, C, D, I, J, K, L, Q are inside the picture. This is a "diagonal" prediction.

| | |
|---|---|
| a is predicted by | (2A + 2B + J + 2K + L + 4)>>3 |
| b, i are predicted by | (B + C + 1)>>1 |
| c, j are predicted by | (C + D + 1)>>1 |
| d, k are predicted by | (D + E + 1)>>1 |
| l is predicted by | (E + F + 1)>>1 |
| e is predicted by | (A + 2B + C + K + 2L + M + 4)>>3 |
| f, m are predicted by | (B + 2C + D + 2)>>2 |
| g, n are predicted by | (C + 2D + E + 2)>>2 |
| h, o are predicted by | (D + 2E + F + 2)>>2 |
| p is predicted by | (E + 2F + G + 2)>>2 |

**4**

Mode **7**: Horizontal-Up Prediction

This mode is used only if all A, B, C, D, I, J, K, L, Q are inside the picture. This is a "diagonal" prediction.

| | |
|---|---|
| a is predicted by | (B + 2C + D + 2I + 2J + 4)>>3 |
| b is predicted by | (C + 2D + E + I + 2J + K + 4)>>3 |
| c, e are predicted by | (D + 2E F + 2J + 2K + 4)>>3 |
| d, f are predicted by | (E + 2F + G + J + 2K + L + 4)>>3 |
| g, i are predicted by | (F + 2G + H + 2K + 2L + 4)>>3 |
| h, j are predicted by | (G + 3H + K + 3L + 4)>>3 |
| l, n are predicted by | (L + 2M + N + 2)>>3 |
| k, m are predicted by | (G + H + L + M + 2)>>2 |
| o is predicted by | (M + N + 1)>>1 |
| p is predicted by | (M + 2N + O + 2)>>2 |

Mode **8**: Horizontal-Down Prediction

This mode is used only if all A, B, C, D, I, J, K, L, Q are inside the picture. This is a "diagonal" prediction.

| | |
|---|---|
| a, g are predicted by | (Q + I + 1)>>1 |
| b, h are predicted by | (I + 2Q + A + 2)>>2 |
| c is predicted by | (Q + 2A + B + 2)>>2 |
| d is predicted by | (A + 2B + C + 2)>>2 |
| e, k are predicted by | (I + J + 1)>>1 |
| f, l is predicted by | (Q + 2I + J + 2)>>2 |
| i, o are predicted by | (J + K + 1)>>1 |
| j, p are predicted by | (I + 2J + K + 2)>>2 |
| m is predicted by | (K + L + 1)>>1 |
| n is predicted by | (J + 2K + L + 2)>>2 |

Since each block must have a prediction mode assigned and transmitted to the decoder, this would require a considerable number of bits if coded directly. In order to reduce the amount of information to be transmitted, the correlation of the prediction modes of adjacent blocks can be used. For example, Vahteri et al. (WO 01/54416 A1, "A Method for Encoding Images and An Image Coder", hereafter referred to as Vahteri) discloses a block-based coding method wherein directionality information of the image within the blocks are used to classify a plurality of spatial prediction modes. The spatial prediction mode of a block is determined by the directionality information of at least one neighboring block.

In JVT coder, when the prediction modes of neighboring, already-coded blocks U and L are known, an ordering of the most probable prediction mode, the next most probable prediction mode, etc., for block C is given (FIG. **3**). The ordering of modes is specified for each combination of prediction modes of U and L. This order can be specified as a list of prediction modes for block C ordered from the most to the least probable one. The ordered list used in the WD2 of the JVT coder, as disclosed in VCEG-N54, is given below:

TABLE 1

| Prediction mode as a function of ordering signalled in the bitstream | | | | | |
|---|---|---|---|---|---|
| L/U | outside | 0 | 1 | 2 | 3 |
| outside | | 0— | 01— | 10— | |
| 0 | 02— | 021648573 | 125630487 | 021876543 | 021358647 |
| 1 | | 102654387 | 162530487 | 120657483 | 102536487 |
| 2 | 20— | 280174365 | 217683504 | 287106435 | 281035764 |
| 3 | | 201385476 | 125368470 | 208137546 | 325814670 |
| 4 | | 201467835 | 162045873 | 204178635 | 420615837 |
| 5 | | 015263847 | 152638407 | 201584673 | 531286407 |

US 7,289,674 B2

5  6

TABLE 1-continued

Prediction mode as a function of ordering signalled in the bitstream

| 6 | ——— | 016247583 | 160245738 | 206147853 | 160245837 |
| 7 | ——— | 270148635 | 217608543 | 278105463 | 270154863 |
| 8 | ——— | 280173456 | 127834560 | 287104365 | 283510764 |

| L/U | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- |
| outside | ——— | ——— | ——— | ——— | ——— |
| 0 | 206147583 | 512368047 | 162054378 | 204761853 | 208134657 |
| 1 | 162045378 | 156320487 | 165423078 | 612047583 | 120685734 |
| 2 | 287640153 | 215368740 | 216748530 | 278016435 | 287103654 |
| 3 | 421068357 | 531268470 | 216584307 | 240831765 | 832510476 |
| 4 | 426015783 | 162458037 | 641205783 | 427061853 | 204851763 |
| 5 | 125063478 | 513620847 | 165230487 | 210856743 | 210853647 |
| 6 | 640127538 | 165204378 | 614027538 | 264170583 | 216084573 |
| 7 | 274601853 | 271650834 | 274615083 | 274086153 | 278406153 |
| 8 | 287461350 | 251368407 | 216847350 | 287410365 | 283074165 |

Here, an example of the prediction modes for the block C, as specified in the WD2 of the JVT coder, is given when the prediction mode for both U and L is 2. The string (**2, 8, 7, 1, 0, 6, 4, 3, 5**) indicates that mode **2** is also the most probable mode for block C. Mode **8** is the next most probable mode, etc. To the decoder the information will be transmitted indicating that the nth most probable mode will be used for block C. The ordering of the modes for block C can also be specified by listing the rank for each mode: the higher the rank, the less probable the prediction method. For the above example, the rank list would be (**5, 4, 1, 8, 7, 9, 6, 3, 2**). When the modes (**0, 1, 2, 3, 4, 5, 6, 7, 8**) are related to the rank list (**5, 4, 1, 8, 7, 9, 6, 3, 2**), we can tell that Mode **0** has a rank **5**, Mode **1** has a rank **4**, etc.

For more efficient coding, information on intra prediction of two 4×4 blocks can be coded in one codeword.

The above-mentioned method has one major drawback—the memory required to keep ordering of prediction modes for block C given prediction modes of blocks U and L is demanding. In WD2 of the JVT coder, because 9 modes are used for prediction, there are 9×9 possible combinations of modes for blocks U and L. For each combination, an ordering of 9 possible modes has to be specified. That means that 9×9×9 bytes (here it is assumed that one number requires one byte) are needed to specify the ordering of 9 prediction modes. In addition, more memory may be required to specify the special cases—for example, if one or both blocks U and L are not available.

Thus, it is advantageous and desirable to provide a method and device for coding a digital image wherein the memory requirements are reduced while the loss in coding efficiency is minimal.

SUMMARY OF THE INVENTION

A method and device for coding a digital image using intra-mode block prediction is provided. A list of prediction modes for each combination of prediction modes of the neighboring blocks is obtained. The modes assigned to each combination of prediction modes may be divided into two groups. The first group includes m (where m is smaller than the overall number n of available modes) most probable prediction modes and the second group includes the remaining modes. The modes in the first group are ordered according to their probability. This order may be specified as a list of modes ordered from most probable to the least probable mode. The modes belonging to the second group may be ordered in some predetermined manner, which may be specified depending on the information already available to the decoder. Information is sent to the decoder regarding whether the mode selected for a given block belongs to the first group or to the second group. If it belongs to the first group, the information is transmitted indicating that ith most probable mode shall be used for a block C given the combination of modes for blocks U and L. If the mode belongs to the second group, the information is transmitted indicating that jth mode of this group should be used.

The present invention will become apparent upon reading the description taken in conjunction with FIGS. 4a to 8.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic representation illustrating 8 directional modes that are used as spatial prediction modes.

FIG. 2 is a schematic representation illustrating the pixels that are used for the prediction of a current 4×4 block of pixels.

FIG. 3 is a schematic representation illustrating two neighboring blocks being used for the prediction of a current block.

FIG. 4a is a schematic representation illustrating the spatial prediction mode of two neighboring blocks used for the prediction of a current block.

FIG. 4b is a schematic representation illustrating the spatial prediction mode of two neighboring blocks having a mirrored relationship with those of FIG. 4a.

FIG. 5a is a schematic representation illustrating another spatial prediction mode pair.

FIG. 5b is a schematic representation illustrating the mirrored mode pair.

FIG. 6 is a flow-charting illustrating the method of spatial prediction.

FIG. 7 is a block diagram illustrating a digital image block transfer system for implementing the method according to an embodiment of the present invention.

FIG. 8 is a block diagram illustrating a portable video telecommunications device implementing the method according to an embodiment of the present invention.

BEST MODE FOR CARRYING OUT THE INVENTION

An embodiment of the present invention utilizes the property that it is possible to obtain an ordered list of

US 7,289,674 B2

7

prediction modes for one combination of prediction modes of neighboring blocks as a function of prediction modes for another combination. For illustration purposes, prediction modes of two neighboring blocks U and L, as shown in FIG. 3, are used to infer the prediction of the current block C. It is noted that a combination of prediction modes in FIG. 4a can be obtained by flipping diagonally the prediction modes, as shown in FIG. 4b. Accordingly, the nth most probable prediction mode for block C, when the combination of modes in FIG. 4a is used, should be the same as the "flipped diagonally", nth-most-probable prediction mode for the combination of modes in FIG. 4b. Thus, if the neighboring blocks U and L have the modes "vertical" and "vertical", the prediction mode of the current block C is most probably "vertical" (FIG. 4b). Consequently, when these blocks are "flipped" or mirrored against the diagonal (FIG. 4a), we know that from "horizontal" and "horizontal" we should get "horizontal" for the current block C. Similarly, if the neighboring blocks U and L are of Modes 2 and 3, as shown in FIG. 5a, then the flipped blocks U and L will be of Modes 3 and 1, as shown in FIG. 5b.

To further illustrate this example, let us define the function f which maps the prediction direction i into j, j=f(i) as follows. Each prediction mode i is assigned a prediction mode j obtained by mirroring it about the diagonal line going from upper left corner of the block to lower right corner of the block. For the prediction modes in FIG. 1, the resulting assignment is summarized in Table II.

TABLE II

| i | j |
|---|---|
| 0 | 0 |
| 1 | 2 |
| 2 | 1 |
| 3 | 3 |
| 4 | 4 |
| 5 | 8 |
| 6 | 7 |
| 7 | 6 |
| 8 | 5 |

When the function is defined as above, the ordered list of prediction modes for the combination of modes (k,l) can be determined based on the ordered list for combination (i,j)

8

such that i=f(l) and j=f (k), i.e., if the prediction mode p is the nth most probable mode for the combination (i,j), the nth mode for the combination (k,l) is equal to f(p). As an example let us consider the combination of modes (1,1) to which the ordered list of modes for block C is assigned: (1, 6, 2, 5, 3, 0, 4, 8, 7). It should be possible to obtain the ordered list of the prediction modes for combination (2,2) from this ordered list by mapping using the function f: (2, 7, 1, 8, 3, 0, 4, 6, 5). Similarly, the ordered list of the prediction modes for combination (2,3) is (2, 0, 8, 1, 3, 7, 5, 4, 6) and the ordered list of modes f(2,3)=(3,1) is f(2, 0, 8, 1, 3, 7, 5, 4, 6)=(1, 0, 5, 2, 3, 6, 8, 4, 7). It should be noted that the ordered list of prediction modes for (k,l) can be substantially symmetrical to that for (i,j). Thus, the mapping function f can be described as a mirroring function.

The primary objective of the present invention is to reduce the size of the table specifying prediction mode as a function of prediction modes of already coded, neighboring blocks (e.g., TABLE I). This table is obtained during the training process. To find the ordered list of prediction modes for combination of modes (i,j) for some large number of blocks C for which neighboring blocks have this combination, the number each prediction mode is chosen according to a given selection criterion (e.g., the smallest prediction error) is counted. This number determines the rank of prediction mode in the list of prediction modes assigned to combination (i,j), more frequently the mode is chosen, higher the rank it has in the list of prediction modes.

When, during the training process the described mapping of the prediction modes is used, the resulting table specifying prediction modes will be smaller. If the ordered list for combination (k,l) can be obtained from ordered list for combination (i,j) only the ordered list for combination (i,j) has to be stored. During the training, the mapping can be introduced as follows. The frequency of occurrence of each prediction mode for the combinations (k,l) and (i,j) such that i=f(l) and j=f(k) is counted jointly, i.e., if prediction mode p was chosen for combination (k,l) it is also counted that prediction mode f(p) was chosen for combination (i,j). As well when prediction mode s was chosen for combination (i,j) it is counted that prediction mode f(s) was chosen for combination (k,l).

The reduced prediction table, according to the present invention, is shown in TABLE III.

TABLE III

| | Reduced Prediction Table | | | | |
|---|---|---|---|---|---|
| L/U | outside | 0 | 1 | 2 | 3 |
| outside | ——— | 0——— | 01——— | 10——— | |
| 0 | 02——— | 024167835 | 150642387 | 027486135 | 013245867 |
| 1 | ——— | | 150643278 | 021468735 | 105436287 |
| 2 | 20——— | | 124086573 | | 283407156 |
| 3 | ——— | | | | 385240167 |
| 4 | ——— | | | | |
| 5 | ——— | | | | |
| 6 | ——— | | | | |
| 7 | ——— | | | | |
| 8 | ——— | | | | |

| L/U | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|
| outside | | | | | |
| 0 | 012465738 | 150346287 | 160452387 | 024716835 | 028413765 |
| 1 | 104562378 | 156403287 | 165403278 | 014652738 | 014256837 |
| 2 | 240781635 | 214835076 | 241086735 | 207483165 | 280473156 |
| 3 | 413205876 | 531480267 | 146530287 | 247308516 | 832045176 |

US 7,289,674 B2

9 | 10

TABLE III-continued

| | | Reduced Prediction Table | | | |
|---|---|---|---|---|---|
| 4 | 420671835 | 145602387 | 461027538 | 407261835 | 248073165 |
| 5 | | 513406287 | 165402387 | 240158376 | 082354167 |
| 6 | | 614503287 | 614057328 | 042617385 | 024681357 |
| 7 | | 427016385 | 426701835 | | 284703615 |
| 8 | | 328514067 | 248361075 | 248703651 | |

In TABLE III for some combinations (U, L), the ordered list of prediction modes is not given. The ordered lists for those combinations can be "restored" by mapping the corresponding elements that are retained in the prediction table when those "restored" elements are needed for the prediction of a current block. Thus, in general, as long as an element in the prediction table can be obtained or restored from another element in the prediction table by way of mapping, the former can be eliminated. In other words, in a prediction table comprising a first group of elements and a second group of elements, wherein each of the second group of elements can be restored from a corresponding element in the first group by a mapping function, the second group of elements can be eliminated.

FIG. 6 is a flowchart illustrating the decoding stage when the symmetry in the prediction table is utilized. As shown, the method 100 comprises receiving a plurality of image blocks at step 110. When a current block is processed, it is determined at step 120 whether the prediction mode for the current block can be obtained from the prediction mode for the neighboring blocks without mapping. If so, then the spatial prediction mode of the current block is determined based on the prediction mode of the neighboring blocks at step 132. Otherwise, a complementary prediction mode of the neighboring blocks is provided at step 130, and a complementary prediction mode of the current block is determined based on the complementary prediction mode of the neighboring blocks at step 140. At step 150, the complementary prediction mode of the current block is mapped into the prediction mode of the current block.

Alternatively, it is possible to assign the same label to different prediction modes (grouping them together) of blocks U and L before using them to specify the prediction mode for block C. For example, in the case of the JVT coder, modes 1, 5 and 6 can be grouped together and labeled as 1, and modes 2, 7 and 8 can be grouped together and labeled as 2. As can be seen from FIG. 1, the directions of modes 7 and 8 are close to the direction of mode 2, and the directions of modes 5 and 6 are close to the direction of mode 1. After this grouping, each of blocks U and L can have one of the 5 modes labeled as 0, 1, 2, 3 and 4. Therefore, instead of 9×9 possible combinations of prediction modes of U and L, there are only 5×5 such combinations. Accordingly, the memory required to specify ordering of prediction modes for block C,

given prediction modes of blocks U and L, will be 5×5×9 bytes, instead of 9×9×9 bytes (assuming that 1 byte of memory is required to hold 1 number). Furthermore, if the mapping function ƒ is used for "flipping" the ordered lists, the prediction table can be further simplified.

An example of the table specifying prediction mode as a function of ordering signaled in the bitstream when both of these methods are used in conjunction is given in TABLE IV.

TABLE IV

| L/U | outside | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| Outside | ——— | 0——— | | | | |
| 0 | 02——— | 024167835 | 150642387 | 024781635 | 013245867 | 012465738 |
| 1 | ——— | | 156043278 | 021468375 | 153046827 | 140652378 |
| 2 | 20——— | | 214806357 | | 283407156 | 247081635 |
| 3 | ——— | | | | 385240167 | 413205876 |
| 4 | ——— | | | | | 420671835 |

Moreover, it is also possible to limit the number of prediction modes for block C given prediction modes of blocks U and L. In the case of the JVT coder, there would still be 9×9 possible combination of prediction modes of U and L. But to each of these combinations only m modes would be assigned, where m is smaller than 9. Accordingly, the number of the probable prediction modes is reduced to (9×9×m)<(9×9×9). Similarly, if the mapping function ƒ is used for "flipping" the ordered lists, the prediction table can be further simplified.

These methods can be used jointly or separately.

The spatial, prediction-based intra-coding, according to present invention, can be readily incorporated into a digital, image-block transfer system, as shown in FIG. 7. Assuming that a frame is to be encoded in intra format using some form of intra prediction, encoding of the frame proceeds as follows. The blocks of the frame to be coded are directed one by one to the encoder 50 of the video transfer system presented in FIG. 7. The blocks of the frame are received from a digital image source, e.g. a camera or a video recorder (not shown) at an input 27 of the image transfer system. In a manner known as such, the blocks received from the digital image source comprise image pixel values. The frame can be stored temporarily in a frame memory (not shown), or alternatively, the encoder receives the input data directly block by block.

The blocks are directed one by one to a prediction method selection block 35 that determines whether the pixel values of the current block to be encoded can be predicted on the basis of previously intra-coded blocks within the same frame or segment. In order to do this, the prediction method selection block 35 receives input from a frame buffer of the encoder 33, which contains a record of previously encoded and subsequently decoded and reconstructed intra blocks. In this way, the prediction method selection block can deter-

US 7,289,674 B2

**11**

mine whether prediction of the current block can be performed on the basis of previously decoded and reconstructed blocks. Furthermore, if appropriate decoded blocks are available, the prediction method selection block **35** can select the most appropriate method for predicting the pixel values of the current block, if more than one such method may be chosen. It should be appreciated that in certain cases, prediction of the current block is not possible because appropriate blocks for use in prediction are not available in the frame buffer **33**. In the situation where more than one prediction method is available, information about the chosen prediction method is supplied to multiplexer **13** for further transmission to the decoder. It should also be noted that in some prediction methods, certain parameters necessary to perform the prediction are transmitted to the decoder. This is, of course, dependent on the exact implementation adopted and in no way limits the application of the prediction-based intra coding according to the present invention.

Pixel values of the current block are predicted in the intra prediction block **34**. The intra prediction block **34** receives input concerning the chosen prediction method from the prediction method selection block **35** and information concerning the blocks available for use in prediction from frame buffer **33**. On the basis of this information, the intra prediction block **34** constructs a prediction for the current block. The predicted pixel values for the current block are sent to a differential summer **28** which produces a prediction error block by taking the difference between the pixel values of the predicted current block and the actual pixel values of the current block received from input **27**. Next, the error information for the predicted block is encoded in the prediction error coding block in an efficient form for transmission, for example using a discrete cosine transform (DCT). The encoded prediction error block is sent to multiplexer **13** for further transmission to the decoder. The encoder of the digital image transmission system also includes decoding functionality. The encoded prediction error of the current block is decoded in prediction error decoding block **30** and is subsequently summed in summer **31** with the predicted pixel values for the current block. In this way, a decoded version of the current block is obtained. The decoded current block is then directed to the frame buffer **33**.

Here, it is also assumed that the receiver receives the blocks that form a digital image frame one by one from a transmission channel.

In the receiver, **60**, a demultiplexer receives the demultiplexed coded prediction error blocks and prediction information transmitted from the encoder **50**. Depending on the prediction method in question, the prediction information may include parameters used in the prediction process. It should be appreciated that in the case that only one intra prediction method is used, information concerning the prediction method used to code the blocks is unnecessary, although it may still be necessary to transmit parameters used in the prediction process. In FIG. **7**, dotted lines are used to represent the optional transmission and reception of prediction method information and/or prediction parameters. Assuming more than one intra prediction method may be used, information concerning the choice of prediction method for the current block being decoded is provided to intra prediction block **41**. Intra prediction block **41** examines the contents of frame buffer **39** to determine if there exist previously decoded blocks to be used in the prediction of the pixel values of the current block. If such image blocks exist, intra prediction block **41** predicts the contents of the current block using the prediction method indicated by the received prediction method information and possible prediction-re-

**12**

lated parameters received from the encoder. Prediction error information associated with the current block is received by prediction error decoding block **36**, which decodes the prediction error block using an appropriate method. For example, if the prediction error information was encoded using a discrete cosine transform, the prediction error decoding block performs an inverse DCT to retrieve the error information. The prediction error information is then summed with the prediction for the current image block in summer **37** and the output of the summer is applied to the frame buffer **39**. Furthermore, as each block is decoded, it is directed to the output of the decoder **40**, for example, to be displayed on some form of display means. Alternatively, the image frame may be displayed only after the whole frame has been decoded and accumulated in the frame buffer **39**.

It should be noted that the intra-prediction block **34** constructs a prediction of the current block based on the previously encoded and subsequently decoded and reconstructed intra blocks as provided by the frame buffer **33**. In particular, the prediction of the current block is determined from the spatial prediction modes of the previously reconstructed intra blocks using a prediction table, as shown in TABLE III or TABLE IV (not shown in FIG. **7**). However, when the ordered list for the prediction modes (i,j) of the previously reconstructed intra blocks are missing from the prediction table, a mapping block **32** can be used to map the spatial prediction modes of the previously reconstructed blocks into complementary or mirrored spatial prediction modes (k,l). At this point, the intra prediction block **34** can determine the complementary or mirrored prediction mode f(p) for the current block. Again the mapping block **32** is used to obtained the prediction mode p of the current block by mapping the complementary prediction mode f(p). Likewise, a mapping block **38** is used for mapping when needed.

The mapping algorithm, which is used to perform the mapping of (i,j) to (k,l) and the mapping of f(p) top, can be coded in a software program **69**, which comprises machine executable steps or pseudo codes for performing the method according to the present invention. Advantageously, the software program is stored in a storage medium. For example, the software program is stored in a memory unit resident in a CPU **70**, or in a separate memory unit **68**, as shown in FIG. **8**. FIG. **8** presents a simplified schematic diagram of a mobile terminal **90** intended for use as a portable video telecommunications device, incorporating the prediction mode mapping method of the present invention. The mobile terminal **90** comprises at least a display module **76** for displaying images, an image capturing device **72**, and an audio module **74** for capturing audio information from an audio input device **82** and reproducing audio information on an audio producing device **80**. Advantageously, the mobile terminal **90** further comprises a keyboard **78** for inputting data and commands, a radio frequency component **64** for communicating with a mobile telecommunications network and a signal/data processing unit **70** for controlling the operation of the telecommunications device. Preferably, the digital image block transfer system (**50**, **60**) is implemented within the processor **70**.

In accordance with a further embodiment of the present invention, memory requirements could be limited while achieving coding efficiency.

It has been observed that for each combination of modes for blocks U and L there are just a few modes for block C that have a high probability of occurrence. The probability of the remaining modes is much smaller. Moreover, probabilities of occurrence of these remaining modes are similar,

**13**

and therefore, their order in the ordered set of modes does not have strong influence on the coding efficiency.

The modes assigned to each combination of prediction modes of U and L may be divided into two groups. The first group includes m (where m is smaller than the overall number n of available modes) most probable prediction modes and the second group includes the remaining modes. The modes in the first group are ordered according to their probability. As described above, this order may be specified as a list of modes ordered from most probable to the least probable mode. The modes belonging to the second group may be ordered in some predetermined manner, which may be specified depending on the information already available to the decoder. For example, prediction mode that is labeled using smaller number may precede prediction mode that is labeled using larger number.

In other words the prediction modes are arranged into an ordered set S. The ordered set of modes R assigned to combination of prediction modes for U and L is created by combining two ordered sets of modes $T=\{t_1, t_2, \ldots, t_k\}$ and $V=\{v_1, v_2, \ldots, v_r\}$:

$$R=\{t_1, t_2, \ldots, t_k, v_1, v_2, \ldots, v_r\}.$$

The modes in the first ordered set T are ordered according to their expected probability of occurrence for combination of modes for neighboring blocks U and L. The more frequently the mode is expected to occur, the fewer bits should be used to signal it. The second ordered set of modes V is created by removing elements of the first set T from the set S and preserving the order of the remaining elements. For example, if prediction i preceded prediction mode j in the ordered set S, prediction i should precede prediction mode j in the set V.

As an exemplar, let us consider modes available in the JVT coder and assume that for each combination of modes for blocks U and L only the most probable mode is assigned to the first group. The remaining 8 modes are listed in the ascending order of their number. To further illustrate this exemplar, let us consider the combination of modes $(1,1)$ to which mode **1** is assigned as the most probable mode. Mode **1** constitutes the first ordered set T. The second ordered set V is created by removing mode **1** from the ordered set S, i.e., $V=\{0, 2, 3, 4, 5, 6, 7, 8\}$. Here the ordered set S is created by listing the nine prediction modes in ascending order of the numbers, i.e., $S=\{0, 1, 2, 3, 4, 5, 6, 7, 8\}$.

Information is sent to the decoder regarding whether the mode selected for a given block belongs to the first group or to the second group. If it belongs to the first group, the information is transmitted indicating that ith most probable mode shall be used for a block C given the combination of modes for blocks U and L. In our exemplar, if the decoder receives the information that first group is selected, no further information is required since only one mode belongs to this group. If the mode belongs to the second group, the information is transmitted indicating that jth mode of this group should be used. In our exemplar, if the information is received that the first mode should be selected, mode 0 should be chosen.

Implementation Alternatives:

1. The rules according to which the modes are ordered in set S may differ.

2. The way that the elements of the first set T are specified depends on the prediction modes of neighboring blocks U and L. The elements of this set can be specified for example

**14**

as a table stored in the memory both of the encoder and decoder, or they can be inferred from the modes U and L themselves.

3. The signaling to the decoder of which mode is selected can be done in numerous ways, for example:

The information about the rank of the prediction mode in the ordered set R can be transmitted.

The information regarding which set T or V is selected is followed by the rank of the mode in the selected set.

Preferred implementation for the prediction modes specified in the JVT coder is described as follows.

The same label may be assigned to different prediction modes of blocks U and L before using them to specify prediction mode for block C. Diagonal modes **3**, **5** and **8** are grouped together and labeled as **3**, and diagonal modes **4**, **6** and **7** are grouped together and labeled as **4**. After this grouping, each of blocks U and L may have one of the 5 modes labeled as **0**, **1**, **2**, **3** and **4**. Therefore, instead of 9×9 possible combination of prediction modes of U and L there are only 5×5 such combinations.

The ordered set S is created by listing the nine prediction modes in ascending order of their number, i.e., $S=\{0, 1, 2, 3, 4, 5, 6, 7, 8\}$. To each combination of prediction modes for U and L, only one most probable mode is assigned, i.e., the ordered set T for each combination consists of only one element. The assignment is given in Table V.

TABLE V

| L/U | outside | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| outside | 0 | 0 | 1 | | | |
| 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 1 | | 0 | 1 | 0 | 1 | 1 |
| 2 | 2 | 2 | 1 | 2 | 2 | 2 |
| 3 | | 0 | 1 | 2 | 3 | 4 |
| 4 | | 0 | 1 | 2 | 4 | 4 |

First information is sent to the decoder whether the most probable mode is used. This information is coded jointly for two 4×4 blocks as given in table below.

TABLE VI

| Codeword | Block 1 | Block 2 |
|---|---|---|
| 0 | x | x |
| 10 | | |
| 110 | x | |
| 111 | | x |

X denotes that the most probable mode should be used. For the blocks for which the most probable mode m is not used, the code number from 0 to 7 is transmitted indicating which of the remaining modes should be used. Since the remaining modes are ordered according to their number, the mode with a smaller number precedes the mode with a higher number, when the code number q is received, the used prediction mode is equal to:

q, if q<m

q+1, otherwise.

The code number q is sent as 3-bit codeword, which is the binary representation of the corresponding code number.

The savings in memory for the method, according to the present invention, comes from the fact that the decoder for each combination of modes of blocks U and L must store, at most, the ordered sets S and T, while S is identical for all the combination of modes for blocks U and L.

US 7,289,674 B2

**15**

In sum, the present invention provides methods, devices and systems for coding into a bitstream and decoding from the bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction. The spatial prediction mode of a current block (C) can be determined based on a plurality of derived prediction modes, derived from the spatial prediction modes of a plurality of neighboring blocks (U, L) of the current block (C). The plurality of n derived prediction modes are grouped into a first group of m first prediction modes with m<n and a second group of second prediction modes. The first prediction modes have a higher probability of occurrence than the second prediction modes. While the first prediction modes are ordered according to their probability of occurrence, the second prediction modes are arranged in a predetermined fashion known to the decoder. Thus, an ordered set is provided to the decoding device so as to allow the decoding device to determine the order of the second prediction modes based on the provided ordered set. The ordered set is associated with one or more group of the spatial prediction modes of the neighboring blocks (U, L) of the current block (C). Furthermore, the bitstream may include coded information indicative of which of the first prediction modes has the highest probability of occurrence when the derived prediction mode with the highest probability of occurrence is selected for use in coding the current block (C). The present invention also provides a computer program having pseudo codes for use in grouping the plurality of derived prediction modes into the first and second groups, and in ordering the first prediction modes according to the probability of occurrence among the first prediction modes.

Although the invention has been described with respect to a preferred embodiment thereof, it will be understood by those skilled in the art that the foregoing and various other changes, omissions and deviations in the form and detail thereof may be made without departing from the scope of this invention.

What is claimed is:

**1**. A method of coding into a bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block, said method comprising:

grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes, and

coding into the bitstream information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group.

**2**. The method of claim **1**, further comprising

ordering the first prediction modes according to the probability of occurrence among the first prediction modes.

**3**. The method of claim **1**, further comprising

arranging the second prediction modes in a predetermined fashion known to the decoding device.

**4**. The method of claim **1**, further comprising

coding into the bitstream information indicative of which of the first prediction modes has a highest probability of

**16**

occurrence when the derived prediction mode with the highest probability of occurrence is selected for use in coding the current block.

**5**. The method of claim **1**, wherein an ordered set of prediction modes is known to the decoding device so that the decoding device determines the order of the second prediction modes based on the ordered set.

**6**. The method of claim **5**, wherein the ordered set is associated with more than one group of the spatial prediction modes of a plurality of neighboring blocks of the current block.

**7**. The method of claim **1**, wherein the derived prediction modes are representable by a plurality of different integers and the second prediction modes are ordered according to an order of the integers known to the decoding device.

**8**. The method of claim **1**, wherein the derived prediction modes are representable by a plurality of different integers, each integer corresponding to a derived prediction mode, and wherein the integers are arranged in an ascending order of the integers for providing an ordered set, said method further comprising

removing the integers corresponding to the first prediction modes from the ordered set for providing a modified ordered set, so as to allow the decoding device to determine the order of the second group based on the modified ordered set.

**9**. The method of claim **1**, wherein one of said plurality of derived prediction modes is selected for use in coding the current block, said method further comprising

providing the decoding device with information indicative of an $i^{th}$ mode among the second prediction modes if the selected one of the combined prediction modes is in the second group.

**10**. The method of claim **1**, further comprising

mapping the spatial prediction modes of the neighboring blocks for providing a complementary prediction mode of the neighboring blocks when needed,

determining a complementary prediction mode of the current block based on the complementary prediction mode of the neighboring blocks, and

mapping the complementary prediction mode of the current block for obtaining on the spatial prediction mode of the current block.

**11**. The method of claim **10**, wherein

the mapping of the complementary prediction mode of the block is carried out by a mirroring function mirroring the first and second blocks.

**12**. An encoding device for coding an image comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block, said encoding device comprising

means, for grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes, and the second prediction modes are ordered in a predetermined fashion known to a decoding device, and

US 7,289,674 B2

**17**

means, for coding into a bitstream information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group.

**13**. The encoding device of claim **12**, further comprising

means, responsive to the first group, for ordering the first prediction modes according to probability of occurrence among the first prediction modes for providing an ordered set.

**14**. The encoding device of claim **12**, further comprising

means, for providing the decoding device information indicative of the prediction modes in the ordered set that has a highest probability of occurrence.

**15**. The encoding device of claim **12**, further comprising

means capable of providing a complementary prediction mode of the neighboring blocks when needed based on the spatial prediction modes of the neighboring blocks so that a complementary prediction mode of the current block can be determined based on the complementary prediction mode of the neighboring blocks, and

means, responsive to the complementary prediction mode of the current mode, for providing the spatial prediction mode of the current block based on a mapping of the complementary prediction mode of the current block.

**16**. A method for decoding from a bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block, wherein

said plurality of derived prediction modes are grouped into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes, said method comprising

decoding from the bitstream information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group so as to allow the decoding device to determine the spatial prediction mode of the current block based on the decoded information, and wherein the decoded information is also indicative of which of the first prediction modes has a highest probability of occurrence when the combined prediction mode with the highest probability of occurrence is selected for use in coding and decoding the current block.

**17**. An image coding system for coding and decoding an image comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the prediction modes of a plurality of neighboring blocks of the current block, said coding system comprising

means, for grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction

**18**

modes, and the first prediction modes have a higher probability of occurrence than the second prediction modes,

means, for coding into a bitstream group information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group, and

means, for decoding from the bitstream said group information so as to allow the decoding device to determine the spatial prediction mode of the current block based on said decoded information.

**18**. The image coding system of claim **17**, further comprising

means, responsive to the first group, for ordering the first prediction modes according to probability of occurrence among the first prediction modes.

**19**. The image coding system of claim **17**, further comprising

means, responsive to the second group, for arranging the second prediction modes in a predetermined fashion known to the decoding device.

**20**. A software application product embodied in a computer readable storage medium having a software application for use in an image coding system for coding into a bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the block, said software application comprising

a code for use in grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and the first prediction modes have a higher probability of occurrence than the second prediction modes, and

a code for use in ordering the first prediction modes according to probability of occurrence among the first prediction modes.

**21**. The software application product of claim **20**, wherein the software application further comprises

a code for use in arranging the second prediction modes in a predetermined fashion known to the decoding device.

**22**. An encoding device for coding an image comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block, said encoding device comprising:

a first module for grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes, and the second prediction modes are ordered in a predetermined fashion known to a decoding device, and

US 7,289,674 B2

**19**

a second module for coding into a bitstream information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group.

**23**. The encoding device of claim **22**, wherein the first module is configured for ordering the first prediction modes according to probability of occurrence among the first prediction modes for providing an ordered set, based on the first group.

**24**. The encoding device of claim **23**, wherein the first module is configured for providing the decoding device information indicative of the prediction modes in the ordered set that has a highest probability of occurrence.

**25**. The encoding device of claim **23**, wherein the first module is configured for

providing a complementary prediction mode of the neighboring blocks when needed based on the spatial prediction modes of the neighboring blocks so that a complementary prediction mode of the current block can be determined based on the complementary prediction mode of the neighboring blocks, and for providing, responsive to the complementary prediction mode of the current mode, the spatial prediction mode of the current block based on a mapping of the complementary prediction mode of the current block.

**26**. A device comprising:

an encoder; and

a decoder, wherein the encoder is configured for coding an image comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block, said encoding device comprising:

a first module for grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes, and the second prediction modes are ordered in a predetermined fashion known to a decoding device, and

a second module for coding into a bitstream information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group.

**20**

**27**. The device of claim **26**, wherein the decoder is configured for decoding from a bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block, wherein said plurality of derived prediction modes are grouped into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes, said decoder comprising:

a further module, responsive to decoded information, for determining whether the spatial prediction mode of the current block belongs to the first group or the second group, and for selecting the spatial prediction mode based on said determining.

**28**. The device of claim **27**, wherein the further module is configured for determining based on the decoded information which of the first prediction modes has a highest probability of occurrence when the derived prediction mode with the highest occurrence mode is selected for use in decoding the current block.

**29**. The device of claim **26**, wherein the first module is configured for ordering the first prediction modes according to probability of occurrence among the first prediction modes for providing an ordered set, based on the first group.

**30**. The device of claim **26**, wherein the first module is configured for providing a complementary prediction mode of the neighboring blocks when needed based on the spatial prediction modes of the neighboring blocks so that a complementary prediction mode of the current block can be determined based on the complementary prediction mode of the neighboring blocks, and for providing, responsive to the complementary prediction mode of the current mode, the spatial prediction mode of the current block based on a mapping of the complementary prediction mode of the current block.

**31**. The device of claim **26**, comprising a mobile terminal.

\*   \*   \*   \*   \*

# EXHIBIT 6

US006968005B2

(12) **United States Patent**   (10) **Patent No.:**     **US 6,968,005 B2**
Hannuksela                        (45) **Date of Patent:**         **Nov. 22, 2005**

(54) **VIDEO CODING**

(75) Inventor: **Miska Hannuksela**, Tampere (FI)

(73) Assignee: **Nokia Mobile Phones Limited**, Espoo (FI)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 614 days.

(21) Appl. No.: **09/855,640**

(22) Filed:   **May 15, 2001**

(65)         **Prior Publication Data**

US 2002/0021752 A1 Feb. 21, 2002

(30)      **Foreign Application Priority Data**

May 15, 2000   (GB) ............................................. 0011597

(51) **Int. Cl.**$^7$ ................................................ **H04N 7/12**
(52) **U.S. Cl.** ................................................ **375/240.01**
(58) **Field of Search** ...................... 375/240.01, 240.12, 375/240.13, 240.15, 240.16; 348/394.1, 401.1, 402.1, 412.1, 415.1; 382/236, 238; H04N 7/12

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,972,261 A | | 11/1990 | Whalley |
| 5,768,527 A | | 6/1998 | Zhu et al. |
| 6,111,915 A | * | 8/2000 | Fukunaga et al. ..... 375/240.12 |
| 6,169,821 B1 | * | 1/2001 | Fukunaga et al. .......... 382/239 |
| 6,357,028 B1 | * | 3/2002 | Zhu ........................... 714/751 |
| 6,393,152 B2 | * | 5/2002 | Takahashi et al. .......... 382/233 |
| 6,629,261 B1 | * | 9/2003 | Chintada et al. .............. 714/4 |
| 6,711,140 B1 | * | 3/2004 | Agarwal et al. ............ 370/324 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1199531 A | 11/1998 |
| EP | 0637027 A2 | 2/1995 |
| EP | 0702492 A1 | 3/1996 |
| EP | 0713340 A2 | 5/1998 |
| EP | 0849952 | 6/1998 |
| EP | 0851685 | 7/1998 |
| GB | 2268661 | 1/1994 |

OTHER PUBLICATIONS

ITU—Telecommunications Standardization Sector, Ninth Meeting: Red Bank, NJ, Oct. 19–22, 1999 p. 1–2.
ITU—Telecommunications Standardization Sector, Seventh Meeting: Feb. 15–19, 1999, Monterey,Ca, USA pp. 1–11.
"Error Concealment in Encoded Video Streams"by Salma, et al pp. 1–32.
"Professor Delp's Recent Publications" Recent Pub. of Edward J. Delp.
"Picture Layer" 5.1 Recommendation H.263 (Feb. 1998).
"Error Control and Concealment for Video Communication: A Review" pp. 974–997.
ITU—Telecommunications Standardization Sector, Ninth Meeting: Red Bank, New Jersey, Oct. 19–22, 1999 p. 1.
ITU—Telecommunications Standardization Sector, Ninth Meeting: Red Bank, New Jersey, Oct. 19–22, 1999 pp 1–3.
ITU—Telecommunications Standardization Sector, Ninth Meeting: Red Bank, New Jersey, Oct. 19–22, 1999.
ITU—Telecommunications Standardization Sector, Nov., 1999, pp. 1–43.

* cited by examiner

*Primary Examiner*—Nhon Diep
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout and Kraus, LLP.

(57)            **ABSTRACT**

A method of encoding a video signal representing a sequence of pictures, the method employing both non-temporal prediction and temporal prediction, wherein the method comprises, for each picture that forms a reference picture for the temporal prediction of another picture, associating with each such picture an indicator indicating the temporal order of the reference picture in the encoded video signal relative to the other reference pictures in the encoded video signal.

**46 Claims, 6 Drawing Sheets**



FIG.1



FIG.2



FIG.3



FIG. 4

FIG. 5

FIG.6



FIG.7

FIG. 8



FIG. 9



FIG. 10

FIG. 11

US 6,968,005 B2

1

# VIDEO CODING

## BACKGROUND OF THE INVENTION

This invention relates to video coding.

A video sequence consists of a series of still pictures or frames. Video compression methods are based on reducing the redundant and perceptually irrelevant parts of video sequences. The redundancy in video sequences can be categorised into spectral, spatial and temporal redundancy. Spectral redundancy refers to the similarity between the different colour components of the same picture. Spatial redundancy results from the similarity between neighbouring pixels in a picture. Temporal redundancy exists because objects appearing in a previous image are also likely to appear in the current image. Compression can be achieved by taking advantage of this temporal redundancy and predicting the current picture from another picture, termed an anchor or reference picture. Further compression is achieved by generating motion compensation data that describes the motion between the current picture and the previous picture.

However, sufficient compression cannot usually be achieved by only reducing the inherent redundancy of the sequence. Thus, video encoders also try to reduce the quality of those parts of the video sequence which are subjectively less important. In addition, the redundancy of the encoded bit-stream is reduced by means of efficient lossless coding of compression parameters and coefficients. The main technique is to use variable length codes.

Video compression methods typically differentiate between pictures that utilise temporal redundancy reduction and those that do not. Compressed pictures that do not utilise temporal redundancy reduction methods are usually called INTRA or I-frames or I-pictures. Temporally predicted images are usually forwardly predicted from a picture occurring before the current picture and are called INTER or P-frames. In the INTER frame case, the predicted motion-compensated picture is rarely precise enough and therefore a spatially compressed prediction error frame is associated with each INTER frame. INTER pictures may contain INTRA-coded areas.

Many video compression schemes also use temporally bi-directionally predicted frames, which are commonly referred to as B-pictures or B-frames. B-pictures are inserted between anchor picture pairs of I- and/or P-frames and are predicted from either one or both of these anchor pictures. B-pictures normally yield increased compression as compared with forward-predicted pictures. B-pictures are not used as anchor pictures, i.e., other pictures are not predicted from them. Therefore they can be discarded (intentionally or unintentionally) without impacting the picture quality of future pictures. Whilst B-pictures may improve compression performance as compared with P-pictures, their generation requires greater computational complexity and memory usage, and they introduce additional delays. This may not be a problem for non-real time applications such as video streaming but may cause problems in real-time applications such as video-conferencing.

A compressed video clip typically consists of a sequence of pictures, which can be roughly categorised into temporally independent INTRA pictures and temporally differentially coded INTER pictures. Since the compression efficiency in INTRA pictures is normally lower than in INTER pictures, INTRA pictures are used sparingly, especially in low bit-rate applications.

A video sequence may consist of a number of scenes or shots. The picture contents may be remarkably different

2

from one scene to another, and therefore the first picture of a scene is typically INTRA-coded. There are frequent scene changes in television and film material, whereas scene cuts are relatively rare in video conferencing. In addition, INTRA pictures are typically inserted to stop temporal propagation of transmission errors in a reconstructed video signal and to provide random access points to a video bit-stream.

Compressed video is easily corrupted by transmission errors, mainly for two reasons. Firstly, due to utilisation of temporal predictive differential coding (INTER frames), an error is propagated both spatially and temporally. In practice this means that, once an error occurs, it is easily visible to the human eye for a relatively long time. Especially susceptible are transmissions at low bit-rates where there are only a few INTRA-coded frames, so temporal error propagation is not stopped for some time. Secondly, the use of variable length codes increases the susceptibility to errors. When a bit error alters the codeword, the decoder will lose codeword synchronisation and also decode subsequent error-free codewords (comprising several bits) incorrectly until the next synchronisation (or start) code. A synchronisation code is a bit pattern which cannot be generated from any legal combination of other codewords and such codes are added to the bit stream at intervals to enable re-synchronisation. In addition, errors occur when data is lost during transmission. For example, in video applications using the unreliable UDP transport protocol in IP networks, network elements may discard parts of the encoded video bit-stream.

There are many ways for the receiver to address the corruption introduced in the transmission path. In general, on receipt of a signal, transmission errors are first detected and then corrected or concealed by the receiver. Error correction refers to the process of recovering the erroneous data perfectly as if no errors had been introduced in the first place. Error concealment refers to the process of concealing the effects of transmission errors so that they are hardly visible in the reconstructed video sequence. Typically some amount of redundancy is added by the source or transport coding in order to help error detection, correction and concealment. Error concealment techniques can be roughly classified into three categories: forward error concealment, error concealment by post-processing and interactive error concealment. The term "forward error concealment" refers to those techniques in which the transmitter side adds redundancy to the transmitted data to enhance the error resilience of the encoded data. Error concealment by post-processing refers to operations at the decoder in response to characteristics of the received signals. These methods estimate the correct representation of erroneously received data. In interactive error concealment, the transmitter and receiver co-operate in order to minimise the effect of transmission errors. These methods heavily utilise feedback information provided by the receiver. Error concealment by post-processing can also be referred to as passive error concealment whereas the other two categories represent forms of active error concealment.

There are numerous known concealment algorithms, a review of which is given by Y. Wang and Q.-F. Zhu in "Error Control and Concealment for Video Communication: A Review", Proceedings of the IEEE, Vol. 86, No. 5, May 1998, pp. 974–997 and an article by P. Salama, N. B. Shroff, and E. J. Delp, "Error Concealment in Encoded Video," submitted to IEEE Journal on Selected Areas in Communications.

Current video coding standards define a syntax for a self-sufficient video bit-stream. The most popular standards at the time of writing are ITU-T Recommendation H.263,

US 6,968,005 B2

3

"Video coding for low bit rate communication", February 1998; ISO/IEC 14496-2, "Generic Coding of Audio-Visual Objects. Part 2: Visual", 1999 (known as MPEG-4); and ITU-T Recommendation H.262 (ISO/IEC 13818-2) (known as MPEG-2). These standards define a hierarchy for bit-streams and correspondingly for image sequences and images.

In H.263, the syntax has a hierarchical structure with four layers: picture, picture segment, macroblock, and block layer. The picture layer data contain parameters affecting the whole picture area and the decoding of the picture data. Most of this data is arranged in a so-called picture header.

The picture segment layer can either be a group of blocks layer or a slice layer. By default, each picture is divided into groups of blocks (GOB) typically comprises 16 successive pixel lines. Data for each GOB consists of an optional GOB header followed by data for macroblocks. If the optional slice structured mode is used, each picture is divided into slices instead of GOBs. A slice contains a number of successive macroblocks in scan-order. Data for each slice consists of a slice header followed by data for the macroblocks.

Each GOB or slice is divided into macroblocks. A macroblock relates to 16×16 pixels (or 2×2 blocks) of luminance and the spatially corresponding 8×8 pixels (or block) of chrominance components. A block relates to 8×8 pixels of luminance or chrominance.

Block layer data consists of uniformly quantised discrete cosine transform coefficients, which are scanned in zigzag order, processed with a run-length encoder and coded with variable length codes. MPEG-2 and MPEG-4 layer hierarchies resemble the one in H.263.

By default these standards generally use the temporally previous reference picture (I or P) (also known as an anchor picture) as a reference for motion compensation. This piece of information is not transmitted, i.e., the bit-stream does not include information identifying the reference picture. Consequently, decoders have no means to detect if a reference picture is lost. Although many transport coders place video data into packets and associate a sequence number with the packets, these sequence numbers are not related to the video bit-stream. For example, a section of video bit-stream may contain P-picture P1, B-picture B2, P-picture P3, and P-picture P4, captured (and to be displayed) in this order. However, this section would be compressed, transmitted, and decoded in the following order: P1, P3, B2, P4 since B2 requires both P1 and P3 before it can be encoded or decoded.

Assuming that there is one picture per packet, that each packet contains a sequence number and that the packet carrying B2 is lost, the receiver can detect this packet loss from the packet sequence numbers. However, the receiver has no means to detect if it has lost a motion compensation reference picture for P4 or if it has lost a B-picture, in which case it could continue decoding normally.

The decoder therefore usually sends an INTRA request to the transmitter and freezes the picture on the display. However the transmitter may not be about to respond to this request. For instance in a non-real-time video streaming application, the transmitter cannot respond to an INTRA request from a decoder. Therefore the decoder freezes the picture until the next INTRA frame is received. In a real-time application such as video-conferencing, the transmitter may not be able to respond. For instance, in a multi-party conference, the encoder may not be able to respond to 5 individual requests. Again the decoder freezes the picture until an INTRA frame is output by the transmitter.

4

SUMMARY OF THE INVENTION

According to a first aspect of the invention there is provided a method of encoding a video signal representing a sequence of pictures, the method employing both non-temporal prediction and temporal prediction, wherein the method comprises, for each picture that forms a reference picture for the temporal prediction of another picture, associating with each such picture an indicator indicating the temporal order of the reference picture in the encoded video signal relative to the other reference pictures in the encoded video signal.

Thus each reference picture (e.g. I-frames and P-frames) is associated with a sequence number. Preferably the indicator is incremented each time a reference picture is encoded. Most advantageously the indicator is incremented by one each time a reference picture is encoded. Thus the indicator is incremented by one from the previous reference picture.

If multi-layer coding is used, preferably this indicator is incremented by one from the previous reference picture in the same enhancement layer.

Including this indicator means that a decoder is capable of determining whether a reference picture has been lost and to take appropriate action, if available. This is the case even if the transport protocol does not include sequence information about the packets being transmitted or the transmitter uses a varying encapsulation strategy. For example, if the transmitter encapsulates a varying number of GOBs in one packet, receivers cannot reliably know how many GOBs or entire pictures were lost even if they could detect packet losses from packet sequence numbers.

The invention also enables a decoder to differentiate B picture losses from reference picture losses. Consequently, decoders can continue decoding after a B picture loss instead of waiting for the next INTRA picture.

In addition a decoder may continue decoding lower enhancement layers if a reference picture from a higher enhancement layer is lost.

The reference picture order number may be in respect of the whole picture or part of a picture. In the former case, typically the reference picture order number is included in a picture header. In a preferred implementation of the invention, the video signal is encoded according to the H.263 standard and the indicator is included in the Supplemental Enhancement Information. Where the RPON is in respect of part of a picture the reference picture order number may be included in the picture segment headers or macroblock headers of the encoded picture.

In accordance with a second aspect of the invention there is provided a method of decoding an encoded video signal representing a sequence of pictures, the method comprising receiving an encoded video signal, decoding each received picture, examining for each picture to be decoded that forms a reference picture for another picture an indicator representing the temporal order of a reference frame and, when the indicator does not follow consecutively from an immediately preceding decoded reference frame, detecting a lost reference frame.

Preferably the decoder sends a request to a transmitter to encode a picture in a non-temporal manner when the indicator does not follow consecutively from an immediately preceding decoded reference frame.

In accordance with a third aspect of the invention there is provided an encoded video signal wherein for each picture that forms a reference picture for the temporal prediction of

US 6,968,005 B2

**5**

another picture, an indicator is associated with each such reference picture indicating the temporal order of the reference pictures in the encoded video stream.

In accordance with a fourth aspect of the invention there is provided a video encoder comprising an input for receiving a video signal representing a sequence of pictures and for generating encoded pictures, said encoder being arranged to employ both non-temporal prediction and temporal prediction, wherein the encoder is arranged, for each picture that forms a reference picture for the temporal prediction of another picture, to associate with each reference picture an indicator indicating the temporal order of the reference picture in the encoded video signal relative to other reference pictures in the encoded video signal.

Preferably the indicator is incremented each time a reference picture is encoded.

In accordance with a fifth aspect of the invention there is provided a video decoder comprising an input for receiving an encoded video signal representing a sequence of pictures, a decoder for decoding each received picture, the decoder being arranged to examine for each picture to be decoded that forms a reference picture for another picture an indicator representing the temporal order of a reference frame and, when the indicator does not follow consecutively from an immediately preceding decoded reference frame, to detect a lost reference frame.

The invention also relates to a portable radio communications device including an encoder and/or a decoder as described.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described, by way of example only, with reference to the accompanying drawings, in which:

FIG. 1 shows a multimedia mobile communications system;

FIG. 2 shows an example of the multimedia components of a multimedia terminal;

FIG. 3 shows an example of a video codec;

FIG. 4 illustrates the operation of a first implementation of a video encoder according to a first embodiment of the invention;

FIG. 5 illustrates the operation of a second implementation of a video encoder according to a first embodiment of the invention;

FIG. 6 shows the syntax of a bit stream as known according to H.263;

FIG. 7 shows a first example of a bit stream output by an encoder according to the invention;

FIG. 8 shows a second example of a bit stream output by an encoder according to the invention;

FIG. 9 shows a third example of a bit stream output by an encoder according to the invention;

FIG. 10 illustrates enhancement layers used in video coding for SNR scalablity; and

FIG. 11 illustrates enhancement layers used in video coding for spatial scalablity.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows a typical multimedia mobile communications system. A first multimedia mobile terminal 1 communicates with a second multimedia mobile terminal 2 via a

**6**

radio link 3 to a mobile communications network 4. Control data is sent between the two terminals 1,2 as well as the multimedia data.

FIG. 2 shows the typical multimedia components of a terminal 1. The terminal comprises a video codec 10, an audio codec 20, a data protocol manager 30, a control manager 40, a multiplexer/demultiplexer 50 and a modem 60 (if the required). The video codec 10 receives signals for coding from a video capture device of the terminal (not shown) (e.g. a camera) and receives signals for decoding from a remote terminal 2 for display by the terminal 1 on a display 70. The audio codec 20 receives signals for coding from the microphone (not shown) of the terminal 1 and receive signals for decoding from a remote terminal 2 for reproduction by a speaker (not shown) of the terminal 1.

The control manager 40 controls the operation of the video codec 10, the audio codec 20 and the data protocol manager 30. However, since the invention is concerned with the operation of the video codec 10, no further discussion of the audio codec 20 and protocol manager 30 will be provided.

FIG. 3 shows an example of a video codec 10 according to the invention. The video codec comprises an encoder part 100 and a decoder part 200. The encoder part 100 comprises an input 101 for receiving a video signal from a camera or video source (not shown) of the terminal 1. A switch 102 switches the encoder between an INTRA-mode of coding and an INTER-mode.

In INTRA-mode, the video signal from the input 101 is transformed into DCT coefficients by a DCT transformer 103. The DCT coefficients are then passed to a quantiser 104 that quantises the coefficients. Both the switch 102 and the quantiser 104 are controlled by an encoding control manager 105 of the video codec, which also receives feedback control from the receiving terminal 2 by means of the control manager 40.

In INTER mode, the switch 102 is operated to accept from a subtractor 106 the difference between the signal from the input 101 and a previous picture which is stored in a picture store 107. The difference data output from the subtractor 106 represents the prediction error between the current picture and the previous picture stored in the picture store 107. The data in the picture store 107 is generated by passing the data output by the quantiser through an inverse quantiser 108 and applying an inverse DCT transform 109 to the inverse-quantised data. The resulting data is added to the contents of the picture store 107 by adder 110. A motion estimator 111 may generate motion compensation data from the data in the picture store 107 in a conventional manner.

The encoding control manager 105 decides whether to apply INTRA or INTER coding or whether to code the frame at all on the basis of either the output of the subtractor 106 or in response to feedback control data received a receiving decoder. When not responding to feedback control data, the encoder typically encodes a frame as an INTRA-frame either only at the start of coding (all other frames being P-frames), or at regular periods e.g. every 5s , or when the output of the subtractor exceeds a threshold i.e. when the current picture and that stored in the picture store 107 are too dissimilar. The encoder may also be programmed to encode frames in a particular regular sequence e.g. I B B P B B P B B P B B P B B B I B B F etc. In addition the encoding control manager may decide not to code a received frame at all. This happens when the similarity between the current frame and the reference frame is so high that the encoder decides not to encode the current frame. The encoding control manager operates the switch accordingly.

US 6,968,005 B2

7

The video codec outputs the quantised DCT coefficients 112a, the quantising index 112b (i.e. the details of the quantiser used), an INTRA/INTER flag 112c to indicate the mode of coding performed (I or P/B), a transmit flag 112d to indicate the number of the frame being coded and the motion vectors 112e for the picture being coded. These are multiplexed together by the multiplexer 50 together with other multimedia signals.

The decoder part 200 of the video codec 10 comprises an inverse quantiser 120, an inverse DCT transformer 121, a motion compensator 122, a picture store 123 and a controller 124. The controller 124 receives video codec control signals demultiplexed from the encoded multimedia stream by the demultiplexer 50. In practice the controller 105 of the encoder and the controller 124 of the decoder may be the same processor.

The operation of an encoder according to the invention will now be described. The video codec 10 receives a video signal to be encoded. The encoder 100 of the video codec encodes the video signal by performing DCT transformation, quantisation and motion compensation. The decoded video data is then output to the multiplexer 50. The multiplexer 50 multiplexes the video data from the video codec 10 and control data from the control manager 40 (as well as other signals as appropriate) into a multimedia signal. The terminal 1 outputs this multimedia signal to the receiving terminal 2 via the modem 60 (if required).

In a first embodiment of the invention, each time the encoder encodes a frame which may form the reference frame for a subsequent frame, the encoding control manager 105 associates with the frame a so-called Reference Picture Order Number (RPON). For example, a RPON is associated with every I or P frame of a video signal but not with a B-frame. The RPON value is incremented each time a successive reference picture is encoded, preferably by 1.

The encoding control manager 105 outputs the RPON codeword on output 112f which indicates the Reference Picture Order Number associated with the encoded frame. This is multiplexed into the video bitstream by a multiplexer.

FIG. 4 illustrates the operation of the encoder. In this embodiment, the encoder is arranged to output an I-frame when the similarity between the frame being coded and the reference frame is less than a first threshold i.e. when the output from the subtractor 106 is greater than a first threshold. Otherwise the encoder outputs P-frames. The first line of FIG. 4 represents the frames of data received from a capture input device and input to the video encoder on input 101. The second line of FIG. 4 represents those frames of the input signal that the encoder decides to encode and the coding mode used to encode each frame. As mentioned above some, the encoding control manager may decide that a frame is not to be coded: this is exemplified in FIG. 4 by the fact that frames 2, 3 and 11 are not coded.

Frame 1 is coded in INTRA-mode; frame 4 is encoded as a P-frame with reference to frame 1; frame 5 is encoded as a P-frame with reference to frame 4; frame 6 is encoded as a P-frame with reference to frame 5; frame 7 is encoded as a P-frame with reference to frame 6; frame 8 is encoded as an I-frame; frame 9 is encoded as a P-frame with reference to frame 8; frame 10 is encoded as a P-frame with reference to frame 9; frame 12 is encoded as a P-frame with reference to frame 10.

In this embodiment all (but the last) of the encoded frames act as the reference frame for a later frame. Thus a RPON is associated with all of the frames to be coded, as shown in the third line of FIG. 4. As can be seen, the RPON is incremented by 1 each time.

8

The fourth line of FIG. 4 shows the Temporal Reference (TR) of the encoded frame. This is a field included in H.263 and the value of TR is formed by incrementing its value in the temporally previous reference picture header by one plus the number of skipped or non-reference pictures since the previously transmitted one. Thus in the example shown in FIG. 4 the TR shown for each frame is the same as the original number in the original signal input to 102.

FIG. 5 shows a second embodiment of an encoder according to the invention. In this embodiment, the encoder is arranged to code the frames according to the regular sequence I B B P B B P B B P B B P B B I B B P. The first line of FIG. 5 shows the input frames and the second line shows the coded frames and their coding mode, I, P or B.

The frames are received from a video capture device in the order 1,2,3,4,5,6 etc. and are displayed in this order i.e. the decoded frames are displayed in the order I1, B2, B3, P4, B5, B6, P7 etc. However the video bit stream is compressed, transmitted and decoded in the following order I1, P4, B2, B3, P7, B5, B6 etc. This is because each B-frame requires preceding and succeeding reference frames before they can be encoded/decoded i.e. frame B2 requires frame I1 and P4 to be encoded/decoded before frame B2 can be encoded/decoded.

As explained previously, B-frames are inserted between anchor picture pairs of I- and/or P-frames and are predicted from either one or both of these anchor pictures. Thus in the illustration given in FIG. 5, Frame 1 is coded in INTRA-mode; frame 4 is encoded as a B-frame with reference to frame 1 and/or 6; frame 5 is encoded as a B-frame with reference to frame 1 and/or 6; frame 6 is encoded as a P-frame with reference to frame 1; frame 7 is encoded as a B-frame with reference to frame 6 and/or 9; frame 8 is encoded as an B-frame with reference to frame 6 and/or 9; frame 9 is encoded as a P-frame with reference to frame 6; frame 10 is encoded as a B-frame with reference to frame 9 and/or 13 (not shown); frame 12 is encoded as a B-frame with reference to frame 9 and/or 13 and so on.

In this embodiment each I-frame and P-frame of the encoded sequence acts as a reference frame for another frame. However a B-frame does not act as a reference picture for any other frame. Thus RPON is associated with all of the I-frames and P-frames, as shown in the third line of FIG. 5. As can be seen, the RPON is incremented by 1 each time. Thus frame 1 (an I-frame) has a RPON of 1, frame 4 (a P-frame) has a RPON of 2 and frame 9 (a P-frame) has a RPON of 3.

The fourth line of FIG. 5 shows the Temporal Reference (TR) of the encoded frame. As in the example shown in FIG. 4, the TR shown for each frame is the same as the order of occurrence in the original signal input to 10.

Considering the terminal 1 as receiving coded video data from terminal 2, the operation of the video codec 10 will now be described with reference to its decoding role. The terminal 1 receives a multimedia signal from the transmitting terminal 2. The demultiplexer 50 demultiplexes the multimedia signal and passes the video data to the video codec 10 and the control data to the control manager 40. The decoder 200 of the video codec decodes the encoded video data by inverse quantising, inverse DCT transforming and motion compensating the data. The controller 124 of the decoder checks the integrity of the received data and, if an error is detected, attempts to conceal the error in a manner to be described below. The decoded, corrected and concealed video data is then output for reproduction on a display 70 of the receiving terminal 1.

US 6,968,005 B2

9

Errors in video data may occur at the picture level, the GOB level or the macroblock level. Error checking may be carried out at any or all of these levels.

Considering first the signal as shown in FIG. 4, when a decoder according to the invention receives this signal each frame of the signal is decoded in a conventional manner and then displayed on a display means. The decoded frame may be error corrected and error concealed in a conventional manner. Each time a frame is decoded, the decoder examines the TR field to determine when the frame is to be displayed. If the TRs are not consecutive (e.g. the decoder receives a frame with TR=1 and then a frame with TR=4) the decoder holds the frame 1 on the display for 3 times the usual frame period, as is conventional. The decoder also examines the RPON of the received frames. In the case shown in FIG. 4 the decoder receives frame 1 and sees that this frame has a RPON=1; the decoder then receives a frame with TR=4 and RPON=2. The decoder compares the RPON of the currently received frame with the RPON of the previously received frame and calculates the difference between the RPON values. In this case the difference is 1 and the decoder therefore knows that no reference pictures have been lost between the current frame and the previous decoded reference frame. The decoder therefore continues to decode the signal in a conventional manner.

Let us now assume that the decoder is unable to reconstruct frame 5 (this could be due to the data being greatly corrupted or being lost altogether) and the next frame received and decoded by the decoder is frame 6. The decoder compares the RPON of the currently received frame (frame 6) with the RPON of the previously received and decoded reference frame (frame 4) and calculates the difference between the RPON values. In this case the difference is 2 and the decoder therefore knows that a reference picture has been lost between transmission of the current frame and that of the previous frame. If the decoder has the facility to send control feedback data to the transmitting video encoder the decoder can send a request to the transmitting video encoder to encode a frame as an INTRA-frame and so stop the temporal error propagation that would result from frame 6 being decoded with reference to frame 4.

Considering now the signal as shown in FIG. 5, when a decoder according to the invention receives this signal each frame of the signal is decoded in a conventional manner and then displayed on a display means. The decoded frame may be error corrected and error concealed in a conventional manner. Each time a frame is decoded, the decoder examines the TR field to determine when the frame is to be displayed. The decoder also examines the RPON of the received frames.

In the case shown in FIG. 5 the decoder receives frame 1 and sees that this frame has a RPON=1. The decoder decodes this frame in a conventional INTRA-mode manner. The next frame received by the decoder is then frame 6, with TR=6 and RPON=2. The decoder compares the RPON of the currently received frame (frame 6) with the RPON of the previously received and decoded reference frame (frame 1) and calculates the difference between the RPON. In this case the difference is 1 and the decoder therefore knows that no reference pictures have been lost between transmission of the current frame and that of the previous decoded reference frame. The decoder then decodes frame 6 with reference to frame 1.

The decoder then receives a frame with TR=4 and no RPON. In this case the decoder makes no further use of the RPON and decodes frame 4 with reference to decoded frames 1 and 6.

10

Let us now assume that the decoder is unable to reconstruct frame 5 (this could be due to the data being greatly corrupted or being lost altogether). The fact that B-frame 5 has been lost is of no consequence to the decoder as the B-frame does not form a reference picture for any other frame and thus its loss will not introduce any temporal error propagation.

The next frame to be received is frame 9. However, let us now assume that the decoder is unable to reconstruct frame 9, which is a P-frame (this could be due to the data being greatly corrupted or being lost altogether). The decoder may therefore be unable to decode successfully any of frames 7, 8, 10 or 12 since these may all be predicted, in part at least, with reference to frame 9. Typically, in this situation, the decoder will freeze the displayed picture.

The next frame received and decoded by the decoder is frame 13. The decoder compares the RPON of the currently received reference frame (frame 13) with the RPON of the previously received and decoded reference frame (frame 6) and calculates the difference between the RPON. In this case the difference is 2 and the decoder therefore knows that a reference picture has been lost between the current frame and the previous decoded reference frame. If the decoder has the facility to send control feedback data to the transmitting video encoder the decoder can send a request to the transmitting video encoder to encode a frame as an INTRA-frame and so stop the temporal error propagation that would result from frame 13 being decoded with reference to frame 6.

How the reference picture order number may be included in the encoded signal will now be addressed with reference to the H.263 video coding standard.

FIG. 6 shows the syntax of a bit stream as known according to H.263. The following implementations describe the GOB format but it will be clear to a skilled person that the invention may also be implemented in the slice format.

As mentioned already, the bit stream has four layers: the picture layer, picture segment layer, macroblock layer and block layer. The picture layer comprises a picture header followed by data for the Group of Blocks, eventually followed by any optional end-of-sequence code and stuffing bits.

The prior art H.263 bit stream is formatted as shown in FIG. 6. A descriptor for each part is given below:

| PSC | The picture start code (PSC) indicates the start of the picture |
| TR | The Temporal Reference (TR) is formed by incrementing its value in the temporally previous reference picture header by one plus the number of skipped or non-referenced pictures since the previously transmitted one |
| PTYPE | Amongst other things, PTYPE includes details of the picture coding type i.e. INTRA or INTER |
| PQUANT | A codeword that indicates the quantiser to be used for the picture until updated by any subsequent quantiser information |
| CPM | A codeword that signals the use of optional continuous presence multipoint and video multiplex (CPM) mode |
| PSBI | Picture Sub-Bit stream Indicator-only present if CPM is set |
| TR$_B$ | Present if the frame is a bi-directionally predicted frame (known as a PB-frame) |
| DBQUANT | Present if a bi-directional frame |
| PEI | This relates to extra insertion information and is set to "1" to indicate the presence of the following optional data fields PSUPP and PEI. PSUPP and PEI are together known as Supplemental Enhancement Information, which is further defined in Annex L of H.263. |

US 6,968,005 B2

**11**

-continued

| | |
|---|---|
| GOBS | Is the data for the group of blocks for the current picture |
| ESTF | A stuffing codeword provided to attain byte alignment before EOS |
| EOS | A codeword indicating the end of the data sequence for the picture |
| PSTUF | A stuffing codeword to allow for byte alignment of the next picture start code PSC |

The structure as shown in FIG. 4 does not include the optional PLUSTYPE data field. PSBI is only present if indicated by CPM. TRB and DBQUANT are only present if PTYPE indicates use of a so-called PB frame mode (unless the PLUSTYPE filed is present and the used of DBQUANT is indicated therein). These issues are addressed in more detail in the H.263 specification.

The following paragraphs outline possible implementations of the bit-stream output by an encoder according to the first aspect of the invention.

The reference picture order number may be incorporated into a H.263 bit stream as follows. FIG. 7 shows an example of a bit stream output by an encoder according to the first implementation of the invention. As shown in FIG. 7, the bit stream includes a further codeword RPON which is a codeword indicating the reference picture order number. This is inserted by an encoder according to the invention, as described above.

Alternatively, the reference picture order number may be included in the Supplemental Enhancement Information PSUPP (see Annex L of H.263 and FIG. 4). The supplemental information may be present in the bit stream even though the decoder may not be capable of providing the enhanced capability to use it, or even to properly interpret it. Simply discarding the supplemental information is allowable by decoders unless a requirement to provide the requested capability has been negotiated by the transmitter and receiver.

If PEI is set to "1", then 9 bits follow consisting of 8 bits of data (PSUPP) and then another PEI bit to indicate if a further 9 bits follow and so on.

The PSUPP data consists of a 4-bit function type indication FTYPE, followed by a 4-bit parameter data size specification DSIZE followed by DSIZE octets of function parameter data, optionally followed by another FTYPE and so on. It is known to use this PSUPP codeword to signal various situations such as: to indicate a full-picture or partial-picture freeze or freeze-release request with or without resizing; to tag particular pictures or sequences of pictures within the video stream for external use; or to convey chroma key information for video compositing.

To implement the invention using the Supplemental Enhancement Information, a further FTYPE is defined as Reference Picture Order Number.

FIG. 8 illustrates the example where a parameter RPON is included in the SEI of the picture header. The FTYPE is defined as RPON. The DSIZE specifies the size of the parameter and the following octet is the parameter data i.e. the value of RPON. From this value a receiving decoder can determine whether a reference picture has been lost.

Alternatively, the information may be contained in the additional Supplemental Enhancement Information as specified in a "Draft of new Annex W: Additional Supplementary Enhancement Information Specification" P. Ning and S. Wenger, ITU-T Study Group 16 Question 15 Document Q15-I58, November 1999.

**12**

In this draft proposal, FTYPE 14 is defined as "Picture Message". When this FTYPE is set, the picture message function indicates the presence of one or more octets representing message data. The first octet of the message data is a message header with the structure shown in FIG. 9 i.e. CONT, EBIT and MTYPE. DSIZE is equal to the number of octets in the message data corresponding to a picture message function, including the first octet message header.

The continuation field CONT, if equal to 1, indicates that the message data associated with the picture message is part of the same logical message as the message data associated with the next picture message function. The End Bit Position field EBIT specifies the number of least significant bits that shall be ignored in the last message octet. Further details of these fields can be found in the draft of Annex W referred to above.

The field MTYPE indicates the type of message. Various types of message are suggested in the draft of Annex W. According to the invention one type e.g. MTYPE 12 is defined as RPON or Picture Number. The message contains two data bytes that carry a 10-bit Picture Number. Consequently, DSIZE shall be 3, CONT shall be 0, and EBIT shall be 6. Picture Number shall be incremented by 1 for each coded and transmitted I or P picture or PB or Improved PB frame, in a 10-bit modulo operation. For EI and EP pictures, Picture Number shall be incremented for each EI or EP picture within the same scalability enhancement layer. For B pictures, Picture Number shall be incremented relative to the value in the most recent non-B picture in the reference layer of the B picture which precedes the B picture in bitstream order( a picture which is temporally subsequent to the B picture). If adjacent pictures in the same enhancement layer have the same temporal reference, and if the reference picture selection mode (see Annex N) is in use, the decoder shall regard this occurrence as an indication that redundant copies have been sent of approximately the same pictured scene content, and all of these pictures shall share the same Picture Number. If the difference (modulo 1024) of the Picture Numbers of two consecutively received non-B pictures in the same enhancement layer is not 1, and if the pictures do not represent approximately the same pictured scene content as described above, a loss of pictures or corruption of data may be inferred by the decoder . The value of RPON is defined in the octet following the message header.

In a specific example, this message contains one data byte, i.e., DSIZE is 2, CONT is 0, and EBIT is 0.

The Reference Picture Order Number is incremented by one from the corresponding number of the previous coded reference picture. The least significant 8-bits of the result of the incrementation is placed in the data byte associated with this message.

The invention may also be implemented in accordance with Annex U of H.263.

The above description has made reference to encoded video streams in which bi-directionally predicted pictures (B-pictures) are encoded. As mentioned earlier, B-pictures are never used as reference pictures. Since they can be discarded without impacting the picture quality of future pictures, they provide temporal scalability. Scalability allows for the decoding of a compressed video sequence at more than one quality level. In other words, a scalable multimedia clip can be compressed so that it can be streamed over channels with different data rates and still be decoded and played back in real-time.

Thus the video stream may be decoded in different ways by differing decoders. For instance, a decoder can decide

US 6,968,005 B2

13

only to decode the I- and P-pictures of a signal, if this is the maximum rate of decoding that the decoder can attain. However if a decoder has the capacity, it can also decode the B-pictures and hence increase the picture display rate. Thus the perceived picture quality of the displayed picture will be enhanced over a decoder that only decodes the I- and P-pictures.

Scalable multimedia is typically ordered so that there are hierarchical layers of data. A base layer contains a basic representation of the multimedia clip whereas enhancement layers contain refinement data on top of underlying layers. Consequently, the enhancement layers improve the quality of the clip.

Scalability is a desirable property for heterogeneous and error prone environments. This property is desirable in order to counter limitations such as constraints on bit rate, display resolution, network throughput, and decoder complexity.

Scalability can be used to improve error resilience in a transport system where layered coding is combined with transport prioritisation. The term transport prioritisation here refers to various mechanisms to provide different qualities of service in transport, including unequal error protection, to provide different channels having different error/loss rates. Depending on their nature, data are assigned differently. For example, the base layer may be delivered through a channel with a high degree of error protection, and the enhancement layers may be transmitted through more error-prone channels.

Generally, scalable multimedia coding suffers from a worse compression efficiency than non-scalable coding. In other words, a multimedia clip encoded as a scalable multimedia clip with enhancement layers requires greater bandwidth than if it had been coded as a non-scalable single-layer clip with equal quality. However, exceptions to this general rule exist, for example the temporally scalable B-frames in video compression.

The invention may be applied to other scalable video compression systems. For instance, in H.263 Annex O, two other forms of scalability are defined: signal-to-noise (SNR) scalability and spatial scalability. Spatial scalability and SNR scalability are closely related, the only difference being the increased spatial resolution provided by spatial scalability. An example of SNR scalable pictures is shown in FIG. 10. SNR scalability implies the creation of multi-rate bit streams. It allows for the recovery of coding errors, or differences between an original picture and its reconstruction. This is achieved by using a finer quantiser to encode the difference picture in an enhancement layer. This additional information increases the SNR of the overall reproduced picture.

Spatial scalability allows for the creation of multi-resolution bit streams to meet varying display requirements and/or constraints. A spatially scalable structure is illustrated in FIG. 11. It is essentially the same as in SNR scalability except that a spatial enhancement layer attempts to recover the coding loss between an up-sampled version of the reconstructed reference layer picture and a higher resolution version of the original picture. For example, if the reference layer has a quarter common intermediate format (QCIF) resolution, and the enhancement layer has a common intermediate format (CIF) resolution, the reference layer picture must be scaled accordingly such that the enhancement layer picture can be predicted from it. The QCIF standard allows the resolution to be increased by a factor of two in the vertical direction only, horizontal direction only, or both the vertical and horizontal directions for a single enhancement

14

layer. There can be multiple enhancement layers, each increasing the picture resolution over that of the previous layer. The interpolation filters used to up-sample the reference layer picture are explicitly defined in the H.263 standard. Aside from the up-sampling process from the reference to the enhancement layer, the processing and syntax of a spatially scaled picture are identical to those of an SNR scaled picture.

In either SNR or spatial scalability, the enhancement layer pictures are referred to as EI- or EP-pictures. If the enhancement layer picture is upwardly predicted from a picture in the reference layer, then the enhancement layer picture is referred to as an Enhancement-I (EI) picture. In this type of scalability, the reference layer means the layer "below" the current enhancement layer. In some cases, when reference layer pictures are poorly predicted, over-coding of static parts of the picture can occur in the enhancement layer, causing an unnecessarily excessive bit rate. To avoid this problem, forward prediction is permitted in the enhancement layer. A picture that can be predicted in the forward direction from a previous enhancement layer picture or, alternatively, upwardly predicted from the reference layer picture is referred to as an Enhancement-P (EP) picture. Note that computing the average of the upwardly and forwardly predicted pictures can provide bi-directional prediction for EP-pictures. For both EI- and EP-pictures, upward prediction from the reference layer picture implies that no motion vectors are required. In the case of forward prediction for EP-pictures, motion vectors are required.

According to the invention, if the encoder is capable of multi-layer coding (for example as discussed in Annex O of H.263) the reference pictures of each layer are given consecutive Reference Picture Order Numbers. These may be associated with the enhancement layer number (ELNUM) of the current picture. The Reference Picture Order Number is incremented by one from the corresponding number of the previous coded reference picture in the same enhancement layer.

As shown in FIGS. 10 and 11, the pictures of the enhancement layer may be predicted from a preceding picture of the enhancement layer and/or from the equivalent I- or P-picture of the base layer. The enhancement layer may not be predicted from a B-picture in the reference layer.

If adjacent pictures in the same enhancement layer have the same temporal reference, and if Annex N or Annex U of H.263 is in use, the decoder preferably regards this occurrence as an indication that redundant copies have been sent of approximately the same pictured scene content, and all of these pictures then share the same RPON.

A decoder according to the invention, on receipt of a multi-layer signal as described above, attempts to decode the signal in a conventional manner. In each layer, each time a reference picture is decoded, the decoder examines the RPON of the decoded picture. If the decoder determines that a reference picture has been lost from an enhancement layer, the decoder ceases to display pictures from the enhancement layer until an EI-picture is received. The decoder continues to decode the base layer as described earlier.

The invention is not intended to be limited to the video coding protocols discussed above: these are intended to be merely exemplary. The invention is applicable to any video coding protocol in which temporal prediction may be used. The addition of the information as discussed above allows a receiving decoder to determine that a reference picture has been lost and to take appropriate action.

US 6,968,005 B2

15

What is claimed is:

**1**. A method of encoding a video signal representing a sequence of pictures to form an encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures, wherein the INTRA pictures and at least some of the temporally predicted pictures are used to form reference pictures for the temporal prediction of other pictures in the video sequence, comprising indicating an encoding order of those pictures used to form reference pictures in the encoded video signal with a sequence indicator having an independent numbering scheme, such that consecutive pictures used to form reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures.

**2**. A method according to claim **1**, wherein said predetermined amount is one.

**3**. A method according to claim **1**, wherein the sequence indicator is included in a picture header.

**4**. A method according to claim **3**, wherein the video signal is encoded according to the H.263 video coding standard and the sequence indicator is included in the Supplemental Enhancement Information of a bit stream of the H.263 video coding standard.

**5**. A method of decoding an encoded video signal representing a sequence of pictures to form a decoded video signal, the method comprising receiving an encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures, wherein the INTRA pictures and at least some of the temporally predicted pictures are used to form reference pictures for the temporal prediction of other pictures, the encoded video signal further comprising a sequence indicator having an independent numbering scheme such that consecutive reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures, decoding received encoded pictures, examining each decoded picture that forms a reference picture to identify the sequence indicator value assigned to the reference picture and comparing the sequence indicator values assigned to consecutively decoded reference pictures to detect loss of a reference picture.

**6**. A method according to claim **5**, further comprising sending a request to a transmitter to encode a picture in a non-temporally predicted manner when the sequence indicator value assigned to a particular reference picture does not follow consecutively from that associated with an immediately preceding decoded reference picture.

**7**. A video encoder comprising an input for receiving a video signal representing a sequence of pictures, the video encoder for generating an encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures, wherein the INTRA pictures and at least some of the temporally predicted pictures form reference pictures for temporal prediction of other pictures, and the encoder is arranged to indicate an encoding order of the reference pictures in the encoded video signal with a sequence indicator having an independent numbering scheme, such that consecutive reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures.

16

**8**. A video encoder according to claim **7**, wherein said predetermined amount is one.

**9**. A video decoder for decoding an encoded video signal representing a sequence of pictures to form a decoded video signal, the encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures, wherein the INTRA pictures and at least some of the temporally predicted pictures form reference pictures for the temporal prediction of other pictures, the encoded video signal further comprising a sequence indicator having an independent numbering scheme such that consecutive reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures, comprising an input for receiving the encoded video signal and being arranged to decode received encoded pictures, to examine each decoded picture that forms a reference picture to identify the sequence indicator value assigned to the reference picture and to compare the sequence indicator values assigned to consecutively decoded reference pictures to detect loss of a reference picture.

**10**. A portable radio communications device including an encoder according to claim **7**.

**11**. A method according to claim **1**, wherein the sequence indicator is associated with a whole picture.

**12**. A method according to claim **1**, wherein the sequence indicator is associated with part of a picture.

**13**. A method according to claim **12**, wherein the sequence indicator is included in a picture segment header or a macroblock header of an encoded picture.

**14**. A method according to claim **1**, wherein the video signal is scalably encoded and sequence indicators are associated with layers of the scalably encoded video signal.

**15**. A method according to claim **5**, wherein the predetermined amount is one.

**16**. A method according to claim **5**, wherein the sequence indicator is included in a picture header.

**17**. A method according to claim **5**, wherein the video signal is encoded according to the H.263 video coding standard and the sequence indicator is included in the Supplemental Enhancement Information of a bit-stream of the H.263 video coding standard.

**18**. A method according to claim **5**, wherein the sequence indicator is associated with a whole picture.

**19**. A method according to claim **5**, wherein the sequence indicator is associated with part of a picture.

**20**. A method according to claim **19**, wherein the sequence indicator is included in a picture segment header or a macroblock header of an encoded picture.

**21**. A method according to claim **5**, wherein the video signal is scalably encoded and sequence indicators are associated with layers of the scalably encoded video signal.

**22**. A video encoder according to claim **7**, arranged to include the sequence indicator in a picture header.

**23**. A video encoder according to claim **7**, arranged to encoded the video signal according to the H.263 video coding standard and to include the sequence indicator in the Supplemental Enhancement Information of a bit stream of the H.263 video coding standard.

**24**. A video encoder according to claim **7**, arranged to associate the sequence indicator with a whole picture.

**25**. A video encoder according to claim **7**, arranged to associate the sequence indicator with part of a picture.

**26**. A video encoder according to claim **7**, arranged to include the sequence indicator in a picture segment header or a macroblock header of an encoded picture.

US 6,968,005 B2

17

**27**. A video encoder according to claim **7**, arranged to encode the video signal scalably and to associate sequence indicators with layers of the scalably encoded video signal.

**28**. A video decoder according to claim **9**, further arranged to send a request to a transmitter to encode a picture in a non-temporally predicted manner when the sequence indicator value assigned to a particular reference picture does not follow consecutively from that associated with an immediately preceding decoded reference picture.

**29**. A video decoder according to claim **9**, wherein the predetermined amount is one.

**30**. A video decoder according to claim **9**, wherein the sequence indicator is included in a picture header.

**31**. A video decoder according to claim **9**, wherein the video signal is encoded according to the H.263 video coding standard and the sequence indicator is included in the Supplemental Enhancement Information of a bit stream of the H.263 video coding standard.

**32**. A video decoder according to claim **9**, wherein the sequence indicator is associated with a whole picture.

**33**. A video decoder according to claim **9**, wherein the sequence indicator is associated with part of a picture.

**34**. A video decoder according to claim **33**, wherein the sequence indicator is included in a picture segment header or a macroblock header of an encoded picture.

**35**. A video decoder according to claim **9**, wherein the video signal is scalably encoded and sequence indicators are associated with layers of the scalably encoded video signal.

**36**. A multimedia terminal device including an encoder according to claim **7**.

**37**. An encoded video signal representing a sequence of pictures, comprising temporally independent INTRA pictures and temporally predicted pictures, wherein the INTRA pictures and at least some of the temporally predicted pictures form reference pictures for the temporal prediction of other pictures, the encoded video signal further comprising a sequence indicator having an independent numbering

18

scheme for indicating an encoding order of the reference pictures, such that consecutive reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures.

**38**. An encoded video signal according to claim **37**, wherein said predetermined amount is one.

**39**. An encoded video signal according to claim **37**, wherein the sequence indicator is included in a picture header.

**40**. An encoded video signal according to claim **37**, encoded according to the H.263 video coding standard and the sequence indicator is included in the Supplemental Enhancement Information of a bit stream of the H.263 video coding standard.

**41**. An encoded video signal according to claim **37**, wherein the sequence indicator is associated with the whole of a picture.

**42**. An encoded video signal according to claim **37**, wherein the sequence indicator is associated with part of a picture.

**43**. An encoded video signal according to claim **42**, wherein the sequence indicator is included in a picture segment header or a macroblock header of an encoded picture.

**44**. An encoded video signal according to claim **37**, wherein the encoded video signal is scalably encoded and sequence indicators are associated with layers of the scalably encoded video signal.

**45**. A portable radio communications device including a decoder according to claim **9**.

**46**. A multimedia terminal device including a decoder according to claim **9**.

* * * * *

# EXHIBIT 7

US007082450B2

(12) **United States Patent**
Hallapuro et al.

(10) Patent No.: **US 7,082,450 B2**
(45) **Date of Patent:** **Jul. 25, 2006**

(54) **IMPLEMENTATION OF A TRANSFORM AND OF A SUBSEQUENT QUANTIZATION**

(75) Inventors: **Antti Hallapuro**, Tampere (FI); **Kim Simelius**, Tampere (FI)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 536 days.

(21) Appl. No.: **09/943,241**

(22) Filed: **Aug. 30, 2001**

(65) **Prior Publication Data**

US 2003/0078953 A1 Apr. 24, 2003

(51) **Int. Cl.**
*G06F 17/14* (2006.01)

(52) **U.S. Cl.** ...................................... **708/402**; 382/250

(58) **Field of Classification Search** ................. 708/402; 382/250
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,129,015 A | | 7/1992 | Allen et al. .................... 382/56 |
| 5,519,503 A | * | 5/1996 | Ohki ............................ 386/117 |
| 5,523,847 A | | 6/1996 | Feig et al. ............... 358/261.3 |
| 5,572,236 A | | 11/1996 | Feig et al. ................... 345/154 |
| 5,642,438 A | | 6/1997 | Babkin ....................... 382/250 |
| 5,957,998 A | * | 9/1999 | Ozaki ......................... 708/402 |
| 6,189,021 B1 | | 2/2001 | Shyu ........................... 708/401 |
| 6,466,699 B1 | * | 10/2002 | Schwartz et al. ........... 382/244 |
| 2001/0031096 A1 | * | 10/2001 | Schwartz et al. ........... 382/250 |

FOREIGN PATENT DOCUMENTS

WO        WO 01/31906  A2      5/2001

OTHER PUBLICATIONS

The BinDCT: Fast Multiplierless Approximation of the DCT, Trac D. Tran, IEEE Signal Processing Letters, vol. 7, No. 6, Jun. 2000, XP-002242220 (4 pages).
International Search Report.
"H.26L Test Model Long Term No. 7 (TML–7) Draft0", Gisle Bjontegaard, Document VCEG–M81, ITU Video Coding Experts Group, 2001, relevant pages thereof.
"A 16–bit Architecture for H.26L, Treating DCT Transforms and Quantization", Jie Liang et al., Document VCEG–M16, ITU Video coding Experts Group (VCEG), 2001, relevant pages thereof.
"Development of Integer Cosine Transforms by the Principle of Dyadic Symmetry", W.K. Cham, IEEE Proceedings, vol. 136, Pt. 1, No. 4, 1989, pp. 276–280.

* cited by examiner

*Primary Examiner*—D. H. Malzahn
(74) *Attorney, Agent, or Firm*—Perma & Green, LLP

(57) **ABSTRACT**

The invention relates to an approximation of a DCT and a quantization which are to be applied subsequently to digital data for compression of this digital data. In order to improve the transform, it is proposed to simplify a predetermined transform matrix to require less operations when applied to digital data. In addition, elements of the simplified transform matrix constituting irrational numbers are approximated by rational numbers. These measures are compensated by extending a predetermined quantization to include the operations which were removed in the simplification of the predetermined transform matrix. The included operations are further adjusted to compensate for the approximation of elements of the simplified transform matrix by rational numbers. If the simplified transform matrix and the extended quantization are used as basis for implementation, a fast transform with a good resulting quality can be achieved. An approximation of an IDCT employed in decompression of compressed digital data can be simplified correspondingly.

**32 Claims, 2 Drawing Sheets**





**FIG. 1**



FIG. 2

US 7,082,450 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**IMPLEMENTATION OF A TRANSFORM AND OF A SUBSEQUENT QUANTIZATION**

### FIELD OF THE INVENTION

The invention relates to the processing of digital data. It relates more specifically to a method for implementing an approximation of a discrete cosine transform (DCT) and a quantization, which transform and which quantization are to be applied subsequently to digital data, in particular digital image data, for compression of said digital data. It equally relates to a method for implementing a dequantization and an approximation of an inverse discrete cosine transform (IDCT), wherein for decompression of digital data said quantization is to be applied in sequence with said inverse transform to compressed digital data. Finally, the invention relates to an encoder and to a decoder suited to carry out such a compression and such a decompression respectively.

### BACKGROUND OF THE INVENTION

It is known from the state of the art to use a sequence of DCT and quantization, for compressing digital data, for instance in order to enable an efficient transmission of this digital data. In particular a compression of digital image data is commonly achieved by using a DCT followed by a quantization of the DCT coefficients obtained by the DCT.

In a DCT of one-dimensional digital data, a respective sequence of source values of a predetermined number is transformed into transform coefficients. In video coding, the source values can be for instance pixel values or prediction error values. Each of the resulting transform coefficients represents a certain frequency range present in the source data. DCT of values f( ) into coefficients F( ) is defined as;

$$F(i) = \sqrt{\frac{2}{N}} \, C(i) \sum_{x=0}^{N-1} f(x)\cos\left(\frac{(2x+1)i\pi}{2N}\right), i = 0, 1, \dots, N-1$$

$$C(k) = \begin{cases} \frac{1}{\sqrt{2}}, & k = 0 \\ 1, & k \neq 0 \end{cases}$$

In this equation, N is the predetermined number of source values in one sequence of source values.

For compression, image data is usually provided in blocks of two-dimensional digital data. For such data DCT is defined as:

$$F(i, j) = \frac{2}{N} C(i)C(j) \sum_{x=0}^{N-1}\sum_{y=0}^{N-1} f(x, y)\cos\left(\frac{(2x+1)i\pi}{2N}\right)$$
$$\cos\left(\frac{(2y+1)j\pi}{2N}\right), i = j = 0, 1, \dots, N-1$$

$$C(k) = \begin{cases} \frac{1}{\sqrt{2}}, & k = 0 \\ 1, & k \neq 0 \end{cases}$$

DCT is a separable operation. That means that a two-dimensional DCT can be calculated with two consecutive one-dimensional DCT operations. Using the one-dimensional DCT operation is preferred because the complexity of a one-dimensional DCT is relative to N. while the complexity of a two-dimensional DCT is relative to $N^2$. For image data having a size of N*N, the total complexity of all the DCT operations is relative to $N^3$ or $N^2\log(N)$ for fast DCT. Thus large transforms, which also involve many non-trivial multiplications, are computationally very complex. Furthermore, the additionally required accuracy in bits may increase the word width. For complexity reasons DCT is commonly performed only for small block of values at a time, for example 4×4 or 8×8 values, which can be represented in form of a matrix with values f( ). FIG. **1** illustrates a DCT of such a 4×4 matrix **1**.

First, each row of the matrix **1** is transformed separately to form a once transformed matrix **2**. In the depicted matrix **1**, a separate transformation of each row is indicated by 2-headed arrows embracing all values of the respective row. Then, each column of the once transformed matrix **2** is transformed separately to form the final transformed matrix **3** comprising the transform coefficients F( ). In the depicted matrix **2**, a separate transformation of each column is indicated by 2-headed arrows embracing all values of the respective column.

The DCT defined by the above equation can also be written in matrix form. To this end, F(i) is first written in a more suitable form

$$F(i) = \sum_{x=0}^{N-1} f(x)A(i, x), i = 0, 1, \dots, N-1$$

$$A(i, x) = \sqrt{\frac{2}{N}} \, C(i)\cos\left(\frac{(2x+1)i\pi}{2N}\right)$$

Matrix A is a matrix of DCT basis functions. A two dimensional DCT can then be calculated with:

$$Y = AXA^T,$$

where matrix X denotes a source value matrix, and where matrix Y denotes the transform coefficients resulting in the DCT. The index T of a matrix indicates that the transpose of the matrix is meant.

After DCT, the actual compression is achieved by quantization of DCT coefficients. Quantization is achieved by dividing the transform coefficients with quantization values that depend on a quantization parameter qp:

$$Y'(i,j) = Y(i,j)/Q(qp)(i,j),$$

where Q(qp) is a quantization matrix, and where Y'(i,j) constitute quantized coefficients. The simplest form of quantization is uniform quantization where the quantization matrix is populated with one constant, for example:

$$Q(qp)(i,j) = qp.$$

The quantized coefficients constitute compressed digital data which has for example, after the encoding and possible further processing steps, a convenient form for transmission of said data.

When the compressed data is to be presented again after storing and/or transmission, it has first to be decompressed again.

Decompression is performed by reversing the operations done during compression. Thus, the quantized coefficients Y'(i,j) are inverse quantized in a first step by multiplying the quantized coefficients with values of quantization matrix:

$$Y(i,j) Y'(i,j) Q(qp)(i,j)$$

US 7,082,450 B2

3

Next, the dequantized but still transformed coefficients Y(i,j) are inverse transformed in a second step by an inverse discrete cosine transform (IDCT):

$$X = A^T Y A,$$

where matrix Y denotes as in the DCT the transformed coefficients, and where matrix X denotes the regained source value matrix.

If infinite precision is used for all calculations, X will contain exactly the original pixel values. In practice, however, the coefficients are converted to integer values at least after quantization and inverse transform. As a result, the original pixels can not be exactly reconstructed. The more compression is achieved, the more deviation there is from the original pixels.

If the above described DCT and IDCT are implemented straight-forward, each conversion requires several multiplications, additions and/or subtractions. These operations, however, require on the one hand a significant amount of processor time, and on the other hand, multiplications are quite expensive operations with respect to circuit area in some architectures. In order to be able to transmit for example high quality motion displays, it is thus desirable to dispose of a conversion process which requires fewer multiplication steps without reducing the quality of the data regained in decompression.

Since the DCT is also a central operation in many image coding standards, it has been widely used, and a variety of solutions for the stated problem has been described in literature. These solutions generally feature the "butterfly operation" and/or combine some calculations from the operator matrix to the quantization step at the end of the DCT process.

The U.S. Pat. No. 5,523,847 describes for example a digital image processor for color image compression. In order to reduce the number of non-trivial multiplications in DCT, it is proposed in this document to factor the transform matrix in a way that decreases the number of non-trivial multiplications, non-trivial multiplications being multiplications or divisions by a factor other than a power of two. The trivial multiplications can be realized by bit-shifting, hence the name 'trivial'. More specifically, the transform matrix is factored into a diagonal factor and a scaled factor such that the diagonal factor can be absorbed into a later quantization step that and the scaled factor can be multiplied by a data vector with a minimum of non-trivial multiplications. In addition, it is proposed that remaining non-trivial multiplications are approximated by multiplications by rational numbers, since the computation can then be achieved only with additions, subtractions and shift operations. This leads to a problem in IDCT, however, since with the approximation, there may not exist an exact inverse transform any more for the transform. Therefore, repeating the DCT-IDCT process may result in severe deterioration in image quality. This may happen, e.g., when the image is transmitted several times over a communications link where DCT compression is utilized.

Another approach is described in a document by Gisle Bjontegaard: "H.26L Test Model Long Term Number 7 (TML-7) draft0", ITU Video Coding Experts Group, 13th Meeting, Austin, Tex., USA 2–4 Apr., 2001, This document describes a DCT solution constituting the current test model for a compression method for ITU-T recommendation H.26L.

According to this document, instead of DCT, an integer transform can be used which has basically the same coding property as a 4×4 DCT. In the integer transform, four

4

transform coefficients are obtained from four source data pixels respectively by four linear equations summing the pixels with predetermined weights. The transform is followed or preceded by a quantization/dequantization process, which performs a normal quantization/dequantization. Moreover, a normalization is required, since it is more efficient to transmit data having a normalized distribution than to transmit random data. Since the transform does not contain a normalization, the quantization/dequantization carries out in addition the normalization which is completed by a final shift after inverse transform. The quantization/dequantization uses 32 different quality parameter (QP) values, which are arranged in a way that there is an increase in the step size of about 12% from one QP to the next. Disadvantage of this approach is that it requires a 32-bit arithmetic and a rather high number of operations.

Another document proceeds from the cited TML-7 document: "A 16-bit architecture for H.26L, treating DCT transforms and quantization", Document VCEG-M16, Video Coding Experts Group (VCEG) 13th meeting, Austin, USA, 2–4 Apr., 2001, by Jie Liang, Trac Tran, and Pankaj Topiwala. This VCEG-M16 document mainly addresses a 4×4 transform, and proposes a fast approximation of the 4-point DCT, named the binDCT, for the H.26L standard. This binDCT can be implemented with only addition and right-shift operations. The proposed solution can be implemented to be fully invertible for lossless coding.

The proposed binDCT is based on the known Chen-Wang plane rotation-based factorization of the DCT matrix. For a 16-bit implementation of the binDCT, a lifting scheme is used to obtain a fast approximation of the DCT. Each employed lifting step is a biorthogonal transform, and its inverse also has a simple lifting structure. This means that to invert a lifting step, it is subtracted out what was added in at the forward transform. Hence, the original signal can still be perfectly reconstructed even if the floating-point multiplication results are rounded to integers in the lifting steps, as long as the same procedure is applied to both the forward and the inverse transform.

To obtain a fast implementation, the floating-point lifting coefficients are further approximated by rational numbers in the format of k/2m, where k and m are integers, which can be implemented by only shift and addition operations. To further reduce the complexity of the lifting-based fast DCT, a scaled lifting structure is used to represent the plane rotation. The scaling factors can be absorbed in the quantization stage.

The solution proposed in the VCEG-M16 document only requires 16-bit operations assuming that the source values are 9-bit values and less operations than the solution of the TML-7 document. More specifically, it requires for a 1-D DCT of four data values 10 additions and 5 shifts.

Further documents relating to image data compression are for instance the following, the contents of which are only addressed briefly:

U.S. Pat. No. 6,189,021, granted Feb. 13, 2001, proposes to employ a set of scaled weighting coefficients in the intrinsic multiplication stage of a six-stage DCT fast algorithm for one of two one-dimensional DCT operations so that a corresponding stage of the DCT fast algorithm for the other one of the one-dimensional DCT operations can be omitted.

U.S. Pat. No. 5,129,015, granted Jul. 7, 1992, makes use of a method similar to DCT but employing a simpler arithmetic for compressing still images without multiplication.

U.S. Pat. No. 5,572,236, granted Nov. 5, 1996, relates to a digital image processor for color image compression

US 7,082,450 B2

**5**

which minimizes the number of non-trivial multiplications in the DCT process by rearranging the DCT process such that non-trivial multiplications are combined in a single process step.

PCT application WO 01/31906, published May 3, 2001, relates to a transform-based image compression framework called local zerotree coding.

## SUMMARY OF THE INVENTION

It is an object of the invention to reduce the operations required for conventional DCT and IDCT while avoiding the necessity of non-trivial multiplications. It is also an object of the invention to provide an alternative to known methods which requires less operations than the regular DCT or IDCT. It is further an object of the invention to guarantee a high quality of the digital data after decompression.

For compression of digital data, the objects of the invention are reached by a method comprising in a first step simplifying a predetermined transform matrix to require less operations when applied to digital data. In a second step, elements of the simplified transform matrix constituting irrational numbers are approximated by rational numbers. In order to compensate for these measures, a predetermined quantization is extended to include the operations which were removed in the simplification of the predetermined transform matrix. The included operations are further adjusted to compensate for the approximation of elements of the simplified transform matrix by rational numbers. Finally, the simplified transform matrix with the approximated elements and the extended quantization are employed as basis for implementing a sequence of a transform and a quantization which are to be applied to digital data that is to be compressed.

For decompression of compressed digital data, the objects are reached with a method in which a predetermined inverse transform matrix is processed according to the predetermined inverse transform matrix in the proposed method for compression. In addition, a predetermined dequantization is extended according to the extension of the predetermined quantization in the proposed method for compression. The resulting extended dequantization and the resulting simplified inverse transform matrix with approximated elements can then be used as basis for implementing a sequence of a dequantization and an inverse transform which are to be applied to compressed digital data for achieving a decompression.

The objects of the invention are finally reached with an encoder comprising a corresponding transformer approximating a DCT and a corresponding quantization means, and with a decoder comprising a corresponding dequantization means and a corresponding transformer approximating an IDCT.

The invention proceeds from the idea that the number of operations required for a DCT can be reduced significantly, if on the one hand, operations are extracted from the transform matrix and absorbed in the quantization, and if on the other hand, the remaining entries not constituting a rational number are approximated by such a rational number. In order to ensure that decompression can be carried out correctly, however, it is proposed that in addition the approximation is compensated in the operations moved to the quantization.

It is an advantage of the invention that it enables a fast computation of the transform, since it enables a reduction of the number of required operations, e.g. compared to TML-7 and VCEG-M16, thus saving processor time. Still, the

**6**

invention achieves a quality very close to the solution of the VCEG-M16 document. Since the invention moreover enables a consideration of the inversion properties of the transform operation by compensating the carried out approximations, a degradation of the quality of the processed data, especially at low bit rates, can be avoided. It is thus a further advantage of the invention that a better inversion accuracy is achieved compared e.g. to U.S. Pat. No. 5,523,847.

Preferred embodiments of the invention become apparent from the subclaims.

The proposed step of simplifying the predetermined transform matrix to require less operations when applied to digital data preferably comprises factoring the predetermined transform matrix into two factors, one factor constituting a diagonal matrix and the other factor constituting a simplified transform matrix. The diagonal matrix then comprises the operations removed from the simplified transform matrix.

Advantageously, the rational numbers by which the remaining entries of the simplified transform matrix are approximated are given by fractions with a denominator of $2^n$, wherein n is an integer. Such rational numbers are particularly suited for binary arithmetic, since a multiplication or division by $2^n$ can be realized by bit-shift operations. Thus all multiplications can be avoided in DCT with the proposed approximation.

For a given transform matrix, e.g., a 4×4 DCT matrix, and for a selected rational number for approximating remaining entries in the simplified matrix, a single set of equations including only additions, subtractions and shifts can then be determined for each one-dimensional transform that has to be performed for transforming one- or two-dimensional digital data values.

The adjustment to the approximation in the quantization step preferably ensures that the applied transform has an inverse transform. This can be achieved by ensuring that $A^T A = I$, where matrix A is in this case a matrix for which all extracted operations were re-included in the simplified transform matrix after approximation of the remaining entries and after compensation of the approximation in the extracted operations. This guarantees that an approximation of an IDCT can be performed with good quality.

For a given transform matrix, e.g. a 4×4 DCT matrix, and for a selected rational number for approximating remaining entries in the simplified matrix, also the required adjustment of specific values in the extracted operations can be calculated in a general way.

However, in larger transforms like the 8×8 transform, it may additionally be necessary to adjust the approximations of the simplified matrix, since approximating the DCT transform coefficients in an optimized implementation leads to a forward-inverse transform pair that is incomplete, leading to a "spill" of pixel values to non-adjacent, i.e. 2 pixels away, pixels. This results in blurring of the image. By a correct choice of the approximations, the off-diagonal elements of the matrix resulting from forward and inverse transform of a unity matrix are nullified. In very large matrices, it may not be possible to adjust the approximations sufficiently. In such cases, the approximations may be adjusted to produce an optimal result in the least-squares sense. Furthermore, optimization is needed to limit the solutions to a Dirichlet set, i.e., to certain rational numbers.

For the proposed quantization step, preferably a quantization matrix is determined by multiplying a predetermined sequence of quantization coefficients with a matrix extracted

US 7,082,450 B2

7

from the transform matrix for simplifying the transform matrix. The extracted matrix comprises the operations extracted from the predetermined transform matrix and is adjusted to compensate for the approximation of remaining entries in the simplified transform matrix by rational numbers.

The proposed method can be employed equally for one-dimensional as for a two-dimensional transforms. For a two-dimensional transform to be applied to two-dimensional digital data, simplification and approximation is carried out for the predetermined transform matrix and for the transpose of the simplified transform matrix. These two matrices are then employed as basis for implementing the transform. The extended quantization includes in this case operations removed from both of said matrices, which operations are adjusted to compensate for the approximations in both of said matrices.

The presented preferred embodiments can be employed not only for the method according to the invention for implementing transform and quantization, but in a corresponding manner also for the method for implementing inverse transform and dequantization, for the encoder and for the decoder according to the invention.

In practice, the transform matrices calculated for transform can usually be used in transposed form for inverse transform without performing any separate calculations, if the operator matrix for the transform is unitary, like a DCT transform matrix. In this case, equally the operations to be included in the extended quantization can be used at the same time for the extension of a predetermined dequantization.

The invention can be employed for the compression of any kind of digital data for any purpose, e.g. in a mobile communications system like GSM (Global System for Mobile communication) or UMTS (Universal Mobile Telecommunication System).

The invention can be implemented for example as a part of an MPEG codec.

Other objects and features of the present invention will become apparent from the following detailed description considered in conjunction with the accompanying drawings. It is to be understood, however, that the drawings are designed solely for purposes of illustration and not as a definition of the limits of the invention, for which reference should be made to the appended claims instead.

BRIEF DESCRIPTION OF THE FIGURES

In the following, the invention is explained in more detail with reference to drawings, of which

FIG. 1 illustrates a DCT applied to a matrix of 4×4 values; and

FIG. 2 schematically shows a block diagram of an encoder and of a decoder employed for compressing and decompressing digital data according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 has already been described above.

The block diagram of FIG. 2 includes components of an exemplary system in which the invention can be realized. On the left-hand side of FIG. 2, an encoder 4 is depicted. The encoder 4 is part of a first unit, e.g. a piece of user equipment of a mobile communications system, capable of providing and transmitting video data. Connected between its input

8

and its output, the encoder 4 comprises a DCT transformer 41, a quantization means 42 and additional means 43. On the right-hand side of FIG. 2, a decoder 5 is depicted. The decoder 5 is part of a second unit, e.g. equally a piece of user equipment of a mobile communications system, capable of receiving and displaying video data. Connected between its input and its output, the decoder 5 comprises a means 53, a dequantization means 53 and an IDCT transformer 51.

In case video data is to be transmitted from the first unit to the second unit, e.g. via a communications network, the video data is provided to the encoder 4 of the first unit as digital data. In the encoder 4, the digital data is first transformed by the DCT transformer 41, and then quantized by the quantization means 42. After quantization, the data is further processed by the additional means 43. This processing includes encoding of the quantized data for transmission, possibly preceded by a further compression, and is not dealt with in this document, since it is not relevant to the invention.

The processed data is then transmitted from the first unit comprising the encoder 4 to the second unit comprising the decoder 5. The second unit receives the data and forwards it to the decoder 5. In the decoder 5, in a first step some processing is carried out in the means 53, which processing corresponds in an inverse way to the processing in block 43 of the encoder 4. Thus, the processing, which is not dealt with in this document, may include decoding, followed possibly by a first step of decompression. The processed data is then dequantized by the dequantization means 52 and moreover subjected to an IDCT by the IDCT transformer 51. The regained video signals provided by the IDCT 51 are output by the decoder 5 for display by the second unit to a user.

An embodiment of an implementation according to the invention of the DCT transformer 41 and of the quantization means 42 of the encoder 4 of FIG. 2 will now be derived. For this implementation, which proceeds from the DCT and the quantization as described in the background of the invention, it is assumed that compression of input digital image data is to be carried out for blocks of digital data comprising 4×4 values. An embodiment of an implementation according to the invention of a corresponding decompression by the dequantization means 52 and the IDCT transformer 51 of the decoder 5 of FIG. 2 will be indicated as well.

It is to be noted that in the presented equations, the same denomination may be employed in different equations for different matrices. The kind of the respective matrices will be indicated for each equation at least if a corresponding denomination was used before for another kind of matrix.

In accordance with the above mentioned equation for DCT, $Y = AXA^T$, the 4×4 forward DCT transform can be calculated as follows:

$$Y = AXA^T = \begin{bmatrix} a & a & a & a \\ b & c & -c & -b \\ a & -a & -a & a \\ c & -b & b & -c \end{bmatrix} \begin{bmatrix} x_{11} & x_{12} & x_{13} & x_{14} \\ x_{21} & x_{22} & x_{23} & x_{24} \\ x_{31} & x_{32} & x_{33} & x_{34} \\ x_{41} & x_{42} & x_{43} & x_{44} \end{bmatrix}.$$

$$\begin{bmatrix} a & b & a & c \\ a & c & -a & -b \\ a & -c & -a & b \\ a & -b & a & -c \end{bmatrix},$$

where Y is the desired transformed matrix, where X is a matrix containing the 4×4 source values $x_{ij}$ (i,j=1–4), and

US 7,082,450 B2

**9**

where A is the 4×4 DCT transform matrix. The values a, b and c of matrix A can be obtained easily from the above definition for A(i,x):

$$a=\tfrac{1}{2}$$

$$b=\sqrt{1,2}\cdot\cos\ (\pi/8)$$

$$c=\sqrt{1,2}\cdot\cos\ (3\pi/8)$$

In the equation for the forward DCT, matrix A can be factorized, resulting in a diagonal matrix B and a simplified transform matrix C. A corresponding factorization can be carried out for the transposed form of A, $A^T$. If d is denoted in addition as d=c/b, the forward DCT can be written as

$$Y = BCXC^TB = \begin{bmatrix} a & 0 & 0 & 0 \\ 0 & b & 0 & 0 \\ 0 & 0 & a & 0 \\ 0 & 0 & 0 & b \end{bmatrix} \cdot \begin{bmatrix} 1 & 1 & 1 & 1 \\ 1 & d & -d & -1 \\ 1 & -1 & -1 & 1 \\ d & -1 & 1 & -d \end{bmatrix} \cdot$$

$$\begin{bmatrix} x_{11} & x_{12} & x_{13} & x_{14} \\ x_{21} & x_{22} & x_{22} & x_{24} \\ x_{31} & x_{32} & x_{33} & x_{34} \\ x_{41} & x_{42} & x_{43} & x_{44} \end{bmatrix} \begin{bmatrix} 1 & 1 & 1 & d \\ 1 & d & -1 & -1 \\ 1 & -d & -1 & 1 \\ 1 & -1 & 1 & -d \end{bmatrix} \cdot$$

$$\begin{bmatrix} a & 0 & 0 & 0 \\ 0 & b & 0 & 0 \\ 0 & 0 & a & 0 \\ 0 & 0 & 0 & b \end{bmatrix}$$

Since B is a diagonal matrix, the above equation can be written as

$$Y = D \otimes (CXC^T) \otimes D^T = \begin{bmatrix} a & a & a & a \\ b & b & b & b \\ a & a & a & a \\ b & b & b & b \end{bmatrix} \otimes$$

$$\left( \begin{bmatrix} 1 & 1 & 1 & 1 \\ 1 & d & -d & -1 \\ 1 & -1 & -1 & 1 \\ d & -1 & 1 & -d \end{bmatrix} \cdot \begin{bmatrix} x_{11} & x_{12} & x_{13} & x_{14} \\ x_{21} & x_{22} & x_{22} & x_{24} \\ x_{31} & x_{32} & x_{33} & x_{34} \\ x_{41} & x_{42} & x_{43} & x_{44} \end{bmatrix} \cdot$$

$$\begin{bmatrix} 1 & 1 & 1 & d \\ 1 & d & -1 & -1 \\ 1 & -d & -1 & 1 \\ 1 & -1 & 1 & -d \end{bmatrix} \right) \otimes \begin{bmatrix} a & b & a & b \\ a & b & a & b \\ a & b & a & b \\ a & b & a & b \end{bmatrix}$$

where $\otimes$ is used to indicate that the respective two matrices are multiplied entry-wise instead of a full matrix multiplication.

After combining D and its transposed form $D^T$ into E, the final DCT is:

$$Y = (CXC^T) \otimes E = \left( \begin{bmatrix} 1 & 1 & 1 & 1 \\ 1 & d & -d & -1 \\ 1 & -1 & -1 & 1 \\ d & -1 & 1 & -d \end{bmatrix} \cdot \begin{bmatrix} x_{11} & x_{12} & x_{13} & x_{14} \\ x_{21} & x_{22} & x_{22} & x_{24} \\ x_{31} & x_{32} & x_{33} & x_{34} \\ x_{41} & x_{42} & x_{43} & x_{44} \end{bmatrix} \cdot$$

$$\begin{bmatrix} 1 & 1 & 1 & d \\ 1 & d & -1 & -1 \\ 1 & -d & -1 & 1 \\ 1 & -1 & 1 & -d \end{bmatrix} \right) \otimes \begin{bmatrix} a^2 & ab & a^2 & ab \\ ab & b^2 & ab & b^2 \\ a^2 & ab & a^2 & ab \\ ab & b^2 & ab & b^2 \end{bmatrix}$$

**10**

-continued

$$= Y_c \otimes E$$

In a next step, the coefficient d is converted into a fixed-point format which can be represented by a rational fraction with a denominator of $2^n$. The value of d when considering eight decimal places is 0.41421356. Two of the possible fixed-point approximations for d are $\tfrac{3}{8}$=0.375 and $\tfrac{7}{16}$=0.4375, both of which can be implemented with the same number of add and shift operations. More accurate approximations such as $\tfrac{13}{32}$, $\tfrac{27}{64}$ and $\tfrac{53}{128}$ require more additions and shifts but do not improve the achieved compression significantly in practice. Thus, $\tfrac{7}{16}$, which is closer to d than $\tfrac{3}{8}$, is selected as fixed-point format for d.

After converting coefficient d to a fixed-point representation, b has to be adjusted in a way that the transform has an inverse transform. The condition for an inverse transform to exist is given by:

$$A^T A = I.$$

When solving the above equation for a matrix A which was reassembled from factors B and C after the approximation of d, the condition for an adjusted b is found to be:

$$b = \sqrt{\frac{0.5}{1+d^2}}\ .$$

Matrix E is thus adjusted by substituting this new value for the old value of coefficient b.

Now, a simplified DCT can be implemented in the DCT transformer 41 of encoder 4 from which matrix E was extracted. That is, the implementation is based on the equation $Y_c=CXC^T$ wherein matrix C comprises approximated coefficients d, resulting in modified DOT coefficients $Y_C$. Matrix E will be combined with the subsequent quantization step, as will be explained below

The actual implementation of the simplified DCT may depend on a specific transformer architecture, in which it may be most important to have few total operations or to have no multiplications at all.

Two different sets of equations that can be employed in an implementation of the simplified DCT transformer will now be proposed. The equations are suited to perform a 4-point one-dimensional simplified DCT which is based on simplified DCT transform matrix C as derived above. In matrix C, coefficient d is chosen to be d=$\tfrac{7}{16}$. In both sets of equations, X[i], i=0–3 constitutes a sequence of 4 values that are to be transformed and Y[i], i=0–3 a sequence of 4 transformed values, while e and f are auxiliary variables.

The first proposed set of equations is:

$$e=X[0]+X[3]$$

$$f=X[1]+X[2]$$

$$Y[0]=e+f$$

$$Y[2]=e-f$$

$$e=X[0]-X[3]$$

$$f=X[1]-X[2]$$

$$Y[1]=e+7*f/16$$

$$Y[3]=7*e/16-f$$

US 7,082,450 B2

11

The two divisions in this set of equations are actually bit shifts. This set of equation thus requires 8 additions 2 multiplications and 2 shifts for a total of 12 operations.

The second proposed set of equations is:

$$e=M[0]+M[3]$$

$$f=M[1]+M[2]$$

$$Y[0]=e+f$$

$$Y[2]=e-f$$

$$e=M[0]-M[3]$$

$$f=M[1]-M[2]$$

$$Y[1]=e+(f-f/8)/2$$

$$Y[3]=(e-e/3)/2-f$$

The second set of equations uses only additions and shifts, and produces identical results to the first set. Again, divisions are actually bit shifts. This version requires 10 additions and 4 shifts for total of 14 operations. The number of operations is larger than in the first version, but the resulting complexity is still lower if multiplication is an expensive operation. Moreover, the results of a multiplication require a larger dynamic range.

Either set of equations can be used for transforming two-dimensional data by applying it to the respective set of values that is to be transformed.

The simplified transform is followed by an adapted quantization step. The implementation of the quantization depends on the used DCT. In the above mentioned TML-7 document, a uniform quantization is used. In fast DCT, a non-uniform quantization matrix must be used, since some of the DCT multiplications are combined with quantization multiplications. The above mentioned binDCT of document VCEG-M16 moreover uses divisions for quantization and requires only 16-bit operations. A division, however, is generally a rather slow operation. Therefore, in the presented embodiment a uniform quantization using only multiplications is implemented in quantization means 42.

As already mentioned above, quantization can be performed using division so that

$$Y(i,j)=Y(i,j)/Q(qp)(i,j).$$

Since division is a costly operation, multiplication can be used instead. For this purpose quantization matrix R is calculated as

$$R(qp)(i,j)=1.0/Q(qp)(i,j),$$

after which quantization can be performed with multiplication:

$$Y(i,j)=Y(i,j)R(qp)(i,j).$$

In the quantization proposed in document TML-7, the quantization coefficients are approximately as shown below. Other coefficients could be used as well.

$$a(qp) = 2.5000, 2.8061, 3.1498, 3.5354, 3.9684, 4.4543, 4.9998,$$

$$5.6120, 6.2992, 7.0706, 7.9364, 8.9082, 9.9990, 11.2234,$$

12

-continued

$$12.5970, 14.1404, 15.8720, 17.8155, 19.9971, 22.4458,$$

$$25.1944, 28.2795, 31.7424, 35.6293, 39.9922, 44.8894,$$

$$50.3863, 56.5562, 63.4817, 71.2552, 79.9806, 89.7745.$$

In order to be able to absorb the matrix E extracted from the DCT in the quantization, a quantization matrix R for quantization parameter qp is calculated as

$$R(qp)(i,j)=E(i,j)/a(qp).$$

The final quantized coefficients Y'(i,j) could now be determined from the transform coefficients $Y_C(i,j)$ resulting in the simplified DCT by

$$Y(i,j)=Y_C(i,j)\cdot R(qp)(i,j)\cdot f,$$

where f is ⅓ for intra blocks and ⅙ for inter blocks and has the same sign as $Y_C(i,j)$ in accordance with the TML-7 documentation. An intra block is a macroblock which is encoded based only on values within the current image, while an inter block is a macroblock which is encoded based in addition on values within other images. Each macroblock is composed of several subblocks, e.g. the blocks of 4×4 values of the presented example, which are DCT transformed and quantized separately.

First, however, the quantization is changed to use only fixed-point values. To this end, the values of R and f are converted prior to quantization to fixed point values by multiplying them by 2" and by rounding the results to integer values. n is the number of fractional bits used for the fixed-point values. By choosing n=17, the coefficients of R will fit in 16-bit, and thus only 16-bit multiplications are required in quantization. More specifically, 16-bit multiplications are required that produce 32-bit results.

The fixed-point quantization is then implemented in quantization means 42 of encoder 4 based on the equation:

$$Y(i,j)=(Y_C(i,j)\cdot R(qp)(i,j)\cdot f)/2^n,$$

where R and f comprise only fixed-point values. The values of Y'(i,j) are output by the quantization means 42 as the desired compressed digital image data.

For decompression of the compressed digital image data in the decoder 5 of FIG. 2, the dequantization means 52 and the IDCT transformer 53 are implemented in a corresponding way as the quantization means 42 and the DCT transformer 41 of encoder 4. The basic IDCT is calculated from the basic DCT as:

$$X=A^TYA,$$

where matrix X contains the desired, regained source values, where matrix A is the original DCT transform matrix, and where matrix Y contains dequantized values obtained by a decompression as described in the background of the invention.

Proceeding from this equation, the inverse transform can be formulated correspondingly to the forward transform using an extracted matrix E:

$$X=C^T(Y \otimes E)C,$$

where matrices C and $C^T$ correspond to the matrices C and $C^T$ used for the reduced DCT in block 41 of the encoder 4.

Matrix E of this equation can be absorbed in the dequantization step preceding the IDCT.

This can be realized similarly to absorbing matrix E in quantization. Dequantization coefficients are inverse values of the quantization coefficients.

US 7,082,450 B2

**13**

A dequantization matrix Q for a quantization parameter qp including matrix E can be calculated as:

$$Q(qp)(i,j)=E(i,j)\cdot a(qp).$$

The compressed coefficients Y'(i,j) can therefore be dequantized to dequantized coefficients X'(i,j) according to the equation:

$$X'(i,j)=Y'(i,j)\cdot Q(qp)(i,j).$$

In this equation, X'(i,j) corresponds to the term $Y \otimes E$ in the above equation for inverse transform $X=C^T(Y \otimes E)C$.

When fixed-point numbers are used, values of Q are converted to fixed-point values prior to dequantization by multiplying them by $2^n$ and rounding results to integer values. By choosing n=5 for dequantization, all calculations in dequantization can be done using only 16-bit operations. Fixed-point dequantization is then implemented in dequantization means **52** of decoder **5** based on the equation:

$$X'(i,j)=Y'(i,j)\cdot Q(qp)(i,j),$$

in which Q contains only fixed-point numbers. After dequantization the values of X'(i,j) should be normalized by $2^n$, but normalization is postponed to be done after final IDCT in order to achieve a better accuracy.

The simplified inverse transform can then be implemented in the IDCT transformer **51** of decoder **5** according to the equation:

$$X=C^TX'C$$

after which fixed-point values of X are converted to integer values based on the equation:

$$X(i,j)=(X(i,j)+2^{n-1})/2^n,$$

where the division by $2^n$ is realized with a simple arithmetic bit-shift.

The actual implementation of the IDCT transformer **51** can comprise a set of equations including only additions, subtractions and shifts corresponding to those presented for the DCT transformer **41**.

According to another embodiment of the invention, an 8×8 DCT and IDCT can be implemented as presented in the following. In accordance with the equation for DCT, $Y=AXA^T$, the 8×8 forward DCT transform can be calculated as follows:

$$Y=AXA^T=\begin{bmatrix} a & a & a & a & a & a & a & a \\ b & c & d & e & -e & -d & -c & -b \\ f & g & -g & -f & -f & -g & f \\ c & -e & -b & -d & d & b & e & -c \\ a & -a & -a & a & a & -a & -a & a \\ d & -b & e & c & -c & -e & b & -d \\ g & -f & f & -g & -g & f & -f & g \\ e & -d & c & -b & b & -c & d & -e \end{bmatrix}\cdot X\cdot A^T,$$

where Y is the desired transformed matrix, where X is a matrix containing the 8×8 source values $x_{ij}$ (i,j=1–8), as above in the 4×4 embodiment, where A is the 8×8 DCT transform matrix, written open on the right-hand side of the equation, and where $A^T$ is the transpose of A. The values a, b, c, d, e, f and g of matrix A can be obtained easily from the above definition for A(i,x):

**14**

$a=1/(2\sqrt{2})$

$b=\frac{1}{2}\cos{(\pi/16)}$

$c=\frac{1}{2}\cdot\cos{(3\pi/16)}$

$d=\frac{1}{2}\cos{(5\pi/16)}$

$e=\frac{1}{2}\cos{(7\pi/16)}$

$f=\frac{1}{2}\cos{(\pi/8)}$

$g=\frac{1}{2}\cos{(3\pi/8)}$

In the equation for the forward DCT, matrix A can be factorized, resulting in a diagonal matrix B and a simplified transform matrix C. A corresponding factorization can be carried out for the transposed form of A, $A^T$. If we use the notation $x_y=x/y$, the forward DCT can be written as

$$Y=BCXC^TB$$

$$=\begin{bmatrix} a & 0 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & b & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & f & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & b & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & a & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & b & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & f & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 0 & b \end{bmatrix}\cdot$$

$$\begin{bmatrix} 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 \\ 1 & c_b & d_b & e_b & -e_b & -d_b & -c_b & -1 \\ 1 & g_f & -g_f & -1 & -1 & -g_f & g_f & 1 \\ c_b & -e_b & -1 & -d_b & d_b & 1 & e_b & -c_b \\ 1 & -1 & -1 & 1 & 1 & -1 & -1 & 1 \\ d_b & -1 & e_b & c_b & -c_b & -e_b & 1 & -d_b \\ g_f & -1 & 1 & -g_f & -g_f & 1 & -1 & g_f \\ e_b & -d_b & c_b & -1 & 1 & -c_b & d_b & -e_b \end{bmatrix}\cdot X\cdot C^T\cdot B$$

Since B is a diagonal matrix, the above equation can, as in the 4×4 case, be written as

$$Y=D\otimes(CXC^T)\otimes D^T$$

$$=\begin{bmatrix} a & a & a & a & a & a & a & a \\ b & b & b & b & b & b & b & b \\ f & f & f & f & f & f & f & f \\ b & b & b & b & b & b & b & b \\ a & a & a & a & a & a & a & a \\ b & b & b & b & b & b & b & b \\ f & f & f & f & f & f & f & f \\ b & b & b & b & b & b & b & b \end{bmatrix}\otimes(CXC^T)\otimes$$

$$\begin{bmatrix} a & b & f & b & a & b & f & b \\ a & b & f & b & a & b & f & b \\ a & b & f & b & a & b & f & b \\ a & b & f & b & a & b & f & b \\ a & b & f & b & a & b & f & b \\ a & b & f & b & a & b & f & b \\ a & b & f & b & a & b & f & b \\ a & b & f & b & a & b & f & b \end{bmatrix}$$

where $\otimes$ is used to indicate that the respective two matrices are multiplied entry-wise instead of a full matrix multiplication.

US 7,082,450 B2

**15**

After combining D and its transposed form $D^T$ into E, the final DCT is:

$$Y = (CXC^T) \otimes E$$

$$= \begin{bmatrix}
\begin{bmatrix}
1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 \\
1 & c_b & d_b & e_b & -e_b & -d_b & -c_b & -1 \\
1 & g_f & -g_f & -1 & -1 & -g_f & g_f & 1 \\
c_b & -e_b & -1 & -d_b & d_b & 1 & e_b & -c_b \\
1 & -1 & -1 & 1 & 1 & -1 & -1 & 1 \\
d_b & -1 & e_b & c_b & -c_b & -e_b & 1 & -d_b \\
g_f & -1 & 1 & -g_f & -g_f & 1 & -1 & g_f \\
e_b & -d_b & c_b & -1 & 1 & -c_b & d_b & -e_b
\end{bmatrix} \cdot X \cdot C^T
\end{bmatrix} \otimes$$

$$\begin{bmatrix}
a^2 & ab & af & ab & a^2 & ab & af & ab \\
ab & b^2 & bf & b^2 & ab & b^2 & bf & b^2 \\
af & bf & f^2 & bf & af & bf & f^2 & bf \\
ab & b^2 & bf & b^2 & ab & b^2 & bf & b^2 \\
a^2 & ab & af & ab & a^2 & ab & af & ab \\
ab & b^2 & bf & b^2 & ab & b^2 & bf & b^2 \\
af & bf & f^2 & bf & af & bf & f^2 & bf \\
ab & b^2 & bf & b^2 & ab & b^2 & bf & b^2
\end{bmatrix}$$

$$= Y_C \otimes E$$

In a next step, the coefficients $c_b$, $d_b$, $e_b$ and $g_f$ are converted into a fixed-point format which can be represented by a rational fraction with a denominator of $2^n$. Close approximations are $c_b = \frac{7}{8}$, $d_b = \frac{9}{16}$, $e_b = \frac{3}{16}$ and $g_f = \frac{7}{16}$.

After converting coefficients $c_b$, $d_b$, $e_b$ and $g_f$ to a fixed-point representation, b and f have to be adjusted in a way that the transform has an inverse transform. The condition for an inverse transform to exist is again given by:

$$A^T A = I.$$

When solving the above equation for a matrix A which was reassembled from factors B and C after the approximation of $c_b$, $d_b$, $e_b$ and $g_f$ the condition for adjusted b and f are found to be:

$$b = \frac{1}{\sqrt{2}} \frac{1}{\sqrt{1 + c_b^2 + d_b^2 + e_b^2}},$$

$$f = \frac{1}{2} \frac{1}{\sqrt{1 + g_f^2}}.$$

Matrix E is thus adjusted by substituting these new value for the old value of coefficients b and f.

However, to fulfill the condition $A^T A = I$, the values for $c_b$, $d_b$ and $e_b$ have to be chosen differently, since otherwise the product $A^T A$ features non-zero off-diagonal elements. The necessary condition for the 8×8 case is

$$d_b - c_b e_b (d_b + c_b) = 0,$$

which can be fulfilled by choosing $c_b = \frac{15}{16}$, $d_b = \frac{9}{16}$ and $e_b = \frac{1}{4}$.

Now, a simplified DCT can again be implemented in the DCT transformer **41** of encoder **4** from which matrix E was extracted. That is, the implementation is based on the equation $Y_C = CXC^T$, wherein matrix C comprises approximated coefficients $c_b$, $d_b$, $e_b$ and $g_f$, resulting in modified DCT coefficients $Y_C$. Matrix E will be combined with the subsequent quantization step similarly as explained above for the 4×4 DCT.

**16**

According to a third embodiment of the invention, the approximations are adjusted for the condition $A^T A = I$ by optimizing the selection of fractional numbers in the transform. The fractional numbers are selected so that the off-diagonal elements of the matrix $A^T A$ are as close to zero as possible in the implementation sense The solution of the optimization is limited to a Dirichlet set, i.e., to certain rational numbers.

According to a fourth embodiment of the invention approximations of a fast-DCT algorithm are adjusted for the condition $A^T A = I$ by optimizing the selection of fractional numbers in the transform.

In the whole, it becomes apparent from the described embodiments of the invention that efficient alternative implementations for compressing digital data are presented. The implementation can be realized to be either more accurate than known implementations or faster or both.

Thus, while there have been described and pointed out fundamental novel features of the invention as applied to a preferred embodiment thereof, it will be understood that various omissions and substitutions and changes in the form and details of the devices and methods described may be made by those skilled in the art without departing from the spirit of the invention. For example, it is expressly intended that all combinations of those elements and/or method steps which perform substantially the same function in substantially the same way to achieve the same results are within the scope of the invention. Moreover, it should be recognized that structures and/or elements and/or method steps shown and/or described in connection with any disclosed form or embodiment of the invention may be incorporated in any other disclosed or described or suggested form or embodiment as a general matter of design choice. It is the intention, therefore, to be limited only as indicated by the scope of the claims appended hereto.

What is claimed is:

**1.** A method for implementing an approximation of a discrete cosine transform (DCT) and for implementing a quantization operation, the discrete cosine transform and quantization operation to be applied in sequence to digital data for compression of said digital data, the method comprising:

simplifying a predetermined transform matrix to require less operations when applied to digital data, thereby forming a simplified transform matrix;

approximating elements of said simplified transform matrix constituting irrational numbers by rational numbers;

extending a predetermined quantization operation to include operations removed by simplifying the predetermined transform matrix, thereby forming an extended quantization operation;

adjusting the extended quantization operation to compensate for approximation of elements of said simplified transform matrix by rational numbers; and

employing said simplified transform matrix with said approximated elements and said extended quantization operation as basis for implementing said sequence of discrete cosine transform and quantization operation.

**2.** A method according to claim **1**, wherein said step of simplifying said predetermined transform matrix to require less operations when applied to digital data comprises factoring said predetermined transform matrix into a diagonal matrix to be used for extending said predetermined quantization and a simplified transform matrix.

**3.** A method according to claim **1**, wherein said rational numbers can be represented by fractions having a denominator equal to $2^n$, wherein n is an integer.

US 7,082,450 B2

17

**4**. A method according to claim **3**, wherein in said transform implementation divisions are realized by bit-shifting.

**5**. A method according to claim **1**, wherein said approximation is adjusted in a way ensuring that a resulting transform has an inverse transform, i.e. that a transpose of said predetermined transform matrix, including said approximations, multiplied by said predetermined transform matrix, including said approximations, is equal to an identity matrix.

**6**. A method according to claim **1**, wherein said predetermined transform matrix is a 4×4 matrix of a form:

$$\begin{bmatrix} a & a & a & a \\ b & c & -c & -b \\ a & -a & -a & a \\ c & -b & b & -c \end{bmatrix},$$

wherein a=½, b=$\sqrt{½}$•cos (π/8), c=$\sqrt{½}$ cos(3•/8), wherein 'c' is substituted in said matrix according to an equation d=c/b, and wherein said predetermined transform matrix is simplified by factoring said predetermined transform matrix into a diagonal matrix comprising diagonal values {a, b, a, b} and a simplified transform matrix comprising only elements having absolute values of '1' and 'd', which diagonal matrix is to be used for extending said predetermined quantization operation.

**7**. A method according to claim **6**, wherein in said simplified transform matrix said value 'd' is approximated by a rational number $\frac{7}{16}$.

**8**. A method according to claim **6**, wherein in said simplified transform matrix said value 'd' is approximated by a rational number, and wherein in said diagonal matrix said value 'b' is adjusted to

$$b = \sqrt{\frac{0.5}{1+d^2}},$$

'd' being in said equation said rational number.

**9**. A method according to claim **6**, wherein in said simplified transform matrix said value 'd' is approximated by a rational number $\frac{7}{16}$, and wherein said transform is implemented for a transform of a one-dimensional sequence of four values X[0], X[1], X[2], X[3] respectively with the following equations:

$e = X[0] + X[3],$

$f = X[1] + X[2],$

$Y[0] = e + f,$

$Y[2] = e - f,$

$e = X[0] - X[3],$

$f = X[1] - X[2],$

$Y[1] = e + (f - f/8)/2,$ and

$Y[3] = (e - e/8)/2 - f,$

wherein Y[0], Y[1], Y[2], Y[3] is a one-dimensional sequence of four transformed values, and wherein e and f are auxiliary variables.

**10**. A method according to claim **1**, wherein said predetermined transform matrix is a 8×8 matrix of a form:

18

$$\begin{bmatrix} a & a & a & a & a & a & a & a \\ b & c & d & e & -e & -d & -c & -b \\ f & g & -g & -f & -f & -g & g & f \\ c & -e & -b & -d & d & b & e & -c \\ a & -a & -a & a & a & -a & -a & a \\ d & -b & e & c & -c & -e & b & -d \\ g & -f & f & -g & -g & f & -f & g \\ e & -d & c & -b & b & -c & d & -e \end{bmatrix}$$

wherein a=1/(2$\sqrt{2}$), b=½·cos (π/16), c=½·cos (3π/16), d=½·cos (5π/16), e=½·cos (7π/16), f=½·cos (π/8), g=½·cos (3π/8), wherein 'c' is substituted in said matrix according to an equation $C_b$=c/b, wherein 'd' is substituted in said matrix according to an equation $d_b$=d/b, wherein 'e' is substituted in said matrix according to an equation $e_b$=e/b, wherein 'g' is substituted in said matrix according to an equation $g_f$=g/f, and wherein said predetermined transform matrix is simplified by factoring said predetermined transform matrix into a diagonal matrix comprising diagonal values {a, b, f, b, a, b, f, b} and a simplified transform matrix comprising only elements having absolute values of '1', '$c_b$', '$d_b$', '$e_b$' and '$g_f$', which diagonal matrix is to be used for extending said predetermined quantization operation.

**11**. A method according to claim **10**, wherein in said simplified transform matrix said value '$c_b$' is approximated by a rational number $\frac{15}{16}$, said value '$d_b$' is approximated by a rational number $\frac{9}{16}$, said value '$e_b$' is approximated by a rational number ¼, and said value '$g_f$' is approximated by a rational number $\frac{7}{16}$.

**12**. A method according to claim **10**, wherein in said simplified transform matrix said values '$c_b$', '$d_b$', '$e_b$' and '$g_f$' are approximated by rational numbers, and wherein in said diagonal matrix said values 'b' and 'f' are adjusted to

$$b = \frac{1}{\sqrt{2}} \frac{1}{\sqrt{1+c_b^2+d_b^2+e_b^2}} \text{ and}$$

$$f = \frac{1}{2} \frac{1}{\sqrt{1+g_f^2}},$$

values '$c_b$', '$d_b$', '$e_b$' and '$g_f$' being in said equation said rational numbers.

**13**. A method according to claim **1**, wherein for a two-dimensional transform to be applied to two-dimensional digital data, said simplified predetermined transform matrix with said approximated elements and a transpose of said simplified transform matrix with said approximated elements are employed as basis for implementing said transform, said extended quantization including operations removed from both of said matrices, which operations are adjusted to compensate for said approximations in both of said matrices.

**14**. A method according to claim **1**, wherein for quantization, a quantization matrix is determined by multiplying a predetermined sequence of quantization coefficients with a matrix extracted from said predetermined transform matrix for simplifying said predetermined transform matrix, which extracted matrix comprises said operations removed from said predetermined transform matrix, and which extracted matrix is adjusted to compensate for said approximation of elements of said simplified transform matrix by rational numbers.

**15**. A method for implementing a dequantization operation and for implementing an approximation of an inverse

US 7,082,450 B2

**19**

discrete cosine transform (IDCT), the dequantization operation and inverse discrete cosine transform to be applied in sequence for decompression of compressed digital data, the method comprising:

simplifying a predetermined inverse transform matrix to require less operations when applied to digital data, thereby forming a simplified inverse transform matrix;

approximating elements of said simplified inverse transform matrix constituting irrational numbers by rational numbers;

extending a predetermined dequantization operation to include operations removed by simplifying the predetermined inverse transform matrix, thereby forming an extended dequantization operation;

adjusting the extended dequantization operation to compensate for approximation of elements of said simplified inverse transform matrix by rational numbers; and employing said extended dequantization operation and said simplified inverse transform matrix with said approximated elements as basis for implementing said sequence of dequantization operation and inverse discrete cosine transform.

**16**. A method according to claim **15**, wherein for dequantization, a dequantization matrix is determined by multiplying a predetermined sequence of dequantization coefficients with a matrix extracted from said predetermined inverse transform matrix for simplifying said predetermined inverse transform matrix, which extracted matrix comprises said operations removed from said predetermined inverse transform matrix, and which extracted matrix is adjusted to compensate for said approximation of elements of said simplified inverse transform matrix by rational numbers.

**17**. A method according to claim **15**, wherein said step of simplifying said predetermined inverse transform matrix to require less operations when applied to digital data comprises factoring said predetermined inverse transform matrix into a diagonal matrix to be used for extending said predetermined dequantization and a simplified inverse transform matrix.

**18**. A method according to claim **15**, wherein said rational numbers can be represented by fractions having a denominator equal to $2^n$, wherein n is an integer.

**19**. A method according to claim **18**, wherein in said inverse transform implementation divisions are realized by bit-shifting.

**20**. A method according to claim **15**, wherein said approximation is adjusted in a way ensuring that a resulting inverse transform corresponds to a transform, i.e. that said predetermined inverse transform matrix, including said approximations, multiplied by a transpose of said predetermined inverse transform matrix, including said approximations, is equal to an identity matrix.

**21**. A method according to claim **15**, wherein said predetermined inverse transform matrix is a 4×4 matrix of a form

$$\begin{bmatrix} a & b & a & c \\ a & c & -a & -b \\ a & -c & -a & b \\ a & -b & a & -c \end{bmatrix},$$

wherein a=½, b=$\sqrt{½}$·cos (π/8), c=$\sqrt{½}$·cos(3π/8), wherein 'c' is substituted in said matrix according to an equation d=c/b, and wherein said predetermined inverse transform matrix is simplified by factoring said predetermined inverse transform matrix into a diagonal matrix comprising diagonal

**20**

values {a, b, a, b} and a simplified inverse transform matrix comprising only elements having absolute values of '1' and 'd', which diagonal matrix is to be used for extending said predetermined dequantization.

**22**. A method according to claim **21**, wherein in said simplified inverse transform matrix said value 'd' is approximated by a rational number ⁷⁄₁₆.

**23**. A method according to claim **21**, wherein in said simplified inverse transform matrix said value 'd' is approximated by a rational number, and wherein in said diagonal matrix said value 'b' is adjusted to

$$b = \sqrt{\frac{0.5}{1+d^2}},$$

'd' being in said equation said rational number.

**24**. A method according to claim **21**, wherein in said simplified inverse transform matrix said value 'd' is approximated by a rational number ⁷⁄₁₆, and wherein said inverse is implemented for a transform of a one-dimensional sequence of four values X[0], X[1], X[2], X[3] respectively with the following equations:

$$e = X[0] + X[3],$$
$$f = X[1] + X[2],$$
$$Y[0] = e + f,$$
$$Y[2] = e - f,$$
$$e = X[0] - X[3],$$
$$f = X[1] - X[2],$$
$$Y[1] = e + (f - f \cdot 7/8)/2, \text{ and}$$
$$Y[3] = (e - e \cdot 7/8)/2 - f,$$

wherein Y[0], Y[1], Y[2], Y[3] is a one-dimensional sequence of four transformed values, and wherein e and f are auxiliary variables.

**25**. A method according to claim **15**, wherein said predetermined inverse transform matrix is a 8×8 matrix of a form:

$$\begin{bmatrix} a & b & f & c & a & d & g & e \\ a & c & g & -e & -a & -b & -f & -d \\ a & d & -g & -b & -a & e & f & c \\ a & e & -f & -d & a & c & -g & -b \\ a & -e & -f & d & a & -c & -g & b \\ a & -d & -g & b & -a & -e & f & -c \\ a & -c & g & e & -a & b & -f & d \\ a & -b & f & -c & a & -d & g & -e \end{bmatrix}$$

wherein a=1/(2√2), b=½·cos (π/16), c=½·cos (3π/16), d=½·cos (5π/16), e=½·cos (7π/16), f=½·cos (π/8), g=½·cos (3π/8), wherein 'c' is substituted in said matrix according to an equation $c_b$=c/b, wherein 'd' is substituted in said matrix according to an equation $d_b$=d/b, wherein 'e' is substituted in said matrix according to an equation $e_b$=e/b, wherein 'g' is substituted in said matrix according to an equation $g_f$=g/f, and wherein said predetermined inverse transform matrix is simplified by factoring said predetermined inverse transform matrix into a diagonal matrix comprising diagonal values {a, b, f, b, a, b, f, b} and a simplified inverse transform matrix comprising only elements having absolute values of '1', '$c_b$', '$d_b$', '$e_b$' and '$g_f$', which diagonal matrix is to be used for extending said predetermined dequantization.

US 7,082,450 B2

21

**26**. A method according to claim **25**, wherein in said simplified inverse transform matrix said value 'c$_b$' is approximated by a rational number $^{15}$⁄$_{16}$, said value 'd$_b$' is approximated by a rational number $^{9}$⁄$_{16}$, said value 'e$_b$' is approximated by a rational number ¼, and said value 'g$_f$' is approximated by a rational number $^{7}$⁄$_{16}$.

**27**. A method according to claim **25**, wherein in said simplified inverse transform matrix said values 'c$_b$', 'd$_b$', 'e$_b$' and 'g$_f$' are approximated by rational numbers, and wherein in said diagonal matrix said values 'b' and 'f' are adjusted to

$$b = \frac{1}{\sqrt{2}} \frac{1}{\sqrt{1+c_b^2+d_b^2+e_b^2}} \quad \text{and} \quad f = \frac{1}{2} \frac{1}{\sqrt{1+g_f^2}},$$

values 'c$_b$', 'd$_b$', 'e$_b$' and 'g$_f$' being in said equation said rational numbers.

**28**. A method according to claim **15**, wherein for a two-dimensional inverse transform to be applied to two-dimensional dequantized digital data, said simplified predetermined inverse transform matrix with said approximated elements and a transpose of said simplified inverse transform matrix with said approximated elements are employed as basis for implementing said inverse transform, said extended dequantization operation including operations removed from both of said matrices, which operations are adjusted to compensate for said approximations in both of said matrices.

**29**. An encoder for compressing digital data comprising:

a transformer arranged to approximate a discrete cosine transform (DCT) for transforming digital data by applying a simplified transform matrix to said digital data, the simplified transform matrix being obtained by simplifying a predetermined transform matrix to require less operations when applied to digital data, and in which simplified transform matrix elements constituting irrational numbers are approximated by rational numbers; and

a quantization means coupled to an output of said transformer, arranged to quantize transformed digital data by performing an extended quantization operation, the extended quantization operation being obtained from a predetermined quantization operation by including operations removed by simplifying the predetermined transform matrix, said extended quantization operation being adjusted to compensate for said approximation of elements of said simplified transform matrix.

**30**. A decoder for decompressing digital data comprising:

a dequantization means arranged to dequantize compressed digital data with an extended dequantization operation; and

a transformer arranged to approximate an inverse discrete cosine transform (IDCT) coupled to an output of said dequantization means for transforming dequantized

22

digital data by applying a simplified inverse transform matrix, the simplified inverse transform matrix being obtained by simplifying a predetermined inverse transform matrix to require less operations when applied to digital data, and in which simplified inverse transform matrix elements constituting irrational numbers are approximated by rational numbers;

wherein the extended dequantization operation applied by said dequantization means is obtained from a predetermined dequantization operation by including operations removed by simplifying the predetermined inverse transform matrix, said extended dequantization operation being adjusted to compensate for said approximation of elements of said simplified inverse transform matrix.

**31**. A method of encoding digital data, the method comprising:

transforming said digital data by applying a simplified transform matrix to said digital data, the simplified transform matrix being obtained by simplifying a predetermined transform matrix to require less operations when applied to digital data, and in which simplified transform matrix elements constituting irrational numbers are approximated by rational numbers; and

quantizing said transformed digital data by performing an extended quantization operation, the extended quantization operation being obtained from a predetermined quantization operation by including operations removed by simplifying the predetermined transform matrix, said extended quantization operation being adjusted to compensate for said approximation of elements of said simplified transform matrix.

**32**. A method of decoding compressed digital data, the method comprising:

dequantizing said compressed digital data with an extended dequantization operation; and

transforming said dequantized digital data by applying a simplified inverse transform matrix, the simplified inverse transform matrix being obtained by simplifying a predetermined inverse transform matrix to require less operations when applied to digital data, and in which simplified inverse transform matrix elements constituting irrational numbers are approximated by rational numbers;

wherein the extended dequantization operation is obtained from a predetermined dequantization operation by including operations removed by simplifying the predetermined inverse transform matrix, said extended dequantization operation being adjusted to compensate for said approximation of elements of said simplified inverse transform matrix.

*    *    *    *    *

# EXHIBIT 8

US006711211B1

(12) **United States Patent**
Lainema

(10) Patent No.:     **US 6,711,211 B1**
(45) **Date of Patent:**        **Mar. 23, 2004**

(54) **METHOD FOR ENCODING AND DECODING VIDEO INFORMATION, A MOTION COMPENSATED VIDEO ENCODER AND A CORRESPONDING DECODER**

(75) Inventor: **Jani Lainema**, Irving, TX (US)

(73) Assignee: **Nokia Mobile Phones Ltd.**, Espoo (FI)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/566,020**

(22) Filed:    **May 8, 2000**

(51) Int. Cl.$^7$ ................................................ **H04N 7/12**
(52) U.S. Cl. ............................................... **375/240.24**
(58) Field of Search ........................ 375/240.12, 240.24, 375/240.25, 240.26, 240.27; 382/238, 239; 348/394.1, 401.1, 417.1, 418.1; H04N 7/12, 11/02, 11/04

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,412,435 | A | * | 5/1995 | Nakajima | 348/699 |
| 5,453,799 | A | * | 9/1995 | Yang et al. | 348/699 |
| 5,563,895 | A | * | 10/1996 | Malkamaki et al. | 714/748 |
| 6,031,826 | A | * | 2/2000 | Hassan | 370/321 |
| 6,526,096 | B2 | * | 2/2003 | Lainema et al. | 375/240.16 |

OTHER PUBLICATIONS

Zhang, Kui et al, Image sequence Coding Using Multiple–Level Segmentation and Affine Estimation, Dec. 1997, IEEE, vol. 15 No. 9, pp. 17041713.*

"Representation Of Motion Information For Image Coding", Nguyen et al., Proceedings Of The Picture Coding Symposium, pp. 8.4–1–8.4–5, 1990.

"Segmentation Algorithm By Multicriteria Region Merging", B. Marcotegui, Centre De Morphologie Mathematique, Document Sim (95)19, 1995.

* cited by examiner

*Primary Examiner*—Nhon Diep
(74) *Attorney, Agent, or Firm*—Perman & Green, LLP

(57)            **ABSTRACT**

A method for encoding video information is presented, where a piece of current video information is segmented into macroblocks and a certain number of available macroblock segmentations for segmenting a macroblock into blocks is defined. Furthermore, for each available macroblock segmentation at least one available prediction method is defied, each of which prediction methods produces prediction motion coefficients for blocks within said macroblock, resulting in a certain finite number of available macroblock-segmentation—prediction-method pairs. For a macroblock, one of the available macroblock-segmentation—prediction-method pairs is selected, and thereafter the macroblock is segmented into blocks and prediction motion coefficients for the blocks within said macroblock are produced using the selected macroblock-segmentation—prediction-method pair. A corresponding decoding method, an encoder and a decoder are also presented.

**57 Claims, 8 Drawing Sheets**



501  Specify information about available macroblock segmentations

502  Specify information about available prediction methods for each macroblock segmentation

503  Receive information indicating a macroblock-segmentation -- prediction-method pair for a macroblock

504  Receive information indicating difference motion coefficients $a_{id}$, $b_{id}$

505  Determine prediction method

506  Produce prediction motion coefficients $a_{ip}$, $b_{ip}$

507  Produce motion coefficients $a_i = a_{ip} + a_{id}$, $b_i = b_{ip} + b_{id}$



**FIG. 1 PRIOR ART**



**FIG. 2 PRIOR ART**



**FIG. 3 PRIOR ART**



401 Define available macroblock segmentations

402 Define at least one prediction method for each available macroblock segmentation

403 Segment a current frame into macroblocks

404 Process next macroblock

405 Segment a macroblock into blocks

406 Estimate motion field, model the motion and produce motion coefficients $a_i$, $b_i$ for blocks within macroblock

407 Select prediction method and produce prediction motion coefficients $a_{ip}$, $b_{ip}$

408 Represent motion coefficients as sums
$a_i = a_{ip} + a_{id}$, $b_i = b_{ip} + b_{id}$

409 Evaluate cost function $L(S_k) = D(S_k) + \lambda R(S_k)$

410 All macroblock-segmentation -- prediction-method pairs checked ?    NO

YES

411 Select macroblock-segmentation -- prediction-method pair minimizing the cost function

412 Transmit information indicating the selected macroblock-segmentation -- prediction-method pair and difference motion coefficients $a_{id}$, $b_{id}$

413 All macroblocks in the current frame checked ?    NO

**FIG. 4**



**501** Specify information about available macroblock segmentations

**502** Specify information about available prediction methods for each macroblock segmentation

**503** Receive information indicating a macroblock-segmentation -- prediction-method pair for a macroblock

**504** Receive information indicating difference motion coefficients $a_{id}$, $b_{id}$

**505** Determine prediction method

**506** Produce prediction motion coefficients $a_{ip}$, $b_{ip}$

**507** Produce motion coefficients $a_i = a_{ip} + a_{id}$, $b_i = b_{ip} + b_{id}$

**FIG. 5**



**FIG. 6**



**FIG. 7**



FIG. 10

FIG. 8



**FIG. 9**



**FIG. 11**

**FIG. 12**



US 6,711,211 B1

1

# METHOD FOR ENCODING AND DECODING VIDEO INFORMATION, A MOTION COMPENSATED VIDEO ENCODER AND A CORRESPONDING DECODER

The present invention relates to video coding. In particular, it relates to compression of video information using motion compensated prediction.

## BACKGROUND OF THE INVENTION

A video sequence typically consists of a large number video frames, which are formed of a large number of pixels each of which is represented by a set of digital bits. Because of the large number of pixels in a video frame and the large number of video frames even in a typical video sequence, the amount of data required to represent the video sequence quickly becomes large. For instance, a video frame may include an array of 640 by 480 pixels, each pixel having an RGB (red, green, blue) color representation of eight bits per color component, totaling 7,372,800 bits per frame. Another example is a QCIF (quarter common intermediate format) video frame including 176×144 pixels. QCIF provides an acceptably sharp image on small (a few square centimeters) LCD displays, which are typically available in mobile communication devices. Again, if the color of each pixel is represented using eight bits per color component, the total number of bits per frame is 608,256.

Alternatively, a video frame can be presented using a related luminance/chrominance model, mown as the YUV color model. The human visual system is more sensitive to intensity (luminance) variations that it is to color (chrominance) variations. The YUV color model exploits this property by representing an image in terms of a luminance component Y and two chrominance components U, V, and by using a lower resolution for the chrominance components than for the luminance component In his way the amount of information needed to code the color information in an image can be reduced with an acceptable reduction in image quality. The lower resolution of the chrominance components is usually attained by spatial sub-sampling. Typically a block of 16×16 pixels in the image is coded by one block of 16×16 pixels representing the luminance information and by one block of 8×8 pixels for each chrominance component. The chrominance components are thus sub-samples by a factor of 2 in the x and y directions. Tie resulting assembly of one 16×16 pixel luminance block and two 8×8 pixel chrominance blocks is here referred to as a YUV macroblock. A QCIF image comprises 11×9 YUV macroblocks. The luminance blocks and chrominance blocks are represented with 8 bit resolution, and the total number of bits required per YUV macroblock is (16×16×8)+2X(8×8×8)=3072 bits. The number of bits needed to represent a video frame is thus 99×3072=304,128 bits.

In a video sequences comprising a sequence of frames in YUV coded QCIF format recorded/displayed at a rate of 15–30 frames per second, the amount of data needed to transmit information about each pixel in each frame separately would thus be more tan 4 Mbps (million bits per second). In conventional videotelephony, where the encoded video information is transmitted using fixed-line telephone networks, the transmission bit rates are typically multiples of 64 kilobits/s. In mobile videotelephony, where transmission takes place at least in part over a radio communications link, the available transmission bit rates can be as low as 20 kilobits/s. Therefore it is clearly evident that methods are required whereby the amount of information used to repre-

2

sent a video sequence can be reduced, Video coding tackles the problem of reducing the amount of information that needs to be transmitted in order to present the video sequence with an acceptable image quality.

In typical video sequences the change of the content of successive frames is to a great extent the result of the motion in the scene. This motion may be due to camera motion or due to motion of the objects present in the scene. Therefore, typical video sequences are characterized by significant temporal correlation, which is highest along the trajectory of the motion. Efficient compression of video sequences usually takes advantage of this property of video sequences. Motion compensated prediction is a widely recognized technique for compression of video. It utilizes the fact that in a typical video sequence, image intensity/chrominance values in a particular frame segment can be predicted using image intensity/chrominance values of a segment in some other already coded and transmitted frame, given the motion trajectory between these two frames. Occasionally, it is advisable to transmit a frame that is coded without reference to any other frames, to prevent deterioration of image quality due to accumulation of errors and to provide additional functionality such as random access to the video sequence. Such a frame is called an INTRA frame.

A schematic diagram of an example video coding system using motion compensated prediction is shown in FIGS. 1 and 2 of the accompanying drawings. FIG. 1 illustrates an encoder 10 employing motion compensation and FIG. 2 illustrates a corresponding decoder 20. The operating principle of video coders using motion compensation is to minimize the prediction error frame $E_n(x,y)$, which is the difference between the current frame $I_n(x,y)$ being coded and a prediction frame $P_n(x,y)$. The prediction error frame is thus

$$E_n(x,y)=I_n(x,y)-P_n(x,y). \qquad (1)$$

The prediction frame $P_n(x,y)$ is built using pixel values of a reference frame $R_n(x,y)$, which is one of the previously coded and transmitted frames (for example, a frame preceding the current frame), and the motion of pixels between the current frame and the reference frame. More precisely, the prediction frame is constructed by finding the prediction pixels in the reference frame $R_n(x,y)$ and moving the prediction pixels as the motion information specifies. The motion of the pixels may be presented as the values of horizontal and vertical displacements $\Delta x(x,y)$ and $\Delta y(x,y)$ of a pixel at location (x,y) in the current frame $I_n(x,y)$. The pair of numbers $[\Delta x(x,y), \Delta y(x,y)]$ is called the motion vector of this pixel.

The motion vectors $[\Delta x(x,y), \Delta y(x,y)]$ are calculated in the Motion Field Estimation block 11 in the encoder 10. The set of motion vectors of all pixels of the current frame $[\Delta x(\cdot), \Delta y(\cdot)]$ is called the motion vector field. Due to the very large number of pixels in a frame it is not efficient to transmit a separate motion vector for each pixel to the decoder. Instead, in most video coding schemes the current frame is divided into larger image segments $S_k$ and information about the segments is transmitted to the decoder.

The motion vector field is coded in the Motion Field Coding block 12 of the encoder 10. Motion Field Coding refers to the process of representing the motion in a frame using some predetermined function or, in other words, representing it with a model. Almost all of the motion vector field models commonly used are additive motion models. Motion compensated video coding schemes may define the

US 6,711,211 B1

**3**

motion vectors of image segments by the following general formula:

$$\Delta x(x, y) = \sum_{i=0}^{N-1} a_i f_i(x, y) \qquad (2)$$

$$\Delta y(x, y) = \sum_{i=0}^{N-1} b_i g_i(x, y) \qquad (3)$$

where coefficients $a_i$ and $b_i$ are called motion coefficients. They are transmitted to the decoder (information stream **2** in FIGS. **1** and **2**). Functions $f_i$ and $g_i$ are called motion field basis fictions, and they are known both to the encoder and decoder. An approximate motion vector field ($\Delta x(x,y)$, $\Delta y(x,y)$) can be constructed using the coefficients and the basis functions.

The prediction frame $P_n(x,y)$ is constructed in the Motion Compensated Prediction block **13** in the encoder **10**, and it is given by

$$P_n(x,y)=R_n[x+\tilde{\Delta}x(x,y),y+\tilde{\Delta}y(x,y)], \qquad (4)$$

where the reference frame $R_n(x,y)$ is available in the Frame Memory **17** of the encoder **10** at a given instant

In the Prediction Error Coding block **14**, the prediction error frame $E_n(x,y)$ is typically compressed by representing it as a finite series (transform) of some 2-dimensional functions. For example, a 2-dimensional Discrete Cosine Transform (DCT) can be used. The transform coefficients related to each function are quantized and entropy coded before they are transmitted to the decoder (information stream **1** in FIGS. **1** and **2**), Because of the error introduced by quantization, this operation usually produces some degradation in the prediction error frame $\tilde{E}_n(x,y)$. To cancel this degradation, a motion compensated encoder comprises a Prediction Error Decoding block **15**, where a decoded prediction error frame $\tilde{E}_n(x,y)$is constructed using the transform coefficients. This decoded prediction error frame is added to the prediction frame $P_n(x,y)$ and the resulting decoded current frame $\tilde{I}_n(x,y)$ is stored to the Frame Memory **17** for further use as the next reference frame $R_{n+1}(x,y)$.

The information stream **2** carrying information about the motion vectors is combined with information about the prediction error in the multiplexer **16** and an information stream (**3**) containing typically at least those two types of information is sent to the decoder **20**.

In the Frame Memory **24** of the decoder **20** there is a previously reconstructed reference frame $R_n(x,y)$. The prediction frame $P_n(x,y)$ is constructed in the Motion Compensated Prediction block **21** in the decoder **20** similarly as in the Motion Compensated Prediction block **13** in the encoder **10**. The transmitted transform coefficients of the prediction error frame $E_n(x,y)$ are used in the Prediction Error Decoding block **22** to construct the decoded prediction error frame $\tilde{E}_n(x,y)$. The pixels of the decoded current frame $\tilde{I}_n(x,y)$ are reconstructed by adding the prediction frame $P_n(x,y)$ and the decoded prediction error frame $\tilde{E}_n(x,y)$

$$\tilde{I}_n(x,y)=P_n(x,y)+\tilde{E}_n(x,y)=R_n[x+\tilde{\Delta}x(x,y),y+\tilde{\Delta}y(x,y)]+\tilde{E}_n(x,y). \qquad (5)$$

This decoded current frame may be stored in the Frame Memory **24** as the next reference frame $R_{n+1}(x,y)$.

Let us next discuss in more detail the motion compensation and transmission of motion information. In order to minimize the amount of information needed in sending the

**4**

motion coefficients to the decoder, coefficients can be predicted from the coefficients of the neighboring segments When this kind of motion field prediction is used, the motion field is expressed as a sum of a prediction motion field and a refinement motion field. The prediction motion field is constructed using the motion vectors associated with neighboring segments of the current frame. The prediction is performed using the same set of rules and possibly some auxiliary information in both encoder and decoder. The refinement motion field is coded, and the motion coefficients related to this refinement motion field are transmitted to the decoder. This approach typically results in savings in transmission bit rate. The dashed lines in FIG. **1** illustrate some examples of the possible information some motion estimation and coding schemes may require in the Motion Field Estimation block **11** and in the Motion Field Coding block **12**.

Polynomial motion models are a widely used family of models. (See, for example H. Nguyen and E. Dubois, "Representation of motion information for image coding," in *Proc, Picture Coding Symposium '90*, Cambridge, Mass., Mar. 26–18, 1990, pp. 841–845 and Centre de Morphologie Mathematique (CMM), "Segmentation algorithm by multicriteria region merging," Document SIM(95)19, COST 211ter Project Meeting, May 1995).

The values of motion vectors are described by functions which are linear combinations of two dimensional polynomial functions. The translational motion model is the simplest model and requires only two coefficients to describe the motion vectors of each segment. The values of motion vectors are given by the formulae:

$$\Delta x(x,y)=a_0$$

$$\Delta y(x,y)=b_0 \qquad (6)$$

This model is widely used in various international standards (ISO MPEG-1, MPEG-2, MPEG4, ITU-T Recommendations H.261 and H.263) to describe motion of 16×16 and 8×8 pixel blocks. Systems utilizing a translational motion model typically perform motion estimation at full pixel resolution or some integer fraction of full pixel resolution, for example with an accuracy of ½ or ⅓ pixel resolution.

Two other widely used models are the affine motion model given by the equation:

$$\Delta x(x,y)=a_0+a_1 x+a_2 y$$

$$\Delta y(x,y)=b_0+b_1 x+b_2 y \qquad (7)$$

and the quadratic motion model given by the equation:

$$\Delta x(x,y)=a_0+a_1 x+a_2 y+a_3 xy+a_4 x^2+a_5 y^2$$

$$\Delta y(x,y)=b_0+b_1 x+b_2 y+b_3 xy+b_4 x^2+b_5 y^2 \qquad (8)$$

The affine motion model presents a very convenient trade-off between the number of motion coefficients and prediction performance. It is capable of representing some of the common real-life motion types such as translation, rotation, zoom and shear with only a few coefficients. The quadratic motion model provides good prediction performance, but it is less popular in coding than the affine model, since it uses more motion coefficients, while the prediction performance is not substantially better than, for example, that of the affine motion model. Furthermore, it is computationally more costly to estimate the quadratic motion than to estimate the affine motion.

The Motion Field Estimation block **11** calculates initial motion coefficients $a_0{}^i, \ldots, a_n{}^i, b_0{}^i, \ldots, b_n{}^i$ for [$\Delta x(x,y)$,

US 6,711,211 B1

5

Δy(x,y)] a given segment $S_k$, which initial motion coefficients minimize some measure of prediction error in the segment. In the simplest case, the motion field estimation uses the current frame $I_n(x,y)$ and the reference frame $R_n(x,y)$ as input values. Typically the Motion Field Estimation block outputs the $[\Delta x(x,y), \Delta y(x,y)]$ initial motion coefficients to the Motion Field Coding block 12.

The segmentation of the current frame into segments $S_k$ can, for example, be carried out in such a way that each segment corresponds to a certain object moving in the video sequence, but this kind of segmentation is a very complex procedure. A typical and computationally less complex way to segment a video frame is to divide it into macroblocks and to further divide the macroblocks into rectangular blocks. In this description term macroblock refers generally to a part of a video frame. An example of a macroblock is the previously described YUV macroblock. FIG. 3 presents an example, where a video frame 30 is to divided into macroblocks 31 having a certain number of pixels. Depending on the encoding method, there may be many possible macroblock segmentations. FIG. 3 presents a case, where there are four possible ways to segment a macroblock: macroblock 31A is segmented into blocks 32, macroblock 31B is segmented with a horizontal dividing line into blocks 33, and macroblock 31C is segmented with a vertical dividing line into blocks 34. The fourth possible segmentation is to treat a macroblock as a single block. The macroblock segmentations presented in FIG. 3 are given as examples; they are by no means an exhaustive listing of possible or feasible macroblock segmentations.

The Motion Field Coding block 12 makes the final decisions on what kind of motion vector field is transmitted to the decoder and how the motion vector field is coded. It can modify the segmentation of the current frame, the motion model and motion coefficients in order to minimize the amount of information needed to describe a satisfactory motion vector field. The decision on segmentation is typically carried out by estimating a cost of each alternative macroblock segmentation and by choosing the one yielding the smallest cost. As a measure of cost, the most commonly used is a Lagrangian cost function

$$L(S_k) = D(S_k) + \lambda R(S_k),$$

which links a measure of the reconstruction error $D(S_k)$ with a measure of bits needed for transmission $R(S_k)$ using a Lagrangian multiple $\lambda$. The Lagrangian cost represents a trade-off between the quality of transmitted video information and the bandwidth needed in transmission. In general a better image quality, i.e. small $D(S_k)$, requires a larger amount of transmitted information, i.e. large $R(S_k)$.

In present systems, which utilize a translational motion model, prediction motion coefficients are typically formed by calculating the median of surrounding, already transmitted motion coefficients. This method achieves fairly good performance in terms of efficient use of transmission bandwidth and image quality. The main advantage of this method is that the prediction of motion coefficients is straightforward.

The more accurately the prediction motion coefficients correspond to the motion coefficients of the segment being predicted, the fewer bits are needed to transmit information about the refinement motion field. It is possible to select, for example among the neighboring blocks, the block whose motion coefficient are closest the motion coefficients of the block being predicted. The segment selected for the prediction is signaled to the decoder. The main drawback of this method is that finding the best prediction candidate among

6

the already transmitted image segments is a complex task the encoder has to perform exhaustive calculations to evaluate all the possible prediction candidates and then select the best prediction block, This procedure has to be carried out separately for each block.

There are systems where the transmission capacity for the compressed video stream is very limited and where the encoding of video information should not be too complicated, For example, wireless mobile terminals have limited space for additional components and as they operate by battery, they typically cannot provide computing capacity comparable to that of desktop computers. In radio access networks of cellular systems, the available transmission capacity for a video stream can be as low as 20 kbps. Consequently, there is need for a video encoding method, which is computationally simple, provides good image quality and achieves good performance in terms of required transmission bandwidth. Furthermore, to keep the encoding method computationally simple, the encoding method should provide satisfactory results using simple motion models.

SUMMARY OF THE INVENTION

An object of the present invention is to provide a method that provides a flexible and versatile motion coefficient prediction for encoding/decoding video information using motion compensation. A further object of the invention is to provide a motion compensated method for coding/decoding video information that provides good performance in terms of transmission bandwidth and image quality while being computationally fairly simple. A further object is to present a method for encoding/decoding video information that provides satisfactory results when a comparatively simple motion model, such as the translational motion model, is used.

These and other objects of the invention are achieved by associating the motion coefficient prediction method used for a certain macroblock with the segmentation of the macroblock.

A method for encoding video information according to the invention comprises the steps of:

segmenting a piece of current video information into macroblocks,

defining a certain number of available macroblock segmentations for segmenting a macroblock into blocks,

defining for each available macroblock segmentation at least one available prediction method, each of which prediction methods produces prediction motion coefficients for blocks within said macroblock resulting in a certain finite number of available macroblock-segmentation—prediction-method pairs,

selecting for a macroblock one of the available macroblock-segmentation—prediction-method pairs, and

segmenting the macroblock into blocks and producing prediction motion coefficients for the blocks within said macroblock using the selected macroblock-segmentation—prediction-method pair.

In a method according to the invention, a piece of current video information, typically a current frame, is segmented into macroblocks. These macroblocks can have any predetermined shape, but typically they are quadrilateral. Furthermore, a certain number of possible segmentations of the macroblocks into blocks is defined, and these are called the available macroblock segmentations. The segmentation of a macroblock into blocks is in this description called

US 6,711,211 B1

7

macroblock segmentation. The blocks are also typically quadrilateral. The motion of a block within a piece of current video information is typically estimated using a piece of reference video information (typically a reference frame), and the motion of the block is usually modeled using a set of basis fictions and motion coefficients. The motion model used in a method according to the invention is advantageously a translational motion model, but there are no restrictions on the use of any other motion model. In a method according to the invention, at least some motion coefficients are represented as sums of prediction motion coefficients and difference motion coefficients and a certain prediction method is used to determine the prediction motion coefficients.

Typically a piece of current video information, for example a current frame, is encoded by segmenting a frame into macroblocks and then processing the macroblocks in a certain scanning order, for example one by one from left-to-right and top-to-bottom throughout the frame. In other words, in this example the encoding process is performed in rows, progressing from top to bottom. The way in which the macroblocks are scanned is not restricted by the invention. A macroblock may be segmented, and the motion field of blocks within a macroblock is estimated. Prediction motion coefficients for a certain block are produced using the motion coefficients of some of the blocks in the already processed neighboring macroblocks or the motion coefficients of some of the already processed blocks within the same macroblock. The segmentation of the already processed macroblocks and the motion coefficients of the blocks relating to these macroblocks are already known.

A distinctive feature in encoding and decoding methods according to the invention is that for each macroblock segmentation there is a finite number of prediction methods, Certain predetermined allowable pairs of the macroblock segmentations and prediction methods are thus formed. Here the term prediction method refers to two issues: firstly, it defines which blocks are used in producing the prediction motion coefficients for a certain block within a current macroblock and, secondly, it defines how the motion coefficients related to these prediction blocks are used in producing the prediction motion coefficients for said block. Thus, a macroblock-segmentation—prediction-method pair indicates unambiguously both the segmentation of a macroblock and how the prediction motion coefficients for the blocks within the macroblock are produced. The prediction method may specify, for example, that prediction motion coefficients for a block are derived from an average calculated using motion coefficients of certain specific prediction blocks, or that prediction motion coefficients for a block are derived from the motion coefficient of one particular prediction block. The word average here refers to a characteristic describing a certain set of numbers; it may be, for example, an arithmetic mean, a geometric mean, a weighted mean, a median or a mode. Furthermore, it is possible that the prediction coefficients of a block are obtained by projecting motion coefficients or average motion coefficients from one block to another.

By restricting the number of possible prediction methods per macroblock segmentation, the complexity of the encoding process is reduced compared, for example, to an encoding process where the best prediction motion coefficient candidate is determined freely using any neighboring blocks or combinations thereof. In such a case, there is a large number of prediction motion coefficient candidates. When the prediction blocks are defined beforehand for each prediction method and there is a limited number of prediction

8

methods per macroblock segmentation, it is possible to estimate the cost of each macroblock-segmentation—prediction-method pair. The pair minimizing the cost can then be selected,

Advantageously, there is only one available prediction method per macroblock segmentation. This reduces the complexity of the encoding method even further. Furthermore, in this situation it is possible to conclude the prediction method of a block directly from the selected macroblock segmentation. There is thus necessarily no need to transmit information about the prediction method to the decoding entity. Thus, in this case the amount of transmitted information is not increased by adding adaptive features, i.e. various prediction methods used within a frame, to the encoded information.

By selecting the available prediction blocks and defining the macroblock-segmentation-specific prediction methods suitably, it is possible to implement a high performance video encoding method using at most three predetermined prediction blocks to produce prediction motion coefficients and allowing only one prediction method per macroblock segmentation. For each macroblock the macroblock-segmentation—prediction-method pair minimizing a cost function is selected. The simple adaptive encoding of motion information provided by the invention is efficient in terms of computation and in terms of the amount of trotted information and furthermore yields good image quality.

A macroblock, which is processed in a method according to the invention, may be, for example, the luminance component of an YUV macroblock. A method according to the invention may also be applied, for example, to the luminance component and to one or both of the chrominance components of an YUV macroblock.

A method for decoding encoded video information according to the invention comprises the steps of:

specifying information about available macroblock-segmentation—prediction method pairs for producing prediction motion coefficients for blocks within a macroblock,

receiving information indicating the macroblock-segmentation—prediction-method pair selected for of a macroblock, and

determining the prediction method relating to a macroblock segmentation of said macroblock and producing prediction motion coefficients for blocks within said macroblock using the indicated prediction method.

The invention relates also to an encoder for performing motion compensated encoding of video information, which comprises:

means for receiving a piece of current video information,

means for segmenting a piece of current video information into macroblocks,

means for specifying available macroblock segmentations,

means for specifying at least one available prediction method for each macroblocks segmentation, resulting in a certain finite number of available macroblock-segmentation—prediction method pairs,

means for selecting one macroblock-segmentation—prediction method pair among the available macroblock-segmentation—prediction method pairs,

means for segmenting a macroblock using the selected macroblock segmentation, and

means for producing macroblock-segmentation-specific prediction motion coefficients for blocks within said macroblock using the selected prediction method.

US 6,711,211 B1

9

A decoder for performing the decoding of encoded video information according to the invention comprises:

input means for receiving encoded video information, which comprises information indicating a macroblock-segmentation—prediction-method pair relating to a macroblock and about difference motion coefficients of blocks within the macroblock,

means for determining the macroblock-segmentation—prediction-method pair of the macroblock based on the received encoded video information, and

means for producing prediction motion coefficients for blocks within said macroblock using a prediction method indicated by the macroblock-segmentation—prediction-method pair.

The invention also relates to a storage device and a network element comprising an encoder according to the invention and to a mobile station comprising an encoder or a decoder according to the invention.

The novel features which are considered as characteristic of the invention are set forth in particular in the appended Claims. The invention itself, however, both as to its construction and its method of operation, together with additional objects and advantages thereof, will be best understood from the following description of specific embodiments when read in connection with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates an encoder for motion compensated encoding of video according to prior art,

FIG. 2 illustrates a decoder for motion compensated decoding of video according to prior art,

FIG. 3 illustrates a segmentation of a video frame into macroblocks and blocks according to prior art,

FIG. 4 illustrates a flowchart of a motion compensated video encoding method according to the invention,

FIG. 5 illustrates a flowchart of a motion compensated video decoding method according to the invention,

FIG. 6 illustrates various prediction methods that involve different prediction blocks and that can be used to provide prediction motion coefficients for a current block C in a method according to the invention,

FIG. 7 illustrates a plurality of macroblock-segmentation—prediction-method pairs that can be used in a method according to a first preferred embodiment of the invention,

FIG. 8 illustrates a plurality of macroblock-segmentation—prediction-method pairs that can be used in a method according to a second preferred embodiment of the invention,

FIG. 9 illustrates a motion field estimation block and a motion field coding block according to the invention,

FIG. 10 illustrates a motion compensated prediction block according to the invention,

FIG. 11 illustrates a mobile station according to the invention, and

FIG. 12 illustrates schematically a mobile telecommunication network comprising a network element according to the invention.

DETAILED DESCRIPTION

FIGS. 1–3 are discussed in detail in the description of motion compensated video encoding and decoding according to prior art.

10

FIG. 4 presents a flowchart of a method for encoding video information according to the invention. Only features related to motion encoding are presented in FIG. 4, it does not present, for example, the formation or coding of the prediction error frame, Typically these features are included in encoding methods according to the invention and, of course, may be implemented in any appropriate manner.

In step 401 the available macroblock segmentations are defined. The available macroblock segmentations can comprise, for example, such macroblock segmentations as presented in FIG. 3. In step 402 at least one prediction method for predicting motion coefficients is defined for each available macroblock segmentation, resulting in a certain number of available macroblock-segmentation—prediction-method pairs. Typically, for certain macroblock segmentations an average prediction method is used and for other macroblock segmentations the prediction motion coefficients are derived from the motion coefficients of a single already processed block, which is located either in the current macroblock or in one of the neighboring macroblocks. Advantageous prediction methods related to each macroblock segmentation can be found, for example, by testing various prediction methods beforehand. The motion model used to represent the motion field may affect the selection of the prediction methods. Furthermore, it is possible that a suitable motion model is selected during the encoding. Typically steps 401 and 402 are carried out off-line, before encoding video streams. Usually they are carried out already when, for example, an encoder is designed and implemented.

Steps 403–413 are carried out for each frame of a video stream. In step 403 a current video frame is segmented into macroblocks, and in step 404 encoding of a current macroblock, which is the macroblock currently undergoing motion compensated encoding, starts. In step 405 the current macroblock is segmented into blocks using one of the available macroblock segmentations. At this point there necessarily is no idea of which is the most appropriate macroblock segmentation for the current macroblock, so one way to select the best macroblock segmentation is to investigate them all and then select the most appropriate according to some criterion.

In step 406 the motion vector fields of the blocks within the current macroblock are estimated and the motion fields are coded. This results in motion coefficients $a_i$ and $b_i$ for each of said blocks. In step 407 prediction motion coefficients $a_{ip}$ and $b_{ip}$ for at least one of the blocks within the current macroblock are produced. If there is only one prediction method per macroblock segmentation, this is a straightforward task. Otherwise one of the prediction methods available for the current macroblock segmentation is selected and the prediction motion coefficients are derived according to this prediction method. In step 408 the motion coefficients of the blocks within current macroblock are represented as sums of the prediction motion coefficients and difference motion coefficients $a_{id}$ and $b_{id}$.

A simple way to search for the best macroblock-segmentation—prediction-method pair is presented in steps 409–411. In step 408 the cost $L(S_k)$ related to current macroblock-segmentation—prediction-method pair is calculated. This cost represents the trade-off between the reconstruction error of the decoded image and the number of bits needed to transmit the encoded image, and it links a measure of the reconstruction error $D(S_k)$ with a measure of bits needed for transmission $R(S_k)$ using a Lagrangian multiple $\lambda$. Typically the transmission $R(S_k)$ refers to bits required to represent at least the difference motion coefficients and bits

US 6,711,211 B1

11

required to represent the associated prediction error. It may also involve some signaling information.

Each possible macroblock-segmentation—prediction-method pair is checked, as the loop of steps **405–409** is repeated until prediction motion coefficients and cost function corresponding to all available macroblock-segmentation—prediction-method pairs are evaluated (step **410**). In step **411** the macroblock-segmentation—prediction-method pair yielding the smallest cost is selected.

In step **412** information indicating the selected macroblock-segmentation—prediction-method pair for the current macroblock and the difference motion coefficients $a_{id}$ and $b_{id}$ of at least one of the blocks within the current macroblock are transmitted to a receiver or stored into a storage medium. The information indicating the selected macroblock-segmentation—prediction-method pair may, for example, indicate explicitly both the macroblock segmentation and the prediction method. If there is only one possible prediction method per macroblock segmentation, it can be enough to transmit information indicating only the macroblock segmentation of the current block. In step **413** it is checked, if all the macroblocks within the current frame are processed. If they are not, then in step **404** the processing of next macroblock is started.

In a method according to the invention, it is possible that for some macroblocks or for some blocks within a frame the motion coefficients are transmitted as such. It is also possible that for some macroblocks or blocks prediction methods are used, where macroblock-segmentation—prediction-method pairs are not defined.

FIG. **5** presents a flowchart of a method for decoding an encoded video stream according to the invention. In step **501** information about the available macroblock segmentations is specified, for example by retrieving the information from memory element where it has been previously stored. The decoding method needs to know which kind of macroblock segmentations a received encoded video stream can comprise. In step **502** information about the available macroblock-segmentation—prediction-method pairs is specified. Steps **501** and **502** are typically carried out offline, before receiving an encoded video stream, They may be carried out, for example, during the design of implementation of a decoder.

Steps **503–507** are carried out during decoding. In step **503** information indicating the segmentation of a current macroblock and prediction method is received. If there is only one available prediction method per macroblock segmentation, information indicating the prediction method is not needed as previously explained. In step **504** information indicating difference motion coefficients $a_{id}$ and $b_{id}$ for at least one of the blocks within the current macroblock are received. In step **505** the decoding entity determines, using the information received in step **503**, the prediction method using which the prediction motion coefficient for blocks within the current macroblock are to be produced. The prediction method indicates the prediction blocks related to a certain block and how prediction coefficients for the current block are produced using the motion coefficients of the prediction blocks. There is no need to transmit information about the values of the prediction motion coefficients related to the current block within the current macroblock, because they can be determined in the decoder based on the information received concerning the selected segmentation and prediction method for the current macroblock. In step **506** the prediction motion coefficients $a_{ip}$ and $b_{ip}$ are produced, and in step **507** the motion coefficients $a_i$ and $b_i$

12

are produced using the difference motion coefficients and the prediction motion coefficients.

FIG. **6** presents schematically four different prediction methods **60A**, **60B**, **60C** and **60D** for providing prediction motion coefficients for a current block C. These four prediction methods are given as examples of prediction methods that may be used in a method according to the invention, and the prediction blocks (i.e. those blocks that are used to from prediction motion coefficients for the current block) are defined according to their spatial relationship with the current block C. In these prediction methods, the prediction blocks are dictated by certain pixel locations. These pixel locations are just one way of specifying the prediction blocks for a current block, and they are described here to aid the understanding of how the prediction blocks are selected in certain prediction methods. In the methods which are presented in FIG. **6**, the pixel locations are the same for all the methods. Prediction block L is defined as the block which comprises the pixel location **61**. Pixel location **61** is the uppermost pixel adjacent to block C from the left-hand side. Similarly, prediction block U is defined as the block comprising pixel location **62**, which is the leftmost pixel superjacent to block C. Furthermore, prediction block UR is defined as the block comprising the pixel location **63**, which is the pixel corner to corner with the top right corner pixel of block C.

In the first prediction method **60A**, three prediction blocks L, U and UR are used. The prediction motion coefficients $a_{ip}$, $b_{ip}$ provided for block C may be derived from an average of the motion coefficients of the L, U and UR prediction blocks. The average may be, for example, the median of the motion coefficient values of block L, U and UR. In the second prediction method **60B**, the prediction motion coefficients are derived from the motion coefficients of prediction block L. Similarly, in the third prediction method the prediction motion coefficients are derived from the motion coefficients of prediction block U and in the fourth prediction method they are derived from the motion coefficients of prediction block UR. The concept of presenting only one pixel location relating to a certain block, when only one prediction block is used in producing prediction motion coefficients for said block, and presenting more than one pixel locations relating to a block, when more than one prediction blocks are used in producing prediction motion coefficients for said block, is used also in FIGS. **7** and **8**.

The segmentation of the neighboring macroblocks presented in FIG. **6** for prediction method **60A** is just an example. When the prediction blocks are defined by pixel locations as presented in FIG. **6**, the prediction blocks can be determined unambiguously in spite of the macroblock segmentation of the neighboring macroblocks or of the current macroblock. The three pixel locations in FIG. **6** are an example, the number of pixels can be different and they can be located at other places, Typically the pixel locations specifying the prediction blocks are associated with a current block C and they are at the edge of the current block C.

In a method according to a first preferred embodiment of the invention, there is a certain number of available macroblock segmentations and at least one prediction method relates to each macroblock segmentation. FIG. **7** illustrates schematically three macroblock segmentations **70**, **71** and **72**, which are an example of the available macroblock segmentations in a first preferred embodiment of the invention. In macroblock segmentation **70**, the rectangular macroblock is actually not segmented, but is treated as a single block. In macroblock segmentation **71**, the macroblock is divided with one vertical line into two rectangular blocks.

US 6,711,211 B1

13

Similarly, in macroblock segmentation 72 the macroblock is divided with one horizontal line into two rectangular blocks. The macroblock size may be 16×16 pixels and translational motion model, for example, may be used.

FIG. 7 furthermore illustrates some examples of prediction method alternatives related to the macroblock segmentations in a method according to the first preferred embodiment. As in FIG. 6, the prediction blocks for blocks within a current macroblock are specified using certain pixel locations which bear a spatial relationship to the blocks within the current macroblock. As an example, the pixel locations in FIG. 7 are the same as in FIG. 6. When the current macroblock is segmented according to example 70, the prediction coefficients for the single block that comprises the current macroblock can be derived using an average of the motion coefficients of the L, U and UR prediction blocks (macroblock segmentation—prediction-method pair 70A), or they can be derived from the motion coefficients of prediction block L (pair 70B), prediction block U (air 70C) or prediction block UR (pair 70D).

FIG. 7 also presents some prediction method alternatives for example macroblock segmentations 71 and 72. As can be seen in FIG. 7, each block within a macroblock preferably has its own associated prediction blocks. The blocks within the current macroblock which are already processed, may themselves act as prediction blocks for other blocks within We same macroblock. As an example, consider the macroblock-segmentation—prediction-method pair 71A, where prediction motion coefficients for each block C1 and C2 within the current macroblock are derived from an average of the motion coefficients of the block-specific prediction blocks. In this prediction method block C1 acts as a prediction block for the block C2. The macroblock-segmentation—prediction-method pairs 71B, 71C, 71D and 71E are further examples of possible prediction methods related to the macroblock segmentation 71. Similarly, various prediction method alternatives are presented for macroblock segmentation 72.

In a method according to the first preferred embodiment of the invention, usually the Lagrangian cost function for each of the macroblock-segmentation—prediction-method pairs 70A, 70B, 70C, 70D, 71A, 71B, 71C, 71D, 71E, 72A, 72B, 72C and 72D is evaluated and then the pair minimizing the cost function is chosen as the actual macroblock segmentation used in encoding the macroblock, as described above in connection with an encoding method according to the invention.

Furthermore, it is possible that the segmentation of the neighboring macroblocks affects the number of the macroblock-segmentation—prediction-method pairs available for the current macroblock. In other words, the segmentation of the neighboring macroblocks may lead to a situation in which that some of the pairs illustrated in FIG. 7 cannot be used for a current macroblock or where some extra macroblock-segmentation—prediction-method pairs are available for the current macroblock. If the macroblock segmentation of neighboring macroblocks limits the selection of the macroblock-segmentation—prediction-method pairs available for a certain macroblock segmentation to, for example, only one macroblock-segmentation—prediction-method pair, it may be unnecessary to transmit information indicating the selected prediction method in addition to the information indicating the segmentation of the current macroblock. The decoding entity can conclude the prediction method from the segmentation of the previously received macroblocks when, for example, a method according to the first preferred embodiment of the invention is used.

14

In a method according to a second preferred embodiment of the invention, there is only one available prediction method per macroblock segmentation. In this case, the information indicating a selected macroblock segmentation can be used to indicate implicitly the selected prediction method (of, step 412 in FIG. 4). Typically in this case the cost function is evaluated in the encoding process for each available macroblock-segmentation—prediction-method pair, and the pair minimizing the cost function is selected for use in encoding the current macroblock. FIG. 8 illustrates an example of a plurality of macroblock-segmentation—prediction-method pairs that can be used in a method according to the second preferred embodiment.

FIG. 8 illustrates six possible macroblock segmentations: single block (macroblock segmentation 70), macroblock is divided once with a vertical dividing line (71) or with a horizontal dividing line (72), macroblock is divided once with a vertical dividing line and once with a horizontal dividing line (83), macroblock is divided once with a vertical dividing line and thrice with a horizontal dividing line (84) and thrice with a vertical dividing line and once with a horizontal dividing line (85). As in FIGS. 6 and 7, the small black squares in FIG. 8 illustrate schematically the prediction methods.

In this embodiment of the invention, prediction method 70A is associated with macroblock segmentation 70, prediction method 71B is used with macroblock segmentation 71 and prediction method 72B is used with macroblock segmentation 72. The selection of these macroblock-segmentation—prediction method pairs is quite intuitive, When the current macroblock is segmented using macroblock segmentation 71, it is reasonable to expect that the left block C1 and the right block C2 of the macroblock move somehow differently. It is quite natural to assume that the left block C1 would move in a similar way to the prediction block L and to derive the prediction motion coefficients for block C1 from the motion coefficients of prediction block L of block C1. Similarly, it makes sense to use the motion coefficients of prediction block UR of block C2 in deriving the prediction motion coefficients for the right block C2. Similar reasoning applies to the prediction method associated with macroblock segmentation 72. When the current macroblock is not segmented into smaller blocks (macroblock segmentation 70), it is not clear which of the neighboring blocks would provide good prediction motion coefficients, and the prediction motion coefficients are calculated as an average using the three prediction blocks L, U and UR in prediction method 70A.

In the prediction method related to macroblock segmentation 83, the prediction motion coefficients for each block within the current macroblock are derived as average values using three prediction blocks. For block C4 within the current macroblock there is no available UR prediction block because that block is not yet processed. Therefore, the prediction motion coefficients for block C4 are derived using blocks C1, C2 and C3 within the current macroblock. The prediction motion coefficients for blocks C1, C3, C5 and C7 related to macroblock segmentation 84 are derived as averages of the prediction blocks, as specified in FIG. 8. For blocks C2, C4, C6 and C8 related to macroblock segmentation 84, prediction motion coefficients are derived from the motion coefficients of the block on the left hand side of each block, i.e. block C1, C3, C5 and C7 of the current macroblock, respectively. The prediction motion coefficients for the blocks relating to macroblock segmentation 85 are produced as averages, as specified in FIG. 8. Again, there is no UR prediction block available for block C8 in macrob-

US 6,711,211 B1

15

lock segmentation 85, and therefore blocks C3, C4 and C7 within the same macroblock are used in producing prediction motion coefficients for that block. A second sensible alternative for the prediction method related to macroblock segmentation 85 is, for example, median prediction for the blocks in the upper row of the macroblock 85 and subsequent use of the motion coefficients of these blocks to derive prediction motion coefficients for the blocks in the lower row.

The number of prediction blocks and the choice of blocks to be used as prediction blocks may further depend on the position of the current macroblock in the frame and on the scanning order of the blocks/macroblocks within the frame. For example, if the encoding process starts from the top left-hand corner of the frame, the block in the top left-hand corner of the frame has no available prediction blocks. Therefore the prediction motion coefficients for this block are usually zero. For the blocks in the upper frame boundary, prediction using a prediction block to the left (prediction block L) is usually applied. For the blocks in the left-hand frame boundary, there are no left (L) prediction blocks available. The motion coefficients of these blocks may be assumed to be zero, if an average prediction is used for the blocks at the left frame boundary. Similarly, for the blocks at the right-hand frame boundary the upper right (UR) prediction block is missing. The prediction motion coefficients for these blocks can be derived, for example, in a manner similar to that described in connection with block C4 of macroblock segmentation 83 in FIG. 8.

The details of prediction methods used in a method according to the invention are not restricted median prediction or single block predictions. They are presented in the foregoing description as examples. Furthermore, any of the already processed blocks can be used in constructing the prediction motion field/coefficients for a certain block. The macroblock-segmentation—prediction-method pairs discussed above are also presented as examples of feasible pairs. In a method according to the invention the macroblock segmentations, prediction methods and mapping between the macroblock segmentations and prediction methods may be different from those described above.

FIG. 9 illustrates an example of a Motion Field Estimation block 11' and a Motion Field Coding block 12' according to the invention. FIG. 10 illustrates an example of a Motion Compensated Prediction block 13'/21' according to the invention. An encoder according to the invention typically comprises all these blocks, and a decoder according to the invention typically comprises a Motion Compensated Prediction block 21'.

In the Motion Field Coding block 11' there is a Macroblock Segmentation block 111, which segments an incoming macroblock into blocks. The Available Macroblock Segmentations block 112 comprises information about the possible macroblock segmentations $S_k$. In FIG. 9 the number of possible macroblock segmentations is illustrated by presenting each segmentation as an arrow heading away from the Macroblock Segmentation block 111. The various macroblock segmentations are processed in a Motion Vector Field Estimation block 113, and the initial, motion coefficients $a_0^i, \ldots, a_n^i, b_0^i, \ldots, b_n^i$ corresponding to each macroblock segmentation are further transmitted to the Motion Compensated Prediction block 12'. There the Motion Vector Field Coding block 121 codes the estimated motion fields relating to each segmentation. The Segmentation—Prediction Method Mapping block 122 is responsible for indicating to the Prediction Motion Field block 123 the correct prediction method related to each macroblock segmentation. In the

16

Difference Motion Coefficient Construction block 124 the motion fields of the blocks are presented as difference motion coefficients. The costs of the macroblock-segmentation—prediction-method pairs are calculated in the Macroblock Segmentation Selection block 125, and the most appropriate macroblock-segmentation—prediction-method pair is selected, The difference motion coefficients and some information indicating the selected segmentation are transmitted further. The information indicating the selected segmentation may also be implicit. For example, if there is only one macroblock segmentation producing four blocks and the format of the transmitted data reveals to the receiver that it is receiving four pairs of difference motion coefficients relating to a certain macroblock, it can determine the correct segmentation. If there are various available prediction methods per macroblock segmentation, there may be a need to transmit some information that also indicates the selected prediction method. Information about the prediction error frame is typically also transmitted to the decoder, to enable an accurate reconstruction of the image.

The Motion Compensated Prediction block 13'/21' receives information about difference motion coefficients and (implicit or explicit) information about the segmentation of a macroblock. It may also receive information about the selected prediction method if there is more than one prediction method available per macroblock segmentation. The segmentation information is used to produce correct prediction motion coefficients in the Prediction Motion Coefficient Construction block 131. The Segmentation—Prediction Method Mapping block 132 is used to store information about the allowed pairs of macroblock segmentations and prediction methods. The constructed prediction motion coefficients and received difference motion coefficients are used to construct the motion coefficients in the Motion Coefficient Construction block 133. The motion coefficients are transmitted further to a Motion Vector Field Decoding block 134.

An encoder or a decoder according to the invention can be realized using hardware or software, or using a suitable combination of both. An encoder or decoder implemented in software may be, for example, a separate program or a software building block that can be used by various programs. In the above description and in the drawings the functional blocks are represented as separate units, but the functionality of these blocks can be implemented, for example, in one software program unit,

It is also possible to implement an encoder according to the invention and a decoder according to the invention in one functional unit. Such a unit is called a codec. A codec according to the invention may be a computer program or a computer program element, or it may implemented at least partly using hardware.

FIG. 11 shows a mobile station MS according to an embodiment of the invention. A central processing unit, microprocessor $\mu P$ controls the blocks responsible for different functions of the mobile station: a random access memory RAM, a radio frequency block RF, a read only memory ROM, a user interface UI having a display DPL and a keyboard KBD, and a digital camera block CAM. The microprocessor's operating instructions, that is program code and the mobile station's basic functions have been stored in the mobile station in advance, for example during the manufacturing process, in the ROM. In accordance with its program, the microprocessor uses the RF block for transmitting and receiving messages on a radio path. The microprocessor monitors the state of the user interface UI and controls the digital camera block CAM. In response to a user command, the microprocessor instructs the camera

US 6,711,211 B1

17

block CAM to record a digital image into the RAM, Once the image is captured or alternatively during the capturing process, the microprocessor segments the image into image segments and performs motion compensated encoding for the segments in order to generate a compressed image as explained in the foregoing description. A user may command the mobile station to display the image on its display or to send the compressed image using the RF block to another mobile station, a wired telephone or another telecommunications device. In a preferred embodiment, such transmission of image data is started as soon as the first segment is encoded so that the recipient can start a corresponding decoding process with a minimum delay. In an alternative embodiment, the mobile station comprises an encoder block ENC dedicated for encoding and possibly also for decoding of digital video data.

FIG. 12 is a schematic diagram of a mobile telecommunications network according to an embodiment of the invention, Mobile stations MS are in communication with base stations BTS by means of a radio link. The base stations BTS are further connected, through a so-called Abis interface, to a base station controller BSC, which controls and manages several base stations. The entity formed by a number of base stations BTS (typically, by a few dozen base stations) and a single base station controller BSC, controlling the base stations, is called a base station subsystem BSS. Particularly, the base station controller BSC manages radio communication channels and handovers. On the other hand, the base station controller BSC is connected, through a so-called A interface, to a mobile services switching centre MSC, which co-ordinates the formation of connections to and from mobile stations. A further connection is made, through the mobile service switching centre MSC, to outside the mobile communications network. Outside the mobile communications network there may further reside other network(s) connected to the mobile communications network by gateway(s) GTW, for example the Internet or a Public Switched Telephone Network (PSTN). In such an external network, or in the telecommunications network, there may be located another video decoding or encoding stations, such as computers PC. In an embodiment of the invention, the mobile telecommunications network comprises a video server VSRVR to provide video data to a MS subscribing to such a service. This video data is compressed using the motion compensated video compression method as described earlier in this document. The video server may function as a gateway to an online video source or it may comprise previously recorded video clips. Typical videotelephony applications may involve, for example, two mobile stations or one mobile station MS and a videotelephone connected to the PSTN, a PC connected to the Internet or a H.261 compatible terminal connected either to the Internet or to the PSTN.

In view of the foregoing description it will be evident to a person skilled in the art that various modifications may be made within the scope of the invention. While a number of preferred embodiments of the invention have been described in detail, it should be apparent that many modifications and variations thereto are possible, all of which fall within the true spirit and scope of the invention.

I claim:

1. A method for encoding video information including deriving prediction motion coefficients for blocks within a macroblock of a video frame being encoded from motion coefficients of at least one prediction block that is a previously encoded macroblock or block within said video frame, the method comprising:

18

segmenting the video frame into macroblocks;

defining a certain number of available macroblock segmentations that specify possible ways in which a macroblock can be segmented into blocks;

defining for each available macroblock segmentation at least one available prediction method thereby providing a certain finite number of available macroblock-segmentation—prediction-method pairs, each prediction method defining a method for deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block;

selecting for a macroblock one of the available macroblock-segmentation—prediction-method pairs; and

segmenting the macroblock into blocks and deriving prediction motion coefficients for the blocks within said macroblock using the selected macroblock-segmentation—prediction-method pair.

2. A method for encoding video information according to claim 1, wherein at least one of the available macroblock-segmentation—prediction-method pairs defines the prediction motion coefficients for a block within said macroblock to be derived from the motion coefficients of only one prediction block.

3. A method for encoding video information according to claim 1, wherein at least one of the available macroblock-segmentation—prediction-method pairs defines that the prediction motion coefficients for a block within said macroblock are derived from the motion coefficients of at least a first prediction block and a second prediction block.

4. A method for encoding video information according to claim 3, wherein the prediction motion coefficients for a block are derived from a median of the motion coefficients of at least a first prediction block and a second prediction block.

5. A method for encoding video information according to claim 1, wherein at least one of the available macroblock-segmentation—prediction-method pairs specifies that the prediction motion coefficients for a block within said macroblock are derived from motion coefficients of prediction blocks within said macroblock.

6. A method for encoding video information according to claim 1, wherein a prediction block to be used in producing prediction motion coefficients for a block is defined as a block comprising a certain predetermined pixel, whose location is defined relative to said block.

7. A method for encoding video information according to claim 6, wherein the location of a predetermined pixel for a first block is different from the location of a predetermined pixel for a second block.

8. A method for encoding video information according to claim 1, wherein the number of prediction blocks per block is at most a certain number in any of the macroblock-segmentation—prediction-method pairs.

9. A method for encoding video information according to claim 8, wherein the number of prediction blocks per block is at most three.

10. A method for encoding video information according to claim 9, wherein a prediction block to be used in producing prediction motion coefficients for a block is defined as a block comprising a certain predetermined pixel, whose location is defined relative to said block.

11. A method for encoding video information according to claim 10, wherein at least for certain first blocks relating to certain first macroblock-segmentation—prediction-method pairs the predetermined pixels comprise the uppermost pixel

US 6,711,211 B1

19

adjacent to the block from the left, the leftmost pixel superjacent to the block and the pixel corner to corner with the upper right-hand pixel of the block.

**12.** A method for encoding video information according to claim **1**, wherein the macroblocks and the blocks resulting from the macroblock segmentations are quadrilateral.

**13.** A method for encoding video information according to claim **12**, wherein the blocks resulting from the macroblock segmentations are rectangular.

**14.** A method for encoding video information according to claim **12**, wherein the available macroblock segmentations comprise a first macroblock segmentation resulting in one block, a second macroblock segmentation dividing a macroblock once with a vertical line, a third macroblock segmentation dividing a macroblock once with a horizontal line, a fourth macroblock segmentation dividing a macroblock once with a vertical line and once with a horizontal line, a fifth macroblock segmentation dividing a macroblock once with a vertical line and thrice with a horizontal line, and a sixth macroblock segmentation dividing a macroblock thrice with a vertical line and once with a horizontal line.

**15.** A method for encoding video information according to claim **12**, wherein one prediction method is defined for each available macroblock segmentation, a prediction block for a block is defined as a block comprising a certain predetermined pixel, whose location is defined relative to said block, prediction coefficients for certain first blocks are derived from the motion coefficients of only one block-specific prediction block and prediction coefficients for certain second blocks are derived from the motion coefficients of more than one block-specific prediction blocks.

**16.** A method for encoding video information according to claim **1**, wherein the macroblock segmentation of neighboring macroblocks affects the selection of a available macroblock-segmentation—prediction-method pair for a macroblock.

**17.** A method for encoding video information according to claim **1**, wherein selection of the macroblock-segmentation—prediction-method pair is based on minimizing a cost function.

**18.** A method for encoding video information according to claim **1**, wherein one macroblock-segmentation—prediction-method pair is defined for each available macroblock segmentation.

**19.** A method for encoding video information according to claim **18**, further comprising transmitting information indicating the selected macroblock segmentation to a decoder or storing information indicating the selected macroblock-segmentation—prediction-method pair in a storage medium.

**20.** A method for encoding video information according to claim **1**, further comprising transmitting information indicating the selected macroblock-segmentation—prediction-method pair to a decoder or storing information indicating the selected macroblock-segmentation—prediction-method pair in a storage medium.

**21.** A method for encoding video information according to claim **1**, further comprising:

estimating the motion of blocks within a macroblock with respect to a reference video frame;

representing the motion of the blocks within the macroblock with a model comprising a set of basis functions and motion coefficients; and

representing the motion coefficients thus obtained as a sum of the prediction motion coefficients and difference motion coefficients.

**22.** A method for encoding video information according to claim **21**, wherein the model used to represent the motion of a block is a translational motion model.

20

**23.** A method for encoding video information according to claim **21**, wherein the selection of the macroblock-segmentation—prediction-method pair is based on minimizing a cost function which includes at least a measure of a reconstruction error relating to a macroblock-segmentation—prediction-method pair and a measure of an amount of information required to indicate the macroblock-segmentation—prediction-method pair and to represent the difference motion coefficients of the blocks within said macroblock.

**24.** A method for encoding video information according to claim **21**, further comprising:

transmitting information indicating the selected macroblock-segmentation—prediction-method pair to a decoder or storing information indicating the selected macroblock-segmentation—prediction-method pair in a storage medium; and

transmitting information about the difference motion coefficients to a decoder or storing information about the difference motion coefficients in a storage means.

**25.** A method for encoding video information according to claim **21**, further comprising:

reconstructing the motion of the blocks using the motion coefficients, basis functions and information about the macroblock segmentation;

determining predicted video information using the reference video frame and the reconstructed motion of the blocks;

determining corresponding prediction error video information based on a difference between the predicted video information and the video information of the macroblock;

coding the prediction error video information and representing it with prediction error coefficients; and

transmitting information about the prediction error coefficients to a decoder or storing information about the prediction error coefficients in a storage means.

**26.** A method for decoding encoded video information, including deriving prediction motion coefficients for blocks within a macroblock of a video frame being decoded from motion coefficients of at least one prediction block that is a previously decoded macroblock or block within said video frame, the method comprising:

defining a certain number of available macroblock segmentations that specify possible ways in which a macroblock can be segmented into blocks;

defining for each available macroblock segmentation at least one available prediction method, thereby providing a certain finite number of available macroblock-segmentation—prediction-method pairs, each prediction method defining a method for deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block;

receiving information indicating at least the macroblock segmentation selected for a macroblock in said encoded video information; and

determining the prediction method relating to the macroblock segmentation of said macroblock with reference to the defined macroblock-segmentation—prediction method pairs and producing prediction motion coefficients for blocks within said macroblock using the determined prediction method.

**27.** A method for decoding encoded video information according to claim **26**, wherein at least two prediction

US 6,711,211 B1

21

methods relating to a certain available macroblock segmentation are defined.

**28**. A method for decoding encoded video information according to claim **26**, wherein only one prediction method is defined for each available macroblock segmentation.

**29**. A method for decoding encoded video information according to claim **26**, further comprising:

receiving information about difference motion coefficients describing motion of blocks within a macroblock; and

reconstructing motion coefficients for the blocks within said macroblock as a sum of the derived prediction motion coefficients and the difference motion coefficients.

**30**. A method for decoding encoded video information according to claim **29**, further comprising;

receiving information about prediction error coefficients describing prediction error video information, and

determining a decoded piece of current video information using at least the motion coefficients and the prediction error video information.

**31**. A method for decoding encoded video information according to claim **26**, wherein the step of receiving information indicating at least the macroblock segmentation selected for a macroblock in said encoded video information comprises receiving an indication of a selected macroblock-segmentation—prediction method pair.

**32**. An encoder for performing motion compensated encoding of video information, said encoder being arranged to derive prediction motion coefficients for blocks within a macroblock of a video frame being encoded from motion coefficients of at least one prediction block that is a previously encoded macroblock or block within said video frame, the encoder comprising:

means for receiving a frame of video information;

means for segmenting the frame of video information into macroblocks;

means for specifying a certain number of available macroblock segmentations that define possible ways in which a macroblock can be segmented into blocks;

means for specifying at least one available prediction method for each available macroblock segmentation, thereby providing a certain finite number of available macroblock-segmentation—prediction-method pairs, each prediction method defining a method for deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block;

means for selecting one macroblock-segmentation—prediction method pair among the available macroblock-segmentation—prediction method pairs;

means for segmenting a macroblock using the macroblock segmentation specified by the selected macroblock-segmentation—prediction-method pair; and

means for deriving macroblock-segmentation-specific prediction motion coefficients for blocks within said macroblock using the prediction method specified by the selected macroblock-segmentation—prediction-method pair.

**33**. An encoder for performing motion compensated encoding of video information according to claim **32**, further comprising:

memory means for storing a reference video frame;

means for estimating a motion field of blocks in the frame of video information using at least the reference video frame;

22

means for producing motion coefficients describing the estimated motion fields; and

means for producing difference motion coefficients using the motion coefficients and the prediction motion coefficients.

**34**. A storage device comprising an encoder according to claim **32**.

**35**. A mobile station comprising an encoder according to claim **32**.

**36**. A network element comprising an encoder according to claim **32**.

**37**. A network element according to claim **36**, wherein the network element is a network element of a mobile telecommunication network.

**38**. An encoder for performing motion compensated encoding of video information according to claim **32**, wherein at least one of the available macroblock-segmentation—prediction-method pairs defines the prediction motion coefficients for a block within said macroblock to be derived from the motion coefficients of only one prediction block.

**39**. An encoder for performing motion compensated encoding of video information according to claim **32**, wherein at least one of the available macroblock-segmentation—prediction-method pairs defines that the prediction motion coefficients for a block within said macroblock are derived from the motion coefficients of at least a first prediction block and a second prediction block.

**40**. An encoder for performing motion compensated encoding of video information according to claim **39**, arranged to derive the prediction motion coefficients for a block from a median of the motion coefficients of at least a first prediction block and a second prediction block.

**41**. An encoder for performing motion compensated encoding of video information according to claim **32**, wherein at least one of the available macroblock-segmentation—prediction-method pairs specifies that the prediction motion coefficients for a block within said macroblock are derived from motion coefficients of prediction blocks within said macroblock.

**42**. An encoder for performing motion compensated encoding of video information according to claim **32**, arranged to derive prediction motion coefficients for a block using a prediction block that comprises a certain predetermined pixel, whose location is defined relative to said block.

**43**. An encoder for performing motion compensated encoding of video information according to claim **32**, arranged to select a macroblock-segmentation—prediction-method responsive to minimizing a cost function.

**44**. An encoder for performing motion compensated encoding of video information according to claim **32**, wherein one macroblock-segmentation—prediction-method pair is defined for each available macroblock segmentation.

**45**. An encoder for performing motion compensated encoding of video information according to claim **44**, further arranged to transmit information indicating the selected macroblock segmentation to a corresponding decoder.

**46**. An encoder for performing motion compensated encoding of video information according to claim **32**, further arranged to transmit information indicating the selected macroblock-segmentation—prediction-method pair to a corresponding decoder.

**47**. An encoder for performing motion compensated encoding of video information according to claim **32**, further comprising:

means for estimating the motion of blocks within a macroblock with respect to a reference video frame;

US 6,711,211 B1

23

means for representing the motion of the blocks within the macroblock with a model comprising a set of basis functions and motion coefficients; and

means for representing the motion coefficients thus obtained as a sum of the prediction motion coefficients and difference motion coefficients.

**48**. An encoder for performing motion compensated encoding of video information according to claim **47**, arranged to select a macroblock-segmentation—prediction-method pair by minimizing a cost function that includes at least a measure of a reconstruction error relating to the macroblock-segmentation—prediction-method pair and a measure of an amount of information required to indicate the macroblock-segmentation—prediction-method pair and to represent the difference motion coefficients of the blocks within said macroblock.

**49**. An encoder for performing motion compensated encoding of video information according to claim **47**, further comprising:

means for reconstructing the motion of the blocks using the motion coefficients, basis functions and information about the macroblock segmentation;

means for determining predicted video information using the reference video frame and the reconstructed motion of the blocks;

means for determining corresponding prediction error video information based on a difference between the predicted video information and the video information of the macroblock;

means for coding the prediction error video information and representing it with prediction error coefficients; and

means for transmitting information about the prediction error coefficients to a corresponding decoder.

**50**. A decoder for performing motion compensated decoding of encoded video information, said decoder being arranged to derive prediction motion coefficients for blocks within a macroblock of a video frame being decoded from motion coefficients of at least one prediction block that is a previously decoded macroblock or block within said video frame, the decoder comprising:

means for defining a certain number of available macroblock segmentations that specify possible ways in which a macroblock can be segmented into blocks;

means for specifying at least one available prediction method for each available macroblock segmentation, thereby providing a certain finite number of available macroblock-segmentation—prediction-method pairs, each prediction method defining a method for deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block;

input means for receiving information indicating at least the macroblock segmentation selected for a macroblock;

means for determining the prediction method relating to the segmentation of the macroblock with reference to the defined macroblock-segmentation—prediction-method pairs; and

means for producing prediction motion coefficients for blocks within said macroblock using the determined prediction method.

**51**. A decoder for performing decoding of encoded video information according to claim **50**, further comprising:

input means for receiving information about difference motion coefficients of the blocks within said

24

macroblock, and means for constructing motion coefficients using the prediction motion coefficients and the difference motion coefficients.

**52**. A mobile station comprising a decoder according to claim **50**.

**53**. A decoder for performing motion compensated decoding of encoded video information according to claim **50**, arranged to receive an indication of a selected macroblock-segmentation—prediction method pair.

**54**. Computer program element for performing motion compensated encoding of video information, said computer program element being arranged to derive prediction motion coefficients for blocks within a macroblock of a video frame being encoded from motion coefficients of at least one prediction block that is a previously encoded macroblock or block within said video frame, the computer program element comprising:

program means for receiving a frame of video information;

program means for segmenting the frame of video information into macroblocks;

program means for specifying a certain number of available macroblock segmentation, that define possible ways in which a macroblock can be segmented into blocks;

program means for specifying at least one available prediction method for each available macroblock segmentation, thereby providing a certain finite number of available macroblock-segmentation—prediction-method pairs, each prediction method defining a method for deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block;

program means for selecting one macroblock-segmentation—prediction method pair among the available macroblock-segmentation—prediction method pairs;

program means for segmenting a macroblock using the selected macroblock segmentations specified by the selected macroblock-segmentation—prediction-method pair; and

program means for deriving macroblock-segmentation-specific prediction motion coefficients for blocks within said macroblock using the selected prediction method specified by the selected macroblock-segmentation—prediction-method pair.

**55**. Computer program element as specified in claim **54**, embodied on a computer readable medium.

**56**. Computer program element for performing motion compensated decoding of encoded video information, said computer program element being arranged to derive prediction motion coefficients for blocks within a macroblock of a video frame being decoded from motion coefficients of at least one prediction block that is a previously decoded macroblock or block within said video frame, the computer program element comprising:

program means for defining a certain number of available macroblock segmentations that specify possible ways in which a macroblock can be segmented into blocks;

program means for specifying at least one available prediction method for each available macroblock segmentation, thereby providing a certain finite number of available macroblock-segmentation—prediction-method pairs, each prediction method defining a method for deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block;

US 6,711,211 B1

25

program means for receiving information indicating at least the macroblock-segmentation selected for a macroblock;

program means for determining the prediction-method relating to the segmentation of the macroblock with reference to the defined macroblock-segmentation—prediction-method pairs; and

26

program means for producing prediction motion coefficients for blocks within said macroblock using the determined prediction method.

57. Computer program element as specified in claim **56**, embodied on a computer readable medium.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,711,211 B1                                        Page 1 of 1
DATED          : March 23, 2004
INVENTOR(S)  : J. Lainema

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 24,
Line 22, "segmentation" should be -- segmentations --
Line 39, "segmentations" should be -- segmentation --

Signed and Sealed this

Twenty-first Day of September, 2004

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 9

US008005145B2

(12) **United States Patent**
Lainema

(10) **Patent No.:** **US 8,005,145 B2**
(45) **Date of Patent:** **Aug. 23, 2011**

(54) **METHOD AND APPARATUS FOR TRANSFERRING VIDEO FRAME IN TELECOMMUNICATION SYSTEM**

(75) Inventor: **Jani Lainema**, Irving, TX (US)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 598 days.

(21) Appl. No.: **10/885,256**

(22) Filed: **Jul. 6, 2004**

(65) **Prior Publication Data**

US 2004/0264574 A1    Dec. 30, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/637,773, filed on Aug. 11, 2000, now Pat. No. 6,782,053.

(51) **Int. Cl.**
*H04N 7/12* (2006.01)

(52) **U.S. Cl.** .................................. **375/240.16**

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,210,605 A | | 5/1993 | Zaccarin et al. .............. 358/105 |
| 5,812,199 A | * | 9/1998 | Lu et al. ................. 375/240.16 |
| 6,081,296 A | * | 6/2000 | Fukunaga et al. ....... 375/240.12 |
| 6,163,575 A | * | 12/2000 | Nieweglowski et al. 375/240.16 |
| 6,205,174 B1 | * | 3/2001 | Fert et al. ................. 375/240.03 |
| 6,275,532 B1 | * | 8/2001 | Hibi et al. ............... 375/240.17 |
| 6,295,089 B1 | * | 9/2001 | Hoang ....................... 348/390.1 |
| 2004/0223548 A1 | * | 11/2004 | Kato et al. ............ 375/240.16 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 535 746 | 9/1992 |
| EP | A2-0773 688 | 5/1997 |
| EP | 0 863 675 | 2/1998 |
| GB | 2 317 525 | 9/1996 |
| JP | 2004534411 T | 11/2004 |
| WO | 99/07159 A2 | 2/1999 |
| WO | 0215585 A1 | 2/2002 |

OTHER PUBLICATIONS

Japanese Official Office Action dated Dec. 16, 2010.

* cited by examiner

*Primary Examiner* — David Czekaj
(74) *Attorney, Agent, or Firm* — Perman & Green, LLP

(57) **ABSTRACT**

A method of coding video frames in a telecommunication system, comprising: forming a video frame of consecutive stationary frames, storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighboring blocks, defining by means of the motion data of one or more earlier coded neighboring blocks the motion data of the block to be coded, which neighboring block is formed by means of the stored reference frame, defining the frame reconstruction data of the frame to be coded, selecting for use the frame reconstruction data and motion data representing the block to be coded, which provide a pre-defined coding efficiency with a predefined picture quality.

**55 Claims, 5 Drawing Sheets**







Fig. 1



Fig. 2A

Fig. 2B



Fig. 2C



Fig. 3



Fig. 4



Fig. 5

Fig.8



Fig.6



Fig.7

Fig. 9

US 8,005,145 B2

**1**

## METHOD AND APPARATUS FOR TRANSFERRING VIDEO FRAME IN TELECOMMUNICATION SYSTEM

The present application is a continuation of application Ser. No. 09/637,773, filed on 11 Aug. 2000, which issued as U.S. Pat. No. 6,782,053 on 24 Aug. 2004.

### FIELD OF THE INVENTION

The invention relates to a method and an apparatus for coding and decoding a video frame in a telecommunication system, when the video frame is made up of a string of consecutive stationary frames, in which the frames to be transmitted are typically divided into frame blocks or segments, for instance pixel groups, specific for each frame and the data in each frame block typically comprises information indicating the luminance, color and location of the frame block.

### BACKGROUND OF THE INVENTION

Transferring video frames in telecommunication systems, such as video phones, video conference systems or Internet connections, is a demanding task due to the large amount of data needed to transfer a video frame, since the more bits are needed to transfer the data, the higher the data transmission rate must be. Various methods have been developed to solve this problem. To transfer a frame, the frame is usually divided into frame blocks whose size is selected to suit the system. Frame block information generally comprises information on the luminance, color and location of the frame block in the frame itself. The frame block data is compressed by each block using a desired coding method. The compression is based on removing the less significant data. Compression methods are divided primarily into three classes: spectral redundancy reduction, spatial redundancy reduction and temporal redundancy reduction. Various combinations of these methods are typically used in compression.

A YUV color model, for instance, is applied to spectral redundancy reduction. The YUV color model utilizes the fact that the human eye is more sensitive to changes in luminance than in chrominance, i.e. color. The YUV model has one luminance component (Y) and two chrominance components (U, V). The chrominance components are also sub-sampled. For instance, a luminance block according to the H.263 video coding standard is 16×16 pixels and both chrominance blocks, which cover the same area as the luminance block, are 8×8 pixels. The combination of one luminance block and two chrominance blocks is in this standard called a macro block.

To reduce spatial redundancy, a discrete cosine transformation (DCT), for instance, is used, in which the block to be compressed is preferably 8×8 pixels. In a DCT, the pixel presentation of a frame block is transformed into a space-frequency presentation. In addition, only the signal frequencies which exist in a frame block have high-amplitude coefficients, whereas the coefficients of the signals that do not exist in a frame block are close to zero. DCT is also a lossless transformation and interference is caused to the signal in quantizing only.

Temporal redundancy can be reduced by utilizing the fact that consecutive frames usually resemble each other, so instead of compressing each individual frame, motion data of the frame blocks is generated. The basic principle is as follows: an as good as possible reference block which has been coded earlier is searched for the frame block to be coded, the motion between the reference block and the frame block to be

**2**

coded is modeled and the calculated motion vector coefficients are transmitted to the receiver. The difference between the block to be coded and the reference block is indicated as a prediction error component or frame. The problem is to find a reference block which produces as good a coding efficiency as possible (a sufficiently good picture quality with as small an amount of bits as possible) and a high calculation capacity, and thus also calculation time, required by the comparison.

### BRIEF DESCRIPTION OF THE INVENTION

It is thus an object of the invention to provide an improved method for coding video frames, an improved video coder and an improved subscriber terminal. The invention is based on using the frame reconstruction data of at least one or more reference frames or reference blocks and of one or more earlier coded neighbouring blocks in coding the frame reconstruction data. The frame reconstruction data and motion data coded with the method of the invention or with another known method is selected for use depending on how the desired coding efficiency is obtained with a sufficient picture quality.

This is achieved by a method of coding video frames in a telecommunication system, comprising: forming a video frame of consecutive stationary frames, storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighbouring blocks, defining by means of the motion data of one or more earlier coded neighbouring blocks the motion data of the block to be coded, which neighbouring block is formed by means of the stored reference frame, defining the frame reconstruction data of the frame to be coded, selecting for use the frame reconstruction data and motion data representing the block to be coded, which provide a pre-defined coding efficiency with a predefined picture quality.

This is achieved by a method of coding video frames in a telecommunication system, comprising: forming a video frame of consecutive stationary frames, storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighbouring blocks, defining the motion data of a frame block to be coded using only the neighbouring blocks which have the same reference frame used to code the frame reconstruction data of the block to be coded, selecting for use the frame reconstruction data and motion data, which provide a pre-defined coding efficiency with a pre-defined picture quality.

The invention also relates to a subscriber terminal comprising: means for forming a video frame of consecutive stationary frames, means for storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighbouring blocks, means for defining by means of the motion data of one or more earlier coded neighbouring blocks the motion data of the block to be coded, which neighbouring block is formed by means of the stored reference frame, means for defining the frame reconstruction data of the frame to be coded, means for selecting for use the frame reconstruction data and motion data representing the block to be coded, which provide a pre-defined coding efficiency with a predefined picture quality.

The invention also relates to a subscriber terminal comprising: means for forming a video frame of consecutive stationary frames, means for storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighbouring blocks, means for defining the motion data of a frame block to be coded using only the neighbouring blocks which have the same reference frame used to code the frame reconstruction data of the block to be coded, means for selecting for use the frame reconstruction

US 8,005,145 B2

**3**

data and motion data, which provide a pre-defined coding efficiency with a pre-defined picture quality.

The invention also relates to a video coder comprising: means for forming a video frame of consecutive stationary frames, means for storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighbouring blocks, means for defining by means of the motion data of one or more earlier coded neighbouring blocks the motion data of the block to be coded, which neighbouring block is formed by means of the stored reference frame, means for defining the frame reconstruction data of the frame to be coded, means for selecting for use the frame reconstruction data and motion data representing the block to be coded, which provide a pre-defined coding efficiency with a predefined picture quality.

The invention also relates to a video coder comprising: means for forming a video frame of consecutive stationary frames, means for storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighbouring blocks, means for defining the motion data of a frame block to be coded using only the neighbouring blocks which have the same reference frame used to code the frame reconstruction data of the block to be coded, means for selecting for use the frame reconstruction data and motion data, which provide a pre-defined coding efficiency with a pre-defined picture quality.

The invention also relates to a computer program which can be read by a computer and which executes the method of coding video frames in a telecommunication system, comprising: forming a video frame of consecutive stationary frames, storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighbouring blocks, defining by means of the motion data of one or more earlier coded neighbouring blocks the motion data of the block to be coded, which neighbouring block is formed by means of the stored reference frame, defining the frame reconstruction data of the frame to be coded, selecting for use the frame reconstruction data and motion data representing the block to be coded, which provide a pre-defined coding efficiency with a predefined picture quality.

The invention also relates to a computer program which can be read by a computer and which executes the method of coding video frames in a telecommunication system, comprising: forming a video frame of consecutive stationary frames, storing the frame reconstruction data of at least one frame as a reference frame and the motion data of earlier coded neighbouring blocks, defining the motion data of a frame block to be coded using only the neighbouring blocks which have the same reference frame used to code the frame reconstruction data of the block to be coded, selecting for use the frame reconstruction data and motion data, which provide a pre-defined coding efficiency with a pre-defined picture quality.

The method and apparatus of the invention provide savings in calculation time and capacity while the picture quality remains adequate.

## BRIEF DESCRIPTION OF THE FIGURES

In the following, the invention will be described by means of preferred embodiments, with reference to the attached drawings in which

FIG. **1** illustrates an example of a telecommunication system,

FIGS. **2a** to **2c** illustrate one estimation process of vectors using a reference frame,

**4**

FIG. **3** illustrates one estimation process of a motion vector using neighbouring blocks,

FIG. **4** is a flow chart which shows method steps of finding a reference block and predicting a motion vector,

FIG. **5** illustrates an example of finding a reference block and predicting a motion vector,

FIG. **6** illustrates an example of a coder,

FIG. **7** illustrates an example of a decoder,

FIG. **8** illustrates an example of a subscriber terminal,

FIG. **9** illustrates a second example of finding a reference block and predicting a motion vector.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** illustrates in a simplified manner one digital data transmission system to which the solution of the invention can be applied. It is a part of a cellular radio system comprising a base station **104** which is in radio contact **108** and **110** with subscriber terminals **100** and **102** which can be terminals installed fixedly or in a vehicle or portable terminals. Transceivers in the base station are connected to an antenna unit, with which the radio link to the subscriber terminals is implemented. The base station is further in contact with a base station controller **106** which transmits the connections of the terminals elsewhere in the network. The base station controller controls in a centralized manner several base stations connected to it. A control unit in the base station controller takes care of call control, data traffic control, mobility management, collection of statistics, and signaling.

The cellular radio system can also have a connection to the public telephone network, in which case a transcoder belonging to the system transforms the different digital coding formats of speech used between the public telephone network and the cellular radio network to suit each other, for instance from the 64 kbit/s format of the fixed network to a cellular radio network format (e.g. 13 kbit/s) and vice versa.

It is obvious to a person skilled in the art that the invention can also be applied to fixed telecommunication systems, such as the Internet.

The aim in coding a video frame is to reduce the number of bits required to transfer the frame. FIGS. **2a** to **2c** show in a simplified manner a prior art coding method of motion which is based on predicting the motion vector of a frame block (the term block is also used in the text) using a reference frame stored earlier in memory. This type of coding is called intercoding which means utilizing the similarities between the frames in a string of frames in compression coding.

In the example of FIGS. **2a** to **2c**, the reference frame **206** has been divided into blocks or segments and coded earlier. FIGS. **2b** to **2c** do not show frame blocks. The reference frame can be before or after the frame to be coded in the string of frames. FIG. **2a** shows the current frame being coded **204** which is also divided into blocks, of which only one block **200** is shown for clarity's sake. The size of the block is N×M. The blocks are typically squares, i.e. N=M, but can also be rectangular, for instance, in their geometry. The current block **200** and the reference block **214** shown in FIG. **2c** need not be geometrically similar, because in reality, too, the filmed objects change, such as rotate or twist. The size and shape of the block is defined suitable for each situation taking into consideration the following matters, for instance: a small block size provides a better picture, but reduces the reliability of the defined motion vector, because the definition is made by means of a few pixels only. More motion vector data must also be generated, if smaller blocks are used, because then the frame must be divided into a greater number of blocks. In addition, fast algorithms in defining motion vectors are more

US 8,005,145 B2

**5**

efficient when the block size is large. For instance, in some of the current video coding standards N=M=16.

To estimate the motion, as matching a reference block as possible is found in the reference frame **206** for the block **200** being coded, this being **214** in FIG. **2c**. The suitability of the reference blocks depends on the selection criterion. The purpose of the selection criterion is typically to find a block, by means of which it is possible to minimize the number of bits required for transferring the block being coded in such a manner that the picture quality remains sufficiently good. Thus, the selection criteria can vary depending on the object of application.

The search is usually performed in the reference frame **206** in an area which is in a frame location corresponding to the block **200** being coded in the current frame **204** and in a certain area in the immediate proximity, depicted by the search area **210** in FIGS. **2b** and **2c**. By limiting the search area smaller than the entire reference frame, the time used in searching and the required calculation is reduced. The size of the search area is defined suitable for the object of application, for instance by determining on the basis of the frames of the frame string coded earlier, whether the motion is slow or fast; if the motion is slow, the search area can be limited smaller than if the motion is fast. The search is typically conducted in the surroundings of the predicted motion vector.

The location of the frame block is in the example of FIGS. **2a** to **2c** indicated with coordinates (x, y) in the upper left corner of the block. The x coordinate indicates the location of the pixel or block in horizontal direction and the y coordinate the location of the pixel or block in vertical direction. The coordinates of the block being coded are marked as **202**. In FIG. **2c**, the best possible reference frame block **214** has been found in the search area **210**. The coordinates (x, y) **208** are those of the location where the block **200** being coded would be if it had not moved and thus the same as the coordinates **202**. They are shown for the purpose of illustration. The block **212** depicts the block **200** had it not moved and is also shown for the purpose of illustration. The motion of the frame block being coded can now be indicated as a change from the coordinates (x+u, y+v) **216** to the coordinates (x, y) **208**. In general, the coordinates (x, y) are defined as origin, so the motion vector **218** of the block being coded can be indicated as coordinates (u, v). The motion vector can also be indicated using definition of motion vector coefficients and motion models.

FIG. **3** shows in a simplified manner prior art motion coding methods which are based on predicting the motion vector coefficients of a frame block being coded using earlier coded neighbouring blocks of the frame being coded. The neighbouring blocks of the frame block **304** being coded, which have already been coded earlier and which are used to predict the motion vector coefficients of the frame block being coded are here referred to as prediction candidates. In FIG. **3**, the prediction candidates are neighbouring blocks **300**, **302**, **306**. The prediction candidates **300**, **302**, **306** are in the example of FIG. **3** marked for identification with certain pixel locations **308**, **310**, **312**. The prediction candidate **306** is on the left side of the block being coded and marked with the pixel location **308**, the prediction candidate **300** is above the block coded and marked with the pixel location **310** and the prediction candidate **302** is in the top right corner of the block being coded and marked with the pixel location **312**. As seen from FIG. **3**, the pixel locations **308**, **310**, **312** reside in their blocks in close proximity to the block **304** being coded. It should be noted that the number and location of the neighbouring blocks with respect to the block being coded may differ from those shown in FIG. **3**.

**6**

In the case shown in FIG. **3**, all three prediction candidates are used in predicting the motion vector coefficients of the block **304** being coded. The required motion vector coefficients can, for instance, be predicted as a median of the motion vector coefficients obtained from these prediction candidates. It is also possible to use only one prediction candidate in predicting the motion vector coefficients of the block **304**, in which case the coefficients are obtained from the motion vector coefficients of the prediction block **306**, the motion vector coefficients of the prediction block **300** or the motion vector coefficients of the prediction block **302**.

Earlier coded neighbouring blocks that are farther than in the immediate proximity can also be used, but in such a case it should be done taking into consideration that the difference in the motion of the blocks usually increases while the distance grows.

Inter- and intra-coding are typically combined block by block in coding video frames to obtain the best possible result. An intra-coded frame can be sent at suitable intervals to prevent the accumulation of possible errors caused by the transmission channel from one frame to another, finally causing the failure of the decoding of the frame.

The methods shown in FIGS. **2a** to **2c** and **3** can be used both in coding and decoding. The method used by the coder with the necessary frame data is transmitted to the decoder as a bit stream.

It should be noted that as shown in FIG. **3**, the blocks can also be segmented. Segmentation is preferable in situations where different parts of the frame move in different ways, for instance the background remains the same while a single object, such as a person, a car or the like, moves. A frame block can be segmented by dividing it in segments vertically, as in block **300**, horizontally, of which there is no example, or in both directions, as in block **306**. By segmentation, it is also possible to reduce the number of bits being transferred by using a suitable part of another already coded frame.

When defining the motion vector coefficients of the frame block being coded, various known models for motion estimation are utilized. Different models are suitable for defining different motion, such as presenting vertical and horizontal motion or presenting rotation. Such models include the affine motion model in which the motion of a pixel, frame segment or block is indicated by a formula in which Δx and Δy form the motion vector

$$\Delta x(x, y) = a_0 + a_1 x + a_2 y$$

$$\Delta y(x, y) = b_0 + b_1 x + b_2 y \qquad (1)$$

wherein $a_0$, $a_1$, $a_2$, $b_0$, $b_1$ and $b_2$ are motion vector coefficients and x and y are vector components, of which x indicates the location of a pixel or a block in horizontal direction and y the location of a pixel or a block in vertical direction, or the translational model in which the motion of a pixel, frame segment or block is indicated by a formula in which Δx and Δy form the motion vector

$$\Delta x(x, y) = a_0$$

$$\Delta y(x, y) = b_0 \qquad (2)$$

wherein $a_0$ and $b_0$ are motion vector coefficients and x and y are vector components. The used motion models are stored in the memory of both the coder and the decoder. If several motion models are used in coding, the coder selects the model according to the motion (e.g. with upward motion, a model indicating upward motion is used in coding) and information on the used model is transmitted to the decoder together with the motion vector coefficients.

US 8,005,145 B2

7

FIG. **4** is a flow chart showing method steps for video frame coding. In the following description, a frame block refers, for instance, to a block, segment or macro block according to the YUV model formed by pixels. The execution of the method starts in block **400**.

In block **402**, a video frame is formed of consecutive stationary frames. To form the video frame, the stationary frames are sent preferably at a speed at which the human visual system no longer distinguishes separate frames from each other.

In block **404**, the coded reconstruction data of frame blocks (e.g. color and luminance of pixels and the prediction error frame obtained from the calculation of motion vector coefficients) are stored into memory. The frame reconstruction data is coded according to the applied standard, for instance H.263 or MPEG. The definition of the motion vector coefficients and the prediction error frame is described above. One or more reference frames are formed of the frame reconstruction data stored in memory. In addition, the motion data of the earlier coded neighbouring blocks, i.e. the motion vector coefficients and a possibly used motion. model, are stored into memory. It is most preferable to use neighbouring blocks in close proximity to the block being coded, but sometimes it is also possible to use earlier coded blocks farther away in the frame.

In block **406**, the motion data of the block being coded is defined by means of earlier coded neighbouring blocks, preferably using the motion vector coefficients of one or more neighbouring blocks.

In block **408**, the reconstruction data of the block being coded is defined using a reference frame, for instance.

The method can be intensified by calculating the motion data of the frame block being coded using only the neighbouring blocks which have the same reference frame that was used to code the frame reconstruction data of the block being coded. Similarities often exist between frames in the same frame string, so it is probable that either a block corresponding to the block being coded is found or a block that is similar enough is found in an earlier coded frame from which a suitable reference block has already been found for an earlier coded neighbouring block. For instance, motion vector coefficients of one or more neighbouring blocks are used and the search area of the reference block of the block being coded is restricted in the reference frame to the environment defined by the motion vector coefficients of the neighbouring block.

In a situation in which only one inter-coded neighbouring block has the same reference frame as the block being coded, the motion vector of this neighbouring block is selected as one motion vector candidate, another candidate can, for instance, be a median calculated from several neighbouring block motion vectors.

It should be noted that the block, which is used in coding the block, is coded in the same manner (inter) with which the block being coded will be coded, i.e., if the neighbouring block is intra-coded, it has no reference frame. If there is no prediction candidate having a reference frame, prior art intra-coding can be used or all reference frames stored in memory can be checked.

A reference block is the frame block that the video coder, i.e. coder with which the frame reconstruction data of the frame block is coded, uses in compression coding. A frame block, which is as matching as possible with the block being coded and which was searched from one or more reference frames that were coded earlier and stored in memory, is selected as the reference block, whereby the prediction error frame remains as small as possible.

In block **410**, the coding method is selected, with which the frame reconstruction data and motion data of the frame block

8

being coded can be coded most advantageously, i.e. a predefined coding efficiency is reached. with a pre-defined picture quality. It should be noted that as the coding method of the block being coded either the above-mentioned coding by means of the motion data of the neighbouring blocks is selected, or any prior art method, such as inter-coding, in which the block being coded is coded directly by means of the reference block found from the reference frame. In selecting the coding method, the aim may, for instance, be to make the number of bits as small as possible while the quality of the picture corresponds to that of a normal video picture or to make the number of bits match that of the used standard, even though a smaller number of bits was enough to achieve a picture quality according to the application object.

Coding efficiency can be estimated by means of a Lagrangian function, for instance, which defines the most effective segmentation and coding and which is

$$L(S_k)=D(S_k)+\lambda R(S_k) \tag{3}$$

wherein

$D(S_k)$ is an error created in despreading the frame,

$R(S_k)$ is the number of bits required to transfer the frame, and

$\lambda$ is the Lagrangian constant.

The Lagrangian function depicts the connection between the quality of the frame being transferred and the bandwidth required on the transmission path; in general, the higher quality picture, the bigger the bandwidth. The selection of the most advantageous compression coding is always a compromise between the required number of bits and the picture quality.

Arrow **412** depicts the repeatability of the method block by block until the frame is coded. It should be noted that the method is preferably repeated until all frames in the string of frames are coded.

The execution of the method ends in block **414**.

FIG. **5** illustrates an example of predicting motion vectors and finding a reference block, when only the neighbouring blocks are used, which have the same reference frame that was used in coding the frame reconstruction data of the block being coded. It should be noted that that in coding the block, prior art methods are usually also used. In the end, the coding method is selected for use, which provides the desired coding efficiency with a sufficient picture quality.

The frame page **500** being coded is divided into blocks, of which only a few are shown for clarity's sake. Block **506** is the one being coded. Frames **502**, **504**, **532** and **508** are reference frames stored in memory. The reference frame of blocks **510** and **514** of the earlier coded neighbouring blocks, marked as number **1**, is the frame **502**. The block **506** being coded and the reference blocks **510** and **514** have not moved in the frame **500** in comparison with the frame **502**. The reference frame of the neighbouring block **512**, marked as number **2** in the figure, is the frame **504** and the reference frame of the neighbouring block **516**, marked as number **4** in the figure, is the frame **508**. The blocks in the frame **500** have moved in comparison with the frames **504** and **508**. The frame **532** has not been used in coding any of the neighbouring blocks of the block **506** being coded, i.e. it is not a reference frame of any neighbouring block, so the frame **532** is not used in this example to find a reference block for the block **506** being coded.

Next, the neighbouring blocks **510** and **514** are used as prediction candidates of the motion vectors of the block **506** being coded. A check is made to see whether the coding type (inter) of the prediction candidates is the same as the one to be used in coding the current block. If this is so, the block **526** is used as a reference block and the motion vector coefficients

US 8,005,145 B2

**9**

are obtained by calculating an average or median of the motion vector coefficients which have been obtained by comparing the location of the blocks **510** and **518**, from which the motion vector coefficients have been obtained for the neighbouring block **510**, and the location of the blocks **510** and **520**, from which the motion vector coefficients have been obtained for the neighbouring block **514**. In addition, a prediction error frame is defined by comparing the block **506** being coded with the reference block **526**. In the example of FIG. **5**, the block location in frames **500** and **502** has not changed, so the motion vector coefficients are not defined.

Next, the coding type of the neighbouring block **512** is checked. If it is the same as the one to be used in the current block **506**, a reference block is searched for in frame **504** and the motion vector coefficients obtained from the comparison of the blocks **512** and **522** are used as the motion vector coefficients of the block **506**. The prediction error frame is then defined by means of the reference block **528**.

Next, the coding type of the neighbouring block **516** is checked. If it is the same as the one to be used in the current block **506**, a reference block is searched for in frame **508** and the motion vector coefficients obtained from the comparison of the blocks **516** and **524** are used as the motion vector coefficients of the block **506**. The prediction error frame is then defined by means of the reference block **530**.

The motion vector coefficients for block **506** can also be defined by calculating a median or average of the motion vector coefficients of the blocks **510**, **512** and **514**.

Also, if several motion models are used, the used motion model is indicated.

The block **534** is intra-coded, so it does not have a reference frame and is thus not used in coding the block **506**, if a preferable coding method is found otherwise.

The number and location of the neighbouring blocks and the number of the stored reference frames may differ from what is shown in FIG. **5**.

FIG. **9** illustrates a second example of predicting motion vectors and finding a reference block. In this example, the block being coded is coded by means of only one neighbouring block, if only one neighbouring block has been inter-coded and this neighbouring block has the same reference frame as the block being coded.

The frame **900** being coded is divided into blocks, of which only a few are shown for clarity's sake. Block **912** is the one being coded. Frames **902**, **904** and **906** are reference frames stored in memory. The reference frame of the earlier coded neighbouring block **914** (marked as **1**) is the frame **902** and the reference frame of block **910** (marked as **2**) is the frame **904**. The block **908** is intra-coded, so it does not have a reference frame.

The example in FIG. **9** tests whether for the block **912** being coded suitable reference blocks can be found of all the reference frames stored in memory, i.e. frames **902**, **904**, **906** in this example. When testing whether the frame **902** has a suitable reference block, the motion vector of the block **914** is used as the motion vector prediction candidate, since the block **914** is the only one of the three neighbouring blocks, whose reference frame is the frame **902**. When testing whether the frame **904** has a suitable reference block, the motion vector of the block **910** is used as the motion vector prediction candidate, since the block **910** is the only one of the three neighbouring blocks, whose reference frame is the frame **904**. The frame **906** is not a reference frame for any of the neighbouring blocks, so in the case described in the example, the motion vector is predicted using a median of the blocks **910**, **914** and **908**, for instance, in which case the motion vector of the inter-coded block **908** is set to zero.

**10**

It should be noted that in predicting the motion vectors of the block being coded, it is possible to use not only the motion data of the neighbouring blocks and the reference frame data, but also segmentation information of the macro block, for instance, to which the block being coded belongs. The number and location of the neighbouring blocks and the number of the stored reference blocks may differ from that shown in FIG. **9**.

FIG. **6** shows an example of a coder with which the above-mentioned method of coding video frames can be implemented. A design principle of video coders is to minimize the prediction error frame $\hat{E}_n(x, y)$ **600** between the block being coded $I_n(x, y)$ **620** and the prediction candidate (the selected reference block) $P_n(x, y)$ **612**. The prediction error frame is defined as a difference between the block being coded **620** and the prediction-candidate **612**, which is obtained in an adder **632**, thus

$$E_n(x, y) = I_n(x, y) - P_n(x, y) \tag{4}$$

The prediction block **612** is obtained by a method according to a preferred embodiment of the invention by using a selected reference frame and motion vectors. The coefficients of motion vectors $\Delta x(x, y)$, $\Delta y(x, y)$ are formed in the motion vector calculation block **630** as a sum of predicted motion vectors and found difference coefficients. The predicted motion vector coefficients are, according to the preferred embodiment of the invention, obtained using the motion vectors of the neighbouring blocks which have the same reference frame as the block being coded. Other methods are also used in predicting motion vectors, one of them is a prior art method in which the block being coded is coded directly by means of a reference frame. The group of the motion vectors of all pixels in a frame is called a motion vector field. Because there are a great number of pixels in a frame, a frame is in practice divided into blocks in video coding and the motion information is transmitted block by block to the receiver decoder shown in FIG. **7**.

At least one motion vector selected from the predicted motion vectors or motion vector fields formed of them are coded in a motion vector coding block **628**. Motion models well known in the art, for instance, of which examples are presented above, are used in the coding. The coded motion vectors or motion vector fields formed of them are transmitted to a multiplexer **624**.

In block **618**, a frame is formed of the frame blocks segment by segment or block by block. The reference block or prediction candidate is of format

$$P_n(x, y) = R_n^k[x + \Delta x(x, y), y + \Delta y(x, y)] \tag{5}$$

wherein one or more reference frames $R_n^k(x, y)$ **622** are stored in memory **610** and wherein x and y are vector components, x showing the location of a pixel, frame segment or block in horizontal direction and y in vertical direction, and $\Delta x$ and $\Delta y$ forming the motion vector of a pixel, frame segment or block.

In block **602**, the prediction error frame $E_n(x, y)$ **600** is coded, which typically is presented as a finite 2-dimensional series transformation, for instance by means of a discrete cosine transformation (DCT). The coefficients obtained by the DCT transformation are quantized and coded before transmitting them to the multiplexer **624** and the receiver decoder shown in FIG. **7**.

The coder also comprises a decoder block **606** in which the prediction error frame $E_n(x, y)$ is decoded. This prediction error frame $\hat{E}_n(x, y)$ **608** is added in the adder **634** to the prediction block $P_n(x, y)$ **612** and a decoded block $\hat{I}_n(x, y)$ is obtained as a result, from which a new reference block is

US 8,005,145 B2

11

obtained, or by combining the blocks belonging to the same page, the reference frame **614** is obtained and stored in memory **610**. Thus both the transmitter video coder and the receiver video coder have the same reference frame or block for use.

In the multiplexer **624**, the information containing the motion vector information is combined with the prediction error frame and this frame information **616** is transmitted to the decoder (FIG. **7**).

The video coder functions described above can be implemented in many ways, for instance by software executed on a processor or by hardware, such as a logic built of separate components or ASIC (application-specific integrated circuit).

FIG. **7** shows an example of a decoder, by means of which the method described above for reducing temporal redundancy in video frame transfer can be implemented. A coded prediction error frame **702** and coded motion vector coefficients or motion vector field coefficients **712** of a received video signal **700** are separated from each other in a demultiplexer **710**.

In the memory **716** of the decoder, there is at least one earlier coded neighbouring block and/or a reference frame $R_n^k(x, y)$ **722** divided into blocks. The same frame blocks and/or reference frame are stored in the coder and decoder memory.

In block **714**, a prediction candidate $P_n(x, y)$ **718** is formed in the same manner as in the coder block **618** (FIG. **6**). A decoded prediction error frame $\hat{E}_n(x, y)$ **706** is formed in block **704**.

In an adder **720**, the decoded prediction error frame $\hat{E}_n(x, y)$ **706** and prediction candidate $P_n(x, y)$ **718** are added together. This produces a decoded block $\hat{I}_n(x, y)$ **708** of the format

$$\hat{I}_n(x, y) = P_n(x, y) + \hat{E}_n(x, y) \qquad (6)$$

$$= R_n^k[x + \hat{\Delta}x(x, y), y + \hat{\Delta}y(x, y)] + \hat{E}_n(x, y)$$

wherein one or more earlier coded neighbouring blocks and/or reference frame $R_n^k(x, y)$ **722** divided into blocks is stored in memory **716** and wherein x and y are vector components, of which x indicates the location of a pixel or a block in horizontal direction and y the location of a pixel or a block in vertical direction, and $\Delta x$ and $\Delta y$ form the motion vector of a pixel, frame segment or block.

The video coder functions described above can be implemented in many ways, for instance by software executed on a processor or by hardware, such as a logic built of separate components or ASIC (application-specific integrated circuit).

FIG. **8** illustrates one terminal of a radio system, by means of which the method of a preferred embodiment of the invention can be implemented. A transmitter of a subscriber terminal **824** and a transmitter of a radio system network element perform partly the same tasks. The terminal **824** can, for instance, be a mobile phone or microcomputer including radio parts, without limiting the invention thereto. The described terminal comprises an antenna **800** which is used to transmit and receive signals through a duplex filter. The terminal can also comprise several antennas or a multiantenna system. The terminal also comprises a transmitter **802** which amplifies and transmits to the antenna a modulated signal, a modulator **804** which modulates according to a selected modulation method the carrier with a data signal containing desired information, a receiver **806** which amplifies the signal coming from the antenna and down-converts it to a desired

12

intermediate frequency or directly to base band, a demodulator **808** which demodulates the received signal so that the data signal can be separated from the carrier.

The subscriber terminal also has a control block **816** which controls the operation of the different parts of the terminal, such as a camera **820** and video codec **822**, and takes the necessary action to process user speech or data generated by a user, such as digital signal processing (DSP), digital-to-analogue converting and filtering. In addition, in spread-spectrum systems, such as WCDMA, the signal spectrum is spread by means of a pseudo-random spreading code in a transmitter to a broad band and despread in a receiver, thus endeavouring to increase the capacity of the channel. The control block also performs both coding and decoding, such as channel and speech coding. In addition, the control block adapts the signal being transmitted and signaling information to match the air interface standard of the used radio system. The subscriber terminal comprises one or more memories of different type which can be parts of other blocks or separate (not shown). In the example of FIG. **8**, the control block also contains a program controlling the operation of the terminal. In the example of the figure, the video codec **822** which codes and decodes the reconstruction data of a frame is separate, but it can also be a part of the control block **816**.

When transmitting frames, the camera **820** records a digital picture into the memory block **818**. The camera **820** can also record the picture directly into the codec **822**. The codec codes a selected frame by means of one of the above methods or by a combination of several methods. The camera **820**, codec **822** and memory **818** can reside in the subscriber terminal **824** or belong to a separate camera unit **826**, in which case the camera unit **826** is connected to the subscriber terminal **824** with an interface **828**.

A user of the subscriber terminal can when necessary view the frame on a display **814**. The coded frame reconstruction data is transmitted in the same manner as speech or text data to the telecommunication system and transmitted to another phone, for instance.

The operational blocks of the terminal described above, such as the control block and the codec block **822** required for frame coding and decoding, can be implemented in many ways, for instance by software executed on a processor or by hardware, such as a logic built of separate components or ASIC (application-specific integrated circuit). The terminal functions shown in the figure can also be combined into operational blocks in many ways differing from the figure, the codec block **822** can, for instance, be divided in to a coder and decoder.

The user interface of the terminal comprises a loudspeaker or an ear piece **810**, a microphone **812**, a display **814** and possibly a keyboard, which all are connected to the control block **816**.

Even though the invention has been explained in the above with reference to examples in accordance with the accompanying drawings, it is obvious that the invention is not restricted to them but can be modified in many ways within the scope of the inventive idea disclosed in the attached claims. The invention can be applied together with several video coding standards, such as H.263 or MPEG.

The invention claimed is:

**1**. A method comprising:

performing a prediction for a block to be coded using one of plurality of reference frames, the prediction comprising motion data and reference frame number;

comparing the reference frame number of the block to be coded to the reference frame numbers of the previously coded blocks; and

US 8,005,145 B2

**13**

in response to at least one previously coded block having a different reference frame number than the reference frame number of the block to be coded, predicting the motion data of the block to be coded using only the motion data of the previously coded blocks which have the same reference frame number as the block to be coded in a codec.

**2**. A method according to claim **1**, wherein if only one previously coded block has the same reference frame number as the block to be coded, the prediction of the motion data of the block to be coded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

**3**. A method according to claim **2**, further comprising:

selecting a motion model from a plurality of motion models; and

signaling the selected motion model.

**4**. A method according to claim **1**, wherein the prediction of the motion data of the block to be coded is the median of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**5**. A method according to claim **1**, wherein the prediction of the motion data of the block to be coded is the average of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**6**. A method according to claim **1**, further comprising:

selecting a motion model from a plurality of motion models; and

signaling the selected motion model.

**7**. A terminal comprising a video codec arranged to perform a method of encoding a video sequence, the method comprising:

performing a prediction for a block to be coded using one of plurality of reference frames, the prediction comprising motion data and reference frame number;

comparing the reference frame number of the block to be coded to the reference frame numbers of the previously coded blocks; and

in response to at least one previously coded block having a different reference frame number than the reference frame number of the block to be coded, predicting the motion data of the block to be coded using only the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**8**. A terminal according to claim **7**, wherein if only one previously coded block has the same reference frame number as the block to be coded, the prediction of the motion data of the block to be coded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

**9**. An apparatus comprising:

a motion prediction block for performing a prediction for a block to be coded using one of plurality of reference frames, the prediction comprising motion data and reference frame number;

a motion coding block for comparing the reference frame number of the block to be coded to the reference frame numbers of the previously coded blocks; and

in response to at least one previously coded block having a different reference frame number than the reference frame number of the block to be coded, the motion vector calculation block is configured to predict the motion data of the block to be coded using only the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**14**

**10**. An apparatus according to claim **9**, wherein if only one previously coded block has the same reference frame number as the block to be coded, the prediction of the motion data of the block to be coded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

**11**. An apparatus according to claim **10**, wherein the motion vector calculation block is configured to select a motion model from a plurality of motion models and the encoder further comprises:

a multiplexer for signaling the selected motion model.

**12**. An apparatus according to claim **9**, wherein the prediction of the motion data of the block to be coded is the median of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**13**. An apparatus according to claim **9**, wherein the prediction of the motion data of the block to be coded is the average of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**14**. An apparatus according to claim **9**, wherein the motion vector calculation block is configured to select a motion model from a plurality of motion models and the encoder further comprises:

a multiplexer for signaling the selected motion model.

**15**. A computer-readable medium encoded with instructions that, when executed by a computer, perform:

performing a prediction for a block to be coded using one of plurality of reference frames, the prediction comprising motion data and reference frame number;

comparing the reference frame number of the block to be coded to the reference frame numbers of the previously coded blocks; and

in response to at least one previously coded block having a different reference frame number than the reference frame number of the block to be coded, predicting the motion data of the block to be coded using only the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**16**. A computer-readable medium according to claim **15**, wherein if only one previously coded block has the same reference frame number as the block to be coded, the prediction of the motion data of the block to be coded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

**17**. A computer-readable medium according to claim **16**, wherein the method further comprises:

selecting a motion model from a plurality of motion models; and

signaling the selected motion model.

**18**. A computer-readable medium according to claim **15**, wherein the prediction of the motion data of the block to be coded is the median of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**19**. A computer-readable medium according to claim **15**, wherein the prediction of the motion data of the block to be coded is the average of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

**20**. A computer-readable medium according to claim **15**, wherein the method further comprises:

selecting a motion model from a plurality of motion models; and

signaling the selected motion model.

**15**

21. A method comprising:

receiving motion prediction information for a block to be decoded in encoded video data, the motion prediction information representing at least the reference frame number and motion difference data;

comparing the reference frame number of the block to be decoded to the reference frame numbers of the previously decoded blocks; and

in response to at least one previously decoded block having a different reference frame number than the reference frame number of the block to be decoded, predicting the motion data of the block to be decoded using only the motion data of the previously decoded blocks which have the same reference frame number as the block to be decoded.

22. A method according to claim 21, wherein if only one previously coded block has the same reference frame number as the block to be decoded, the prediction of the motion data of the block to be decoded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

23. A method according to claim 22, wherein the method further comprises:

determining a motion model from a plurality of motion models; and

forming a prediction for the block to be decoded using the motion model and the motion data.

24. A method according to claim 23, wherein the motion model is determined by a signaling in the encoded video data.

25. A method according to claim 21, wherein the prediction of the motion data of the block to be coded is the median of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded,

26. A method according to claim 21, wherein the prediction of the motion data of the block to be coded is the average of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

27. A method according to claim 21, wherein the method further comprises:

determining a motion model from a plurality of motion models; and

forming a prediction for the block to be decoded using the motion model and the motion data.

28. A method according to claim 27, wherein the motion model is determined by a signaling in the encoded video data.

29. An apparatus comprising:

a demultiplexing unit for receiving motion prediction information for a block to be decoded in encoded video data, the motion prediction information representing at least the reference frame number and motion difference data;

a motion prediction block for comparing the reference frame number of the block to be decoded to the reference frame numbers of the previously decoded blocks; and

for predicting the motion data of the block to be decoded using only the motion data of the previously decoded blocks which have the same reference frame number as the block to be decoded in response to at least one previously decoded block having a different reference number than the reference number of the block to be decoded.

30. An apparatus according to claim 29, wherein if only one previously coded block has the same reference frame number as the block to be decoded, the prediction of the motion data of the block to be decoded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

**16**

31. An apparatus according to claim 30, wherein the motion prediction block is configured to determine a motion model from a plurality of motion models and to form a prediction for the block to be decoded using the motion model and the motion data.

32. An apparatus according to claim 31, wherein the motion model is determined by a signaling in the encoded video data at the demultiplexing unit.

33. An apparatus according to claim 29, wherein the prediction of the motion data of the block to be coded is the median of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

34. An apparatus according to claim 29, wherein the prediction of the motion data of the block to be coded is the average of the motion data of the previously coded blocks which have the same reference frame number as the block to be coded.

35. An apparatus according to claim 29, wherein the motion prediction block is configured to determine a motion model from a plurality of motion models and to form a prediction for the block to be decoded using the motion model and the motion data.

36. An apparatus according to claim 35, wherein the motion model is determined by a signaling in the encoded video data at the demultiplexing unit.

37. A terminal comprising a video codec arranged to perform a method of decoding an encoded video data, the method comprising:

receiving motion prediction information for a block to he decoded in the encoded video data, the motion prediction information representing at least the reference frame number and motion difference data;

comparing the reference frame number of the block to be decoded to the reference frame numbers of the previously decoded blocks; and

in response to at least one previously decoded block having a different reference frame number than the reference frame number of the block to be decoded, predicting the motion data of the block to be decoded using only the motion data of the previously decoded blocks which have the same reference frame number as the block to be decoded.

38. A terminal according to claim 37, wherein if only one previously coded block has the same reference frame number as the block to be coded, the prediction of the motion data of the block to be coded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

39. An apparatus comprising:

means for performing a prediction for a block to be coded using one of plurality of reference frames, the prediction comprising motion data and reference frame number;

means for comparing the reference frame number of the block to be coded to the reference frame numbers of the previously coded blocks; and

means for predicting the motion data of the block to be coded using only the motion data of the previously coded blocks which have the same reference frame number as the block to be coded in response to at least one previously coded block having a different reference frame number than the reference frame number of the block to be coded.

40. An apparatus according to claim 39, wherein if only one previously coded block has the same reference frame number as the block to be coded, the prediction of the motion data of the block to be coded is set equal to the motion data of the

US 8,005,145 B2

**17**

previously coded block which has the same reference frame number as the block to be coded.

**41**. An apparatus for decoding an encoded video data, the decoder comprising:

means for receiving motion prediction information for a block to be decoded in encoded video data, the motion prediction information representing at least the reference frame number and motion difference data;

means for comparing the reference frame number of the block to be decoded to the reference frame numbers of the previously decoded blocks; and

means for forming a prediction of the motion data of the block to be decoded using only the motion data of the previously decoded blocks which have the same reference frame number as the block to be decoded in response to at least one previously decoded block having a different reference frame number than the reference frame number of the block to be decoded.

**42**. An apparatus according to claim **41**, wherein if only one previously coded block has the same reference frame number as the block to be decoded, the prediction of the motion data of the block to be decoded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

**43**. An apparatus according to claim **42**, wherein the decoder further comprises:

means for determining a motion model from a plurality of motion models by a signaling in the encoded video data; and

means for forming a prediction for the block to be decoded using motion model and the motion data.

**44**. An apparatus according to claim **41**, wherein the decoder further comprises:

means for determining a motion model from a plurality of motion models by a signaling in the encoded video data; and

means for forming a prediction for the block to be decoded using the motion model and the motion data.

**45**. A computer-readable medium encoded with instructions that, when executed by a computer, perform:

receiving motion prediction information for a block to be decoded in the encoded video data, the motion prediction information representing at least the reference frame number and motion difference data;

comparing the reference frame number of the block to be decoded to the reference frame numbers of the previously decoded blocks; and

in response to at least one previously decoded block which has a different reference frame number than the reference frame number of the block to be decoded, predicting the motion data of the block to be decoded using only the motion data of the previously decoded blocks which have the same reference frame number as the block to be decoded.

**46**. A computer-readable medium according to claim **45**, wherein if only one previously coded block has the same reference frame number as the block to be coded, the prediction of the motion data of the block to be coded is set equal to the motion data of the previously coded block which has the same reference frame number as the block to be coded.

**47**. A computer-readable medium according to claim **45**, wherein the method further comprises:

determining a motion model from a plurality of motion models by a signaling in the encoded video data; and

**18**

forming a prediction for the block to be decoded using the motion model and the motion data.

**48**. A method comprising:

predicting a motion vector for a block to be coded based only on a motion vector of previously coded neighboring blocks which have the same reference frame used for predicting the block to be coded in response to at least one previously coded neighboring block having a different reference frame than the reference frame used for the block to be coded in a codec.

**49**. A method according to claim **48**, wherein when only one previously coded neighboring block has the same reference frame as the block to be coded. the prediction of the motion vector of the block to be coded is set equal to the motion vector of the previously coded neighboring block which has the same reference frame as the block to be coded.

**50**. A method comprising:

predicting a motion vector for a block to be decoded based only on a motion vector of previously decoded neighboring blocks which have the same reference frame used for predicting the block to be decoded in response to at least one previously decoded neighboring block having a different reference frame than the reference frame used for the block to be decoded in a codec.

**51**. A method according to claim **50**, wherein when only one previously decoded neighboring block has the same reference frame as the block to be decoded, the prediction of the motion vector of the block to be decoded is set equal to the motion vector of the previously decoded neighboring block which has the same reference frame as the block to be decoded.

**52**. An apparatus comprising:

a motion coding block for predicting a motion vector for a block to be coded based only on a motion vector of previously coded neighboring blocks which have the same reference frame used for predicting the block to be coded in response to at least one previously coded neighboring block having a different reference frame than the reference frame used for the block to be coded.

**53**. An apparatus according to claim **52**, wherein when only one previously coded neighboring block has the same reference frame as the block to be coded, the prediction of the motion vector of the block to be coded is set equal to the motion vector of the previously coded neighboring block which has the same reference frame as the block to be coded.

**54**. An apparatus comprising:

a motion coding block for predicting a motion vector for a block to be decoded based only on a motion vector of previously decoded neighboring blocks which have the same reference frame used for predicting the block to be decoded in response to at least one previously decoded neighboring block having a different reference frame than the reference frame used for the block to be decoded.

**55**. An apparatus according to claim **54**, wherein when only one previously decoded neighboring block has the same reference frame as the block to be decoded, the prediction of the motion vector of the block to be decoded is set equal to the motion vector of the previously decoded neighboring block which has the same reference frame as the block to be decoded.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,005,145 B2                                    Page 1 of 1
APPLICATION NO.   : 10/885256
DATED             : August 23, 2011
INVENTOR(S)       : Lainema

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 15, line 33, in Claim 25, delete "coded," and insert -- coded. --, therefor.

Column 16, line 8, in Claim 32, delete "demutiplexing" and insert -- demultiplexing --, therefor.

Column 16, line 32, in Claim 37, delete "to he" and insert -- to be --, therefor.

Signed and Sealed this
Twenty-first Day of February, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT 10

US009800891B2

(12) **United States Patent**
Kalevo et al.

(10) Patent No.: **US 9,800,891 B2**
(45) Date of Patent: **Oct. 24, 2017**

(54) **METHOD AND ASSOCIATED DEVICE FOR FILTERING DIGITAL VIDEO IMAGES**

(75) Inventors: **Ossi Kalevo**, Toijala (FI); **Emre Aksu**, Tampere (FI); **Marta Karczewicz**, Irving, TX (US)

(73) Assignee: **Nokia Technologies Oy**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/766,035**

(22) Filed: **Jan. 19, 2001**

(65) **Prior Publication Data**
US 2001/0017944 A1    Aug. 30, 2001

(30) **Foreign Application Priority Data**
Jan. 20, 2000    (FI) ..................................... 20000120

(51) **Int. Cl.**
  *H04N 7/12*        (2006.01)
  *H04N 19/527*      (2014.01)
  *H04N 19/86*       (2014.01)

(52) **U.S. Cl.**
  CPC ........... *H04N 19/527* (2014.11); *H04N 19/86* (2014.11)

(58) **Field of Classification Search**
  CPC ....... H04N 19/0003; H04N 19/82; H04N 7/12
  USPC ............ 375/240.24–240.27, 240.29, 240.01, 375/240.08; 348/425.1–425.2, 420.1, 348/241, 245–246, 252, 533, 606–608, 348/620, 625, 627–630; 382/254–275
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,218,649 | A * | 6/1993 | Kundu et al. ................. | 382/180 |
| 5,225,904 | A * | 7/1993 | Golin et al. ............ | 375/240.12 |
| 5,768,438 | A | 6/1998 | Etoh | |
| 5,812,702 | A * | 9/1998 | Kundu .......................... | 382/260 |
| 5,896,176 | A * | 4/1999 | Das et al. ............... | 375/240.15 |
| 5,912,706 | A * | 6/1999 | Kikuchi et al. .......... | 375/240.13 |
| 6,181,802 | B1 * | 1/2001 | Todd ......................... | 382/100 |
| 6,240,135 | B1 * | 5/2001 | Kim ...................... | 375/240.01 |
| RE37,668 | E * | 4/2002 | Etoh ...................... | 382/251 |
| 6,608,865 | B1 * | 8/2003 | Itoh ..................... | 375/240.08 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 196 04 050 A1 | 2/1997 |
| EP | 0859518 A1 | 8/1998 |
| EP | 0 881 837 A1 | 12/1998 |
| EP | 0884911 A1 | 12/1998 |
| EP | 0 961 229 A2 | 12/1999 |

(Continued)

OTHER PUBLICATIONS

Kim et al., "A Deblocking Filter with Two Separate Modes in Block-Based Video Coding", IEEE Transactions on Circuits and Systems for Video Technology, vol. 9, No. 1, pp. 156-160, Feb. 1999.*

(Continued)

*Primary Examiner* — Young Lee
(74) *Attorney, Agent, or Firm* — Alston & Bird LLP

(57) **ABSTRACT**
A method for reducing visual artifacts in a frame of a digital video signal, which is coded by blocks and then decoded, includes defining a block type is according to the coding method for a block selected according to a predetermined set of coding types. In the method filtering is performed to reduce visual artifacts due to a block boundary The filtering performed depends on block types of the frame in the environment of the block boundary.

**41 Claims, 6 Drawing Sheets**



35 DEFINITION OF THE NUMBER OF PIXELS (n) TO BE EXAMINED

36 DEFINITION OF THE TRUNCATED VALUE FOR n

37 DEFINITION OF THE d-PARAMETERS

38 MAXIMUM NUMBER OF PIXELS TO BE FILTERED

39 FILTER TYPE

**US 9,800,891 B2**

Page 2

(56)        **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2 329 090  A | 3/1999 |
| GB | 2329090 | 10/1999 |
| RU | 2042282  C1 | 8/1995 |
| WO | WO 98/41025 | 9/1998 |
| WO | WO 00/49809 | 8/2000 |

OTHER PUBLICATIONS

Australian Search Report and Written Opinion for Application SG 200405663-6 mailed Feb. 2, 2006.
Office Action for European Application No. EP 01 902 442.1 dated Apr. 14, 2009.
International Search Report for Application No. PCT/FI01/00049 datd Apr. 17, 2001.
Decision on Grant for RU 2042282, Nov. 20, 2008, please see p. 15.

* cited by examiner



Fig. 1
PRIOR ART




Fig. 2



Fig. 3

Fig. 4



Fig. 5



Fig. 6

US 9,800,891 B2

1

**METHOD AND ASSOCIATED DEVICE FOR FILTERING DIGITAL VIDEO IMAGES**

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a method for reducing visual artefacts in a frame of a digital video signal, which is coded by blocks and then decoded, a block type being defined according to the coding method for a block selected from a predetermined set of coding types, in which filtering is performed to reduce visual artefacts due to a block boundary. The present invention also relates to a device for reducing visual artefacts in a frame of a digital video signal, which is coded by blocks and then decoded, a block type being defined according to the coding method for a block selected according to a predetermined set of coding types, the device comprising a filter for reducing visual artefacts due to a block boundary. Furthermore, the present invention relates to a video encoder comprising means for coding and decoding a digital video signal by blocks, a block type being defined according to the coding method for a block selected according to a predetermined set of coding types, which encoder comprises a filter for reducing visual artefacts due to a block boundary. The present invention also relates to a video decoder comprising means for reducing visual artefacts in a frame of a digital video signal, which is coded by blocks and then decoded, a block type being defined according to the coding method for a block selected according to a predetermined set of coding types, which video decoder comprises a filter for reducing visual artefacts due to a block boundary. The present invention also relates to a video codec comprising means for coding and decoding a digital video signal by blocks, a block type being defined according to the coding method for a block selected according to a predetermined set of coding types, which video codec comprises a filter for reducing visual artefacts due to a block boundary. The present invention also relates to a mobile terminal comprising a video codec, which comprises means for coding and decoding a digital video signal by blocks, a block type being defined according to the coding method for a block selected according to a predetermined set of coding types, which video codec comprises a filter for reducing visual artefacts due to a block boundary. The present invention further relates to a storage medium for storing a software program comprising machine executable steps for coding and decoding a digital video signal by blocks, a block type being defined according to the coding method for a block selected according to a predetermined set of coding types, for reducing visual artefacts due to a block boundary by filtering.

2. Brief Description of Related Developments

A transmission system like that shown in FIG. 1 is generally used for transferring a digital video image in compressed form. The video image is formed of sequential frames. In some prior art video transmission systems, for example those according to the ITU-T H.261/H.263 recommendations, at least three frame types are defined: an I-frame (Intra), a P-frame (Predicted or Inter), and a B-frame (Bi-directional). The I-frame is generated solely on the basis of information contained in the image itself, wherein at the receiving end, this I-frame can be used to form the entire image. P-frames are formed on the basis of a preceding I-frame or P-frame, wherein at the receiving stage a preceding I-frame or P-frame is correspondingly used together with the received P-frame in order to reconstruct the image. In the composition of P-frames, for instance, motion compensation

2

is used to compress the quantity of information. B-frames are formed on the basis of one or more preceding P-frames or I-frames and/or one or more following P- or I-frames.

The frames are further divided into blocks. One or more such blocks forms a block region. There can generally be four different region types: Intra region, copy region, coded region, and not-coded region. An intra region is a block region in which the blocks are coded independently without reference to any other frame. A copy region consists of blocks which are obtained by copying the content of the reference frame into exactly the same location without any motion compensated prediction. A coded region consists of blocks which are obtained using motion compensated prediction and prediction error coding. The prediction error is a difference between the pixel values of the actual frame and a reconstructed frame which is formed in the coding/decoding system using motion compensated prediction, as will be described in further detail later in the text. The prediction error is coded and sent to a receiver. A not-coded region is obtained using motion compensated prediction only. In fact the not-coded region is equivalent to a copy region if the motion information equals 0. All the block regions of one frame are not necessarily similar types, but one frame can comprise block regions which are of different types.

Referring to FIG. 1, which illustrates a typical encoding and decoding system (codec) used, for example, in the transmission of digital video, a current video frame to be coded comes to the transmission system 10 as input data $I_n(x,y)$. The input data $I_n(x,y)$ typically takes the form of pixel value information. In the differential summer 11 it is transformed into a prediction error frame $E_n(x,y)$ by subtracting from it a prediction frame $P_n(x,y)$ formed on the basis of a previous image. The prediction error frame is coded in block 12 in a manner described hereinafter, and the coded prediction error frame is directed to a multiplexer 13. To form a new prediction frame, the coded prediction error frame is also directed to a decoder 14, which produces a decoded prediction error frame $\hat{E}_n(x,y)$ which is summed in a summer 15 with the prediction frame $P_n(x,y)$, resulting in a decoded frame $\hat{I}_n(x,y)$. The decoded frame is saved in a frame memory 16. To code the next frame, the frame saved in the frame memory 16 is read as a reference frame $R_n(x,y)$ and is transformed into a new prediction frame $P_n(x,y)$ in a motion compensation and prediction block 17, according to the formula:

$$P_n(x,y)=R_n[x+Dx(x,y),y+Dy(x,y)] \tag{1}$$

The pair of numbers $[Dx(x,y), Dy(x,y)]$ is called the motion vector of the pixel at location $(x,y)$ and the numbers $Dx(x,y)$ and $Dy(x,y)$ are the horizontal and vertical shifts of the pixel. They are calculated in a motion estimation block 18. The set of motion vectors $[Dx(\bullet), Dy(\bullet)]$ consisting of all motion vectors related to the pixels of the frame to be compressed is also coded using a motion model comprising basis functions and coefficients. The basis functions are known to both the encoder and the decoder. The coefficient values are coded and directed to the multiplexer 13, which multiplexes them into the same data stream with the coded prediction error frame for sending to a receiver. In this way the amount of information to be transmitted is dramatically reduced.

Some frames can be partly, or entirely, so difficult to predict that it is not practical to use motion compensated prediction when coding them. These frames or parts of frames are coded using intra-coding without prediction, and therefore it is not necessary to send motion vector information relating to them to the receiver.

US 9,800,891 B2

3

In the receiver system 20, a demultiplexer 21 separates the coded prediction error frames and the motion information transmitted by the motion vectors and directs the coded prediction error frames to a decoder 22. The decoder 22 produces a decoded prediction error frame $\hat{E}_n(x,y)$, which is summed in a summer 23 with the prediction frame $P_n(x,y)$ formed on the basis of a previous frame, resulting in a decoded frame $\hat{I}_n(x,y)$. The decoded frame is directed to an output 24 of the decoder and at the same time saved in a frame memory 25. When decoding the next frame, the frame saved in the frame memory is read as a reference frame and transformed into a new prediction frame in the motion compensation and prediction block 26, according to formula (1) presented above.

The coding method applied in block 12 to the coding of the prediction error frame or to the intra-coding of a frame or part of a P-frame to be sent without prediction, is generally based on a transformation, the most common of which is the Discrete Cosine Transformation, DCT. The frame is divided into adjacent blocks having a size of e.g. 8×8 pixels. In coding and decoding, the blocks are processed independent of one another. The transformation is calculated for the block to be coded, resulting in a series of terms. The coefficients of these terms are quantized on a discrete scale in order that they can be processed digitally. Quantization causes rounding errors, which can become visible in an image reconstructed from blocks, so that there is a discontinuity of pixel values at the boundary between two adjacent blocks. Because a certain decoded frame is used for calculating the prediction frame for subsequent predicted frames, these errors can be propagated in sequential frames, thus causing visible edges in the image reproduced by the receiver. Image errors of this type are called blocking artefacts.

Some prior art methods are known for removing blocking artefacts. These methods are characterized by the following features:

determining which pixel/pixels require value correction in order to remove the blocking artefact,

determining a suitable low-pass filtering for each pixel to be corrected, based on the values of other pixels contained by a filtering window placed around the pixel,

calculating a new value for the pixel to be corrected, and rounding the new value to the closest digitized pixel value.

Factors that influence the selection of a filter and the decision whether to use filtering can be, for example, the difference between the values of pixels across the block boundary, the size of the quantization step of the coefficients received as the transformation result, and the difference of the pixel values on different sides of the pixel being processed.

It has been found that prior art methods tend to remove lines that belong to real features of the image. On the other hand, prior art methods are not always capable of removing all blocking artefacts.

## SUMMARY OF THE INVENTION

An objective of the present invention is to present a new kind of filtering arrangement for reducing blocking artefacts. The invention also has the objective that the method and associated device operate more reliably and efficiently than prior art solutions.

The method according to the invention adjusts filtering parameters according to the type of blocks whose boundary

4

is to be filtered. Different filtering parameters are chosen according to the type of block on either side of the boundary in order to yield an improved filtering result.

The objectives of the invention are achieved by adapting the selection of pixels for filtering and the filtering process more flexibly than before to the features of the frame and the environment of the filtering point and by taking into account the nature/type of the blocks to be filtered.

According to a first aspect of the invention, there is provided a method for reducing visual artefacts in a frame that is coded by blocks, characterized in that the filtering performed on the block boundary depends on block types of the frame in the environment of the block boundary.

According to a second aspect of the invention, there is provided a device for implementing the method according to the invention. The device according to the invention is characterized in that the filter is arranged to operate adaptively according to the block types of the frame in the environment of the block boundary.

According to a third aspect of the invention, there is provided an encoder characterized in that the filter is arranged to operate adaptively according to the block types of the frame in the environment of the block boundary.

According to a fourth aspect of the invention, there is provided a decoder characterized in that the filter is arranged to operate adaptively according to the block types of the frame in the environment of the block boundary.

According to a fifth aspect of the invention, there is provided a codec characterized in that the filter is arranged to operate adaptively according to the the block types of the frame in the environment of the block boundary.

According to a sixth aspect of the invention, there is provided a mobile terminal characterized in that the filter is arranged to operate adaptively according to the the block types of the frame in the environment of the block boundary.

According to a seventh aspect of the invention, there is provided a storage medium characterized in that the software program further comprises machine executable steps for filtering adaptively according to the the block types of the frame in the environment of the block boundary.

Because blocking artefacts only occur at block boundaries, according to the invention, filtering is advantageously only applied to pixels at block boundaries and the vicinity thereof. Edges that are part of the image can reside anywhere in the image area. In order that only pixels containing blocking artefacts are selected for corrective filtering and that the quality of edges that are part of the image itself is not affected during filtering, the following assumptions are made:

Changes in pixel values associated with edges that are part of the image are generally larger than those associated with blocking artefacts, and those edges within the image, where the pixel value change is small, do not suffer considerably from the rounding of the pixel value difference caused by filtering.

Because the image to be coded is generally divided into blocks both vertically and horizontally, the image contains both vertical and horizontal block boundaries. With regard to vertical block boundaries, there are pixels to the right and left of the boundary, and with regard to horizontal block boundaries, there are pixels above and below the boundary. In general, the location of the pixels can be described as being on a first or a second side of the block boundary. In an exemplary embodiment of the filtering method according to the invention, the number of pixels to be corrected, the characteristic features of the filter being used and the size of the filtering window depend on the following factors:

US 9,800,891 B2

5

a) The type of block on either side of the boundary (e.g. inter, copy, coded, not-coded),

b) the difference in pixel values $\Delta$ across the block boundary. The difference can be defined in many ways. One definition is $\Delta = |r_1 - l_1|$, where $r_1$ is the value of the pixel on the first side of the block boundary closest to the boundary, and $l_1$ is the value of the pixel on the second side of the block boundary closest to the boundary,

c) the size of the quantization step OP of the coefficients received as the result of the transformation used in coding, and

d) differences in pixel values between the pixels on the first side of the block boundary, and correspondingly between the pixels on the second side of the block boundary.

In an advantageous embodiment of the method according to the invention, the number of the pixels selected for filtering can vary, and it is not necessarily the same on different sides of a block boundary. The number of pixels also depends on the type of block on either side of the boundary. Because the number of pixels is adapted to the general features of the image information contained by the frame in a particular region according to the factors mentioned above, the method produces a better filtering result than that provided by prior art methods. A "better" result in this context is one in which blocking artefacts are reduced to a greater extent while real edges in the image are affected to a lesser degree. This means that a larger amount of blocking artefacts can be removed without weakening the real image edges unreasonably.

It should be noted that in other embodiments of the invention, the factors affecting the filtering performed at a block boundary may differ from those presented above.

BRIEF DESCRIPTION OF THE DRAWINGS

In the following, the invention will be described in more detail with reference to the preferred embodiments and the accompanying drawings, in which

FIG. 1 represents a a digital video encoding and decoding system (codec) according to prior art,

FIG. 2 represents the location of pixels in relation to a block boundary in an exemplary embodiment of the method according to the invention,

FIG. 3 represents alternatives for locating the filtering method according to the invention in a digital video encoding and decoding system,

FIG. 4 is a schematic representation of a device for implementing a method according to the invention,

FIG. 5 represents a device according to FIG. 4 in operation, and

FIG. 6 is a schematic representation of a portable video telecommunications device implementing a method according to the invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT(S)

In the above, in connection with the description of the prior art, reference was made to FIG. 1. In the following description of the invention and its preferred embodiments, reference will be made mostly to FIGS. 2 to 5. The same reference numbers are used for corresponding parts in the figures.

FIG. 2 shows the location of the pixels $r_1$-$r_6$ and $l_1$-$l_6$ in relation to a vertical block boundary 30. To implement the method according to the invention, certain parameters are

6

specified. Parameter n is the largest number of pixels to be examined from the block boundary in one direction, and in the case of FIG. 2 its value is 6. It is advantageous to select the value of the parameter n so that it has a certain relation to both the difference of the pixel values $\Delta$ across the block boundary and to the size of the quantization step QP of the coefficients received as the result of image coding. Furthermore, the value of parameter n is advantageously smaller than or equal to the number of pixels in the block in the direction of examination, to avoid possible blocking artefacts associated with previous block boundaries spreading to the block boundary under examination. The following definition is recommended for use in a preferred embodiment of the invention applied to image blocks comprising 8×8 pixels:

$$n = \begin{cases} 0 & \Delta \geq 2.00\alpha \\ 1 & 1.50\alpha \leq \Delta < 2.00\alpha \\ 2 & 1.00\alpha \leq \Delta < 1.50\alpha \\ 3 & 0.66\alpha \leq \Delta < 1.00\alpha \\ 4 & 0.40\alpha \leq \Delta < 0.66\alpha \\ 5 & 0.25\alpha \leq \Delta < 0.40\alpha \\ 6 & 0 \leq \Delta < 0.25\alpha \end{cases} \quad (2)$$

wherein $\alpha$=QP·log(QP). If QP has a different value in blocks on different sides of the block boundary, the smaller value of QP is used in the calculations, as well as in all cases presented hereinafter, in which a definition includes reference to one OP value only. The invention does not place any limitations on the determination of the value of parameter n, but according to the guidelines of equation (2), it is advantageous that its value is generally higher when the difference of pixel values $\Delta$ across the block boundary is small in comparison with the size of the quantization step OP of the coefficients received as the result of the coding transformation. If the difference between the pixel values $\Delta$ is large, there is a high probability that there is a real image edge at the block boundary, and in this case the pixels are preferably not examined for filtering at all (n=0).

In the next step of the filtering method according to the invention, region type information concerning the two neighbouring blocks is examined, i.e. the type of the blocks on both sides of the block boundary in question is considered. According to the region type information, the value of the parameter n may further be limited (truncated) to provide even better results for reducing blocking artefacts. The region type information is included e.g. in the coded information relating to the pixels of a particular block, wherein that information is maintained, or temporarily stored, during decoding of the block until a truncated value $n_{tr}$ for parameter n is determined.

Table 1 shows truncation values according to an advantageous embodiment of the present invention. Table 1 applies in a situation where the maximum value of n is 6, and, of course, different truncated values would be appropriate in situations where the maximum value is other than 6. The truncation values are used for the first and second sides of the block boundary depending on the region type of the block on the first side of the block boundary and on the region type of the block on the second side of the block boundary.

US 9,800,891 B2

7

### TABLE 1

| type of the Block on the First side of a boundary | type of the Block on the Second side of a boundary | | | | | | |
|---|---|---|---|---|---|---|---|
| | INTRA | | COPY | | CODED | | NOT_CODED |
| INTRA | n | n | 2 | 2 | n | 4 | n | 2 |
| COPY | 2 | 2 | 2 | 2 | 2 | 4 | 2 | 2 |
| CODED | 4 | n | 4 | 2 | 4 | 4 | 2 | 2 |
| NOT_CODED | 2 | n | 2 | 2 | 2 | 4 | 2 | 2 |

Each cell of Table 1, corresponding to a particular region type combination, is split into two parts. The value on the left gives the truncation value trval for the first side of the block boundary and the value on the right gives the truncation value trval for the second side of the boundary. If the value of parameter n exceeds the value given in Table 1, n is truncated to the truncation value trval in Table 1. If, however, the value of the overall activity parameter n does not exceed the value given in Table 1, the value of the parameter n (originally determined from equation (2)) is retained. In Table 1 the symbol "n" indicates that further truncation is not performed and the parameter value is retained. The truncated value $n_{tr}$ for the parameter n can also be represented by the formula:

$$n_{tr} = \min(trval, n), \qquad (3)$$

The same table can be used both for filtering across vertical block boundaries (horizontal filtering) by putting "Left"/"Right" in place of "First"/"Second" and for filtering across horizontal block boundaries (vertical filtering) by putting "Bottom"/"Up" in place of "First"/"Second", respectively. Now, the value on the left gives the truncation value for the pixels on the left/below the block boundary, and the value on the right gives the truncation value for the pixels on the right/above the boundary.

To further clarify the use of Table 1, an example situation is presented in the following. In this illustrative example situation "horizontal filtering" is performed across a vertical block boundary 30. Assuming that the value for parameter n, calculated from equation 2, is e.g. 4, the block on the left-hand side of the block boundary 30 in question is of the Intra type, and the block on the right-hand side of the block boundary 30 in question is of the Not-coded type, Table 1 indicates that the truncation value for the left-hand side is 4 and the truncation value for the right-hand side is 2. This means that the 4 pixels closest to the block boundary (=the calculated value of n) are selected for examination from the left-hand side of the boundary, and 2 pixels closest to the block boundary (=the truncated value of n) are selected for examination from the right-hand side.

Another example situation is presented in the following. In this illustrative example situation "horizontal filtering" is performed across a vertical block boundary 30. Assuming that the value of parameter n calculated from equation (2) is e.g. 4, and the blocks on both sides of block boundary 30 in question are of the Copy type, Table 1 indicates that the truncation value for the left-hand side is 2 and the truncation value for the right-hand side is 2. This means that the 2 pixels closest to the block boundary (=the truncated value of n) are selected for examination from the left-hand side of the boundary, and the 2 pixels closest to the block boundary (=the truncated value of n) are selected for examination from the right-hand side.

For bi-directionally predicted frames (B-frames), truncation of the parameter n is advantageously not applied because there is no unique block type information.

8

The next step in the filtering method according to the invention is to determine the values of the parameters $d_l$ and $d_r$, which represent activity, or the differences of pixel values between pixels on one side of the block boundary. A preferred definition for $d_r$ is the following:

$$d_r = 6, \text{ if } |r_1 - r_j| \leq \beta/j \text{ with all } j \in [1,6],$$

otherwise: $d_r = i$, where i fulfils the conditions

$$i \in [1, n_{tr}],$$

$$|r_1 - r_{i+1}| > \beta/i \text{ and}$$

$$|r_1 - r_j| \leq \beta/i \text{ with all } j \in [1,i]. \qquad (4)$$

Here, the auxiliary parameter $\beta = 4 \cdot \log(QP)$. The value of parameter $d_l$ is determined similarly, except that all r's are replaced by l's and the corresponding truncated value $n_{tr}$ for the parameter n must be used. The number 6 appears in definition (4) because, according to equation (2), the highest possible value of n is 6 in this case. If n is defined differently, but the parameters $d_r$ and $d_l$ are defined according to definition (4), the number 6 must be replaced by the highest possible value of n according to the new definition.

It is advantageous that the values of the parameters $d_r$ and $d_l$ are calculated independent of one another, because the image information contained by the frame can be different on different sides of the block boundary. The invention does not limit the definition of parameters $d_r$ and $d_l$, but according to the guidelines of definition (4), it is advantageous that these parameters are used to limit the blocking artefact processing relatively close to the block boundary, if there is a real image edge near the block boundary. The essential features of definition (4) can be summarised as follows: the value of parameter $d_r$ (and correspondingly the value of parameter $d_l$) provides an indication of how many pixels counted from the block boundary have approximately the same value as the pixel at the block boundary.

A high value of parameter n (e.g. 6) indicates that the difference between the pixel values at the block boundary is relatively small compared with the general variation of pixel values within the block. In this case, it is possible that there is a real image edge near the block boundary. By selecting a sufficiently small value of parameter $d_r$ (or $d_l$), it is possible to restrict the filtering aimed at correcting blocking artefacts so that it does not have a deteriorating effect on a real image edge close to the block boundary. In some situations, a large number of pixels counted from the block boundary have approximately the same value as the pixel at the block boundary. In that case, definition (4) would give the parameter $d_r$ (or $d_l$) a relatively high value. However, if there is a clear discontinuity in pixel values between the blocks, the parameter n has a small value and the truncated value $n_{tr}$ is used in the definition (4) which make sure that an unreasonably high value is not selected as the value of the parameter $d_r$ (or $d_l$). Otherwise, a relatively high value of the parameter $d_r$ (or $d_l$) would result in unnecessary filtering.

If blocks on both sides of the block boundary are Intra-type blocks, the truncation has no effect on the selection of the parameter values n, $d_r$ and $d_l$. On the other hand, if at least one of the blocks has a type other than Intra, the truncation of the value n according to the formula (3) may limit the number of pixels filtered. This has the advantage that the block boundaries are not smoothed too much.

In addition, the largest possible number of pixels to be filtered must be decided. This does not have a notation of its own in FIG. 2, but it can be e.g. 3, which means that filtering can only be used to correct the value of the pixels $r_1$, $r_2$, $r_3$, $l_1$, $l_2$ and $l_3$.

US 9,800,891 B2

9

When the values of the parameters n, $n_r$, $d_r$ and $d_f$ have been determined, filtering is carried out using a suitable filter. The invention does not limit the kind of filter that can be used, but a filtering arrangement that has been found preferable, will be described in the following. Filtering is used to determine a new value for the pixels selected for filtering. In a preferred embodiment of the invention, a new pixel value is determined for a given pixel by calculating the mean of the pixel values that appear in a filtering window. In the preferred embodiment, the filtering window is symmetrical with regard to the pixel to be filtered and contains, in addition to the pixel to be filtered, one, two or three pixels from both sides, depending on the values of the parameters $d_r$ and $d_f$ as described hereinafter. Of course, these are only examples and other values could be chosen in situations where n, $n_r$, $d_r$ and $d_f$ are defined differently. The calculated mean value is rounded to the closest digitized pixel value, whereby it becomes the new value of the filtered pixel.

Table 2 shows the determination of the width of the filtering window for the pixels $r_1$, $r_2$ and $r_3$ according to the value of parameter $d_r$ in a preferred embodiment of the invention. The values of the pixels $l_1$, $l_2$ and $l_3$ are determined in the same manner according to the value of the parameter $d_f$. In the table, "X" means that the pixel in question is not filtered at all, and the number means that the filtering window includes a number of pixels shown by the number from each side of the pixel being examined. Among other things, Table 2 shows that for filtering to be applied to any pixel, parameters $d_r$ and $d_f$ must both have a value greater than 1.

| $d_r$ ($d_f > 1$) | $r_1$ | $r_2$ | $r_3$ |
|---|---|---|---|
| 1 | X | X | X |
| 2 | 1 | X | X |
| 3 | 1 | 1* | X |
| 4 | 2 | 2 | X |
| 5 | 2 | 2 | 2** |
| 6 | 3 or 2*** | 3 | 3 |

*the filtered value of pixel $r_1$ is used for filtering of pixel $r_2$
**the filtered values of pixels $r_1$ and $r_2$ are used for filtering pixel $r_3$
***3 if $d_f > 2$, otherwise 2.

The above description relates to implementing the filtering on one horizontal part of a pixel row, which is 12 pixels long and located symmetrically on both sides of a vertical block boundary. The description can be easily generalized to concern vertical parts of pixel columns, which are located symmetrically on both sides of a horizontal block boundary: FIG. 2 can be turned 90 degrees counter-clockwise, whereby block boundary 30 becomes horizontal, and the pixels shown in the figure form part of the vertical pixel column so that pixels $r_1$-$r_6$ are the pixels above and pixels $l_1$-$l_6$ are the pixels below the boundary. To filter block boundaries throughout the whole frame, applying the method according to the invention, all vertical block boundaries of the frame are examined row by row and all horizontal block boundaries are examined column by column. The order has no significance as such, and thus all the horizontal block boundaries of the frame could be examined first column by column, and then all the vertical block boundaries row by row. In an advantageous embodiment of the invention, filtering is repeated line by line, i.e. the first line of the pixels in the blocks (besides the boundary) is filtered first, then the second line, etc.

FIG. 3 shows at which points a digital image encoding and decoding system (codec) according to prior art can be

10

improved by applying filtering according to the invention. The first alternative is to place a block implementing the filtering method according to the invention in the output of the decoder of the receiver, as illustrated by reference number 31. In this case, block boundaries in the video frame are filtered after all blocks within the frame have been decoded. This requires block type information to be stored for all the blocks in one frame. Another alternative is to place the filtering block in the receiver before the point at which the decoded frame is directed to the frame memory 25 for forming a prediction frame, as illustrated by reference number 32. In this case, block type information for all blocks within the frame must also be stored, as block boundary filtering is still performed after decoding and reconstructing the entire frame. However, this alternative has the advantage that the removal of blocking artefacts also has an effect on the formation of a prediction frame, whereby blocking artefacts in one frame are not propagated via the prediction frame to subsequent frames. In order to achieve the effect just described, the block that performs filtering according to the invention can be placed either before or after the frame memory 25. However, the location shown by reference number 32 is preferred, because when applied at this stage, the filtering influences simultaneously the frame to be output by the receiving decoder and the frame to be saved in the memory. In the transmitter, a block implementing the filtering method according to the invention can be placed as shown by reference numbers 33 and 34, either before or after the frame memory 16. In this way, the invention can also be used to produce a corrected prediction frame at the transmission end.

In a particularly advantageous embodiment of the invention, the block carrying out the filtering according to the invention is implemented in a digital signal processor or a corresponding device suited for processing a digital signal, which can be programmed to apply predetermined processing functions to a signal received as input data. FIG. 4 presents the functional elements of a block carrying out the filtering method according to the invention, implemented as a digital signal processor. Correspondingly, operation of the filtering block is illustrated by FIG. 5. Referring first to FIG. 4, the functional elements are programmed with functional definitions (35-39) for calculating the parameters that control the filtering method according to the invention. Advantageously, the functional definitions are loaded into the signal processor in connection with its manufacture or programming. During operation according to FIG. 5, the frame is saved temporarily in register 41, so that it can be processed by the signal processor. Processing of the frame proceeds block-by-block. At a given instant, a number of pixels indicated by the parameter n, $n_r$, according to the definitions provided in Table 1, are selected to be examined 42 from each side of a certain point on a certain block boundary, the d-parameters 43 are calculated, and filtering 44 is performed. These operations are repeated until all boundaries of all blocks have been filtered/processed, after which the frame can be output from register 41 and a new frame saved for processing. The measures according to FIGS. 4 and 5 can be carried out in a separate signal processor or they can be implemented in a general processor which also contains other arrangements for signal processing.

A storage medium can be used for storing a software program comprising machine executable steps for performing the method according to the invention. In an advantageous embodiment of the invention, the software program is

US 9,800,891 B2

11

read from the storage medium to a device comprising programmable means, e.g. a processor, for performing the method of the invention.

The invention can be modified without departing from the scope defined by the claims presented hereinafter, using the capabilities of a person skilled in the art without actual inventive steps. For example, the parameter Δ can be calculated using the formula $\Delta = |r_1 + r_2| - (l_1 + l_2)|$ or some other formula considered suitable. The definitions of the other parameters presented above should also be considered as examples only. A particularly advantageous use of the invention is in mobile video telecommunication applications, digital television receivers and other devices that at least receive and decode digital video image. It should further be noted that in general the method according to the invention may be applied to any image coding method in which an image is encoded/decoded on a block-by-block basis, including individual (i.e. still) digital images.

FIG. 6 shows a mobile terminal 46 intended for use as a portable video telecommunications device and applying the method according to the invention. Advantageously, the mobile terminal 46 comprises at least display means 47 for displaying images, audio means 48 for capturing and reproducing audio information, a keyboard 49 for inputting e.g. user commands, a radio part 50 for communicating with a mobile communications network (not shown), processing means 51 for controlling the operation of the device, memory means 52 for storing information, and preferably a camera 53 for taking images.

The present invention is not solely restricted to the above presented embodiments, but it can be modified within the scope of the appended claims.

What is claimed is:

1. A method, comprising:

decoding a first encoded image block, which has been encoded using a first type of prediction encoding method, and a second encoded image block, which has been encoded using a second type of prediction encoding method, in accordance with their respective prediction encoding methods to form a first decoded image block and a second decoded image block, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, a block boundary being formed between the first and second decoded image blocks, the first decoded image block being on a first side of the block boundary, the second decoded image block being on a second side of the block boundary;

providing information on the first and second prediction encoding methods to a block boundary filter; and

performing, by the block boundary filter, an adaptive block boundary filtering operation on the block boundary formed between the first decoded image block on the first side of the block boundary and the second decoded image block on the second side of the block boundary, the method further comprising:

determining, by the block boundary filter, a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary as a parameter of the adaptive block boundary filtering operation, based on the types of the first and second prediction encoding methods.

12

2. A method according to claim 1, wherein the adaptive block boundary filtering operation performed on the block boundary by the block boundary filter is dependent at least in part on a region type of an image block on a first side of the block boundary and a region type of an image block on a second side of the block boundary.

3. A method according to claim 1, wherein the number of pixels selected for examination depends on a difference in pixel value between pixels across the block boundary.

4. A method according to claim 1, wherein the number of pixels selected for examination depends on the size of a quantization step used to quantize coefficients used in encoding the image blocks.

5. A method according to claim 1, comprising selecting certain pixels to be filtered and determining a new value for each pixel to be filtered on the basis of pixels that appear in a filtering window set around the pixel.

6. A method according to claim 5, wherein the new value of the pixel is the mean value of the pixels that appear in the filtering window.

7. A method according to claim 1, comprising selecting pixels to be filtered from the pixels selected for examination.

8. A method according to claim 1, wherein the first and second prediction encoding methods are of the same type.

9. A digital signal processor configured to perform a method for reducing visual artefacts due to block boundaries according to claim 1.

10. A block boundary filter configured to perform an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, the block boundary filter being configured to receive information on the types of the first and second prediction encoding methods, and to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary as a parameter of the adaptive block boundary filtering operation, based on the types of the first and the second prediction encoding methods.

11. A block boundary filter according to claim 10, configured to perform said adaptive block boundary filtering operation on the block boundary in dependence at least in part on a region type of an image block on a first side of the block boundary and a region type of an image block on a second side of the block boundary.

12. A block boundary filter according to claim 10, further configured to select said number of pixels for examination in dependence on the difference in pixel value between pixels across the block boundary.

13. A block boundary filter according to claim 10, wherein the filter is configured to select a number of pixels for examination in dependence on the size of a quantization step used to quantize coefficients used in encoding the image blocks.

14. A block boundary filter according to claim 10, wherein the filter is configured to select certain pixels to be filtered

US 9,800,891 B2

13

and to determine a new value for each pixel to be filtered on the basis of pixels that appear in a filtering window set around the pixel.

**15.** A block boundary filter according to claim **14**, wherein the filter is configured to calculate the new value for each pixel to be filtered as a mean value of the pixels that appear in the filtering window.

**16.** A block boundary filter according to claim **10**, wherein the first and second prediction encoding methods are of the same type.

**17.** A video encoder comprising a coding block, a decoding block and a prediction block for prediction encoding a frame of a digital video signal by blocks, the video encoder comprising a block boundary filter for reducing visual artifacts due to a block boundary between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the block boundary filter is configured to receive information on the selected type of the first prediction encoding method and the selected type of the second prediction encoding method and to operate adaptively according to the block types of the frame in the environment of the block boundary to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering operation, based on the selected types of the first and second prediction encoding method.

**18.** A video decoder comprising a decoding block and a prediction block for decoding a frame of a digital video signal by blocks, the video decoder comprising a block boundary filter for reducing visual artifacts due to a block boundary between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the block boundary filter is configured to receive information on the selected type of the first prediction encoding method and the selected type of the second prediction encoding method, and to operate adaptively according to the block types of the frame in the environment of the block boundary to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering operation, based on the selected types of the first and second prediction encoding method.

**19.** A video codec comprising a coding block, a decoding block and a prediction block for prediction encoding a frame of a digital video signal by blocks, a block type being defined according to the prediction encoding method for a block selected according to a predetermined set of coding

14

types, the video codec comprising a block boundary filter for reducing visual artifacts due to a block boundary between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the block boundary filter is configured to receive information on the selected type of the first prediction encoding method and the selected type of the second prediction encoding method, and to operate adaptively according to the block types of the frame in the environment of the block boundary to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering operation, based on the selected types of the first and second prediction encoding method.

**20.** A mobile terminal comprising a video codec, the video codec comprising a coding block, a first decoding block and a first prediction block for prediction encoding a frame of a digital video signal by blocks, and a second decoding block and a second prediction block for decoding a prediction encoded frame of the digital video signal by blocks, a block type being defined according to the prediction encoding method for a block selected according to a predetermined set of coding types, the video codec comprising a block boundary filter for reducing visual artifacts due to a block boundary between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the block boundary filter is configured to receive information on the selected type of the first prediction encoding method and the selected type of the second prediction encoding method, and to operate adaptively according to the block types of the frame in the environment of the block boundary to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering operation, based on the selected types of the first and second prediction encoding method.

**21.** A storage medium comprising a software program for reducing visual artifacts due to block boundaries between decoded image blocks in a frame of a digital video signal, the software program comprising machine executable code for performing an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first

US 9,800,891 B2

15

type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the software program comprises machine executable code for receiving information on the selected type of the first prediction encoding method and the selected type of the second prediction encoding method and machine executable code for determining a first number of pixels to be filtered on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the adaptive block boundary filtering operation, based on the selected types of the first and second prediction encoding method.

**22.** A storage medium according to claim **21**, wherein the first and second prediction encoding methods are of the same type.

**23.** A method of video encoding comprising:

performing an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary using an adaptive block boundary filter, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, the adaptive block boundary filtering operation comprising:

examining, by the adaptive block boundary filter, the type of the first prediction encoding method and the type of the second prediction encoding method; and

determining, by the adaptive block boundary filter, a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering operation, based on the types of the first and second prediction encoding methods.

**24.** A method of video encoding according to claim **23**, wherein the first and second prediction encoding methods are of the same type.

**25.** A method of video decoding, comprising:

performing an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary using an adaptive block boundary filter, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, the block boundary filtering operation comprising:

examining, by the adaptive block boundary filter, the type of the first prediction encoding method and the type of the second prediction encoding method; and

16

determining, by the adaptive block boundary filter, a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary as a parameter of the filtering operation based on the types of the first and second prediction encoding method.

**26.** A method of video decoding according to claim **25**, wherein the first and second prediction encoding methods are of the same type.

**27.** A video encoder comprising an adaptive block boundary filter configured to perform an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the adaptive block boundary filter is configured to examine the type of the first prediction encoding method and the type of the second prediction encoding method, and to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the adaptive block boundary filtering operation, based on the types of the first and second prediction encoding method.

**28.** A video encoder according to claim **27**, wherein the first and second prediction encoding methods are of the same type.

**29.** A video decoder comprising an adaptive block boundary filter configured to perform an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the adaptive block boundary filter is configured to examine the type of the first prediction encoding method and the type of the second prediction encoding method, and to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the adaptive block boundary filtering operation, based on the types of the first and second prediction encoding method.

**30.** A video decoder according to claim **29**, wherein the first and second prediction encoding methods are of the same type.

**31.** A video codec comprising an adaptive block boundary filter configured to perform an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having

US 9,800,891 B2

17

been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the adaptive block boundary filter is configured to examine the type of the first prediction encoding method and the type of the second prediction encoding method, and to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the adaptive block boundary filtering operation, based on the types of the first and second prediction encoding method.

**32**. A video codec according to claim **31**, wherein the first and second prediction encoding methods are of the same type.

**33**. A mobile terminal comprising an adaptive block boundary filter configured to perform an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the adaptive block boundary filter is configured to examine the type of the first prediction encoding method and the type of the second prediction encoding method, and to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the adaptive block boundary filtering operation, based on the types of the first and second prediction encoding method.

**34**. A mobile terminal according to claim **33**, wherein the first and second prediction encoding methods are of the same type.

**35**. A digital signal processor comprising a filtering block configured to perform an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, wherein the filtering block is configured to examine the type of the first prediction encoding method and the second prediction encoding method, and to determine a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a

18

parameter of the adaptive block boundary filtering operation, based on the types of the first and second prediction encoding method.

**36**. A method, comprising performing a filtering operation on a block boundary that is dependent at least in part on a first prediction encoding method used to encode first image block on a first side of the block boundary and a second prediction encoding method used to encode a second image block on a second side of the block boundary, wherein the first and the second prediction encoding methods are selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding.

**37**. An apparatus comprising a filter configured to examine a prediction encoding method used to encode a first image block on a first side of the block boundary and a prediction encoding method used to encode a second image block on a second side of the block boundary and to perform a filtering operation on the block boundary in dependence at least in part on the first prediction encoding method used to encode the first image block on the first side of the block boundary and the second prediction encoding method used to encode the second image block on the second side of the block boundary, wherein the first and the second prediction encoding methods are selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding.

**38**. A video encoder comprising a filter according to claim **37**.

**39**. A video decoder comprising a filter according to claim **37**.

**40**. A mobile terminal comprising a filter according to claim **37**.

**41**. A method comprising:

using an adaptive block boundary filter to perform an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, the method further comprising:

receiving, by the adaptive block boundary filter, information on the type of the first prediction encoding method and the type of the second prediction encoding method, and

determining, by the adaptive block boundary filter, a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering operation, based at least in part upon the types of the first and second prediction encoding methods.

* * * * *

# EXHIBIT 11

US006856701B2

## (12) United States Patent
### Karczewicz et al.

(10) Patent No.: **US 6,856,701 B2**
(45) Date of Patent: **Feb. 15, 2005**

(54) **METHOD AND SYSTEM FOR CONTEXT-BASED ADAPTIVE BINARY ARITHMETIC CODING**

(75) Inventors: **Marta Karczewicz**, Irving, TX (US);
**Ragip Kurceren**, Irving, TX (US)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/995,240**

(22) Filed: **Nov. 27, 2001**

(65) **Prior Publication Data**

US 2003/0081850 A1 May 1, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/322,112, filed on Sep. 14, 2001.

(51) Int. Cl.[7] ............................. **G06K 9/36**; G06K 9/34
(52) U.S. Cl. ....................... **382/247**; 382/173; 382/248
(58) Field of Search ................................. 382/173, 232, 382/233, 240, 247, 248, 250, 245, 251; 341/50, 59, 52, 67, 69, 79, 106, 107; 358/505

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,243,496 B1 | | 6/2001 | Wilkinson | .................. 382/245 |
| 6,327,392 B1 | * | 12/2001 | Li | ............................. 382/248 |
| 6,339,658 B1 | * | 1/2002 | Moccagatta et al. | ........ 382/240 |
| 6,351,563 B1 | | 2/2002 | Kim et al. | .................. 382/232 |
| 6,545,618 B2 | * | 4/2003 | Yip | ............................. 341/107 |
| 6,567,081 B1 | * | 5/2003 | Li et al. | ..................... 345/419 |
| 6,577,251 B1 | * | 6/2003 | Yip | .............................. 341/50 |

#### OTHER PUBLICATIONS

I. H. Witten et al., "Arithmetic Coding for Data Compression," *Commun ACM*, vol. 30, pp. 520–540, Jun. 1987).
H.26L Test Model Long Term No. 8 (TML–8) draft0 ITU–T Telecommunication Standardization Section, Study Group 16, Video Coding Experts Group.
Gisle Bjontegaard, Recommended Simulation Conditions for H.26L (VCG–M75, ITU–T Video Coding Experts Group, Austin, TX USA, Apr. 2–4, 2001).

* cited by examiner

Primary Examiner—Andrew W. Johns
Assistant Examiner—Amir Alavi
(74) *Attorney, Agent, or Firm*—Ware, Fressola, Va Der Sluys & Adolphson LLP

(57) **ABSTRACT**

A method and system for image coding, wherein an image is divided into a plurality of blocks for scanning. The pixels values in the scanned block are represented by a plurality of level-run value pairs, wherein the level value is indicative of a non-zero pixel value and the run value is indicative of the number of consecutive zero pixel values preceding the non-zero pixel value. A plurality of contexts indicative of the level-run value pairs are conveyed to a decoder for allowing the decoder to reconstruct the image based on the contexts. The assignment of the contexts is also based on the level value of a preceding level-run pair. Additionally, instead of an end-of-block symbol, the number of non-zero coefficients is provided to the decoder prior to conveying the contexts thereto.

**40 Claims, 16 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4
(PRIOR ART)



FIG. 5
(PRIOR ART)



FIG. 6a



FIG. 6b

| bin number | | | | | | | | EOB |
|---|---|---|---|---|---|---|---|---|
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

Context 3

| Context 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Context 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |

Level  7  0  6  6  4  3  1  1
Run    0  0  6  6  4  3  1  1

FIG. 6c

|  |  | Initial state | | After encoding (4 x 4 block) | |
|---|---|---|---|---|---|
|  |  | 0 | 1 | 0 | 1 |
| Level context | 1 | 1 | 1 | 8 | 1 |
|  | 2 | 1 | 1 | 6 | 3 |
|  | 3 | 1 | 1 | 3 | 6 |
| Run context | 1 | 1 | 1 | 2 | 7 |
|  | 2 | 1 | 1 | 8 | 1 |
|  | 3 | 1 | 1 | 7 | 2 |

**FIG. 6d**



FIG. 7a

| | Bin to which level is mapped | Prev_Level | Context = (bin_nr - 1) * Max_Level + Prev_Level |
|---|---|---|---|
| | 1 | 1 | 1 |
| Max_Bin_Level = 3 | 2 | 1 | 6 |
| Max_Level = 5 | ≥ 3 | 1 | 11 |
| | 1 | 2 | 2 |
| | 2 | 2 | 7 |
| | ≥ 3 | 2 | 12 |
| | 1 | 3 | 3 |
| | 2 | 3 | 8 |
| | ≥ 3 | 3 | 13 |
| | 1 | 4 | 4 |
| | 2 | 4 | 9 |
| | ≥ 3 | 4 | 14 |
| | 1 | ≥ 5 | 5 |
| | 2 | ≥ 5 | 10 |
| | ≥ 3 | ≥ 5 | 15 |

Context Mapping Table

# FIG. 7b

|  | Bin to which run is mapped | Level associated with run | Context = (bin_nr - 1) * Max_RunL + Level |
|---|---|---|---|
| | 1 | 1 | 1 |
| Max_Bin_Run = 3 | 2 | 1 | 5 |
| Max_RunL = 4 | ≥ 3 | 1 | 9 |
| | 1 | 2 | 2 |
| | 2 | 2 | 6 |
| | ≥ 3 | 2 | 10 |
| | 1 | 3 | 3 |
| | 2 | 3 | 7 |
| | ≥ 3 | 3 | 11 |
| | 1 | ≥ 4 | 4 |
| | 2 | ≥ 4 | 8 |
| | ≥ 3 | ≥ 4 | 12 |

FIG. 8a



FIG. 8b



**FIG. 9**



FIG. 10



FIG. 11



## FIG. 12

US 6,856,701 B2

**1**

## METHOD AND SYSTEM FOR CONTEXT-BASED ADAPTIVE BINARY ARITHMETIC CODING

This patent application is based on and claims priority to U.S. Provisional Application No. 60/322,112, filed Sep. 14, 2001.

### FIELD OF THE INVENTION

The present invention relates generally to the compression of still images and video sequences and, more particularly, to a method and system for context-based adaptive binary arithmetic coding.

### BACKGROUND OF THE INVENTION

A digital image in uncompressed form comprises an array of image pixels or picture elements. For example, in a commonly used digital image format, known as the Quarter Common Interchange Format (QCIF), an image, or frame, comprises 25,344 pixels arranged in an array 176×144 pixels. Each pixel, in turn, is represented by a certain number of bits, which carry information about the brightness (luminance) and/or color (chrominance) of the pixel. Different schemes exist for representing the luminance and/or chrominance of pixels in a digital image. Commonly, a so-called YUV color model is used. The luminance, or Y, component represents the luminance of the pixel, while the color of the pixel is represented by two chrominance or color difference components, labelled U and V. Other color models, such as RGB (Red, Green, Blue) color models, which are based on components representing the three primary colors of light, are also commonly used. However, color models based on a luminance/chrominance representation provide advantages compared with color models based on primary colors. These stem from the nature of the human visual system, which is more sensitive to intensity variations than it is to color variations. YUV color models typically exploit this property by using a lower spatial resolution for the chrominance components (U, V) than for the luminance component (Y). In this way the amount of information needed to represent the color information in an image can be reduced without a noticeable reduction in perceived image quality.

The lower spatial resolution of the chrominance components is usually attained by sub-sampling. Typically, a block of 16×16 image pixels is represented by four blocks of 8×8 pixels comprising luminance information and the corresponding chrominance components are each represented by one block of 8×8 pixels representing an area of the image equivalent to that of the 16×16 pixels in the luminance component. The chrominance components are thus spatially sub-sampled by a factor of 2 in the x and y directions. The resulting assembly of four 8×8 pixel luminance blocks and two spatially corresponding 8×8 pixel chrominance blocks is commonly referred to as a YUV macroblock, or macroblock, for short. A QCIF image comprises 11×9 such macroblocks. If the luminance blocks and chrominance blocks are represented with 8 bit resolution (that is by numbers in the range 0 to 255), the total number of bits required to represent the luminance and chrominance information associated with each macroblock is 6×(8×8×8)=3072 bits. Thus, the number of bits needed to represent an image in QCIF format is 99×3072=304,128 bits.

It should be appreciated that even in the situation described above, where both chrominance components of a digital color image are sub-sampled by a factor of two, an uncompressed image of only moderate size (e.g. 176×144 pixels) requires a large number of bits for its representation. This means that the amount of memory required to store digital images in uncompressed form is excessive. Furthermore, if still images are to be transferred, for example over a data communications network having a moderate or low available bandwidth, transmission times may become lengthy, or the network may become congested. Bandwidth requirements are even more severe if it is desired to transmit a series of images as a digital video sequence in real time. For example, transmission of a digital video sequence comprising a series of images in uncompressed QCIF format, represented using a YUV color model, at a rate of 30 frames per second, requires more than 9 Mbits/s (million bits per second). Such a high data rate is generally impractical for use in video recording, transmission and display applications because of the very large storage capacity, transmission channel capacity and hardware performance required. If a video sequence is to be transmitted in real-time over a fixed line network such as an ISDN (Integrated Services Digital Network) or a PSTN (Public Service Telephone Network), the available data transmission bandwidth is typically of the order of 64 kbits/s. In mobile video-telephony, where transmission takes place at least in part over a radio communications link, the available bandwidth can be as low as 20 kbits/s. This means that a significant reduction in the amount of information used to represent video data must be achieved in order to enable transmission of digital images or video sequences over low bandwidth communication networks. It is nevertheless desirable that this reduction should be achieved without significantly degrading the quality of the images/video sequence.

Over the past years, a considerable amount of research work has been directed towards reducing the amount of data required to represent digital images and video sequences, resulting in the development of numerous different schemes and international standards for compressing digital still images and digital video. The basic approach to image compression used in almost all still image and video encoders existing today involves block-based transform coding. Typically, transform coding translates image data from a representation comprising pixel values to a form comprising a set of coefficient values, each of which is a weighting factor (multiplier) for a basis function of the transform in question. It can be shown that there is a considerable degree of spatial redundancy in a typical digital image. In practical terms, this means that in general the value of any pixel within an image is substantially the same as the value of other pixels in its immediate vicinity; that is, there is a significant degree of correlation between pixel values. It is further known that when certain mathematical transformations, such as the two-dimensional Discrete Cosine Transform (DCT), are performed on image data, this spatial redundancy is reduced significantly, thereby producing a more compact representation of the image data.

Block-based Transform Coding as Used in JPEG Still Image Coding

In still image compression, such as that performed according to the baseline mode of the widely-used JPEG standard, an image to be coded is first divided into an array of non-overlapping square blocks, each block comprising, for example, an 8×8 array of image pixels. In the case of the JPEG baseline, a two-dimensional Discrete Cosine Transform (DCT) is then applied independently to each of the image blocks. This has the effect of converting the image data from the pixel value domain to the spatial frequency

US 6,856,701 B2

3

domain and to produce a corresponding set of coefficient values, each of which is a weighting factor for a basis function of the two-dimensional DCT. The coefficient values thus produced are quantized and then coded in a lossless manner using entropy coding to further reduce the amount of data (i.e. number of bits) required for their representation. According to the JPEG baseline, the entropy coder employs only Huffman coding to produce a compressed bit-stream, although in other modes arithmetic coding may alternatively be used. Finally, data describing image and coding parameters (e.g. type of compression, quantization and coding tables, image size, etc.) is embedded in the bit-stream produced by the entropy encoder. As the JPEG standard comprises four alternative coding modes and places few constraints on the quantization and coding tables that can be used, this is necessary in order to enable JPEG compressed bit-streams to be interchanged among different platforms and for images to be reconstructed without any ambiguity.

A digital video sequence, like an ordinary motion picture recorded on film, comprises a sequence of still images (often referred to as 'frames'), the illusion of motion being created by displaying the frames one after the other at a relatively fast rate, typically 15 to 30 frames per second. As in any still image, the pixel values of an individual frame within a digital video sequence exhibit considerable spatial redundancy. Therefore, the frames of a digital video sequence are amenable to block-based transform coding, just like individual still images.

Images in the consecutive frames of a video sequence also tend to be quite similar and thus the overall change between one video frame and the next is rather small. This means that there is considerable temporal redundancy within a typical digital video sequence. For example, a scene may comprise some stationary elements, such as background scenery, and some moving areas, for example the face of a newsreader. In consecutive frames of the sequence, it is likely that the background will remain unaltered and the only movement in the scene will be due to changes in facial expression of the newsreader. Thus, when forming a compressed representation of a video sequence there is also a possibility to use techniques which reduce the temporal redundancy of the image data of the sequence in addition to methods that reduce spatial redundancy, thereby allowing further data compression to be achieved.

Hybrid Video Encoder/Decoder

State of the art video coding systems make use of a technique known as 'motion-compensated prediction', to reduce the temporal redundancy in video sequences. Using motion-compensated prediction, the image content of some (often many) frames in a digital video sequence is 'predicted' from one or more other frames in the sequence, known as 'reference frames'. Prediction of image content is achieved by tracing the motion of objects or regions of an image between a frame to be coded (compressed) and the reference frame(s) using 'motion vectors'. In general, the reference frame(s) may precede the frame to be coded or may follow it in the video sequence. However, as will become apparent from discussions later in the text, it is not appropriate (or possible) to apply motion-compensated prediction to all frames of a video sequence and thus at least two types of encoding are used in state of the art video coding systems.

Frames of a video sequence which are compressed using motion-compensated prediction are generally referred to as INTER-coded or P-frames. Motion-compensated prediction alone rarely provides a sufficiently precise representation of the image content of a video frame and therefore it is

4

typically necessary to provide a so-called 'prediction error' (PE) frame with each INTER-coded frame. As will be explained in greater detail later in the text, the prediction error frame represents the difference between a decoded version of the INTER-coded frame and the image content of the frame to be coded. More specifically, the prediction error frame comprises values that represent the difference between pixel values in the frame to be coded and corresponding reconstructed pixel values formed on the basis of a predicted (INTER-coded) version of the frame in question. Consequently, the prediction error frame has characteristics similar to a still image and block-based transform coding can be applied in order to reduce the amount of data (number of bits) required to represent it.

Frames of a video sequence which are not compressed using motion-compensated prediction are referred to as INTRA-coded or I-frames. Generally, INTRA-coded frames are produced by applying block-based transform coding directly to the pixel values of the frame to be coded. Additionally, where possible, blocks of INTRA-coded frames are predicted from previously coded blocks within the same frame. This technique, known as INTRA-prediction, has the effect of further reducing the amount of data required to represent an INTRA-coded frame.

In order to illustrate principles of block-based transform coding and motion-compensated prediction in greater detail, reference will now be made to FIG. 1, which is a schematic of a generic hybrid video encoder that employs a combination of INTRA- and INTER-coding to produce a compressed (encoded) video bit-stream. A corresponding decoder is illustrated in FIG. 2 and will be described later in the text.

The video encoder 300 comprises an input 301 for receiving a digital video signal from a camera or other video source (not shown). It also comprises a transformation unit 304 which is arranged to perform a block-based discrete cosine transform (DCT), a quantizer 306, an inverse quantizer 308, an inverse transformation unit 310, arranged to perform an inverse block-based discrete cosine transform (IDCT), combiners 312 and 316, and a frame store 320. The encoder further comprises a motion estimator 330, a motion field coder 340 and a motion compensated predictor 350. Switches 302 and 314 are operated co-operatively by control manager 360 to switch the encoder between an INTRA-mode of video encoding and an INTER-mode of video encoding. The encoder 300 also comprises a video multiplex coder 370 which forms a single bit-stream from the various types of information produced by the encoder 300 for further transmission to a remote receiving terminal or, for example, for storage on a mass storage medium, such as a computer hard drive (not shown).

Encoder 300 operates as follows. Each frame of uncompressed video provided from the video source to input 301 is received and processed macroblock-by-macroblock, preferably in raster-scan order. When the encoding of a new video sequence starts, the first frame of the sequence is encoded as an INTRA-coded frame. Subsequently, the encoder is programmed to code each frame in INTER-coded format, unless one of the following conditions is met: 1) it is judged that the current frame being coded is so dissimilar from the reference frame used in its prediction that excessive prediction error information is produced; 2) a predefined INTRA frame repetition interval has expired; or 3) feedback is received from a receiving terminal indicating a request for a frame to be provided in INTRA-coded format.

The occurrence of condition 1) is detected by monitoring the output of the combiner 316. The combiner 316 forms a difference between the current macroblock of the frame

US 6,856,701 B2

**5**

being coded and its prediction, produced in the motion compensated prediction block **350**. If a measure of this difference (for example a sum of absolute differences of pixel values) exceeds a predetermined threshold, the combiner **316** informs the control manager **360** via a control line **319** and the control manager **360** operates the switches **302** and **314** via control line **313** so as to switch the encoder **300** into INTRA-coding mode. Occurrence of condition 2) is monitored by means of a timer or frame counter implemented in the control manager **360**, in such a way that if the timer expires, or the frame counter reaches a predetermined number of frames, the control manager **360** operates the switches **302** and **314** via control line **313** to switch the encoder into INTRA-coding mode. Condition 3) is triggered if the control manager **360** receives a feedback signal from, for example, a receiving terminal, via control line **321** indicating that an INTRA frame refresh is required by the receiving terminal. Such a condition may arise, for example, if a previously transmitted frame is badly corrupted by interference during its transmission, rendering it impossible to decode at the receiver. In this situation, the receiving decoder issues a request for the next frame to be encoded in INTRA-coded format, thus re-initialising the coding sequence.

Operation of the encoder **300** in INTRA-coding mode will now be described. In INTRA-coding mode, the control manager **360** operates the switch **302** to accept video input from input line **318**. The video signal input is received macroblock by macroblock from input **301** via the input line **318**. As they are received, the blocks of luminance and chrominance values which make up the macroblock are passed to the DCT transformation block **304**, which performs a 2-dimensional discrete cosine transform on each block of values, producing a 2-dimensional array of DCT coefficients for each block. In a situation such as that described earlier, where each macroblock comprises four 8×8 pixel blocks of luminance values and two spatially corresponding 8×8 pixel blocks of chrominance values, DCT transformation block **304** produces an 8×8 array of coefficient values for each block.

The DCT coefficients for each block are passed to the quantizer **306**, where they are quantized using a quantization parameter QP. Selection of the quantization parameter QP is controlled by the control manager **360** via control line **315**. Quantization introduces a loss of information, as the quantized coefficients have a lower numerical precision than the coefficients originally generated by the DCT transformation block **304**. This provides a further mechanism by which the amount of data required to represent each image of the video sequence can be reduced. However, unlike the DCT transformation, which is essentially lossless, the loss of information introduced by quantization causes an irreversible degradation in image quality. The greater the degree of quantization applied to the DCT coefficients, the greater the loss of image quality.

The quantized DCT coefficients for each block are passed from the quantizer **306** to the video multiplex coder **370**, as indicated by line **325** in FIG. **1**. The video multiplex coder **370** orders the transform coefficients for each block using a zigzag scanning procedure. This operation converts the two-dimensional array of quantized transform coefficients into a one-dimensional array. Typical zigzag scanning orders, such as that shown in FIG. **3**, order the coefficients approximately in ascending order of spatial frequency. This also tends to order the coefficients according to their values, such that coefficients positioned earlier in the one-dimensional array are more likely to have larger absolute

**6**

values than coefficients positioned later in the array. This is because lower spatial frequencies tend to have higher amplitudes within the image blocks. Consequently, the last values in the one-dimensional array of quantized transform coefficients are commonly zeros.

Run-Level Coding of DCT Transform Coefficients

Typically, the video multiplex coder **370** represents each non-zero quantized coefficient in the one dimensional array by two values, referred to as level and run. Level is the value of the quantized coefficient and run is the number of consecutive zero-valued coefficients preceding the coefficient in question. The run and level values for a given coefficient are ordered such that the level value precedes the associated run value. A level value equal to zero is used to indicate that there are no more non-zero coefficient values in the block. This 0-level value is referred to as an EOB (end-of-block) symbol.

Entropy Coding

The run and level values are further compressed in the video multiplex coder **370** using entropy coding. Entropy coding is a lossless operation, which exploits the fact that symbols within a data set to be coded generally have different probabilities of occurrence. Therefore, instead of using a fixed number of bits to represent each symbol, a variable number of bits is assigned such that symbols which are more likely to occur are represented by code-words having fewer bits. For this reason, entropy coding is often referred to as Variable Length Coding (VLC). Since certain values of levels and runs are more likely than other values to occur, entropy coding techniques can be used effectively to reduce the number of bits required to represent the run and level values. A number of different methods can be used to implement entropy coding. For example, entropy coding of the run and level parameters may be implemented by means of look-up tables which define the mapping between each possible symbol in the data set to be coded and its corresponding variable length code. Such look-up tables are often defined by statistical analysis of training material comprising symbols identical to those to be coded and having similar statistical properties. An alternative technique, known as arithmetic coding, can also be used to convert the run and level values into variable length code-words. In arithmetic coding a group of symbols, for example the run and level values for a block of quantized transform coefficients, are coded as a floating point decimal number.

Once the run and level values have been entropy coded using an appropriate method, the video multiplex coder further combines them with control information, also entropy coded using a variable length coding method appropriate for the kind of information in question, to form a single compressed bit-stream of coded image information **335**.

A locally decoded version of the macroblock is also formed in the encoder **300**. This is done by passing the quantized transform coefficients for each block, output by quantizer **306**, through inverse quantizer **308** and applying an inverse DCT transform in inverse transformation block **310**. In this way a reconstructed array of pixel values is constructed for each block of the macroblock. The resulting decoded image data is input to combiner **312**. In INTRA-coding mode, switch **314** is set so that the input to the combiner **312** via switch **314** is zero. In this way, the operation performed by combiner **312** is equivalent to passing the decoded image data unaltered.

As subsequent macroblocks of the current frame are received and undergo the previously described encoding and decoding steps in blocks **304**, **306**, **308**, **310** and **312**, a

US 6,856,701 B2

7

decoded version of the INTRA-coded frame is built up in frame store **320**. When the last macroblock of the current frame has been INTRA-coded and subsequently decoded, the frame store **320** contains a completely decoded frame, available for use as a prediction reference frame in coding a subsequently received video frame in INTER-coded format.

Operation of the encoder **300** in INTER-coding mode will now be described. In INTER-coding mode, the control manager **360** operates switch **302** to receive its input from line **317**, which comprises the output of combiner **316**. The combiner **316** receives the video input signal macroblock by macroblock from input **301**. As combiner **316** receives the blocks of luminance and chrominance values which make up the macroblock, it forms corresponding blocks of prediction error information. The prediction error information represents the difference between the block in question and its prediction, produced in the motion compensated prediction block **350**. More specifically, the prediction error information for each block of the macroblock comprises a two-dimensional array of values, each of which represents the difference between a pixel value in the block of luminance or chrominance information being coded and a decoded pixel value obtained by forming a motion-compensated prediction for the block, according to the procedure described below. Thus, in a situation where each macroblock comprises four 8×8 pixel blocks of luminance values and two spatially corresponding 8×8 pixel blocks of chrominance values, the prediction error information for the macroblock similarly comprises four 8×8 blocks of luminance prediction error values and two spatially corresponding 8×8 blocks of chrominance prediction error values.

The prediction error information for each block of the macroblock is passed to DCT transformation block **304**, which performs a two-dimensional discrete cosine transform on each block of prediction error values to produce a two-dimensional array of DCT transform coefficients for each block. Thus, in a situation where the prediction error information for each macroblock comprises four 8×8 blocks of luminance prediction error values and two spatially corresponding 8×8 blocks of chrominance prediction error values, DCT transformation block **304** produces an 8×8 array of transform coefficient values for each prediction error block. The transform coefficients for each prediction error block are passed to quantizer **306** where they are quantized using a quantization parameter QP, in a manner analogous to that described above in connection with operation of the encoder in INTRA-coding mode. Again, selection of the quantization parameter QP is controlled by the control manager **360** via control line **315**.

The quantized DCT coefficients representing the prediction error information for each block of the macroblock are passed from quantizer **306** to video multiplex coder **370**, as indicated by line **325** in FIG. **1**. As in INTRA-coding mode, the video multiplex coder **370** orders the transform coefficients for each prediction error block using the previously described zigzag scanning procedure (see FIG. **3**) and then represents each non-zero quantized coefficient as a level and a run value. It further compresses the run and level values using entropy coding, in a manner analogous to that described above in connection with INTRA-coding mode. Video multiplex coder **370** also receives motion vector information (described in the following) from motion field coding block **340** via line **326** and control information from control manager **360**. It entropy codes the motion vector information and forms a single bit-stream of coded image information, **335** comprising the entropy coded motion vector, prediction error and control information.

8

The quantized DCT coefficients representing the prediction error information for each block of the macroblock are also passed from quantizer **306** to inverse quantizer **308**. Here they are inverse quantized and the resulting blocks of inverse quantized DCT coefficients are applied to inverse DCT transform block **310**, where they undergo inverse DCT transformation to produce locally decoded blocks of prediction error values. The locally decoded blocks of prediction error values are then input to combiner **312**. In INTER-coding mode, switch **314** is set so that the combiner **312** also receives predicted pixel values for each block of the macroblock, generated by motion-compensated prediction block **350**. The combiner **312** combines each of the locally decoded blocks of prediction error values with a corresponding block of predicted pixel values to produce reconstructed image blocks and stores them in frame store **320**.

As subsequent macroblocks of the video signal are received from the video source and undergo the previously described encoding and decoding steps in blocks **304**, **306**, **308**, **310**, **312**, a decoded version of the INTER-coded frame is built up in frame store **320**. When the last macroblock of the frame has been INTER-coded and subsequently decoded, the frame store **320** contains a completely decoded frame, available for use as a prediction reference frame in encoding a subsequently received video frame in INTER-coded format.

Formation of a prediction for a macroblock of the current frame will now be described. Any frame encoded in INTER-coded format requires a reference frame for motion-compensated prediction. This means, necessarily, that when encoding a video sequence, the first frame to be encoded, whether it is the first frame in the sequence, or some other frame, must be encoded in INTRA-coded format. This, in turn, means that when the video encoder **300** is switched into INTER-coding mode by control manager **360**, a complete reference frame, formed by locally decoding a previously encoded frame, is already available in the frame store **320** of the encoder. In general, the reference frame is formed by locally decoding either an INTRA-coded frame or an INTER-coded frame.

The first step in forming a prediction for a macroblock of the current frame is performed by motion estimation block **330**. The motion estimation block **330** receives the blocks of luminance and chrominance values which make up the current macroblock of the frame to be coded via line **328**. It then performs a block matching operation in order to identify a region in the reference frame which corresponds substantially with the current macroblock. In order to perform the block matching operation, motion field estimation block accesses reference frame data stored in frame store **320** via line **327**. More specifically, motion estimation block **330** performs block-matching by calculating difference values (e.g. sums of absolute differences) representing the difference in pixel values between the macroblock under examination and candidate best-matching regions of pixels from a reference frame stored in the frame store **320**. A difference value is produced for candidate regions at all possible offsets within a predefined search region of the reference frame and motion estimation block **330** determines the smallest calculated difference value. The offset between the macroblock in the current frame and the candidate block of pixel values in the reference frame that yields the smallest difference value defines the motion vector for the macroblock in question.

Once the motion estimation block **330** has produced a motion vector for the macroblock, it outputs the motion vector to the motion field coding block **340**. The motion field

US 6,856,701 B2

9

coding block **340** approximates the motion vector received from motion estimation block **330** using a motion model comprising a set of basis functions and motion coefficients. More specifically, the motion field coding block **340** represents the motion vector as a set of motion coefficient values which, when multiplied by the basis functions, form an approximation of the motion vector. Typically, a translational motion model having only two motion coefficients and basis functions is used.

The motion coefficients are passed from motion field coding block **340** to motion compensated prediction block **350**. Motion compensated prediction block **350** also receives the best-matching candidate region of pixel values identified by motion estimation block **330** from frame store **320**. Using the approximate representation of the motion vector generated by motion field coding block **340** and the pixel values of the best-matching candidate region of pixels from the reference frame, motion compensated prediction block **350** generates an array of predicted pixel values for each block of the macroblock. Each block of predicted pixel values is passed to combiner **316** where the predicted pixel values are subtracted from the actual (input) pixel values in the corresponding block of the current macroblock. In this way a set of prediction error blocks for the macroblock is obtained.

Operation of the video decoder **400**, shown in FIG. 2 will now be described. The decoder **400** comprises a video multiplex decoder **470**, which receives an encoded video bit-stream **335** from the encoder **300** and demultiplexes it into its constituent parts, an inverse quantizer **410**, an inverse DCT transformer **420**, a motion compensated prediction block **440**, a frame store **450**, a combiner **430**, and an output **480**.

The control manager **460** controls the operation of the decoder **400** in response to whether an INTRA- or an INTER-coded frame is being decoded. An INTRA/INTER trigger control signal, which causes the decoder to switch between decoding modes is derived, for example, from picture type information provided in a header portion of each compressed video frame received from the encoder. The INTRA/INTER trigger control signal is extracted from the encoded video bit-stream by the video multiplex decoder **470** and is passed to control manager **460** via control line.

Decoding of an INTRA-coded frame is performed on a macroblock-by-macroblock basis, each macroblock being decoded substantially as soon as encoded information relating to it is identified in the received video bit-stream **335**. The video multiplex decoder **470** first separates the encoded information for the blocks of the macroblock from possible control information relating to the macroblock in question. The encoded information for each block of an INTRA-coded macroblock comprises variable length code-words. These code-words represent the entropy coded level and run values for the non-zero quantized DCT coefficients of the block. The video multiplex decoder **470** decodes the variable length code-words using a variable length decoding method corresponding to the encoding method used in the encoder **300** and thereby recovers the level and run values. It then reconstructs the array of quantized transform coefficient values for each block of the macroblock and passes them to inverse quantizer **410**. Any control information relating to the macroblock is also decoded in the video multiplex decoder using an appropriate variable length decoding method and is passed to control manager **460**. In particular, information relating to the level of quantization applied to the transform coefficients is extracted from the encoded bit-stream by video multiplex decoder **470** and is provided to control manager **460** via control line **324**. The control

10

manager, in turn, conveys this information to inverse quantizer **420** via control line. Inverse quantizer **410** inverse quantizes the quantized DCT coefficients for each block of the macroblock according to the control information and provides the now inverse quantized DCT coefficients inverse DCT transformer **420**.

Inverse DCT transformer **420** performs an inverse DCT transform on the inverse quantized DCT coefficients for each block of the macroblock to form a decoded block of image information comprising reconstructed pixel values. As motion-compensated prediction is not used in the encoding/decoding of INTRA-coded macroblocks, control manager **460** controls combiner **430** in such a way as to prevent any reference information being used in the decoding of the INTRA-coded macroblock. The reconstructed pixel values for each block of the macroblock are passed to the video output **480** of the decoder where, for example, they can be provided to a display device (not shown). The reconstructed pixel values for each block of the macroblock are also stored in frame store **450**. As subsequent macroblocks of the INTRA-coded frame are decoded and stored, a decoded frame is progressively assembled in the frame store **450** and thus becomes available for use as a reference frame for motion compensated prediction in connection with the decoding of subsequently received INTER-coded frames.

INTER-coded frames are also decoded macroblock by macroblock, each INTER-coded macroblock being decoded substantially as soon as encoded information relating to it is identified in the received bit-stream. The video multiplex decoder **470** separates the encoded prediction error information for each block of the INTER-coded macroblock from encoded motion vector information and possible control information relating to the macroblock in question. As explained in the foregoing, the encoded prediction error information for each block of the macroblock comprises variable length codewords which represent the entropy coded level and run values for the non-zero quantized transform coefficients for the prediction error block in question. The video multiplex decoder **470** decodes the variable length code-words using a variable length decoding method corresponding to the encoding method used in the encoder **300** and thereby recovers the level and run values. It then reconstructs an array of quantized transform coefficient values for each prediction error block and passes them to inverse quantizer **410**. Control information relating to the INTER-coded macroblock is also decoded in the video multiplex decoder using an appropriate variable length decoding method and is passed to control manager **460**. Information relating to the level of quantization applied to the transform coefficients of the prediction error blocks is extracted from the encoded bit-stream and provided to control manager **460** via control line **324**. The control manager, in turn, conveys this information to inverse quantizer **410** via control line. Inverse quantizer **410** inverse quantizes the quantized DCT coefficients representing the prediction error information for each block of the macroblock according to the control information and provides the now inverse quantized DCT coefficients to inverse DCT transformer **420**. The inverse quantized DCT coefficients representing the prediction error information for each block are then inverse transformed in the inverse DCT transformer **420** to yield an array of reconstructed prediction error values for each block of the macroblock.

The encoded motion vector information associated with the macroblock is extracted from the encoded video bit-stream **335** by video multiplex decoder **470** and is decoded using an appropriate variable length decoding method. The

US 6,856,701 B2

11

decoded motion vector information thus obtained is passed via data line 326 to motion compensated prediction block 440, which reconstructs a motion vector for the macroblock using the same motion model as that used to encode the INTER-coded macroblock in encoder 300. The reconstructed motion vector approximates the motion vector originally determined by motion estimation block 330 of the encoder. The motion compensated prediction block 440 of the decoder uses the reconstructed motion vector to identify the location of a region of reconstructed pixels in a prediction reference frame stored in frame store 450. The reference frame may be, for example, a previously decoded INTRA-coded frame, or a previously decoded INTER-coded frame. In either case, the region of pixels indicated by the reconstructed motion vector is used to form a prediction for the macroblock in question. More specifically, the motion compensated prediction block 440 forms an array of pixel values for each block of the macroblock by copying corresponding pixel values from the region of pixels identified in the reference frame. The prediction, that is the blocks of pixel values derived from the reference frame, are passed from motion compensated prediction block 440 to combiner 430 where they are combined with the decoded prediction error information. In practice, the pixel values of each predicted block are added to corresponding reconstructed prediction error values output by inverse DCT transformer 420. In this way an array of reconstructed pixel values for each block of the macroblock is obtained. The reconstructed pixel values are passed to the video output 480 of the decoder and are also stored in frame store 450. As subsequent macroblocks of the INTER-coded frame are decoded and stored, a decoded frame is progressively assembled in the frame store 450 and thus becomes available for use as a reference frame for motion-compensated prediction of other INTER-coded frames.

H.26L Video Coding Standard

ITU-T recommendation H.26L is the latest in a family of video coding standards developed by the International Telecommunications Union. It is intended in particular for video coding at very low bit rates, typically below 64 kbits/s, which makes it especially suitable for the coding of digital video for transmission via radio communication networks or any fixed line communication network in which optimal use of available bandwidth is a priority. The video encoding system defined by ITU-T H.26L is a hybrid video coding system, which operates according to the general principles described above in connection with the generic video encoder 300 and decoder 400 illustrated in FIGS. 1 and 2. In particular, a video encoding system implemented according to H.26L employs a combination of block-based transform coding and motion-compensated prediction to reduce the spatial and temporal redundancy within video sequences.

The latest version of the H.26L recommendation, known as Test Model 8 (TML8) and described in "H.26L Test Model Long Term Number 8 (TML-8) draft0" (ITU-T Telecommunications Standardization Section, Study Group 16, Video Coding Experts Group), specifies two alternative entropy coding modes. In the first (default) mode a so-called Universal Variable Length Coding (UVLC) method is used to encode all syntax elements. The UVLC coding mode is a look-up table method in which the same set of variable length code-words is used to represent all the different kinds of information produced by the video encoder, regardless of the type of information in question. The alternative entropy coding method, specified for use in the so-called high complexity profile of H.26L, is a technique known as Context-based Adaptive Binary Arithmetic Coding (CABAC). This is a form of binary arithmetic coding which

12

continually adapts to the statistical properties of the information being coded and is known in the art to be one of the most efficient forms of entropy coding (see H. Witten, R. M. Neal, and J. G. Cleary, "Arithmetic coding for data compression," Commun. ACM, vol. 30, pp. 520–540, June 1987).

Because UVLC entropy coding uses the same set of variable length code-words to represent all types of information produced by the video encoder, in general the statistical properties of the code-words do not match optimally with the characteristics of the information to be encoded. For example, the frequency of occurrence of particular run and level values used to represent the quantized DCT coefficients for an INTRA-coded image block is likely to be different from the occurrence of values in control information relating to quantization parameter values. The CABAC entropy coding method was introduced into the H.26L recommendation in order to overcome the inherently sub-optimal nature of the UVLC entropy coding method. As explained earlier in the text, arithmetic coding represents a group of symbols to be coded with a single variable length code (a floating-point number). This provides particular advantages compared with entropy coding methods, which encode each symbol independently. Specifically, entropy coding methods which encode each symbol independently require at least one bit to represent each symbol. Because arithmetic coding represents groups of symbols with a single code-word, it is possible to achieve data compression rates of less than one bit per symbol. Thus the CABAC method provided in H.26L also provides the possibility of improved data compression. Furthermore, because it is an adaptive method, it is also able to take into account changes in the statistical characteristics of the information being coded, ensuring that data compression performance is maintained even if the nature of the data being encoded changes to some extent.

Context-Based Arithmetic Coding

As explained above, CABAC arithmetic coding is an entropy coding method, which is able to adapt to changing statistics of the information to be encoded. In this way it is capable of providing improved compression efficiency compared with entropy coding techniques which assume fixed statistical properties. FIG. 4 illustrates an exemplary context-based binary arithmetic encoder 700. CABAC is a binary arithmetic coding method and thus data symbols to be coded which have non-binary values are first converted to binary values ('binarized') in binary mapping block 710. The binarization process involves mapping a symbol to be coded to a sequence of bins, each of which has a corresponding bin number and can be assigned a value of either 0 or 1. An example of such a mapping is given below in Table 1. In principle other binarization schemes can be envisaged.

TABLE 1

| value | Bin Sequence | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | 1 | | | | | | | |
| 1 | 0 | 1 | | | | | | |
| 2 | 0 | 0 | 1 | | | | | |
| 3 | 0 | 0 | 0 | 1 | | | | |
| 4 | 0 | 0 | 0 | 0 | 1 | | | |
| 5 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | |
| . . . | . | . | . | . | . | . | . | . |
| bin__nr. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | . |

In the CABAC method each of the bins is assigned to a so-called 'context' (hence the name context-based arithmetic coding). A context can be thought of as grouping together

US 6,856,701 B2

13

14

bins, which have similar statistical characteristics. In other words, each bin assigned to a particular context is assumed to have a similar probability of containing the value 1 or 0 as the other bins belonging to that context. In this way, the probability estimates used to generate code-words in the arithmetic coder are defined for each context rather than for each possible bin to be encoded. Each context is defined according to a 'context model', established in advance and based on information about the statistical characteristics of the data symbols (and thus the bins) to be encoded. Generally, the data compression ratio achieved by a binary arithmetic encoder is enhanced if the difference between the probability of occurrence of a 0 and probability of occurrence of a 1 is maximised. In a similar way, the performance of a context-based arithmetic coding also depends on the choice of context model. This means that, in general, context models should be chosen so as to maximise the difference between the probability of occurrence of 0's and 1's for the bins assigned to each context.

In the exemplary context-based arithmetic coder illustrated in FIG. 4, once a symbol to be coded has been binarized in binary mapping block 710 it is assigned to a corresponding context in context assignment block 720. The value assigned to the corresponding bin (i.e., 1 or 0) is then passed to the arithmetic coder 730. The coding engine 750 of arithmetic coder 730 then encodes the bin value using a probability estimate for the context to which the bin is assigned. The performance, that is the data compression ratio achieved by the arithmetic encoder, depends on the accuracy of the probability estimates. In principle, the estimates may be fixed or adaptive. If fixed probability estimates are used, the probability estimates for each context are assigned to predefined values and remain unchanged during the encoding process. Fixed probability estimates are typically obtained in advance by analysing training material having statistical properties similar to those of the actual data to be encoded. If adaptive probability estimates are used, fixed values are used to initialise the probability estimates for each context and the probabilities are then updated throughout the encoding process based on the actual statistical properties of the data (bins) encoded so far. Adaptive probability estimates generally perform better since they can adjust to the material being encoded.

The exemplary context-based arithmetic coder illustrated in FIG. 4 employs adaptive probability estimates and comprises a probability estimation block 740 where updated probability estimates are calculated. The probability estimates for each context are updated by keeping a record of the number of occurrences of 1 and 0 for each of the bins assigned to each context. For example, if the bins assigned to an arbitrary context k have been assigned the value 0 m times and the value 1 n times, then the probability estimate for 1 in context k is $n/(n(m+1))$ and the probability estimate for 0 is $(m+1)/(n(m+1))$.

FIG. 5 illustrates a context-based arithmetic decoder 800 corresponding to the encoder described in connection with FIG. 4. A bit-stream representing arithmetic coded data symbols is received by the context-based arithmetic decoder at input 810. Initially, based on the previously decoded symbols, a context is calculated in a context assignment block 850 and the probability estimates of the bin values are updated. Context assignment, as carried out in the context assignment block 850, and calculation of probability estimates, as carried out in the probability estimation block 830, are done in the same manner as the encoder. The received bits are then fed into an arithmetic decoding engine 840 of the arithmetic decoder 820, where they are converted

to decoded bin values, using the calculated context and the current probability estimates of the bin values. Decoded bins are mapped to the values of the runs and levels in a bin-to-value mapping block 860.

CABAC Method as Used in H.26L

The details of the CABAC arithmetic coding method adopted for use in the high complexity profile of ITU-T recommendation H.26L will now be described in detail. According to H.26L TML8, the contexts for run and level values depend on the type of block being encoded and the bin number of the binarized level or run value. Different block types are defined according to the scanning mode (single/double) used to order the coefficient values, the component type (luminance/chrominance, AC/DC), or the coding mode (INTER/INTRA). However, for a given block type, the context depends only on the bin number. More specifically, according to H.26L TML8 four contexts are defined for level encoding. The first one is for the first bin, the second is for the second bin, while the third context is for the rest of the bins representing the magnitude of the level. The remaining context is used for the sign of the level. A similar approach is used to assign run values to contexts. For runs there are three contexts, the first one for the first bin, the second for the second bin and the third for all remaining bins. As run values are always equal to or greater than zero, there is no need for an additional context to represent sign information. Thus, for a block of a given type, the assignment of bins to contexts for transform coefficient bins (for both level and run encoding) can be summarised as follows:

$$
\begin{aligned}
&\text{if } (\text{bin\_nr} > \text{MAX\_BIN\_VAL}) \\
&\quad \text{bin\_nr} = \text{MAX\_BIN\_VAL}; \\
&\text{end} \\
&\text{context} = \text{bin\_nr}
\end{aligned}
\tag{1}
$$

where bin_nr is the bin number and context is the context number. According to H.26L TML8, the value of MAX_BIN_VAL is set equal to 3, but in principle another MAX_BIN_VAL could be used instead.

A run-level pair is encoded as follows: The runs and levels are first classified according to block/coefficient type: scanning mode, coefficient type (DC/AC), and coding mode (INTER/INTRA or 16×16 INTRA). The levels and runs are then binarized by mapping them onto a sequence of bins and each bin is assigned to a context based on its bin number.

FIGS. 6a–6d illustrate this process in detail with reference to an exemplary 4×4 array of quantized DCT coefficients. It also demonstrates the adaptive nature of the CABAC method, by illustrating the way in which the statistical properties of run and level values for quantized DCT coefficients are tracked. The two-dimensional array of quantized DCT coefficient values is first zigzag scanned to produce a one-dimensional array of values, as indicated in FIG. 6a. The non-zero coefficient values in the one-dimensional array are then represented as pairs of run and level values. As previously explained, each level value represents the value of a non-zero quantized DCT coefficient, while the associated run value corresponds to the number of zero-valued coefficients preceding the coefficient in question. The run-level pairs derived from the exemplary array of quantized DCT coefficients are presented in FIG. 6b. In each pair the level value precedes the associated run value and a level value equal to zero is used as an end-of-block symbol to indicate that there are no more non-zero coefficient values in the block.

Next, each run and level value is converted into a binary value. According to H.26L TML8, the binarization scheme

**15**

used to convert the run and level values for quantized DCT transform coefficient values is identical to that shown above in Table 1. FIG. 6c shows the result of applying the binarization scheme presented in Table 1 to the run and level values in the exemplary array. FIG. 6c also shows the assignment of bins to contexts according to H.26L. As described above, only three contexts are used to describe the magnitudes of the run and level values. The first context corresponds to bin **1**, the second to bin **2**, while the third context comprises all the remaining bins. In FIG. 6c, the contexts are delineated by bold horizontal lines. By examining FIG. 6c it can be seen that the majority of level values are mapped to bins which are assigned to context **3**, while the majority of run values are mapped to bins which are assigned to context **1**.

The probability estimates for each assigned context are updated after the encoding of the bins. Probability estimates for the run and level contexts are updated independently. As previously described, the probability estimate for a given context represents the statistical characteristics of the bins assigned to the context in question. More specifically, the probability estimate describes the likelihood of a bin assigned to the context containing a 1 or a 0. FIG. 6d describes, in an exemplary manner, the way in which the probability estimates are updated for runs and levels. The figure illustrates the probability of a bin assigned to a given run or level context containing a 1 or a 0 before and after the runs and levels representing the 4×4 block of quantized DCT coefficients shown in FIG. 6a are binarized and assigned to contexts and encoded in the arithmetic encoder. FIG. 6d takes the form of a table, which records the occurrence of 1's and 0's in the bins assigned to each context. Thus, the probability estimate for a given context is given by:

probability of 0=no. of 0's/(no. of 0's+no. of 1's)

probability of 1=no. of 1's/(no. of 0's+no. of 1's)

In the figure it is assumed that the 4×4 block of quantized DCT coefficients shown in FIG. 6a is the first such block to be processed. This means that there are no previous occurrences of 1's and 0's to record in the table. To overcome this problem it is assumed that before the block is processed, each context has an equal probability of containing a 1 or a 0. This is indicated by entering identical values in the columns that record the occurrence of 0's and 1's. In FIG. 6d, 1's are used to initialize the probability estimate. Alternatively, a probability estimate derived from analysis of training data could be used to intialize the probability estimates for each context. The probability estimates are then updated by counting the number of 1's and 0's which occur in the bins of each context as the run and level values for the block of quantized DCT transform coefficients are binarized and assigned to contexts. The right-hand column of FIG. 6d shows the situation after processing the 4×4 block of quantized DCT shown in FIG. 6a.

Although the CABAC arithmetic encoding method adopted in the high complexity profile of ITU-T recommendation H.26L TML8 provides an improvement in data compression compared with the UVLC entropy coding method, it is still not optimal with regard to coding efficiency. It is therefore an object of the invention to provide a method and system for context-based arithmetic coding, wherein coding efficiency is further improved.

SUMMARY OF THE INVENTION

The present invention is based on the realization that when coding a data symbol using context-based arithmetic coding, an improvement in coding efficiency can be achieved by using context models which take into

**16**

account the contexts to which other data symbols are assigned. With specific reference to the CABAC method used in the high complexity profile of H.26L TML8, the inventors of the present invention have determined that certain relationships exist between the run and level values associated with DCT transform coefficients. They have further determined that these relationships can be used to construct improved context models which enable the CABAC method to operate with improved coding efficiency when applied to the run and level values. In particular, the inventors have determined that consecutive level values exhibit a significant similarity. More specifically, within a given block of transform coefficients, the level of a coefficient to be encoded has, in general, a magnitude substantially similar to the level of the previously encoded coefficient. The inventors have also determined an inverse relationship between the level and run values. In particular, larger level values are more likely to be preceded by smaller run values. The converse is also true, namely smaller level values are likely to be preceded by larger runs. Consequently, the present invention proposes the creation of new context models for the coding of DCT transform coefficients, which take into account these relationships between level and run values.

In a first such context model, intended for implementation in a context-based arithmetic encoder, the context assigned to the bins of a binarized coefficient level value depends on the previously encoded coefficient level. In a second such context model, intended for implementation in a context-based arithmetic decoder, the context assigned to the bins of a binarized coefficient level value depends on the previously decoded coefficient level. In a third context model, implemented in either a context-based arithmetic encoder or a context-based arithmetic decoder, the context assigned to the bins of a binarized coefficient run value depends on the coefficient's level value.

The inventors have also determined that certain similarities exist between the transform coefficient values associated with different image blocks. These similarities are greater between image blocks which reside close to each other and tend to be strongest between immediately neighbouring image blocks. More specifically, the number $N_c$ of non-zero transform coefficient values representing a particular image block tends to be similar to the number of non-zero transform coefficient values in an image block close to, or neighbouring, the image block in question. Thus, the present invention further introduces the concept of providing an indication of the number of non-zero transform coefficients for a transform coded image block and encoding this value using entropy coding. Furthermore, if context-based arithmetic coding is used to encode the $N_c$ value, the inventors have determined that it is advantageous to assign the $N_c$ value of a block to a context by taking into account the context assigned to the $N_c$ value for at least one other transform coded image block. In this way the similarity between $N_c$ values between image blocks which reside close to each other can be taken advantage of in the context-based arithmetic coding procedure. According to ITU-T recommendation H.26L TML8, the number of non-zero transform coefficients in an image block is not encoded. Instead, and as previously explained, an end-of-block (EOB) indication is provided. The EOB indication signals that the last run-level pair corresponding to a non-zero coefficient has been encoded. The inventors have determined that the proposed method, in which an explicit indication of the number of non-zero coefficients in a block is provided and coded using context-based arithmetic coding leads to an increase in the

US 6,856,701 B2

17

coding efficiency compared with the method of providing an EOB indication as currently employed in H.26L TML8.

Although the motivation behind the present invention and its basic concepts have been presented in the context of video encoding/decoding and more specifically with respect to H.26L TML8, it should be appreciated that invention may be applied in other video coding systems and also to still image coding. In principle the invention can be applied in any image coding system in which block-based transform coding and context-based arithmetic coding are used.

According to a first aspect of the present invention there is provided a method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixel values to produce a corresponding block of transform coefficient values. The block of transform coefficient values is scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order wherein the coefficient values in the scanned array are represented by a plurality of number pairs, each having a first number indicative of a non-zero coefficient value and a second number indicative of a number of consecutive zero coefficient values preceding the non-zero coefficient value, and wherein the first and the second number are each assigned to one of a plurality of contexts indicative of the number pairs. The method comprises the step of assigning a further value to a context based on a third number indicative of a preceding value.

Preferably, the further value is the first number in one of the number and the preceding value is the first number of a preceding number pair.

Preferably, the step of assigning the first number in one of the number pairs to a context based on a third number indicative of the first number of a preceding number pair further takes into account the context to which the first number of the number pair is assigned.

Advantageously, the first number is equal to the magnitude of a non-zero coefficient value.

Preferably, the contexts are contexts of a context-based arithmetic coder.

Even more preferably, the contexts are contexts of a context-based binary arithmetic coder.

Advantageously, each of the first, second and third numbers is mapped to a set of bins, each of the bins having an associated bin number and being capable of taking one of either a first value or a second value.

Preferably, each of the first, second and third numbers is mapped to one of the set of bins, mapping of a number to a given one of the set of bins being indicated by assigning the value of the bin to the first value.

Preferably the first value is 1 and the second value is 0.

Preferably each of the set of bins is assigned to a context.

Advantageously, the step of assigning the first number in one of the number pairs to a context based on a third number indicative of the first number of a preceding number pair further takes into account the context to which the first number in the preceding number pair is assigned is implemented by examining the bin number of the bin to which the first number of the preceding number pair is mapped.

Advantageously, the method further comprises maintaining a probability estimate describing the statistical properties of each context.

Preferably, for each context, the probability estimate is indicative of the statistical likelihood of a number having a predetermined value being assigned to the context.

18

Preferably, for each context, the probability estimate is maintained by keeping a record of occurrences of the first value and the second value in the bins assigned to the context in question.

According to a second aspect of the present invention there is provided a method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixel values to produce a corresponding block of transform coefficient values. The block of transform coefficient values is scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order wherein the coefficient values in the scanned array are represented by (converted into) a plurality of number pairs, each having a first number indicative of a non-zero coefficient value and a second number indicative of a number of consecutive zero coefficient values preceding the non-zero coefficient value, and wherein the first and the second number are each assigned to one of a plurality of contexts indicative of the number pairs. The method comprises the step of assigning the second number in one of the number pairs to a context based on the first number of the number pair.

Preferably, the step of assigning the second number in one of the number pairs to a context based on the first number of the number pair further takes into account the context to which the second number in the one of the number pairs is assigned.

Advantageously, the first number is equal to the magnitude of a non-zero coefficient value.

Preferably, the contexts are contexts of a context-based arithmetic coder.

Even more preferably, the contexts are contexts of a context-based binary arithmetic coder.

Advantageously, each of the first and second numbers is mapped to a set of bins, each of the bins having an associated bin number and being capable of taking one of either a first value or a second value.

Preferably, each of the first and second numbers is mapped to one of the set of bins, mapping of a number to a given one of the set of bins being indicated by assigning the value of the bin to the first value.

Preferably the first value is 1 and the second value is 0.

Preferably each of the set of bins is assigned to a context.

Advantageously, the step of assigning the second number in one of the number pairs to a context based on the first number of the number pair further taking into account the context to which the second number in the one of the number pairs is assigned is implemented by examining the bin number of the bin to which the second number is mapped.

Advantageously, the method further comprises maintaining a probability estimate describing the statistical properties of each context.

Preferably, for each context, the probability estimate is indicative of the statistical likelihood of a number having a predetermined value being assigned to the context.

Preferably, for each context, the probability estimate is maintained by keeping a record of occurrences of the first value and the second value in the bins assigned to the context in question.

Preferably, the methods according to the first and the second aspect of the invention are both applied to a block of transform coefficient values.

According to a third aspect of the present invention there is provided a system for image coding, wherein an image is

US 6,856,701 B2

19

divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixels to produce a corresponding block of transform coefficient values. The block of transform coefficient values is scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order wherein the coefficient values in the scanned array are represented by a plurality of number pairs, each having a first number indicative of a non-zero coefficient value and a second number indicative of a number of consecutive zero coefficient values preceding the non-zero coefficient value, and wherein the first and the second number are each assigned to one of a plurality of contexts indicative of the number pairs. The system comprises a mechanism, located in the encoder, for assigning the first number in one of the number pairs to a context based on a third number indicative of the first number of a preceding number pair.

According to a fourth aspect of the present invention there is provided a system for image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixels to produce a corresponding block of transform coefficient values. The block of transform coefficient values is scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order wherein the coefficient values in the scanned array are represented by a plurality of number pairs, each having a first number indicative of a non-zero coefficient value and a second number indicative of a number of consecutive zero coefficient values preceding the non-zero coefficient value, and wherein the first and the second number are each assigned to one of a plurality of contexts indicative of the number pairs. The system comprises a mechanism, located in the encoder, for assigning the second number in one of the number pairs to a context based on the first number of the number pair.

According to a fifth aspect of the present invention there is provided a method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixels to produce a corresponding block of transform coefficient values. The method comprises the step of providing a number indicative of the number of non-zero coefficient values in the block of transform coefficient values and assigning the number to a context.

Advantageously, the step of assigning the number indicative of the number of non-zero transform coefficient values in the block of transform coefficient values takes into account the context to which another such number indicative of the number of non-zero transform coefficient values in another block of transform coefficient is assigned.

Advantageously, the block of transform values is scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order wherein the coefficient values in the scanned array are represented by a plurality of number pairs, each having a first number indicative of a non-zero coefficient value and a second number indicative of the number of consecutive zero coefficient values preceding the non-zero coefficient value.

Preferably, an end-of-block indication, indicative of the last non-zero coefficient value in the scanned array of coefficient values is not provided.

Preferably, the first number is equal to the magnitude of a non-zero coefficient value minus 1.

20

Preferably, the methods according to the first, second and fifth aspects of the invention are each applied to a block of transform coefficient values.

According to a sixth aspect of the present invention there is provided a system for image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on each block of pixels to produce a corresponding block of transform coefficient values. The system comprises a mechanism, located in the encoder and responsive to the coefficient values, for providing a third number indicative of the number of non-zero coefficient values in the block of transform coefficient values and assigning the number to a context.

Advantageously, the system further comprises a mechanism for assigning the number indicative of the number of non-zero transform coefficient values in the block of transform coefficient values taking into account the context to which another such number indicative of the number of non-zero transform coefficient values in another block of transform coefficient is assigned.

According to a seventh aspect of the present invention there is provided a computer program comprising code for performing a method of image coding, in which an image is divided into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixel values to produce a corresponding block of transform coefficient values. The computer program also comprises code for scanning the block of transform coefficient values in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order wherein the coefficient values in the scanned array are represented by a plurality of number pairs, each having a first number indicative of a non-zero coefficient value and a second number indicative of a number of consecutive zero coefficient values preceding the non-zero coefficient value, and wherein the first and the second number are each assigned to one of a plurality of contexts indicative of the number pairs. The computer program also comprises code for assigning the first number in one of the number pairs to a context based on a third number indicative of the first number of a preceding number pair.

According to an eighth aspect of the present invention there is provided a computer program comprising code for performing a method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixel values to produce a corresponding block of transform coefficient values. The computer program also comprises code for scanning the block of transform coefficient values in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order wherein the coefficient values in the scanned array are represented by a plurality of number pairs, each having a first number indicative of a non-zero coefficient value and a second number indicative of a number of consecutive zero coefficient values preceding the non-zero coefficient value, and wherein the first and the second number are each assigned to one of a plurality of contexts indicative of the number pairs. The computer program further comprises code for assigning the second number in one of the number pairs to a context based on the first number of the number pair.

According to a ninth aspect of the present invention there is provided a computer program comprising code for per-

US 6,856,701 B2

**21**

forming a method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixels to produce a corresponding block of transform coefficient values. The computer program further comprises code for providing a number indicative of the number of non-zero coefficient values in the block of transform coefficient values and assigning the number to a context.

Advantageously, the computer program further comprises code for assigning the number indicative of the number of non-zero transform coefficient values in the block of transform coefficient values taking into account the context to which another such number indicative of the number of non-zero transform coefficient values in another block of transform coefficient is assigned.

According to a tenth aspect of the invention there is provided a computer program according to the seventh, eighth and ninth aspects of the invention.

The present invention will become apparent upon reading the description taken in conjunction with FIGS. 7a to 12.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating the structure of an exemplary video encoder, which employs block-based transform coding and motion-compensated prediction.

FIG. 2 is a block diagram of an exemplary video decoder corresponding to the encoder of FIG. 1.

FIG. 3 is a diagrammatic representation showing an exemplary zig-zag scan.

FIG. 4 is a block diagram showing an encoder in a prior art context-based arithmetic coding scheme.

FIG. 5 is a block diagram showing a decoder in a prior art context-based arithmetic coding scheme.

FIG. 6a is a diagrammatic representation showing an exemplary two-dimensional array of quantized DCT coefficient values scanned in a zigzag manner.

FIG. 6b is a table showing the level and run values derived from the array of FIG. 6a.

FIG. 6c is a table showing the binarized level and run values resulted from the application of the binarization scheme of Table 1 to the level and run values of FIG. 6b.

FIG. 6d is a table showing a way in which the probability estimates are updated from runs and levels.

FIG. 7a is a table showing a way in which contexts are assigned to bins based on level values.

FIG. 7b is a table showing the way in which contexts are assigned to level values according to the first embodiment of the present invention.

FIG. 8a is a table showing a way in which contexts are assigned to bins based on run values.

FIG. 8b is a table showing the way in which contexts are assigned to run values according to the second embodiment of the present invention.

FIG. 9 is a block diagram illustrating an encoder in a context-based arithmetic coding scheme, according to the present invention.

FIG. 10 is a block diagram illustrating a decoder, according to the present invention.

FIG. 11 is a flowchart illustrating a method of image coding, according to the preferred embodiment of the present invention.

FIG. 12 is a flowchart illustrating a method of image coding, according to another embodiment of the present invention.

**22**

### BEST MODE TO CARRY OUT THE INVENTION

Embodiments of the invention will now be discussed in detail. As described above, the present invention provides a number of related mechanisms by which an improvement in the coding efficiency (data compression) of a context-based arithmetic coder, can be attained. This improvement is achieved by using context models, which take into account the contexts to which other data symbols are assigned.

The first embodiment of the invention, described in detail in section 1.1 below, relates to a context-based binary arithmetic coder suitable for use in an image coding system such as that defined by ITU-T recommendation H.26L. In this embodiment, level values generated by run-level coding the quantized transform coefficients of a transform coded block of image pixels are assigned to contexts taking into account the level of another transform coefficient belonging to the same block.

The second embodiment of the invention, described in detail in section 1.2, also relates to a context-based binary arithmetic coder for an image coding system such as that defined by ITU-T recommendation H.26L. In the second embodiment, run values produced by run-level coding the quantized DCT transform coefficients of a transform coded block of image pixels are assigned to contexts taking into account the level value of the run-level pair to which the run value belongs.

The third embodiment of the invention is described in section 1.3 and also relates to a context-based arithmetic coder for an image coding system such as that defined by ITU-T recommendation H.26L. According to the third embodiment, the number of non-zero transform coefficients $N_c$ for a transform coded image block is determined and assigned to a context taking into account the context assigned to the $N_c$ value for at least one other transform coded image block.

A preferred embodiment of the invention combines the functionality of the three above-mentioned embodiments.

As explained earlier in the text, the high complexity profile of ITU-T recommendation H.26L TML8 employs a form of context-based arithmetic coding known as CABAC. In a video encoder implemented according to H.26L, the CABAC method is used to encode a variety of different types of information produced by the encoder, including the transform coefficients generated by transform coding blocks of image pixels (in INTRA-coding mode) or prediction error values (in INTER-coding mode). The two-dimensional array of transform coefficients produced by transform coding a block of image pixels is scanned according to a particular scanning mode to produce a one-dimensional array. Two such scanning modes are defined in H.26L. The first is known as 'single-scanning mode' while the other is referred to as 'double-scanning mode'. Whichever scanning mode is used, scanning of the transform coefficients converts the two-dimensional array of coefficient values into a one-dimensional array in which the coefficients are ordered in a predetermined manner. The ordered transform coefficient values in the one-dimensional array are converted run and level values. The last entry in the ordered one-dimensional array is an end-of-block symbol, which according to H.26L TML8, takes the form of a level value equal to zero. This indicates that the last non-zero coefficient value in the ordered array has been converted into a run-level pair.

The run and level values are converted to binary numbers (binarized), by mapping them to a series of bins, each of which can be assigned the value 0 or 1 (see Table 1). The

23

binarized run and level values are then assigned to contexts, a separate set of contexts being defined for the runs and the levels. According to H.26L TML8, for a given block type, the set of contexts defined for levels depends only on the bin number to which the levels are assigned. More specifically, according to H.26L TML8 four contexts are defined for level encoding. The first one is for the first bin, the second is for the second bin, while the third context is for the rest of the bins representing the magnitude of the level. The remaining context is used for the sign of the level. For runs there are three contexts, the first one for the first bin, the second for the second bin and the third for all remaining bins. As run values are always equal to or greater than zero, there is no need for an additional context to represent sign information.

1.1. Context Model for Levels

According to the first embodiment of the present invention, when assigning a binarized level value to a context, in addition to considering the bin to which the level value itself is mapped, the level value of the preceding run-level pair is also taken into account. In this context, the term 'preceding run-level pair' means the run-level pair corresponding to the preceding coefficient in the ordered one-dimensional array of coefficient values. The following pseudo code presents an exemplary procedure for assigning a context to a level value of a run-level pair, taking into account both the bin to which the level itself is mapped and the level value of the preceding run-level pair:

```
if (bin_nr > MAX_BIN_LEVEL)
    bin_nr = MAX_BIN_LEVEL;
end
if(prev_level > MAX_LEVEL)                              (2)
    prev_level = MAX_LEVEL;
end
context = (bin_nr-1)*MAX_LEVEL + prev_level
```

In expression (2) prev_level is the (magnitude of the) level value of the previous run-level pair. prev_level is initialized to zero at the beginning of each block. In a double scanning mode, prev_level is initialized at the beginning of each scan, twice per block. Parameter MAX_BIN_LEVEL provides a means of controlling the way in which the bin number to which the level value is mapped affects the assignment of a context. More specifically, and in a manner similar to the present assignment of contexts according to H.26L TML8, MAX_BIN_LEVEL effectively defines a context to which all bin numbers greater than or equal to MAX_BIN_LEVEL are assigned. In an similar fashion parameter MAX_LEVEL provides a means of controlling the way in which the level value of the previous run-level pair affects the assignment of a context. FIGS. 7a and 7b illustrate the way in which contexts are assigned to level values according to the first embodiment of the invention by applying the pseudo code of expression (2) with MAX_BIN_LEVEL=3 and MAX_LEVEL=5. In principle, any combination of MAX_BIN_LEVEL and MAX_LEVEL can be used to define a set of contexts appropriate for the statistical characteristics of the level values to be coded.

1.2. Context Model for Runs

According to the second embodiment of the invention an approach is similar to that described in section 1.1 is used to assign run values to contexts. More specifically, when assigning a binarized run value to a context, in addition to considering the bin to which the run value itself is mapped, the level of the run-level pair to which the run value belongs is also taken into account. The following pseudo code presents an exemplary procedure for assigning a context to

24

a run value of a run-level pair, taking into account both the bin to which the run itself is mapped and the level value of the run-level pair to which the run value belongs:

```
if (bin_nr > MAX_BIN_RUN)
    bin_nr = MAX_BIN_RUN;
end
if (level > MAX_RUNL)                                   (3)
    level = MAX_RUNL;
end
context = (bin_nr-1)*MAX_RUNL + level
```

In expression (3) level is the magnitude of the level value of the run-level pair. Parameter MAX_BIN_RUN provides a means of controlling the way in which the bin number to which the run value is mapped affects the assignment of a context. More specifically, and in a manner similar to the present assignment of contexts according to H.26L TML8, MAX_BIN_RUN effectively defines a context to which all bin numbers greater than or equal to MAX_BIN_RUN are assigned. In an similar fashion parameter MAX_RUNL provides a means of controlling the way in which the level value of run-level pair affects the assignment of a context. FIGS. 8a and 8b illustrates the way in which contexts are assigned to level values according to the second embodiment of the invention by applying the pseudo code of expression (3) with MAX_BIN_RUN=3 and MAX_RUNL=4. In principle, any combination of MAX_BIN_RUN and MAX_RUNL can be used to define a set of contexts appropriate for the statistical characteristics of the run values to be coded.

1.3 Contexts for Number of Non-Zero Coefficients

The third embodiment of the invention relates in particular to the way in which an ordered array of transform coefficient values is converted into run and level values and the way in which the number of run-level pairs corresponding to an array of quantized transform coefficient values is signaled. More specifically, after a block of image pixels or prediction error values has been transform coded to form a two-dimensional array of transform coefficient values and each of the coefficient values has been quantized, the number of non-zero quantized coefficient values in the array is determined. A value, referred to as $N_c$, is assigned to that number and is used to signal explicitly the number of non-zero coefficient values in the array. Thus, according to this embodiment of the invention, an EOB symbol, for example a level value equal to zero, is no longer required.

The quantized transform coefficients are further scanned according to a predetermined scanning order to produce an ordered one-dimensional array. Alternatively, $N_c$ may be determined after ordering the quantized coefficient values. Each of the non-zero quantized coefficients in the ordered array is then converted into a run-level pair. According to this embodiment of the invention, the level value of the run-level pair denotes the magnitude of the value of the quantized coefficient minus 1 and the run value corresponds to the number of consecutive zero-valued quantized coefficients preceding the coefficient in question. The level values are assigned to the magnitude of the value of the quantized coefficient minus 1 because a level value equal to zero is no longer used as an end-of-block indicator. This gives rise to a saving in the amount of data (e.g. number of bits) required to represent the level information.

The level and run values are then encoded using entropy coding, as is the $N_c$ value. In a situation where a context-based arithmetic coding method such as the CABAC technique implemented in H.26L TML8 is used, the run and

US 6,856,701 B2

25

level values may be encoded according to the first and/or second embodiments of the invention, as described above. Alternatively any other appropriate context models may be used for the run and level values. Additionally a separate context model is defined for $N_c$. According to this embodiment of the invention, the $N_c$ value representing the number of non-zero quantized transform coefficients in a given block is first binarized by mapping it to a series of bins, each of which has a corresponding bin number. The context for $N_c$ is then determined on the basis of the bin number to which $N_c$ is mapped or the value of at least one other image block or macroblock which has already been assigned an $N_c$ value. The following pseudo code presents an exemplary procedure for assigning a context to an $N_c$ value, taking into account both the bin to which the $N_c$ itself is mapped and the preceding $N_c$ value:

```
if (bin_nr > MAX_BIN_Nc)
    bin_nr = MAX_BIN_Nc;
end
if(prev_nc > MAX_Nc)                              (4)
    prev_nc = MAX_Nc;
end
context = (bin_nr-1)*MAX_nc + prev_nc
```

In expression (4) prev_nc is the previous $N_c$ value.

When encoded level and run values for a given block are transmitted from an encoder to a decoder, the entropy coded $N_c$ value is transmitted before the encoded run and level values. At the decoder, the $N_c$ value is decoded, followed by the run-level pairs corresponding to the quantized transform coefficient values for the block in question. The value of +1 is added to each of the magnitude of the level values as they are decoded in order to compensate for the corresponding subtraction made at the encoder.

To demonstrate the improvement in coding efficiency using the method of image coding, according to the present invention, the average bitrate difference is calculated using results from QP=28, 24, 20, 16. Table 2 shows the bitrate reduction in percentage, as compared to TML-8, where MAX_LEVEL=5 and MAX_RUN=4. All frames are encoded as I-frames in CABAC mode. As shown in Table 2, the reduction in bitrate ranges from 0.95 to 4.74%. The improvement is more pronounced when the QP values are small.

TABLE 2

| QP | Con-tainer | Fore-man | News | Silent | Tempete | Mobile | Paris |
|---|---|---|---|---|---|---|---|
| 5 | 3.19 | 3.92 | 3.11 | 4.74 | 4.01 | 3.63 | 3.34 |
| 10 | 3.10 | 3.39 | 2.85 | 4.32 | 3.88 | 3.73 | 3.04 |
| 16 | 2.64 | 2.67 | 2.26 | 3.17 | 3.37 | 3.37 | 2.55 |
| 20 | 2.20 | 2.14 | 1.76 | 2.88 | 2.79 | 2.90 | 2.20 |
| 24 | 1.30 | 1.51 | 1.35 | 2.28 | 1.89 | 2.01 | 1.54 |
| 28 | 1.16 | 0.95 | 0.99 | 1.76 | 1.55 | 1.57 | 1.18 |
| Ave. Bitrate Diff.* (%) | 1.79 | 1.83 | 1.58 | 2.37 | 2.49 | 2.40 | 1.87 |

In Tables 2, the names appearing on the first row of the table are pictures used in Gisle Bjøntegaard "Recommended Simulation Conditions for H.26L" (VCG-M75, ITU-T Video Coding Experts Group, Austin, Tex., USA, 2–4, Apr., 2001).

Referring now to FIG. 9, an encoder 10 in the transmit side, according to the present invention, includes a unit 16 for storing previous levels and runs. As shown in FIG. 9, the

26

run-level pairs 102 for a given block are provided to a mapping unit 12, which map the pairs to a sequence of bins, each bin having a value of 0 or 1. The location of the bin in the sequence representing a run-level pair is called a bin number. The bin numbers are represented by signals 104. Based on the signals 104 and a previously encoded level value 108 provided by unit 16, an assignment unit 14 assigns a context to a bin number. The contexts, denoted by signals 106, are provided to an adaptive arithmetic coder 20. The probability of occurrence of 1 and the probability of occurrence of 0 are estimated by a probability estimation module 22. Based on the probability estimates 120, an arithmetic encoding unit 24 encodes the bins. A feedback signal 124 is provided from the encoder 24 to the probability estimation module 22 to update the probability estimation. The encoded information is made into a bit-stream 122 to be conveyed to a decoder or stored in a storage device for later use.

Preferably, the encoder 10 also includes a unit 18, which is capable of providing the number, $N_c$, of non-zero coefficients in the block to the arithmetic encoder 20 before the run-level pairs are provided to the arithmetic encoder 20, so that $N_c$ is also encoded and included into the bit-stream 122. $N_c$ is represented by signals 110. By using $N_c$, there is no need to send an End-of-Block (EOB) symbol to the decoder. In prior art, the level value of 0 is used for the EOB symbol. More specifically, $N_c$ is found after transform and quantization and it is encoded with entropy encoding. It should be noted that with the number of non-zero coefficients known, it is no longer necessary to use the 0-level value to signal the end of the block. Thus, it is possible to modify the level value by subtracting the value of the quantized coefficient by 1.

On the receive side, as shown in FIG. 10, a decoder 50 is used to receive the bit-stream 122 provided by the encoder 10. The received bit-stream, which represents arithmetic coded data symbols, is denoted by reference numeral 202. Initially, based on the previously decoded symbols, a context is calculated in a context assignment block 66 and the probability estimates of the bin values are updated in a probability estimation block 62. The previously decoded symbols based on which the probability estimates are updated are denoted by reference numeral 205. Context assignment, as carried out in the context assignment block 66, and calculation of probability estimates, as carried out in the probability estimation block 62, are similar to those in the encoder 10. The received bits 202 are then fed into an arithmetic decoding engine 64 in an arithmetic coder 60, where they are converted into decoded bin values 206, using the calculated context and the current probability estimates of the bin values 204. Decoded bins 208 are mapped to the values of the runs and levels in block 68. If the number, $N_c$, of non-zero coefficients in the block is encoded in the encoder 10 and provided in the received bit-stream 202, then a signal 214 is provided to the bin-to-value mapping module 68 whereby the quantized coefficient is restored by adding to the level value by 1.

FIG. 11 is a flowchart illustrating a method of image coding, according to the preferred embodiment of the present invention. As shown, the method 500 starts at step 510 where an image is received by an encoder. The received image is divided into a plurality of blocks at step 520. Each block is scanned at step 530 and the levels and runs of the quantized coefficients in the block are obtained at step 540. In contrast to prior art coding schemes, the present invention also uses the previous levels in the assignment of contexts at step 550. In particular, the assignment of contexts to the bins representing the level values of the quantized coefficients

US 6,856,701 B2

27

takes into account the value of the previously encoded level, as described in section 1.1. Likewise, the assignment of contexts to the bins representing the run values of the quantized coefficients takes into account the level value, as described in section 1.2. The assigned contexts are conveyed to an arithmetic coder for encoding at step **560**. Additionally, $N_c$, or the number of non-zero quantized coefficients, is determined during or after the block is scanned at step **530** and $N_c$ is encoded at step **560** prior to $N_c$ and the contexts being provided to a decoder, as described in section 1.3.

Alternatively, the image coding method can be improved solely by conveying signals indicative of $N_c$ to the receive side, without considering the value of the previously encoded level or run when the contexts are assigned, as shown in FIG. **11**. As shown in FIG. **12**, instead of obtaining the previously encoded levels and runs at step **540** for assigning the contexts at step **550**, $N_c$ is obtained and provided at step **542**. $N_c$ is conveyed, before the contexts assigned at step **550** are sent, to an arithmetic coder for encoding at step **560**. By sending $N_c$, there is no need to send the EOB symbol to the decoder.

Although the invention has been described with respect to a preferred embodiment thereof, it will be understood by those skilled in the art that the foregoing and various other changes, omissions and deviations in the form and detail thereof may be made without departing from the scope of this invention.

What is claimed is:

**1**. A method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixels to produce a corresponding block of transform coefficient values, the block of transform coefficient values being scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order, the method comprising the steps of:

representing the coefficient values in the scanned array by a plurality of number pairs, each of said number pairs having a first number and a second number; and

assigning the first numbers to one of a plurality of contexts representative of the first numbers such that the first number of a first number pair is assigned to a context at least partly in dependence on a first number of a second number pair.

**2**. A method according to claim **1**, wherein the first number of the first number pair is assigned to a context at least partly in dependence on the first number of a preceding number pair in the scanning order.

**3**. A method according to claim **1**, wherein said plurality of contexts are contexts of a context-based arithmetic coder.

**4**. A method according to claim **1**, wherein said plurality of contexts are contexts of a context-based binary arithmetic coder.

**5**. A method according to claim **4**, further comprising the step of:

mapping the first numbers of said number pairs to a set of bins, each of which can be assigned one of either a first or a second value.

**6**. A method according to claim **5**, wherein mapping of a number to a given one of said set of bins is indicated by assigning the bin to the first value.

**7**. A method according to claim **5**, wherein the first value is 1 and the second value is 0.

**8**. A method according to claim **5**, wherein the first number of a number pairs is assigned to a context at least partly in dependence on the bin to which the first number of said number pair is mapped.

28

**9**. A method according to claim **1**, wherein said first number is indicative of a non-zero coefficient value and said second number is indicative of a number of consecutive zero coefficient values preceding said non-zero coefficient value.

**10**. A method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixels to produce a corresponding block of transform coefficient values, the block of transform coefficient values is scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order, the method comprising the steps of:

representing the coefficient values in the scanned array by a plurality of number pairs, each of said number pairs having a first number and a second number; and

assigning the second numbers to one of a plurality of contexts representative of the second numbers such that the second number of a number pair is assigned to a context at least partly in dependence on the first number of the number pair.

**11**. A method according to claim **10**, wherein said plurality of contexts are contexts of a context-based arithmetic coder.

**12**. A method according to claim **10**, wherein said plurality of contexts are contexts of a context-based binary arithmetic coder.

**13**. A method according to claim **12**, further comprising the step of:

mapping the second numbers of said number pairs to a set of bins, each of which can be assigned one of either a first value or a second value.

**14**. A method according to claim **13**, wherein mapping of a number to a given one of said set of bins is indicated by assigning the bin to the first value.

**15**. A method according to claim **13**, wherein the first value is 1 and the second value is 0.

**16**. A method according to claim **13**, wherein the second number of a number pair is assigned to a context at least partly in dependence on the bin to which the second number of the number pair is mapped.

**17**. A method according to claim **10**, wherein said first number is indicative of a non-zero coefficient value and said second number is indicative of a number of consecutive zero coefficient values preceding said non-zero coefficient value.

**18**. A system for image coding comprising:

an input for receiving an image as a plurality of blocks having a plurality of pixels, each pixel having a pixel value;

a transform coder for performing a transform coding operation on a block of pixels to produce a corresponding block of transform coefficient values;

a scanner for scanning the block of transform coefficient values in a given scanning order to produce a scanned array of coefficient values, arranged according to the scanning order;

a run-level coder for representing the coefficient values in the scanned array by a plurality of number pairs, said number pairs having a first number and a second number; and

a context-based coder for assigning the first numbers to one of a plurality of contexts representative of the first numbers and operative to assign the first number of a first number pair to a context at least partly in dependence on a first number of a second number pair.

**19**. A system according to claim **18**, wherein said context-based coder is a context-based arithmetic coder.

US 6,856,701 B2

29

**20**. A system according to claim **18**, wherein said context-based coder is a context-based binary arithmetic coder.

**21**. A system according to claim **20**, wherein the context-based coder is operative to map the first numbers of said number pairs to a set of bins, each of which can be assigned to one of either a first or a second value.

**22**. A system according to claim **21**, wherein the context-based coder is operative to map a number to a given one of said set of bins by assigning the bin to the first value.

**23**. A system according to claim **21**, wherein the first value is 1 and the second value is 0.

**24**. A system according to claim **21**, wherein the context-based coder is operative to assign the first number of a number pair to a context at least partly in dependence on the bin to which the first number of said number pair is mapped.

**25**. A system according to claim **18**, wherein the context-based coder is operative to assign the first number of the first number pair to a context at least partly in dependence on the first number of a preceding number pair in the scanning order.

**26**. A system according to claim **18**, wherein said first number is indicative of a non-zero coefficient value and said second number is indicative of a number of consecutive zero coefficient values preceding said non-zero coefficient value.

**27**. A system for image coding comprising:

an input for receiving an image as a plurality of blocks having a plurality of pixels, each pixel having a pixel value;

a transform coder for performing a transform coding operation on a block of pixels to produce a corresponding block of transform coefficient values;

a scanner for scanning the block of transform coefficient values in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order;

a run-length coder for representing the coefficient values in the scanned array by a plurality of number pairs, said number pairs having a first number and a second number; and

a context-based coder for assigning the second numbers to one of a plurality of contexts representative of the second numbers, and operative to assign the second number of a number pair to a context at least partly in dependence on the first number of the number pair.

**28**. A system according to claim **27**, wherein said context-based coder is a context-based arithmetic coder.

**29**. A system according to claim **27**, wherein said context-based coder is a context-based binary arithmetic coder.

**30**. A system according to claim **29**, wherein the context-based coder is operative to map the second numbers of said number pairs to a set of bins, each of which can be assigned to one of either a first or a second value.

**31**. A system according to claim **30**, wherein the context-based coder is operative to map a number to a given one of said set of bins by assigning the bin to the first value.

**32**. A system according to claim **30**, wherein the first value is 1 and the second value is 0.

**33**. A system according to claim **30**, wherein the context-based coder is operative to assign the second number of a number pair to a context at least partly in dependence on the bin to which the second number of the number pair is mapped.

**34**. A system according to claim **27**, wherein said first number is indicative of a non-zero coefficient value and said second number is indicative of a number of consecutive zero coefficient values preceding said non-zero coefficient value.

30

**35**. A computer program embodied in a computer readable medium comprising:

machine-readable program code for dividing an image into a plurality of blocks having a plurality of pixels, each pixel having a pixel value;

machine-readable program code for performing a transform coding operation on a block of pixel values to produce a corresponding block of transform coefficient values;

machine-readable program code for scanning the block of transform coefficient values in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order;

machine-readable program code for representing the coefficient values in the scanned array by a plurality of number pairs, said number pairs having a first number and a second number; and

machine-readable program code for assigning the first numbers to one of a plurality of contexts representative of the first numbers such that the first number of a first number pair is assigned to a context at least partly in dependence on a first number of second number pair.

**36**. A computer program embodied in a computer readable medium comprising:

machine-readable program code for dividing an image into a plurality of blocks having a plurality of pixels, each pixel having a pixel value;

machine-readable program code for performing a transform coding operation on a block of pixel values to produce a corresponding block of transform coefficient values;

machine-readable program code for scanning the block of transform coefficient values in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order;

machine-readable program code for representing the coefficient values in the scanned array by a plurality of number pairs, said number pairs having a first number and a second number; and

machine-readable code for assigning the second numbers to one of a plurality of contexts representative of the second numbers such that the second number of a number pair is assigned to a context at least partly in dependence on the first number of the number pair.

**37**. A method of context-based arithmetic encoding in which an array of data symbols is represented with a code-word, the method comprising:

representing the data symbols in said array as number pairs comprising a first number and a second number; and

assigning the first number of a first number pair to a context selected from a plurality of contexts representative of the first numbers at least partly in dependence on a first number of a second number pair.

**38**. A method of context-based arithmetic encoding in which an array of data symbols is represented with a code-word, the method comprising:

representing the data symbols in said array as number pairs comprising a first number and a second number;

assigning the first number of a first number pair to a context selected from a plurality of contexts representative of the second numbers at least partly in dependence on the first number of the number pair.

**39**. A context-based arithmetic encoder operative to represent an array of data symbols with a code-word and comprising:

US 6,856,701 B2

**31**

a run-level coder for representing the data symbols in said array as number pairs comprising a first number and a second number;

a context assigner for assigning the first number of a first number pair to a context selected from a plurality of contexts representative of the first numbers at least partly in dependence on a first number of a second number pair.

**40**. A context-based arithmetic encoder operative to represent an array of data symbols with a code-word and comprising:

**32**

a run-level coder for representing the data symbols in said array as number pairs comprising a first number and a second number;

a context assigner for assigning the second number of a number pair to a context selected from a plurality of contexts representative of the second numbers at least partly in dependence on the first number of the number pair.

\*   \*   \*   \*   \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,856,701 B2                                        Page 1 of  1
DATED          : February 15, 2005
INVENTOR(S)  : Karczewicz et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 30,
Line 61, "first number of a first number pair" should be -- second number of a number
pair --.

Signed and Sealed this

Twenty-first Day of June, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 12

US008107744B2

(12) **United States Patent**    (10) **Patent No.:**    **US 8,107,744 B2**

Tian et al.    (45) **Date of Patent:**    **Jan. 31, 2012**

(54) **PICTURE BUFFERING FOR PREDICTION REFERENCES AND DISPLAY**

(75) Inventors: **Dong Tian**, Tampere (FI); **Miska Hannuksela**, Tampere (FI); **Ye-Kui Wang**, Tampere (FI)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 916 days.

(21) Appl. No.: **10/703,109**

(22) Filed: **Nov. 6, 2003**

(65) **Prior Publication Data**

US 2004/0179619 A1    Sep. 16, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/424,409, filed on Nov. 6, 2002, provisional application No. 60/429,953, filed on Nov. 29, 2002, provisional application No. 60/430,712, filed on Dec. 3, 2002.

(51) **Int. Cl.**
| | |
|---|---|
| *G06K 9/36* | (2006.01) |
| *G06K 9/46* | (2006.01) |
| *H04N 7/12* | (2006.01) |
| *H04N 11/02* | (2006.01) |

(52) **U.S. Cl.** .................. **382/233**; 382/238; 375/240.25

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,565,924 A | * | 10/1996 | Haskell et al. | 348/423.1 |
| 5,652,627 A | * | 7/1997 | Allen | 348/497 |
| 5,793,436 A | * | 8/1998 | Kim | 348/447 |
| 5,835,149 A | | 11/1998 | Astle | |
| 5,909,224 A | * | 6/1999 | Fung | 345/531 |
| 5,926,227 A | * | 7/1999 | Schoner et al. | 348/512 |
| 5,937,138 A | | 8/1999 | Fukuda et al. | |
| 6,028,539 A | * | 2/2000 | Matsui | 341/55 |
| 6,212,233 B1 | * | 4/2001 | Alexandre et al. | 375/240.03 |
| 6,289,129 B1 | * | 9/2001 | Chen et al. | 382/232 |
| 6,459,811 B1 | * | 10/2002 | Hurst, Jr. | 382/232 |
| 6,522,693 B1 | * | 2/2003 | Lu et al. | 375/240.02 |
| 6,546,050 B2 | * | 4/2003 | Ramaswamy | 375/240.03 |
| 6,628,719 B1 | * | 9/2003 | Kono et al. | 375/240.28 |
| 6,845,129 B2 | * | 1/2005 | Golin | 375/240.02 |
| 6,980,594 B2 | * | 12/2005 | Wang et al. | 375/240.12 |
| 7,149,247 B2 | * | 12/2006 | Sullivan | 375/240.03 |
| 7,170,938 B1 | * | 1/2007 | Cote et al. | 375/240.03 |
| 7,421,508 B2 | * | 9/2008 | Hannuksela et al. | 709/231 |
| 2001/0009567 A1 | * | 7/2001 | Tsuboi | 375/240.25 |

FOREIGN PATENT DOCUMENTS

RU    2 073 913    2/1997

(Continued)

OTHER PUBLICATIONS

JVT ITU-T Rec. H.264 I ISO/IEC 14496-10, May 2002.*

(Continued)

*Primary Examiner* — Yuzhen Ge

(57) **ABSTRACT**

The invention relates to an encoder for forming an encoded picture stream. The pictures are defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream. The encoder is arranged to form to the bitstream an indication of such a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures. The invention also relates to a signal, hypothetical encoder, decoder, hypothetical decoder, electronic device, system, software program and a storage medium.

**26 Claims, 7 Drawing Sheets**



### FOREIGN PATENT DOCUMENTS

| RU | 2 216 122 | 11/2003 |
| WO | 99/16252 | 4/1999 |
| WO | 00/59219 | 10/2000 |

### OTHER PUBLICATIONS

H.264 and MPEG-4 Video Compression—Video Coding for Next-generation Multimedia, Iain E. G. Richardson, John Wiley and Sons Ltd, Jan. 2004, p. 166.*

"A Flexible Decoder Buffer Model for JVT Video Coding" by J. Ribas-Corbera et al, Conferenece on Image Processing.

(ICIP '02) ; Rochester, NY, Sep. 22-25, 2002. Published IEEE Int. Conf. Image Process 2002, vol. 2, pp. II/493-II/496.

Joint Video Team (JVT) of ISO/IEC MPEG & ITU-T VCEG, 2nd meeting, Jan. 29-Feb. 1, 2002, (retrieved from the Internet Http// :ftp3.itu.ch/av-arch/video-side/0201Gen/JVT-B050.doc on Jul. 8, 2005, document date on the ITU file server: Jan. 23, 2002).

Russian Office Action Issued Oct. 31, 2006 for Russian Patent Application No. 2005117360 filed Nov. 6, 2003 (Original with English translation).

Japanese Office Action dated Feb. 3, 2009, 3 pages with English translation, 5 pages.

"Description of Hypothetical Reference Decoder (HRD) and Buffering Verifiers" by Miska M. Hannuksela et al; Joint Video Team (JVT) of ISO/IEC MPEG & ITU-T VCEG (ISO/IEC JTC1/SC29/WG11 and ITU-T SG16 Q.6), 3rd Meeting, Fairfax, Virginia, May 6-10, 2002, 10 pages.

"Decoded Picture Buffer" by Louis Kerofsky; Joint Video Team (JVT) of ISO/IEC MPEG & ITU-T VCEG (ISO/IEC JT C1/SC29/WG11 and ITU-T SG16 Q.6), 5th Meeting, Geneva, CH, Oct. 9-17, 2002, 6 pages.

* cited by examiner

Three-layer recursive temporal scalability



Decoding of two layers from the three-layer sequence above



# Fig. 1



## Fig. 2



## Fig. 3

U.S. Patent          Jan. 31, 2012          Sheet 3 of 7          US 8,107,744 B2

Conventional coding scheme



INTRA frame

INTRA frame postponement



Postponed INTRA frame

# Fig. 4



Fig. 5

U.S. Patent    Jan. 31, 2012    Sheet 5 of 7    US 8,107,744 B2



Fig. 6



Fig. 7

U.S. Patent            Jan. 31, 2012        Sheet 7 of 7            US 8,107,744 B2



Figure 8

US 8,107,744 B2

**1**

## PICTURE BUFFERING FOR PREDICTION REFERENCES AND DISPLAY

### CROSS-REFERENCE TO RELATED APPLICATIONS

Priority is claimed from provisional application 60/424, 409 filed Nov. 6, 2002, from provisional application 60/429, 953 filed Nov. 29, 2002 and from provisional application 60/430,712 filed Dec. 3, 2002.

### FIELD OF THE INVENTION

The present invention relates to a picture buffering for prediction references and display, the method comprising an encoding step for forming encoded pictures in an encoder, an optional hypothetical decoding step for decoding said encoded pictures in the encoder, a transmission step for transmitting said encoded pictures to a decoder, a decoding step for decoding the encoded pictures for forming decoded pictures, and rearranging step for arranging the decoded pictures in displaying order.

### BACKGROUND OF THE INVENTION

Published video coding standards include ITU-T H.261, ITU-T H.263, ISO/IEC MPEG-1, ISO/IEC MPEG-2, and ISO/IEC MPEG-4 Part 2. These standards are herein referred to as conventional video coding standards.

There is a standardization effort going on in a Joint Video Team (JVT) of ITU-T and ISO/IEC. The work of JVT is based on an earlier standardization project in ITU-T called H.26L. The goal of the JVT standardization is to release the same standard text as ITU-T Recommendation H.264 and ISO/IEC International Standard 14496-10 (MPEG-4 Part 10). The draft standard is referred to as the JVT coding standard in this paper, and the codec according to the draft standard is referred to as the JVT codec.

The optional reference picture selection mode of H.263 and the NEWPRED coding tool of MPEG-4 Part 2 enable selection of the reference frame for motion compensation per each picture segment, e.g., per each slice in H.263. Furthermore, the optional Enhanced Reference Picture Selection mode of H.263 and the JVT coding standard enable selection of the reference frame for each macroblock separately.

Reference picture selection enables many types of temporal scalability schemes. FIG. **1** shows an example of a temporal scalability scheme, which is herein referred to as recursive temporal scalability. The example scheme can be decoded with three constant frame rates. FIG. **2** depicts a scheme referred to as Video Redundancy Coding, where a sequence of pictures is divided into two or more independently coded threads in an interleaved manner. The arrows in these and all the subsequent figures indicate the direction of motion compensation and the values under the frames correspond to the relative capturing and displaying times of the frames.

In conventional video coding standards, the decoding order of pictures is the same as the display order except for B pictures. A block in a conventional B picture can be bi-directionally temporally predicted from two reference pictures, where one reference picture is temporally preceding and the other reference picture is temporally succeeding in display order. Only the latest reference picture in decoding order can succeed the B picture in display order (exception: interlaced coding in H.263 where both field pictures of a temporally subsequent reference frame can precede a B pic-

**2**

ture in decoding order). A conventional B picture cannot be used as a reference picture for temporal prediction, and therefore a conventional B picture can be disposed of without affecting the decoding of any other pictures.

The JVT coding standard includes the following novel technical features compared to earlier standards:

The decoding order of pictures is decoupled from the display order. The picture number indicates decoding order and the picture order count indicates the display order.

Reference pictures for a block in a B picture can either be before or after the B picture in display order. Consequently, a B picture stands for a bi-predictive picture instead of a bi-directional picture.

Pictures that are not used as reference pictures are marked explicitly. A picture of any type (intra, inter, B, etc.) can either be a reference picture or a non-reference picture. (Thus, a B picture can be used as a reference picture for temporal prediction of other pictures.)

A picture can contain slices that are coded with a different coding type. In other words, a coded picture may consist of an intra-coded slice and a B-coded slice, for example.

Decoupling of display order from decoding order can be beneficial from compression efficiency and error resiliency point of view.

An example of a prediction structure potentially improving compression efficiency is presented in FIG. **3**. Boxes indicate pictures, capital letters within boxes indicate coding types, numbers within boxes are picture numbers according to the JVT coding standard, and arrows indicate prediction dependencies. Note that picture B17 is a reference picture for pictures B18. Compression efficiency is potentially improved compared to conventional coding, because the reference pictures for pictures B18 are temporally closer compared to conventional coding with PBBP or PBBBP coded picture patterns. Compression efficiency is potentially improved compared to conventional PBP coded picture pattern, because part of reference pictures are bi-directionally predicted.

FIG. **4** presents an example of the intra picture postponement method that can be used to improve error resiliency. Conventionally, an intra picture is coded immediately after a scene cut or as a response to an expired intra picture refresh period, for example. In the intra picture postponement method, an intra picture is not coded immediately after a need to code an intra picture arises, but rather a temporally subsequent picture is selected as an intra picture. Each picture between the coded intra picture and the conventional location of an intra picture is predicted from the next temporally subsequent picture. As FIG. **4** shows, the intra picture postponement method generates two independent inter picture prediction chains, whereas conventional coding algorithms produce a single inter picture chain. It is intuitively clear that the two-chain approach is more robust against erasure errors than the one-chain conventional approach. If one chain suffers from a packet loss, the other chain may still be correctly received. In conventional coding, a packet loss always causes error propagation to the rest of the inter picture prediction chain.

In the JVT coding standard, decoded pictures have to be buffered for two reasons: First, decoded pictures are used as reference pictures for predicting subsequent coded pictures. Second, due to decoupling of the decoding order from the display order, decoded pictures have to be reordered in display order.

US 8,107,744 B2

3

The following example is used to explain the problem of separate buffering the present invention overcomes.

Consider the following sequence of pictures, where P is a predicted picture, BS a reference bi-predictive picture, and BN a non-reference bi-predictive picture, and the number relates to display order:

| Display order | P1 | | BN2 | BN3 | BS4 | BN5 | BN6 | P7 | . . . |
| Decoding order | P1 | P7 | BS4 | BN2 | BN3 | BN5 | BN6 | | |

This can be decoded with three picture memories in the reference picture buffer, but when BN5 is decoded, it is not yet time to display it:

| Decoded time | P1 | P7 | | BS4 | BN2 | BN3 | BN5 | BN6 | | | |
| Display time | | | | | P1 | BN2 | BN3 | BS4 | BN5 | BN6 | P7 | . . . |

Therefore BN5 has to be stored to reorder pictures in display order.

The problem does not exist in conventional video coding standards, because the display order for all reference pictures is the same as their decoding order and because only the latest decoded reference picture has to be buffered to reorder pictures in display order if B pictures are in use. The conventional video coding standard supporting reference picture selection have a reference picture buffer but they do not have a picture buffer for display reordering.

The following straightforward proposal was proposed for the JVT coding standard: Have a picture buffer for reference pictures that is separate from a picture buffer for display reordering. Specify the maximum number of pictures separately for both buffers.

Let us reconsider the above described example again. A reference picture enters the reference picture buffer as soon as it is decoded. A non-reference picture does not enter the reference picture buffer. A decoded picture is removed from the reference picture buffer as soon as it is no longer needed for reference. For example, picture P1 can be removed after decoding of picture BN3. A picture enters the display reordering buffer as soon as it is decoded. A decoded picture is removed from the display reordering buffer when it can be displayed. The figure below shows the contents of the buffers just after decoding each picture.

| De-coded time | P1 | P7 | BS4 | | BN2 | BN3 | BN5 | BN6 | | |
| Display time | | | | | P1 | BN2 | BN3 | BS4 | BN5 | BN6 | P7 |
| Ref-erence buf | P1 | P1 | P1 | | P1 P7 | BS4 BS4 P7 | BS4 BS4 P7 | P7 | P7 | | |
| Display buf | | P1 | P1 | | BS4 P7 | BS4 P7 | BS4 P7 | BN5 P7 | BN6 P7 | P7 | |

It can be seen that the required sizes of the reference picture buffer and the display reordering buffer are 3 pictures and 2 pictures respectively.

SUMMARY OF THE INVENTION

In the present invention the reference picture buffer and the display picture buffer are combined, wherein both the refer-

4

ence pictures and the pictures to be reordered are stored in the same buffer to avoid the need to store the same picture in two different places.

The present invention provides a hypothetical decoder, signal, encoder, decoder, method, device, system and computer program for use in any kind of network device and terminal device, wherein the same buffer can be used to store at the decoder both the reference pictures and the pictures waiting to be displayed. Furthermore, the pictures are not stored twice in the memory.

In one embodiment of the present invention the usability of the unified buffering is further increased by defining an attribute for the number of pictures waiting for reordering in the buffer. The attribute num_reorder_frames is the number of consecutive frames in decoding order that is required to recover the output order of pictures at any time. The sum of the maximum number of reference frames stored in the unified buffer and the maximum number of the pictures to be reordered for displaying, excluding those pictures which already are stored as reference pictures, is set smaller than or equal to the current capacity of the unified buffer. This means that the buffer can not overflow, therefore it is not necessary to test it. Instead, an optional Hypothetical Reference Decoder (HRD) can check that no picture is removed from the buffer before its output time stamp.

According to one aspect of the present invention there is provided a hypothetical decoder for hypothetically decoding an encoded picture stream, the pictures being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream. The hypothetical decoder is primarily characterized in that the hypothetical decoder comprises a unified picture buffer for buffering reference pictures and pictures to be reordered, and that the hypothetical decoder comprises the following:

a processing block for performing the following before inserting a newly decoded picture to the buffer,

examining if the newly decoded picture can be inserted in the buffer without removing another picture from the buffer,

on the basis of said examination, if the newly decoded picture cannot be inserted in the buffer without removing another picture from the buffer, selecting a picture to be removed from those pictures in the buffer which are not used as reference pictures and which have already been output from the buffer,

if a picture was selected, removing the selected picture from the buffer, otherwise indicating an error.

According to another aspect of the present invention there is provided a signal containing an encoded picture stream, the pictures being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream. The signal is primarily characterized in that the signal contains an indication of such a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures.

According to a third aspect of the present invention there is provided an encoder for forming an encoded picture stream, the pictures being defined as reference pictures or non-refer-

US 8,107,744 B2

**5**

ence pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream. The signal is primarily characterized in that the encoder is arranged to form to the bitstream an indication of such a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures.

According to a fourth aspect of the present invention there is provided an encoder comprising a hypothetical decoder for hypothetically decoding an encoded picture stream, the pictures being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream. The encoder is primarily characterized in that the encoder comprises a unified picture buffer for buffering reference pictures and pictures to be reordered, and that the hypothetical decoder comprises the following:

a processing block for performing the following before inserting a newly decoded picture to the buffer,

  examining if the newly decoded picture can be inserted in the buffer without removing another picture from the buffer,

  on the basis of said examination, if the newly decoded picture cannot be inserted in the buffer without removing another picture from the buffer, selecting a picture to be removed from those pictures in the buffer which are not used as reference pictures and which have already been output from the buffer,

  if a picture was selected, removing the selected picture from the buffer, otherwise indicating an error.

According to a fifth aspect of the present invention there is provided a method for forming an encoded picture stream comprising defining the pictures as reference pictures or non-reference pictures, and defining information relating to decoding order and output order of a picture for pictures of the picture stream. The method is primarily characterized in that an indication of such a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures is defined to the bitstream.

According to a sixth aspect of the present invention there is provided a method for buffering decoded pictures, the pictures being defined as reference pictures or non-reference pictures, the size of the buffer is defined, and the number of reference pictures in the buffer is defined. The method is primarily characterized in that a unified picture buffer is used for buffering both prediction references and decoded pictures for arranging them in displaying order.

According to a seventh aspect of the present invention there is provided a decoder including means for buffering decoded pictures, the pictures being defined as reference pictures or non-reference pictures, the size of the buffer is defined, and the number of reference pictures in the buffer is defined. The decoder is primarily characterized in that the means for buffering includes a unified picture buffer for buffering both prediction references and decoded pictures for arranging them in displaying order.

According to a eighth aspect of the present invention there is provided a software program comprising machine executable steps for forming an encoded picture stream, the pictures being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream. The software program is primarily characterized in that the software program comprises machine executable steps for arranging to form to the bitstream an indication of such a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures.

**6**

According to a ninth aspect of the present invention there is provided a software program comprising machine executable steps for hypothetically decoding an encoded picture stream, the pictures being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream. The software program is primarily characterized in that the software program comprises machine executable steps for buffering reference pictures and pictures to be reordered in a unified picture buffer, and that the software program further comprises the following:

machine executable steps for performing the following before inserting a newly decoded picture to the buffer,

  examining if the newly decoded picture can be inserted in the buffer without removing another picture from the buffer,

  on the basis of said examination, if the newly decoded picture cannot be inserted in the buffer without removing another picture from the buffer, selecting a picture to be removed from those pictures in the buffer which are not used as reference pictures and which have already been output from the buffer,

if a picture was selected, removing the selected picture from the buffer, otherwise indicating an error.

According to a tenth aspect of the present invention there is provided a storage medium for storing a software program comprising machine executable steps for forming an encoded picture stream, the pictures being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream. The storage medium is primarily characterized in that the software program comprises machine executable steps for arranging to form to the bitstream an indication of such a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures.

According to a eleventh aspect of the present invention there is provided an electronic device comprising a decoder including means for buffering decoded pictures, the pictures being defined as reference pictures or non-reference pictures, the size of the buffer is defined, and the number of reference pictures in the buffer is defined. The electronic device is primarily characterized in that the means for buffering includes a unified picture buffer for buffering both prediction references and decoded pictures for arranging them in displaying order.

According to a twelfth aspect of the present invention there is provided a system comprising an encoder for forming a signal containing an encoded picture stream, the pictures being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream, a transmission channel for transmitting the signal to a decoder, the decoder including means for buffering decoded pictures. The system is primarily characterized in that system comprising an encoder for forming a signal containing an encoded picture stream, the pictures being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream, a transmission channel for transmitting the signal to a decoder, the decoder including means for buffering decoded pictures.

The invention solves the decoded picture buffering problem in the JVT coding standard that did not exist in conventional video coding standards. The invention saves memory compared to the other solution proposed for the JVT coding standard. The advantage that the memory needed for buffer-

US 8,107,744 B2

7

ing the pictures can be minimized is a significant advantage in small devices like mobile terminals.

## DESCRIPTION OF THE DRAWINGS

FIG. **1** shows an example of a recursive temporal scalability scheme,

FIG. **2** depicts a scheme referred to as Video Redundancy Coding, where a sequence of pictures is divided into two or more independently coded threads in an interleaved manner,

FIG. **3** presents an example of a prediction structure potentially improving compression efficiency,

FIG. **4** presents an example of the intra picture postponement method that can be used to improve error resiliency,

FIG. **5** depicts an advantageous embodiment of the system according to the present invention,

FIG. **6** depicts an advantageous embodiment of the encoder according to the present invention,

FIG. **7** depicts an advantageous embodiment of the decoder according to the present invention,

FIG. **8** depicts a process by which a decoded picture is inserted into a unified picture buffer in an exemplar embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

In the unified buffer solution all decoded pictures stay in the unified buffer until they are no longer used as reference pictures and until their display order comes. The unified buffer saves memory compared to separate picture buffers for reference pictures and for reordering in display order.

Let us reconsider the previous example again when a unified buffer is in use.

| Decoded time | P1 | P7 | BS4 | BN2 | BN3 | BN5 | BN6 | | |
|---|---|---|---|---|---|---|---|---|---|
| Display time | | | P1 | BN2 | BN3 | BS4 | BN5 | BN6 | P7 |
| Unified buffer | P1 | P1 | P1 | P1 | BS4 | BS4 | P7 | BN5 | P7 |
| | | | P7 | BS4 | BS4 | P7 | | BN5 | P7 |
| | | | | P7 | P7 | | | P7 | |

However, there are some matters which should be taken into account in the unified buffer solution. The size of the buffer should be set big enough to store all the pictures which are still needed, i.e. all reference pictures and pictures to be reordered. The memory capacity is often limited so the size of the buffer is some kind of compromise. The encoder has to check that the decoder is able to store enough pictures to decode and output all pictures without errors. This check can be performed by an optional Hypothetical Reference Decoder (HRD) in the encoding device. The HRD comprises a coded picture buffer for storing a coded data stream and a decoded picture buffer for storing decoded reference pictures and for reordering decoded pictures in display order. The HRD moves data between the buffers similarly to the way a decoder of a decoding device does. However, the HRD need not decode the coded pictures entirely nor output the decoded pictures, but the HRD only checks that the decoding of the picture stream can be performed under the constraints given in the coding standard. When the HRD is operating, it receives a coded data stream and stores it to the coded picture buffer. In addition, the HRD removes coded pictures from the coded picture buffer and stores at least some of the corresponding hypothetically decoded pictures into the decoded picture buffer. The HRD is aware of the input rate according to which the coded data flows into the coded picture buffer, the removal rate of the pictures from the coded picture buffer,

8

and the output rate of the pictures from the decoded picture buffer. The HRD checks for coded or decoded picture buffer overflows, and it indicates if the decoding is not possible with the current settings. Then the HRD informs the encoder about the buffering violation wherein the encoder can change the encoding parameters by, for example, reducing the number of reference frames, to avoid buffering violation. Alternatively or additionally, the encoder starts to encode the pictures with the new parameters and sends the encoded pictures to the HRD which again performs the decoding of the pictures and the necessary checks. As a yet another alternative, the encoder may discard the latest encoded frame and encode later frames so that no buffering violation happens.

Slice-Based Operation

The minimum recommended unit to encapsulate in a transmission packet is a slice or a data partition. The minimum relatively independently decodable unit is a slice. Consequently, the unified buffering model assumes that a whole slice or a whole data partition is transmitted at a time. The model also assumes that packet-based networks and transmission protocols are used, and therefore a whole slice or a whole data partition is received at a time.

It is assumed that one slice is being decoded at a time. Thus, data is removed from the hypothetical input buffer slice by slice. The proposed complexity model is used to determine the time needed to virtually decode a slice. When that time is expired, the next slice can be virtually decoded.

Overview of the Buffering Model of the Present Invention

The reference decoder is based on a buffer model presented in this section. The model is based on three buffers: the pre-decoder buffer, the decoding buffer, and the post decoder buffer. The pre-decoder buffer buffers compressed data. The operation of the decoding buffer represents the operation of a real decoder and sets the processing complexity constraints. The post-decoder buffer contains reconstructed pictures that are used for reference picture for motion compensation and/or wait for a correct moment to be virtually displayed.

The default buffer sizes are given in the profile and level definitions. The buffer sizes can also be negotiated. The size of the decoding buffer gives the maximum size of a slice. The size of the post-decoder buffer can be given in bytes or in units of 16×16 pixels, for example.

The operation of the pre- and post-decoder buffer can be controlled by two parameters. The initial pre-decoder buffering period and the initial post-decoder buffering period define how long the buffers are filled in before any data is removed from them. The periods are signalled for each bit-stream separately.

Three time-stamps can be associated for a data unit (a data partition, a slice, or a picture). Each slice and data partition is associated with a transmission time. In case of file access, the transmission time is indicated in the file. Otherwise, the real transmission time is used. Each slice can be associated with a decoding time. The decoding time can be used to delay decoding of a slice in order to avoid overflows of the post-decoder buffer. Each picture is associated with a display time.

Time-related parameters are given in a common time-scale such as clock ticks of a 90 kHz or a 27 MHz clock.

The model can be applied to any continuous and independently decidable part of a coded bit-stream. In case of discontinuities, such as accessing a bit-stream from a random position, the model is reset.

Operation of the Buffering Model

The model is defined as follows:

1. The buffers are initially empty.

2. A slice or a data partition, excluding its real header, is added to the pre-decoder buffer at its transmission time. A certain

US 8,107,744 B2

9

amount of memory, for example eight bytes, of additional memory is reserved for each slice to store its header. (Actual slice headers may be closely linked with some payload header specific data, such as the parameter set indicator in the draft RTP payload format (VCEG-N72R1). It is impractical to remove this kind of data from header portion of the slice for HRD purposes only. Thus, a constant size of the slice header is assumed.)

3. No data is removed from the pre-decoder buffer during a period called the initial pre-decoder buffering period. The period starts when the first slice or data partition is added to the buffer.

4. When the initial pre-decoder buffering period has expired and if decoding time-stamps are in use, the decoding timer is started from the decoding time of the earliest picture in the picture buffer. Otherwise, no decoding timer is needed.

5. Pictures are removed from the pre-decoder buffer slice by slice in ascending order of picture identifiers (using modulo arithmetic). Slices of a particular picture are removed in their transmission order. A slice, including its data partitions, is moved from the pre-decoder buffer to the decoding buffer at one time when the decoding buffer becomes empty. However, a slice is not removed from the pre-decoder buffer before the decoding timer reaches the decoding time of the slice.

6. A slice remains in the decoding buffer as long as its calculated decoding duration. The duration is the larger one of the two candidates: candidate 1=number of macroblocks in a slice/maxMacroblockPerSec and candidate 2=number of bits in a slice/maxBitsPerSec.

7. An uncompressed picture enters the post-decoder buffer when the last slice (in the decoding order) of the corresponding coded picture is removed from the decoding buffer.

8. Data is not removed from the post-decoder buffer during a period called the initial post-decoder buffering period. The period starts when the first picture has been placed into the post-decoder buffer.

9. When the initial post-decoder buffering period has expired, the playback timer is started from the earliest display time of the pictures residing in the post-decoder buffer at that time.

10. A picture is virtually displayed when the playback timer reaches the scheduled display time of the picture.

11. A picture is removed from the post-decoder buffer when it is virtually displayed and when it is no longer needed as a reference picture.

Requirements for a Compliant Bit-Stream

Any transmitted or stored bit-stream shall comply with the following requirements:

The occupancy of the pre-decoder buffer shall not exceed the default or signalled buffer size.

Any slice shall not be larger than the size of the decoding buffer.

The occupancy of the post-decoder buffer shall not exceed the default or signalled buffer size.

Each picture shall be inserted into the post-decoder buffer before or on its display time.

When the default buffer sizes according to a certain profile and level are used, a bit-stream is compliant with this profile and level.

Requirements for a Compliant Decoder

A decoder shall be capable of receiving and decoding all the pictures in a compliant bit-stream when the buffer sizes are assumed both in the decoder and in the bit-stream. Furthermore, the decoder shall pass each picture to a display process at the same time when the hypothetical reference decoder would display the picture virtually.

In the following the invention will be described in more detail with reference to the system of FIG. 5, the encoder 1

10

and hypothetical reference decoder (HRD) 5 of FIG. 6 and decoder 2 of FIG. 7. The pictures to be encoded can be, for example, pictures of a video stream from a video source 3, e.g. a camera, a video recorder, etc. The pictures (frames) of the video stream can be divided into smaller portions such as slices. The slices can further be divided into blocks. In the encoder 1 the video stream is encoded to reduce the information to be transmitted via a transmission channel 4, or to a storage media (not shown). Pictures of the video stream are input to the encoder 1. The encoder has an encoding buffer 1.1 (FIG. 6) for temporarily storing some of the pictures to be encoded. The encoder 1 also includes a memory 1.3 and a processor 1.2 in which the encoding tasks according to the invention can be applied. The memory 1.3 and the processor 1.2 can be common with the transmitting device 6 or the transmitting device 6 can have another processor and/or memory (not shown) for other functions of the transmitting device 6. The encoder 1 performs motion estimation and/or some other tasks to compress the video stream. In motion estimation similarities between the picture to be encoded (the current picture) and a previous and/or latter picture are searched. If similarities are found the compared picture or part of it can be used as a reference picture for the picture to be encoded. In JVT the display order and the decoding order of the pictures are not necessarily the same, wherein the reference picture has to be stored in a buffer (e.g. in the encoding buffer 1.1) as long as it is used as a reference picture. The encoder 1 also inserts information on display order of the pictures into the transmission stream.

From the encoding process the encoded pictures are moved to an optional encoded picture buffer 1.5, if necessary. The encoded pictures are transmitted from the encoder 1 to the decoder 2 via the transmission channel 4. In the decoder 2 the encoded pictures are decoded to form uncompressed pictures corresponding as much as possible to the encoded pictures. Each decoded picture is buffered in the DPB 2.1 of the decoder 2 unless it is displayed substantially immediately after the decoding and is not used as a reference picture. In the system according to the present invention both the reference picture buffering and the display picture buffering are combined and they use the same decoded picture buffer 2.1. This eliminates the need for storing the same pictures in two different places thus reducing the memory requirements of the decoder 2.

The decoder 1 also includes a memory 2.3 and a processor 2.2 in which the decoding tasks according to the invention can be applied. The memory 2.3 and the processor 2.2 can be common with the receiving device 8 or the receiving device 8 can have another processor and/or memory (not shown) for other functions of the receiving device 8.

Let us now consider the encoding-decoding process in more detail. Pictures from the video source 3 are entered to the encoder 1 and advantageously stored in the encoding buffer 1.1. The encoding process is not necessarily started immediately after the first picture is entered to the encoder, but after a certain amount of pictures are available in the encoding buffer 1.1. Then the encoder 1 tries to find suitable candidates from the pictures to be used as the reference frames. The encoder 1 then performs the encoding to form encoded pictures. The encoded pictures can, for example, be predicted pictures (P), bi-predictive pictures (B), or intra-coded pictures (I). The intra-coded pictures can be decoded without using any other pictures, but other type of pictures need at least one reference picture before they can be decoded. Pictures of any of the above mentioned picture types can be used as a reference picture.

US 8,107,744 B2

**11**

The encoder attaches two time stamps to the pictures: a decoding time stamp (DTS) and output time stamp (OTS). The decoder can use the time stamps to determine the correct decoding time and time to output (display) the pictures. However, those time stamps are not necessarily transmitted to the decoder or it does not use them.

If the encoder has the HRD **5**, the encoder defines the size of the DPB **5.2** (DPB size). The initial size may depend on some parameters relating to the video stream (e.g. resolution, colour/BW, etc.). There can also be a maximum size defined for the DPB **5.2** (DPBcapacity). The initial size may not necessarily be the same as the maximum size but it can also be smaller than the maximum size. Also the maximum number of reference frames stored in the DPB is defined. This value is referred as num_ref_frames in this description.

In the decoder the DPB **2.1** has a limited size (DPB size) which in some applications may be varied during the decoding process, if necessary. The initial size of the DPB **2.1** may depend on some parameters relating to the video stream (e.g. resolution, colour/BW, etc.). There can also be a maximum size defined for the DPB **2.1** (DPBcapacity). The initial size may not necessarily be the same as the maximum size but it can also be smaller than the maximum size. Also the maximum number of reference frames stored in the DPB is defined. This value is referred as num_ref_frames in this description.

The transmission and/or storing of the encoded pictures (and the optional virtual decoding) can be started immediately after the first encoded picture is ready. This picture is not necessarily the first one in decoder output order because the decoding order and the output order may not be the same. However, because the size of the DPB **2.1** of the decoder **2** is limited it is necessary to define how long the delay between decoding time of a picture and the display time of the picture can be at maximum, i.e. the maximum number of the pictures to be reordered for displaying. This value is referred as num_reorder_frames in this description. num_reorder_frames is the number of consecutive frames in decoding order that is required to recover the output order of pictures at any time. The sum of the maximum number of reference frames stored in the DPB and the maximum number of the pictures to be reordered for displaying, excluding those pictures which already are stored as reference pictures, must not be greater than the current capacity of the DPB. DPB size illustrates how many pictures can be stored in the DPB **2.1**. It can be calculated by dividing the size of the DPB (in bytes) by the size of a picture (in bytes).

When the first picture of the video stream is encoded the transmission can be started. The encoded pictures are optionally stored to the encoded picture buffer **1.5**. The transmission can also start at a later stage, for example, after a certain part of the video stream is encoded.

The decoder **2**, **5** should output the decoded pictures in correct order, for example by using the ordering of the picture order counts, and hence the reordering process need be defined clearly and normatively.

Next, the operation of the decoder **2** according to an embodiment of the present invention will be described. The DPB **2.1** contains memory places for storing a number of pictures. Those places are also called as frame stores in this description. An attribute FrameStoreUsage is used here as the indicator of the reservation status of a frame store (in use/not in use). The value of FrameStoreUsage reflects the usage of current frame store. A first value (e.g. 0) means the frame store is empty and it can be overwritten safely. A second value (e.g. 1) means this is a frame store used for reference (but not for reordering), a third value (e.g. 2) means this is a frame

**12**

store used for reordering (but not for reference). A fourth value (e.g. 3) means this is a frame store used for both reference and reordering. The initial value of FrameStoreUsage shall be the first value. It is also possible to use a separate, second attribute to define whether a picture is (virtually) displayed or not. It can have values "unused for output" or "used for output". A picture marked as "used for output" means the picture still stays in the DPB and waits for its turn to output. It shall be marked as "unused for output" as a result of outputting the picture. If the second attribute is used, only the first and second values would be used with the FrameStoreUsage, wherein the combination of the first and the second attribute gives the same information as the FrameStoreUsage with the four different value alternatives. It is also possible to define an attribute for the validity of a picture (valid/invalid). A picture is marked as "Invalid" if it is intentionally inserted in order to fill the detected gaps between neighbouring frame_num. Otherwise, the picture is marked as "Valid", which may be correctly decoded or reconstructed by means of error concealments. The frame stores can also be uniquely indexed which implies the decoding order of the buffered pictures.

In the beginning of the decoding procedure the status of all the frame stores is set to empty, or free. This is done by setting the FrameStoreUsage to the first value for all frame stores. The decoder **2** can also set the following variables to an initial value (e.g. 0): num_frames_in_use, which contains the number of frame stores used for either reference or output; num_frames_use_ref, which contains the number of frame stores used for reference; and num_frames_use_output, which contains the number of frame stores used for output.

An additional frame store is used to save the newly decoded picture. The DPB plus the additional frame store is called the Extended DPB (EDPB).

Step 1: Decoding

The decoder **2** starts to decode the encoded pictures beginning from the picture having smallest decoding time stamp. When the picture is decoded it will be stored to the additional frame store. The picture to be decoded can either be a frame or a field. If it is a reference picture, the FrameStoreUsage is set to the fourth value, otherwise to the third value. It is labelled as "used for reordering" at first, because it cannot be determined whether the newly decoded picture needs reordering or not at this step without the information about the DPB.

Step 2: Reordering

Before the following steps, the decoder **2** needs to know if there is at least one more picture to be decoded and some information from the slice header of the next picture to be decoded.

Step 2.1 If there is at least one more picture to be decoded and the number of frames to be reordered in DPB is less than num_reorder_frames, the decoder **2** does not output a picture. If the newly decoded picture is used for reference, then Step 3 will be executed, otherwise Step 4 will be executed.

Step 2.2 If there is at least one more picture to be decoded and the number of frames to be reordered in DPB is equal to num_reorder_frames, the following conditions will be checked:

The newly decoded picture is a frame.

The additional frame store contains two fields.

If a single field resides in the additional frame store, the next picture to be decoded is not its opposite parity of the same frame.

If none of the above conditions is true, go to Step 1 to decode the opposite parity field of the same frame.

US 8,107,744 B2

**13**

Then, if at least one of the above conditions is true, the frame stores in DPB and the additional frame store will be looked through to find which picture needs to be output. The picture, which is the first picture in the output order among the pictures to be reordered in DPB and the additional frame store, shall be output. How to determine the first picture in the output order is described later. If the outputted picture is a field and the opposite parity field of the same frame is present, both fields are output. The output pictures should be marked as "unused for reordering".

If the newly decoded picture is output and is not used for reference, then go to Step 1 to decode the next picture. If the newly decoded picture is used for reference (but not used for reordering), FrameStoreUsage is set to the second value (1) and the Step 3 follows. If the newly decoded picture is used

for reordering (but not used for reference), FrameStoreUsage is set to a third value (2) and then go to Step 4 to store the picture for reordering. If the newly decoded picture is used

both for reference and reordering, set FrameStoreUsage to the fourth value (3) and then go to Step 3.

Step 2.3 If there are no more pictures to be decoded, all the pictures that are still marked as "used for reordering" shall be output in output order. Then the decoder stops working until there are more pictures to decode.

Step 3: Marking Picture as "Unused for Reference"

If the newly decoded picture is a reference picture, "Sliding Window" or "Adaptive Memory Control" mechanism is applied to the frame store set consisting of pictures marked as "used for reference".

Step 4: Storing

If the newly decoded picture is a frame, the step 4.1 will be performed, otherwise the step 4.2.

Step 4.1 There should be at least one empty frame store in the DPB **2.1** before storing the newly decoded frame. FrameStoreUsage is set to be equal to FrameStoreUsage of the additional frame store. Go to Step 1 to decode the next picture.

Step 4.2 For a newly decoded field, the destination frame store will be an empty frame store if its opposite parity field of the same frame is not in the DPB **2.1**. In this case the FrameStoreUsage is set to be equal to FrameStoreUsage of the additional frame store. Otherwise, the newly decoded picture should be stored into the same frame store as its opposite parity field and FrameStoreUsage is unchanged. Go to Step 4.3 to decode the next picture.

Step 4.3 After storing the newly decoded picture into the DPB, it is assumed that the latest decoded picture is stored in a frame store whose FrameStoreIndex is 0, the second latest

**14**

decoded picture is stored in a frame store whose FrameStoreIndex is 1, and so on. Last, Step 1 is performed to decode the next picture.

It should be noticed that marking a picture as "unused for reference" and marking a picture as "unused for reordering" are decoupled.

To help understand the operations in the steps presented above, two examples are shown for the reordering process. The italic numbers after (or below) the picture labels indicate the frame_num. Reference pictures are indicated by underlining the letter of the picture label. 'x' means no picture is reordered before decoding the next picture.

Example 1

num reorder frames=1; 10 frames are coded.

| Coded pictures in output order | I0 | B1 | B2 | P3 | B4 | B5 | P6 | B7 | B8 | P9 |
|---|---|---|---|---|---|---|---|---|---|---|
| Decoding order: | I0 0 | P3 1 | B1 2 | B2 2 | P6 2 | B4 3 | B5 3 | P9 3 | B7 4 | B8 4 |
| After reordering | x | I0 | B1 | B2 | P3 | B4 | B5 | P6 | B7 | B8, P9 |

Example 2

num reorder frames=2; 13 frames are coded.

| Coded pictures in output order | I0 | B1 | B2 | B3 | P4 | B5 | B6 | B7 | P8 | B9 | B10 | B11 | P12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Decoding order | I0 0 | P4 1 | B2 2 | B1 3 | B3 3 | P8 3 | B6 4 | B5 5 | B7 5 | P12 5 | B10 6 | B9 7 | B11 7 |
| After reordering | X | x | I0 | B1 | B2 | B3 | P4 | B5 | B6 | B7 | P8 | B9 | B10, B11, P12 |

If the decoder **2** notices that the encoded pictures can not be decoded, the size of the DPB **2.1** may be too small. In some applications the decoder **2** can inform the encoder to change the encoding parameters, for example, to use less reference pictures, or to use larger DPB size. In the error situation the decoder **2** may still output those decoded pictures which it managed to decode and/or to output some default pictures (e.g. empty frames).

Sliding Window Operation for Reordering

The num_reorder_frames is used to define the sliding window operation for reordering purpose. The pictures to be reordered are arranged in output order to find out the picture which should jump out of the scope of the window first. Once the number of pictures to be reordered reaches the num_reorder_frames, the first picture in output order is sure to fall out of the window as the result of one sliding window operation. This subsection specifies how to find the earliest picture in output order among the pictures that are marked as "used for reordering".

Step 1. Initialization. Set the oldest picture in decoding order in DPB**1** be the candidate picture.

Step 2. Loop from the second oldest picture to the latest picture (in decoding order) and use i as the loop counter. The loop body is composed by Step 2.1 and Step 2.2.

Step 2.1 If picture i is an IDR picture, the candidate picture is the picture to find, break the loop.

Step 2.2 If the POC of picture i is less than the POC of the candidate picture, set picture i as the candidate picture.

US 8,107,744 B2

**15**

Step 3. End. The candidate picture is the oldest picture in output order.

The num_ref_frames and num_reorder_frames are signalled to the decoder 2 by some way, for example by a sequence parameter set. Every time when a different sequence parameter set becomes effective, num_ref_frames or num_reorder_frames may change and thus special care on the DPB should be taken.

1.5.1 Changing of num_ref_frames

No special actions need to be done when num_ref_frames increases.

When num_ref_frames decreases, a simple operation upon the DPB is proposed: Let diff_ref_frames equal to the new num_ref_frames minus old num_ref_frames. All the diff_ref_frames reference frames from the oldest in decoding order shall be marked as "unused for reference".

1.5.2 Changing of num_reorder_frames

When num_reorder_frames increases, 0 picture per one decoded picture is output in (new num_reorder_frames)–(old num_reorder_frames) pictures after (old num_reorder_frames) picture since the decoded picture using the new sequence parameter set. For example, the num_reorder_frames of two parts of the bitstream are 1 and 2 respectively. When P3 is decoded, no picture is output.

| Decoding order | I0 | P2 | B1 | P4 | B3 | I0 | | P3 | B2 | B1 | P6 | B5 | B4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| After reordering | x | I0 | B1 | P2 | B3 | P4 | | x | I0 | B1 | B2 | P3 | B4, B5, B6 |

When num_reorder_frames decreases, more than one picture is output at the decoded picture using the new sequence parameter set. For example, the num_reorder_frames of two parts of the bitstream are 2 and 1 respectively. When 10 is decoded, two pictures B5 and P6 are output at the same time.

| Decoding order | I0 | P3 | B2 | B1 | P6 | B5 | B4 | I0 | | P2 | B1 | P4 | B3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| After reordering | X | x | I0 | B1 | B2 | P3 | B4 | B5, P6 | | I0 | B1 | P2 | B3, P4 |

A picture that is stored for prediction, referred to as a reference picture, is marked as "used for reference", and is labelled as a short-term reference picture, in which case it is identified by its frame_number and parity. A short-term picture may be assigned a long-term reference frame index, in which case it is identified by its long-term index. A picture that is not stored for prediction is labelled as "unused for prediction". Reference picture buffer is a picture set that are composed by pictures marked as "used for reference" in DPB. Removing a picture from reference picture buffer means marking the picture as "unused for reference". To reset the reference picture buffer means to mark all the pictures in reference picture buffer as "unused for reference". Short-term reference pictures can remain marked for reference for a finite duration, given by MaxFrameNum. Long term reference pictures can remain marked "used for reference" until the next IDR picture. Memory_management_control_operation commands can be used to modify the contents of the reference picture buffer.

In another embodiment of the present invention the HRD 5 is used with the encoder 1 to virtually perform the decoding of the encoded pictures in a way similar to that which the

**16**

decoder 2 does. The encoded picture buffer 1.5 can be used as a pre-decoding buffer for a HRD 5. One aim of the virtual decoding in the HRD 5 is to eliminate a risk for decoding errors due to unbalanced encoding/decoding tasks. The HRD 5 includes a decoded picture buffer 5.2 (DPB) for temporarily storing pictures decoded by the HRD 5. Also in the HRD 5 both the reference picture buffering and the display picture buffering are combined and they use the same decoded picture buffer 5.2 thus reducing the memory requirements of the encoder 1. All decoded pictures stay in the unified buffer until they are no longer used as reference pictures and until their (virtual) display time is reached. The term virtual refers to the fact that in the HRD 5 of the encoder 1, in which the decoding is performed in this advantageous embodiment, the decoded pictures are not displayed but the HRD 5 only checks if there could be errors in the decoding process of the decoder 2 due to, for example, too small buffer size. If errors exist the HRD 5 can inform the encoder to change some encoding parameters, or the size of the DPB 2.1 of the decoder 1 can be increased, for example, by sending a SEI (Supplemental Enhancement Information) message to the decoder 1 in some implementations (unless the maximum size of the DPB is already in use).

The decoding can be a simultaneous operation with encoding, or the encoder first creates the bitstream, and when the bitstream is ready, it will be input to HRD 5 for checking that the bitstream fulfils the HRD 5 and processing level requirements. The HRD may also create and modify some HRD parameters, such as the initial buffering delay in coded picture buffer, according to the characteristics of the coded stream.

To fulfil the purpose above, the reordering process should not depend upon any HRD-related timing information, because such information may be absent in the decoder. At the same time, it should be allowed that the decoder doesn't obey HRD DTS and OTS accurately. For example, an application like a streaming recorder would like to receive bit streams, decode them and store the decoded sequence as fast as possible or operates slower due to the transmission channel capacity. In this case, the HRD DTS and OTS can not be obeyed.

The present invention can be applied in many kind of systems and devices. The transmitting device 6 including the encoder 1 and optionally the HRD 5 advantageously include also a transmitter 7 to transmit the encoded pictures to the transmission channel 4. The receiving device 8 include the decoder 2, a receiver 9 to receive the encoded pictures, and a display 10 on which the decoded pictures can be displayed. The transmission channel can be, for example, a landline communication channel and/or a wireless communication channel. The transmitting device and the receiving device include also one or more processors 1.2, 2.2 which can perform the necessary steps for controlling the encoding/decoding process of video stream according to the invention. Therefore, the method according to the present invention can mainly be implemented as machine executable steps of the processors. The buffering of the pictures can be implemented in the memory 1.3, 2.3 of the devices. The program code 1.4 of the encoder can be stored into a computer-readable medium such as the memory 1.3. Respectively, the program code 2.4 of the decoder can be stored into a computer-readable medium such as the memory 2.3.

The invention claimed is:

1. A hypothetical decoder, comprising:

at least one processor; and

at least one memory, said at least one memory stored with code thereon, which when executed by said at least one processor, causes the hypothetical decoder to

define a unified picture buffer of variable size,

US 8,107,744 B2

17

buffer decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures into said unified picture buffer;

reorder said decoded reference pictures and decoded non-reference pictures in said unified picture buffer to an output order;

determine a parameter indicative of a number of decoded pictures arranged to be buffered in the unified picture buffer that is sufficient to recover the output order of pictures in the unified picture buffer when decoded pictures are input to buffering in decoding order;

before insertion of a newly decoded picture to the unified picture buffer,

examine if the newly decoded picture can be inserted in the unified picture buffer without removing another picture from the buffer,

select a decoded picture in the unified picture buffer which is not used as a reference picture and which has already been output from the unified picture buffer, if, based on said examination, the newly decoded picture cannot be inserted in the unified picture buffer without removing another decoded picture from the unified picture buffer, and if such a picture was selected, remove the picture from the unified picture buffer.

2. A hypothetical decoder according to claim 1, the decoder comprising

a first attribute indicative of a number of reference pictures in the buffer, and also comprising

a second attribute indicative of a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures in the buffer.

3. An encoder, comprising:

at least one processor; and

at least one memory including computer program code, the at least one memory and the computer program code configured to, with the at least one processor, cause the encoder at least to:

buffer decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures to be reordered in a unified picture buffer of variable size;

hypothetically decode an encoded picture stream of encoded pictures, pictures being defined as reference pictures or non-reference pictures, the pictures having a type, wherein pictures of any type may be defined as reference pictures, and information relating to decoding order and output order of a decoded picture is defined for decoded pictures of the picture stream; and

form a picture stream indicator for the encoded picture stream indicative of such a number of decoded pictures arranged to be buffered in decoding order in a unified picture buffer of a decoder that is sufficient to recover the output order of pictures when decoded reference pictures and decoded non-reference pictures to be reordered are stored in a same buffer of a decoder.

4. The encoder according to claim 3, wherein the at least one memory and the computer program code configured to, with the processor, cause the encoder to define pictures as reference pictures or non-reference pictures, and also define information relating to picture decoding order and output order for pictures of the picture stream, the at least one memory and the computer program code configured to, with the processor, cause the encoder to perform at least the following actions before inserting a newly decoded picture to the buffer:

18

examine if the newly decoded picture can be buffered without removing another picture from the unified picture buffer,

based on said examination, if the newly decoded picture cannot be inserted in the unified buffer without removing another picture from the unified picture buffer, select a picture to be removed from those pictures in the unified picture buffer which are not used as reference pictures and which have already been output from the unified picture buffer, and

if a picture was selected, remove the selected picture from the unified picture buffer.

5. The encoder according to claim 3, wherein the at least one memory and the computer program code are configured to, with the processor, cause the encoder to not remove undisplayed pictures.

6. The encoder according to claim 3, wherein the at least one memory and the computer program code are configured to, with the at least one processor, cause the encoder to define a buffer size and also define a number of pictures to be used as reference pictures.

7. The encoder according to claim 6, wherein at any particular moment said number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures is defined so that a sum of the number of pictures used as reference pictures and a number of pictures to be buffered in decoding order which are not used as reference pictures is less than or equal to the size of the buffer.

8. The encoder according to claim 3, the pictures being defined as reference pictures or non-reference pictures, a size of a buffer is defined, a number of reference pictures in the buffer is defined, and a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures in the buffer is defined, wherein the number of pictures to be reordered is defined so that a sum of the number of reference pictures and the number of pictures arranged to be buffered in decoding order which are not used as reference pictures is less than or equal to the size of the buffer.

9. The encoder according to claim 3, the pictures being defined as reference pictures or non-reference pictures, a size of the buffer is defined, a number of reference pictures in the buffer is defined, and a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures is defined, wherein the size of the buffer is defined so that a sum of the number of reference pictures and the number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures which are not used as reference pictures is less than or equal to the size of the buffer.

10. An encoder, comprising:

at least one processor; and

at least one memory including computer program code, the at least one memory and the computer program code configured to, with the at least one processor, cause the encoder to

buffer decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures to be reordered in a unified picture buffer of variable size; and

hypothetically decode an encoded picture stream comprising a parameter indicative of a number of pictures of the encoded picture stream arranged to be buffered in a decoder that is sufficient to recover the output order of decoded pictures in the unified picture buffer when decoded pictures are input to buffering in decoding order, pictures being defined as reference pictures or

US 8,107,744 B2

**19**

non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream, the at least one memory and the computer program code configured to, with the at least one processor, cause the encoder to perform at least to perform the following before inserting a newly decoded picture to the buffer:

examine if the newly decoded picture can be inserted in the unified picture buffer without removing another picture from the unified picture buffer,

based on said examination, if the newly decoded picture cannot be inserted in the unified picture buffer without removing another picture from the unified picture buffer, select a picture in the unified picture buffer which is not used as a reference picture and which has already been output from the unified picture buffer, and

if such a picture was selected, remove the picture from the unified picture buffer.

**11**. The encoder according to claim **10**, the at least one memory and the computer program code configured to, with the at least one processor, cause the encoder to define:

a first attribute indicating a number of reference pictures in the buffer, and

a second attribute indicating a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures in the buffer.

**12**. A method in an encoder for forming an encoded picture stream of encoded pictures, the pictures having a type, wherein pictures of any type may be defined as reference pictures, the method in the encoder comprising:

declaring and indicating in the encoder that the pictures are reference pictures or non-reference pictures,

defining information in the encoder relating to decoding order and output order of pictures of the picture stream, and

determining for the encoded picture stream a number of decoded pictures arranged to be buffered in decoding order in a unified picture buffer of a decoder that is sufficient to recover the output order of the decoded pictures when the same unified picture buffer of the decoder is used for storing and reordering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures of the encoded picture stream; and

defining an indication of said number in the encoder.

**13**. The method according to claim **12**, further comprising:

forming in the encoder a signal such that if the signal were processed by a hypothetical decoder for hypothetically decoding an encoded picture stream, the pictures would then be defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture would also be defined for pictures of the picture stream, the hypothetical decoder comprising a unified picture buffer for buffering decoded reference pictures and decoded pictures to be reordered, and a processing block for performing the following before inserting a newly decoded picture to the buffer:

examining in the encoder if the newly decoded picture can be inserted in the buffer without removing another picture from the buffer,

based on said examination, if the newly decoded picture cannot be inserted in the buffer without removing another picture from the buffer, selecting in the encoder a picture to be removed from those pictures in the buffer which are not used as reference pictures and which have already been output from the buffer,

**20**

if a picture was selected, removing in the encoder the selected picture from the buffer.

**14**. A method in a decoder, comprising:

buffering in the decoder decoded pictures, the pictures having a type, wherein pictures of any type may be defined as reference pictures,

receiving in the decoder a parameter indicative of a number of decoded pictures arranged to be buffered in a unified picture buffer that is sufficient to recover the output order of decoded pictures in the unified picture buffer when decoded pictures are input to buffering in decoding order,

defining in the decoder a buffer size for the unified picture buffer on the basis of the received parameter,

defining in the decoder a number of decoded reference pictures in the buffer,

declaring and indicating that the decoded pictures are reference pictures or non-reference pictures, and

using in the decoder the unified picture buffer for buffering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures for arranging them in output order.

**15**. The method according to claim **14**, further comprising defining in the decoder a number of pictures to be buffered in decoding order that is sufficient to recover the output order of pictures.

**16**. The method according to claim **15**, the decoder configured to output pictures using information relating to said number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures, and the method comprising

performing in the decoder the following before inserting a newly decoded picture to the buffer:

examining in the decoder if the newly decoded picture can be inserted in the buffer without removing another picture from the buffer,

based on said examination, if the newly decoded picture cannot be inserted in the buffer without removing another picture from the buffer, selecting in the decoder a picture to be removed from those pictures in the buffer which are not used as reference pictures and which have already been output from the buffer,

if a picture was selected, removing in the decoder the selected picture from the buffer.

**17**. A decoder, comprising:

means for buffering decoded pictures in a unified picture buffer, the decoded pictures having a type, wherein pictures of any type may be defined as reference pictures;

means for defining a buffer size and a number of decoded reference pictures in the buffer, wherein the buffer includes a unified picture buffer for buffering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures;

means for defining a number of decoded pictures arranged to be buffered in the unified picture buffer in decoding order that is sufficient to recover the output order of the pictures;

means for arranging decoded reference pictures and decoded non-reference pictures in said unified picture buffer in output order; and

means for declaring and indicating that the pictures are reference pictures or non-reference pictures.

**18**. The decoder according to claim **17**, further comprising:

means for outputting pictures using information relating to said number of pictures arranged to be buffered in

US 8,107,744 B2

**21**

decoding order in a unified picture buffer of variable size that is sufficient to recover the output order of pictures; and

a processing block for performing the following before inserting a newly decoded picture to the buffer:

examining if the newly decoded picture can be inserted in the buffer without removing another picture from the buffer,

based on said examination, if the newly decoded picture cannot be inserted in the unified picture buffer without removing another picture from the buffer, selecting a picture in the buffer which is not used as a reference pictures and which has already been output from the buffer,

if such a picture was selected, removing the selected picture from the buffer.

**19**. The decoder according to claim **18**, wherein the decoder is configured to not remove undisplayed pictures.

**20**. The decoder according to claim **17**, further comprising: means for defining a buffer size; and

means for defining a number of pictures to be used as reference pictures.

**21**. The decoder according to claim **20**, wherein at any particular moment said number of pictures arranged to be buffered in decoding order that is sufficient to recover an output order of pictures is defined so that a sum of the number of pictures used as reference pictures and said number of pictures arranged to be buffered in decoding order which are not used as reference pictures is less than or equal to the size of the buffer.

**22**. The decoder according to claim **17**, wherein before a newly decoded picture is inserted to the buffer one picture is removed from the buffer, and the picture to be removed is selected from those pictures in the buffer which are not used as reference pictures and which has already been output from the buffer.

**23**. The decoder according to claim **17**, a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures is defined, wherein the number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures is defined so that a sum of the number of pictures used as reference pictures and the number of pictures, which are arranged to be buffered in decoding order that is sufficient to recover the output order of pictures, and which are not used as reference pictures is less than or equal to the size of the buffer.

**24**. The decoder according to claim **17**, a number of pictures arranged to be buffered in decoding order that is sufficient to recover the output order of pictures is defined, wherein the size of the buffer is defined so that a sum of the number of pictures used as reference pictures and the number

**22**

of pictures arranged to be buffered in decoding order which are not used as reference pictures is less than or equal to the size of the buffer.

**25**. A non-transitory computer-readable memory encoded with program code for execution by a processor for causing an apparatus to:

decode an encoded picture stream, pictures of the picture stream being defined as reference pictures or non-reference pictures, and information relating to decoding order and output order of a picture is defined for pictures of the picture stream,

buffer decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures to be reordered in a unified picture buffer of a variable size,

receive a parameter indicative of a number of decoded pictures arranged to be buffered in the unified picture buffer that is sufficient to recover the output order of decoded pictures in the picture buffer when decoded pictures are input to buffering in decoding order,

and also perform the following before insertion of a newly decoded picture to the unified picture buffer:

examine if the newly decoded picture is insertable in the unified picture buffer without removal of another picture from the unified picture buffer,

based on said examination, if the newly decoded picture is not insertable in the unified picture buffer without removal of another picture from the buffer, select a picture in the unified picture buffer which is not used as a reference picture and which has already been output from the buffer, and

if such a picture was selected, remove the selected picture from the unified picture buffer.

**26**. A non-transitory computer-readable medium storing machine executable instructions for:

buffering decoded pictures, the pictures having a type, wherein pictures of any type may be defined as reference pictures,

receiving a parameter indicative of a number of pictures arranged to be buffered in a unified picture buffer that is sufficient to recover the output order of pictures in the unified picture buffer when decoded pictures are input to buffering in decoding order,

defining a size of a buffer and a number of decoded reference pictures in the buffer,

declaring and indicating that the decoded pictures are reference pictures or non-reference pictures, and

buffering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures for arranging them in displaying order in the unified picture buffer.

* * * * *

# EXHIBIT 13

US008776204B2

(12) **United States Patent**
Faynberg et al.

(10) Patent No.: **US 8,776,204 B2**
(45) **Date of Patent:** **Jul. 8, 2014**

(54) **SECURE DYNAMIC AUTHORITY DELEGATION**

(75) Inventors: **Igor Faynberg**, East Brunswick, NJ (US); **Hui-Lan Lu**, Marlboro, NJ (US)

(73) Assignee: **Alcatel Lucent**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 326 days.

(21) Appl. No.: **12/723,049**

(22) Filed: **Mar. 12, 2010**

(65) **Prior Publication Data**

US 2011/0225643 A1      Sep. 15, 2011

(51) **Int. Cl.**
*H04L 29/06*          (2006.01)
(52) **U.S. Cl.**
USPC .............. **726/10**; 726/1; 726/2; 726/3; 726/4; 726/5; 726/8; 726/21; 726/26; 726/27; 726/30; 713/156; 713/159; 713/168; 713/170; 713/172; 713/182; 713/185; 709/217; 709/219; 709/225; 709/226; 709/229
(58) **Field of Classification Search**
CPC ..... H04L 9/321; H04L 9/3213; H04L 9/3247; H04L 9/3249; H04L 9/3252; H04L 9/3257; H04L 63/08; H04L 63/0807; H04L 63/10; H04L 63/101; H04L 63/102; H04L 63/105; H04L 63/108; G06F 13/362; G06F 13/3625; G06F 13/364; G06F 21/44; G06F 21/45; G06F 21/46; G06F 21/30
USPC ............... 713/155–159, 164–186; 726/1–10, 726/26–31, 21; 705/50–59; 709/217–229
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,868,877 | A | * | 9/1989 | Fischer | 713/157 |
| 6,892,307 | B1 | * | 5/2005 | Wood et al. | 726/8 |
| 7,085,232 | B1 | * | 8/2006 | Raissinia et al. | 370/235 |
| 7,225,341 | B2 | * | 5/2007 | Yoshino et al. | 713/193 |
| 7,305,701 | B2 | * | 12/2007 | Brezak et al. | 726/5 |
| 7,512,782 | B2 | * | 3/2009 | Kaler et al. | 713/155 |
| 7,685,206 | B1 | * | 3/2010 | Mathew et al. | 707/785 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2004164299 | A | 6/2004 |
| JP | 2005071339 | A | 3/2005 |

(Continued)

OTHER PUBLICATIONS

A Browser-Based Kerberos Authentication Scheme by Gajek et al; Publisher: Springer-Verlag Berlin Heidelberg; Year: 2008.*

(Continued)

*Primary Examiner* — Madhuri Herzog
(74) *Attorney, Agent, or Firm* — Ryan, Mason & Lewis, LLP

(57) **ABSTRACT**

In a communication network wherein a first computing device represents a resource owner and a second computing device represents a resource requestor, the resource owner detects an occurrence of an event, wherein the event occurrence represents a request to access one or more resources of the resource owner stored in a resource residence. The resource owner sends an authorization token to the resource requestor in response to the event occurrence, the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence.

**31 Claims, 9 Drawing Sheets**



**US 8,776,204 B2**

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,131,952 B2 * | 3/2012 | Jang et al. | 711/156 |
| 2002/0038425 A1 * | 3/2002 | Kanno | 713/185 |
| 2002/0147929 A1 * | 10/2002 | Rose | 713/201 |
| 2003/0097655 A1 * | 5/2003 | Novak | 725/31 |
| 2003/0188117 A1 * | 10/2003 | Yoshino et al. | 711/164 |
| 2004/0019801 A1 | 1/2004 | Lindholm et al. | |
| 2005/0120211 A1 | 6/2005 | Yokoyama | |
| 2006/0080546 A1 * | 4/2006 | Brannon et al. | 713/185 |
| 2008/0019527 A1 * | 1/2008 | Youn et al. | 380/278 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2005157881 A | 6/2005 |
| JP | 2006221506 A | 8/2006 |
| JP | 2007233705 A | 9/2007 |
| WO | PCT/US2011/025641 | 7/2011 |

OTHER PUBLICATIONS

Enforcing Distributed Data Security via Web Services by Alfred C. Weaver; Publisher: IEEE; Year: 2004.*

E. Hammer-Lahav et al., "The OAuth Core 1.0 Protocol; draft-hammer-oauth-03," Network Working Group, Internet Engineering Task Force, (IETF), Internet-Draft, Sep. 2009, 35 pages, Geneva, Switzerland.

B. Vrancken et al., "Using OAuth for Recursive Delegation; draft-vrancken-oauth-redelegation-01," Internet Engineering Task Force (IETF), Internet-Draft, Feb. 2010, 11 pages, Geneva, Switzerland.

* cited by examiner



*FIG. 1*

100

106

RESOURCE
RESIDENCE

RETURN
PROTECTED
RESOURCES

ACCESS
PROTECTED
RESOURCES
(TOKEN)

102

RESOURCE
OWNER

GET AUTHORIZATION TOKEN

RETURN AUTHORIZATION TOKEN

RESOURCE
REQUESTOR

104

*FIG. 2*

200

204 — • UNIQUE TOKEN IDENTIFIER
206 — • ISSUER: *RESOURCE OWNER*
208 — • ISSUER'S CHAIN OF CERTIFICATES OR
         POINTERS TO CERTIFICATES
210 — • SIGNATURE ALGORITHM
212 — • REQUESTOR: *RESOURCE REQUESTOR*
214 — • *METHOD OR STRENGTH OF THE METHOD*
         *FOR AUTHENTICATING THE REQUESTOR*
216 — • RECIPIENT: *RESOURCE SERVER*
218 — • LIST OF RESOURCES AND RIGHTS
220 — • EXPIRATION TIME
222 — • MAXIMUM NUMBER OF USE
224 — • DEGREE OF TRANSFERABILITY

202

SIGNATURE (COMPUTED
WITH THE ISSUER'S
PRIVATE KEY OR A
SHARED SECRET)

*FIG.  3*
300



U.S. Patent          Jul. 8, 2014          Sheet 3 of 9          US 8,776,204 B2

*FIG.  4*
400



*FIG. 5A*

P/O <u>500</u>



TO FIG. 5B

U.S. Patent        Jul. 8, 2014        Sheet 5 of 9        US 8,776,204 B2



FROM FIG. 5A        *FIG. 5B*

P/O 500

*FIG. 6A*

P/O <u>600</u>





*FIG. 6B*

P/O 600

*FIG. 7*

700

SIGNATURE (COMPUTED WITH THE OLD REQUESTOR'S PRIVATE KEY OR A SHARED SECRET)  / 702

704 —— • OLD TOKEN
706 —— • OLD REQUESTOR'S CHAIN OF CERTIFICATES OR POINTERS TO CERTIFICATES
708 —— • NEW REQUESTOR
710 —— • LIST OF DOWNGRADED SCOPE FIELDS



FIG. 8
800

US 8,776,204 B2

**1**

## SECURE DYNAMIC AUTHORITY DELEGATION

### FIELD OF THE INVENTION

The present invention relates generally to communication networks, and more particularly to techniques for use in communication networks for secure dynamic delegation of authority to enable applications that involve access to protected resources by entities other than the resource owner.

### BACKGROUND

This section introduces aspects that may help facilitate a better understanding of the inventions. Accordingly, the statements of this section are to be read in this light and are not to be understood as admissions about what is prior art or what is not prior art.

Various facilities available via communication networks, such as the World Wide Web, permit users to create their own applications or web pages. One example is known as a "mashup," which is a web page or application that uses or combines data or functionality from two or many more sources to create a new service or application.

A problem arises, however, when the user is required to give his/her credentials (username and password) for one source to another source, thus exposing information between sources and giving one source full access to the other source. This may not be desirable to the user.

A protocol known as OAuth attempts to provide a solution to this problem. In general, the OAuth protocol (see http://oauth.net/) enables users to provide third-party access to their web resources without sharing their passwords. However, there are several limitations and weaknesses to this protocol. First, since the protocol is tied to the Hypertext Transfer Protocol (HTTP), it is not applicable to non-web applications. Second, since the protocol relies on the use of HTTP redirection, it is vulnerable to phishing attacks. The protocol also requires multiple round trips for obtaining delegated authorization, and it is not optimal for application performance. Lastly, since the protocol uses more than one type of delegation proof and a proofing scheme that involves repeated cryptographic signing, it is more complex than necessary.

As such, there is a need for an improved approach to authority delegation that overcomes these and other drawbacks.

### SUMMARY

Embodiments of the invention provide general, effective, and secure methods for dynamic delegation of authority to enable applications (e.g., mashups and third-party applications) on communication networks (e.g., World Wide Web or in Next Generation networks) that involve access to protected resources by entities other than the resource owner.

In a first aspect, a method comprises the following steps. In a communication network wherein a first computing device represents a resource owner and a second computing device represents a resource requestor, the resource owner detects an occurrence of an event, wherein the event occurrence represents a request to access one or more resources of the resource owner stored in a resource residence. The resource owner sends an authorization token to the resource requestor in response to the event occurrence, the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the

**2**

resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence.

In one or more embodiments, the event occurrence may be receipt of a resource request by the resource owner from the resource requestor (e.g., pull method). Alternatively, the event occurrence may be an occurrence of a triggering event associated with an application program (e.g., push method). The resource residence may reside in a third computing device or it may reside in the first computing device. The authorization token may have one or more of a verifiable structure, a limited lifetime, and specify a method for authenticating the resource requestor or a level of assurance for authenticating the resource requestor. The verifiable structure may comprise a digital signature of the resource owner. The authorization token may specify one or more actions that are permitted to be performed in accordance with the one or more requested resources. The resource requestor may obtain the authorization token from the resource owner in one round trip. The mechanism for obtaining a token may be bound to an existing application protocol. The presentation of the authorization token to gain access to the one or more requested resources may also be bound to an existing application protocol.

Further, the proof of authorization delegated by the resource owner may be transferred from the resource requestor to at least another resource requestor such that the other resource requestor can present another authorization token to the resource residence so as to permit the other resource requestor to access the one or more requested resources stored in the resource residence. The other authorization token obtained by the other resource requestor may specify an action permission scope that is a subset of an action permission scope specified in the authorization token obtained directly from the resource owner by the resource requestor. In one embodiment, the other authorization token obtained by the other resource requestor does not change the method for authenticating the resource requestor or a level of assurance for authenticating the resource requestor. Further, the other authorization token may be a modified form of the authorization token originally received and the previous resource requestor performs the modification prior to sending the modified form of the authorization token to the other resource requestor.

Still further, the resource owner may authenticate the resource requestor before sending the authorization token to the resource requestor.

In a second aspect, a method comprises the following steps. In a communication network wherein a first computing device represents a resource owner and a second computing device represents a resource requestor, and wherein the resource owner detects an occurrence of an event and the event occurrence represents a request to access one or more resources of the resource owner stored in a resource residence, the resource requestor receives an authorization token sent by the resource owner in response to the event occurrence, the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence.

In one or more embodiments, the resource residence may authenticate the resource requestor prior to the resource requestor presenting the authorization token to the resource residence. The resource residence verifies the authorization token presented by the resource requestor prior to acting on the one or more requested resources. Further, the resource

US 8,776,204 B2

**3**

residence may authenticate the resource requestor after the resource requestor presents the authorization token to the resource residence. The resource requestor may also transfer the proof of authorization delegated by the resource owner to at least another resource requestor. Such transfer may comprise the resource requestor sending another authorization token to the other resource requestor such that the other resource requestor can present the other authorization token to the resource residence so as to permit the other resource requestor to access the one or more requested resources stored in the resource residence.

In a third aspect, a method comprises the following steps. In a communication network wherein a first computing device represents a resource owner and a second computing device represents a resource requestor, and wherein the resource owner detects an occurrence of an event and the event occurrence represents a request to access one or more resources of the resource owner stored in a resource residence, and wherein the resource requestor receives an authorization token sent by the resource owner in response to the event occurrence, the resource residence receives the authorization token, the authorization token serving as a proof of authorization delegated by the resource owner to the resource requestor to permit the resource requestor to access the one or more requested resources stored in the resource residence.

Advantageously, the dynamic authority delegation techniques of the invention are applicable to web and non-web applications. Said inventive techniques do not rely on the use of HTTP redirection, and do not require multiple round trips for obtaining delegated authorization. Further, said inventive techniques are less complex than existing authority delegation schemes.

These and other objects, features and advantages of the present invention will become apparent from the following detailed description of illustrative embodiments thereof, which is to be read in connection with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram illustrating entities which participate in secure dynamic authority delegation, according to one embodiment of the invention.

FIG. **2** is a diagram of a basic structure of an authorization token, according to an embodiment of the invention.

FIG. **3** is a diagram of a method performed by a resource requestor for requesting an authorization token, according to an embodiment of the invention.

FIG. **4** is a diagram of a method performed by a resource owner in response to a request for an authorization token, according to an embodiment of the invention.

FIGS. **5**A and **5**B are diagrams of a method performed by a resource requestor for accessing protected resources, according to an embodiment of the invention.

FIGS. **6**A and **6**B are diagrams of a method performed by a resource residence in response to a request to access protected resources, according to an embodiment of the invention.

FIG. **7** is a diagram of a structure of another authorization token, according to an embodiment of the invention

FIG. **8** is a diagram of a hardware architecture of a communication network suitable for implementing secure dynamic authority delegation, according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE INVENTION

The present invention will be illustrated below in conjunction with exemplary communication networks and exemplary

**4**

applications. It should be understood, however, that the invention is not limited to use with any particular type of communication network or application. The disclosed techniques are suitable for use with a wide variety of communication networks including web based and non-web based networks, and in numerous applications. In fact, the disclosed techniques may be implemented in any suitable communication network with any suitable applications wherein it would be desirable to provide dynamic delegation of authority to enable an application on a communication network that involves access to protected resources by entities other than the resource owners.

As used herein, "authority delegation" generally refers to one party, who has access to some item, giving permission to another party, to access the item. By way of example, in the embodiments below, the resource owner gives the resource requestor permission to access some resource using an authorization token. The operation is considered "dynamic" in the sense that delegation is effected in real time as needed rather than through provisioning.

As used herein, a "token" generally refers to a data object or structure representing access control criteria and operations that is verifiable or can be authenticated.

As used herein, a "resource" generally refers to any item, data, information, or the like, that could be accessible over a communication network.

As used herein, an "application" generally refers to computer software designed to help a user or entity perform one or more specific tasks.

As will be explained herein, illustrative embodiments of the invention provide techniques whereby a resource requestor can dynamically obtain, directly from a resource owner, permission to access its resources in a resource residence. A "residence," as used herein, generally refers to a storage location accessible via a communication network. A resource requestor can access the protected resources in the resource residence by presenting a proof of authorization delegated by the resource owner. The proof (namely an authorization token) has a verifiable structure and a limited lifetime, and specifies, among other things, the method or the level of assurance for authenticating the resource requestor. The resource requestor can obtain an authorization token dynamically from the resource owner in one round trip through a mechanism that is request-response based and can be bound to an existing application protocol. For example, a resource token request/response can be carried over HTTP or the Session Initial Protocol (SIP) as part of the message header or body or both. The mechanism for presenting the resource token to gain access to the protected resources is request-response based and can be bound to an existing application protocol. For example, the token can be carried over HTTP or SIP as part of the message header or body.

FIG. **1** provides illustrates a system **100** in which entities participate in secure dynamic authority delegation according to one embodiment of the invention. As shown, the system involves three types of actors: resource owner **102**, resource requestor **104**, and resource residence **106**. It is to be appreciated that the three actors can each be implemented as one or more computing devices, as will be further explained below.

The resource owner **102** can be embodied as a user agent (in the case of an end user) or an authorization server (in the case of a service provider or an organization). Similarly, the resource requestor **104** can be embodied as a user agent (in the case of an end user) or an application server (in the case of a service provider or an organization). In a use case where "Alice" (operating computing device A) asks a photo-printing service provider to print her pictures for her Moscow trip

US 8,776,204 B2

**5**

stored on a server, the resource owner **102** (Alice) would be represented by a user agent (e.g., a web browser program executing on computing device A), and the resource requestor **104** (the photo-printing service provider) would be represented by an application server. In another use case where "Bob" (operating computing device B) is a subscriber of an online movie service, the resource owner **102** (the online movie service provider) would be represented by an authorization server, and the resource requestor **104** (Bob) would be represented by a user agent (e.g., a web browser program executing on computing device B).

To gain access to certain protected resources in the resource residence **106**, the resource requestor **104** needs to obtain directly from the resource owner **102** an authorization token that has a basic structure **200** as illustratively shown in FIG. **2** (to be further discussed below). To that end, two methods are possible: pull and push. In the pull method, the resource requestor **104** and the resource owner **102** exchange a request and response. The token request shall identify, at least, the requestor, and the target resources and associated actions. FIGS. **3** and **4**, explained below, depict the pull method from the perspectives of the resource requestor **104** and the resource owner **102**, respectively. In the push method, the resource owner **102** can issue the resource requestor **104** an authorization token as a result of an application trigger rather than an explicit request from the resource requestor.

FIG. **3** shows the pull method **300** on the resource requestor (e.g., **104** in FIG. **1**) side for requesting a basic authorization token. In step **302**, the resource requestor generates and sends an authorization token request to the request owner. In step **304**, the resource requestor checks a first response it receives from the resource owner and determines, in step **306**, whether the first response includes an authentication request (whereby the resource owner is requesting that the requestor be authenticated before the owner sends the authorization token to the requestor) or whether the first response includes the authorization token.

If the first response from the resource owner is not an authentication request but rather includes the authorization token, and thus step **308** (i.e., check for receipt of a failure token response described below) yields a negative, the requestor saves the authorization token (for subsequent transmission to the resource residence) in step **310**.

If, however, the first response from the resource owner is an authentication request, then in step **312**, the resource requestor generates and sends an authentication response to the resource owner. In step **314**, the resource requestor then checks a second response it receives from the resource owner and determines whether the second response includes the authorization token (thus assuming authentication was successful). If so, then step **308** (failure token response) yields a negative, and the requestor saves the authorization token (for subsequent transmission to the resource residence) in step **310**. However, if authentication failed, then the second response received from the resource owner is a failure token response, i.e., meaning that the resource owner will not issue an authorization token to the requestor. It is to be understood that the technique used for authenticating the requestor can comprise any conventional authentication technique.

FIG. **4** shows the pull method **400** on the resource owner (e.g., **102** in FIG. **1**) side for handling the token request. In step **402**, the resource owner checks whether or not the resource requestor (from which a token request has been received) has been authenticated. If not, in step **404**, the resource owner generates an authentication request and sends it to the resource requestor. In step **406**, the resource owner checks the authentication response received from the

**6**

resource requestor. A check is made in step **408** to determine whether authentication was successful. If no, then the resource owner sends, in step **410**, a failure token response to the requestor (i.e., no authorization token is sent to the requestor). However, if authentication was successful, the owner decides, in step **412**, whether the requestor should be given access to the owner's resource(s), and if so, generates an authorization token and sends it to the requestor in step **414**. If, however, access is denied, then the failure token response is sent in step **410**.

Armed with the authorization token, the resource requestor **104** can then request access to the protected resources in the resource residence **106**. Upon receiving the resource request (see FIG. **1**), the resource residence **106** takes the following actions:

1—Verify that the digital signature associated with the request is valid based on the digital signature method specified in the token;

2—Verify that the token has not expired in terms of time and the maximum number of use;

3—Verify that the requested resources and actions to be performed are part of the list of resources and associated rights specified in the token;

4—Verify that the name of the resource requestor matches the requestor name in the token; and

5—Authenticate the resource requestor using the method or a method of the strength level specified in the token.

FIGS. **5**A and **5**B show a method **500** on the resource requestor (e.g., **104** in FIG. **1**) side for access to protected resources (without necessarily including an authorization token in the initial request) held by a resource residence (e.g., **106** in FIG. **1**).

In step **502**, the resource requestor generates and sends a resource request to the request residence. In step **504**, the resource requestor checks a first response it receives from the resource residence and determines, in step **506**, whether the first response includes an authentication request (whereby the resource residence is requesting that the requestor be authenticated before the residence permits access to the resource by the requestor) or whether the first response is asking for the authorization token.

If the first response from the resource residence is not an authentication request but rather is asking for the authorization token (**514** described below), and thus step **508** (i.e., check for receipt of a failure response described below) yields a negative, the requestor sends the authorization token (**516** described below).

If, however, the first response from the resource residence is an authentication request, then in step **510**, the resource requestor generates and sends an authentication response to the resource residence. In step **512**, the resource requestor then checks a second response it receives from the resource residence and determines whether the second response is a failure response (**508**) or a request for the authorization token (**514**) thus assuming authentication was successful. If the latter, the requestor sends the authorization token (that it received from the resource owner in accordance with the protocol described above in the context of FIGS. **3** and **4**) in step **516**.

In step **518**, the resource requestor then checks a third response it receives from the resource residence and determines whether the third response is another authentication request, i.e., a subsequent authentication request by the residence to ensure that the requestor be authenticated with a method prescribed in the token. That is, for added security, the resource residence may need to re-authenticate the requestor each time a token is received. If so, steps **524**, **526** and **528** are

US 8,776,204 B2

7

performed, which are similar to steps **510**, **512** and **508** that are described above. In step **530**, the requestor processes the response, which typically contains the requested resource(s).

FIGS. **6**A and **6**B show a method **600** on the resource residence (e.g., **106** in FIG. **1**) side for handling a resource request from a resource requestor (e.g., **104** in FIG. **1**). In step **602**, the resource residence checks whether the resource requestor has been authenticated. If yes, then in step **604**, the resource residence confirms whether the requestor is the resource owner (in which case, the requestor would not need an authorization token). If yes, then in step **606**, the residence applies the appropriate resource actions and sends a response (e.g., providing access to requested resource(s)).

However, going back to step **602**, if the requestor has not been authenticated and an authorization token has not yet been provided by the requestor (step **608**), an authentication process is performed in steps **610** (generate and send request to requestor), **612** (check authentication response), and **614** (confirm authentication success). If not successful, then a failure response is sent to requestor in step **616**. However, if authentication was successful, then step **604** is performed (check whether requestor is owner) and if affirmative, then step **606** (apply resource actions and send response) is performed. However, after successful authentication (in step **614**) and verification that the requestor is not the resource owner (in step **604**), the residence asks the requestor for the authorization token in step **618**, and checks whether it was provided by the requestor in step **620**. If not, a failure response is sent in step **616**.

Once the token has been received, the resource residence verifies the token in step **622**. For example, a verification is performed to determine whether a token signature is valid, the requestor's names in the request and the token match, the token has not expired, the requested resources and actions are within scope (i.e., what is permitted for the requestor and/or resource being requested). It is to be understood that fewer or more verifications can be made to the token and its contents, depending on the structure of the token. If one or more aspects of the token can not be verified, a failure response is sent to the requestor, in step **624**, and thus the resource is not made available to the requestor. However, if all aspects of the received token are verified, another authentication process may be requested by the residence according to the authentication requirement (in terms of the method or assurance level) specified in the token. This is done via steps **626**, **628**, **630** and **632**, which are similar to steps **610**, **612**, and **614**. Assuming the second authentication is successful, the resource actions are applied and a response sent (i.e., access to resource permitted) in step **634**. If not, then a failure response is sent in step **624**.

Returning again to FIG. **2**, the basic structure of the authorization token is composed of a list of fields (in terms of name-value pairs) and the issuer's signature **202** computed over the fields using a signature algorithm **210** specified (e.g., RSA-SHA1 and HMAC-SHA256) based on the issuer's private key or a shared secret. The unique token identifier **204** can be constructed by concatenating the issuer's name **206** and a timestamp. The issuer's chain of certificates or pointers to the certificates **208** are specified in the token. Note that this field need only be included to improve the overall performance when the algorithm used for computing the issuer's signature is private-key based. Field **212** specifies the name (identity) of the resource requestor. Field **214** specifies the method or strength of the method for authenticating the requestor. Field **216** specifies the name (identity) of the recipient, i.e., the device or server acting as the resource residence.

8

The combined fields of the list of resources and rights **218**, the expiration time **220**, and maximum number of use **222** set the overall delegation scope. The degree of transferability **224** indicates the degree that a token issued by the resource owner can be forwarded down to a series of token requestors starting from the original requestor. It can assume a value of a nonnegative integer. A token of zero-th degree of transferability can not be forwarded. A token of N-th degree of transferability can be transferred by an original token requestor to a second token requestor to a third requestor and so on to the N-th requestor at most.

After obtaining a transferable token, the requestor can issue a new token based on the old one to a new requestor. As shown in FIG. **7**, the new token **700** specifies the identity of a new requestor **708** (which will be authenticated by the same method as before) and possibly a downgraded delegation scope **710**. In one embodiment, the new token **700** also contains the old token **704** (i.e., token structure shown in FIG. **2**), as well as the previous requestor's (now the issuer) chain of certificates or pointers to the certificates **706**. The issuer's signature **702** is computed over the fields using a signature algorithm (which may be the same as the signature algorithm specified in the old token) based on the issuer's private key or a shared secret.

When verifying a forwarded token, the resource residence needs to check, in addition, that:

1—The degree of transferability is greater than the number of new requestors present;

2—All signatures are valid; and

3—The scopes are not broadened as the token is forwarded along the way.

A use case of transferable tokens is as follows: Alice publishes certain content on a content server and makes the associated content manager her proxy for handling access to her content by others. Note that to support tokens that are transferable or of limited number of use, the resource residence needs to keep state.

Lastly, FIG. **8** illustrates a generalized hardware architecture of a communication network **800** suitable for implementing secure dynamic authority delegation, according to the above-described principles of the invention.

As shown, a computing device for resource owner **810** (e.g., **102** in FIG. **1**), a computing device for resource residence **820** (e.g., **106** in FIG. **1**), and a computing device for resource requestor **830** (e.g., **104** in FIG. **1**) are operatively coupled via communication network medium **850**. The network medium may be any network medium across which the computing devices desire to communicate. By way of example, the network medium can carry IP packets end to end and may involve UMTS (Universal Mobile Telecommunications System) or WiFi or DSL (Digital Subscriber Line) in the access network, Ethernet in the metro network, and MPLS (Multiprotocol Label Switching) in the backbone. However, the invention is not limited to a particular type of network medium. Typically, each computing device may function as a client machine or a server machine, depending on the authority delegation scenario being performed. It is also to be understood that while the resource residence is shown as a separate computing device, the residence can be part of the same computing devices as the owner or the requestor. Also, while the resource owner, requestor and residence are each shown in FIG. **8** as being implemented via one computing device, it is to be understood that each may be implemented via more than one such computing device.

As would be readily apparent to one of ordinary skill in the art, the computing devices may be implemented as programmed computers operating under control of computer

US 8,776,204 B2

**9**

program code. The computer program code would be stored in a computer (or processor or machine) readable storage medium (e.g., a memory) and the code would be executed by a processor of the computer. Given this disclosure of the invention, one skilled in the art could readily produce appropriate computer program code in order to implement the protocols described herein.

Nonetheless, FIG. **8** generally illustrates an exemplary architecture for each device communicating over the network medium. As shown, resource owner **810** comprises I/O devices **812**, processor **814**, and memory **816**. Resource residence **820** comprises I/O devices **822**, processor **824**, and memory **826**. Resource requestor **830** comprises I/O devices **832**, processor **834**, and memory **836**.

It should be understood that the term "processor" as used herein is intended to include one or more processing devices, including a central processing unit (CPU) or other processing circuitry, including but not limited to one or more signal processors, one or more integrated circuits, and the like. Also, the term "memory" as used herein is intended to include memory associated with a processor or CPU, such as RAM, ROM, a fixed memory device (e.g., hard drive), or a removable memory device (e.g., diskette or CDROM). In addition, the term "I/O devices" as used herein is intended to include one or more input devices (e.g., keyboard, mouse) for inputting data to the processing unit, as well as one or more output devices (e.g., CRT display) for providing results associated with the processing unit.

Accordingly, software instructions or code for performing the methodologies of the invention, described herein, may be stored in one or more of the associated memory devices, e.g., ROM, fixed or removable memory, and, when ready to be utilized, loaded into RAM and executed by the CPU. That is, each computing device (**810**, **820**, and **830**) shown in FIG. **8** may be individually programmed to perform their respective steps of the protocols depicted in FIGS. **1** and **7**.

Although illustrative embodiments of the present invention have been described herein with reference to the accompanying drawings, it is to be understood that the invention is not limited to those precise embodiments, and that various other changes and modifications may be made by one skilled in the art without departing from the scope or spirit of the invention.

What is claimed is:

**1**. A method, comprising:

in a communication network wherein a first computing device represents a resource owner and a second computing device represents a resource requestor, the resource owner detecting an occurrence of an event, wherein the event occurrence represents a request to access one or more resources of the resource owner stored in a resource residence; and

the resource owner sending an authorization token to the resource requestor in response to the event occurrence, the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence;

wherein the authorization token comprises a verifiable structure comprising:

one or more fields, the one or more fields comprising at least one of: a method to be used by the resource residence for authenticating the resource requestor; and a strength of the method to be used by the resource residence for authenticating the resource requestor; and

**10**

a signature computed over the one or more fields, the signature being computed utilizing a private key of the resource owner.

**2**. The method of claim **1**, wherein the event occurrence is receipt of a resource request by the resource owner from the resource requestor such that the resource requestor and the resource owner exchange a request and a response via a pull communication method.

**3**. The method of claim **1**, wherein the event occurrence is an occurrence of a triggering event associated with an application program rather than an explicit request from the resource requestor such that a communication method between the resource requestor and the resource owner is a push communication method.

**4**. The method of claim **1**, wherein the resource residence resides in a third computing device.

**5**. The method of claim **1**, wherein obtaining the authorization token and presentation of the authorization token to gain access to the one or more requested resources is bound to an existing application protocol.

**6**. The method of claim **1**, wherein the authorization token has a limited lifetime, the limited lifetime comprising a length of time and a maximum number of uses of the authorization token.

**7**. The method of claim **1**, wherein the authorization token specifies a method for authenticating the resource requestor or a level of assurance for authenticating the resource requestor.

**8**. The method of claim **1**, wherein the authorization token specifies one or more actions that are permitted to be performed in accordance with the one or more requested resources.

**9**. The method of claim **1**, wherein the resource requestor obtains the authorization token from the resource owner in one round trip.

**10**. The method of claim **1**, wherein the proof of authorization delegated by the resource owner is transferable from the resource requestor to at least another resource requestor without further communicating with the resource owner such that another authorization token is presentable by the at least another resource requestor to the resource residence so as to permit the at least another resource requestor to access the one or more requested resources stored in the resource residence.

**11**. The method of claim **10**, wherein the other authorization token obtained by the at least another resource requestor specifies an action permission scope that is a subset of an action permission scope specified in the authorization token obtained directly from the resource owner by the resource requestor.

**12**. The method of claim **10**, wherein the other authorization token obtained by the other resource requestor does not change a method for authenticating the resource requestor or a level of assurance for authenticating the resource requestor originally specified in the authorization token.

**13**. The method of claim **10**, wherein the other authorization token obtained by the at least another resource requestor comprises a signature of a previous resource requestor.

**14**. The method of claim **10**, wherein the other authorization token is a modified form of the authorization token originally received and wherein the previous resource requestor performs the modification prior to sending the modified form of the authorization token to the at least another resource requestor.

**15**. The method of claim **1**, further comprising the resource owner authenticating the resource requestor before sending the authorization token to the resource requestor.

US 8,776,204 B2

**11**

**16**. An article of manufacture comprising a non-transitory processor-readable storage medium storing one or more software programs which when executed by a processor associated with the resource owner perform at least the steps of the method of claim **1**.

**17**. A method, comprising:

in a communication network wherein a first computing device represents a resource owner and a second computing device represents a resource requestor, and wherein the resource owner having detected an occurrence of an event and the event occurrence represents a request to access one or more resources of the resource owner stored in a resource residence; and

the resource requestor receiving an authorization token sent by the resource owner in response to the event occurrence, the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence;

wherein the authorization token comprises a verifiable structure comprising:

one or more fields, the one or more fields comprising at least one of: a method to be used by the resource residence for authenticating the resource requestor; and a strength of the method to be used by the resource residence for authenticating the resource requestor; and

a signature computed over the one or more fields, the signature being computed utilizing a private key of the resource owner.

**18**. The method of claim **17**, further comprising the resource residence authenticating the resource requestor prior to the resource requestor presenting the authorization token to the resource residence.

**19**. The method of claim **17**, further comprising the resource residence verifying the authorization token presented by the resource requestor prior to acting on the one or more requested resources.

**20**. The method of claim **17**, further comprising the resource residence authenticating the resource requestor after the resource requestor presents the authorization token to the resource residence.

**21**. The method of claim **17**, further comprising the resource requestor transferring the proof of authorization delegated by the resource owner to at least another resource requestor.

**22**. The method of claim **21**, wherein the transferring step further comprises the resource requestor sending another authorization token to the at least another resource requestor without further communicating with the resource owner such that the other authentication token is presentable by the at least another resource requestor to the resource residence so as to permit the at least another resource requestor to access the one or more requested resources stored in the resource residence.

**23**. An article of manufacture comprising a non-transitory processor-readable storage medium storing one or more software programs which when executed by a processor associated with the resource requestor perform one or more steps of the method of claim **17**.

**24**. A method, comprising:

in a communication network wherein a first computing device represents a resource owner and a second computing device represents a resource requestor, and wherein the resource owner having detected an occur-

**12**

rence of an event and the event occurrence represents a request to access one or more resources of the resource owner stored in a resource residence, and wherein the resource requestor having received an authorization token sent by the resource owner in response to the event occurrence; and

the resource residence receiving the authorization token, the authorization token serving as a proof of authorization delegated by the resource owner for presentation by the resource requestor to the resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence;

wherein the authorization token comprises a verifiable structure comprising:

one or more fields, the one or more fields comprising at least one of: a method to be used by the resource residence for authenticating the resource requestor; and a strength of the method to be used by the resource residence for authenticating the resource requestor; and

a signature computed over the one or more fields, the signature being computed utilizing a private key of the resource owner.

**25**. An article of manufacture comprising a non-transitory processor-readable storage medium storing one or more software programs which when executed by a processor associated with the resource residence perform one or more steps of the method of claim **24**.

**26**. An apparatus, comprising:

a computing device in a communication network representing a resource owner, wherein the communication network also includes a resource requestor and a resource residence, the computing device comprising a memory and a processor coupled to the memory and configured to: detect an occurrence of an event, wherein the event occurrence represents a request to access one or more resources of the resource owner stored in the resource residence; and send an authorization token to the resource requestor in response to the event occurrence, the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence;

wherein the authorization token comprises a verifiable structure comprising:

one or more fields, the one or more fields comprising at least one of: a method to be used by the resource residence for authenticating the resource requestor; and a strength of the method to be used by the resource residence for authenticating the resource requestor; and

a signature computed over the one or more fields, the signature being computed utilizing a private key of the resource owner.

**27**. An apparatus, comprising:

a computing device in a communication network representing a resource requestor, wherein the communication network also includes a resource owner and a resource residence wherein the resource owner having detected an occurrence of an event and the event occurrence represents a request to access one or more resources of the resource owner stored in the resource residence, the computing device comprising a memory and a processor coupled to the memory and configured to receive an authorization token sent by the resource

US 8,776,204 B2

13

owner in response to the event occurrence, the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence;

wherein the authorization token comprises a verifiable structure comprising:

one or more fields, the one or more fields comprising at least one of: a method to be used by the resource residence for authenticating the resource requestor; and a strength of the method to be used by the resource residence for authenticating the resource requestor; and

a signature computed over the one or more fields, the signature being computed utilizing a private key of the resource owner.

**28**. An apparatus, comprising:

a computing device in a communication network representing a resource residence, wherein the communication network also includes a resource owner and a resource requestor wherein the resource owner having detected an occurrence of an event and the event occurrence represents a request to access one or more resources of the resource owner stored in the resource residence, and wherein the resource requestor having received an authorization token sent by the resource owner in response to the event occurrence, the computing device comprising a memory and a processor coupled to the memory and configured to receive the authorization token, the authorization token serving as a proof of authorization delegated by the resource owner for presentation by the resource requestor to the resource

14

residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence;

wherein the authorization token comprises a verifiable structure comprising:

one or more fields, the one or more fields comprising at least one of a method to be used by the resource residence for authenticating the resource requestor; and a strength of the method to be used by the resource residence for authenticating the resource requestor; and

a signature computed over the one or more fields, the signature being computed utilizing a private key of the resource owner.

**29**. The method of claim **1**, wherein the one or more fields comprise the method to be used by the resource residence for authenticating the resource requestor and the strength of the method to be used by the resource residence of authentication the resource requestor.

**30**. The method of claim **29**, wherein the one or more fields further comprise:

a list of resource rights;

an expiration time;

a maximum number of uses; and

a degree of transferability, the degree of transferability indicating a number of resource requestors to which the proof of authorization is permitted to be transferred.

**31**. The method of claim **30**, wherein the degree of transferability indicates a length of a series of resource requesters along which the proof of authorization is permitted to be transferred.

*    *    *    *    *

# EXHIBIT 14

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**<u>CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808</u>**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 7,532,808 (the "'808 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '808 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method of encoding a video sequence, the method comprising: | Paramount performs a method of encoding a video sequence.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br><pre>$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4<br>Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':<br>  Metadata:<br>    major_brand    : mp41<br>    minor_version  : 0<br>    compatible_brands: iso8isommp41dashavc1cmfc<br>    creation_time  : 2024-11-13T18:25:52.000000Z<br>  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s<br>    Stream #0:0[0x1](und): Video: h264 (High) (avc1 / 0x31637661), yuv420p(tv, bt709, progressive),<br>    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)<br>      Metadata:<br>        creation_time  : 2024-11-13T18:25:52.000000Z<br>        handler_name   : VideoHandler<br>        vendor_id      : [0][0][0][0]<br>        encoder        : AVC Coding</pre><br>Source: summary txt file of video downloaded from Paramount. |
| **[B]** assigning a skip coding mode to a first segment of a first frame of the sequence; | Paramount performs a method of assigning a skip coding mode to a first segment of a first frame of the sequence.<br><br>For example, the video downloaded from Paramount is analyzed below.<br><br>For example, the video downloaded from Paramount was encoded by assigning a skip coding mode to a first segment of a first frame of the sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The screenshots depict the macroblocks in NAL unit #40 (frame #37) of the encoded video. Yellow highlighted macroblocks in the frame are skip-coded macroblocks.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>An expanded view of the filmstrip shows frame #37 and its reference frame. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>As an example, [65,3] is a skip macroblock with zero motion vector: |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. As an example, [49,60] is a skip macroblock with a non-zero motion vector: |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **[C]** assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment; and | Paramount performs a method of encoding a video sequence comprising assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment.<br><br>For example, the video downloaded from Paramount was encoded by assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>As a first example, [65,3] is a skip macroblock with zero motion vector: |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

## EXHIBIT 14
### UNITED STATES PATENT NO. 7,532,808
### CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>The left neighbor [64,3] has a zero motion vector.<br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |

9

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | As a second example, [118,65] is a skip macroblock with a zero motion vector:  |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. The neighbor above [118,64] has a zero motion vector. Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |

11

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**</u>

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The left neighbor [117,65] has a non-zero motion vector:<br><br><br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>As a third example, [49,60] is a skip macroblock with a non-zero motion vector: |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

## EXHIBIT 14
## UNITED STATES PATENT NO. 7,532,808
### Claim Chart for Infringement of U.S. Patent No. 7,532,808

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>The left neighbor [48,60] has a non-zero motion vector:<br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  | The neighbor above [49,59] has a non-zero motion vector:<br><br><br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>The right above neighbor [50,59] has a non-zero motion vector:<br><br><br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[D]** forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one of the zero motion vector and | Paramount performs a method of forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one of the zero motion vector and the predicted non-zero motion vector.<br><br>For example, the video downloaded form Paramount was encoded by forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one of the zero motion vector and the |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| the predicted non-zero motion vector; and | predicted non-zero motion vector, as demonstrated in the screenshots below of the video analytics captured using VQ Analyzer software. <br><br> The screenshots depict the macroblocks in NAL unit #40 (frame #37) of the encoded video. Yellow highlighted macroblocks in the frame are skip-coded macroblocks. <br><br>  |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>An expanded view of the filmstrip shows frame #10 and its reference frame.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>As a first example, [65,3] is a skip macroblock with zero motion vector: |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>As a second example, [118,65] is a skip macroblock with a zero motion vector: |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>As a third example, [49,60] is a skip macroblock with a non-zero motion vector: |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>For example, frame 37 is used as a reference frame for frame 38:<br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **[E]** providing in an encoded bitstream an indication of the skip coding mode, wherein no further motion vector information for the first segment is coded in the encoded bitstream. | Paramount performs a method of providing in an encoded bitstream an indication of the skip coding mode, wherein no further motion vector information for the first segment is coded in the encoded bitstream.<br><br>For example, the video downloaded from Paramount was encoded by providing in an encoded bitstream an indication of the skip coding mode, wherein no further motion vector information for the first segment is coded in the encoded bitstream, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, the screenshot below shows the video was coded with the *entropy_coding_mode_flag* set to 1. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount.<br><br>As an example, [65,3] is a skip macroblock with mb_skip_flag value of 1, which indicates the skip coding mode. No motion vector information for the macroblock is encoded in the bitstream. |

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>As a second example, [118,5] is a skip macroblock with mb_skip_flag value of 1, which indicates the skip coding mode. No further motion vector information for the macroblock is encoded in the bitstream. |

EXHIBIT 14
UNITED STATES PATENT NO. 7,532,808
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>As a third example, [49,60] is a skip macroblock with mb_skip_flag value of 1, which indicates the skip coding mode. No further motion vector information for the macroblock is encoded in the bitstream. |

### Exhibit 14
### United States Patent No. 7,532,808
### Claim Chart for Infringement of U.S. Patent No. 7,532,808

| U.S. Patent No. 7,532,808 | Infringement by Paramount |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount |

# EXHIBIT 15

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 6,950,469 (the "'469 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '469 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 15**

**UNITED STATES PATENT NO. 6,950,469**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1.    [A]** A method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $1/2^x$, where x is a positive integer having a maximum value N, the method comprising: | Paramount performs a method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $1/2^x$, where x is a positive integer having a maximum value N.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>he downloaded bitstream is in an H.264-compliant format encoded using an x264-based encoding implementation.<br><br>```$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':  Metadata:    major_brand     : mp41    minor_version   : 0    compatible_brands: iso8isommp41dashavc1cmfc    creation_time   : 2024-11-13T18:25:52.000000Z  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s  Stream #0:0[0x1](und): Video: h264 (High) (avc1 / 0x31637661), yuv420p(tv, bt709, progressive),  1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)    Metadata:      creation_time   : 2024-11-13T18:25:52.000000Z      handler_name    : VideoHandler      vendor_id       : [0][0][0][0]      encoder         : AVC Coding```<br><br>Source: summary txt file of video downloaded from Paramount.<br><br>```$ strings -n 10 ParamountPlus-Smile2-Trailer.mp4 | head -15Strings v2.53 - Search for ANSI and Unicode strings in binary images.Copyright (C) 1999-2016 Mark RussinovichSysinternals - www.sysinternals.com``` |

## EXHIBIT 15
## UNITED STATES PATENT NO. 6,950,469
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | ```
iso8isommp41dashavc1cmfc
https://github.com/shaka-project/shaka-packager
v3.2.1-1904169-release
VideoHandler
AVC Coding
iso8isommp41dashavc1cmfs
x264 - core 164 r3107 a8b68eb - H.264/MPEG-4 AVC codec - Copyleft 2003-2023 -
    http://www.videolan.org/x264.html - options: cabac=1 ref=3 deblock=1:0:0 analyse=0x3:0x113 me=hex
    subme=7 psy=1 psy_rd=1.00:0.00 mixed_ref=1 me_range=16 chroma_me=1 trellis=1 8x8dct=1 cqm=0
    deadzone=21,11 fast_pskip=1 chroma_qp_offset=-2 threads=6 lookahead_threads=1 sliced_threads=0
    nr=0 decimate=1 interlaced=0 bluray_compat=0 constrained_intra=0 bframes=3 b_pyramid=2 b_adapt=1
    b_bias=0 direct=1 weightb=1 open_gop=0 weightp=2 keyint=48 keyint_min=4 scenecut=0 intra_refresh=0
    rc_lookahead=40 rc=abr mbtree=1 bitrate=4501 ratetol=1.0 qcomp=0.60 qpmin=0 qpmax=69 qpstep=4
    vbv_maxrate=5401 vbv_bufsize=4501 nal_hrd=none filler=0 ip_ratio=1.40 aq=1:1.00
```<br><br>Source: summary txt file of video downloaded from Paramount.<br><br>For example, Paramount encodes videos into a series of frames, each frame being an image, such that the frames are divided into pixels arranged into rows and columns, as shown by the analysis of the Paramount video below. |

EXHIBIT 15
UNITED STATES PATENT NO. 6,950,469
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshots of VQ Analyzer software analysis of video downloaded from Paramount.<br><br>When Paramount encodes video, an image is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $1/2^x$, where x is a positive integer having a maximum value N. Two examples are shown below. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**</u>

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analysis of video downloaded from Paramount. |
| **[B]** a) when values for sub-pixels at $1/2^{N-1}$ unit horizontal | Paramount performs a method of interpolation in video coding, the method comprising: when values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| and unit vertical locations, and unit horizontal and $1/2^{N-1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations; | vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations, as demonstrated in the screenshots below using VQ Analyzer software, where the 202, 296 motion vector corresponds to a $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical location.<br><br> |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 15
UNITED STATES PATENT NO. 6,950,469
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
| --- | --- |
| |  Source: Screenshots of VQ Analyzer software analysis of video downloaded from Paramount.<br><br>Paramount performs a method of interpolation in video coding, that the method comprising: when values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations, as demonstrated in the screenshots below using VQ Analyzer software, where the 196, 290 motion vector corresponds to a unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 15
UNITED STATES PATENT No. 6,950,469
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT No. 6,950,469

| U.S. PATENT No. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshots of VQ Analyzer software analysis of video downloaded from Paramount.<br><br>Paramount uses an x264-based encoding implementation to calculate sub-pixel interpolation. For example, the x264 code reproduced below (taken from common / mc.c) defines a filtering function that is used to interpolate values for sub-pixels having half-unit horizontal and unit vertical locations and unit vertical and half-unit vertical locations. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>```<br>173   #define TAPFILTER(pix, d) ((pix)[x-2*d] + (pix)[x+3*d] - 5*((pix)[x-d] + (pix)[x+2*d]) + 20*((pix)[x] + (pix)[x+d]))<br>174   static void hpel_filter( pixel *dsth, pixel *dstv, pixel *dstc, pixel *src,<br>175                            intptr_t stride, int width, int height, int16_t *buf )<br>176   {<br>177       const int pad = (BIT_DEPTH > 9) ? (-10 * PIXEL_MAX) : 0;<br>178       for( int y = 0; y < height; y++ )<br>179       {<br>180           for( int x = -2; x < width+3; x++ )<br>181           {<br>182               int v = TAPFILTER(src,stride);<br>183               dstv[x] = x264_clip_pixel( (v + 16) >> 5 );<br>184               /* transform v for storage in a 16-bit integer */<br>185               buf[x+2] = v + pad;<br>186           }<br>187           for( int x = 0; x < width; x++ )<br>188               dstc[x] = x264_clip_pixel( (TAPFILTER(buf+2,1) - 32*pad + 512) >> 10 );<br>189           for( int x = 0; x < width; x++ )<br>190               dsth[x] = x264_clip_pixel( (TAPFILTER(src,1) + 16) >> 5 );<br>191           dsth += stride;<br>192           dstv += stride;<br>193           dstc += stride;<br>194           src += stride;<br>195       }<br>196   }<br>197<br>```<br>Source: Screenshot of excerpt of common/mc.c from open source x264 codebase. |
| **[C]** b) when values for sub-pixels at $1/2^{N-1}$ unit horizontal and $1/2^{N-1}$ unit vertical locations are required, interpolating such values directly using a choice of a first weighted sum of values for sub-pixels residing at $1/2^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit | Paramount performs a method of interpolation in video coding, the method comprising: when values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations are required, interpolating such values directly using a choice of a first weighted sum of values for sub-pixels residing at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a), as demonstrated in the screenshots below using VQ Analyzer software, where the 238, 322 motion vector corresponds to a $\frac{1}{2}^{N-1}$ unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical location. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO.  6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| horizontal and $1/2^{N-1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: screenshots of VQ Analyzer software analysis of video downloaded from Paramount.<br><br>Paramount uses an x264-based encoding implementation to calculate sub-pixel interpolation. For example, the x264 code reproduced below (taken from common / mc.c) defines a filtering function that is used to interpolate values for sub-pixels at half unit horizontal and half unit vertical locations: |

17

EXHIBIT 15

UNITED STATES PATENT NO. 6,950,469

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Screenshot of excerpt of common/mc.c from open source x264 codebase. |
| **[D]** c) when a value for a sub-pixel situated at a $1/2^N$ unit horizontal and $1/2^N$ unit vertical location is required, interpolating such a value by taking a weighted average of the value of a first sub-pixel or pixel situated at a $1/2^{N-m}$ unit horizontal and $1/2^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $1/2^{N-p}$ unit | Paramount performs a method of interpolation in video coding, the method comprising: when a value for a sub-pixel situated at a $1/2^N$ unit horizontal and $1/2^N$ unit vertical location is required, interpolating such a value by taking a weighted average of the value of a first sub-pixel or pixel situated at a $1/2^{N-m}$ unit horizontal and $1/2^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $1/2^{N-q}$ unit horizontal and $1/2^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $1/2^N$ unit horizontal and $1/2^N$ vertical location, as demonstrated below using VQ Analyzer software, where the 177, 281 motion vector corresponds to a ½$^N$ unit horizontal and ½$^N$ unit vertical location. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| horizontal and $1/2^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $1/2^N$ unit horizontal and $1/2^N$ vertical location. |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO.  6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analysis of video downloaded from Paramount.<br><br>As another example demonstrated below using VQ Analyzer software, the 191, 281 motion vector corresponds to a $\frac{1}{2}^N$ unit horizontal and $\frac{1}{2}^N$ unit vertical location. |

EXHIBIT 15
UNITED STATES PATENT NO. 6,950,469
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analysis of video downloaded from Paramount. <br><br> Paramount uses an x264-based encoding implementation to calculate sub-pixel interpolation. For example, the x264 code reproduced below (taken from common / mc.c) defines a filtering function that is used to interpolate values for sub-pixels at quarter unit horizontal and quarter unit vertical locations: |

EXHIBIT 15
UNITED STATES PATENT NO. 6,950,469
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |
| | Source: Screenshot of excerpt of common/mc.c from open source x264 codebase. |

```
198    static void mc_luma( pixel *dst,     intptr_t i_dst_stride,
199                         pixel *src[4], intptr_t i_src_stride,
200                         int mvx, int mvy,
201                         int i_width, int i_height, const x264_weight_t *weight )
202    {
203        int qpel_idx = ((mvy&3)<<2) + (mvx&3);
204        int offset = (mvy>>2)*i_src_stride + (mvx>>2);
205        pixel *src1 = src[x264_hpel_ref0[qpel_idx]] + offset + ((mvy&3) == 3) * i_src_stride;
206
207        if( qpel_idx & 5 ) /* qpel interpolation needed */
208        {
209            pixel *src2 = src[x264_hpel_ref1[qpel_idx]] + offset + ((mvx&3) == 3);
210            pixel_avg( dst, i_dst_stride, src1, i_src_stride,
211                       src2, i_src_stride, i_width, i_height );
212            if( weight->weightfn )
213                mc_weight( dst, i_dst_stride, dst, i_dst_stride, weight, i_width, i_height );
214        }
215        else if( weight->weightfn )
216            mc_weight( dst, i_dst_stride, src1, i_src_stride, weight, i_width, i_height );
217        else
218            mc_copy( src1, i_src_stride, dst, i_dst_stride, i_width, i_height );
219    }
```

25

# EXHIBIT 16

**Exhibit 16**
**United States Patent No. 8,175,148**
**Claim Chart for Infringement of U.S. Patent No. 8,175,148**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 8,175,148 (the "'148 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '148 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1 [A]** A method of encoding a digital video sequence for use in a video coding application to produce an encoded video bit-stream representative of the digital video sequence, the digital video sequence comprising a number of frames, each frame of said sequence comprising an array of pixels divided into a plurality of blocks, each block comprising a certain number of said pixels, said method comprising: | Paramount performs a method of encoding a digital video sequence for use in a video coding application to produce an encoded video bit-stream representative of the digital video sequence, the digital video sequence comprising a number of frames, each frame of said sequence comprising an array of pixels divided into a plurality of blocks, each block comprising a certain number of said pixels.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>`$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4`<br>`Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':`<br>`  Metadata:`<br>`    major_brand    : mp41`<br>`    minor_version  : 0`<br>`    compatible_brands: iso8isommp41dashavc1cmfc`<br>`    creation_time  : 2024-11-13T18:25:52.000000Z`<br>`  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s`<br>`    Stream #0:0[0x1](und): Video: `h264 (High) (avc1` / 0x31637661), yuv420p(tv, bt709, progressive),`<br>`    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)`<br>`      Metadata:`<br>`        creation_time  : 2024-11-13T18:25:52.000000Z`<br>`        handler_name   : VideoHandler`<br>`        vendor_id      : [0][0][0][0]`<br>`        encoder        : `AVC Coding`<br><br>Source: summary txt file of video downloaded from Paramount. |

2

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | For example, as shown in the following limitations, Paramount segments frames into blocks.<br><br> |

3

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**</u>

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |
| **[B]** encoding a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels for producing corresponding | Paramount performs a method of encoding a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels for producing corresponding blocks of prediction error values.<br><br>For example, as shown in the screenshot below, Paramount encodes a frame by applying a motion vector (MV) to each macroblock. The presence of motion vectors for each macroblock, visualized with arrows, demonstrates that Paramount is using motion information to predict the content of each block |

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| blocks of prediction error values; | from a reference frame. Furthermore, for example, the signaled MV L0 value for the selected macroblock indicates that the encoder has determined the relationship between the current block and a block in a reference frame. The encoder computes the residual or prediction error by subtracting the predicted block from the actual block, and Paramount encodes this residual.<br><br> |



**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |
| **[C]** applying a transform coding technique to said blocks of prediction error values to produce sets of transform coefficient values representative of said blocks of prediction error values; | Paramount performs a method of encoding a frame by applying a transform coding technique to said blocks of prediction error values to produce sets of transform coefficient values representative of said blocks of prediction error values.<br><br>For example, in the Paramount bitstream, quantization values are present that control the level of quantization applied during encoding. These quantization parameters operate on transform coefficients produced by the transform coding step. The presence of a default quantization parameter demonstrates that transform coding has been performed. This default quantization parameter is described below in **[D]**. |

EXHIBIT 16
UNITED STATES PATENT NO. 8,175,148
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | 
Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount.

*See* the evidence cited in **[A]**-**[B]** above and **[D]**-**[E]** below. |
| **[D]** defining a default level of quantization for use in encoding of the digital video sequence to quantize the sets | Paramount performs a method of encoding a frame by defining a default level of quantization for use in encoding of the digital video sequence to quantize the sets of transform coefficient values |

EXHIBIT 16
UNITED STATES PATENT NO. 8,175,148
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| of transform coefficient values; and | For example, Paramount's encoder's default level of quantization is determined by pic_init_qp_minus26 found in the Picture Parameter Set (PPS). For example, in the Paramount bitstream analyzed here, the PPS sets this value so that the default quantization parameter (QP) is 26, calculated as 26 + pic_init_qp_minus26.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Frames 37 through 39 in the exemplary Paramount bitstream all reference this same PPS with pic_parameter_set_id 0, meaning they use this default QP unless overridden. For instance, in frame 37, the slice header refers to PPS 0 and specifies slice_qp_delta of ‑14, which adjusts the QP for that slice. Applying this delta results in a final QP of 12 ($26 + (‑14)$), indicating a lower quantization level and thus higher quality for that slice. |

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The slice header for the previous frame #36 references the pic_parameter_set_id of PPS (0) and includes a slice_qp_delta value of –12. Assuming the default QP from PPS (0) is 26, the resulting QP for this slice is 14 (26 + (–12)), indicating a lower quantization level and higher quality for frame #36.  Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

13

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The slice header for the subsequent frame #38 references the pic_parameter_set_id of PPS (0) and includes a slice_qp_delta value of –12. Assuming the default QP from PPS (0) is 26, the resulting QP for this slice is 14 (26 + (–12)), indicating a lower quantization level and higher quality for frame #38.<br><br> |

**EXHIBIT 16**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. PATENT NO. 8,175,148 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |
| **[E]** providing an indication of the default level of quantization to a decoding process. | Paramount performs a method of encoding a digital video sequence by providing an indication of the default level of quantization to a decoding process.<br><br>For example, the picture parameter set used for each of the slices from the Paramount Bitstream analyzed below includes pic_init_qp_minus26, which is an indication of the default level of quantization used in encoding of the digital video sequence. For example, the default QP of 26 (26+0) is provided to a decoding process.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

# EXHIBIT 17

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 8,050,321 (the "'321 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '321 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**</u>

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method for encoding a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence, the method comprising: | Paramount performs a method for encoding a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>`$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4`<br>`Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':`<br>`  Metadata:`<br>`    major_brand     : mp41`<br>`    minor_version   : 0`<br>`    compatible_brands: iso8isommp41dashavc1cmfc`<br>`    creation_time   : 2024-11-13T18:25:52.000000Z`<br>`  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s`<br>`    Stream #0:0[0x1](und): Video: `h264 (High) (avc1` / 0x31637661), yuv420p(tv, bt709, progressive),`<br>`    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)`<br>`      Metadata:`<br>`        creation_time   : 2024-11-13T18:25:52.000000Z`<br>`        handler_name    : VideoHandler`<br>`        vendor_id       : [0][0][0][0]`<br>`        encoder         : AVC Coding`<br><br>Source: Summary txt file of video downloaded from Paramount.<br><br>For example, Paramount encoded the video to comprise an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence as shown in below video analytics screenshots made using VQ Analyzer software. For example, the encoded bitstream downloaded from Paramount includes independent sequences of image frames beginning with "IDR" (Instantaneous Decoder Refresh) pictures. |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The screenshots depict NAL unit index 51 with NAL unit type 5, which indicates an IDR picture. Here, Frame 48 is an IDR Frame since NAL unit type equals 5.  |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>The below screenshots show that, for the independent sequence present at Picture Order Count (POC) = 0 onwards, no motion-compensated temporal prediction references of the independent sequence refer back to any pictures in the previous independent sequence.<br><br> |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[B]** encoding into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence; | Paramount performs a method for encoding into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence.<br><br>For example, Paramount encoded into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software. For example, the encoded bitstream downloaded from Paramount includes an indication of an IDR picture in the bitstream.<br><br>The screenshots depict NAL unit index 51 with NAL unit type 5, which indicates an IDR picture. Here, Frame 48 is an IDR Frame since NAL unit type equals 5. |

Exhibit 17
UNITED STATES PATENT NO. 8,050,321
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[C]** encoding identifier values for the image frames according to a numbering scheme; and | Paramount performs a method for encoding identifier values for the image frames according to a number scheme.<br><br>For example, Paramount encoded identifier values for the image frames according to a numbering scheme, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, Paramount encoded pic_order_cnt_lsb in the slice header syntax as a numbered identifier for pictures. |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**



**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**



**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**</u>

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  | As another example, the video downloaded from Paramount includes frame_num in the slice header syntax as a numbered identifier for pictures. For example, frame_num = 3 and then frame_num increments by 1 for the following frame.<br><br> |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**</u>

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **[D]** resetting the identifier value for the indicated first image frame of the independent sequence. | Paramount performs a method for resetting the identifier value for the indicated first image frame of the independent sequence.<br><br>For example, Paramount reset the identifier value for the indicated first image frame of the independent sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>The screenshot depicts pic_order_cnt_lsb = 0 for the IDR Frame. |

EXHIBIT 17
UNITED STATES PATENT NO. 8,050,321
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  |  |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | 

Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.

As another example, Paramount's encoder reset frame_num to 0.

The screenshots depict frame_num = 0 for the IDR Frame. |

16

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 17**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

# EXHIBIT 18

<div align="center">

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

</div>

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 8,050,321 (the "'321 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '321 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method for encoding a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence, the method comprising: | Paramount performs a method for encoding a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.265-compliant format.<br><br>`$ ffprobe -hide_banner TopGunMaverick.mp4`<br>`Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'TopGunMaverick.mp4':`<br>`  Metadata:`<br>`    major_brand    : mp41`<br>`    minor_version  : 0`<br>`    compatible_brands: iso8isommp41dashhvc1cmfc`<br>`    creation_time  : 2023-12-20T23:15:22.000000Z`<br>`  Duration: 00:08:54.53, start: 468.468468, bitrate: 1731 kb/s`<br>`  Stream #0:0[0x1](und): Video: hevc (Main 10) (hvc1 / 0x31637668), yuv420p10le(tv,`<br>`bt2020nc/bt2020/smpte2084),`<br>`    3840x2160 [SAR 1:1 DAR 16:9], 14015 kb/s, 23.98 fps, 23.98 tbr, 23976 tbn (default)`<br><br>`    Metadata:`<br>`      creation_time  : 2023-12-20T23:15:22.000000Z`<br>`      handler_name   : VideoHandler`<br>`      vendor_id      : [0][0][0][0]`<br>`      encoder        : HEVC Coding`<br>`    Side data:`<br>`      unknown side data type 24 (36 bytes)`<br><br>Source: Summary txt file of video downloaded from Paramount.<br><br>For example, Paramount encoded the video to comprise an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence as shown in the below video analytics screenshots made using VQ Analyzer software. For example, the encoded bitstream downloaded from Paramount includes independent sequences of image frames beginning with "IDR" (Instantaneous Decoder Refresh) pictures. |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The screenshots depict NAL unit index 547-554 with NAL unit type 19, which indicates an IDR picture. Here, Frame 48 is an IDR Frame since NAL unit type equals 19.  |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>The below screenshots show that, for the independent sequence present at Picture Order Count (POC) = 0 onwards, no motion-compensated temporal prediction references of the independent sequence refer back to any pictures in the previous independent sequence. |

EXHIBIT 18

UNITED STATES PATENT NO. 8,050,321
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[B]** encoding into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence; | Paramount performs a method for encoding into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence.<br><br>For example, Paramount encoded into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software. For example, the encoded bitstream downloaded from Paramount includes an indication of an IDR picture in the bitstream. |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The screenshots depict NAL unit index 547-554 with NAL unit type 19, which indicates an IDR picture. Here, Frame 48 is an IDR Frame since NAL unit type equals 19.  |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>The below screenshots show that, for the independent sequence present at Picture Order Count (POC) = 0 onwards, no motion-compensated temporal prediction references of the independent sequence refer back to any pictures in the previous independent sequence. |

7

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[C]** encoding identifier values for the image frames according to a numbering scheme; and | Paramount performs a method for encoding identifier values for the image frames according to a number scheme.<br><br>For example, Paramount encoded identifier values for the image frames according to a numbering scheme, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, Paramount encoded slice_pic_order_cnt_lsb into the slice header syntax as a numbered identifier value for pictures. For example, slice_pic_order_cnt_lsb = 2 and then slice_pic_order_cnt_lsb increments by 1 for the following frames. |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**</u>

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **[D]** resetting the identifier value for the indicated first image frame of the independent sequence. | Paramount performs a method for resetting the identifier value for the indicated first image frame of the independent sequence.<br><br>For example, Paramount reset the identifier value for the indicated first image frame of the independent sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, Paramount's encoder the picture order count of the IDR picture to 0. |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 18**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

# EXHIBIT 19

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 7,289,674 (the "'674 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '674 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method of coding into a bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block, said method comprising: | Paramount performs a method of coding into a bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>`$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4`<br>`Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':`<br>`  Metadata:`<br>`    major_brand     : mp41`<br>`    minor_version   : 0`<br>`    compatible_brands: iso8isommp41dashavc1cmfc`<br>`    creation_time   : 2024-11-13T18:25:52.000000Z`<br>`  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s`<br>`  Stream #0:0[0x1](und): Video: `h264 (High) (avc1` / 0x31637661), yuv420p(tv, bt709, progressive),`<br>`    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)`<br>`    Metadata:`<br>`      creation_time   : 2024-11-13T18:25:52.000000Z`<br>`      handler_name    : VideoHandler`<br>`      vendor_id       : [0][0][0][0]`<br>`      encoder         : `AVC Coding``<br><br>Source: summary txt file of video downloaded from Paramount.<br><br>VQ Analyzer shows that Frame #37 is a 1920 x 1080 pixel image, divided into 16x16 macroblocks from [0,0] to [119, 67]. |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>Filmstrip view shows thumbnails for this frame and some surrounding frames.<br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>The Type Map view shows that this frame is composed inter-coded MBs (blue), some skip-coded MB's (yellow), and some intra-coded MBs (reddish hue): |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  |  |

**Exhibit 19**
**United States Patent No. 7,289,674**
**Claim Chart for Infringement of U.S. Patent No. 7,289,674**

| U.S. Patent No. 7,289,674 | Infringement by Paramount |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>Zooming-in shows that some intra-coded MBs are 16x16 and others are sub-divided into 8x8 and 4x4 blocks: |

EXHIBIT 19
UNITED STATES PATENT No. 7,289,674
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT No. 7,289,674

| U.S. PATENT No. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
<u>CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674</u>

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount.<br><br>VQA shows visually the spatial prediction mode of i8x8 and i4x4 sub-blocks with a numerical mode and directional arrow.  The syntax information pane also shows the intra8x8 and intra4x4 information for the macroblock.<br><br>For example, the MB [99, 6] divided into i4x4 blocks, the syntax information includes 16 values for prev_intra4x4[0] to [15]. |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 19
UNITED STATES PATENT NO. 7,289,674
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>And for MB [100,4] divided into four i8x8 blocks, the syntax information includes four values for prev_intra8x8_pred_mode_flag[0] to [3]: |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 19
UNITED STATES PATENT NO. 7,289,674
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
| --- | --- |
| |  |

13

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>The information above shows that macroblock [99, 6] is one of a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block. |
| **[B]** grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first | Paramount performs a method of grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes. |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes, and | For example, the video downloaded from Paramount was encoded by grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes.<br><br>For example, in frame #37, macroblock [99, 6] is divided into sixteen intra4x4 blocks, each with its own Intra4x4PredMode.<br><br>The following screenshots show the signaled syntax information and the computed Intra4x4PredMode values for each of the 4x4 blocks (both numerically and visually with names and arrows showing direction): |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | 
Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.

For example, in frame #37, macroblock [100,4] divided into four i8x8 blocks, the syntax information includes four values for prev_intra8x8_pred_mode_flag[0] to [3]. The following screenshots show the signaled syntax information and the computed Intra8x8_PredMode values for each of the 8x8 blocks (both numerically and visually with names and arrows showing direction): |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 19

UNITED STATES PATENT NO. 7,289,674

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

Source: Screenshots of VQ Analyzer software analyzing bitstream downloaded from Paramount.

As shown in the above screenshots, for each of the sixteen 4x4 blocks, Paramount assigns an intra prediction mode from one of two groups of prediction modes: (i) a first group indicated by prev_intra4x4_pred_mode_flag = 1; and (ii) a second group indicated by prev_intra4x4_pred_mode_flag = 0. The total number of possible prediction modes for Paramount's bitstream is 9, each individual prediction mode having a prediction mode number in the range 0 to 8.

Paramount encodes prev_intra_4x4_pred_mode_flag = 1 for a given block to indicate a prediction mode (0 to 8) whose prediction mode number is the lower of the respective prediction mode numbers of the neighbouring blocks to the left and above the block in question. Thus, this lower prediction mode

EXHIBIT 19
UNITED STATES PATENT NO. 7,289,674
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | comprises a first group of prediction modes with a first number of first prediction modes. This first group has a first number of prediction modes, wherein the first number is smaller than the number of derived prediction modes.<br><br>Paramount encodes prev_intra4x4_pred_mode_flag = 0 for a given block to indicate a prediction mode from the second group of prediction modes, wherein the second group of prediction modes comprises the remaining eight possible prediction modes that are not included in the first group. For example, the screenshots above show that Paramount includes rem_intra4x4_pred_mode in the bitstream, which is three bits and has eight possible values, to identify a mode from the remaining eight possible prediction modes.<br><br>For example, in Paramount's bitstreams, first prediction modes have a higher probability of occurrence than the second prediction modes.<br><br>For example, we can compare the number of blocks of the bitstream in the first group (indicated by pred_intra4x4_mode_flag = 1) to the number of blocks in the second group (indicated by pred_intra4x4_mode_flag = 0).<br><br>For example, the number of blocks of the Paramount bitstream in the first group is 1,948,480 whereas the number of blocks in the second group is 1,309,488.<br><br>`X: === Input File: ParamountPlus-Smile2-Trailer.mp4 ===`<br>`X: Intra4x4 MB Decoded: 203623`<br>`X:     Sub-blocks w/prev_intra4x4_pred_mode_flag=1: 1948480`<br>`X:     Sub-blocks w/prev_intra4x4_pred_mode_flag=0: 1309488` |
| **[C]** coding into the bitstream information indicative of whether the spatial prediction mode of the current block belongs to the | Paramount performs a method of coding into the bitstream information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group.<br><br>As shown in the below screenshots, Paramount encodes blocks using a coding mode in the first group with a prev_intra4x4_pred_mode_flag with a value of "1" (indicative of the spatial prediction mode |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| first group or the second group. | of the current block belonging to the first group) whereas blocks using a coding mode in the second group are coded with a prev_intra4x4_pred_mode_flag with a value of "0."  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>For example, in frame #37, macroblock [100,4] Paramount encoded some blocks with a prev_intra8x8_pred_mode_flag with a value of "1" whereas blocks using a coding mode in the second group are coded with a prev_intra8x8_pred_mode_flag with a value of "0.": |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 19**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 19

UNITED STATES PATENT NO. 7,289,674

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

# EXHIBIT 20

**EXHIBIT 20**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 6,968,005 (the "'005 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '005 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 20**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method of encoding a video signal representing a sequence of pictures to form an encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures, | Paramount performs a method of encoding a video signal representing a sequence of pictures to form an encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br><pre>$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4<br>Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':<br>  Metadata:<br>    major_brand     : mp41<br>    minor_version   : 0<br>    compatible_brands: iso8isommp41dashavc1cmfc<br>    creation_time   : 2024-11-13T18:25:52.000000Z<br>  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s<br>    Stream #0:0[0x1](und): Video: h264 (High) (avc1 / 0x31637661), yuv420p(tv, bt709, progressive),<br>    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)<br>      Metadata:<br>        creation_time   : 2024-11-13T18:25:52.000000Z<br>        handler_name    : VideoHandler<br>        vendor_id       : [0][0][0][0]<br>        encoder         : AVC Coding</pre><br>Source: summary txt file of video downloaded from Paramount.<br><br>For example, as shown by the video downloaded from Paramount, Paramount encoded a video signal representing a sequence of pictures to form an encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, the screenshots below depict an IDR (I) picture at frame 0 and subsequent predicted (P) pictures in the bitstream, demonstrating that the encoded video signal comprises both temporally independent INTRA pictures and temporally predicted pictures. |

**EXHIBIT 20**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 20

UNITED STATES PATENT NO. 6,968,005

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 20

UNITED STATES PATENT No. 6,968,005

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT No. 6,968,005

| U.S. PATENT No. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[B]** wherein the INTRA pictures and at least some of the temporally predicted pictures are used to form | Paramount performs a method for encoding a video signal wherein the INTRA pictures and at least some of the temporally predicted pictures are used to form reference pictures for the temporal prediction of other pictures in the video sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software. |

**EXHIBIT 20**

**UNITED STATES PATENT NO. 6,968,005**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| reference pictures for the temporal prediction of other pictures in the video sequence, | For example, Frame 2 uses both Frame 0 (Intra picture) and Frame 1 (P picture) as reference pictures.<br><br> |

**Exhibit 20**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 20

UNITED STATES PATENT NO. 6,968,005

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**Exhibit 20**
**United States Patent No. 6,968,005**
**Claim Chart for Infringement of U.S. Patent No. 6,968,005**

| U.S. Patent No. 6,968,005 | Infringement by Paramount |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |

EXHIBIT 20
UNITED STATES PATENT NO. 6,968,005
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | As another example, the below screenshot from VQ Analyzer shows pictures used to form reference pictures for the temporal prediction of other pictures in the video sequence.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[C]** comprising indicating an encoding order of those pictures used to form reference pictures in the encoded video signal with a sequence indicator having an independent numbering scheme, such that consecutive pictures used to form reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures | Paramount performs a method for encoding a video signal comprising indicating an encoding order of those pictures used to form reference pictures in the encoded video signal with a sequence indicator having an independent numbering scheme, such that consecutive pictures used to form reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>The screenshots depict the frame_num sequence indicator incrementing only for reference frames, demonstrating a numbering scheme that is independent of the number of non-reference frames encoded between them. |

**EXHIBIT 20**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| encoded between successive reference pictures. |  |

**Exhibit 20**
**United States Patent No. 6,968,005**
**Claim Chart for Infringement of U.S. Patent No. 6,968,005**

| U.S. Patent No. 6,968,005 | Infringement by Paramount |
|---|---|
| |  |

**EXHIBIT 20**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  |  |

**Exhibit 20**
**United States Patent No. 6,968,005**
**Claim Chart for Infringement of U.S. Patent No. 6,968,005**

| U.S. Patent No. 6,968,005 | Infringement by Paramount |
|---|---|
| |  |

**Exhibit 20**
**United States Patent No. 6,968,005**
**Claim Chart for Infringement of U.S. Patent No. 6,968,005**

| U.S. Patent No. 6,968,005 | Infringement by Paramount |
|---|---|
| |  |

**Exhibit 20**
**United States Patent No. 6,968,005**
**Claim Chart for Infringement of U.S. Patent No. 6,968,005**

| U.S. Patent No. 6,968,005 | Infringement by Paramount |
|---|---|
| |  |

16

EXHIBIT 20
UNITED STATES PATENT NO. 6,968,005
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

# EXHIBIT 21

**EXHIBIT 21**
**UNITED STATES PATENT NO. 7,082,450**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450**

As demonstrated in the chart below, Paramount infringes at least claim 31 of U.S. Patent No. 7,082,450 (the "'450 Patent"). For example, Paramount infringes by encoding video according to the method of claim 31, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '450 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 21**
**UNITED STATES PATENT NO. 7,082,450**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450**

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **31.  [A]** A method of encoding digital data, | Paramount performs a method of encoding digital data.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format encoded using an x264-based encoding implementation.<br><br><pre>$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4<br>Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':<br>  Metadata:<br>    major_brand     : mp41<br>    minor_version   : 0<br>    compatible_brands: iso8isommp41dashavc1cmfc<br>    creation_time   : 2024-11-13T18:25:52.000000Z<br>  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s<br>    Stream #0:0[0x1](und): Video: h264 (High) (avc1 / 0x31637661), yuv420p(tv, bt709, progressive),<br>    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)<br>      Metadata:<br>        creation_time   : 2024-11-13T18:25:52.000000Z<br>        handler_name    : VideoHandler<br>        vendor_id       : [0][0][0][0]<br>        encoder         : AVC Coding</pre><br>Source: summary txt file of video downloaded from Paramount.<br><br><pre>$ strings -n 10 ParamountPlus-Smile2-Trailer.mp4 \| head -15<br><br>Strings v2.53 - Search for ANSI and Unicode strings in binary images.<br>Copyright (C) 1999-2016 Mark Russinovich<br>Sysinternals - www.sysinternals.com<br><br>iso8isommp41dashavc1cmfc<br>https://github.com/shaka-project/shaka-packager<br>v3.2.1-1904169-release<br>VideoHandler<br>AVC Coding<br>iso8isommp41dashavc1cmfs</pre> |

EXHIBIT 21
UNITED STATES PATENT NO. 7,082,450
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | x264 - core 164 r3107 a8b68eb - H.264/MPEG-4 AVC codec - Copyleft 2003-2023 - http://www.videolan.org/x264.html - options: cabac=1 ref=3 deblock=1:0:0 analyse=0x3:0x113 me=hex subme=7 psy=1 psy_rd=1.00:0.00 mixed_ref=1 me_range=16 chroma_me=1 trellis=1 8x8dct=1 cqm=0 deadzone=21,11 fast_pskip=1 chroma_qp_offset=-2 threads=6 lookahead_threads=1 sliced_threads=0 nr=0 decimate=1 interlaced=0 bluray_compat=0 constrained_intra=0 bframes=3 b_pyramid=2 b_adapt=1 b_bias=0 direct=1 weightb=1 open_gop=0 weightp=2 keyint=48 keyint_min=4 scenecut=0 intra_refresh=0 rc_lookahead=40 rc=abr mbtree=1 bitrate=4501 ratetol=1.0 qcomp=0.60 qpmin=0 qpmax=69 qpstep=4 vbv_maxrate=5401 vbv_bufsize=4501 nal_hrd=none filler=0 ip_ratio=1.40 aq=1:1.00<br><br>Source: summary txt file of video downloaded from Paramount.<br><br>For example, Paramount encodes videos comprising a number of frames with each of the frames divided into blocks of pixels, as shown in the screenshots below of the video analytics using VQ Analyzer software.<br><br> |

**EXHIBIT 21**
**UNITED STATES PATENT NO. 7,082,450**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450**

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: screenshots of VQ Analyzer software analysis of video downloaded from Paramount. |
| **[B]** the method comprising: transforming said digital data by applying a simplified transform matrix to said digital data, the simplified transform matrix being obtained by simplifying a predetermined transform matrix to require less operations when applied to digital data, and in which simplified transform matrix elements constituting irrational numbers are approximated by rational numbers; and | Paramount performs a method of encoding digital data comprising transforming said digital data by applying a simplified transform matrix to said digital data, the simplified transform matrix being obtained by simplifying a predetermined transform matrix to require less operations when applied to digital data, and in which simplified transform matrix elements constituting irrational numbers are approximated by rational numbers.<br><br>Paramount uses an x264-based encoding implementation to apply a simplified DCT transform to image data in which simplified transform matrix elements constituting irrational numbers are approximated by rational numbers. For example, the x264 code reproduced below (taken from the sub4x4-dct function and the 4x4 DCT scaling matrix) shows the use of a DCT transform matrix.<br><br><pre>static void sub4x4_dct( dctcoef dct[16], pixel *pix1, pixel *pix2 )<br>{<br>    dctcoef d[16];<br>    dctcoef tmp[16];<br><br>    pixel_sub_wxh( d, 4, pix1, FENC_STRIDE, pix2, FDEC_STRIDE );<br><br>    for( int i = 0; i < 4; i++ )<br>    {<br>        int s03 = d[i*4+0] + d[i*4+3];<br>        int s12 = d[i*4+1] + d[i*4+2];<br>        int d03 = d[i*4+0] - d[i*4+3];<br>        int d12 = d[i*4+1] - d[i*4+2];<br><br>        tmp[0*4+i] =   s03 +   s12;<br>        tmp[1*4+i] = 2*d03 +   d12;</pre> |

EXHIBIT 21

UNITED STATES PATENT NO. 7,082,450

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <pre>        tmp[2*4+i] =   s03 -   s12;<br>        tmp[3*4+i] =   d03 - 2*d12;<br>    }<br><br>    for( int i = 0; i < 4; i++ )<br>    {<br>        int s03 = tmp[i*4+0] + tmp[i*4+3];<br>        int s12 = tmp[i*4+1] + tmp[i*4+2];<br>        int d03 = tmp[i*4+0] - tmp[i*4+3];<br>        int d12 = tmp[i*4+1] - tmp[i*4+2];<br><br>        dct[i*4+0] =   s03 +   s12;<br>        dct[i*4+1] = 2*d03 +   d12;<br>        dct[i*4+2] =   s03 -   s12;<br>        dct[i*4+3] =   d03 - 2*d12;<br>    }<br>}</pre><br><br>Source:  sub4x4-dct function from open source x264 codebase.<br><br>For example, Paramount applies a simplified DCT transform matrix to the digital data, where the simplified transform matrix is obtained by simplifying a predetermined transform matrix to require less operations when applied to digital data, and in which simplified transform matrix elements constituting irrational numbers are approximated by rational numbers. The transform matrix coefficients are all rational numbers, and Paramount's encoding of video uses a transform coding operation resulting in blocks of transform coefficient values, as shown by analysis of the Paramount video below. When the transform_size_8x8_flag is set to 0, this indicates that the transform for each macroblock comprises 16 blocks of 4x4 samples, as shown by analysis of the Paramount video below. |

**EXHIBIT 21**
**UNITED STATES PATENT NO. 7,082,450**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450**

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 21
UNITED STATES PATENT NO. 7,082,450
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 21**
**UNITED STATES PATENT NO. 7,082,450**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450**

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 21**
**UNITED STATES PATENT NO. 7,082,450**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450**

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analysis of video downloaded from Paramount. |
| **[C]** quantizing said transformed digital data by performing an extended quantization operation, the extended quantization operation being obtained from a predetermined quantization operation by including operations removed by simplifying the predetermined transform | Paramount performs a method of encoding digital data comprising quantizing said transformed digital data by performing an extended quantization operation, the extended quantization operation being obtained from a predetermined quantization operation by including operations removed by simplifying the predetermined transform matrix, said extended quantization operation being adjusted to compensate for said approximation of elements of said simplified transform matrix.<br><br>Paramount uses an x264-based encoding implementation to quantize the transformed digital data by performing an extended quantization operation to compensate for the approximation of elements of the simplified transform matrix.<br>For example, the x264 code reproduced below (taken from macroblock.h and quant.c) performs quantization on each entry in a simplified quantization matrix. |

9

EXHIBIT 21
UNITED STATES PATENT NO. 7,082,450
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| matrix, said extended quantization operation being adjusted to compensate for said approximation of elements of said simplified transform matrix. |  Source: Screenshot of excerpt of macroblock.h from open source x264 codebase.   Source: Screenshots of excerpts of quant.c from open source x264 codebase. |

```
90    static ALWAYS_INLINE int x264_quant_4x4( x264_t *h, dctcoef dct[16], int i_qp, int ctx_block_cat, int b_intra, i
91    {
92        int i_quant_cat = b_intra ? (p?CQM_4IC:CQM_4IY) : (p?CQM_4PC:CQM_4PY);
93        if( h->mb.b_noise_reduction )
94            h->quantf.denoise_dct( dct, h->nr_residual_sum[0+!!p*2], h->nr_offset[0+!!p*2], 16 );
95        if( h->mb.b_trellis )
96            return x264_quant_4x4_trellis( h, dct, i_quant_cat, i_qp, ctx_block_cat, b_intra, !!p, idx+p*16 );
97        else
98            return h->quantf.quant_4x4( dct, h->quant4_mf[i_quant_cat][i_qp], h->quant4_bias[i_quant_cat][i_qp] );
99    }
```

Source: Screenshot of excerpt of macroblock.h from open source x264 codebase.

```
67    static int quant_4x4( dctcoef dct[16], udctcoef mf[16], udctcoef bias[16] )
68    {
69        int nz = 0;
70        for( int i = 0; i < 16; i++ )
71            QUANT_ONE( dct[i], mf[i], bias[i] );
72        return !!nz;
73    }
```

```
50    #define QUANT_ONE( coef, mf, f ) \
51    { \
52        if( (coef) > 0 ) \
53            (coef) = ((f) + (uint32_t)(coef)) * (mf) >> 16; \
54        else \
55            (coef) = -(int32_t)(((f) + (uint32_t)(-coef)) * (mf) >> 16); \
56        nz |= (coef); \
57    }
```

Source: Screenshots of excerpts of quant.c from open source x264 codebase.

**EXHIBIT 21**
**UNITED STATES PATENT NO. 7,082,450**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450**

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | ```
static const uint16_t quant4_scale[6][3] =
{
    { 13107, 8066, 5243 },
    { 11916, 7490, 4660 },
    { 10082, 6554, 4194 },
    {  9362, 5825, 3647 },
    {  8192, 5243, 3355 },
    {  7282, 4559, 2893 },
};
```

Source: DCT scaling matrix defined as quant4_scale [6][3] in common/set.c from open source x264 codebase. |

EXHIBIT 21
UNITED STATES PATENT NO. 7,082,450
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

12

EXHIBIT 21
UNITED STATES PATENT NO. 7,082,450
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Syntax Info \| 14448    x |

| Pos | R | V | SE Name | Value | Bits | Bit |
|---|---|---|---|---|---|---|
| 0x00066f8a:4 | 458 | 64 | mb_skip_flag | 0 | 0 | 0.0 |
| 0x00066f8a:4 | 449 | 64 | mb_type | 0 | 1 | 0.4 |
| 0x00066f8a:5 | 496 | 128 | ref_idx_l0[0] | 1 | 0 | 0.0 |
| 0x00066f8a:5 | 368 | 128 | mvd_l0[0] | 3 | 5 | 2.2 |
| 0x00066f8b:2 | 280 | 148 | mvd_l0[1] | -1 | 5 | 2.2 |
| 0x00066f8b:7 | 296 | 189 | coded_block_pattern | 31 | 4 | 1.8 |
| 0x00066f8c:3 | 446 | 336 | transform_size_8x8_flag | 0 | 1 | 0.4 |
| 0x00066f8c:4 | 356 | 137 | mb_qp_delta | 0 | 1 | 0.4 |
| 0x00000000:0 | | | > residual_block_cabac | | 21 | 9.5 |
| 0x00000000:0 | | | > residual_block_cabac | | 18 | 8.1 |
| 0x00000000:0 | | | > residual_block_cabac | | 1 | 0.4 |
| 0x00000000:0 | | | > residual_block_cabac | | 16 | 7.2 |
| 0x00000000:0 | | | > residual_block_cabac | | 2 | 0.9 |
| 0x00000000:0 | | | > residual_block_cabac | | 1 | 0.4 |
| 0x00000000:0 | | | > residual_block_cabac | | 8 | 3.6 |
| 0x00000000:0 | | | > residual_block_cabac | | 17 | 7.7 |
| 0x00000000:0 | | | > residual_block_cabac | | 12 | 5.4 |
| 0x00000000:0 | | | > residual_block_cabac | | 1 | 0.4 |
| 0x00000000:0 | | | > residual_block_cabac | | 8 | 3.6 |
| 0x00000000:0 | | | > residual_block_cabac | | 2 | 0.9 |
| 0x00000000:0 | | | > residual_block_cabac | | 8 | 3.6 |
| 0x00000000:0 | | | > residual_block_cabac | | 37 | 16 |
| 0x00000000:0 | | | > residual_block_cabac | | 21 | 9.5 |
| 0x00000000:0 | | | > residual_block_cabac | | 12 | 5.4 |
| 0x00000000:0 | | | > residual_block_cabac | | 9 | 4.0 |
| 0x00000000:0 | | | > residual_block_cabac | | 9 | 4.0 |
| 0x00066fa6:0 | 417 | 22 | end_of_slice_flag | 0 | 0 | 0.0 |

MP4   NAL   SPS   PPS   Slice   SEI   MB   QM   Ref Lists

### EXHIBIT 21
### UNITED STATES PATENT NO. 7,082,450
### CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 21
UNITED STATES PATENT NO. 7,082,450
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 21**
**UNITED STATES PATENT NO. 7,082,450**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,082,450**

| U.S. PATENT NO. 7,082,450 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |
| | Source: Screenshots of VQ Analyzer software analysis of video downloaded from Paramount. |

# EXHIBIT 22

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 6,711,211 (the "'211 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '211 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

EXHIBIT 22
UNITED STATES PATENT NO. 6,711,211
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method for encoding video information including deriving prediction motion coefficients for blocks within a macroblock of a video frame being encoded from motion coefficients of at least one prediction block that is a previously encoded macroblock or block within said video frame, the method comprising: | Paramount performs a method of encoding including deriving prediction motion coefficients for blocks within a macroblock of a video frame being encoded from motion coefficients of at least one prediction block that is a previously encoded macroblock or block within said video frame.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>```\n$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4\nInput #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':\n  Metadata:\n    major_brand     : mp41\n    minor_version   : 0\n    compatible_brands: iso8isommp41dashavc1cmfc\n    creation_time   : 2024-11-13T18:25:52.000000Z\n  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s\n    Stream #0:0[0x1](und): Video: h264 (High) (avc1 / 0x31637661), yuv420p(tv, bt709, progressive),\n    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)\n      Metadata:\n        creation_time   : 2024-11-13T18:25:52.000000Z\n        handler_name    : VideoHandler\n        vendor_id       : [0][0][0][0]\n        encoder         : AVC Coding\n```<br><br>Source: summary txt file of video downloaded from Paramount.<br><br>For example, as shown in the following limitations, Paramount evaluates the available segmentation options for a macroblock, such as dividing it into 16x8, 8x16, or 8x8 blocks. For each segmentation, Paramount's encoding process includes associated prediction methods (e.g., using the motion vector of a neighboring block or the median of neighboring motion vectors). Paramount's encoder selects the most appropriate pair of segmentation and prediction methods based on the content and motion characteristics of the macroblock. This selection is reflected in the value of the syntax element mb_type in the encoded bitstream, which specifies both the segmentation and the prediction method used. |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**</u>

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  | Once a macroblock segmentation and prediction method has been selected, the macroblock is segmented accordingly. For example, if Paramount's encoder selects a 16x8 segmentation, the macroblock is divided into two 16x8 blocks; if an 8x8 segmentation is selected, it is divided into four 8x8 blocks, and so on.<br><br>For each block within the segmented macroblock, the encoder derives the prediction motion coefficients using the selected prediction method. |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |
| **[B]** segmenting the video frame into macroblocks; | Paramount performs a method of encoding video information comprising segmenting the video frame into macroblocks.<br><br>For example, the video downloaded from Paramount is analyzed below. The video downloaded from Paramount was encoded by segmenting the video frame into macroblocks. |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

EXHIBIT 22
UNITED STATES PATENT NO. 6,711,211
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **[C]** defining a certain number of available macroblock segmentations that specify possible ways in which a macroblock can be segmented into blocks; | Paramount performs a method of encoding video information comprising defining a certain number of available macroblock segmentations that specify possible ways in which a macroblock can be segmented into blocks.<br><br>For example, the video downloaded from Paramount was encoded by defining a certain number of available macroblock segmentations that specify possible ways in which a macroblock can be segmented into blocks.<br><br>For example, Paramount segments macroblocks into different block sizes such as two 8x16 blocks, two 16x8 blocks, four 8x8 blocks.<br><br> |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 22
UNITED STATES PATENT NO. 6,711,211
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |
| **[D]** defining for each available macroblock segmentation at least one available prediction method thereby providing a certain finite number of available macroblock-segmentation--prediction-method pairs, each prediction method defining a method for | Paramount performs a method of encoding video information comprising defining for each available macroblock segmentation at least one available prediction method thereby providing a certain finite number of available macroblock-segmentation--prediction-method pairs, each prediction method defining a method for deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block.<br><br>For example, the video downloaded from Paramount was encoded by defining for each available macroblock segmentation at least one available prediction method thereby providing a certain finite number of available macroblock-segmentation--prediction-method pairs, each prediction method |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block; | defining a method for deriving prediction motion coefficients for blocks within a macroblock using motion coefficients of at least one prediction block.<br><br>As shown below, for each possible segmentation of a macroblock (such as 8x16, 16x8, or 8x8 blocks), Paramount assigns at least one prediction. This assignment of prediction methods to each segmentation creates a finite set of macroblock-segmentation--prediction-method pairs.<br><br>**16x8 Macroblock Partitioning**<br><br>For the 16x8 segmentation, when the reference index of the current block matches that of a specific neighbor in the example video, Paramount's encoder uses the motion vector of that neighbor directly as the predictor. For example, in macroblock below, Paramount's encoder has the upper block use the motion vector of its upper neighbor B directly as the predictor because the reference index matches, and the lower block uses the motion vector of its left neighbor A for the same reason. |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount.

As shown below, when the reference index does not match any single neighbor, Paramount's encoder instead uses the median of the motion vectors from three neighbors (A, B, and C) for the prediction method.

14

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount.

**8x16 Macroblock Partitioning**

When the reference index matches, Paramount's encoder uses the motion vector of the matching neighbor. For instance, in the macroblock below, Paramount's encoder has the left block use the motion

## EXHIBIT 22
## UNITED STATES PATENT NO. 6,711,211
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | vector of its left neighbor A, and the right block uses the motion vector of its upper-right neighbor C, both because refIdx match. ("B" is the above neighbor.)  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount.

When the refIdx does not match, Paramount's encoder either uses the motion vector of the only matching neighbor or, if there is no match, the median of the motion vectors from neighbors A, B, and C as the prediction method. In the macroblock below, Paramount's encoder has the left block use the

EXHIBIT 22
UNITED STATES PATENT NO. 6,711,211
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | motion vector of neighbor C because C's refIdx matches, and the right block uses the median of the motion vectors from neighbors A, B, and C because no single neighbor's refIdx matches.<br><br> |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

### EXHIBIT 22
### UNITED STATES PATENT NO. 6,711,211
### CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**</u>

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | **8x8 Macroblock Partitioning**<br><br>For the 8x8 segmentation, Paramount's encoder uses either the median of available neighbors or the direct use of a single matching neighbor's motion vector as the prediction method. In macroblock below, the upper-left sub-block uses the median of neighbors A, B, and C.<br><br> |

EXHIBIT 22

**UNITED STATES PATENT NO. 6,711,211**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | 
Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

EXHIBIT 22
UNITED STATES PATENT NO. 6,711,211
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The lower left sub-block uses the motion vector of neighbor A directly if only A's reference index matches.  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**</u>

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The upper-right and lower-right sub-blocks use the median calculation.  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |
| **[E]** selecting for a macroblock one of the available macroblock- | Paramount performs a method of encoding video information comprising selecting for a macroblock one of the available macroblock-segmentation--prediction-method pairs; and segmenting the |

**EXHIBIT 22**
**UNITED STATES PATENT NO. 6,711,211**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,711,211**

| U.S. PATENT NO. 6,711,211 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| segmentation--prediction-method pairs; and segmenting the macroblock into blocks and deriving prediction motion coefficients for the blocks within said macroblock using the selected macroblock-segmentation--prediction-method pair. | macroblock into blocks and deriving prediction motion coefficients for the blocks within said macroblock using the selected macroblock-segmentation--prediction-method pair. <br><br> For example, Paramount evaluates the available segmentation options for a macroblock, such as dividing it into 16x8, 8x16, or 8x8 blocks. For example, as shown in the above screenshots, there are associated prediction methods available to Paramount's encoder (e.g., using the motion vector of a neighboring block or the median of neighboring motion vectors). Paramount's encoder selects the most appropriate pair. <br><br> Once the macroblock-segmentation--prediction-method pair is selected, the macroblock is segmented accordingly. For example, if Paramount's encoder selects a 16x8 segmentation, the macroblock is divided into two 16x8 blocks; if an 8x8 segmentation is selected, it is divided into four 8x8 blocks, and so on. <br><br> For each block within the segmented macroblock, the encoder derives the prediction motion coefficients (motion vectors) using the selected prediction method. See evidence for 1[c] above. |

# EXHIBIT 23

**EXHIBIT 23**
**UNITED STATES PATENT NO. 8,005,145**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145**</u>

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 8,005,145 (the "'145 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '145 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

1

**EXHIBIT 23**
**UNITED STATES PATENT NO. 8,005,145**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145**

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method comprising:<br><br>performing a prediction for a block to be coded using one of plurality of reference frames, the prediction comprising motion data and reference frame number; | Paramount performs a method comprising performing a prediction for a block to be coded using one of plurality of reference frames, the prediction comprising motion data and reference frame number.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br><pre>$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4<br>Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':<br>  Metadata:<br>    major_brand     : mp41<br>    minor_version   : 0<br>    compatible_brands: iso8isommp41dashavc1cmfc<br>    creation_time   : 2024-11-13T18:25:52.000000Z<br>  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s<br>  Stream #0:0[0x1](und): Video: h264 (High) (avc1 / 0x31637661), yuv420p(tv, bt709, progressive),<br>  1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)<br>    Metadata:<br>      creation_time   : 2024-11-13T18:25:52.000000Z<br>      handler_name    : VideoHandler<br>      vendor_id       : [0][0][0][0]<br>      encoder         : AVC Coding</pre><br>Source: summary txt file of video downloaded from Paramount.<br><br>For example, the video downloaded from Paramount is analyzed below.<br><br>Frame #37 (NAL Unit 40) is a P-Slice which has a mix of intra, inter, and inter-skip blocks. |

EXHIBIT 23

UNITED STATES PATENT NO. 8,005,145

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 23**
**UNITED STATES PATENT NO. 8,005,145**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145**

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. An expanded view of the filmstrip shows frame #37 and its reference frame. Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 23**
**UNITED STATES PATENT NO. 8,005,145**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145**

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | For example, using frame 37, block [56, 52], from the example Paramount video, the reference frame number is "refIdx = 2" and the motion data is "MV Predictor = 165, -2."  |

EXHIBIT 23
UNITED STATES PATENT No. 8,005,145
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT No. 8,000,145

| U.S. PATENT No. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[B]** comparing the reference frame number of the block to be coded to the reference frame numbers of the previously coded blocks; and | Paramount performs a method comprising comparing the reference frame number of the block to be coded to the reference frame numbers of the previously coded blocks.

For example, the video downloaded from Paramount was encoded by comparing the reference frame number of the block to be coded to the reference frame numbers of the previously coded blocks.

As shown in the example below, in frame 37, block [56, 52], from the example Paramount video, the reference frame number of the left neighbor is 2, the reference frame number of the above neighbor |

**EXHIBIT 23**
**UNITED STATES PATENT NO. 8,005,145**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145**

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | is 0, and the reference frame number of the above right neighbor is 0.  As the block [55, 52] has a reference frame number = 2, there is match to the left neighbor, but not a match to the above and above right neighbors.<br><br><br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount.<br><br><br><br>As shown below, the block to the left of [56, 52] is [55, 52], which, like [56, 52], has a reference frame number of "refIdx = 2" and motion data of "MV Predictor = 165, -2." |

**EXHIBIT 23**
**UNITED STATES PATENT NO. 8,005,145**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145**

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[C]** in response to at least one previously coded block having a different reference frame number than the reference frame number of the block to be coded, predicting the motion data of the block to be coded using only the motion | Paramount performs a method of encoding a video wherein, in response to at least one previously coded block having a different reference frame number than the reference frame number of the block to be coded, predicted the motion data of the block to be coded using only the motion data of the previously coded blocks which have the same reference frame number as the block to be coded in a codec.<br><br>For example, the video downloaded from Paramount was encoded using a method wherein, in response to at least one previously coded block having a different reference frame number than the |

**EXHIBIT 23**
**UNITED STATES PATENT NO. 8,005,145**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145**

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| data of the previously coded blocks which have the same reference frame number as the block to be coded in a codec. | reference frame number of the block to be coded, predicting the motion data of the block to be coded using only the motion data of the previously coded blocks which have the same reference frame number as the block to be coded in a codec.

As shown in the example below, in frame 37, block [56, 52], from the example Paramount video, we see in the screenshot below that the reference frame number of the left neighbor is 2, the reference frame number of the above neighbor is 0, and the reference frame number of the above right neighbor is 0.  As the block [55, 52] has a reference frame number = 2, there is match to the left neighbor, but not a match to the above and above right neighbors.



Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |

EXHIBIT 23
UNITED STATES PATENT NO. 8,005,145
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | As shown below, the block to the left of [56, 52] is [55, 52], which, like [56, 52], has a reference frame number of "refIdx = 2" and motion data of "MV Predictor = 165, -2." <br><br>  |

**EXHIBIT 23**
**UNITED STATES PATENT NO. 8,005,145**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,000,145**

| U.S. PATENT NO. 8,000,145 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |
| | Source: Screenshots of VQ Analyzer software analyzing video downloaded from Paramount. |

12

# EXHIBIT 24

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

As demonstrated in the chart below, Paramount infringes at least claim 23 of U.S. Patent No. 9,800,891 (the "'891 Patent"). For example, Paramount infringes by encoding video according to the method of claim 23, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '891 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

EXHIBIT 24
UNITED STATES PATENT NO. 9,800,891
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **23. [A]** A method of video encoding comprising:<br><br>performing an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary using an adaptive block boundary filter, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method | Paramount performs a method of video encoding comprising:<br><br>performing an adaptive block boundary filtering operation on a block boundary formed between a first decoded image block on a first side of the block boundary and a second decoded image block on a second side of the block boundary using an adaptive block boundary filter, the first decoded image block having been encoded using a first type of prediction encoding method and the second decoded image block having been encoded using a second type of prediction encoding method, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format encoded using an x264-based encoding implementation.<br><br><pre>$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4<br>Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':<br>  Metadata:<br>    major_brand     : mp41<br>    minor_version   : 0<br>    compatible_brands: iso8isommp41dashavc1cmfc<br>    creation_time   : 2024-11-13T18:25:52.000000Z<br>  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s<br>  Stream #0:0[0x1](und): Video: h264 (High) (avc1 / 0x31637661), yuv420p(tv, bt709, progressive),<br>  1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)<br>    Metadata:<br>      creation_time   : 2024-11-13T18:25:52.000000Z<br>      handler_name    : VideoHandler<br>      vendor_id       : [0][0][0][0]<br>      encoder         : AVC Coding</pre> |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: intra coding, copy coding, motion-compensated prediction coding, and not-coded coding, the first type of prediction encoding method and the second type of prediction encoding method being selected from a group of prediction encoding methods comprising at least: | Source: summary txt file of video downloaded from Paramount.<br><br>`$ strings -n 10 ParamountPlus-Smile2-Trailer.mp4 | head -15`<br><br>`Strings v2.53 - Search for ANSI and Unicode strings in binary images.`<br>`Copyright (C) 1999-2016 Mark Russinovich`<br>`Sysinternals - www.sysinternals.com`<br><br>`iso8isommp41dashavc1cmfc`<br>`https://github.com/shaka-project/shaka-packager`<br>`v3.2.1-1904169-release`<br>`VideoHandler`<br>`AVC Coding`<br>`iso8isommp41dashavc1cmfs`<br>`x264 - core 164 r3107 a8b68eb - H.264/MPEG-4 AVC codec - Copyleft 2003-2023 -`<br>`http://www.videolan.org/x264.html - options: cabac=1 ref=3 deblock=1:0:0 analyse=0x3:0x113 me=hex`<br>`subme=7 psy=1 psy_rd=1.00:0.00 mixed_ref=1 me_range=16 chroma_me=1 trellis=1 8x8dct=1 cqm=0`<br>`deadzone=21,11 fast_pskip=1 chroma_qp_offset=-2 threads=6 lookahead_threads=1 sliced_threads=0`<br>`nr=0 decimate=1 interlaced=0 bluray_compat=0 constrained_intra=0 bframes=3 b_pyramid=2 b_adapt=1`<br>`b_bias=0 direct=1 weightb=1 open_gop=0 weightp=2 keyint=48 keyint_min=4 scenecut=0`<br>`intra_refresh=0 rc_lookahead=40 rc=abr mbtree=1 bitrate=4501 ratetol=1.0 qcomp=0.60 qpmin=0`<br>`qpmax=69 qpstep=4 vbv_maxrate=5401 vbv_bufsize=4501 nal_hrd=none filler=0 ip_ratio=1.40 aq=1:1.00`<br><br>Source: summary txt file of video downloaded from Paramount.<br><br>Frame #37 (NAL Unit 40) is a P-Slice which has a mix of intra, inter, and inter-skip blocks. |

3

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. An expanded view of the filmstrip shows frame #37 and its reference frame. Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The blocks shown below of frame 37, [65, 32] and [66, 32] are a first and second block on a block boundary using an adaptive block boundary filter. Block [65, 32] has an inter prediction encoding method. Block [66, 32] has an intra prediction encoding method.<br><br>MB [65,32] in Frame 37 is an inter-predicted 16x16 block.<br><br> |

EXHIBIT 24
UNITED STATES PATENT NO. 9,800,891
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | MB [66, 32] in Frame 37 is type Intra 16x16.<br><br> |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Slice header includes disable_deblocking_filter_idc set to zero, meaning that the loop filter is enabled.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | PPS and Slice header syntax elements showing "deblocking_filter_control_present_flag" and "disable_deblocking_filter_idc"  |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[B]** the adaptive block boundary filtering operation comprising:<br><br>examining, by the adaptive block boundary filter, the | Paramount performed an adaptive block boundary filtering operation comprising examining, by the adaptive block boundary filter, the type of the first prediction encoding method and the type of the second prediction encoding method. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| type of the first prediction encoding method and the type of the second prediction encoding method; and | For example, the video downloaded from Paramount was encoded by examining, by the adaptive block boundary filter, the type of the first prediction encoding method and the type of the second prediction encoding method.<br><br>The Loop Filter details view shows the blocks and boundary strength for the selected macroblock. The color Red indicates bs=0, Orange bs=1,2,3 and Yellow bs=4.<br><br>Below are the boundary strengths for block [66,32] having intra prediction encoding. The left-hand boundary in this block is the boundary with adjacent block [65,32], having inter prediction coding. For the boundary between these two blocks, the boundary strength is four.<br><br> |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Next the loop filter details for left-hand neighbor [65,32]. The right-hand side of this block is the boundary with block [66,32].<br><br> |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. <br><br> For other boundaries between blocks having other types of prediction encoding, the boundary strengths are different, thereby demonstrating that the adaptive filtering operation examines the types of prediction encoding methods used between the adjacent blocks. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | For example, in frame 37, block [117, 63] is coded using an inter prediction mode and adjacent block [117, 64] is skip coded with non-zero motion.<br><br> |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The loop filter details show that the boundary strength for the boundary between [117, 63] and [117, 64] is bs=0.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

EXHIBIT 24
UNITED STATES PATENT NO. 9,800,891
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | For example, in frame 37, block [118, 63] is coded using an inter prediction mode and adjacent block [118, 64] is skip coded with non-zero motion.<br><br> |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | The loop filter details show that the boundary strength for the boundary between [118, 63] and [118, 64] is bs=2.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>For example, in frame 37, block [117, 64] is skip coded with non-zero motion (shown above) and adjacent block [118, 64] is skip coded with zero motion (shown above). |

22

EXHIBIT 24
UNITED STATES PATENT NO. 9,800,891
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  | The loop filter details show that the boundary strength for the boundary between [117, 64] and [118, 64] is bs=1.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[C]** determining, by the adaptive block boundary filter, a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering | Paramount performs a method of determining, by the adaptive block boundary filter, a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering operation, based on the types of the first and second prediction encoding methods.<br><br>For example, the video downloaded from Paramount was encoded by determining, by the adaptive block boundary filter, a first number of pixels to be examined on the first side of the block boundary and a second number of pixels to be examined on the second side of the block boundary, as a parameter of the filtering operation, based on the types of the first and second prediction encoding methods. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| operation, based on the types of the first and second prediction encoding methods. | The Loop Filter details view shows the blocks and boundary strength for the selected macroblock. The color Red indicates bs=0, Orange bs=1,2,3 and Yellow bs=4.<br><br>Below are the boundary strengths for block [66,32]. The left-hand boundary in this block is the boundary with adjacent block [65,32], with boundary strength four.<br><br> |

EXHIBIT 24
UNITED STATES PATENT NO. 9,800,891
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Next the loop filter details for left-hand neighbor [65,32].  The right-hand side of this block is the boundary with block [66,32].<br><br> |

**EXHIBIT 24**
**UNITED STATES PATENT NO. 9,800,891**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 9,800,891**

| U.S. PATENT NO. 9,800,891 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |
| | Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

# EXHIBIT 25

**Exhibit 25**
**United States Patent No. 6,856,701**
**<u>Claim Chart for Infringement of U.S. Patent No. 6,856,701</u>**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No. 6,856,701 (the "'701 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '701 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

EXHIBIT 25
UNITED STATES PATENT NO. 6,856,701
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixels to produce a corresponding block of transform coefficient values, the block of transform coefficient values being scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order, the method comprising the steps of: | Paramount performs a method of image coding, wherein an image is divided in an encoder into a plurality of blocks having a plurality of pixels, each pixel having a pixel value, and a transform coding operation is performed on a block of pixels to produce a corresponding block of transform coefficient values, the block of transform coefficient values being scanned in a given scanning order to produce a scanned array of coefficient values arranged according to the scanning order.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format encoded using an x264-based encoding implementation.<br><br>`$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4`<br>`Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':`<br>`  Metadata:`<br>`    major_brand     : mp41`<br>`    minor_version   : 0`<br>`    compatible_brands: iso8isommp41dashavc1cmfc`<br>`    creation_time   : 2024-11-13T18:25:52.000000Z`<br>`  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s`<br>`    Stream #0:0[0x1](und): Video: `h264 (High) (avc1`  / 0x31637661), yuv420p(tv, bt709, progressive),`<br>`    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)`<br>`      Metadata:`<br>`        creation_time   : 2024-11-13T18:25:52.000000Z`<br>`        handler_name    : VideoHandler`<br>`        vendor_id       : [0][0][0][0]`<br>`        encoder         : `AVC Coding`<br><br>Source: summary txt file of video downloaded from Paramount.<br><br>`$ strings -n 10 ParamountPlus-Smile2-Trailer.mp4 | head -15`<br><br>`Strings v2.53 - Search for ANSI and Unicode strings in binary images.`<br>`Copyright (C) 1999-2016 Mark Russinovich`<br>`Sysinternals - www.sysinternals.com`<br><br>`iso8isommp41dashavc1cmfc` |

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | ```
https://github.com/shaka-project/shaka-packager
v3.2.1-1904169-release
VideoHandler
AVC Coding
iso8isommp41dashavc1cmfs
x264 - core 164 r3107 a8b68eb - H.264/MPEG-4 AVC codec - Copyleft 2003-2023 -
   http://www.videolan.org/x264.html - options: cabac=1 ref=3 deblock=1:0:0 analyse=0x3:0x113 me=hex
   subme=7 psy=1 psy_rd=1.00:0.00 mixed_ref=1 me_range=16 chroma_me=1 trellis=1 8x8dct=1 cqm=0
   deadzone=21,11 fast_pskip=1 chroma_qp_offset=-2 threads=6 lookahead_threads=1 sliced_threads=0
   nr=0 decimate=1 interlaced=0 bluray_compat=0 constrained_intra=0 bframes=3 b_pyramid=2 b_adapt=1
   b_bias=0 direct=1 weightb=1 open_gop=0 weightp=2 keyint=48 keyint_min=4 scenecut=0
   intra_refresh=0 rc_lookahead=40 rc=abr mbtree=1 bitrate=4501 ratetol=1.0 qcomp=0.60 qpmin=0
   qpmax=69 qpstep=4 vbv_maxrate=5401 vbv_bufsize=4501 nal_hrd=none filler=0 ip_ratio=1.40 aq=1:1.00
```

Source: summary txt file of video downloaded from Paramount.

For example, the video downloaded from Paramount is analyzed below.

For example, the video downloaded from Paramount was encoded by dividing images into a plurality of blocks, each having a plurality of pixels, each pixel having a pixel value, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software. |

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | For further example, the video downloaded from Paramount was encoded using a transform coding operation resulting in blocks of transform coefficient values, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software. These values are then scanned according to a scanning order into a scanned array for encoding.<br><br> |

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[B]** representing the coefficient values in the scanned array by a plurality of number pairs, each of said number pairs having a first number and a second number; and | Paramount performs a method of image coding comprising the step of representing the coefficient values in the scanned array by a plurality of number pairs, each of said number pairs having a first number and a second number.<br><br>For example, the video downloaded from Paramount was encoded with the "entropy_coding_mode_flag" set to 1, which indicates that CABAC entropy coding was used by Paramount. |

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | |



Syntax Info | 2136

| SE Name | Value |
|---|---|
| pic_parameter_set_id | 0 |
| seq_parameter_set_id | 0 |
| entropy_coding_mode_flag | 1 |
| bottom_field_pic_order_in_frame_present_flag | 0 |
| num_slice_groups_minus1 | 0 |
| num_ref_idx_l0_active_minus1 | 2 |
| num_ref_idx_l1_active_minus1 | 0 |
| weighted_pred_flag | 1 |
| weighted_bipred_idc | 2 |
| pic_init_qp_minus26 | 0 |
| pic_init_qs_minus26 | 0 |
| chroma_qp_index_offset | -2 |
| deblocking_filter_control_present_flag | 1 |
| constrained_intra_pred_flag | 0 |
| redundant_pic_cnt_present_flag | 0 |
| transform_8x8_mode_flag | 1 |
| pic_scaling_matrix_present_flag | 0 |
| second_chroma_qp_index_offset | -2 |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |

MP4   NAL   SPS   PPS   Slice   SEI   MB   QM   Ref List

Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.

For further example, the video downloaded from Paramount was encoded by Paramount using a CABAC encoding scheme that employs pairs of numbers to represent the coefficient values. The

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | example below from a Paramount video shows that for each entry [n] in the "significant_coeff_flag" array that is set equal to 1, there is a corresponding entry in the "coeff_abs_level_minus1" array (with matching index value [n]). |
| |  |

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |
| **[C]** assigning the first numbers to one of a plurality of contexts representative of the first numbers such that the first number of a first number pair is assigned to a context at least partly in | Paramount performs a method of image coding comprising the step of assigning the first numbers to one of a plurality of contexts representative of the first numbers such that the first number of a first number pair is assigned to a context at least partly in dependence on a first number of a second number pair. |

**EXHIBIT 25**

**UNITED STATES PATENT NO. 6,856,701**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| dependence on a first number of a second number pair. | For example, the video downloaded from Paramount was encoded with the "entropy_coding_mode_flag" set to 1, which indicates that CABAC entropy coding was used by Paramount.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

13

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  | For further example, the video downloaded from Paramount was encoded by Paramount using a CABAC encoding scheme that employs pairs of numbers to represent the coefficient values. The example below from a Paramount video shows that for each entry [n] in the "significant_coeff_flag" array that is set equal to 1, there is a corresponding entry in the coeff_abs_level_minus1 array (with matching index value [n]). The context assigned for coeff_abs_level_minus1 depends on coded values of coeff_abs_level_minus1 in the same transform coefficient block.  |

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|

**Syntax Info | 2136**

| Pos | R | V | SE Name | Value | Bit |
|---|---|---|---|---|---|
| 0x00006816:1 | 277 | 139 | significant_coeff_flag[17] | 1 | 1 |
| 0x00006816:2 | 298 | 278 | last_significant_coeff_flag[17] | 1 | 2 |
| 0x00006816:4 | 292 | 214 | coeff_abs_level_minus1[8] | 1 | 0 |
| 0x00006816:4 | 286 | 214 | coeff_sign_flag[8] | 1 | 0 |
| 0x00006816:5 | 286 | 143 | coeff_abs_level_minus1[7] | 0 | 0 |
| 0x00006816:5 | 280 | 143 | coeff_sign_flag[7] | 1 | 1 |
| 0x00006816:6 | 280 | 7 | coeff_abs_level_minus1[6] | 0 | 0 |
| 0x00006816:6 | 263 | 7 | coeff_sign_flag[6] | 0 | 1 |
| 0x00006816:7 | 263 | 14 | coeff_abs_level_minus1[5] | 0 | 1 |
| 0x00006817:0 | 414 | 28 | coeff_sign_flag[5] | 0 | 1 |
| 0x00006817:1 | 414 | 56 | coeff_abs_level_minus1[4] | 0 | 0 |
| 0x00006817:1 | 337 | 56 | coeff_sign_flag[4] | 1 | 1 |
| 0x00006817:2 | 337 | 113 | coeff_abs_level_minus1[3] | 0 | 0 |
| 0x00006817:2 | 275 | 113 | coeff_sign_flag[3] | 0 | 1 |
| 0x00006817:3 | 275 | 226 | coeff_abs_level_minus1[2] | 0 | 0 |
| 0x00006817:4 | 454 | 453 | coeff_sign_flag[2] | 1 | 1 |
| 0x00006817:5 | 454 | 452 | coeff_abs_level_minus1[1] | 2 | 6 |
| 0x00006818:3 | 360 | 300 | coeff_sign_flag[1] | 1 | 1 |
| 0x00006818:4 | 360 | 241 | coeff_abs_level_minus1[0] | 1 | 2 |
| 0x00006818:6 | 388 | 231 | coeff_sign_flag[0] | 1 | 1 |
| 0x00000000:0 | | | ∨ residual_block_cabac | | 26 |
| 0x00006818:7 | 388 | 74 | significant_coeff_flag[0] | 1 | 1 |
| 0x00006819:0 | 402 | 148 | last_significant_coeff_flag[0] | 0 | 0 |
| 0x00006819:0 | 394 | 148 | significant_coeff_flag[1] | 1 | 1 |
| 0x00006819:1 | 372 | 296 | last_significant_coeff_flag[1] | 0 | 0 |
| 0x00006819:1 | 350 | 296 | significant_coeff_flag[2] | 0 | 0 |
| 0x00006819:2 | 316 | 209 | significant_coeff_flag[3] | 0 | 1 |
| 0x00006819:3 | 452 | 419 | significant_coeff_flag[4] | 0 | 0 |
| 0x00006819:4 | 432 | 367 | significant_coeff_flag[5] | 1 | 1 |
| 0x00006819:5 | 288 | 159 | last_significant_coeff_flag[5] | 0 | 0 |
| 0x00006819:5 | 271 | 159 | significant_coeff_flag[6] | 0 | 0 |
| 0x00006819:6 | 320 | 319 | significant_coeff_flag[7] | 0 | 1 |
| 0x00006819:7 | 334 | 333 | significant_coeff_flag[8] | 1 | 1 |
| 0x0006681a:0 | 352 | 351 | significant_coeff_flag[9] | 1 | 2 |

Tabs: MP4  NAL  SPS  PPS  Slice  SEI  MB  QM  Ref Lists  S

**Syntax Info | 2136**

| Pos | R | V | SE Name | Value | Bit |
|---|---|---|---|---|---|
| 0x0006681a:0 | 352 | 351 | significant_coeff_flag[9] | 1 | 2 |
| 0x0006681a:2 | 416 | 415 | last_significant_coeff_flag[9] | 1 | 4 |
| 0x0006681a:6 | 361 | 355 | coeff_abs_level_minus1[3] | 0 | 0 |
| 0x0006681a:6 | 361 | 355 | coeff_sign_flag[3] | 1 | 1 |
| 0x0006681a:7 | 361 | 350 | coeff_abs_level_minus1[2] | 0 | 0 |
| 0x0006681a:7 | 354 | 350 | coeff_sign_flag[2] | 0 | 1 |
| 0x0006681b:0 | 354 | 346 | coeff_abs_level_minus1[1] | 1 | 4 |
| 0x0006681b:4 | 275 | 195 | coeff_sign_flag[1] | 0 | 1 |
| 0x0006681b:5 | 275 | 115 | coeff_abs_level_minus1[0] | 2 | 3 |
| 0x0006681c:0 | 276 | 242 | coeff_sign_flag[0] | 1 | 1 |
| 0x00000000:0 | | | ∨ residual_block_cabac | | 42 |
| 0x0006681c:1 | 276 | 208 | significant_coeff_flag[0] | 0 | 2 |
| 0x0006681c:3 | 492 | 222 | significant_coeff_flag[1] | 0 | 1 |
| 0x0006681c:3 | 265 | 222 | last_significant_coeff_flag[1] | 0 | 1 |
| 0x0006681c:4 | 470 | 444 | significant_coeff_flag[2] | 0 | 1 |
| 0x0006681c:5 | 454 | 403 | significant_coeff_flag[3] | 1 | 1 |
| 0x0006681c:6 | 316 | 214 | last_significant_coeff_flag[3] | 0 | 0 |
| 0x0006681c:6 | 287 | 214 | significant_coeff_flag[4] | 1 | 1 |
| 0x0006681c:7 | 256 | 110 | last_significant_coeff_flag[4] | 0 | 1 |
| 0x0006681d:0 | 458 | 221 | significant_coeff_flag[5] | 0 | 0 |
| 0x0006681d:0 | 283 | 221 | significant_coeff_flag[6] | 1 | 2 |
| 0x0006681d:2 | 400 | 154 | last_significant_coeff_flag[6] | 0 | 0 |
| 0x0006681d:3 | 374 | 308 | significant_coeff_flag[7] | 1 | 1 |
| 0x0006681d:3 | 344 | 308 | significant_coeff_flag[8] | 1 | 1 |
| 0x0006681d:4 | 334 | 263 | significant_coeff_flag[9] | 1 | 1 |
| 0x0006681d:5 | 256 | 115 | last_significant_coeff_flag[9] | 0 | 0 |
| 0x0006681d:6 | 466 | 222 | significant_coeff_flag[10] | 0 | 1 |
| 0x0006681d:6 | 271 | 230 | significant_coeff_flag[11] | 1 | 1 |
| 0x0006681d:7 | 256 | 174 | significant_coeff_flag[12] | 1 | 1 |
| 0x0006681e:0 | 256 | 93 | last_significant_coeff_flag[12] | 0 | 1 |
| 0x0006681e:1 | 468 | 186 | significant_coeff_flag[13] | 1 | 1 |
| 0x0006681e:2 | 456 | 373 | last_significant_coeff_flag[13] | 0 | 0 |
| 0x0006681e:2 | 421 | 373 | significant_coeff_flag[14] | 1 | 1 |

Tabs: MP4  NAL  SPS  PPS  Slice  SEI  MB  QM  Ref Lists  S

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
| --- | --- |

Syntax Info | 2136

| Pos | R | V | SE Name | Value | Bit |
| --- | --- | --- | --- | --- | --- |
| 0x0006681e:2 | 421 | 373 | significant_coeff_flag[14] | 1 | 1 |
| 0x0006681e:3 | 320 | 224 | last_significant_coeff_flag[14] | 0 | 0 |
| 0x0006681e:3 | 296 | 224 | significant_coeff_flag[15] | 1 | 2 |
| 0x0006681e:5 | 464 | 179 | last_significant_coeff_flag[15] | 0 | 0 |
| 0x0006681e:5 | 433 | 179 | significant_coeff_flag[16] | 1 | 1 |
| 0x0006681e:6 | 472 | 359 | last_significant_coeff_flag[16] | 1 | 1 |
| 0x0006681e:7 | 270 | 45 | coeff_abs_level_minus1[10] | 0 | 0 |
| 0x0006681e:7 | 264 | 45 | coeff_sign_flag[10] | 0 | 1 |
| 0x0006681f:0 | 264 | 90 | coeff_abs_level_minus1[9] | 0 | 0 |
| 0x0006681f:0 | 258 | 90 | coeff_sign_flag[9] | 1 | 1 |
| 0x0006681f:1 | 258 | 180 | coeff_abs_level_minus1[8] | 0 | 1 |
| 0x0006681f:3 | 456 | 361 | coeff_sign_flag[8] | 1 | 1 |
| 0x0006681f:3 | 456 | 266 | coeff_abs_level_minus1[7] | 0 | 0 |
| 0x0006681f:4 | 362 | 266 | coeff_sign_flag[7] | 1 | 1 |
| 0x0006681f:4 | 362 | 170 | coeff_abs_level_minus1[6] | 0 | 0 |
| 0x0006681f:4 | 297 | 170 | coeff_sign_flag[6] | 1 | 1 |
| 0x0006681f:5 | 297 | 44 | coeff_abs_level_minus1[5] | 0 | 1 |
| 0x0006681f:6 | 492 | 88 | coeff_sign_flag[5] | 0 | 1 |
| 0x0006681f:7 | 492 | 176 | coeff_abs_level_minus1[4] | 0 | 0 |
| 0x0006681f:7 | 412 | 176 | coeff_sign_flag[4] | 0 | 1 |
| 0x00066820:0 | 412 | 353 | coeff_abs_level_minus1[3] | 1 | 3 |
| 0x00066820:3 | 458 | 56 | coeff_sign_flag[3] | 0 | 1 |
| 0x00066820:4 | 458 | 113 | coeff_abs_level_minus1[2] | 1 | 1 |
| 0x00066820:5 | 257 | 226 | coeff_sign_flag[2] | 1 | 1 |
| 0x00066820:6 | 257 | 195 | coeff_abs_level_minus1[1] | 0 | 1 |
| 0x00066820:7 | 256 | 132 | coeff_sign_flag[1] | 1 | 1 |
| 0x00066821:0 | 256 | 9 | coeff_abs_level_minus1[0] | 1 | 2 |
| 0x00066821:2 | 302 | 39 | coeff_sign_flag[0] | 1 | 1 |
| 0x00000000:0 |  |  | residual_block_cabac |  | 10 |
| 0x00066821:3 | 302 | 79 | coded_block_flag | 1 | 1 |
| 0x00066821:3 | 267 | 79 | significant_coeff_flag[0] | 1 | 0 |
| 0x00066821:3 | 380 | 158 | last_significant_coeff_flag[0] | 0 | 0 |
| 0x00066821:4 | 264 | 158 | significant_coeff_flag[1] | 1 | 1 |
| 0x00066821:5 | 328 | 316 | last_significant_coeff_flag[1] | 1 | 1 |

Syntax Info | 2136

| Pos | R | V | SE Name | Value | Bits |
| --- | --- | --- | --- | --- | --- |
| 0x00066821:5 | 328 | 316 | last_significant_coeff_flag[1] | 1 | 1 |
| 0x00066821:6 | 300 | 276 | coeff_abs_level_minus1[1] | 0 | 0 |
| 0x00066821:6 | 280 | 276 | coeff_sign_flag[1] | 1 | 1 |
| 0x00066821:7 | 280 | 273 | coeff_abs_level_minus1[0] | 1 | 5 |
| 0x00066822:4 | 470 | 407 | coeff_sign_flag[0] | 1 | 1 |
| 0x00000000:0 |  |  | residual_block_cabac |  | 7 |
| 0x00066822:5 | 470 | 344 | coded_block_flag | 1 | 0 |
| 0x00066822:5 | 414 | 344 | significant_coeff_flag[0] | 0 | 2 |
| 0x00066822:7 | 420 | 142 | significant_coeff_flag[1] | 1 | 0 |
| 0x00066822:7 | 283 | 142 | last_significant_coeff_flag[1] | 0 | 1 |
| 0x00066823:0 | 310 | 284 | significant_coeff_flag[2] | 0 | 2 |
| 0x00066823:2 | 308 | 204 | coeff_abs_level_minus1[1] | 0 | 0 |
| 0x00066823:2 | 289 | 204 | coeff_sign_flag[1] | 0 | 1 |
| 0x00066823:3 | 289 | 119 | coeff_abs_level_minus1[0] | 0 | 0 |
| 0x00066823:3 | 257 | 119 | coeff_sign_flag[0] | 1 | 1 |
| 0x00000000:0 |  |  | residual_block_cabac |  | 7 |
| 0x00066823:4 | 257 | 238 | coded_block_flag | 1 | 3 |
| 0x00066823:7 | 264 | 113 | significant_coeff_flag[1] | 1 | 1 |
| 0x00066824:0 | 282 | 227 | last_significant_coeff_flag[1] | 1 | 2 |
| 0x00066824:2 | 400 | 180 | coeff_abs_level_minus1[1] | 0 | 0 |
| 0x00066824:2 | 392 | 180 | coeff_sign_flag[1] | 0 | 1 |
| 0x00000000:0 |  |  | residual_block_cabac |  | 20 |
| 0x00066824:3 | 392 | 361 | coded_block_flag | 0 | 1 |
| 0x00000000:0 |  |  | residual_block_cabac |  | 5 |
| 0x00066824:4 | 274 | 212 | coded_block_flag | 1 | 2 |
| 0x00066824:6 | 444 | 198 | significant_coeff_flag[1] | 1 | 0 |
| 0x00066824:6 | 275 | 198 | last_significant_coeff_flag[1] | 1 | 2 |
| 0x00066825:0 | 444 | 137 | coeff_abs_level_minus1[1] | 0 | 0 |
| 0x00066825:0 | 436 | 137 | coeff_sign_flag[1] | 1 | 1 |
| 0x00000000:0 |  |  | residual_block_cabac |  | 13 |
| 0x00066825:1 | 436 | 274 | coded_block_flag | 1 | 0 |
| 0x00066825:1 | 284 | 274 | significant_coeff_flag[1] | 0 | 2 |
| 0x00066825:3 | 444 | 407 | significant_coeff_flag[2] | 0 | 2 |
| 0x00066825:4 | 374 | 300 | significant_coeff_flag[3] | 0 | 1 |

MP4  NAL  SPS  PPS  Slice  SEI  MB  QM  Ref Lists  Stats

16

EXHIBIT 25

UNITED STATES PATENT NO. 6,856,701

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>Paramount uses an x264-based encoding implementation to implement its CABAC encoding. For example, the x264 code reproduced below (taken from encoder/cabac.c) shows Paramount assigns context for coeff_abs_level_minus1 depending on coded values of coeff_abs_level_minus1 in the same transform coefficient block. |

17

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | ```
647  // node ctx: 0..3: abslevel1 (with abslevelgt1 == 0).
648  //          4..7: abslevelgt1 + 3 (and abslevel1 doesn't matter).
649  /* map node ctx => cabac ctx for level=1 */
650  static const uint8_t coeff_abs_level1_ctx[8] = { 1, 2, 3, 4, 0, 0, 0, 0 };
651  /* map node ctx => cabac ctx for level>1 */
652  static const uint8_t coeff_abs_levelgt1_ctx[8] = { 5, 5, 5, 5, 6, 7, 8, 9 };
653  /* 4:2:2 chroma dc uses a slightly different state machine for some reason, also note that
654   * 4:2:0 chroma dc doesn't use the last state so it has identical output with both arrays. */
655  static const uint8_t coeff_abs_levelgt1_ctx_chroma_dc[8] = { 5, 5, 5, 5, 6, 7, 8, 8 };
                                        ***
665  static ALWAYS_INLINE void cabac_block_residual_internal( x264_t *h, x264_cabac_t *cb, int ctx_block_cat, dctcoef *l, int chroma422dc )
666  {
667      int ctx_sig = x264_significant_coeff_flag_offset[MB_INTERLACED][ctx_block_cat];
668      int ctx_last = x264_last_coeff_flag_offset[MB_INTERLACED][ctx_block_cat];
669      int ctx_level = x264_coeff_abs_level_m1_offset[ctx_block_cat];
670      int coeff_idx = -1, node_ctx = 0;
671      int last = h->quantf.coeff_last[ctx_block_cat]( l );
672      const uint8_t *levelgt1_ctx = chroma422dc ? coeff_abs_levelgt1_ctx_chroma_dc : coeff_abs_levelgt1_ctx;
673      dctcoef coeffs[64];
``` |

<div align="center">***</div>

**EXHIBIT 25**
**UNITED STATES PATENT NO. 6,856,701**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,856,701**

| U.S. PATENT NO. 6,856,701 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | ```
719    do
720    {
721        /* write coeff_abs - 1 */
722        int coeff = coeffs[coeff_idx];
723        int abs_coeff = abs(coeff);
724        int coeff_sign = coeff >> 31;
725        int ctx = coeff_abs_level1_ctx[node_ctx] + ctx_level;
726
727        if( abs_coeff > 1 )
728        {
729            x264_cabac_encode_decision( cb, ctx, 1 );
730            ctx = levelgt1_ctx[node_ctx] + ctx_level;
731            for( int i = X264_MIN( abs_coeff, 15 ) - 2; i > 0; i-- )
732                x264_cabac_encode_decision( cb, ctx, 1 );
733            if( abs_coeff < 15 )
734                x264_cabac_encode_decision( cb, ctx, 0 );
735            else
736                x264_cabac_encode_ue_bypass( cb, 0, abs_coeff - 15 );
737
738            node_ctx = coeff_abs_level_transition[1][node_ctx];
739        }
740        else
741        {
742            x264_cabac_encode_decision( cb, ctx, 0 );
743            node_ctx = coeff_abs_level_transition[0][node_ctx];
744        }
745
746        x264_cabac_encode_bypass( cb, coeff_sign );
747    } while( --coeff_idx >= 0 );
748 }
```
Source: Screenshot of encoder/cabac.c from open source x264 codebase |

# EXHIBIT 26

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

As demonstrated in the chart below, Paramount infringes at least claim 12 of U.S. Patent No. 8,107,744 (the "'744 Patent"). For example, Paramount infringes by encoding video according to the method of claim 12, for example, for its Paramount+, Pluto TV, and BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '744 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **12. [A]** A method in an encoder for forming an encoded picture stream of encoded pictures, the pictures having a type, wherein pictures of any type may be defined as reference pictures, the method in the encoder comprising: | Paramount performs a method in an encoder for forming an encoded picture stream of encoded pictures, the pictures having a type, wherein pictures of any type may be defined as reference pictures.<br><br>To verify that Paramount practices the claimed encoding method, a bitstream was downloaded from Paramount's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>`$ ffprobe -hide_banner ParamountPlus-Smile2-Trailer.mp4`<br>`Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'ParamountPlus-Smile2-Trailer.mp4':`<br>`  Metadata:`<br>`    major_brand     : mp41`<br>`    minor_version   : 0`<br>`    compatible_brands: iso8isommp41dashavc1cmfc`<br>`    creation_time   : 2024-11-13T18:25:52.000000Z`<br>`  Duration: 00:02:14.09, start: 0.000000, bitrate: 4327 kb/s`<br>`    Stream #0:0[0x1](und): Video: h264 (High) (avc1 / 0x31637661), yuv420p(tv, bt709, progressive),`<br>`    1920x1080 [SAR 1:1 DAR 16:9], 4388 kb/s, 23.98 fps, 23.98 tbr, 24k tbn (default)`<br>`      Metadata:`<br>`        creation_time   : 2024-11-13T18:25:52.000000Z`<br>`        handler_name    : VideoHandler`<br>`        vendor_id       : [0][0][0][0]`<br>`        encoder         : AVC Coding`<br><br>Source: summary txt file of video downloaded from Paramount. |

EXHIBIT 26
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

For example, in Paramount's captured stream, the bitstream is encoded with one slice per picture.



Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.

In the example below, the following frames have following slice types and reference the listed frames

Frame 0        IDR Frame
Frame 1        P-Slice referencing frame 0
Frame 2        B-Slice referencing frames 0, 1
Frame 3        non-reference B-Slice referencing frames 0, 1, 2

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| | Frame 0 |
|---|---|
| |  |

EXHIBIT 26
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

EXHIBIT 26

UNITED STATES PATENT NO. 8,107,744

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| | Frame 1 (References Frame 0) |
|---|---|
| |  |

6

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

**Exhibit 26**

**United States Patent No. 8,107,744**

**Claim Chart for Infringement of U.S. Patent No. 8,107,744**

| | |
|---|---|
| | Frame 2 (References Frames 1, 0)<br><br> |

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

Frame 3 (References Frames 2, 1, 0)



**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.<br><br>As shown above, Paramount's encoded picture stream of encoded pictures includes pictures with a type, wherein pictures of any type may be defined as reference pictures |
| **[B]** declaring and indicating in the encoder that the | Paramount performs a method of encoding comprising the step of declaring and indicating in the encoder that the pictures are reference pictures or non-reference pictures. |

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**</u>

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| pictures are reference pictures or non-reference pictures, | For example, the video downloaded from Paramount was encoded by declaring and indicating in the encoder that the pictures are reference pictures or non-reference pictures.<br><br>The designation of reference and non-reference pictures is determined by the value of nal_ref_idc – a value of 0 means a non-reference picture and non-zero means a reference picture.<br><br><u>Frame 0</u><br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount. |

EXHIBIT 26
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | ffmpeg analysis for this NAL unit shows that this NAL unit is a **reference** frame.<br><br>`[trace_headers @ 00000150ac8c34c0] Slice Header`<br>`[trace_headers @ 00000150ac8c34c0] 0      forbidden_zero_bit              0 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 1      nal_ref_idc                    11 = 3`<br>`[trace_headers @ 00000150ac8c34c0] 3      nal_unit_type               00101 = 5`<br>`[trace_headers @ 00000150ac8c34c0] 8      first_mb_in_slice               1 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 9      slice_type                0001000 = 7`<br>`[trace_headers @ 00000150ac8c34c0] 16     pic_parameter_set_id            1 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 17     frame_num                    0000 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 21     idr_pic_id                      1 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 22     pic_order_cnt_lsb          000000 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 28     no_output_of_prior_pics_flag    0 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 29     long_term_reference_flag        0 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 30     slice_qp_delta           00000100011 = -`<br>`[trace_headers @ 00000150ac8c34c0] 41     disable_deblocking_filter_idc   1 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 42     slice_alpha_c0_offset_div2      1 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 43     slice_beta_offset_div2          1 = 0`<br>`[trace_headers @ 00000150ac8c34c0] 44     cabac_alignment_one_bit         1 = 1`<br>`[trace_headers @ 00000150ac8c34c0] 45     cabac_alignment_one_bit         1 = 1`<br>`[trace_headers @ 00000150ac8c34c0] 46     cabac_alignment_one_bit         1 = 1`<br>`[trace_headers @ 00000150ac8c34c0] 47     cabac_alignment_one_bit         1 = 1` |

13

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

Frame 1 (References Frame 0)



Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount.

ffmpeg analysis for this NAL unit shows that this NAL unit is a **reference** frame.

```
[trace_headers @ 00000150ac8c34c0] Slice Header
[trace_headers @ 00000150ac8c34c0] 0            forbidden_zero_bit                0 = 0
[trace_headers @ 00000150ac8c34c0] 1            nal_ref_idc                      10 = 2
[trace_headers @ 00000150ac8c34c0] 3            nal_unit_type                 00001 = 1
[trace_headers @ 00000150ac8c34c0] 8            first_mb_in_slice                 1 = 0
[trace_headers @ 00000150ac8c34c0] 9            slice_type                    00110 = 5
[trace_headers @ 00000150ac8c34c0] 14           pic_parameter_set_id              1 = 0
```

14

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | `[trace_headers @ 00000150ac8c34c0] 15     frame_num                                     0001 = 1` |
| | `[trace_headers @ 00000150ac8c34c0] 19     pic_order_cnt_lsb                           001000 = 8` |
| | `[trace_headers @ 00000150ac8c34c0] 25     num_ref_idx_active_override_flag                 1 = 1` |
| | `[trace_headers @ 00000150ac8c34c0] 26     num_ref_idx_l0_active_minus1                     1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 27     ref_pic_list_modification_flag_l0                0 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 28     luma_log2_weight_denom                           1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 29     chroma_log2_weight_denom                         1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 30     luma_weight_l0_flag[0]                           0 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 31     chroma_weight_l0_flag[0]                         0 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 32     adaptive_ref_pic_marking_mode_flag              0 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 33     cabac_init_idc                                  1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 34     slice_qp_delta                          00000100011 = -` |
| | `[trace_headers @ 00000150ac8c34c0] 45     disable_deblocking_filter_idc                    1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 46     slice_alpha_c0_offset_div2                       1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 47     slice_beta_offset_div2                           1 = 0` |

15

EXHIBIT 26

UNITED STATES PATENT NO. 8,107,744

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

Frame 2 (References Frames 1, 0)



Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.

ffmpeg analysis for this NAL unit shows that this NAL unit is a **reference** frame.

```
[trace_headers @ 00000150ac8c34c0] Slice Header
[trace_headers @ 00000150ac8c34c0] 0          forbidden_zero_bit              0 = 0
[trace_headers @ 00000150ac8c34c0] 1          nal_ref_idc                    10 = 2
[trace_headers @ 00000150ac8c34c0] 3          nal_unit_type               00001 = 1
[trace_headers @ 00000150ac8c34c0] 8          first_mb_in_slice               1 = 0
[trace_headers @ 00000150ac8c34c0] 9          slice_type                  00111 = 6
[trace_headers @ 00000150ac8c34c0] 14         pic_parameter_set_id            1 = 0
```

16

<div align="center">

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

</div>

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | `[trace_headers @ 00000150ac8c34c0] 15    frame_num                                 0010 = 2` |
| | `[trace_headers @ 00000150ac8c34c0] 19    pic_order_cnt_lsb                       000100 = 4` |
| | `[trace_headers @ 00000150ac8c34c0] 25    direct_spatial_mv_pred_flag                 1 = 1` |
| | `[trace_headers @ 00000150ac8c34c0] 26    num_ref_idx_active_override_flag            1 = 1` |
| | `[trace_headers @ 00000150ac8c34c0] 27    num_ref_idx_l0_active_minus1                1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 28    num_ref_idx_l1_active_minus1                1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 29    ref_pic_list_modification_flag_l0           0 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 30    ref_pic_list_modification_flag_l1           0 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 31    adaptive_ref_pic_marking_mode_flag          0 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 32    cabac_init_idc                              1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 33    slice_qp_delta                       000011101 = -` |
| | `[trace_headers @ 00000150ac8c34c0] 42    disable_deblocking_filter_idc               1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 43    slice_alpha_c0_offset_div2                  1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 44    slice_beta_offset_div2                      1 = 0` |
| | `[trace_headers @ 00000150ac8c34c0] 45    cabac_alignment_one_bit                     1 = 1` |
| | `[trace_headers @ 00000150ac8c34c0] 46    cabac_alignment_one_bit                     1 = 1` |
| | `[trace_headers @ 00000150ac8c34c0] 47    cabac_alignment_one_bit                     1 = 1` |

Frame 3 (References Frames 2, 1, 0)



Source: Screenshot of VQ Analyzer software analyzing video downloaded from Paramount.

ffmpeg analysis for this NAL unit shows that this NAL unit is a **non-reference** frame.

```
[trace_headers @ 00000150ac8c34c0] Slice Header
[trace_headers @ 00000150ac8c34c0] 0          forbidden_zero_bit          0 = 0
[trace_headers @ 00000150ac8c34c0] 1          nal_ref_idc                00 = 0
[trace_headers @ 00000150ac8c34c0] 3          nal_unit_type           00001 = 1
[trace_headers @ 00000150ac8c34c0] 8          first_mb_in_slice           1 = 0
[trace_headers @ 00000150ac8c34c0] 9          slice_type              00111 = 6
[trace_headers @ 00000150ac8c34c0] 14         pic_parameter_set_id        1 = 0
```

EXHIBIT 26
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | ```
[trace_headers @ 00000150ac8c34c0] 15     frame_num                              0011 = 3
[trace_headers @ 00000150ac8c34c0] 19     pic_order_cnt_lsb                    000010 = 2
[trace_headers @ 00000150ac8c34c0] 25     direct_spatial_mv_pred_flag             1 = 1
[trace_headers @ 00000150ac8c34c0] 26     num_ref_idx_active_override_flag        1 = 1
[trace_headers @ 00000150ac8c34c0] 27     num_ref_idx_l0_active_minus1            1 = 0
[trace_headers @ 00000150ac8c34c0] 28     num_ref_idx_l1_active_minus1          010 = 1
[trace_headers @ 00000150ac8c34c0] 31     ref_pic_list_modification_flag_l0       0 = 0
[trace_headers @ 00000150ac8c34c0] 32     ref_pic_list_modification_flag_l1       0 = 0
[trace_headers @ 00000150ac8c34c0] 33     cabac_init_idc                          1 = 0
[trace_headers @ 00000150ac8c34c0] 34     slice_qp_delta                     000011011 = -
[trace_headers @ 00000150ac8c34c0] 43     disable_deblocking_filter_idc           1 = 0
[trace_headers @ 00000150ac8c34c0] 44     slice_alpha_c0_offset_div2              1 = 0
[trace_headers @ 00000150ac8c34c0] 45     slice_beta_offset_div2                  1 = 0
[trace_headers @ 00000150ac8c34c0] 46     cabac_alignment_one_bit                 1 = 1
[trace_headers @ 00000150ac8c34c0] 47     cabac_alignment_one_bit                 1 = 1
``` |
| **[C]** defining information in the encoder relating to decoding order and output order of pictures of the picture stream, and | Paramount performs a method of encoding comprising the step of defining information in the encoder relating to decoding order and output order of pictures of the picture stream.<br><br>For example, the video downloaded from Paramount was encoded by defining information in the encoder relating to decoding order and output order of pictures of the picture stream.<br><br>For this Paramount bitstream, pic_order_cnt_type is 0, and the output order is based on pic_order_cnt_lsb, which is shown along with the frame_num value below. |

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Syntax Info \| 8032 |

Filter | Hex

| SE Name | Value |
|---|---|
| profile_idc | 100 |
| constraint_set0_flag | 0 |
| constraint_set1_flag | 0 |
| constraint_set2_flag | 0 |
| constraint_set3_flag | 0 |
| constraint_set4_flag | 0 |
| constraint_set5_flag | 0 |
| reserved_zero_2bits | 0 |
| level_idc | 40 |
| seq_parameter_set_id | 0 |
| chroma_format_idc | 1 |
| bit_depth_luma_minus8 | 0 |
| bit_depth_chroma_minus8 | 0 |
| qpprime_y_zero_transform_bypass_flag | 0 |
| seq_scaling_matrix_present_flag | 0 |
| log2_max_frame_num_minus4 | 0 |
| pic_order_cnt_type | 0 |
| log2_max_pic_order_cnt_lsb_minus4 | 2 |
| max_num_ref_frames | 4 |
| gaps_in_frame_num_value_allowed_flag | 0 |
| pic_width_in_mbs_minus1 | 119 |
| pic_height_in_map_units_minus1 | 67 |
| frame_mbs_only_flag | 1 |
| direct_8x8_inference_flag | 1 |
| frame_cropping_flag | 1 |
| frame_crop_left_offset | 0 |
| frame_crop_right_offset | 0 |
| frame_crop_top_offset | 0 |
| frame_crop_bottom_offset | 4 |
| vui_parameters_present_flag | 1 |
| > **vui_parameters()** | |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |

MP4  NAL  SPS  PPS  Slice  SEI  MB  QM  Ref Lists  St

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

EXHIBIT 26
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
<u>**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**</u>

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |
| **[D]** determining for the encoded picture stream a number of decoded pictures arranged to be buffered in decoding order in a unified picture buffer of a decoder that is sufficient to recover the output order of the | Paramount performs a method of encoding comprising the step of determining for the encoded picture stream a number of decoded pictures arranged to be buffered in decoding order in a unified picture buffer of a decoder that is sufficient to recover the output order of the decoded pictures when the same unified picture buffer of the decoder is used for storing and reordering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures of the encoded picture stream. |

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| decoded pictures when the same unified picture buffer of the decoder is used for storing and reordering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures of the encoded picture stream; and | For example, the video downloaded from Paramount was encoded by determining for the encoded picture stream a number of decoded pictures arranged to be buffered in decoding order in a unified picture buffer of a decoder that is sufficient to recover the output order of the decoded pictures when the same unified picture buffer of the decoder is used for storing and reordering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures of the encoded picture stream. |

EXHIBIT 26
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | For example, num_reorder_frames is set to 2 in the Paramount bitstream.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

**EXHIBIT 26**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **[E]** defining an indication of said number in the encoder. | Paramount performs a method of encoding comprising the step of defining an indication of said number in the encoder.<br><br>For example, the video downloaded from Paramount was encoded by defining an indication of said number in the encoder. |

EXHIBIT 26
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  | For example, num_reorder_frames is set to 2 in the Paramount bitstream.<br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Paramount. |

# EXHIBIT 27

**EXHIBIT 27**
**UNITED STATES PATENT NO. 8,776,204**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204**

As demonstrated in the chart below, Paramount infringes at least claim 1 of U.S. Patent No.8,776,204 (the "'204 Patent"). For example, Paramount infringes by encoding video according to the method of claim 1, for example, for its BET+ streaming services.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '204 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Nokia's infringement positions or contentions.

Nokia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Nokia and is intended to be exemplary in nature. Nokia reserves all rights to update and elaborate its infringement positions, including as Nokia obtains additional information during discovery.

**EXHIBIT 27**
**UNITED STATES PATENT NO. 8,776,204**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204**

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| **1. [A]** A method, comprising: | Paramount operates digital video streaming providers, such as BET+, who deliver video content in an OTT manner. In delivering digital content to its subscribers, BET+ utilizes Akamai and JSON Web Tokens ("JWTs") for authorizing the end users/customers requests to access the BET+'s content.<br><br>The following screenshot, taken from a packet capture log of BET+ captured using Fiddler (Version 5.0.20253.3311) running on Lenovo ThinkPad E14 (OS: Windows 11 Enterprise, Version 24H2, OS Build: 26100.4652) on 01-Aug-2025, shows the IP Address for the BET+ content of 184.26.53.52.<br><br><br><br>The IP Address of 184.26.53.52 resolves to a server operated by Akamai Technologies in Miami, Florida, as shown in the screenshot taken from https://iplocation.io/ip/184.26.53.52 (Last accessed: 04-Aug-2025): |

2

**EXHIBIT 27**
**UNITED STATES PATENT No. 8,776,204**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT No. 8,776,204**

| U.S. PATENT No. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | According to https://techdocs.akamai.com/api-definitions/docs/json-web-token-jwt-val (Last accessed: 04-Aug-2025), Akamai (uses JSON web tokens for securely transmitting JSON-encoded information:<br><br> |
| **[B]** in a communication network wherein a first computing device represents a resource owner and a second computing device represents a resource requestor, the resource owner detecting an occurrence of an event, wherein the event occurrence represents a request to access one or more | BET+ delivers digital video content over the Internet, which is a communication network.<br><br>In the example of BET+ delivering digital video content over the Internet, there is a first computing device, *e.g.*, servers that store and transmit digital video content that are operated by Akamai, acting as an agent on BET+'s behalf, that represents a resource owner (*e.g.*, BET+) and a second computing device, *e.g.*, a mobile device, laptop, television, etc., that can request and receive digital video content, which represents a resource requestor.<br><br>In the BET+ example, BET+, the resource owner, either by itself, or through its agent, Akamai, detects an occurrence of an event, wherein the event occurrence is a request to access one or more resources |

**EXHIBIT 27**

**UNITED STATES PATENT NO. 8,776,204**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204**

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| resources of the resource owner stored in a resource residence; and | (BET+ video program(s)) of the resource owner (BET+) stored in a resource residence, *e.g.*, the database(s) in which the BET+ digital video content is stored.<br><br>The below screenshots show a portion of the packet capture log of a BET+ request:<br><br><br><br>Source: Packet No. 448, Packet Capture log of bet.plus captured using Fiddler Classic (OS: Windows 11 Enterprise, Version 24H2), Last accessed: 01-Aug-2025<br><br>When, for example, a user requests to log into "BET+" using credentials on IP Address (23.192.36.36), the user receives an "accountId" and an "emailAccountId" and, from the same IP address, the user receives a refresh access token for accessing the homepage (i.e., an occurrence of an event to access the web script) using their devices. BET+ authenticates the user's "deviceRefreshToken" before granting the "applicationAccessToken", which is used to access BET+'s resources stored in an Akamai server (i.e., 184.26.53.52). The granting of the token is shown in the screenshot below: |

EXHIBIT 27

UNITED STATES PATENT NO. 8,776,204

CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | <br>Source: Packet No. 440, Packet Capture log of bet.plus captured using Fiddler Classic (OS: Windows 11 Enterprise, Version 24H2), Last accessed: 01-Aug-2025 |
| **[C]** the resource owner sending an authorization token to the resource requestor in response to the event occurrence, the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the resource residence so as to | In the example of the request for the BET+ video content, the resource owner (BET+ or its agent Akamai) sends an authorization token to the resource requestor (the user's device that requested the BET+ content) in response to the event occurrence (the request to access one or more BET+ video program(s)), the authorization token serving as a proof of authorization delegated by the resource owner to be presented by the resource requestor to the resource residence so as to permit the resource requestor to access the one or more requested resources stored in the resource residence.<br><br>In the example, the JWT authorization token received via BET+ is sent to another Akamai server (i.e., 184.26.53.52). In response, the user receives the web-script thereby demonstrating that the JWT authorization token is used to authenticate the user's device (i.e., resource requestor) and provide access to the web script stored in another Akamai server (i.e., resource residence). |

EXHIBIT 27
UNITED STATES PATENT NO. 8,776,204
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| permit the resource requestor to access the one or more requested resources stored in the resource residence; | The receipt of the JWT authorization token is shown in packet nos. 448 and 604, as shown below:<br><br><br><br>Source: Packet No. 448, Packet Capture log of bet.plus captured using Fiddler Classic (OS: Windows 11 Enterprise, Version 24H2), Last accessed: 01-Aug-2025 |

EXHIBIT 27
UNITED STATES PATENT NO. 8,776,204
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  Source: Packet No. 604, Packet Capture log of bet.plus captured using Fiddler Classic (OS: Windows 11 Enterprise, Version 24H2), Last accessed: 01-Aug-2025 |
| **[D]** wherein the authorization token comprises a verifiable structure comprising:<br><br>one or more fields, the one or more fields comprising at least one of: a method to be used by the resource residence for authenticating the resource requestor; and a | The JWT tokens comprise a verifiable structure comprising a method to be used by the resource residence for authenticating the resource requestor.<br><br>Akamai verifies JWT signatures at the edge, which negates the need to go back to origin for verification and offloads your identity provider. This behavior also contributes to improved security by allowing edge servers to filter out unauthorized requests before they can reach your origin infrastructure.<br><br>Source:    https://techdocs.akamai.com/iot-token-access-control/docs/json-web-token-ver, Last accessed: 04-Aug-2025 |

**EXHIBIT 27**
**UNITED STATES PATENT NO. 8,776,204**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204**

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| strength of the method to be used by the resource residence for authenticating the resource requestor; and | The **_method_** to be used by the resource residence for authenticating the resource requestor, contained within the token structure, is described in the JSON token.<br><br>The token includes a field called "authenticationMethods":<br><br><br><br>Source, Packet No. 604, Packet Capture log of bet.plus captured using Fiddler Classic (OS: Windows 11 Enterprise, Version 24H2), Last accessed: 01-Aug-2025<br><br>Below are screenshots showing the decoded JSON Web Token for the BET+ program request and the "authenticationMethods" field (in the red box):<br><br> |

**EXHIBIT 27**
**UNITED STATES PATENT NO. 8,776,204**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204**

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| |  |

**EXHIBIT 27**
**UNITED STATES PATENT NO. 8,776,204**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,776,204**

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
| | Source, Packet No. 604, Packet Capture log of bet.plus captured using Fiddler Classic (OS: Windows 11 Enterprise, Version 24H2), Last accessed: 01-Aug-2025 |
| **[E]** a signature computed over the one or more fields, the signature being computed utilizing a private key of the resource owner. | The JWT tokens include a signature computed over the one or more fields, the signature being computed utilizing a private key of the resource owner.<br><br><br><br>The JWT tokens are computed over the one or more fields, the signature being computed utilizing a private key of the resource owner. |

**Exhibit 27**
**United States Patent No. 8,776,204**
**Claim Chart for Infringement of U.S. Patent No. 8,776,204**

| U.S. Patent No. 8,776,204 | Infringement by Paramount |
|---|---|
|  | According to https://www.jwt.io/introduction#how-json-web-tokens-work, "To create the signature part you have to take the encoded header, the encoded payload, a secret, the algorithm specified in the header, and sign that." |

Signature

To create the signature part you have to take the encoded header, the encoded payload, a secret, the algorithm specified in the header, and sign that.

For example, if you want to use the HMAC SHA256 algorithm, the signature will be created in the following way:

```
HMACSHA256(
    base64UrlEncode(header) + "." +
    base64UrlEncode(payload),
    secret)
```

The signature is used to verify the message wasn't changed along the way, and, in the case of tokens signed with a private key, it can also verify that the sender of the JWT is who it says it is.

Source: https://www.jwt.io/introduction#how-json-web-tokens-work, last accessed August 9,2025.

JWT SIGNATURE VERIFICATION (OPTIONAL)
Enter the public key used to sign the JWT below:

PUBLIC KEY                                         COPY   CLEAR

Unable to automatically download public key from JWT. Please enter public key manually to verify the JWT signature.

Public Key in SPKI, PKCS #1, X.509 Certificate, or JWK string format.

Public Key Format   PEM

| U.S. PATENT NO. 8,776,204 | INFRINGEMENT BY PARAMOUNT |
|---|---|
|  | <br>Source: https://jwt.io/, Last accessed: 04-Aug-2025 |