# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
302 658 9200
302 658 3989 Fax

**Rodger D. Smith II**
302 351 9205
rsmith@morrisnichols.com

February 19, 2026

The Honorable Gregory B. Williams               *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 North King Street, Room 6124, Unit 26
Wilmington, DE  19801-3555

      Re:    *Nokia Technologies Oy v. Paramount Skydance Corporation et al.*,
              C.A. 25-1054-GBW (D. Del.)

Dear Judge Williams:

      Pursuant to the Court's February 5, 2026 Oral Order (D.I. 31), Defendant Paramount Skydance Corporation ("Paramount") identifies the following Federal Circuit cases it contends are most similar to the patents-at-issue in relation to Paramount's pending motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (*see* D.I. 8; D.I. 9; D.I. 19; D.I. 24; D.I. 28).

      The claims of U.S. Patent No. 8,776,204 ("'204 patent") are most similar to those found ineligible in *Universal Secure Registry LLC v. Apple Inc.*, 10 F.4th 1342 (Fed. Cir. 2021), and *Ericsson Inc. v. TCL Commc'n Tech. Holdings Ltd.*, 955 F.3d 1317 (Fed. Cir. 2020).

      The claims of U.S. Patent No. 8,050,321 and U.S. Patent No. 6,698,005 (collectively, the "Numbering Patents") are most similar to those found ineligible in *Intell. Ventures I LLC v. Erie Indem. Co.*, 850 F.3d 1315 (Fed. Cir. 2017), *Realtime Data LLC v. Array Networks Inc.*, No. 2021-2251, 2023 WL 4924814 (Fed. Cir. 2023), *Bridge & Post, Inc. v. Verizon Commc'ns, Inc.*, 778 F. App'x 882 (Fed. Cir. 2019), *In re TLI Commc'ns LLC Pat. Litig.*, 823 F.3d 607 (Fed. Cir. 2016), and *Tech. in Ariscale, LLC v. Razer USA Ltd.*, No. 2024-1657, 2026 WL 34497 (Fed. Cir. Jan. 6, 2026) (filed as D.I. 27-1).

      The claims of U.S. Patent No. 7,082,450 ("'450 patent") are most similar to those found ineligible in *SAP Am., Inc. v. InvestPic, LLC*, 898 F.3d 1161 (Fed. Cir. 2018), *In re Bd. of Trs. Leland Stanford Junior Univ.*, 989 F.3d 1367, 1373 (Fed. Cir. 2021), *RecogniCorp, LLC v. Nintendo Co., Ltd.*, 855 F.3d 1322 (Fed. Cir. 2017), *Tech. in Ariscale, LLC v. Razer USA Ltd.*, No. 2024-1657, 2026 WL 34497 (Fed. Cir. Jan. 6, 2026) (filed as D.I. 27-1), and *Adaptive Streaming Inc. v. Netflix, Inc.*, 836 F. App'x 900 (Fed. Cir. 2020).

The Honorable Gregory B. Williams
February 19, 2026
Page 2

                                Respectfully,

                                */s/ Rodger D. Smith II*

                                Rodger D. Smith II (#3778)

RDS/rah

cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)