**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT SKYDANCE CORPORATION, PARAMOUNT GLOBAL, and PARAMOUNT STREAMING SERVICES, INC.,<br><br>Defendants. | Civil Action No. 25-cv-1054-GBW<br><br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS, Plaintiffs filed this action against Defendants asserting claims of patent infringement (D.I. 1);

WHEREAS, Defendants have filed a partial motion to dismiss under 35 U.S.C. § 101 (D.I. 8);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all claims between the parties in this action are hereby dismissed without prejudice and all pending motions denied as moot (without prejudice to the right to refile), with each party to bear its own costs, expenses and attorneys' fees.

1

Dated: March 23, 2026

FARNAN LLP


/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel. (302) 777-0300
Fax (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Plaintiff*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP


/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
*Attorneys for Defendants*


**SO ORDERED** this _____ day of March, 2026



_____
The Honorable Gregory B. Williams

2